# EXHIBIT 18

I, Brian Kreb, hereby declare and state as follows:

1. I am over the age of 18, and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I submit this declaration in support of the class action complaint filed concurrently herewith, pursuant to California Civil Code § 1780(d).

3. This complaint is being filed in the United States District Court for the Eastern District of Michigan. Defendant FCA US, LLC's principal place of business and headquarters is in Oakland County, Michigan, which is in that district.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on  02/29/24 | 4:41 PM PST , in Chico, California

DocuSigned by:

Brian Kreb
E0D619FEC55A422...

Brian Kreb

2952931.1