# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, BRIAN KREB, HARRY VASQUEZ, JADE AND CHRISTOPHER WADLEIGH, DAVID PERRERA, DENNIS BERNS, JONATHAN LISCANO, and ROBERT STUEVE on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546-SJM-KGA<br><br>Hon. Stephen J. Murphy, III<br>Mag. Judge Kimberly G. Altman |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Dennis A. Lienhardt of The Miller Law Firm, P.C. hereby enters his appearance as counsel on behalf of Plaintiffs in the above captioned matter.

Dated: March 4, 2024          Respectfully submitted,

                                          /s/ *Dennis A. Lienhardt*
                                          Dennis A. Lienhardt (P81118)
                                          **THE MILLER LAW FIRM, P.C.**
                                          950 W. University Dr., Ste. 300
                                          Rochester, MI 48307
                                          Tel: (248) 841-2200
                                          dal@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

        /s/ *Dennis A. Lienhardt*
        Dennis A. Lienhardt (P81118)
        **THE MILLER LAW FIRM, P.C.**
        950 W. University Dr., Ste. 300
        Rochester, MI 48307
        Tel: (248) 841-2200
        dal@millerlawpc.com