# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, BRIAN KREB, HARRY VASQUEZ, JADE AND CHRISTOPHER WADLEIGH, DAVID PERRERA, DENNIS BERNS, JONATHAN LISCANO, and ROBERT STUEVE on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No: 2:24-cv-10546-SJM-KGA<br><br>**NOTICE OF APPEARANCE OF ROBERT K. SHELQUIST** |

The undersigned attorney hereby notifies the Court and counsel that Robert K. Shelquist of the law firm of Lockridge Grindal Nauen PLLP, 100 Washington Avenue South, Suite 2200, Minneapolis, Minnesota shall appear as counsel of record in this case for Plaintiffs.

Dated: March 5, 2024

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: s/ Robert K. Shelquist
    Robert K. Shelquist
    Rebecca A. Peterson
    Craig S. Davis
    Krista K. Freier
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*