AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:24–cv–10546–SJM–KGA

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* __The Corporation Company__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __FCA US, LLC__
_____ on (date) __03/09/2024__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __03/14/2024__

/s/ Licia K. Bates
*Server's Signature*

Licia K. Bates - Senior Legal Assistant
*Printed Name and Title*

950 W. University Dr., #300, Rochester, MI 48307
*Server's address*

Additional information regarding attempted service, etc.:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70181130000142455831

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:53 am on March 9, 2024 in SOUTH LYON, MI 48178.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
SOUTH LYON, MI 48178
March 9, 2024, 10:53 am

### Out for Delivery
SOUTH LYON, MI 48178
March 9, 2024, 6:24 am

### Arrived at Post Office
SOUTH LYON, MI 48178
March 9, 2024, 6:13 am

### Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER
March 8, 2024, 2:45 am

### Departed USPS Regional Facility
DETROIT MI NETWORK DISTRIBUTION CENTER
March 8, 2024, 2:21 am

### Arrived at USPS Regional Origin Facility

Feedback

DETROIT MI NETWORK DISTRIBUTION CENTER
March 8, 2024, 12:36 am

**Departed Post Office**
ROCHESTER, MI 48307
March 7, 2024, 6:01 pm

**USPS picked up item**
ROCHESTER, MI 48307
March 7, 2024, 11:13 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FCA US, LLC
c/o The Corporation Company
229 Brookwood Drive, Suite 14
South Lyon, MI 48178

9590 9402 4296 8190 4247 82

7018 1130 0001 4245 5831

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☐

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053    Dom