UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY FRISCH, *et al.*,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.

_____/

Case No. 2:24-cv-10546-SJM-KGA

Hon. Stephen J. Murphy, III

Mag. Kimberly G. Altman

## APPEARANCE OF STEPHEN A. D'AUNOY

PLEASE TAKE NOTICE that Stephen A. D'Aunoy of the law firm of Thompson Coburn LLP has this day entered his appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

        By: */s/ Stephen A. D'Aunoy*
            Stephen A. D'Aunoy
            THOMPSON COBURN LLP
            One US Bank Plaza
            St. Louis, Missouri  63101
            Telephone:  (314) 552-6000
            Facsimile:  (314) 552-7000
            sdaunoy@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

        */s/ Stephen A. D'Aunoy*