UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY FRISCH, *et al.*,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.
_____/

Case No. 2:24-cv-10546-SJM-KGA

Hon. Stephen J. Murphy, III

Mag. Kimberly G. Altman

## APPEARANCE OF SCOTT H. MORGAN

PLEASE TAKE NOTICE that Scott H. Morgan of the law firm of Thompson Coburn LLP has this day entered his appearance as attorney of record for Defendant FCA US LLC in the above-entitled cause.

By: */s/ Scott H. Morgan*
Scott H. Morgan
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000
smorgan@thompsoncoburn.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Scott H. Morgan*