# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

GARY FRISCH, et al.,

    Plaintiffs,

  v.

FCA US LLC,

    Defendant.

Case No.:  2:24-cv-10546-SJM-KGA

Hon. Stephen J. Murphy, III

Mag. Kimberly G. Altman

## APPEARANCE OF FRED FRESARD

PLEASE TAKE NOTICE that Fred Fresard of Klein Thomas Lee & Fresard enters his appearance on behalf of Defendant FCA US LLC in this matter.

Dated: March 18, 2024				Respectfully submitted,

							KLEIN THOMAS LEE & FRESARD

							*/s/ Fred Fresard*
							Fred Fresard (P43694)
							Ian Edwards (P82021)
							KLEIN THOMAS LEE & FRESARD
							101 W. Big Beaver Road, Suite 1400
							Troy, MI 48084
							Phone: (248) 509-9270
							*Fred.Fresard@kleinthomaslaw.com*
							*Ian.Edwards@kleinthomaslaw.com*

							*Counsel for FCA US LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on March 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Fred Fresard*
Fred Fresard (P43694)
KLEIN THOMAS LEE & FRESARD
101 W. Big Beaver Road, Suite 1400
Troy, MI 48084
Phone: (248) 509-9270
*Fred.Fresard@kleinthomaslaw.com*

*Counsel for FCA US LLC*