# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, et al., | Case No.: 2:24-cv-10546-SJM-KGA |
| Plaintiffs, | |
| v. | Hon. Stephen J. Murphy, III |
| FCA US LLC, | Mag. Kimberly G. Altman |
| Defendant. | |

## APPEARANCE OF IAN EDWARDS

PLEASE TAKE NOTICE that Ian Edwards of Klein Thomas Lee & Fresard enters his appearance on behalf of Defendant FCA US LLC in this matter.

Dated: March 18, 2024          Respectfully submitted,

KLEIN THOMAS LEE & FRESARD

<u>*/s/ Ian Edwards*</u>
Fred Fresard (P43694)
Ian Edwards (P82021)
KLEIN THOMAS LEE & FRESARD
101 W. Big Beaver Road, Suite 1400
Troy, MI 48084
Phone: (248) 509-9270
*Fred.Fresard@kleinthomaslaw.com*
*Ian.Edwards@kleinthomaslaw.com*

*Counsel for FCA US LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ian Edwards*
Ian Edwards (P82021)
KLEIN THOMAS LEE & FRESARD
101 W. Big Beaver Road, Suite 1400
Troy, MI 48084
*Ian.Edwards@kleinthomaslaw.com*

*Counsel for FCA US LLC*