THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, BRIAN KREB, HARRY VASQUEZ, JADE AND CHRISTOPHER WADLEIGH, DAVID PERRERA, DENNIS BERNS, JONATHAN LISCANO, and ROBERT STUEVE on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546 |

## NOTICE OF APPEARANCE FOR JOHN R. DAVIS AS COUNSEL OF RECORD FOR PLAINTIFFS

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT John R. Davis of Slack Davis Sanger, LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of the Plaintiffs and the putative class members. Effective immediately, please add John R. Davis as an attorney to be noticed on all matters at the following address:

    John R. Davis
    Slack Davis Sanger, LLP
    6001 Bold Ruler Way, Ste. 100
    Austin, TX 78746
    Tel: (512) 795-8686
    jdavis@slackdavis.com

Dated: March 20, 2024                                             SLACK DAVIS SANGER, LLP

By _____

John R. Davis
Slack Davis Sanger, LLP
6001 Bold Ruler Way, Ste 100
Austin, TX 78746
Tel.: (512) 795-8686
jdavis@slackdavis.com