UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 2:24-cv-10546-SJM-KGA<br><br>District Judge Stephen J. Murphy<br><br>Magistrate Judge Kimberly G. Altman |

## **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

Pursuant to Local Rule 11.2, effective April 1, 2024, Stephen A. D'Aunoy and Scott H. Morgan, counsel for Defendant FCA US LLC, hereby notify the Court and the parties that their address and contact information have changed.

Their new address and contact information is as follows. They respectfully request that the Clerk update this information, and that service of all future pleadings, papers, correspondence and electronic filings in this action be made at:

Stephen A. D'Aunoy
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
steve.daunoy@kleinthomaslaw.com

Scott H. Morgan
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
scott.morgan@kleinthomaslaw.com

Dated:  March 29, 2024

**THOMPSON COBURN LLP**
 /s/  Stephen A. D'Aunoy
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com
smorgan@thompsoncoburn.com

**KLEIN THOMAS LEE & FRESARD**
Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Suite 1400
Troy, Michigan 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for FCA US LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

 /s/ Stephen A. D'Aunoy