UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　　　　Defendant. | Case No. 2:24-cv-10546<br><br>District Judge Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

The parties have stipulated, subject to the Court's approval, for an extension of time for Defendant FCA US LLC to respond to Plaintiffs' Class Action Complaint ("Complaint") based on the following:

1. Plaintiffs filed their Complaint on March 4, 2024, *see* ECF #1, and FCA US was served on March 9, 2024, *see* ECF #5.

2. FCA US's response to the Complaint was due by April 1, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A(i).  FCA US submitted the proposed stipulated order to the Honorable Stephen J. Murphy via ECF Utilities on March 27, 2024.  The proposed order was pending when the case was reassigned to this Court.  At the Court's request, FCA US submits the proposed order directly to the Honorable

Brandy R. McMillion.

3. The Complaint names ten plaintiffs, who assert twenty-three nationwide and state-specific claims under seven states' laws for a variety of fraud-based and warranty claims, see ECF #1, and FCA US needs additional time to review the allegations and investigate the claims Plaintiffs assert therein.

4. The parties have thus agreed to extend the time within which FCA US is to answer, move, or otherwise plead to the Complaint by forty-five days—from April 1 to May 16.

5. In the event FCA US's response is a motion to dismiss, the parties have further stipulated to the following briefing schedule:

- FCA US's motion to dismiss is due by **May 16, 2024**;
- Plaintiffs' response or amended complaint is due by **June 27, 2024**; and
- FCA US's reply in support of its motion to dismiss (if Plaintiffs file a response to the motion) is due by **July 25, 2024**.

WHEREFORE, for good cause shown, the Court approves the stipulation and the proposed briefing schedule for any motion to dismiss that FCA US may file.

**IT IS SO ORDERED.**

Dated: April 5, 2024         s/Brandy R. McMillion
                             BRANDY R. MCMILLION
                             United States District Judge

*Stipulated to on March 27, 2024, by:*

| | |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **THOMPSON COBURN LLP** |
| */s/ Dennis A. Lienhardt* (*w/ consent*) <br> E. Powell Miller (P39487) <br> Dennis A. Lienhardt (P81118) <br> 950 West University Dr., Ste. 300 <br> Rochester, MI  48307 <br> (248) 841-2200 <br> epm@millerlawpc.com <br> dal@millerlawpc.com | */s/ Stephen D'Aunoy* <br> Stephen A. D'Aunoy (MO/54961) <br> Scott H. Morgan (MO/61853) <br> One US Bank Plaza <br> St. Louis, MO 63101 <br> (314) 552-6000 <br> sdaunoy@thompsoncoburn.com <br> smorgan@thompsoncoburn.com |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | -and- |
| Roger N. Heller <br> Phong-Chau G. Nguyen <br> Nicholas W. Lee <br> 275 Battery Street, 29th Floor San Francisco, CA 94111 <br> (415) 956-1000 <br> rheller@lchb.com <br> pgnguyen@lchb.com <br> nlee@lchb.com | **KLEIN THOMAS LEE & FRESARD LLP** <br><br> Fred J. Fresard (P43694) <br> Ian K. Edwards (P82021) <br> 101 W. Big Beaver Rd., Ste 1400 <br> Troy, Michigan 48084 <br> (602) 935-8300 <br> fred.fresard@kleinthomaslaw.com <br> ian.edwards@kleinthomaslaw.com |
| **SLACK DAVIS SANGER, LLP** | *Counsel for Defendant FCA US LLC* |
| John R. Davis <br> Michael L. Slack <br> 6001 Bold Ruler Way, Suite 100 <br> Austin, TX 78746 <br> (512) 795-8686 <br> jdavis@slackdavis.com <br> mslack@slackdavis.com | |

-and-

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*

- 4 -