# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, BRIAN KREB, HARRY VASQUEZ, JADE AND CHRISTOPHER WADLEIGH, DAVID PERRERA, DENNIS BERNS, JONATHAN LISCANO, and ROBERT STUEVE on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No. 2:24-cv-10546 <br><br> Hon. Brandy R. McMillion |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicholas W. Lee of Lieff Cabraser Heimann & Bernstein LLP hereby enters his appearance as counsel of record on behalf of Plaintiffs in the above-captioned matter.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Nicholas W. Lee*
Nicholas W. Lee
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, Ca 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
nlee@lchb.com

- 1 -

2994062.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2024, I electronically filed the foregoing document using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Nicholas W. Lee*
Nicholas W. Lee
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, Ca 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
nlee@lchb.com