**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all those similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　Defendant. | Case No.: 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**INDEX OF EXHIBITS TO MOTION TO DISMISS
THE CLASS ACTION COMPLAINT**

| Exhibit | Description |
|---|---|
| A | Final Owner Notification Letter |
| B | Interim Owner Notification Letter |
| C | Remedy Instructions |
| D | 2021 Jeep Wrangler Warranty Information - Hybrid |
| E | 2022 Jeep Wrangler Warranty Information - Hybrid |
| F | 2023 Jeep Wrangler Warranty Information - Hybrid |
| G | February 26, 2024 Letter from John R. Davis |