# Exhibit A

# Final Owner Notification Letter

**This notice applies to your vehicle,**

[Model Year and Model]
VIN XXXXXXXXXXXXXXXXX

**B9A/NHTSA 23V-787**

LOGO

VEHICLE PICTURE

**YOUR SCHEDULING OPTIONS**

1. RECOMMENDED OPTION
**Call your authorized Chrysler / Dodge / Jeep® / RAM Dealership.**

2. **Call the FCA Recall Assistance Center at 1-800-853-1403. An agent can confirm part availability and help schedule an appointment.**

3. **Visit recalls.mopar.com, scan the QR code below, or download the Mopar Owner's Companion App.**

QR Code

Get access to recall notifications, locate your nearest dealer, and more through this website or Mopar Owner's Companion App. You will be asked to provide your Vehicle Identification Number (VIN) to protect and verify your identity. The last eight characters of your VIN are provided above.

**DEALERSHIP INSTRUCTIONS**
Please reference Safety Recall B9A.

# IMPORTANT SAFETY RECALL

## High Voltage Battery

Dear [Name],

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

FCA US LLC has decided that a defect, which relates to motor vehicle safety, exists in certain [2021-2023 model year (JL) Jeep® Wrangler] Plug-In Hybrid Electric Vehicles (PHEVs).

It is extremely important to take steps now to repair your vehicle to ensure the safety of you and your passengers.

### WHY DOES MY VEHICLE NEED REPAIRS?

The High Voltage (HV) battery on your vehicle [1] may fail internally. The defect has not been identified and the root cause is still being investigated. An internally failed HV battery could lead to a vehicle fire with the ignition on or off. **A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage**.

**Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed**.

### HOW DO I RESOLVE THIS IMPORTANT SAFETY ISSUE?

FCA US will repair your vehicle [2] free of charge (parts and labor).  To do this, your dealer will update the HV battery pack software and if a DTC sets, the HV battery pack will be replaced. The estimated repair time is **1.5 to 2 days**. In addition, your dealer will require your vehicle for proper check-in, preparation, and check-out during your visit, which may require more time. Your time is important to us, so we recommend that you schedule a service appointment to minimize your inconvenience. Please bring this letter with you to your dealership.

### TO SCHEDULE YOUR FREE REPAIR, CALL YOUR CHRYSLER, DODGE, JEEP OR RAM DEALER TODAY

### WHAT IF I ALREADY PAID TO HAVE THIS REPAIR COMPLETED?

If you have already experienced this specific condition and have paid to have it repaired, you may visit **www.fcarecallreimbursement.com** to submit your reimbursement request online. [3] Once we receive and verify the required documents, reimbursement will be sent to you within 60 days.  If you have had previous repairs performed and/or already received reimbursement, you may still need to have the recall repair performed.

We apologize for any inconvenience, but are sincerely concerned about your safety.  Thank you for your attention to this important matter.

Customer Assistance/Field Operations
FCA US LLC



FIAT CHRYSLER AUTOMOBILES

**Mr. Mrs. Customer**
**1234 Main Street**
**Hometown, MI 48371**

[1] If you no longer own this vehicle, please help us update our records. Call the FCA Recall Assistance Center at 1-800-853-1403 to update your information.

[2] If your dealer fails or is unable to remedy this defect without charge and within a reasonable time, you may submit a written complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Ave., S.E., Washington, DC  20590, or you can call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to safercar.gov.

[3] You can also mail in your original receipts and proof of payment to the following address for reimbursement consideration: FCA Customer Assistance, P.O. Box 21-8004, Auburn Hills, MI 48321-8007, Attention: Recall Reimbursement.

<u>Note to lessors receiving this recall notice:</u> Federal regulation requires that you forward this recall notice to the lessee within 10 days.