# Exhibit B

# Interim Owner Notification Letter

# IMPORTANT SAFETY RECALL

## High Voltage Battery

**This notice applies to your vehicle**,

[Model Year and Model]
VIN XXXXXXXXXXXXXXXXX

**B9A/NHTSA 23V-787**

**LOGO**

**VEHICLE PICTURE**

**YOUR SCHEDULING OPTIONS**

1. **Visit recalls.mopar.com to sign up for email or SMS notifications** for when remedy parts become available. You will be asked to provide your Vehicle Identification Number (VIN), provided above.

2. Scan below using your smartphone or tablet to sign up to be notified when remedy parts become available.

**QR Code**

3. **Wait for FCA US to contact you** again, by mail, with a follow-up recall notice when remedy parts are available.

4. **Call the FCA Recall Assistance Center at 1-800-853-1403**. An agent can sign you up to be notified when remedy parts become available, or answer any other questions you may have.

**DEALERSHIP INSTRUCTIONS**
Please reference Safety Recall B9A.

---

Dear [Name],

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act.

FCA US LLC, has decided that a defect, which relates to motor vehicle safety, exists in certain [2021-2023 model year (JL) Jeep® Wrangler] Plug-In Hybrid Electric Vehicles (PHEVs).

**WHY DOES MY VEHICLE NEED REPAIRS?**
The High Voltage (HV) battery on your vehicle [1] may fail internally. The defect has not been identified and the root cause is still being investigated. An internally failed HV battery could lead to a vehicle fire with the ignition on or off. A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.

Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed.

**HOW DO I RESOLVE THIS IMPORTANT SAFETY ISSUE?**
**The remedy for this condition is not currently available.** We are making every effort to finalize the remedy, and will service your vehicle free of charge (parts and labor) when the remedy is available.

FCA US will contact you again, by mail, with a follow-up recall notice when the remedy is available. Once you receive your follow-up notice, simply contact your Chrysler, Jeep®, Dodge or RAM dealer right away to schedule a service appointment [2]. Additional options for your next steps are included on the left side of this notification. We appreciate your patience.

**WHAT IF I ALREADY PAID TO HAVE THIS REPAIR COMPLETED?**
If you have already experienced this specific condition and have paid to have it repaired, you may visit **www.fcarecallreimbursement.com** to submit your reimbursement request online [3]. Once we receive and verify the required documents, reimbursement will be sent to you within 60 days. If you have had previous repairs performed and/or already received reimbursement, you may still need to have the recall repair performed.

We apologize for any inconvenience, but are sincerely concerned about your safety. Thank you for your attention to this important matter.

Customer Assistance/Field Operations
FCA US LLC



**Mr. Mrs. Customer**
**1234 Main Street**
**Hometown, MI 48371**

[1] If you no longer own this vehicle, please help us update our records. Call the FCA Recall Assistance Center at 1-800-853-1403 to update your information.

[2] If your dealer fails or is unable to remedy this defect without charge and within a reasonable time, you may submit a written complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Ave., S.E., Washington, DC  20590, or you can call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to safercar.gov.

[3] You can also mail in your original receipts and proof of payment to the following address for reimbursement consideration: FCA Customer Assistance, P.O. Box 21-8004, Auburn Hills, MI 48321-8007, Attention: Recall Reimbursement.

<u>Note to lessors receiving this recall notice:</u> Federal regulation requires that you forward this recall notice to the lessee within 10 days.