UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all those similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　　Defendant. | Case No.: 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

### FCA US LLC'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

　　Pursuant to Fed. R. Civ. P. Rule 7.1(a) and E.D. Mich. LR 83.4, Defendant FCA US LLC, by its attorneys, hereby states that it is a Delaware limited liability company with its principal place of business in Auburn Hills, Michigan.  It is not publicly owned.  It has one member, FCA North America Holdings LLC, which is not publicly owned.  FCA Foreign Sales Holdco Ltd. (UK) is the sole member of FCA North America Holdings LLC.  FCA Foreign Sales Holdco Ltd. (UK) is wholly owned by SFS UK1 Limited (UK), which is wholly owned by Stellantis N.V.  Stellantis N.V. (formerly Fiat Chrysler Automobiles N.V.) is a publicly traded entity organized and existing under the laws of, and with its principal place of business in, the Netherlands.

1

Dated:  May 16, 2024	Respectfully submitted,

                                                   KLEIN THOMAS LEE & FRESARD

By:  /s/ *Stephen A. D'Aunoy*
      Stephen A. D'Aunoy (MO/54961)
      Scott H. Morgan (MO/61853)
      100 N. Broadway, Suite 1600
      St. Louis, Missouri  63102
      Tel:  (314) 888-2970
      stephen.daunoy@kleinthomaslaw.com
      scott.morgan@kleinthomaslaw.com

*-and-*

Fred Fresard (P43694)
Ian Edwards (P82021)
101 W. Big Beaver Road, Suite 1400
Troy, Michigan  48084
Tel:  (248) 509-9270
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2024, the foregoing was electronically filed using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                                                         /s/  *Stephen A. D'Aunoy*