# Exhibit 4



# JEEP® HISTORY: A TIMELESS TALE OF ADVENTURE

For 80 years the Jeep® Brand has been indelibly linked to freedom, adventure, authenticity and passion. Our core values are embodied in every Jeep Brand vehicle's DNA. Throughout our storied history, Jeep Brand vehicle owners have learned that Go Anywhere. Do Anything.® is a way of life, not just a slogan. The Jeep badge stands for more than a brand. In truth, it's a badge of honor. Explore our legendary lineup, then create your own timeless story.

Your interactions and personal data may be collected on our websites and used by us and our partners in accordance with our Privacy Policy.

Cookie Settings

OK

Born in the heat of battle, the Go Anywhere. Do Anything.® Jeep₀ Brand 4x4 emerged a hero to thousands of Allied soldiers around the world. The equally heroic civilian Jeep Brand vehicles of the 1940s firmly established the Jeep Brand as the undisputed leader in 4x4 technology.

**EXPLORE THIS DECADE ›**



## 1950s

The 1950s saw the rise of the recreation vehicle, as well as engineering superiority. Grass-roots enthusiasts helped launch Jeep₀ Jamborees and took the original freedom machine to new heights in sales thanks to seven unique models.

**EXPLORE THIS DECADE ›**

## 1960s

The All-New Jeep₀ Wagoneer represented unparalleled refinement and innovation. Prestige and individuality ruled the day. The Jeep Brand lineup grew to include 14 models—for work, play, recreation and luxuriously capable transportation.

**EXPLORE THIS DECADE ›**

## 1970s

The Jeep₀ Brand's 4x4 leadership continues in the 70s with the introduction of the first full-time 4x4 system. The sporty 2-door full-size Cherokee (SJ) sweeps the 4x4 of the Year awards. Six models help elevate sales to all-time highs.

Your interactions and personal data may be collected on our websites and used by us and our partners in accordance with our **Privacy Policy.**

**EXPLORE THIS DECADE ❯**

## 1980s

The All-New Jeep₀ Cherokee (XJ) helped revolutionize the 4x4 market. The mighty XJ introduced many industry firsts, including: the first compact 4-door SUV, first UniFrame construction, and first full-time 4x4 system with shift-on-the-fly capability.

**EXPLORE THIS DECADE ❯**

## 1990s

The All-New 1993 Jeep₀ Grand Cherokee (ZJ) set a new industry benchmark thanks to its unique balance of on- and off-road capability. The super-capable Wrangler (TJ) with its new coil suspension was introduced in 1997. In 1999 the new Grand Cherokee (WJ) was marketed as the most capable SUV ever. Sales soared to 629K units for the decade.

**EXPLORE THIS DECADE ❯**

## 2000s

The radical 2003 Jeep₀ Wrangler Rubicon was the most capable vehicle ever produced by the Jeep Brand. A new 4-door Wrangler took the industry by storm. The Compass and Patriot were the first Jeep Brand vehicles to reach into the small cross-utility segment.

**EXPLORE THIS DECADE ❯**

2

Your interactions and personal data may be collected on our websites and used by us and our partners in accordance with our **Privacy Policy.**

## 2010s

The Jeep® Brand resonated with consumers around the world as global sales increased to their highest point in its over 75-year history with 1.41 million units sold worldwide for 2016. Strategic launches of the All-New Grand Cherokee, Renegade, Compass and the legendary Wrangler all contributed greatly to the Brand's success.

**EXPLORE THIS DECADE >**

## 2020s

The Jeep® Brand began this decade by reflecting the different needs of adventure lovers, bringing back a classic and introducing future-facing technology. The momentum started in 2019 when the Jeep Brand re-introduced the Jeep Gladiator pickup and entered the new decade with a bang by launching the first-ever three-row Jeep Grand Cherokee L, the incredibly powerful Jeep Wrangler Rubicon 392 and two of the many upcoming future-facing plug-in hybrid electric vehicles— the all-new Jeep Wrangler 4xe and the two-row Jeep Grand Cherokee 4xe, coming spring 2022. Moving forward, the all-new Wagoneer and Grand Wagoneer take the premium SUV class into uncharted territories of style, comfort and adventure and the new Jeep Compass comes complete with experience-enhancing interior and capability upgrades.

**EXPLORE THIS DECADE >**



Find Your Country 🌐   Contact Us   Site Map   Careers   Español

SEARCH

### VEHICLES
Wagoneer S
Wagoneer
Grand Wagoneer
Grand Cherokee
Grand Cherokee 4xe
Wrangler 4xe
Wrangler

### CAPABILITY
Trail Rated®
4x4 Systems
Fuel Efficiency
FAQ and Glossary

### ELECTRIFICATION

### FOLLOW US
(Instagram, X, Facebook, YouTube, LinkedIn, TikTok)

### SUPPORT

Your interactions and personal data may be collected on our websites and used by us and our partners in accordance with our **Privacy Policy.**

Gladiator

All Vehicles

Jeep® Electric Benefits

**COST**⌄

View Incentives & Offers

4xe Hybrid Incentives

National Incentives

Calculate Payment

Find Your Trade-In Value

Get a Quote

Get Prequalified ⧉

**JEEP LIFE**⌄

Jeep® Life Home

Jeep® Community

Concept Vehicles

Jeep® Badge of Honor

Jeep® Brand History

Jeep® Collaborations

Jeep® Awards

**SERVICES**⌄

Services Overview

Financing ⧉

Insurance ⧉

Protection Plans ⧉

Jeep Brand Owner's Site ⧉

Authentic Mopar® Accessories ⧉

Vehicle Care ⧉

Charge - Home ⧉

Charge - Go ⧉

Connected Services ⧉

Vehicle Order Tracking ⧉

Mobility and Rental

Jeep Brand Merchandise ⧉

**MY ACCOUNT**⌄

My Dashboard

My Builds

My Inventory

My Searches

My Garage ⧉

My Vehicle Orders

My Profile

**PRIVACY CENTER**⌄

Privacy Policy ⧉

Manage Your Privacy Choices ⧉

Cookie Settings

**RESEARCH**⌄

Build & Price

Compare Models

Specs

Get a Brochure

Sign Up for Updates

Competitive Compare

Jeep® Brand SUVs

Jeep® Tax Credit

**LEGAL**⌄

Copyright ⧉

Terms of Use ⧉

Legal, Safety and Trademark Information

Accessibility ⧉

**OWNERS AND MORE**⌄

Owners Manuals and User Guides ⧉

Warranty

Jeep® Wave Owner Benefits

Recall Information ⧉

EcoDiesel Settlement ⧉

Jeep® Gear ⧉

Jeep® Rewards Mastercard® ⧉

**LOCATE**⌄

Search New Inventory

Start Buying Process ⧉

Your interactions and personal data may be collected on our websites and used by us and our partners in accordance with our **Privacy Policy.**