# Exhibit 6






