# Exhibit 7



## 2021 Jeep® Wrangler 4xe
**SPECIFICATIONS**

*Specifications are based on the latest product information available at the time of publication.*
*All dimensions are in inches (millimeters) unless otherwise noted.*
*All dimensions measured at curb weight with standard tires and wheels.*

**GENERAL INFORMATION**

| | |
|---|---|
| Vehicle Type | Sport-utility vehicle |
| Assembly Plant | Toledo Assembly Complex, Toledo, Ohio |
| EPA Vehicle Class | Multipurpose vehicle |

**BODY/CHASSIS**

| | |
|---|---|
| Layout | Longitudinal, front engine, transfer case, four-wheel drive |
| Construction | Ladder-type frame, open steel and aluminum body |

**ENGINE: 2.0-LITER TURBO I-4**

| | |
|---|---|
| Type and Description | I-4 16-valve with direct injection, turbocharging, with throttled, cooled EGR |
| Displacement (cu. in. / cc) | 121 cu. in. (1,995 cu. cm) |
| Bore x Stroke | 3.31 x 3.54 (84 x 90) |
| Valve System | Chain-driven DOHC, 16 valves |
| Fuel Injection | Direct Injection |
| Construction | Aluminum block, aluminum alloy heads |
| Compression Ratio | 10.0:1 |
| Power (SAE net) (hp / kW@rpm) | 270 hp (200 kW) at 5,250 rpm |
| Torque (SAE net) (lb.-ft. / N•m) | 295 lb.-ft. (400 N•m) at 3,000 rpm |
| Max. Engine Speed (rpm) | 5,800 rpm (electronically limited) |
| Fuel Requirement | Minimum unleaded regular, 87 octane (R + M)/2; 91 octane or higher recommended for optimum fuel economy and performance |

# Specifications
## 2021 JEEP® WRANGLER 4xe

| | |
|---|---|
| Fuel Tank Capacity (gallons) | 17.2 |
| Oil Capacity | 5 quarts (4.7 liters) |
| Coolant Capacity | 9.9 quarts (9.4 liters) |
| Emission Controls | GPEC4 engine-management system with close-coupled catalyst and wide range $O_2$ sensor |
| Max. Gross Trailer Weight | 3,500 lbs. |
| Assembly Plant | Termoli, Italy, and Trenton South Engine Plant, Trenton, Michigan |

### eTORQUE BELT-START GENERATOR/MOTOR

| | |
|---|---|
| Peak power | 44 hp (33 kW) |
| Starting torque | 39 lb.-ft. (53 Nm) |

### TRANSMISSION: 8P75PH PHEV AUTOMATIC, EIGHT-SPEED OVERDRIVE

| | |
|---|---|
| Description | Plug-in hybrid automatic transmission with AC traction motor with Motor Interrupting Clutch and Integrated Launch Element; adaptive electronic control and Auto Stick driver-interactive manual control |
| Gear Ratios | |
| 1st | 4.71 |
| 2nd | 3.14 |
| 3rd | 2.11 |
| 4th | 1.67 |
| 5th | 1.28 |
| 6th | 1.00 |
| 7th | 0.84 |
| 8th | 0.67 |
| Reverse | 3.32 |

### INTEGRATED TRANSMISSION TRACTION MOTOR

| | |
|---|---|
| Peak torque | 181 lb.-ft. (245 Nm) |
| Peak power | 134 hp (100 kW) |

# Specifications
## 2021 JEEP® WRANGLER 4xe

**HIGH VOLTAGE BATTERY**

| | |
|---|---|
| Chemistry | Lithium Ion Li-NMC |
| Charging Modes | Level 1 — 120V AC, Level 2 — 240V AC |
| Operating Voltage | 260 – 400 VDC |
| Gross Capacity | 17.3 kWh |
| Maximum Charge Rate | 7.2 kW |

**TOTAL POWERTRAIN OUTPUT**

| | |
|---|---|
| Peak combined torque | 470 lb.-ft. (637 Nm) at 3,000 rpm |
| Peak combined power | 375 hp (280 kW) at 5,250 rpm |

**TRANSFER CASE: MP3022 SELEC-TRAC (4xe and Sahara 4xe)**

| | |
|---|---|
| Type | Full-time |
| Operating Modes | 2WD High; 4WD Auto; 4WD High; Neutral; 4WD Low |
| Low Range Ratio | 2.72:1 |

**TRANSFER CASE: MP3022OR ROCK-TRAC (Rubicon 4xe)**

| | |
|---|---|
| Type | Full-time |
| Operating Modes | 2WD High; 4WD Auto; 4WD High; Neutral; 4WD Low |
| Low Range Ratio | 4.0:1 |

**AXLES**

| | |
|---|---|
| Front | 3rd Generation Dana 44 |
|    Differential type | Open (4xe and Sahara 4xe) or Tru-Lock electronic locking (Rubicon 4xe) |
| Rear | 3rd Generation Dana 44 |
|    Differential type | Open (4xe and Sahara 4xe) with available Trac-Lock anti-spin<br>Tru-Lok electronic locking (Rubicon 4xe) |
| Axle ratios | 3.73 (4xe and Sahara 4xe) or 4.10 (Rubicon 4xe) |

# Specifications
## 2021 JEEP® WRANGLER 4xe

**ELECTRICAL SYSTEM**

| | |
|---|---|
| Architecture | Powernet |
| DC/DC Converter Capacity | 2.5 kW |
| Low Voltage Battery | 600 CCA, maintenance free (Standard) 700 CCA, maintenance free (Optional) |

**SUSPENSION**

| | |
|---|---|
| Front | Solid axle, link coil, leading arms, track bar, coil springs, stabilizer bar |
|     Stabilizer bar | Electronic sway-bar disconnect system (Rubicon 4xe) |
|     Shock type | 4xe: Gas-charged twin-tube shock absorbers with full displacement Multi-tuned Valve (MTV) technology |
| | Sahara 4xe: High-pressure gas-charged monotube shock absorbers with MTV technology |
| | Rubicon 4xe: High-press gas-charged monotube shock absorbers with MTV technology and hydraulic rebound stop |
| Rear | Solid axle, link coil, trailing arms, track bar, coil springs, stabilizer bar |
|     Shock type | 4xe: Gas-charged twin-tube shock absorbers with full displacement MTV technology |
| | Sahara 4xe: High-pressure gas-charged monotube shock absorbers with MTV technology |
| | Rubicon 4xe: High-pressure gas-charged monotube shock absorbers with MTV technology and hydraulic rebound stop |

**STEERING**

| | |
|---|---|
| Type | Electro-hydraulic power |
|     Overall ratio | 13.7:1 |
|     Turning diameter (curb-to-curb) (ft) | 39.4 |
| Steering Turns (lock-to-lock) | 3.1 |
| P/S pump | Electro-hydraulic |

**BRAKES**

| | |
|---|---|
| Type | Hydro-electric anti-lock braking system with fully blended regeneration capacity |
| Front | |
|     Rotor size and type | 12.9 x 1.1 (330 x 28) vented rotor |
|     Caliper size and type | 2 (51) twin-piston floating calipers |
| Rear | |
|     Rotor size and type | 13.6 x .86 (345 x 22) vented rotor |
|     Caliper size and type | 2 (51) single-piston floating calipers |

# Specifications
## 2021 JEEP® WRANGLER 4xe

**DIMENSIONS AND CAPACITIES**

| | |
|---|---|
| Wheelbase | 118.4 (3,008) |
| Overhang — Front | 29.5 (749.8) |
| Overhang — Rear | 40.3 (1,023) |
| Track — Front | 64.4 (1,636) |
| Track — Rear | 64.4 (1,636) |
| Overall Length (includes spare tire) | 188.4 (4,786) |
| Overall Width | 73.8 (1,875) |
| Overall Height | 73.5 (1,868) |

**CLEARANCES**

| | |
|---|---|
| Approach angle, degrees | 42.2 (4xe and Sahara 4xe), 43.8 (Rubicon 4xe) |
| Breakover angle, degrees | 22.0 (4xe and Sahara 4xe), 22.5 (Rubicon 4xe) |
| Departure angle, degrees | 35.2 (4xe and Sahara 4xe), 35.6 (Rubicon 4xe) |
| Ground clearance, inches | 10.1 (4xe and Sahara 4xe), 10.8 (Rubicon 4xe) |

**CURB WEIGHT (lb.)** — 5000 (4xe); 5100 (Sahara 4xe); 5222 (Rubicon 4xe)

**ACCOMMODATIONS**

| | |
|---|---|
| Seating Capacity, F/R | 2/3 |
| SAE Total Interior Passenger Volume, (cu. ft. / cu. m) | 103.3 (2.93) |
| **Front** | |
| Headroom | 40.8 (1,036) hardtop / 42.8 (1,087) soft top |
| Legroom | 40.8 (1,038) |
| Shoulder room | 55.8 (1,417) |
| Hip room | 53.9 (1,370) |
| Seat travel | 8.1 (206) |
| EPA front volume index | 54.6 (1.55) |

# Specifications
## 2021 JEEP® WRANGLER 4xe

| | | |
|---|---|---|
| **Rear** | | |
| | Headroom | 40.3 (1,023) hardtop, 42.6 (1,082) soft top |
| | Legroom | 38.2 (970) |
| | Knee clearance | 61.6 (1,565.9) |
| | Shoulder Room | 55.8 (1,417) |
| | Hip Room | 55.9 (1,421) |
| EPA rear seat volume index (cu. ft. / cu. m) | | 48.7 (1.38) |
| Liftover height | | 29.7 (756.4) |
| Maximum cargo width at liftgate opening | | 47.9 (1,217) |
| Minimum cargo width at liftgate opening | | 41.5 (1,054) |
| Maximum cargo height at liftgate opening | | 36.0 (942.3) |
| Minimum cargo height at liftgate opening | | 35.7 (907.8) |
| Distance between wheelhouse interior trim | | 45.0 (1143) |

| | |
|---|---|
| **SAE Cargo Volume** | |
| Rear seat folded | 67.4 cu. ft. (1.91) |
| Rear seat upright | 27.7 cu. ft. (0.78) |
| Total passenger plus cargo volume, (cu. ft. / cu. m) | 131 / 3.71 |

| | |
|---|---|
| **WHEELS** | |
| Availability | Standard (4xe, Sahara 4xe) |
|   Type and Material | High-Gloss painted cast aluminum |
|   Size | 20 x 8 in. |
| Availability | Standard (Rubicon 4xe) |
|   Type and Material | Painted pocket with Mid-Gloss paint and polished cast aluminum |
|   Size | 17 x 7.5 in. |

# Specifications
## 2021 JEEP® WRANGLER 4xe

**TIRES**

| | |
|---|---|
| Availability | Standard (4xe, Sahara 4xe) |
| Size and Type | 275/55R20, on/off-road, black sidewall |
| Mfr. And Model | Bridgestone Dueler H/L Alenza |
| Revs per Mile (km) | 649 (403) |
| Availability | Standard (Rubicon 4xe) |
| Size and Type | LT285/70R17, on/off-road, black sidewall |
| Mfr. And Model | BF Goodrich KO2 All-Terrain |
| Revs per Mile (km) | 637 (396) |

• • •

Additional information and news from FCA US LLC are available at http://media.fcanorthamerica.com