# Exhibit 10

6/26/24, 2:20 PM
Case 2:24-cv-10546-BRM-KGA   ECF No. 18-11, PageID.1289   Filed 06/27/24   Page 2 of 12
Super Bowl LVII most-watched US telecast ever after updated figures | CNN



CNN Sports                                                                 WatchListenLive TV

# Super Bowl LVII most-watched US telecast ever after updated figures

By Ben Morse, CNN

2 minute read · Updated 11:28 AM EDT, Wed May 3, 2023



**The best photos from the 2023 Super Bowl**                              Brynn Anderson/AP

1 of 44

Kansas City Chiefs quarterback Patrick Mahomes holds the Vince Lombardi Trophy after the Chiefs won Super Bowl LVII on Sunday, February 12. The Chiefs defeated the Philadelphia Eagles 38-35.





But its updated figures moved this year's finale to the NFL season above Super Bowl XLIX in 2015 which totaled 114.8 million viewers – when the New England Patriots beat the Seattle Seahawks in dramatic fashion – to make it the most-watched ever.

The total of 115.1 million viewers includes those watching the Super Bowl LVII across Fox, Fox Deportes and digital streaming services, according to a Nielsen source.

The source told CNN that the increase of about two million viewers from the originally stated figure was due to both an external encoding issue and a metering issue, each of which accounted for about one million additional viewers when resolved.



6/26/24, 2:28 PM
Super Bowl LVII most-watched US telecast ever, after updated figures | CNN
Case 2:24-cv-10546-BRM-KGA ECF No. 18-11, PageID.1291 Filed 06/27/24 Page 4 of 12



Eagles fans react while watching Super Bowl LVII at City Tap House in Philadelphia. Mark Makela/Getty Images

In the top 10 US telecasts of all time according to Nielsen records, the first nine are made up of Super Bowl broadcasts.

The only non-Super Bowl to feature on the top 10 is the M*A*S*H series finale in 1983 which totaled 105.9 million viewers.

In February, Fox Sports said that the Apple Music Halftime Show featuring Rihanna drew an average of 118.7 million viewers, making it the second most-watched performance in Super Bowl history.

PAID CONTENT



**Michigan Will Cover the Cost to Install Solar if You Live in These…**
Find out if you qualify. Get your free quote today!
Sponsored: EasySolar



**The Average Walk-In Shower Cost in 2024**
Luxury walk-in showers are now more affordable than ever
Sponsored: KohlerSafeShowers.com

$137  $1,650  $102

6/26/24, 2:26 PM
Super Bowl LVII most-watched US telecast ever: updated figures | CNN
Case 2:24-cv-10546-BRM-KGA ECF No. 18-11, PageID.1292 Filed 06/27/24 Page 5 of 12




## 7 Wealth Tips Once Your Portfolio Reaches $1 Million
How do retirees take steps to preserve their wealth in retirement? Download The Seven...
Sponsored: Fisher Investments

## Here's How Much You Should Pay For Affordable Gutter Guards
Enter your ZIP code and share a few details about your house.
Sponsored: homebuddy.com




**Olympian Katie Archibald to miss Paris 2024 after freak garde…**
Sports

**Hungary captain Dominik Szoboszlai calls for medical…**
Sports

**French swimmer Rafael Fente-Damers injures shoulder while…**
Sports

### MORE FROM CNN


Super Bowl LVIII sets record with a staggering 123.4 million viewers, …


Fox scores Super Bowl ratings touchdown with 113 million …


How to watch the Super Bowl live: Start time, channels and …

### NEWS & BUZZ

NEWS & BUZZ

 George Latimer defeats House 'squad' member Jamaal Bowman ...

 Why Justice Sotomayor's rare reference to Dobbs may be a ...

 One of the saddest romantic movies of all time has now been making us ...

**Find Results for**



Search CNN...

Sign in

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Opinion

Health

Entertainment

Tech

Style

Travel

Sports

Watch

Listen

CNN Underscored

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

About CNN

CNN Sports

**FOLLOW CNN**

