# Exhibit 11

 Menu 

| **Don't Miss** | 50% off All Access today! |
|---|---|

Ad Age Video → 2023: Super Bowl LVII → Jeep: "Electric Boogie"

   



# JEEP: "ELECTRIC BOOGIE"

October 22, 2023

Jeep took a musical route to promote its hybrid electric vehicles in its Super Bowl commercial.

The spot features a remake of "Electric Boogie" by Jamaican rapper Shaggy, and shows a group of friends riding in a Jeep in the wilderness filled with (CGI) animals dancing to the song.

The spot was directed by Nic Yiallouris and created by Highdive, which also worked on a Super Bowl spot for Ram Trucks.

**Brand:** Jeep

**Agency:** Highdive

**Quarter:** 2

**Super Bowl:** LVIl

**Year:** 2023

Related:

[ Advertising ]  [ Special Report: Super Bowl ]



# 2023: SUPER BOWL LVII


**Amazon: "Saving Sawyer"**


**Astellas: "Heat on the Street"**


**Avocados From Me**

# NEWEST VIDEOS


**Workday: "Rockstars"**
2023: Super Bowl LVII


**WeatherTech: "We All Win"**
2023: Super Bowl LVII


**Uber: "One Hit for U**
2023: Super Bowl LVII

# JOIN US

**Subscribe Now    Renew    Get Datacenter**

6/26/24, 2:26 PM                                                              Jeep 'Electric Boogie' Video from Ad Age

Copyright © 1994-2024   Crain Communications   Privacy Statement   Terms of Use   About Us   Advertise   Reprints   Help Desk
Ad Choices   Careers at Crain   Privacy Request

Ad Age   Creativity   Amp   Datacenter   Resources   Events   On the Move   Latest Issue   Newsletters   Contact Us