# Exhibit 13

# 2022 WRANGLER

Jeep



# SMART STYLE
# FOR PLAYDATES

**NEW FEATURES** available on the 2022 Jeep® Wrangler help raise the fun factor for on- and off-road adventures.



**WINDSHIELD WITH CORNING® GORILLA® GLASS**

New windshield material adds higher impact resistance over standard glass, with superior resistance to chips, cracks and fractures. Available.



**DOORS-OFF® MIRROR KIT**

This kit adds side-view mirrors so you can stay safe when you go "doors off"¹ to get closer to the world outside. Available from Mopar®.

**NEW**

- Standard Remote Proximity Entry (Sahara,® Rubicon® and 4xe)
- Standard 8.4-inch Radio (Sahara and Rubicon)
- Standard 7-inch Radio (air conditioned Sport models)
- New Wheel (High Altitude 4xe)
- Blue Tow Hooks (Sahara 4xe)
- Blue Pad Print on All 4xe Wheels

Rubicon® Unlimited 4xe in Sting-Gray

*A note about this brochure: all disclosures can be found on the last page.



## NEW XTREME RECON
## 35-INCH TIRE PACKAGE:

- LT315/70R17C 113/110S Tires
- 17-inch Beadlock-Capable Aluminum Wheels
- 35-inch Tire Suspension
- 4.56 Rear Axle Ratio
  (without 4.88 Rear Axle Ratio)
- Wheel Flare Extensions
- 100:1 Crawl Ratio
- 1.5-inch Lift
- Mopar® Tailgate Reinforcement System
- Mopar Oversized Spare Tire Modification Kit
- Mopar Jack Base

Rubicon® Unlimited in Sarge with available Xtreme Recon 35-inch Tire Package.

# PROUD TO
# BARE IT ALL

UNFETTERED, OPEN-AIR FREEDOM IN EVERY DIRECTION MAKES JEEP. WRANGLER
ABSOLUTELY UNIQUE. LET NOTHING STOP YOU FROM FEELING THE WIND IN
YOUR HAIR WITH NO SEPARATION BETWEEN YOU AND THE SCENERY AT HAND.

### REMOVABLE¹ TOPS

Open-air driving has never been more fun than with your choice
of the standard Sunrider® Soft Top, the available Premium
Sunrider Soft Top or available Freedom Top® Modular Hardtop.

### REMOVABLE¹ DOORS

Made of lightweight aluminum, the doors are designed for
easy removal¹ with the included TORX® toolkit.

### HALF¹ DOORS

Available half doors, with or without upper fabric panels, open
you up to experiencing fresh-air freedom in an exciting new way.

### FOLD-DOWN WINDSHIELD¹

The aluminum-framed windshield is easy to unfasten,
fold down and secure to the hood with provided straps.



Rubicon® in Firecracker Red





### SUNRIDER® SOFT TOP

Standard on all Jeep Wrangler models with an easy-to-use zipperless design. Its simple operation allows the top to glide open with the help of spring-loaded support bars. Crafted from heavy-duty, waterproof cloth material and comes in Black. Upgrade to the Premium Sunrider® Soft Top with a higher grade of fabric. Available.

### FREEDOM TOP® MODULAR HARDTOP

This three-piece hardtop is light and easy to remove.¹ For a full open-air experience, you can take off¹ all three sections or let in the sun by just removing¹ the two front panels. Available in Black or body-color depending on model.

#### NEW FOR 2022

### SUNRIDER FLIP TOP FOR HARDTOP

Look up to see more of the sun, sky and stars. Made with premium materials that allow for year-round use, the Sunrider Flip Top for Hardtop replaces the Freedom Panels with a soft top that can easily open — and close — in seconds. Available from Mopar®.



### SKY ONE-TOUCH® POWER TOP

With one-touch operation and removable¹ rear quarter panels. Available.



# HYBRID POWER
## CHARGES AHEAD

**AVAILABLE ON SAHARA® AND RUBICON® 4-DOOR MODELS AND INCLUDES:**

- 17-KWH BATTERY
- CHARGING PORT WITH 115-VOLT CORD
- CHARGE STATUS BAR
- UNIQUE WHEELS
- ELECTRIC BLUE ACCENTS
- 4xe BADGING

Rubicon® Unlimited 4xe in Bright White

# STRONG

Jeep® Wrangler 4xe hands over incredible muscle whether you're going with gas or in its all-electric range. Towing heavy toys becomes child's play for grown-ups ready to expand their range of playing fields.

**470** LB-FT OF TORQUE² / **375** HORSEPOWER²

# QUICK

An 8-speed automatic transmission is geared to move smoothly through acceleration. Perfectly synced with the 2.0L Turbocharged engine, this powertrain is poised to provide power at a moment's notice.

INSTANT TORQUE / **0 – 60** IN 6 SECONDS²

# EXPANSIVE

The driver-selectable E Selec Modes let you choose between a blended hybrid operation, fully electric travel or an E-Save Mode that saves battery use for whenever you choose.

**21**-MILE ESTIMATED ALL-ELECTRIC RANGE³/ **370**-MILE ESTIMATED TOTAL RANGE²

# EASY ON THE ENVIRONMENT

Ecologically sound travel produces fewer emissions than 100% gas-powered engines, and when you're riding high in the hills, you'll experience a new kind of hushed, wind-in-your-hair freedom.

REDUCED EMISSIONS / WHISPER-QUIET IN ALL-ELECTRIC MODE
WHEN COMPARED TO PREVIOUS JEEP WRANGLER GENERATIONS









# A PLACE TO RECHARGE

A spacious interior equips you with modern yet rugged design and leading technology. The standard 8.4-inch Uconnect® 4C NAV displays hybrid details, like charge percentage and remaining range, while a dash-mounted indicator shows status during charging sessions.

The 4xe system is paired with the 2.0L I-4 DOHC direct-injection Turbo Plug-In Hybrid Electric Vehicle (PHEV) engine to bring out the best in the already tested and proven Jeep® 4x4 hardware: full-time Selec-Trac® 4WD system standard on Sahara® Unlimited, and Rock-Trac® 4WD system standard on Rubicon® Unlimited. A 17-kWh lithium-ion battery pack, regenerative brake booster and 8-speed PHEV automatic transmission work in concert to send impressive amounts of power and torque to each wheel — maximizing the capability of every component.



**30-inch**
maximum water fording¹ depth

# YOU'RE IN E-CONTROL

You choose how and when to optimize the hybrid drivetrain. Select Hybrid for the best of both worlds, Electric to only use battery power or E-Save to reserve battery power for later — like for low-emission zones in cities or on the trail for near-silent exploring with maximum torque and horsepower.









# CHARGING
# MADE EASY

Getting powered up faster is as simple as parking in your own driveway with an available, simple-to-use smart-enabled Jeep Brand Level II EV Home Charging Station installed at your home.[5] The Level II charging unit can charge up to six times faster than typical Level I charging options.[6] You can utilize Qmerit, our approved collaborator, for installation.

Rubicon® Unlimited 4xe in Sting-Gray

Qmerit



# QUICKEST, MOST POWERFUL WRANGLER EVER
## THE ADRENALINE RUSH YOU'VE BEEN CRAVING

Rubicon® 392 Unlimited in Hydro Blue



GIVE THE SPEED
OF SOUND
**SOMETHING TO
WORRY ABOUT**

470 HP[2] AND 470 LB-FT OF TORQUE[2]
0 – 60 MPH IN 4.5 SECONDS[2]
QUARTER MILE IN 13 SECONDS[2]



33-INCH TIRES Grip, grab and go with 17-inch Beadlock-capable wheels.



**THE 6.4L HEMI® V8 ENGINE**
Powers up with 470 hp[2] and 470 lb-ft of torque.[2]

**TORQUEFLITE® 8-SPEED AUTOMATIC TRANSMISSION**
High output helps put the power into the shifting.



**TWO-MODE DUAL EXHAUST**



**HIGH-PRESSURE GAS-CHARGED FOX® ALUMINUM SHOCKS**
Add exceptional stability at extreme climbs and speeds.

# THIS WARRIOR'S
# STRENGTH GOES DEEP

Frame reinforcements and beefed up
driveline components, plus increased
cooling and heat extraction through the
grille, are all engineered to work together,
supporting a performance that puts extreme
power and speed at the forefront.



## 1.5-INCH LIFT

It's added at the factory
to take clearance to bold,
brave heights.

# FREEDOM IS BORN **FROM POWERFUL CHOICES**

## THESE JEEP BRAND POWERPLANTS OFFER AN IMPRESSIVE MIX OF EFFICIENCY, POWER AND PULL

### 2.0L TURBO I-4 ENGINE WITH ENGINE STOP/START (ESS) TECHNOLOGY



Delivers impressive performance, yet sips fuel as an I-4 should. This remarkable engine offers smart energy-generating functions, including available ESS, electric power assist, extended fuel shutoff, transmission shift management, intelligent battery charging and regenerative braking. Direct injection boosts power while respecting emissions, and eTorque technology provides a smooth ESS experience, along with electric torque assistance. With its standard match to the 8-speed transmission, you'll enjoy strong takeoffs and smooth highway coasting. Available.

**270**
HORSEPOWER

**295**
LB-FT OF TORQUE

**22 / 24**
CITY / HWY MPG[7]

### 3.6L PENTASTAR® V6 ENGINE



Load up, set your waypoint and go, enjoying a powerful pull with welcome economy. This proven road star's performance employs friction-reducing applications that ensure its smooth operation. Improved fuel efficiencies compared to the previous Pentastar® engine generation add even more value, helped by the addition of ESS. It's matched to a sturdy 6-speed manual transmission or automatic transmission. Or, choose the 3.6L Pentastar engine equipped with mild-hybrid eTorque technology, paired with an 8-speed automatic transmission. Both versions deliver equally powerful horsepower and torque. Available.

**285**
HORSEPOWER

**260**
LB-FT OF TORQUE

**19 / 23**
CITY / HWY MPG[8]

### 3.0L ECODIESEL V6 ENGINE





Turbocharged to deliver exceptional responsiveness, the 3.0L EcoDiesel produces strong takeoffs with the confidence to pull loads up to 3,500 lb, when properly equipped. The engine's water-cooled turbocharger with Variable Geometry Turbine (VGT) and low-friction bearing adds to its economies, and high-pressure direct-injection nozzles and a low-pressure circulation system minimize turbocharger energy losses. And, because diesel fuel converts to a greater amount of usable energy compared to gasoline, it helps deliver an EPA-estimated 22 city / 29 hwy mpg[9] and an impressive driving range of up to 530 highway miles per tank.[9] Available.

**260**
HORSEPOWER

**442**
LB-FT OF TORQUE

**22 / 29**
CITY / HWY MPG[9]



### 8-SPEED AUTOMATIC TRANSMISSION

The launch ratios for all eight gears have been optimized, tuning this 8-speed transmission to the exact structure, size and weight of your Jeep® Wrangler. Advanced software adjusts performance on the fly, based on variables such as temperature, cornering, hill grades, 4WD gears and towing. Smooth and virtually seamless shifts, both up and down, deliver a consistently smooth ride. Available.



### 6-SPEED MANUAL TRANSMISSION

For those who prefer to really put themselves into every shift, this one's for you. It hands you low 1st and Reverse gears, which are great for off-roading. It comes standard, matched to either a Command-Trac® 4WD system on Sport and Sahara® or paired with the Rock-Trac® 4WD system on the Rubicon® model.



# THE GUTS TO
# GET YOU THERE

WHEN THE GOING GETS TOUGH, JEEP® WRANGLER GETS YOU WHERE YOU NEED TO GO. YOU'RE SUPPORTED WITH A FULL LINEUP OF FEATURES THAT HELP YOU MANAGE YOUR PROGRESS AND PROTECT YOUR VITAL PARTS WHILE KEEPING YOU INFORMED OF VEHICLE PERFORMANCE ALL ALONG THE WAY.

**SELEC-SPEED® CONTROL** Manages vehicle speeds of 0.6 – 5 mph in 4-LO while traversing off-road terrain without requiring the driver to control the throttle or the brake. This helps the driver focus on steering the vehicle, letting Wrangler put the right amount of power or braking onto the ground. Available. Included with 8-speed automatic transmission.

**HILL START ASSIST (HSA) AND HILL DESCENT CONTROL (HDC)** Hill Start Assist works to prevent Wrangler from rolling when starting on an uphill gradient. Standard. Hill Descent Control is packaged with the 8-speed automatic transmission, helping Wrangler navigate steep declines at a steady speed. Available.

**STEEL BUMPERS** Built with ultra-strong steel to take the punishment of the trails. The front bumper can accept a winch, features integrated LED fog lamps and has removable end caps to help maneuver through tight spots. Available on Rubicon® models.

**SKID PLATES** The underbelly of your beast is protected, giving you peace of mind when you're climbing over huge boulders and navigating rough terrain. Every Wrangler gets skid plates covering the fuel tank, transfer case and transmission, so you can move forward with confidence on every road and trail. Standard.

**TOW HOOKS** You're given important tools to play the hero when need be. Every Wrangler gets two tow hooks up front and one in back. On Rubicon models, they're painted Red to stand out among the crowd.



**OFF-ROAD PAGES** Access real-time performance data like suspension travel or keep an eye on your tilt and-pitch. In-depth vehicle diagnostics, including wheel turn, articulation and transmission temperature, all help to provide an optimized experience. Available.



**INTEGRATED OFF-ROAD CAMERA[10]** Mounted within the grille, provides an up-close view of the trail directly in front of your vehicle, helping you navigate over and around obstacles. Available.



# LOCKED IN
# YET FLEXIBLE

**TRU-LOK® DIFFERENTIALS**
Front and rear electronic-locking differentials deliver maximum torque to both wheels, maintaining forward momentum for the ultimate in 4WD traction. An instrument panel-mounted rocker switch can lock either the rear or both axles. Paired with Rock-Trac® 4WD system on Rubicon® models.

**OFF-ROAD+**
When engaged, it automatically deciphers the type of terrain Jeep₀ Wrangler is operating on and makes adjustments to key systems, including throttle, Selec-Speed® Control, traction control and transmission shift mode, for optimal performance. If enabled in 4-HI, it tailors operation for higher-speed sand performance. If enabled in 4-LO, it adjusts operation for low-speed rock-crawling maneuvers. Standard only on Rubicon models.

**FRONT SWAY BAR DISCONNECT SYSTEM**
Flip a switch and the sway bar can be disconnected in 4-LO and 4-HI, allowing the front suspension to travel up to an additional 30 percent. It reconnects automatically at speeds above 18 mph. Standard only on Rubicon models.



# SOPHISTICATED PRESENCE

## HIGH ALTITUDE

Welcome to a higher tier of comfort and style matched with the renowned 4x4 capability of Jeep® Wrangler. High Altitude is designed to capture attention on the street, while elevated interior features add extra panache for those riding inside.

High Altitude Unlimited in Bright White



HIGH ALTITUDE

**ELEVATED STYLE** THE PREMIUM STANDARD CABIN FEATURES ARE ABUNDANT IN JEEP₀ WRANGLER HIGH ALTITUDE, SETTING YOU UP TO EXPERIENCE THE TOP OF THE LINE IN JEEP₀ BRAND LUXURY. YOU'RE ALL SET WITH NAPPA LEATHER-TRIMMED SEATS AND THE UCONNECT® 4C NAV RADIO WITH ITS LARGE 8.4-INCH FULL-COLOR TOUCHSCREEN. THE ALPINE® PREMIUM SOUND SYSTEM DELIVERS CONCERT-LIKE SOUND FOR ALL PASSENGERS TO ENJOY.



# RELAX IN A
# COZY CABIN

INSPIRED BY JEEP. BRAND HERITAGE, THIS INTERIOR IS ALSO INSPIRED BY MODERN DESIGN, FILLED WITH PREMIUM MATERIALS AND CREATURE COMFORTS AND INFUSED WITH THE LATEST LEAPS IN MUST-HAVE TECHNOLOGY.

### REMOTE START SYSTEM"

Climb into a pleasantly preheated or precooled Jeep. Wrangler — up to a 300-foot range. Available.

### HEATED FRONT SEATS

You have three adjustments to choose from for each seat, so you can tailor your level of warmth to weather conditions and personal preference. Available.

### HEATED STEERING WHEEL

Set this optional feature to automatically warm the full 360° circumference of the wheel when temps dip below 40°F. Available.

### HEATED MIRRORS

Keep ice from building up and blocking your view with the safety and security of heated side mirrors. Available.

### REMOTE PROXIMITY ENTRY

Keep the key fob in your pocket, and you can simply open the door, get comfortably seated with your foot on the brake, press the Start button and head out. Available.



# A CLOSER **LOOK**



**7-INCH DRIVER INFORMATION DISPLAY**
Front and center in the gauge cluster, you'll find a wealth of scrollable vehicle data in full color that you safely control via steering-wheel buttons. Standard on Sahara® and Rubicon® models. Available on Sport S model.









**DURABLE STYLE** Jeep₍ Wrangler is crafted with premium materials and attention to detail, so you can pay attention to the road ahead in comfort. This is style that steps it up to perform extra duty for both business and pleasure.

ATTENTION
TO DETAIL



**DUAL-ZONE AUTOMATIC TEMPERATURE CONTROL**
Constantly adjusts air temperature inside the cabin to create separate customized environments for driver and front passenger. Available.

# HEARD LOUD
# AND CLEAR







//////ALPINE®

## ALPINE® PREMIUM SOUND SYSTEM

Surround yourself with an exhilarating audio experience that includes nine speakers, an overhead sound bar, an all-weather subwoofer and 552-watt amplifier. Available.



## Uconnect®

**PHONE / TEXT**
Pair up to eight phones, make calls, use voice commands to hear and respond to texts,[13] select media stations and access navigation. Includes Apple CarPlay®[14] support with your connected iPhone® and Android Auto.™[15] Standard.

**SIRIUSXM® RADIO[12]**
Tune in and travel well. SiriusXM®[12] connects you with the ultimate entertainment experience, including over 165 channels of commercial-free music, plus sports, news, talk and comedy. 6-month trial. Standard.

**CONNECTIONS**
With Siri® Eyes Free℠ and your connected iPhone, use voice commands to make calls, create and send texts, and more. GPS Navigation helps you travel the best routes. A 4G LTE Wi-Fi Hotspot[17] (1GB or 3-month trial) connects with up to eight devices within 50 feet of your vehicle. Available.

**SIRIUSXM TRAFFIC PLUS[23]**
Avoid tie-ups, road closures and construction with continuous traffic updates. 5-year trial. Available.

**SiriusXM TRAFFIC PLUS**

**SIRIUSXM GUARDIAN™[18]**
Enjoy a suite of safety and convenience features, including SOS Call,[19] lock / unlock or start your car[20] from anywhere, and much more. 1-year trial. Available.

**SiriusXM GUARDIAN**

## A LOT TO CONNECT WITH

The Uconnect system is your customizable, connected vehicle platform dedicated to safe and seamless communication, navigation and entertainment — all from one easy-to-use touchscreen. You're always connected with Uconnect, whether in your vehicle or via the Jeep App[21] on your device, which allows you to remotely lock / unlock your vehicle and check your future service needs, and much more, from virtually anywhere.

**SIRIUSXM TRAVEL LINK[23]**
Get weather maps, forecasts and alerts, plus sports scores and schedules, fuel prices and more. 5-year trial. Available.

**SiriusXM TRAVEL LINK**

**START YOUR CAR FROM AFAR**
Send destinations, lock the doors, check fuel status and more using the available Jeep Skill for Amazon Alexa[22] or the available Jeep Action on Google on your voice-assistant-enabled devices. Available.

LEARN MORE ABOUT UCONNECT® AND RELATED SERVICES AT **DRIVEUCONNECT.COM** OR THE JEEP® APP.[21]



Sahara® Unlimited in Black

## ELECTRONIC STABILITY CONTROL (ESC)²⁴

A vehicle-wide network of safety sensors helps maintain vehicle control, providing instant aid should it detect you're veering off your intended path. ESC²⁴ coordinates Electronic Roll Mitigation (ERM), Antilock Brake System (ABS), Traction Control and Trailer Sway Control (TSC),²⁵ sending them into action when needed. Standard.

# CARVE YOUR
# OWN PATH

# ADVANCED SAFETY & SECURITY SYSTEMS

WHEN IT COMES TO YOUR WELL-BEING ON THE ROAD, JEEP® WRANGLER IS READY AND WILLING TO STAND AS A CONSTANT GUARDIAN. WRANGLER OFFERS MORE THAN 80 STANDARD AND AVAILABLE SAFETY & SECURITY FEATURES. SENSORS AND CAMERAS KEEP WATCH AROUND YOUR PERIMETER TO HELP PROVIDE PEACE OF MIND.



## ADVANCED SAFETY GROUP

This complete package uses active sensors to help you stay aware of your surroundings. It includes Auto High-Beam Headlamp Control (must have Uconnect® 4C NAV with 8.4-inch touchscreen), Full-Speed Forward Collision Warning Plus,[28] Adaptive Cruise Control with Stop,[29] Blind Spot Monitoring[26] and Rear Cross-Path Detection,[10] ParkSense® Rear Park Assist System[27] and bright LED taillamps. Available.



### BLIND SPOT MONITORING[26] AND REAR CROSS-PATH DETECTION[10]

Maintain a safe perimeter with the help of these sensor systems. Chimes and illuminated icons notify you when side or rear blind spots are encroached. Available.





### PARKSENSE® REAR PARK ASSIST SYSTEM[27]

Works in tandem with the ParkView® Rear Back-Up Camera[10] to help display previously hidden objects, bringing them to your attention on-screen and with an audible warning so you have time to react. At speeds below 4 mph, the system will automatically bring the vehicle to a stop if an object is detected. Available.



### HILL START ASSIST (HSA) AND HILL DESCENT CONTROL (HDC)

HSA works to prevent Wrangler from rolling when starting on an uphill gradient. Standard. Hill Descent Control is packaged with the 8-speed automatic transmission, helping Wrangler navigate steep declines at a steady speed. Available.

# 4xFORTRESS

THIS HIGH-STRENGTH SUPER STRUCTURE HELPS
PROTECT EVERY OCCUPANT AND IS FILLED
WITH FEATURES THAT ADD PEACE OF MIND.



**BODY STRENGTH** The exceptionally solid safety cage consists of high-strength steel paired with lightweight aluminum, designed to make Jeep® Wrangler light in weight while still providing a very strong chassis. Standard.

**ADVANCED MULTISTAGE AIR BAGS[30]** In the unfortunate occurrence of a collision, these air bags[30] deploy nearly instantaneously, providing occupant protection that's matched to crash severity. Standard.

**SUPPLEMENTAL FRONT-SEAT-MOUNTED SIDE AIR BAGS[30]** Deploying from the outboard side of each front seat, these air bags[30] enhance the protection of the driver and front-seat passenger in certain impacts. Standard.

**ULTRASONIC AND ANTI-TILT SECURITY SYSTEM** The alarm is activated by virtually any unauthorized movement, such as wheel removal or towing; illegal opening of a door, hood or swing gate; ignition start; cutting of battery leads; or motion inside the cabin. Available.

**SENTRY KEY® ANTITHEFT ENGINE IMMOBILIZER** A unique, embedded key code matched only to your vehicle helps keep your Wrangler safe and secure where you parked it. Standard.

**ENHANCED ACCIDENT RESPONSE SYSTEM (EARS)** This system helps make it easier for emergency personnel to see and reach occupants in the event of an accident, turning on interior lighting, flashing hazard lamps and unlocking power doors after air bag[30] deployment. Standard.



**LED LIGHTING GROUP** Maintain a unique — and safe — presence after dark, and add extra visual security during the day. The traditional round headlamps are equipped with unique daytime running lamps (DRLs), and the Group's LED headlamps, taillamps and front LED fog lamps are designed to enhance visibility during inclement weather. Available.



**UCONNECT® INTEGRATED VOICE COMMAND WITH BLUETOOTH®**

Multitasking is the way of today's world, even when you're on the road. This important feature allows drivers to send, reply or listen to a text[13]; take or make phone calls; request detailed information like fuel prices; get navigation directions; and more while keeping both hands on the wheel. Standard.



**SIRIUSXM GUARDIAN™[18] WITH SOS CALL[19] AND ROADSIDE ASSISTANCE CALL[31]**

Provides help in the event of an emergency on the road. Press the SOS[19] button on the rearview mirror to be connected to an agent who can direct emergency assistance to your location. Press the Assist button on the rearview mirror, followed by Roadside Assistance[31] on your touchscreen, to speak to an agent who can send roadside aid. Available.



**PARKVIEW® REAR BACK-UP CAMERA[10] WITH TRAILER VIEW**

When the vehicle is in Reverse, the Uconnect® screen displays a wide-angle view of what's immediately behind your vehicle, revealing objects that may have been out of your sight line. You'll also hear an audible warning. On-screen dynamic grid lines help you see your back-up path or line up a trailer to your hitch. You'll also be able to keep an eye on your tow load while in motion. Standard.



# SEE THE WORLD SAFELY
# AND IN A NEW LIGHT

Sahara® Unlimited in Silver Zynith



# DESIGNED TO BRING IT ON

Properly secure all cargo.



# SMART **UTILITY**

**IN-FLOOR STORAGE BIN** The cargo floor behind the second row of seats hides a storage area whose lid secures when the swing gate is closed — perfect for storing larger items.

**TRAIL RAIL™ CARGO MANAGEMENT SYSTEM**
Increase your cargo-carrying capability with this versatile system, optional on all Jeep₀ Wrangler models. It includes aluminum rails on the tailgate and cargo floor, along with cargo anchors that lock into place (four anchors included with two-door models and six with four-door models).

**MODULAR SEATBACK JEEP₀ UTILITY GRID SYSTEM**
Exclusive to and integrated into the Rubicon® front seatbacks, it allows for additional flexible storage options. Durable nylon woven straps accommodate standard Modular Lightweight Load-carrying Equipment (MOLLE)-style bags. The available Mopar₀ kit includes a set of three bags (small, medium and large), each with attachment straps and featuring the Jeep₀ Brand logo.

**BINS AND POCKETS**
The cabin is designed to help you stay organized with cubbies, pockets and bins throughout, giving you plenty of places to store phones, computers, tablets, maps, gaming devices and more. The two-tiered center console has a main bin big enough to fit an iPad® and a convenient top tray for smaller gear. Cup holders are sized to hold larger beverage containers and have a dedicated slot for cell phone or key fob storage.

Properly secure all cargo.



# A CABIN CRAFTED
# TO SERVE

**WINDSHIELD WITH CORNING® GORILLA® GLASS**
Two times as tough as conventional glass, this windshield uses soda-lime glass on the outside of the vehicle and Corning® Gorilla® Glass on the inside, creating a combination that is lighter, clearer and can withstand higher forces of impact than a standard windshield. Available.

**WEATHERPROOF PUSH-BUTTON START** The standard push-to-start button is protected by a water-resistant shield, so you're able to start up and head out should the weather outside accidentally come inside.

**WASHABLE INTERIOR** Not only is the carpet weather-resistant, but it can be removed to reveal drain plugs that, when opened, allow the floor to be easily hosed out. Standard.

**MORE POWER TO YOU** Connect to and power up your devices with the USB, micro USB, 12-volt and audio jack situated on the front dashboard. An additional 115-volt outlet and two USB ports[32] are on the rear of the center console, especially handy for device users in the second row.

**AUXILIARY SWITCH GROUP** This bank of four switches, conveniently installed in the dashboard, is pre-wired from the factory to accept accessories like off-road lights and a winch, making their addition clean and hassle-free. Available.





# NO TOY
# LEFT BEHIND

JEEP₀ WRANGLER UNLIMITED can confidently tow up to 3,500 lb when properly equipped with the available Trailer Tow and HD Electrical Group. Wrangler is also ideal for towing behind an RV, so you can add its open-air, off-road capability wherever you go.

**TRAILER SWAY CONTROL (TSC)²⁵**
Crosswinds and traffic hold no sway over you and your payload. As part of Electronic Stability Control,²⁴ TSC²⁵ helps keep you and the toys you tow safely on course. Standard.

Properly secure all cargo. Always tow within the vehicle's capacity.

Sahara® Unlimited in Granite Crystal Metallic with Trailer Tow and HD Electrical Group



BUYER'S GUIDE

# HIGH ALTITUDE



High Altitude Unlimited in Hydro Blue

## STANDARD

— 3.6L Pentastar® V6 engine with 8-speed automatic transmission and 3.73 axle ratio
— 2.0L Turbo I-4 engine with automatic transmission
— Antilock 4-wheel FNC disc brakes
— Body-color door handles
— Premium Dark exterior accents
— Body-color fuel-filler door
— Body-color exterior mirrors
— Body-color Freedom Top® 3-piece modular hardtop
— Black leather-trimmed seats
— Sport suspension
— Selec-Trac® 4x4 system
— Dana® wide heavy-duty front and rear axles
— Skid plates for fuel tank and transfer case
— Front and rear tow hooks
— Full-framed removable† doors
— 20-inch fully painted aluminum wheels
— P275/55R20 BSW All-Season tires
— Full-size spare tire
— Side steps
— Full body-color fender flares
— Body-color front and rear bumpers with rear step pads
— Body-color grille with Gloss Black inserts
— Wrapped instrument-panel bezel with accent stitching
— Push-button start
— Cruise control
— 7-inch full-color Driver Information Display
— SiriusXM® Radio¹² (6-month trial)

— Apple CarPlay¹¹⁴ support
— Android Auto™⁵ compatibility
— Automatic Temperature Control
— ParkView® Rear Back-Up Camera¹⁶
— Electronic Stability Control (ESC)¹⁴ and Trailer Sway Control (TSC)¹⁵
— Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
— Advanced multistage driver and front-passenger air bags¹⁸
— Supplemental front-seat-mounted side air bags¹⁸
— Tire Pressure Monitoring Display
— Sentry Key® antitheft engine immobilizer
— 12-volt outlets and 115-volt auxiliary power outlet
— Universal garage door opener¹⁹
— Cargo anchors with Trail Rail™ ready inserts
— Full center console and rear in-floor storage bin
— TORX® toolkit for top and door removal†
— Washout interior with removable carpet
— Selec-Speed® Control (automatic transmission)
— Proximity Key Entry

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Auto-dimming rearview mirror; Alpine® Premium Sound System with 9 speakers, including an all-weather subwoofer, 552-watt amplifier and 220-amp alternator; and Uconnect® 4C NAV

**SAFETY GROUP:** Blind Spot Monitoring²⁵ and Rear Cross-Path Detection,²⁶ ParkSense® Rear Park Assist System²⁷ and LED taillamps

**LED LIGHTING GROUP:** Front LED fog lamps, LED reflector headlamps, LED taillamps and daytime running lamps (DRLs)

## AVAILABLE

— 2.0L Turbo I-4 engine
— 3.0L EcoDiesel V6 engine
— 3.6L Pentastar V6 engine with eTorque
— Integrated Off-road Camera¹⁶
— Remote Start System³ (automatic transmission only)
— Trac-Lok® limited-slip differential
— Mopar® Hardtop Headliner
— Trail Rail Cargo Management System
— Mopar All-Weather Floor Mats
— Engine block heater
— Jeep® Trail Rated® Kit (tow strap, gloves, D-ring and bag)
— Sky One-Touch® Power Top with 1-touch operation and removable† rear quarter panels

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II hitch receiver, 4- and 7-pin wiring harness, 240-amp alternator, 700-amp maintenance-free battery, and 4 pre-wired auxiliary switches

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System³ (automatic transmission only)

**ADVANCED SAFETY GROUP:** Full-Speed Forward Collision Warning Plus,²⁸ Adaptive Cruise Control with Stop²⁹ and Auto High-Beam Headlamp Control (must have Uconnect 4C NAV)

**SMOKER'S GROUP:** Removable ashtray and lighter

**DUAL TOP GROUP:** Body-color Freedom Top 3-piece modular hardtop and premium body-color Sunrider® Soft Top

## INTERIORS

1) Nappa leather-trimmed in Black with Black Monaco dash mid-panel and Caramel accent stitching (standard)
2) Nappa leather-trimmed in Steel Gray with Black Monaco dash mid-panel and Caramel accent stitching (standard)

## WHEEL

1) 20-inch fully painted aluminum (standard)







# RUBICON®



Rubicon® Unlimited in
Silver Zynith with optional
Sky One-Touch® Power Top, leather-trimmed
seats, body-color fender flares and Steel Bumper Group

## STANDARD

— 3.6L Pentastar® V6 engine with Engine Stop / Start
  (ESS) technology, 6-speed manual transmission
  and 4.10 axle ratio
— Rock-Trac® 4x4 system
— Dana44™ heavy-duty axles with Tru-Lok® front and
  rear locking differentials
— Performance suspension system
— High-clearance front fender flares
— Rock rails
— Power dome hood with Rubicon® decal
— Front and rear tow hooks in Red
— Unique front and rear bumpers with Grey bezels
— Grey grille inserts
— Fuel-filler door
— Skid plates for fuel tank and transfer case
— Sway bar disconnect
— Automatic halogen headlamps and fog lamps
— Sunrider® Soft Top in Black vinyl with
  deep-tint windows
— Full-framed removable³ doors
— 17-inch machined face aluminum wheels with
  Black pockets
— 33-inch off-road tires with full-size spare tire
— Cloth seats in Black with Rubicon logo, Rubicon Red
  accent stitching and either Redical Anodized or
  Platinum Silver dash mid-panel
— Push-button start
— Cruise control
— Leather-wrapped steering wheel
— Power windows and locks with keyless entry
— Power, heated mirrors
— Universal garage door opener³⁵

— 7-inch full-color Driver Information Display
— Uconnect® 4C NAV with 8.4-inch touchscreen and
  SiriusXM® Radio² (6-month trial), SiriusXM Traffic Plus¹³
  and SiriusXM Travel Link® (5-year trial)
— Apple CarPlay®⁴ support
— Android Auto™⁵ compatibility
— Automatic Temperature Control
— Proximity Key Entry
— 8-speaker sound system with overhead sound bar
— ParkView® Rear Back-Up Camera®
— Electronic Stability Control (ESC)³⁴ and Trailer
  Sway Control (TSC)³⁵
— Hill Start Assist (HSA) and Electronic Roll
  Mitigation (ERM)
— Advanced multistage driver and front-passenger
  air bags³⁰
— Supplemental front-seat-mounted side air bags³⁰
— Tire Pressure Monitoring Display
— Sentry Key® antitheft engine immobilizer
— 12-volt outlets and 115-volt auxiliary power outlet
— Modular Seatback Jeep® Utility Grid System
— Cargo anchors with Trail Rail™ ready inserts
— Full center console and rear in-floor storage bin
— TORX® toolkit for top and door removal³
— Washout interior with removable carpet
— Fold-and-Tumble removable rear bench seat
  (2-door only) with fold-down headrests for
  improved visibility
— Selec-Speed® Control (automatic transmission)

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Rearview
auto-dimming mirror; Alpine® Premium Sound
System with 9 speakers, including an all-weather
subwoofer, 552-watt 12-channel amplifier and
220-amp alternator; and emergency / assistance call

## AVAILABLE

— 2.0L Turbo I-4 engine with ESS
— 3.0L EcoDiesel V6 engine
— 3.6L Pentastar V6 engine with mild-hybrid eTorque
  assist and 8-speed automatic transmission
— 4.88 axle ratio (100:1 crawl ratio)
— Body-color hardtop
— Integrated Off-road Camera®
— 8-speed automatic transmission
— 17-inch Mid-Gloss Black aluminum wheels with
  polished lip
— Body-color fender flares
— Leather-trimmed seats with Rubicon Red
  embroidered Rubicon logo and accent stitching
  and Redical Anodized dash mid-panel
— Sky One-Touch® Power Top with 1-touch operation
  and removable³ rear quarter panels
— Black Freedom Top³ 3-piece modular hardtop with
  rear wiper / washer, rear defroster and Freedom
  Panel storage bag
— Mopar® Hardtop Headliner
— Premium Black or Heritage Tan Sunrider Soft Top
— Remote Start System³ (automatic transmission only)
— Alpine Premium Sound System with 9 speakers,
  including an all-weather subwoofer, 552-watt
  amplifier and 220-amp alternator
— Trail Rail Cargo Management System
— Mopar All-Weather Floor Mats
— Engine block heater
— Jeep Trail Rated® Kit (tow strap, gloves, D-ring and bag)
— Windshield with Corning® Gorilla® Glass
— Mopar Doors-Off³ Mirror Kit
— Mopar Sunrider Flip Top for Hardtop (must have Black
  or body-color 3-piece hardtop)

**STEEL BUMPER GROUP:** Winch-capable front steel
bumper with integrated fog lamps, removable³
end caps and steel rear bumper (must have LED
Lighting Group)

**DUAL TOP GROUP:** Black Freedom Top 3-piece modular
hardtop and premium Black Sunrider Soft Top
(Wrangler Unlimited only)

**COLD WEATHER GROUP:** Heated steering wheel,
heated front seats and Remote Start System®
(automatic transmission only)

**LED LIGHTING GROUP:** Front LED fog lamps, LED
reflector headlamps, LED taillamps and daytime
running lamps (DRLs)

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II
hitch receiver, 4- and 7-pin wiring harness, 240-amp
alternator, 700-amp maintenance-free battery and
4 pre-wired auxiliary switches

**SAFETY GROUP:** Blind Spot Monitoring¹⁶ and Rear
Cross-Path Detection,¹⁶ ParkSense® Rear Park
Assist System¹⁷ and LED taillamps

**ADVANCED SAFETY GROUP:** Full-Speed Forward Collision
Warning Plus,¹⁹ Adaptive Cruise Control with Stop¹⁹
and Auto High-Beam Headlamp Control

**SMOKER'S GROUP:** Removable ashtray and lighter

**DUAL DOOR GROUP WITH BASE UPPERS:** Half doors with
uppers to match Sunrider Soft Top

**DUAL DOOR GROUP WITH PREMIUM UPPERS:** Half doors
with uppers to match Premium Sunrider Soft Top

**DUAL DOOR GROUP WITHOUT UPPERS:** Half doors
without uppers

**XTREME RECON 35-INCH TIRE PACKAGE:** Antilock
4-wheel disc perf. brakes, Dana® M210 wide HD
tube front axle, wheel flare extensions, Mopar
Tailgate Reinforcement System, Mopar Oversized
Spare Tire Modification Kit, Mopar Jack Base,
35-inch tire suspension, LT315/70R17C 113/110S
tires, 17-inch Beadlock-capable aluminum wheels
and 4.56 rear axle ratio (without 4.88 rear axle ratio)

## WHEELS

1) 17-inch machined face aluminum with
   Black pockets (standard)
2) 17-inch Mid-Gloss Black aluminum with polished lip
   (17-inch Black Beadlock-capable available)
3) 17-inch Beadlock-capable aluminum (available)
4) 17-inch Bronze Beadlock-capable (available)



## INTERIORS

1) Cloth with Maddox embossment in Black with embroidered Rubicon logo,
   Rubicon Red accent stitching and painted Redical mid-bolster (standard)
2) McKinley leather-trimmed in Black with embroidered Rubicon logo, Rubicon
   Red accent stitching and painted Redical mid-bolster (available)
3) McKinley leather-trimmed in Dark Saddle with embroidered Rubicon logo,
   Light Tungsten accent stitching and painted Redical mid-bolster (available)



# SAHARA





Sahara® Unlimited in Bright White with optional body-color Freedom Top® 3-piece modular hardtop

## STANDARD

— 3.6L Pentastar® V6 engine with Engine Stop / Start (ESS) technology, 6-speed manual transmission and 3.45 axle ratio
— Selec-Trac® 4x4 system
— Dana® axles
— Skid plates for fuel tank and transfer case
— Front and rear tow hooks
— Automatic halogen headlamps and fog lamps
— Sunrider® Soft Top in Black vinyl
— Full-framed removable[1] doors
— 18-inch polished aluminum wheels with painted Granite Crystal spokes
— P255/70R18 Bridgestone® Dueler, All-Season tires
— Full-size spare tire
— Side steps
— Body-color fender flares
— Unique front and rear bumpers with Silver bezels
— Silver grille inserts
— Cloth seats with Sahara® logo
— Grillz dash mid-panel
— Push-button start
— Cruise control
— 8.4-inch full-color Driver Information Display
— Uconnect® 4C NAV with 7-inch touchscreen and SiriusXM® Radio[2] (6-month trial), SiriusXM Traffic Plus[3] and SiriusXM Travel Link[3] (5-year trial)
— Apple CarPlay™ support
— Android Auto™[4] compatibility
— Automatic Temperature Control
— 8-speaker sound system with overhead sound bar
— ParkView® Rear Back-Up Camera[5]
— Electronic Stability Control (ESC)[4] and Trailer Sway Control (TSC)[5]
— Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)

— Advanced multistage driver and front-passenger air bags[6]
— Supplemental front-seat-mounted side air bags[6]
— Tire Pressure Monitoring Display
— Sentry Key® antitheft engine immobilizer
— 12-volt outlets and 115-volt auxiliary power outlet
— Universal garage door opener[7]
— Cargo anchors with Trail Rail™ ready inserts
— Full center console and rear in-floor storage bin
— TORX® toolkit for top and door removal[1]
— Washout interior with removable carpet
— Selec-Speed® Control (automatic transmission)
— Body-color Freedom Top® 3-piece modular hardtop with rear wiper / washer, rear defroster and Freedom Panel storage bag

**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Rearview auto-dimming mirror; Alpine® Premium Sound System with 9 speakers, including an all-weather subwoofer, 552-watt 12-channel amplifier and 220-amp alternator; and emergency / assistance call

## AVAILABLE

— 2.0L Turbo I-4 engine with ESS
— 3.0L EcoDiesel V6 engine
— 3.6L Pentastar V6 engine with mild-hybrid eTorque assist and 8-speed automatic transmission
— 3.6L engine with ESS and automatic transmission
— Black Freedom Top 3-piece modular hardtop
— Integrated Off-road Camera[8]
— Sky One-Touch® Power Top with 1-touch operation and removable[1] rear quarter panels
— Keyless Enter 'n Go™ proximity entry
— Remote Start System[9] (automatic transmission only)

— 18-inch polished aluminum face wheels with painted Technical Grey windows
— Leather-trimmed seats with embroidered Sahara logo, Light Tungsten accent stitching and Black Monaco dash mid-panel
— 8-speed automatic transmission
— Trac-Lok® limited-slip differential
— Mopar® Hardtop Headliner
— Premium Black or Heritage Tan Sunrider Soft Top
— Trail Rail Cargo Management System
— Mopar All-Weather Floor Mats
— Engine block heater
— Jeep® Trail Rated® Kit (tow strap, gloves, D-ring and bag)
— Windshield with Corning® Gorilla® Glass
— Mopar Doors-Off[1] Mirror Kit
— Mopar Sunrider Flip Top for Hardtop (must have Black or body-color 3-piece hardtop)

**DUAL TOP GROUP:** Black Freedom Top 3-piece modular hardtop and premium Black Sunrider Soft Top

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II hitch receiver, 4- and 7-pin wiring harness, 240-amp alternator, 700-amp maintenance-free battery and 4 pre-wired auxiliary switches

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System[9] (automatic transmission only)

**SAFETY GROUP:** Blind Spot Monitoring[26] and Rear Cross-Path Detection,[26] ParkSense® Rear Park Assist System[22] and LED taillamps

**ADVANCED SAFETY GROUP:** Full-Speed Forward Collision Warning Plus,[23] Adaptive Cruise Control with Stop[24] and Auto High-Beam Headlamp Control (must have Uconnect 4C NAV)

**LED LIGHTING GROUP:** Front LED fog lamps, LED reflector headlamps, LED taillamps and daytime running lamps (DRLs)

**SMOKER'S GROUP:** Removable ashtray and lighter

**DUAL DOOR GROUP WITH BASE UPPERS:** Half doors with uppers to match Sunrider Soft Top

**DUAL DOOR GROUP WITH PREMIUM UPPERS:** Half doors with uppers to match Premium Sunrider Soft Top

**DUAL DOOR GROUP WITHOUT UPPERS:** Half doors without uppers

## INTERIORS

1) Soulmate cloth with embroidered Sahara logo in Black with tonal accent stitching and Grillz-painted mid-bolster (standard)
2) Soulmate cloth with embroidered Sahara logo in Heritage Tan with tonal accent stitching and Grillz-painted mid-bolster (standard)
3) McKinley leather-trimmed in Black with embroidered Sahara logo, Light Tungsten accent stitching and Monaco-wrapped mid-bolster (available)
4) McKinley leather-trimmed in Dark Saddle with embroidered Sahara logo, Light Tungsten accent stitching and Monaco-wrapped mid-bolster (available)

## WHEELS

1) 18-inch polished aluminum with painted Granite Crystal spokes (standard)
2) 18-inch polished aluminum face with painted Technical Grey windows (available)







# SPORT



Sport S Unlimited in Firecracker Red with optional 17-inch Machined Granite Crystal wheels (must have 7-inch radio)

## STANDARD / SPORT

– 3.6L Pentastar® V6 engine with 6-speed manual transmission and 3.45 axle ratio
– Command-Trac® 4x4 system
– Dana® axles
– Skid plates for fuel tank and transfer case
– Front and rear tow hooks
– Halogen headlamps and fog lamps
– Sunrider® Soft Top in Black vinyl
– Full-framed removable¹ doors
– 17-inch steel Low-Gloss Black wheels
– P245/75R17 Michelin® LTX MS2, BSW, All-Season tires
– Full-size spare tire
– Cloth seats with Platinum Silver-painted dash mid-panel
– Tilt / telescoping steering column
– Push-button start
– Cruise control
– 3.5-inch monotone Driver Information Display
– Uconnect® 4 with 7-inch touchscreen (4-door only; available on 2-door)
– Uconnect 3 with 5-inch touchscreen (2-door model only)
– Apple CarPlay¹¹⁴ support
– Android Auto™⁵ compatibility
– 8-speaker sound system with overhead sound bar
– ParkView® Rear Back-Up Camera³⁰
– Electronic Stability Control (ESC)²⁴ and Trailer Sway Control (TSC)²⁵
– Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
– Advanced multistage driver and front-passenger air bags³⁹
– Supplemental front-seat-mounted side air bags³⁹
– Tire Pressure Monitoring Display
– Sentry Key® antitheft engine immobilizer
– 12-volt outlets
– Cargo anchors with Trail Rail™ ready inserts
– Full center console and rear in-floor storage bin
– TORX® toolkit for top and door removal¹
– Washout interior with removable carpet
– Fold-and-Tumble removable rear bench seat (2-door only) with fold-down headrests for improved visibility
– Selec-Speed® Control (automatic transmission)

## STANDARD / SPORT S
**SPORT FEATURES, PLUS:**

– 17-inch aluminum Tech Silver Metallic wheels
– Leather-wrapped steering wheel
– Air conditioning
– Power, heated mirrors
– Automatic headlamps
– Deep-tint windows, rear and quarter

## AVAILABLE / SPORT

– 3.0L EcoDiesel V6 engine
– Selec-Trac® full-time 4WD system
– Air conditioning (2-door only; standard on 4-door)
– SiriusXM Radio¹² (6-month trial)
– Uconnect 4C NAV with 8.4-inch touchscreen, SiriusXM Radio¹² (6-month trial), SiriusXM Traffic Plus¹⁵ and SiriusXM Travel Link¹³ (5-year trial)
– Deep-tint sunscreen windows, rear and quarter

## AVAILABLE / SPORT S

– Side steps
– 17-inch Machined Granite Crystal wheels
– Alpine® Premium Sound System with 9 speakers, including an all-weather subwoofer, 552-watt 12-channel amplifier and 220-amp alternator
– Premium Black or Heritage Tan Sunrider Soft Top
– Windshield with Corning® Gorilla® Glass

---

**CONVENIENCE GROUP:** Universal garage door opener²⁶ and Remote Start System® (automatic transmission only)
**LED HEADLAMP AND FOG LAMP GROUP:** Front LED fog lamps, LED reflector headlamps and LED daytime running lamps (DRLs)
**TECHNOLOGY GROUP:** Air conditioning with Automatic Temperature Control, 7-inch full-color Driver Information Display and remote proximity keyless entry
**SAFETY GROUP:** Blind Spot Monitoring³⁸ and Rear Cross-Path Detection,³⁸ ParkSense® Rear Park Assist System,¹² LED taillamps and injection-molded Black rear bumper
**ADVANCED SAFETY GROUP:** Full-Speed Forward Collision Warning Plus,¹⁹ Adaptive Cruise Control with Stop²⁰ and Auto High-Beam Headlamp Control (must have Uconnect 4C NAV)
**8.4-INCH RADIO AND PREMIUM AUDIO GROUP:** Rearview auto-dimming mirror, Alpine Premium Sound System with 9 speakers, including an all-weather subwoofer, 552-watt 12-channel amplifier and 220-amp alternator; and emergency / assistance call

## AVAILABLE / SPORT AND SPORT S

– 2.0L Turbo I-4 engine with Engine Stop / Start (ESS) technology
– 3.6L Pentastar V6 engine with mild-hybrid eTorque assist and 8-speed automatic transmission
– 3.6L engine with ESS and automatic transmission
– Trac-Lok® limited-slip differential
– Black Freedom Top® 3-piece modular hardtop with rear wiper / washer, rear defroster and Freedom Panel storage bag
– Mopar® Hardtop Headliner
– Trail Rail Cargo Management System (not available on Sport)
– LED headlamps and fog lamps
– Mopar All-Weather Floor Mats
– Engine block heater
– Jeep® Trail Rated® Kit (tow strap, gloves, D-ring and bag)
– Mopar Doors-Off¹ Mirror Kit
– Mopar Sunrider Flip Top for Hardtop (must have Black or body-color 3-piece hardtop)
**DUAL TOP GROUP:** Black Freedom Top 3-piece modular hardtop and premium Black Sunrider Soft Top (Wrangler Unlimited only)

*Late availability.

---

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II hitch receiver, 4- and 7-pin wiring harness, 240-amp alternator, 700-amp maintenance-free battery and 4 pre-wired auxiliary switches
**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System® (automatic transmission only)
**SMOKER'S GROUP:** Removable ashtray and lighter
**SUN AND SOUND PACKAGE:** 8.4-inch Radio and Premium Audio Group, 115-volt auxiliary power outlet, console bin task light, Media Hub, remote USB port¹² and Sky One-Touch® Power Top
**DUAL DOOR GROUP WITH BASE UPPERS:** Half doors with uppers to match Sunrider Soft Top, remote keyless entry, power heated mirrors, 1-touch down power windows and speed-sensitive power locks
**DUAL DOOR GROUP WITH PREMIUM UPPERS:** Half doors with uppers to match Premium Sunrider Soft Top, remote keyless entry, power heated mirrors, power windows with front 1-touch down and speed-sensitive power locks
**DUAL DOOR GROUP WITHOUT UPPERS:** Half doors without uppers, remote keyless entry, power heated mirrors, power windows with front 1-touch down and speed-sensitive power locks
**XTREME RECON 35-INCH TIRE PACKAGE\*:** Antilock 4-wheel disc perf. brakes, Dana M210 wide HD tube front axle, wheel flare extensions, Mopar Tailgate Reinforcement System, Mopar Oversized Spare Tire Modification Kit, Mopar Jack Base, 35-inch tire suspension, LT315/70R17C 113/110S tires, 17-inch Beadlock-capable wheels, 4.56 rear axle ratio (without 4.88 rear axle ratio), antispin differential, Dana M220 wide rear axle, molded-in-color Rubicon® high-line flare and injection-molded Black rear bumper (available on Willys Sport model only)

## WHEELS

1) 17-inch steel Low-Gloss Black (standard)
2) 17-inch aluminum Tech Silver Metallic (standard on Sport S)
3) 17-inch Black Machined Granite Crystal (optional on Sport S)
4) 17-inch Beadlock-capable (available)



---

## INTERIORS

1) Soulmate cloth with Peak embossment in Black with tonal accent stitching and Platinum Silver-painted mid-bolster (standard)
2) Soulmate cloth with Peak embossment in Heritage Tan with tonal accent stitching and Platinum Silver-painted mid-bolster (standard)







Rubicon® 4xe Unlimited
in Firecracker Red



## STANDARD

— 2.0L Turbo I-4 engine with mild-hybrid technology and TorqueFlite® 8-speed automatic transmission
— Rock-Trac® NV241 OR, full-time 4x4 system
— Heavy-duty Dana® axles
— Skid plates for fuel tank and transfer case
— 4.10:1 axle ratio
— Tru-Lok® front and rear, electronic remote locking differentials
— Rock rails
— Front disconnecting stabilizing bar
— Front and rear Blue tow hooks
— Automatic LED reflector headlamps
— Sunrider® Soft Top in Black vinyl
— Full-framed removable¹ doors
— 17-inch machined face with Black pockets wheels
— LT285/70R17C BSW off-road tires
— Full-size spare tire
— Black, molded-in-color fender flares
— Cloth seats with Redical dash mid-panel
— Tilt/telescoping steering column
— Push-button start
— Cruise control
— 7-inch full-color Driver Information Display
— Uconnect® 4C NAV with 8.4-inch touchscreen, Apple CarPlay¹⁰⁴ support and Android Auto™⁵ compatibility
— SiriusXM® Traffic Plus® and SiriusXM Travel Link²² – Includes 5-year trial
— Alpine® Premium Sound System with 9 speakers, including an all-weather subwoofer with overhead sound bar
— ParkView® Rear Back-Up Camera²⁴
— Electronic Stability Control (ESC)²⁴ and Trailer Sway Control (TSC)²⁵

— Hill Start Assist (HSA) and Electronic Roll Mitigation (ERM)
— Advanced multistage driver and front-passenger air bags⁹⁸
— Supplemental front-seat-mounted side air bags⁹⁸
— Sentry Key® antitheft engine immobilizer
— 12-volt outlets and 115-volt auxiliary power outlet
— Modular Seatback Jeep® Utility Grid System
— Cargo anchors with Trail Rail™ ready inserts
— Full center console and rear in-floor storage bin
— TORX® toolkit for top and door removal¹
— Washout interior with removable carpet
— Selec-Speed® Control
— Leather-wrapped steering wheel
— Air conditioning
— Power windows and locks with keyless entry
— Power, heated mirrors
— Deep-tint windows
— SiriusXM Radio¹² (6-month trial)
— Passive Keyless Entry

**TECHNOLOGY GROUP:** Bluetooth®, Apple CarPlay,⁴ Android Auto,⁵ Siri® Eyes Free,⁶ AM/FM radio, audio input jack, USB port¹² and steering-wheel-mounted music controls, air conditioning with Automatic Temperature Control, 7-inch full-color Driver Information Display and air filtration (not available on Rubicon¹³)

**LED LIGHTING GROUP:** Front LED fog lamps, LED premium reflector headlamps, LED taillamps and daytime running lamps (DRLs)

## AVAILABLE

— Premium Black or Heritage Tan Sunrider Soft Top
— Trac-Lok® limited-slip differential
— Black Freedom Top® 3-piece modular hardtop with rear wiper/washer, rear defroster and Freedom Panel storage bag

— Mopar® Hardtop Headliner
— Trail Rail Cargo Management System
— Mopar All-Weather Floor Mats
— Jeep Trail Rated® Kit (tow strap, gloves, D-ring and bag)
— Premium Black Sunrider Soft Top with sunroof feature
— Premium Tan Sunrider Soft Top with sunroof feature
— Sky One-Touch® Power Top
— Body-color hardtop
— Heated seats (packaged with leather-trimmed seats)
— Remote Start System⁸
— Integrated Off-road Camera¹⁰
— Body-color fender flares
— Leather-trimmed seats with Rubicon Red embroidered Rubicon logo and accent stitching and Redical Anodized dash mid-panel
— Windshield with Corning® Gorilla® Glass
— Mopar Doors-Off¹ Mirror Kit
— Mopar Sunrider Flip Top for Hardtop (must have Black or body-color 3-piece hardtop)

**ADVANCED SAFETY GROUP:** Full-Speed Forward Collision Warning Plus,⁴⁵ Adaptive Cruise Control with Stop⁴⁵ and Auto High-Beam Headlamp Control

**DUAL TOP GROUP:** Black Freedom Top 3-piece modular hardtop and premium Black Sunrider Soft Top

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II hitch receiver, 4- and 7-pin wiring harness, 240-amp alternator, 700-amp maintenance-free battery and 4 pre-wired auxiliary switches

**COLD WEATHER GROUP:** Heated steering wheel, heated front seats and Remote Start System⁸ (automatic transmission only)

**SAFETY GROUP:** Blind Spot Monitoring²⁶ and Rear Cross-Path Detection⁸ and ParkSense® Rear Park Assist System²⁷

**SMOKER'S GROUP:** Removable ashtray and lighter

**STEEL BUMPER GROUP:** Winch-capable front steel bumper with integrated fog lamps, removable¹ end caps and steel rear bumper

**DUAL DOOR GROUP WITH BASE UPPERS:** Half doors with uppers to match Sunrider Soft Top

**DUAL DOOR GROUP WITH PREMIUM UPPERS:** Half doors with uppers to match Premium Sunrider Soft Top

**DUAL DOOR GROUP WITHOUT UPPERS:** Half doors without uppers

## INTERIORS

1) Cloth with Maddox embossment in Black with embroidered Rubicon logo, Rubicon Red accent stitching and painted Redical mid-bolster (standard)
2) McKinley leather-trimmed in Black with Redical dash mid-panel, embroidered Rubicon logo and Rubicon Red accent stitching (available)
3) McKinley leather-trimmed in Dark Saddle with Redical dash mid-panel, embroidered Rubicon logo and Light Tungsten accent stitching (available)

## WHEEL

1) 17-inch machined face with Black pockets (standard)
2) 17-inch Black Beadlock-capable (available)






Sahara® 4xe Unlimited in
Granite Crystal Metallic



## STANDARD

— 2.0L Turbo I-4 engine with mild-hybrid technology
  and TorqueFlite® 8-speed automatic transmission
— Selec-Trac® full-time transfer case
— Heavy-duty Dana® axles
— Skid plates for fuel tank and transfer case
— Front and rear Blue tow hooks
— Automatic LED reflector headlamps
— Sunrider® Soft Top in Black vinyl
— Full-framed removable† doors
— Body-color fender flares
— 20-inch fully painted aluminum wheels
— P275/55R20 BSW All-Season tires
— Full-size spare tire
— Leather-trimmed seats with Black Monaco dash
  mid-panel
— Tilt / telescoping steering column
— Push-button start
— Cruise control
— 7-inch full-color Driver Information Display
— Uconnect® 4C NAV with 8.4-inch
  touchscreen, Apple CarPlay®[04] support
  and Android Auto™[05] compatibility
— SiriusXM® Traffic Plus® and SiriusXM Travel Link® –
  Includes 5-year trial
— Alpine® Premium Sound System with 9 speakers,
  including an all-weather subwoofer with overhead
  sound bar
— ParkView® Rear Back-Up Camera[16]
— Electronic Stability Control (ESC)[24] and Trailer
  Sway Control (TSC)[25]
— Hill Start Assist (HSA) and Electronic
  Roll Mitigation (ERM)

— Advanced multistage driver and front-passenger
  air bags[8]
— Supplemental front-seat-mounted side air bags[8]
— Sentry Key® antitheft engine immobilizer
— 12-volt outlets
— Cargo anchors with Trail Rail™ ready inserts
— Full center console and rear in-floor storage bin
— TORX® toolkit for top and door removal†
— Washout interior with removable carpet
— Selec-Speed® Control
— Leather-wrapped steering wheel
— Heated seats
— Air conditioning
— Power windows and locks with keyless entry
— Power, heated mirrors
— Deep-tint windows
— SiriusXM Radio® (6-month trial)
— Side steps

**LED LIGHTING GROUP:** Front LED fog lamps, LED
premium reflector headlamps, LED taillamps and
daytime running lamps (DRLs)

## AVAILABLE

— Trac-Lok® limited-slip rear differential
— Premium Black Sunrider Soft Top with sunroof feature
— Premium Tan Sunrider Soft Top with sunroof feature
— Sky One-Touch® Power Top
— Body-color hardtop
— Passive Keyless Entry
— Remote Start System†
— Integrated Off-road Camera[6]
— Windshield with Corning® Gorilla® Glass
— Mopar® Doors-Off† Mirror Kit

— Mopar Sunrider Flip Top for Hardtop (must-have
  Black or body-color 3-piece hardtop)
— Premium Black or Heritage Tan Sunrider Soft Top
— Black Freedom Top® 3-piece modular hardtop with
  rear wiper / washer, rear defroster and Freedom
  Panel storage bag
— Mopar Hardtop Headliner
— Trail Rail Cargo Management System
— Mopar All-Weather Floor Mats
— Jeep® Trail Rated® Kit (tow strap, gloves,
  D-ring and bag)

**DUAL DOOR GROUP WITH BASE UPPERS:** Half
doors with uppers to match Sunrider Soft Top

**DUAL DOOR GROUP WITH PREMIUM UPPERS:**
Half doors with uppers to match Premium
Sunrider Soft Top

**DUAL DOOR GROUP WITHOUT UPPERS:** Half
doors without uppers

**SAFETY GROUP:** Blind Spot Monitoring[26] and
Rear Cross-Path Detection[16] and ParkSense®
Rear Park Assist System[27]

**ADVANCED SAFETY GROUP:** Full-Speed Forward
Collision Warning Plus,[28] Adaptive Cruise
Control with Stop[29] and Auto High-Beam
Headlamp Control

**DUAL TOP GROUP:** Black Freedom Top 3-piece
modular hardtop and premium Black Sunrider
Soft Top

**TRAILER TOW AND HD ELECTRICAL GROUP:** Class II
hitch receiver, 4- and 7-pin wiring harness,
240-amp alternator, 700-amp maintenance-free
battery and 4 pre-wired auxiliary switches

**COLD WEATHER GROUP:** Heated steering wheel,
heated front seats and Remote Start System†
(automatic transmission only)

**SMOKER'S GROUP:** Removable ashtray and lighter

## INTERIORS

1) McKinley leather-trimmed in Black with Black
   Monaco dash mid-panel and embroidered Sahara®
   logo (standard)
2) McKinley leather-trimmed in Dark Saddle with Black
   Monaco dash mid-panel, embroidered Sahara logo
   and Light Tungsten accent stitching (available)

## WHEEL

1) 20-inch fully painted aluminum (standard)



1

# 392

Rubicon® 392 Unlimited in Firecracker Red
shown with available Xtreme Recon
35-inch Tire Package



## INTERIOR

1) McKinley leather-trimmed in Black with Wizard Black mid-panel, embroidered Rubicon 392 logo and Black accent stitching (standard)

---

Adds to Rubicon® standard features:

### EXTERIOR
— Rubicon 392 hood decal
— Body-color fender flares and hardtop
— Grille design delivers greater airflow / cooling
— LED Lighting Group
— Safety Group

### INTERIOR
— 8.4-inch Radio and Premium Audio Group
— HD electrical switch bank
— Leather-trimmed seats with Rubicon 392 logos
— Bronze accent stitching
— Leather-wrapped, heated steering wheel with paddle shifters
— Cold Weather Group

### FUNCTIONAL
— 33-inch BFGoodrich® off-road tires
— Remote proximity entry
— Factory 1.5-inch lift
— Steel Bumper Group
— Functional hood scoop
— Advanced Safety Group

### AVAILABLE
— Windshield with Corning® Gorilla® Glass
— Mopar® Doors-Off® Mirror Kit
— Mopar Sunrider® Flip Top for Hardtop (must have Black or body-color 3-piece hardtop)

**XTREME RECON 35-INCH TIRE PACKAGE:** 4.56 rear axle ratio (without 4.88 rear axle ratio), wheel flare extensions, Mopar Tailgate Reinforcement System, Mopar Oversized Spare Tire Modification Kit, Mopar Jack Base, 35-inch tire Rubicon 392 suspension, LT315/70R17C 113/110S tires and 17-inch Bronze Beadlock-capable wheels

**DUAL DOOR GROUP WITH BASE UPPERS:** Half doors with uppers to match Sunrider Soft Top

**DUAL DOOR GROUP WITH PREMIUM UPPERS:** Half doors with uppers to match Premium Sunrider Soft Top

**DUAL DOOR GROUP WITHOUT UPPERS:** Half doors without uppers

**SMOKER'S GROUP:** Removable ashtray and lighter

**TRAILER TOW PACKAGE:** Class II hitch receiver and 4- and 7-pin wiring harness

**DUAL TOP GROUP:** Body-color Freedom Top® 3-piece modular hardtop and premium Black Sunrider Soft Top

### WHEELS
1) 17-inch Black Beadlock-capable (standard)
2) 17-inch Bronze Beadlock-capable (available; included with Xtreme Recon 35-inch Tire Package)



1



2

# WILLYS



Willys in Silver Zynith

**INTERIOR**
1) Peak embossment / Soulmate cloth in Black with Black accent stitching (standard)
2) Peak embossment / cloth in Heritage Tan and Soulmate cloth in Black with Heritage Tan accent stitching (standard)

**WILLYS EDITION** This special edition of Jeep® Wrangler is inspired by the original WWII hero, the Willys MB, now shifting gears for a modern retelling of a classic tale. Standing proud with a special appearance, it arrives with a unique Willys hood decal and Moab Black Rubicon® wheels that adorn big 32-inch Firestone® Mud-Terrain tires. Gas-charged shock absorbers offer smooth support when you take this soldier off the beaten track. A standard LED Headlamp and Fog Lamp Group helps show the way.

Available on Sport S

## PACKAGE INCLUDES:

**EXTERIOR**
— Willys hood decal
— Moab Black Rubicon wheels with Grey pad paint
— 32-inch Firestone Mud-Terrain tires
— Gloss Black grille, Gloss Black grille throats and headlamp inserts
— LED Lighting Package
— Wrangler decals

**INTERIOR**
— Slush mats

**FUNCTIONAL**
— Rubicon shocks
— Heavy-duty brakes
— Limited-slip rear differential
— Rubicon rock rails

**AVAILABLE**
**XTREME RECON 35-INCH TIRE PACKAGE:** LT315/70R17C 113/110S tires, 17-inch Beadlock-capable aluminum wheels, 35-inch tire suspension, 4.56 rear axle ratio (without 4.88 rear axle ratio) and wheel flare extensions

**WHEEL**
1) 17-inch Moab Black aluminum
2) 17-inch Black Beadlock-capable (available)


1


2



# SPECIFICATIONS

## EXTERIOR DIMENSIONS

(2-door / 4-door Rubicon® with soft top; inches unless otherwise noted)

| | |
|---|---|
| Wheelbase | 96.8 / 118.4 |
| Overall Length (with spare tire) | 166.6 / 188.4 |
| Overall Width | 73.8 |
| Front and Rear Track (2- and 4-door / 4xe) | 62.9 / 64.4 |
| Height (2- and 4-door / 4xe) | 73.6 / 73.5 |
| Ground Clearance (at curb weight) | 10.8 |
| Approach Angle (2- and 4-door / 4xe; degrees) | 44 / 43.9 / 43.8 |
| Breakover Angle (2- and 4-door / 4xe; degrees) | 27.8 / 22.6 / 22.5 |
| Departure Angle (2- and 4-door / 4xe; degrees) | 37 / 35.6 |
| Water Fording Depth‡ | 30 |

## INTERIOR DIMENSIONS

(2-door / 4-door with soft top; inches unless otherwise noted)

| | |
|---|---|
| Seating Capacity: 2-door (front / rear) | 2 / 2 adults |
| 4-door (front / rear) | 2 / 3 adults |
| Head Room: | |
| front (hardtop / soft top / 2- and 4-door / 4xe) | 40.7 / 42.6 / 40.8 / 42.8 |
| rear (hardtop / soft top / 2- and 4-door / 4xe) | 40.2 / 41.7 / 40.3 / 42.6 |
| Leg Room: front (2- and 4-door / 4xe) | 41.2 / 40.8 |
| rear (2-door / 4-door / 4xe) | 35.7 / 38.3 / 38.2 |
| Shoulder Room: front (2- and 4-door / 4xe) | 55.7 / 55.8 |
| rear (2-door / 4-door / 4xe) | 57.7 / 55.7 / 55.8 |
| Hip Room: front | 53.9 |
| rear | 45 / 56.7 / 55.9 |
| Cargo Volume (cu ft): rear seat up (2- and 4-door / 4xe) | 31.7 / 27.7 |
| rear seat folded (2- and 4-door / 4xe) | 72.4 / 67.4 |

## CAPACITIES / WEIGHTS

(2-door / 4-door; lb unless otherwise noted)

| | |
|---|---|
| Fuel Tank (gal) 2.0L | 17.5 / 19 |
| 3.0L EcoDiesel (4-door only) | 18.3 |
| 3.6L | 18.5 / 21.5 |
| 2.0L Turbocharged | 17.2 |
| Base Curb Weight: 2.0L | 5,000 |
| 3.6L | 3,919 |
| Maximum Payload Capacity (with all occupants and cargo) | |
| 3.6L manual | 1,233 |
| 3.6L auto | 1,204 |
| 3.0L EcoDiesel | 1,136 |
| 2.0L | 1,204 |

## TOWING DATA

(2-door / 4-door; lb unless otherwise noted)

| | |
|---|---|
| Towing Capacity: 2.0L | 2,000 / 3,500 |
| 3.6L | 2,000 / 3,500 |
| 3.0L EcoDiesel | 2,000 / 3,500 |
| Tongue Load Limit | 200 / 350 |
| Maximum Trailer | |
| Frontal Area (sq ft) | 20 / 30 |

# EXTERIOR **COLORS**



SNAZZBERRY

FIRECRACKER RED

HYDRO BLUE

SARGE

STING-GRAY

SILVER ZYNITH

GRANITE CRYSTAL METALLIC

BRIGHT WHITE

BLACK



# OFF-ROAD OUTFITTING



## IF YOU CAN DREAM IT,
## **YOU CAN BUILD IT**

Mopar® and the Jeep® Brand have forged a radical partnership, resulting in a portfolio of factory-engineered products specifically designed to enhance the off-road performance of 4WD Jeep Brand vehicles. From bumpers to axles, from suspension to the impressive LED off-road lights, these extreme parts have been crafted to meet the needs of off-road enthusiasts who demand the very best in capability and style. In addition, Mopar offers a wide variety of Authentic Accessories, outfitted to reflect your personality and lifestyle. Learn more at **mopar.com**

VEHICLE FEATURES TUBE DOOR KIT, TUBE DOOR MIRROR KIT, FRONT AND REAR GRAB HANDLES, SNORKEL KIT, COLD AIR INTAKE SYSTEM, LOWER A-PILLAR LIGHT MOUNTING BRACKETS, 5-INCH LED OFF-ROAD LIGHT KITS, JEEP. PERFORMANCE PARTS³¹ ROCK RAILS, BEADLOCK-CAPABLE WHEELS WITH PAINTED FUNCTIONAL BEADLOCK RINGS, SATIN BLACK GRILLE, JEEP PERFORMANCE PARTS RUBICON° WINCH, FAIRLEAD ADAPTER PLATE, WINCH MOUNTING KIT, GRILLE AND WINCH GUARD HOOP, WINCH GUARD LIGHT MOUNTING BRACKETS AND 7-INCH LED OFF-ROAD LIGHT KIT



COLD AIR INTAKE SYSTEM⁵⁴ | TUBE DOOR MESH COVERS | ULTIMATE DANA44™ AXLE⁵¹ ASSEMBLY | JEEP. PERFORMANCE PARTS OFF-ROAD FRONT BUMPER | LED OFF-ROAD LIGHT KITS | DOOR SILL GUARDS

# OWNER **SUPPORT**

THE JEEP. BRAND IS PROUD TO OFFER
SOME OF THE BEST OWNERSHIP SUPPORT
PROGRAMS AVAILABLE ANYWHERE.

**5**YEAR/**60,000**MILE
POWERTRAIN LIMITED WARRANTY

**WARRANTIES** Jeep. Brand vehicles are covered by a 3-Year/36,000-Mile Basic Limited Warranty[35] (excludes normal maintenance and wear items), as well as a 5-Year/60,000-Mile Powertrain Limited Warranty[36] that is fully transferable. See your dealer for complete details and a copy of the 5-Year/60,000-Mile Powertrain Limited Warranty.[36]

**MOPAR. VEHICLE PROTECTION PLANS** A variety of Protection Plans accepted at all FCA US LLC dealerships have been designed to meet the needs of your unique lifestyle on the road. We stand behind every extended protection plan with certified, factory-trained technicians and the use of original equipment parts. Ask for a Mopar. Vehicle Protection Plan at your dealership, call (800) 442-2666 or visit **moparvehicleprotection.com**

**MOPAR. OWNER'S SITE & COMPANION APP** Get all the resources you need to make owning your Jeep. Brand vehicle the best experience possible. Schedule service directly with your preferred dealer, create a custom online dashboard tailored to you and your vehicle, and access personalized resources, including your own Owner's Manual, Vehicle Health Report, special offers and more — anytime, anywhere. Register your vehicle at **mopar.com** or download the Mopar. Owner's Companion App today.

**DRIVEABILITY PROGRAM** The FCA US LLC DriveAbility Program provides aftermarket reimbursement incentives on adaptive vehicle upfit equipment to help provide safe and reliable vehicle modifications, enhancing accessibility for all people. For more information, call (800) 255-9877 or visit **fcausdriveability.com**

**JEEP. DRIVEPLUS℠ MASTERCARD.** Apply today for a Jeep. DrivePlus℠ Mastercard® and, upon approval, start earning 5% cash back on Jeep dealership purchases, 2% cash back on gas and travel purchases, and 1% cash back on purchases everywhere else.[37] Redeem your rewards toward your next service or your next Jeep purchase. Go to **drivepluscard.com** or visit a participating dealer to learn more.





## EXCLUSIVE BENEFITS
## FOR EVERY JEEP₀ WRANGLER OWNER

All 2022 Jeep₀ Wrangler vehicles are automatically enrolled in the Jeep Wave® Customer Care Program. It's a program designed to provide Jeep₀ Brand vehicle owners with dedicated 24/7 owner support and a special package of benefits designed to enhance their ownership experience and thank them for their patronage. Visit JEEP.COM/WAVE for more details.

 NO-ADDITIONAL-CHARGE, WORRY-FREE MAINTENANCE[38]

 CONFIDENCE WITH VEHICLE PROTECTION

 DEDICATED 24/7 OWNER SUPPORT

 VIP ACCESS TO JEEP₀ BRAND EVENTS

 NO-CHARGE, SAME-DAY RENTAL COVERAGE[39]











## Jeep Gear

**SOCIAL ADVENTURES** Expand your horizons to include authentic and active Jeep₀ Brand online communities. Post stories, share photos, watch videos and get the latest news from Jeep Brand gearheads and engineers on Facebook, Instagram, Twitter and YouTube. Tune in and get out into the virtual world, where thrilling adventures are happening every single day.

facebook.com/Jeep
instagram.com/Jeepofficial
twitter.com/Jeep
youtube.com/TheJeepChannel

**JEEP₀ BADGE OF HONOR** Experience an online community that invites off-road fans to sign up, download the app and check in to legendary off-road trails across the U.S. — earmarked by the Jeep₀ Badge of Honor. Members can discover special trails and maps, earn Trail Points and ranks within the community, share photos and learn more about Jeep Trail Ratings. Connect with fellow Jeep₀ Brand vehicle owners and like-minded friends at **jeep.com/badge-of-honor**

**JEEP₀ JAMBOREES** For those with an adventurous spirit, join us on the trail. Head for parts unknown or return to fun, familiar places. Jeep₀ Jamboree USA offers off-road adventure weekends that bring together the outdoors, down-to-earth people and their Jeep₀ Brand 4x4 vehicles. Explore America's backcountry at **jeepjamboreeusa.com**

**JEEP₀ AMAZON STORE** Browse an ever-changing collection of unique Jeep₀ Brand merchandise with your favorite shopping experience at Amazon.com, including items eligible for Amazon Prime. Start exploring at **amazon.com/jeepstore**

**JEEP₀ GEAR** Uncover an extensive line of fun, developed exclusively for Jeep₀ Brand enthusiasts. From authentic wearables to unique gifts, all items are as rugged and durable as your Jeep Brand vehicle. Express your true nature. Learn more at **jeep.com/gear**







WOMEN'S WRANGLER THERMAL VEST

MEN'S WRANGLER SNAPBACK HAT

JEEP₀ WRANGLER CONCOURSE LAPTOP BACKPACK



WRANGLER JBL PORTABLE WATERPROOF SPEAKER





WRANGLER LEGO® TECHNIC™

JEEP WAVE® MEN'S PERFORMANCE CREW



# EXPANDED HORIZONS

DELVE DEEPER INTO THE JEEP₀ LIFE WITH AN EXPANSIVE ARRAY OF SOCIAL MEDIA, SHOPPING, OWNER RESOURCES AND ONE-OF-A-KIND EVENTS. START YOUR ADVENTURE TODAY AT JEEP.COM

Sahara® Unlimited in Silver Zynith

# ADVENTURE AWAITS

**BUILD YOURS >**

**JEEP.COM**

©2021 FCA US LLC. All Rights Reserved. Jeep, Jeep Wave, the Jeep Wave design, Mopar, Willys, the Jeep grille, Badge Of Honor, Command-Trac, Freedom Top, HEMI, High Altitude, Mopar Vehicle Protection, ParkSense, ParkView, Pentastar, Rock-Trac, Rubicon, Sahara, Selec-Speed, Selec-Trac, Sentry Key, Sky One-Touch, TorqueFlite, TrailCam, Trail Rated, Tru-Lok, Uconnect and Wrangler are registered trademarks and DriveAbility and design, Keyless Enter 'n Go and Trail Rail are trademarks of FCA US LLC.



**THERE'S ONLY ONE**

**(800) 925-JEEP**

Jeep is a registered trademark of FCA US LLC.

74-383-2205