# Exhibit 15

6/26/24, 2:35 PM
Stellantis Media - Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA     ECF No. 18-16, PageID.1455     Filed 06/27/24     Page 2 of 5



En Español    En Français    Media Contacts    Blog

**BRANDS & PRODUCTS**    **CORPORATE**    **PHOTOS**    **VIDEO**    **AUTO SHOWS & EVENTS**    **TECHNOLOGY**    **GLOBAL NEWS**

HOME

↓ Download    → Print

# Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

- New factory-backed, Wi-Fi-capable, Level 2 (240-volt), at-home, hybrid-electric-vehicle, wall charger units help power Jeep® Wrangler 4xe, Jeep Grand Cherokee 4xe and Chrysler Pacifica Hybrid models
- Available now in the United States for $599 manufacturer's suggested retail price at the Mopar parts and accessories eStore or local Jeep brand or Chrysler dealerships
- Full charge in just over two hours; new units charge more than six times faster than standard Level 1 (120-volt) charger unit

**January 18, 2022 , Auburn Hills, Mich. -** At-home charging for Jeep® 4xe and Chrysler plug-in hybrid electric vehicles is now easier with the introduction of new, Wi-Fi-capable, Level 2 (240-volt) charging units from Mopar.

Available in plug-in or hardwired versions that supply 32 amps/7.7kW (maximum) of power, the new charging units provide a full charge in just over two hours, up to six times faster than standard Level 1 (120-volt) chargers. In addition, new Wi-Fi connectivity gives customers the ability to monitor and control charging any time and anywhere via a mobile app and web portal, saving time and money.

"Our new, factory-backed, at-home, Level 2, plug-in charging units offer a quick, seamless charging solution for Jeep 4xe and Chrysler Pacifica Hybrid owners," said Mark Bosanac, North America vice president, Mopar service, parts & customer care. "At Mopar, we'll continue to enhance the customer experience and expand our electric-vehicle portfolio of accessories."

Each new charging unit is Energy Star®-certified and smart-

## CONTACT INFORMATION

**Dan Reid**
Office: (248) 512-0366
Cell: (248) 202-7697
dan.reid@stellantis.com

## IMAGES



**New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid...**

**View all images**

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Accept

6/26/24, 2:35 PM                                   Stellantis Media - Mopar Introduces New At-home, Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA   ECF No. 18-16, PageID.1456   Filed 06/27/24   Page 3 of 5

where available.

Portable, lightweight, lockable and weatherproof for indoor/outdoor charging, each unit is universally compatible and backed by a 3-year warranty. U.S manufacturer's suggested retail price is $599. New charging units may be ordered with a Jeep or Chrysler-branded faceplate.

See the Mopar parts and accessories eStore or Jeep brand or Chrysler dealerships in the United States for more details.

**Installation Services Available From Qmerit**
Mopar is teaming with the expert installation service company Qmerit to offer convenient installation of Level 2 chargers within the United States. Qmerit-certified installers are licensed, insured and rigorously screened to meet exacting standards and can offer service if there is ever a need. See Qmerit/Jeep or Qmerit/Chrysler for more details.

**Jeep Grand Cherokee 4xe**
The all-new 2022 Grand Cherokee 4xe is the first Grand Cherokee to offer plug-in hybrid capability. The 4xe propulsion system combines two electric motors, a 400-volt battery pack, 2.0-liter turbocharged, four-cylinder engine and TorqueFlite eight-speed automatic transmission for maximum efficiency and capability. Overall, the 4xe system delivers 375 horsepower and 470 lb.-ft. of torque. The Grand Cherokee 4xe, targeting an estimated 25 miles (40 km) of all-electric range, returns an estimated 57 miles per gallon-equivalent (MPGe) and has an estimated total range of more than 440 miles (708 km). The Jeep Grand Cherokee 4xe is scheduled to arrive in North America early this year and in global markets later in 2022.

**Jeep Wrangler 4xe**
The new Jeep Wrangler 4xe delivers 21 miles of nearly silent, zero-emission, electric-only propulsion and is EPA rated at 49 MPGe, making it commuter friendly as an all-electric daily driver without range anxiety. The hybrid powertrain combines a high-tech, 2.0-liter, four-cylinder, turbocharged engine with two electric motors, a high-voltage battery pack and the TorqueFlite eight-speed automatic transmission. Benchmark 470 lb.-ft. of torque in the Wrangler 4xe arrives instantly on demand from the driver. The powertrain also delivers fuel-saving, seamless, start-stop operation of the engine.

**Chrysler Pacifica Hybrid**
The Pacifica Hybrid, still the first and only plug-in hybrid

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

6/26/24, 2:35 PM
Stellantis Media - Mopar Introduces New At-home, Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA  ECF No. 18-16, PageID.1457  Filed 06/27/24  Page 4 of 5

designed, innovative dual-motor eFlite electrically variable transmission (EVT) paired with a specially modified version of the 3.6-liter, Pentastar V-6, gasoline engine that alleviates range anxiety and delivers peace of mind to customers. Pacifica Hybrid is designed to offer a seamless driving experience, with no need for the driver to select between electric and hybrid modes.

**Mopar**
Mopar is the global name for Stellantis genuine parts and authentic accessories.

A simple combination of the words MOtor and PARts, Mopar offers exceptional service, parts and customer-care. Born in 1937 as the name of a line of antifreeze products, Mopar has evolved over more than 85 years to represent both complete vehicle care and authentic performance for owners and enthusiasts worldwide.

Mopar made its mark in the 1960s during the muscle-car era with performance parts to enhance speed and handling for both on-road and racing use. Later, Mopar  expanded to include technical service and customer support, and today integrates service, parts and customer-care operations in order to enhance customer and dealer support worldwide.

Complete information on Mopar is available at www.mopar.com and the Mopar blog at www.blog.mopar.com. For more information regarding Stellantis (NYSE: STLA), please visit www.stellantis.com.

**Follow Mopar and company news and video on:**
Company blog: blog.stellantisnorthamerica.com
Media website: media.stellantisnorthamerica.com
Mopar brand: www.mopar.com/
Mopar blog: blog.mopar.com/
Facebook: www.facebook.com/mopar
Instagram: www.instagram.com/officialmopar
Twitter: twitter.com/OfficialMOPAR
YouTube: www.youtube.com/c/mopar or www.youtube.com/StellantisNA

        

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

6/26/24, 2:35 PM
Case 2:24-cv-10546-BRM-KGA ECF No. 18-16, PageID.1458 Filed 06/27/24 Page 5 of 5
Stellantis Media - Mopar Introduces New At-home, Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Privacy Statement | Legal Notices and Terms

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.