# Exhibit 23

HYBRID/PLUG-IN HYBRID

# Jeep Wrangler 4xe Recalled Following Eight Fires

BY GUILLAUME RIVARD
NOVEMBER 22, 2023



Photo: Dominic Boucher

+ All photos

Stellantis today announced it is recalling an estimated 45,000 Jeep Wrangler 4xe plug-in hybrid SUVs, including 3,856 in Canada, to resolve a potential fire risk.

More specifically, the recall affects certain 2021-2024 Wrangler 4xe models. No other Wrangler models are affected.

- **ALSO:** 2023 Jeep Wrangler 4xe and 392: The Rubicon's 20th Anniversary

- **ALSO:** Jeep Wrangler 4xe Recalled Due to Weird Engine Stalling Issue

This comes after a routine company review of customer data led to an internal investigation that discovered eight vehicle fires. All were parked and turned off, while six were connected to chargers. No injuries have been reported, only vehicle and property damage.

Photo: Dominic Boucher

Stellantis assures the Wrangler 4xe may still be driven safely. However, affected owners are advised to refrain from recharging these hybrid vehicles and to park them away from structures and other vehicles until they are remedied.

Said remedy involves a software flash. If a certain error code is found, dealers will replace the high-voltage battery pack. A simple software update won't cut it.

According to Stellantis, one percent of recalled vehicles may have the defect. Owners will be notified in the coming weeks and urged to schedule a service appointment. The automaker hasn't said how much time owners might have to wait in the event that a battery replacement is necessary.

Photo: Jeep

In December of last year, Jeep had to recall over 70,000 Wrangler 4xe units from the 2021-2023 model years, including 7,254 in Canada, due to an unusual software issue that may cause the engine to stall suddenly and without warning.

The engine shutdown and resulting power loss were said to be caused by diagnostic reactions to faults caused by a lack of communication. The fix is an update to the calibration software in the Transmission Control Module, Hybrid Control Processor and Auxiliary Hybrid Control Processor.

## Watch: Jeep Wrangler 4xe's Hybrid System Explained

Share on Facebook

Like 3

Share:

| Gallery | News, reviews, videos | Jeep dealers | Used vehicles | Jeep |

# More on the subject



CHICAGO



RECALLS

2023 Jeep Wrangler 4xe and 392: The Rubicon's 20th Anniversary

Jeep Wrangler 4xe Recalled Due to Weird Engine Stalling Issue



ELECTRIC

Jeep Wrangler EV Reportedly Coming in 2028



TEST DRIVES

2024 Jeep Wrangler: Four-Headed Legend



NEWS

Jeep's SUV Production Scaled Down, Jobs Cut



NEWS

2024 Jeep Wrangler Costs More, But Offers More Selection



NEWS

Good News for Fans of Jeep's Two-Door Wrangler