# Exhibit 36

# GPOP - Issue Review System

**Part Number:**

68488244A$ ,68488244G$

**Part Description:**

Battery Kit, Hybrid

**Issue Description:**

NOTE 1 of 2:
Beginning April 1, 2022, a $5,000 penalty will be assessed to dealers who return any visually damaged battery to the supplier. Improper handling of damaged lithium ion batteries can causer property damage, serious injury or even death. Exemptions will not be made for any dealer who fails to follow the appropriate handling process. To read the DCMail communication, go to DealerCONNECT > DCMail (ID:81758). For details on recyclers, please visit the Mopar Dealer Site Lithium Ion Battery Handling page:https://www.dealers-mopar.com/moparone/retail/programs/battery-program/lithium-ion.jsp

NOTE 2 of 2:
When replacing the HV battery, or any cooling component within any of the cooling systems, please ensure that the service procedure is followed by using a coolant vacuum fill tool to ensure all trapped air is removed from the coolant system. The battery cooling system is complex with small coolant passages used to cool electronics. It is fed by a small electronic pump that does not develop the pressure head to "burp" the cooling system in the same manner that an engine water pump often will. All electric pumps are designed to sense air in the cooling system. Proper service procedures and proper equipment must be used. Failure to do so may result in vehicle damage or customer return for MIL lights due to air in the cooling system.