# Exhibit 40





☰  [search]  🎤                    ⋮    Sign in

### Luna wants a vote that could lead to AG Garland getting arrested
WFLA News Channel 8 ✓
28K views · 13 hours ago
New

---

**Show more**

---

**83 Comments**        Sort by

👤 Add a comment...

---

**@njb7209** 1 year ago
Keep them 50ft. from your house! 🔥
👍 10  👎    Reply

**@Farmer_1776** 1 year ago
ctric car they said… NOT.  FJB and the dog and pony show!
👍 15  👎    Reply

**@gwenna1161** 6 months ago
so glad the owners or kids werent in it when it happened
👍 2  👎    Reply

**@slomotrainwreck** 5 months ago
I saw a good looking Jeep Wrangler Rubicon 4xe in the dealer showroom, it had a $70K+ window sticker, I kept walking… 🤮
👍 1  👎    Reply

**@cageordie** 5 months ago
LOL! As a Jeep driver I am far from surprised that Jeep has badly engineered another product. Jeep had my Grand Cherokee for months at a time fixing emissions problems. There's a recall on the hybrids, they say to park them away from buildings and other vehicles. A quote from the parent company of Jeep: Stellantis shared in a statement, "The vehicles may be driven. However, the company is advising owners to refrain from recharging these hybrid vehicles, and to park them away from structures and other vehicles, until they are remedied," as reported by Consumer Reports.
👍 1  👎    Reply

**@jimhill6586** 5 months ago
I think its great! A L-ion battery with a gas hybrid. What fireworks can be created!
I have my original factory ordered 1995 Jeep wrangler Sahara. Only 198,000 miles. Runs perfect. I would avoid the exploding options.
👍 4  👎    Reply

**@enigmathegrayman2953** 1 year ago
Gas powered (internal combustion engine) car for me!!
👍 14  👎    Reply

⌄ **4 replies**

**@tedbegeman4302** 6 months ago
No EV cars, truck's,  busses, semi's or especially motorcycles for me!! Has anyone in DC traded in their gas powered armor plated limousine for the EV equivalent yet? I THINK NOT!!!
👍 3  👎    Reply

**@slapshotjack9806** 5 months ago
Jeep, the toughest four letter word on wheels they said…
👍    👎    Reply

**@calldeltosell** 5 months ago (edited)
I'm guessing a "plug-in hybrid"? They are nearly as bad as EVs.  But, since the battery is generally inside the cabin where people are, The original design like Toyota had in the Prius (not a plug-in hybrid) could totally be ICE until suitable temperature was attained (you know - you won't want to be too hot/cold.) If it's comfortable for you, it's probably just fine for the battery. So, you might delay passively charging or using the HV battery - and it would not be trying to charge it in a cold/hot garage off the AC or DC charger.…