# Exhibit 41

6/26/24, 3:10 PM
Lurking subs and cross shopping our next leased vehicle, specifically a Hybird... : r/4xe
Case 2:24-cv-10546-BRM-KGA ECF No. 18-42, PageID.1752, Filed 06/27/24 Page 2 of 6



6/26/24, 3:00 AM
Case 2:24-cv-10546-BRM-KGA ECF No. 18-42, PageID.1753, Filed 06/27/24, Page 3 of 6
Lurking subs and cross shopping our next leased vehicle, specifically a hybrid : r/4xe

Skip to main content · Log In

### Jeep Breaks Promise, Brings Back the Hemi Wrangler

motor1

156 upvotes · 96 comments

 r/Jeep

**Why does everyone try to talk me out of getting another jeep for my next car?**

90 upvotes · 241 comments

 r/bronco

**Need advice selling 1978 Bronco**


103 upvotes · 21 comments

 r/Jeep

**Just bought a totally clean 2006 TJ Tub to replace the rotted out tub on my 2006 TJ. Drove all the way to South Carolina from Michigan for it. Super excited!**


146 upvotes · 29 comments

 r/chevycolorado

**I upgraded from my 2013 Malibu, don't you think?**


139 upvotes · 22 comments

 r/askcarguys

**Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?**

 r/JeepTJ

**My 98 TJ, 88k miles.**


148 upvotes · 15 comments

 r/askcarguys

**Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?**

1 upvote · 3 comments

 r/Jeep

Skip to main content

r/

Log In

r/FordBronco

Maybe I should have just hit the damn deer…

191 upvotes · 64 comments

r/FordBronco

Me and my dad's project car currently, thoughts??

465 upvotes · 42 comments

r/FordBronco

Do rules still apply?

102 upvotes · 7 comments

r/Jeep

The $1,500 YJ is making progress

103 upvotes · 11 comments

r/FordBronco

What are these for?

105 upvotes · 134 comments

r/chevycolorado

New 2024 Z71

127 upvotes · 22 comments

r/JeepTJ

Hit a milestone today

105 upvotes · 29 comments



   

615 upvotes · 68 comments