# Exhibit 42

Skip to main content

r/4xe    ⊗

Search in r/4xe

Log In    •••

### r/4xe • 7 mo. ago
FooDoDaddy

•••

## My 4XE is affected by the battery recall.

Good thing my 4XE is charged back by the alley. Sigh.... 🙁



## 2021
# JEEP WRANGLER UNLIMITED SAHARA 4XE

Recall data refreshed on Dec 01,2023

### 1 Unrepaired Recalls
### associated with this VIN

**URGENT: FIRE RISK WHEN PARKED**

An urgent safety recall has been issued for this vehicle and the manufacturer has recommended **that you follow their instructions on how and where to park this vehicle**.

More information is available under

⌃ 38 ⌄    💬 82    🏅    ⬆ Share

Single comment thread        See full discussion

Case 2:24-cv-10546-BRM-KGA   ECF No. 18-48, PageID.1759   Filed 06/27/24   Page 3 of 7



My 4XE is affected by the battery recall. I l4xe

  Log In

─────────────────────────────

⊖  ⬆ 6 ⬇   💬 Reply   ⋯

**bd1308** · 7mo ago

I'm so very sorry to hear this 😭 any idea if it was charging or fully charged?

⊖  ⬆ 2 ⬇   💬 Reply   ⋯

**dtorgue** · 7mo ago

It was charging (on 220v). Not sure if it was done charging yet or not

⊖  ⬆ 3 ⬇   💬 Reply   ⋯

**bd1308** · 7mo ago

Thank you for your information

⬆ 2 ⬇   💬 Reply   ⋯

**WhyBePC** · 4mo ago

I know this is late in asking this question but what brand 220v charger were you using?

⬆ 1 ⬇   💬 Reply   ⋯

⊕  1 more reply

**UofMfatfire** · 4mo ago

What happened to your jeep after it caught fire? Did jeep cover the damage, replace battery? Was it on the recall list?

⊖  ⬆ 1 ⬇   💬 Reply   ⋯

**dtorgue** · 4mo ago

Jeep is buying it back, after some negotiation. The poor thing was totaled. Torched interior, glass smashed from the fire co, plastics burned through by the rear passenger tire which blew the tire. Yes it was. I had a 2021 from built in June or so.

⊖  ⬆ 1 ⬇   💬 Reply   ⋯

**UofMfatfire** · 4mo ago

We are in the middle of purchasing a 2021 with a recall on it. Very low miles but great price. Hoping that we can just use gas until the recall is fixed? What are your thoughts? I am getting mixed messages from dealerships. This is a used 2021 from a non Jeep dealer. We noticed many dealers don't sell safety recall cars at all until fixed. So was your Jeep considered one of the eight that actually caught on fire. I'm sorry that happened to you. Hopefully they gave you a fair buy back price

⬆ 1 ⬇   💬 Reply   ⋯

⊕  1 more reply

**UofMfatfire** · 4mo ago

 



Log In

↑ 1 ↓   💬 Reply   ⋯

## More posts you may like

 r/AppleWatch

The 10.1 battery drain is real...

14 upvotes · 16 comments



 r/Jeep

Jeep Breaks Promise, Brings Back the Hemi Wrangler

156 upvotes · 96 comments

 motor1

 r/Jeep

Why does everyone try to talk me out of getting another jeep for my next car?

90 upvotes · 241 comments

 r/Aqara

G4 video doorbell battery life...

2 upvotes · 13 comments

 r/rccars

Charger limitation..

3 upvotes · 18 comments



 r/OculusQuest

Anyone else's Elite Battery just... stop charging?

5 comments

r/amateurradio

LIFEPO4 battery charger...

4 upvotes · 19 comments

My 4xe is affected by the battery recall. I...

r/                    Log In

139 upvotes · 22 comments

r/bronco

**Need advice selling 1978 Bronco**

103 upvotes · 21 comments

r/Jeep

**Just bought a totally clean 2006 TJ Tub to replace the rotted out tub on my 2006 TJ. Drove all the way to South Carolina from Michigan for it. Super excited!**

146 upvotes · 29 comments

r/Jeep

**I'm not saying my Jeep was a good financial decision, but am I a financial guru for owning it? Obviously yes.**

204 upvotes · 64 comments

r/ r/JeepTJ

**My 98 TJ, 88k miles.**

148 upvotes · 15 comments

r/Jeep

**The $1,500 YJ is making progress**

103 upvotes · 11 comments

r/chevycolorado

**New 2024 Z71**

127 upvotes · 22 comments

r/FordBronco

**Maybe I should have just hit the damn deer...**

191 upvotes · 64 comments

Skip to main content

r/

Log In

102 upvotes · 7 comments

r/GalaxyS23Ultra

**Help... Is my s23 Ultra faulty?**

7 upvotes · 14 comments

r/FordBronco

**Me and my dad's project car currently, thoughts??**

465 upvotes · 42 comments

r/FordBronco

**What are these for?**

105 upvotes · 134 comments

r/JeepTJ

**Hit a milestone today**

105 upvotes · 29 comments

r/4xe

**My battery for my 22 4xe has lost 20% of its capacity**

2 upvotes · 5 comments

r/FordBronco

**Who else enjoy detailing their trucks?**

117 upvotes · 20 comments

r/FordBronco

**Pulled the trigger on a 24 Everglades**



**New Jeep**

130 upvotes · 32 comments

---

🔘 r/FordBronco

**Did I make the right move?**

128 upvotes · 57 comments