# Exhibit 50

6/27/24, 1:26 PM    Stellantis Media - Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA   ECF No. 18-51, PageID.1852   Filed 06/27/24   Page 2 of 3



En Español    En Français    Media Contacts    Blog

BRANDS & PRODUCTS    CORPORATE    PHOTOS    VIDEO    AUTO SHOWS & EVENTS

TECHNOLOGY    GLOBAL NEWS

HOME

# Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

→ Download Selected     → Download All






☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…





☐ New, factory-backed, Wi-Fi

☐ New, factory-backed, Wi-Fi

☐ New, factory-backed, Wi-Fi

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Accept

6/27/24, 1:26 PM  Stellantis Media -Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA   ECF No. 18-51, PageID.1853   Filed 06/27/24   Page 3 of 3

Mopar help power the Chrys…   Mopar help power the Chrys…   Mopar help power the Chrys…

        

Privacy Statement  |  Legal Notices and Terms

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

   

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.