# Exhibit 54



Home > Forums > 2021+ Jeep Wrangler 4xe Forum > 2021+ Jeep Wrangler 4xe General Discussion For…

## If you already had safety recall B9A performed, what was the result:

| | | | |
|---|---|---|---|
| My battery has passed the test - no replacement necessary | | Votes: 8 | 61.5% |
| My battery needs replacement - already replaced | | Votes: 1 | 7.7% |
| My battery needs replacement - waiting for replacement | | Votes: 4 | 30.8% |

Total voters: 13

### Poll: safety recall B9A - battery replaced or not?

→ Jump to Latest

+ Follow

7K views • 32 replies

**A** andradef ✓ **Discussion starter**
14 posts • Joined 2022

#1 • Jan 3, 2024

The procedure for this recall is to perform a software test to determine if you need a new battery or not.

👍 Like                    🔖 Save   ⋖ Share

Advertisement



Sort by  Oldest first ▾

**2** **21Sahara4xe**
35 posts • Joined 2021

#2 • Jan 3, 2024

I have never read any place saying to take your wrangler to a dealership to have you software updated to see if you truly have the problem or not. My recall document for this recall does not say this nor did my dealership. Where did you actually read that you need to have this occur?

👍 Like                    🔖 Save   ⋖ Share

**Clutch Auto Deals**
1647 posts • Joined 2021



No recall, no need for test. They have it narrowed down to which vehicles got those lots of batteries, but can't say which out of those lots have the problems yet. The software will help narrow it further. The test is not "in lieu of" - the test is "you are part of the suspect group, this will tell us for sure". Where those who have no notice are not part of the suspect group - no worries.

👍 RISK81, mjg4xe and Blxe Stxel

👍 Like                                                                                    🔖 Save    Share

Show more replies ⌄

**CAD4XE**
50 posts · Joined 2022

#6 · Jan 4, 2024

I have an Appointment with my Dealership this coming Friday to do this software test .. they Called me two days ago.
will see what's going to happen.

👍 FL4xe

👍 Like                                                                                    🔖 Save    Share

**BXFXJeep**
899 posts · Joined 2022

#9 · Jan 4, 2024

They called you to actually do the test?

I didn't know the test was ready, I thought we are still in the no charge, park away from civilization holding pattern, until they get their ducks in a row sometime in Q1.

👍 MJxE

👍 Like                                                                                    🔖 Save    Share

Show more replies ⌄

**BXFXJeep**
899 posts · Joined 2022

#11 · Jan 5, 2024

I got an email from the dealership, but that's for a 6 month premature oil change, I'll wait for your feedback before calling them.

👍 Like                                                                                    🔖 Save    Share

**CAD4XE**
50 posts · Joined 2022

#15 · Jan 6, 2024

Drop off my Jeep at 8AM and Pickup at 5PM at the dealership just to be told by the service department the reason they are calling and asked the owner to bring their Jeep in just to check and make sure that Jeep is actually on their Recalled list so when the Flash Software available is easy for them to determine which one need to be contacted by them .. ( oh my .. I just love the excuses .. LOL )

anyway .. without need it blah blah blah anymore .. is a False Alarm and wasted my time but nothing I can do .. back to square one eh .. Waiting .. LOL

👍 Like                                                                                    🔖 Save    Share

Show more replies ⌄

**learjet**
5 posts · Joined 2024

#12 · Jan 5, 2024

more interesting question is how many of us got the recall...ill start a poll

👍 CBT

👍 Like                                                                                    🔖 Save    Share

**BXFXJeep**

The recall document they mailed out, is Jeep throwing 💩 at the wall, seems they are now going to be poking only the chunks stuck to the wall to see which ones can potentially splatter.

👍 Like                                                                                                    🔖 Save    🔗 Share

---

**Greg W**
42 posts • Joined 2021

#17 • Jan 6, 2024

Owners will receive another recall notice once the repair is available, per my dealer. I suspect it will also show up on the Jeep app (mine came that way before the mailed notice). Once it does, I'll immediately schedule the appointment through the app to get it done ASAP.

👍 MJxE

👍 Like                                                                                                    🔖 Save    🔗 Share

---

**MJxE**
5 posts • Joined 2022

#21 • Feb 22, 2024

This poll is erroneous. The questions as stated, "If you already had safety recall B9A performed, what was the result:" is not possible because **as of 2024/2/22, the software flash is STILL not available.** Can this thread be deleted? Thanks.

👍😂 GAGT and Chubba

👍 Like                                                                                                    🔖 Save    🔗 Share

---

**Grimmjpr**
495 posts • Joined 2021

#22 • Feb 27, 2024

Its showing available now.

👍 4XENSTEIN0x0

👍 Like                                                                                                    🔖 Save    🔗 Share

---

**Macinthe734**
22 posts • Joined 2021

#24 • Feb 29, 2024

My 21 4Xe has to be towed to the dealership twice in early January- fault codes for charging system and would not allow for ICE driving or even to shift out of park. Dealer determined it needed a new hybrid battery pack and I just picked it up today. Paperwork stated that the B9A recall was done and also another recall related to the defroster. They replaced the battery pack. 8 weeks total at the dealership...... hope I don't run out of anymore issues until the lease is up in September.

👍 Like                                                                                                    🔖 Save    🔗 Share

---

> **paheerone**
> 55 posts • Joined 2021
>
> #25 • Feb 29, 2024
>
> did they give you a loaner vehicle for the time it was at the dealership?
>
> 👍 Like                                                                                              🔖 Save    🔗 Share

1 Reply ⌄

---

**Macinthe734**
22 posts • Joined 2021

#26 • Feb 29, 2024

Yes, after the second time in has to be towed, they got me a loaner. $2,500 in rental charges on the Enterprise invoice that I gave to the dealership.

👍 Like                                                                                                    🔖 Save    🔗 Share

---

**Macinthe734**
22 posts • Joined 2021

#28 • Mar 6, 2024

Update on my battery replacement. Since the battery was replaced, I now have about 30% greater range.





Home  >  Forums  >  2021+ Jeep Wrangler 4xe Forum  >  **2021+ Jeep Wrangler 4xe General Discussion For…**  >

Home  About Us  Terms of Use  Privacy Policy  Help  Business Directory  Contact Us  |  Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. 4XEForums.com is an independent Jeep enthusiast website owned and operated by VerticalScope, Inc. Content on 4XEForums.com is generated by its users. 4XEForums.com is not in any way affiliated with Stellantis N.V. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

https://www.4xeforums.com/threads/poll-safety-recall-b9a-battery-replaced-or-not.6108/  6/6