# Exhibit 62

