## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

|  |  |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

### STIPULATED ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

The parties have stipulated, subject to the Court's approval, to extend the time for Defendant FCA US LLC to respond to Plaintiffs' First Amended Class Action Complaint ("FAC") based on the following facts:

1. Plaintiffs filed the FAC on June 27, 2024. *See* ECF #18 (PageID.722). The FAC names fourteen plaintiffs who collectively assert thirty-three nationwide and state-specific claims under ten states' laws for a variety of fraud-based consumer protection and warranty claims. *Id.* Plaintiffs also attach to the FAC more than sixty exhibits that span 1,000+ pages. *Id.*

2. Because of the significant additions to the FAC (*e.g.*, new plaintiffs, new claims under new states' laws, and new exhibits), as well as competing

obligations and conflicts in July, FCA US needs additional time to review the FAC and prepare its response to the FAC's allegations and claims.

3.      The parties have thus agreed to extend the time within which FCA US is to answer, move, or otherwise plead to the FAC by thirty-two days—from July 11, 2024 to **August 12, 2024**.

4.      If FCA US's response is a motion to dismiss, the parties agree to discuss and submit a proposed briefing schedule for Plaintiffs' opposition and FCA US's reply.

**WHEREFORE**, for good cause shown, the Court approves the stipulation and orders that FCA US shall have until **August 12, 2024** to answer, move, or otherwise plead to the FAC.

**IT IS SO ORDERED.**

Dated: July 3, 2024                    s/Brandy R. McMillion
                                       HON. BRANDY R. MCMILLION
                                       United States District Judge

*Stipulated to on July 3, 2024, by:*

**THE MILLER LAW FIRM, P.C.**

 /s/  *Dennis A. Lienhardt* (w/ consent)
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
950 West University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San
Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

*-and-*

**KLEIN THOMAS LEE &
FRESARD LLP**

 /s/  *Stephen A. D'Aunoy*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*-and-*

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

**LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*