## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>*v.*<br><br>FCA US LLC,<br><br>      Defendant. | Case No.: 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## INDEX OF EXHIBITS TO MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT

| Exhibit | Description |
|:---:|:---:|
| A | 2021 Warranty Information – Wrangler 4xe |
| B | 2023 Warranty Information – Wrangler 4xe |