UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**STIPULATED ORDER EXTENDING BRIEFING SCHEDULE FOR THE RESPONSE AND REPLY TO FCA US LLC'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6) (ECF NO. 21)**

　　The parties have stipulated, subject to the Court's approval, to extend the time for Plaintiffs to respond to FCA US LLC's motion to compel arbitration and motion to dismiss (ECF No. 21) and for FCA US to reply to that motion.

　　1.　　Plaintiffs filed the FAC on June 27, 2024. *See* ECF #18 (PageID.722). The FAC names fourteen plaintiffs who collectively assert thirty-three nationwide and state-specific claims under ten states' laws for a variety of fraud-based consumer protection and warranty claims. *Id.* Plaintiffs also attach to the FAC more than sixty exhibits that span 1,000+ pages. *Id.*

　　2.　　On July 3, 2024, the Court entered the Parties' stipulation, extending the time for FCA US to respond to the FAC by thirty-two days until August 12, 2024. (ECF No. 19).

3. On August 12, 2024, FCA US filed its motion to compel arbitration and motion to dismiss. FCA US's motion seeks relief pursuant to both Rule 12(b)(1) and 12(b)(6) and raises numerous state-by-state arguments for the dismissal of Plaintiffs' claims.

4. The Parties have met and conferred and agree to the following briefing schedule to allow the Parties adequate time to address the issues raised in FCA US's motion:

    a. The deadline for Plaintiffs' response in opposition shall be extended by thirty-nine days, until **October 11, 2024**; and

    b. FCA US's reply shall be extended by sixteen days, until **November 11, 2024**.

**WHEREFORE**, for good cause shown, the Court approves the stipulation and orders that Plaintiffs shall have until **October 11, 2024** to respond to FCA US's motion and FCA US shall have until **November 11, 2024** to file its reply in support.

**IT IS SO ORDERED.**

Dated: August 14, 2024

s/Brandy R. McMillion
BRANDY R. MCMILLION
U.S. District Judge

*Stipulated to on August 14, 2024, by:*

| THE MILLER LAW FIRM, P.C. | KLEIN THOMAS LEE & FRESARD LLP |
|---|---|
| /s/ *Dennis A. Lienhardt* | /s/ *Scott H. Morgan (w/consent)* |
| E. Powell Miller (P39487) | Stephen A. D'Aunoy (MO/54961) |
| Dennis A. Lienhardt (P81118) | Scott H. Morgan (MO/61853) |
| 950 West University Dr., Ste. 300 | 100 N. Broadway, Ste. 1600 |
| Rochester, MI 48307 | St. Louis, MO 63102 |
| (248) 841-2200 | |

epm@millerlawpc.com
dal@millerlawpc.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com
**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*

(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*-and-*

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*