## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GARY FRISCH, *et al.*, on behalf of
themselves and all others similarly
situated,

      Plaintiffs,

v.

FCA US LLC,

      Defendant.

Case No. 2:24-cv-10546

Hon. Brandy R. McMillion

Magistrate Judge Kimberly G. Altman

### STIPULATED ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE A CORRECTED FIRST AMENDED COMPLAINT

This matter coming before the Court upon the parties' stipulation to allow Plaintiffs to file a Corrected First Amended Complaint to address an inadvertent omission—from the caption and certain portions of the pleading—of one named plaintiff. The filing of the Corrected First Amended Complaint will not alter any of the existing deadlines that the Court set on August 14, 2024 (ECF #22 (PageID.2097)).

1.    Plaintiffs filed their First Amended Complaint (FAC) on June 27, 2024. *See* ECF #18 (PageID.722). The FAC pled claims on behalf of fifteen plaintiffs who were named specifically in the various Counts, but it inadvertently omitted one of the California named plaintiffs, Stefani Carter, from the case caption and the plaintiff

parties fact section. Ms. Carter's California state-law claims were pled specifically in Counts V – IX of the FAC. *See id.* (PageID.860 – 878).

2.    The Parties have met and conferred and agree to have Plaintiffs file a Corrected First Amended Complaint to name Plaintiff Carter in the case caption and opening paragraph and include her specific allegations in the fact section. The remaining substantive content of the complaint, including the counts, will remain unchanged from the FAC.

3.    The Parties further agree to have FCA US LLC file an updated motion to compel arbitration and motion to dismiss within seven days of the filing of the Corrected First Amended Complaint to allow FCA US to conform its motion and citing references to the corrected complaint.

Accordingly, **IT IS ORDERED** that Plaintiffs shall have until **August 23, 2024** to file a Corrected First Amended Complaint. FCA US shall have until **August 30, 2024** to refile its motion to compel arbitration and motion to dismiss to conform to the Corrected First Amended Complaint. The existing briefing deadlines for Plaintiffs to file their response to FCA US's motion and for FCA US to file its reply in support, as set forth in the Court's August 14, 2024 Order ECF #22 (PageID.2097)), remain unchanged.

**IT IS SO ORDERED.**

Dated: August 21, 2024

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

*Stipulated to on August 21 2024, by:*

**THE MILLER LAW FIRM, P.C.**

 /s/  *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
950 West University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com

**KLEIN THOMAS LEE &
FRESARD LLP**

 /s/  *Scott H. Morgan (w/consent)*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*-and-*

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

mslack@slackdavis.com
**LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*