# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, BRIAN KREB, STEFANI CARTER, EVE PARK, HARRY VASQUEZ, RICHARD PERKAL, NATALIIA LIAKHOVA, JADE AND CHRISTOPHER WADLEIGH, DAVID PERRERA, ERIN MAY, DENNIS BERNS, JONATHAN LISCANO, AND ROBERT STUEVE ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED, <br><br>PLAINTIFFS, <br><br>V. <br><br>FCA US, LLC, <br><br>DEFENDANT. | CASE NO. 2:24-CV-10546 <br><br> HON. BRANDY R. MCMILLION <br><br><br> **JURY TRIAL DEMANDED** |

## INDEX OF EXHIBITS

Exhibit 1:   YouTube, StacheD Training, Close Call: Jeep 4xe Hybrid Explosion Nearly Hits Fire Captain in Erie, Colorado! (Aug. 4, 2023)

Exhibit 2:   *Lithium-Ion Battery Safety Issues for Electric and Plug-in Hybrid Vehicles*, NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (Oct. 2017) ("2017 NHTSA Report")

Exhibit 3:   Jeep.com, *History: 1940-1949*

Exhibit 4:   Jeep.com, *The Jeep Brand: The Story of the Legend*

| | |
|---|---|
| Exhibit 5: | Dale Buss, Forbes, *Jeep's Wrangler 4xe Proves Worthy Of Sagan's Seminal 'Pale Blue Dot'* (Sept. 15, 2020 12:00 PM EDT) |
| Exhibit 6: | Twitter, @Jeep, *To explore and cherish the only home we've ever known. The first-ever Wrangler 4xe* (Sept. 4, 2020 10:42 AM) |
| Exhibit 7: | Stellantis Media, 2021 Jeep Wrangler 4xe Specifications |
| Exhibit 8: | Stellantis Media, 2021 Jeep Wrangler Specifications |
| Exhibit 9: | Press Release, Stellantis, *Jeep® Brand Creates Jeep 4xe Charging Network, Works With Electrify America to Provide EV Charging at Off-road Trailheads Throughout the United States* (March 26, 2021) |
| Exhibit 10: | Ben Morse, *Super Bowl LVII most-watched US telecast ever after updated figures*, CNN (May 3, 2023 11:28 EDT) |
| Exhibit 11: | AdAge, Jeep: "Electric Boogie" (Oct. 22, 2023) |
| Exhibit 12: | Press Release, Stellantis North America, New Jeep® Wrangler 4xe Joins Renegade and Compass 4xe Models in Brand's Global Electric Vehicle Lineup (Sept. 3, 2020) |
| Exhibit 13: | FCA, 2022 Wrangler Buying Guide |
| Exhibit 14: | Jeep, 2023 Wrangler 4xe Hybrid Supplement |
| Exhibit 15: | Press Release, Stellantis North America, Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica (Jan. 18, 2022) |
| Exhibit 16: | Stellantis North America, Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica |
| Exhibit 17: | Eric Tingwall, Car & Driver, *Tested: 2021 Jeep Wrangler 4xe Complicates a Simple Machine* (Jul. 1, 2021) |

| | |
|---|---|
| Exhibit 18: | November 22, 2023 Part 573 Safety Recall Report for NHTSA Recall No. 23V-787 |
| Exhibit 19 | Heekyon Yang, *Explainer: Are lithium-ion batteries in EVs a fire hazard?*, REUTERS (Aug. 23, 2021) |
| Exhibit 20 | Adreesh Ghoshal, *How Lithium Ion Batteries in EVs Catch Fire*, MEDIUM (Aug. 16, 2020) |
| Exhibit 21 | Ryan Fogelman, *April 2020 Fire Report: How & Why Do Lithium-Ion Batteries Fail, Insight from the Jedi Master of Lithium Power!*, WASTE360 (May 5, 2020) |
| Exhibit 22 | Julian Long, *Guide to Lithium Plating in Lithium-Ion Batteries* (Dec. 7, 2022) |
| Exhibit 23 | Guillaume Rivard, *Jeep Wrangler 4xe Recalled Following Eight Fires*, The Car Guide (Nov. 22, 2023) |
| Exhibit 24 | Stellantis Media, New Jeep® Wrangler 4xe Joins Renegade and Compass 4xe Models in Brand's Global Electric Vehicle Lineup (Sept. 3, 2020) |
| Exhibit 25 | Mild Hybrid Motor Generator Unit Battery Pack, MYMOPARPARTS |
| Exhibit 26 | *Stellantis and Samsung SDI to Invest Over $2.5 Billion in Joint Venture for Lithium-Ion Battery Production Plant in United States*, STELLANTIS PRESS RELEASE (May 24, 2022) |
| Exhibit 27 | Gustavo Henrique Ruffo, *Samsung SDI Might Be The Root of Ford And BMW PHEV Recalls*, INSIDEEVS (Oct. 16, 2020) |
| Exhibit 28 | *Burbank et al. v. BMW of N. Am.*, No. 2:21-cv-01711 (D.N.J.) (Dkt. No. 1, at ¶ 15) |
| Exhibit 29 | *Batteries for Hybrid and Plug-In Electric Vehicles*, U.S. DEP'T OF ENERGY |
| Exhibit 30 | Wen, Jianwu, *et al.*, *A Review on Lithium-Ion Batteries Safety Issues: Existing Problems and Possible Solutions*, AMERICAN SCIENTIFIC PUBLISHERS (2012) |

| | |
|---|---|
| Exhibit 31 | Feng, Xuning, *et al.*, *Thermal runaway mechanism of lithium ion battery for electric vehicles: A review*, SCIENCEDIRECT, 2015 |
| Exhibit 32 | Chris Woodford, *Lithium-ion batteries*, EXPLAINTHATSTUFF! (Nov. 23, 2020) |
| Exhibit 33 | Tom Moloughney, *Everything You Need To Know About Charging The Jeep Wrangler 4xe You've got charging questions; we have the answers.* |
| Exhibit 34 | Jeep®, *4xe Plug-in Hybrid and Electric Vehicle Technology* |
| Exhibit 35 | U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, DOT-SP 21084 (FIRST REVISION), January 9, 2023 |
| Exhibit 36 | Technical Service Bulletin, GPOP - Issue Review System, Part Number: 68488244A$ ,68488244G$ |
| Exhibit 37 | Farish I. Saaid et al., Ni-rich lithium nickel manganese cobalt oxide cathode materials, 10 Heliyon e23968 (Jan. 2024) |
| Exhibit 38 | *What is Thermal Runaway?*, UNDERWRITERS LABORATORIES (Aug. 24, 2021) |
| Exhibit 39 | Alysha Liebscher and Gary Gayman, *Preventing Thermal Runaway in Electric Vehicle Batteries*, MACHINE DESIGN (Dec. 26, 2018) |
| Exhibit 40 | YouTube, FOX31 Denver, Electric Jeep explosion in Erie (Apr. 13, 2023) |
| Exhibit 41 | Reddit, r/4xe, u/dtorgue, "Lurking subs and cross shopping our next leased vehicle, specifically a Hybird…" (Dec. 11, 2023 4:01 a.m. PT) |
| Exhibit 42 | Reddit, r/4xe, u/dtorgue, "My 4XE is affected by the battery recall." (Dec. 2, 2023 3:45 p.m. PT) |
| Exhibit 43 | Jung Min-Hee, *Samsung SDI Voluntarily Recalls EV Batteries in the U.S.*, BUSINESSKOREA (Feb. 7, 2022) |

| | |
|---|---|
| Exhibit 44 | Stellantis North America, Press Kit: 2017 Chrysler Pacifica (Jan. 11, 2016) |
| Exhibit 45 | NHTSA, Part 573 Safety Recall Report 22V-077 (Feb. 11, 2022) |
| Exhibit 46 | Pacifica Forums, Bsmith, A second Pacifica PHEV fire (June 15, 2019) |
| Exhibit 47 | Stellantis, 2017-2021 Chrysler Pacifica Hybrid Emergency Response Guide (Oct. 21, 2021) |
| Exhibit 48 | Stellantis, 2021-2022 Jeep Wrangler 4xe Hybrid Emergency Response Guide (Jan. 10, 2022) |
| Exhibit 49 | NHTSA, Part 573 Safety Recall Report 22V-077 (Feb. 11, 2022) |
| Exhibit 50 | Stellantis North America, Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica |
| Exhibit 51 | Betty Lin-Fisher, USA Today, *More EV problems: This time Chrysler Pacifica under recall investigation after fires* (Jan. 24, 2024) |
| Exhibit 52 | NHTSA, ODI Resume, Investigation RQ24001 |
| Exhibit 53 | NHTSA Safety Recall |
| Exhibit 54 | Jeep Wrangler 4xe Forum, Poll: safety recall B9A - battery replaced or not? |
| Exhibit 55 | JL Wrangler Forums, 4xe in shop for 65 DAYS ! and counting. Battery won't charge- Jeep can't figure out the problem -GEL Code POBBD-00 |
| Exhibit 56 | Jeep Wrangler Forum, Hybrid battery pack - what's left to do? |
| Exhibit 57 | NHTSA, Part 573 Safety Recall Report 23V-797 (Feb. 22, 2024) |

| | |
|---|---|
| Exhibit 58 | Stellantis North America, Safety Recall North America High Voltage Battery, Reference: B9A / NHTSA 23V-787 |
| Exhibit 59 | CLRA Venue Declaration of Plaintiff Kreb |
| Exhibit 60 | CLRA Venue Declaration of Plaintiff Carter |
| Exhibit 61 | February 28, 2024 Pre-Suit Notice Letter |
| Exhibit 62 | YOUTUBE, StacheD Training, Electric Car Explosions Worldwide (Nov. 16, 2023) |