# Exhibit 5

FORBES > LIFESTYLE > CARS & BIKES

# Jeep's Wrangler 4xe Proves Worthy Of Sagan's Seminal 'Pale Blue Dot'

**Dale Buss** Contributor

*I am grounded in autos but range broadly.*

Follow

Sep 15, 2020, 09:00am EDT

Updated Sep 15, 2020, 12:00pm EDT

**This article is more than 3 years old.**



An image from Jeep's "Pale Blue Dot" ad for Wrangler 4xe FCA

There's nothing bigger than Carl Sagan's ideas. So it's appropriate that the man whose views about the cosmos sparked the existential musings of millions — yes, perhaps even "billions and billions" — of

Privacy - Terms

people now has become associated with one of the biggest re-imaginings in the history of Fiat Chrysler Automotive.

Jeep is launching a plug-in hybrid version of its iconic SUV next spring, when the Wrangler 4xe becomes available in the United States, Europe and China. To celebrate that power-train migration in a vehicle where electric propulsion not long ago seemed highly unlikely, the company was able to obtain the permission of Sagan's widow to use the voiceover and imagery of the renowned astronomer's seminal "pale blue dot" monologue.

Fiat Chrysler's 90-second "Pale Blue Dot" ad launched softly on YouTube earlier this month and will appear for the first time on television September 22. It features the famous image of Earth shot by the Voyager 1 spacecraft from beyond Neptune, as a minuscule bluish speck against the vast black backdrop of space. Sagan's distinctive, even haunting, voice reads passages from his 1994 book, *Pale Blue Dot: A Vision of the Human Future in Space,* wherein he magnetically describes earth as "a mote of dust, suspended on a sunbeam." Celestially appropriate music borrowed from Philip Glass, and a montage of scenes of "life on Earth" — including some in Jeeps — round out the presentation effectively.

The photo comes from February 14, 1990, after it was Sagan's idea to give the world a unique vantage point on the home planet. In 1981, Sagan, a member of the imaging team of the Voyager 1 mission, began lobbying NASA to turn the spacecraft's camera for one last look at Earth once it had completed the first reconnaissance of the outer planets. The resulting image, with the Earth taking up just 0.12 pixel on the screen, was taken from more than four billion miles away, and became known as "the pale blue dot."

Wrangler is "its own little ship of the imagination," Ann Druyan, Sagan's widow and long-time collaborator, told me. "I thought, wow, if there would be an electric Wrangler, we'd be accomplishing something."

MORE FOR YOU

**Dr. Disrespect Issues Shocking Statement, Finally Revealing Why He Was Banned From Twitch**

**What Time Does 'The Bear' Season 3 Come Out On Hulu And Disney+?**

**'Squad' Rep. Jamaal Bowman Unseated By Latimer In Pricey New York Primary**

For Sagan is known not just for his musings about the universe and ultimate reality, and for *Cosmos: A Personal Voyage,* his 13-part series on PBS in 1980 of which Druyan was a co-creator. Sagan, who died in 1996, also was an early and avid exponent of the idea of man-made climate change, based on his pioneering observations about the "runaway greenhouse effect" on Venus — and his fear even in the 1960s that Earth might be beginning to suffer a similar warming.

**Passport: Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.**

Email address

Sign Up

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration), and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

Indeed, the way the company looks at it, the 4xe expresses something so much more important than "just a technology upgrade for Jeep," Olivier Francois, chief marketing officer for Fiat Chrysler, told me.

“For Jeep, this is really a new chapter that is opening for the brand, and we needed a strong way to express it. We wanted Jeep to continue being the leader in SUVs not just by being the most capable vehicle on the planet but also the most capable to protect the planet while exploring it. It’s not a Prius or a Fiat that just takes you from point A to point B with the lowest possible carbon footprint.

“With Jeep, you have the DNA of adventure and freedom, meaning that our customer already is in a relationship with the planet,” Francois continued. “But some are maybe ‘cheating’ in the sense that they don’t want to think about the fact that internal-combustion vehicles pollute. Some are in an open relationship with the planet but like combustion cars. And some are in true love with the planet and nature, and these are the consumers we want to start with” in appealing with the Wrangler 4xe.

The late Fiat Chrysler CEO Sergio Marchionne was very slow to warm to the prospect of all-electric vehicles. So the notion of the company introducing a hybrid Jeep not even three years after his death in 2018 is remarkable in and of itself. But a fascinating sliver of the story of “Pale Blue Dot” is that Marchionne, indeed, not only saw but also approved the ad before his death.

For Francois originally approached Druyan in 2017 with a version of the video already in the can, seeking her commercial approval to use her husband’s materials. He knew that she jealously guarded what she saw as a sacred trove of inspiration for humanity. She had only given similar permission once before, for a TV commercial for Apple’s iPhone that mainly was comprised of images taken by people around the world using the device.

“Olivier wasn’t the first agency or even car company to come to me,” Druyan said. “Without hyperbole, I’m saying that for the last many years, there hasn’t been a week in which there hasn’t been some approach to our rights and permissions department for that piece. Many of them were commercial; some of them were creative. But it’s been constant. People understand that the message is of this time, and is really urgent in this time.”

Druyan turned down Francois that first time because, while he had a great commercial to show her, he couldn’t show her an actual electric Jeep yet. “But when we finished our first phone calls in 2017,” Druyan said, Francois said, “I’ll be back.” She understood that “it wasn’t just me asking for solutions” to climate change, “so I never thought I was just standing alone. If it had just been me asking, [Wrangler 4xe] wouldn’t have happened.”

As Francois recalled it, Druyan’s “terms were devastating. ‘Yes, I’m sold. Now do an electric Jeep and call me back.’ At the time, there was no talk of an electric Jeep.”

But the company — and the 4xe — moved forward under Mike Manley, who had been chief of the Jeep brand under Marchionne and then succeeded his boss as Fiat Chrysler CEO.

Druyan was “delighted” when Francois was able to call her back in late 2019 and report that the Wrangler 4xe was imminent, he recalled.

“He called me up and said, ‘Ann, we made you a car,’” Druyan said. “And I was very excited about the Jeep Wrangler electric vehicle. [Francois] knew that Carl wouldn’t have countenanced using his iconic message for something that was just going to continue this very dangerous situation we had gotten ourselves into” with climate change.

Now, the ad introducing Wrangler 4xe will debut on broadcast September 22 during the U.S. premiere of the sequel to the original PBS series, *Cosmos: Possible Worlds,* on Fox. Druyan is a lead producer of the new series. Each time the ad is viewed on Jeep's YouTube channel, the brand will make a contribution to the Coalition for Rainforest Nations and the Carl Sagan Institute of Cornell University.

*Follow me on Twitter.*



**Dale Buss**

Follow

I have broad interests and experience as a... **Read More**

Editorial Standards

Reprints & Permissions

ADVERTISEMENT