# Exhibit 6



6/27/24, 1:__ __ ...her... ...first... ...https... ...3o" / X



Settings

New to X?

Sign up now to get your...

Sign... 

Creat... 

By signing up, you agre...
Privacy Policy, includin...

Relevant peo...



Jeep
@Jeep

The official ...
Jeep® bran...
please reac...
instagram.c...
facebook.co...

Something we...

Terms of Service    Priv...
Accessibility    Ads inf...

Don't miss what's happening

People on X are the first to know.

Log in

https://x.com/Jeep/status/1301938665044750337                                              2/2