# Exhibit 8



# 2021 Jeep® Wrangler
# SPECIFICATIONS

*Specifications are based on the latest product information available at the time of publication.*
*All dimensions are in inches (millimeters) unless otherwise noted.*
*All dimensions measured at curb weight with standard tires and wheels.*

### GENERAL INFORMATION

| | |
|---|---|
| Vehicle Type | Sport-utility vehicle |
| Assembly Plant | Toledo Supplier Park, Toledo, Ohio |
| EPA Vehicle Class | Multipurpose vehicle |
| Introduction Date | Fall 2017 as a 2018 model |

### BODY/CHASSIS

| | |
|---|---|
| Layout | Longitudinal front engine, four-wheel drive |
| Construction | Ladder-type frame, open steel and aluminum body |

### ENGINE: 3.6-LITER PENTASTAR V-6

| | |
|---|---|
| Availability | Standard (all engine stop-start, MTX only) — Sport, Sahara, Rubicon |
| | Available (all eTorque mild-hybrid assist, ATX only) — Sport, Sahara, Rubicon |
| Type and Description | 60-degree, V-type, liquid-cooled |
| Displacement (cu. in. / cc) | 220 cu. in. (3,604 cu. cm) |
| Bore x Stroke | 3.78 x 3.27 (96 x 83) |
| Valve System | Chain-driven DOHC, 24 valves and hydraulic end-pivot roller rockers |
| Fuel Injection | Sequential, multiport, electronic, returnless |
| Construction | Aluminum deep-skirt block, aluminum alloy heads |
| Compression Ratio | 11.3:1 |
| Power (SAE net) (hp / kW@rpm) | 285 hp (213 kW) at 6,400 rpm |
| Torque (SAE net) (lb.-ft. / N•m) | 260 lb.-ft. (353 N•m) at 4,800 rpm |
| Max. Engine Speed (rpm) | 6,600 rpm (electronically limited) |
| Fuel Requirement | Unleaded regular, 87 octane (R + M)/2 |
| Fuel Tank Capacity (gallons) | 17.5 (2-door), 21.5 (4-door) |
| Oil Capacity | 5.0 quarts (4.7 liters) |
| Coolant Capacity | 10 quarts (10.1 liters) |
| Emission Controls | Dual three-way catalytic converters, heated oxygen sensors and internal engine features |
| Max. Gross Trailer Weight | 2,000 lbs. (2-door), 3,500 lbs. (4-door) |



**ENGINE: 3.6-LITER PENTASTAR V-6 (CONTINUED)**

| | |
|---|---|
| EPA Fuel Economy mpg (city/hwy/combined) | 17/25/20 — manual with ESS (2-door) |
| | 17/23/19 — manual with ESS (4-door) |
| | 18/23/20 — automatic with eTorque mild-hybrid assist (2-door) |
| | 19/22/20 — automatic with eTorque mild-hybrid assist (4-door) |
| Assembly Plant | Saltillo South Engine Plant, Saltillo, Coahuila, Mexico |

**ENGINE: 2.0-LITER TURBO I-4**

| | |
|---|---|
| Availability | Available — Sport, Sahara, Rubicon (all ESS) |
| Type and Description | I-4 16-valve with direct injection, turbo charging, with throttled, cooled EGR |
| Displacement (cu. in. / cc) | 121 cu. in. (1995 cu. cm) |
| Bore x Stroke | 3.31 x 3.54 (84 x 90) |
| Valve System | Chain-driven DOHC, 16 valves |
| Fuel Injection | Direct injection |
| Construction | Aluminum block, aluminum alloy heads |
| Compression Ratio | 10.0:1 |
| Power (SAE net) (hp / kW@rpm) | 270 hp (200 kW) at 5,250 rpm |
| Torque (SAE net) (lb.-ft. / N•m) | 295 lb.-ft. (400 N•m) at 3,000 rpm |
| Max. Engine Speed (rpm) | 5,800 rpm (electronically limited) |
| Fuel Requirement | Minimum unleaded regular, 87 octane (R + M)/2; 91 octane or higher recommended for optimum fuel economy and performance |
| Fuel Tank Capacity (gallons) | 17.5 (2-door), 21.5 (4-door) |
| Oil Capacity | 5 quarts (4.7 liters) |
| Coolant Capacity | 9.9 quarts (9.4 liters) |
| Emission Controls | GPEC4 engine-management system with close-coupled catalyst and wide range O2 sensor |
| Max. Gross Trailer Weight | 2,000 lbs. (2-door), 3,500 lbs. (4-door) |
| EPA Fuel Economy mpg (city/hwy/combined) | 22/24/23 — automatic with ESS (2-door) |
| | 21/22/21 — automatic with ESS (4-door) |
| Assembly Plant | Termoli, Italy and Trenton South Engine Plant, Trenton, Michigan |

**ENGINE: 3.0-LITER ECODIESEL V-6**

| | |
|---|---|
| Availability | Available – Sport, Rubicon, Sahara (all ESS, 4-door only) |
| Type and Description | 60-degree diesel V-6 |
| Displacement | 182 cu. in. (2,987 cu. cm) |
| Bore x Stroke | 3.27 x 3.60 (83 x 92) |



### ENGINE: 3.0-LITER ECODIESEL V-6 (CONTINUED)

| | |
|---|---|
| Valve System | Chain driven DOHC, 24 valves, hydraulic lash adjusters with roller fingers follower |
| Fuel Injection | Common rail, 29,000 psi (2000 bar), solenoid injectors |
| Construction | Compacted graphite iron cylinder block, aluminum alloy heads |
| Compression Ratio | 16.0:1 |
| Power | 260 hp (194 kW) @ 3,600 rpm |
| Torque | 442 lb.-ft. (600 N•m) @ 1,400-2,800 rpm |
| Max. Engine Speed | 4,600 rpm |
| Fuel Requirement | Ultra-low sulfur diesel |
| Fuel Tank Capacity (gallons) | 18.3 (4-door) |
| Oil Capacity | 9.0 quarts (8.5 liters) |
| Coolant Capacity | 12.3 quarts (11.6 liters) |
| Emission Controls | High-pressure exhaust gas recirculation (EGR), low-pressure EGR, oxidation catalyst, diesel particulate filter, Selective Catalytic Reduction (SCR) with urea injection |
| Max. Gross Trailer Weight | 3,500 lbs. (4-door) |
| EPA Fuel Economy mpg (city/hwy) | 22/29/25 — automatic with ESS (4-door only) |
| Assembly Plant | Cento, Italy |

### TRANSMISSION: 850RE AUTOMATIC, EIGHT-SPEED OVERDRIVE

| | |
|---|---|
| Availability | Standard — 2.0-liter I-4 ESS |
| | Optional — 3.6-liter V-6 with eTorque mild-hybrid assist |
| Description | Adaptive electronic control or Electronic Range Select (ERS) driver-interactive manual control and electronically modulated torque converter clutch |
| Gear Ratios | |
|   1st | 4.71 |
|   2nd | 3.13 |
|   3rd | 2.10 |
|   4th | 1.67 |
|   5th | 1.28 |
|   6th | 1.00 |
|   7th | 0.84 |
|   8th | 0.67 |
|   Reverse | 3.30 |



### TRANSMISSION: 8HP75 AUTOMATIC, EIGHT-SPEED OVERDRIVE

| | |
|---|---|
| Availability | Standard — 3.0-liter EcoDiesel V-6 ESS |
| Description | Adaptive electronic control or ERS driver-interactive manual control and electronically modulated torque converter clutch |
| Gear Ratios | |
|    1st | 4.71 |
|    2nd | 3.13 |
|    3rd | 2.10 |
|    4th | 1.67 |
|    5th | 1.28 |
|    6th | 1.00 |
|    7th | 0.84 |
|    8th | 0.67 |
|    Reverse | 3.30 |

### TRANSMISSION: D478 MANUAL, SIX-SPEED WITH OVERDRIVE

| | |
|---|---|
| Availability | Standard — 3.6-liter V-6 with eTorque mild-hybrid assist |
| Description | Synchronized in all forward gears and Reverse, multi-rail shift system with top-mounted shift lever |
| Gear Ratios | |
| 1st | 5.13 |
| 2nd | 2.63 |
| 3rd | 1.53 |
| 4th | 1.00 |
| 5th | 0.81 |
| 6th | 0.72 |
| Reverse | 4.49 |
| Final Drive Ratio | 3.45 standard, 3.73 optional (4.10 Rubicon) |

### TRANSFER CASE: NV241 COMMAND-TRAC

| | |
|---|---|
| Available | Standard — Sport and Sahara |
| Type | Part-time |
| Operating Modes | 2WD High; 4WD High; Neutral; 4WD Low |
| Low Range Ratio | 2.72:1 |



**2021 STELLANTIS PRODUCT INFO** — Jeep

### TRANSFER CASE: MP3022 SELEC-TRAC

| | |
|---|---|
| Available | Optional — Sport and Sahara |
| Type | Full-time |
| Operating Modes | 2WD High; Auto; 4WD High; Neutral; 4WD Low |
| Low Range Ratio | 2.72:1 |
| Axle Ratio | 3.45 standard |

### TRANSFER CASE: NV241OR ROCK-TRAC

| | |
|---|---|
| Available | Standard — Rubicon |
| Type | Standard — Part-time |
| | Available — Full-time |
| Operating Modes | 2WD High; 4WD High; Neutral; 4WD Low |
| Low Range Ratio | 4:1 |
| Axle Ratio | 4.10 standard Rubicon |

### AXLES

| | |
|---|---|
| Front | 3rd generation Dana axles |
|    Differential type | Open or Tru-Lok electronic locking (on Rubicon models) |
| Rear | 3rd generation Dana axles |
|    Differential type | Open (Sport and Sahara) with available Trac-Lok anti-spin, Tru-Lok electronic locking (Rubicon) |
|    Axle ratios | 3.45, 3.73 (EcoDiesel), 4.10, 4.56 (Xtreme Recon Package) |

### ELECTRICAL SYSTEM

| | |
|---|---|
| Alternator (standard) | 180 amp |
| Battery (standard) | 650 CCA, maintenance free |

### SUSPENSION

| | |
|---|---|
| Front | Solid axle, link coil, leading arms, track bar, coil springs, stabilizer bar |
|    Stabilizer bar | Electronic sway-bar disconnect system — standard, Rubicon |
|    Shock type | Sport: Gas-charged twin-tube shock absorbers with full displacement Multi-tuned Valve (MTV) technology |
| | Sahara: High-pressure gas-charged monotube shock absorbers with MTV technology |
| | Rubicon: High-pressure gas-charged monotube shock absorbers with MTV technology and hydraulic rebound stop |

**2021 STELLANTIS PRODUCT INFO**          **Jeep**

| **SUSPENSION (CONTINUED)** | |
|---|---|
| Rear | Solid axle, link coil, trailing arms, track bar, coil springs, stabilizer bar |
| Shock type | Sport: Gas-charged twin-tube shock absorbers with full displacement MTV technology |
| | Sahara: High-pressure gas-charged monotube shock absorbers with MTV technology |
| | Rubicon: High-pressure gas-charged monotube shock absorbers with MTV technology and hydraulic rebound stop |

| **STEERING** | |
|---|---|
| Type | Electro-hydraulic power |
| Overall ratio | 17.4:1 (2-door), 15.6:1 (4-door), 14.3:1 (EcoDiesel / Xtreme Recon Package) |
| Turning diameter (curb-to-curb) (ft./m) | 34.5 (2-door), 39.4 (4-door) |
| Steering Turns (lock-to-lock) | 3.6 (2-door), 3.2 (4-door), 3.13 (EcoDiesel / Xtreme Recon Package) |
| P/S Pump | Electro-hydraulic |

| **BRAKES** | |
|---|---|
| Type | Power-assisted, anti-lock brake system |
| Availability | Standard |
| Front | |
| Rotor size and type | 12.9 x .94 (330 x 24) vented rotor — Sport |
| | 12.9 x 1.1 (330 x 28) vented rotor — Sahara, Rubicon |
| Caliper size and type | 1.88 (48) twin-piston floating caliper — Sport |
| | 2 (51) twin-piston floating caliper — Sahara, Rubicon |
| Rear | |
| Rotor size and type | 12.9 x .47 (328 x 12) solid rotor — Sport |
| | 13.4 x .55 (342 x 14) solid rotor — Sahara and Rubicon |
| | 13.6 x .86 (345 x 22) vented rotor — Xtreme Recon Package |
| Caliper size and type | 1.77 (45) single-piston floating caliper — Sport |
| | 1.88 (48) single-piston floating caliper — Sahara and Rubicon |
| | 2 (51) single-piston floating caliper — Xtreme Recon Package |

**DIMENSIONS AND CAPACITIES**

| | |
|---|---|
| Wheelbase | 96.8 (2,460) — 2-door, 118.4 (3,008) — 4-door |
| Overhang — Front | 29.2 (741.6) |
| Overhang — Rear | 40.8 (1,036.3) |
| Track — Front | 62.9 (1,598) |
| Track — Rear | 62.9 (1,598) |
| Overall Length (includes spare tire) | 166.8 (4,237) — 2-door, 188.2 (4,780) — 4-door |
| Overall Width | 73.9 (1,877) |
| Overall Height | 73.6 (1,868.4) |
| Liftover Height | 29.7 (756.4) |
| Cargo Width at Swing-Gate Opening | 41.1 (1,052) |
| Cargo Height at Swing-Gate Opening | 36 (942.3) |
| Load Floor Height | 30 (762.1) |

**CLEARANCES**

| CLEARANCES | 245/75R17 Standard on Sport | 255/70R18 Standard on Sahara | LT285/70R17 Standard on Rubicon | LT315/70R17 Optional on Rubicon 4-door |
|---|---|---|---|---|
| Approach Angle (degrees) | 41.4 | 41.8 | 44 (2-door) / 43.9 (4-door) | 47.4 |
| Breakover Angle (degrees) | 25 (2-door) / 20.3 (4-door) | 21 | 27.8 (2-door) / 22.6 (4-door) | 26.7 |
| Departure Angle (degrees) | 35.9 (2-door) / 36.1 (4-door) | 36.1 | 37 | 40.4 |
| Ground Clearance (inches) | 9.7 | 10 | 10.8 | 12.9 |
| Ramp Travel Index (RTI) (Fr Sta-bar disconnected) | — | — | 890 (2-door) / 770 (4-door) | — |

*measurements the same for both 2- and 4-door models unless specified*



**CURB WEIGHT**

| CURB WEIGHT | 2.0-liter (2- and 4-door) | 3.0-liter (4-door) | 3.6-liter (2- and 4-door) |
|---|---|---|---|
| **Wrangler Sport** | | | |
| Automatic Transmission (lbs./kg) | 3,948 (1,791) / 4,196 (1,903) | 4,654 (2,111) | 3,919 (1,778) / 4,167 (1,890) |
| Manual Transmission (lbs./kg) | N/A | N/A | 3,948 (1,791) / 4,196 (1,903) |
| **Wrangler Sahara** | | | |
| Automatic Transmission (lbs./kg) | 4,406 (1,999) | 4,737 (2,149) | 4,406 (1,999) |
| Manual Transmission (lbs./kg) | N/A | N/A | 4,263 (1,934) |
| **Wrangler Rubicon** | | | |
| Automatic Transmission (lbs./kg) | 4,222 (1,915) / 4,478 (2,031) | 4,862 (2,205) | 4,193 (1,902) / 4,449 (2,018) |
| Manual Transmission (lbs./kg) | N/A | N/A | 4,222 (1,915) / 4,478 (2,031) |

*weights differ by transmission called out*

**ACCOMMODATIONS**

| | |
|---|---|
| Seating Capacity (front/rear) | 2/2 (2-door), 2/3 (4-door) |
| SAE Total Interior Passenger Volume, (cu. ft. / cu. m) | 103.7 (2.94) |
| Front | |
|   Headroom | 40.7 (1,036) hardtop, 42.6 (1,083) soft top |
|   Legroom | 41.2 (1,038) |
|   Shoulder room | 55.7 (1,417) |
|   Hip room | 53.9 (1,370) |
|   Seat travel | 8.1 (206) |
|   EPA front volume index | 53.8 (1.52) |
| Rear | |
|   Headroom | 40.2 (1,023) hardtop, 41.7 (1,059) soft top |
|   Legroom | 35.7 (904.2) — 2-door, 38.3 (974) — 4-door |
|   Knee clearance | 61.6 (1,565.9) |
|   Shoulder room | 57.7 (1,458) — 2-door, 55.7 (1,417) — 4-door |
|   Hip room | 45 (1,143) — 2-door, 56.7 (1,440) — 4-door |

**2021 STELLANTIS PRODUCT INFO** — **Jeep**

## ACCOMMODATIONS (CONTINUED)

| | |
|---|---|
| EPA rear seat volume index (cu. ft. / cu. m) | 49.9 (1.40) |
| Liftover height | 29.7 (756.4) |
| Maximum cargo width at liftgate opening | 47.9 (1,218.7) |
| Minimum cargo width at liftgate opening | 41.1 (1,052) |
| Maximum cargo height at liftgate opening | 36.0 (942.3) |
| Minimum cargo height at liftgate opening | 35.7 (907.8) |
| Distance between wheelhouse interior trim | 45.0 (1143) |
| **SAE Cargo Volume** | |
| Rear seat folded | 72.4 cu. ft. (2.05) |
| Rear seat upright | 31.7 cu. ft. (0.89) |
| Total passenger plus cargo volume, (cu. ft. / cu. m) | 150.4 cu. ft. |

## WHEELS

| | |
|---|---|
| Availability | Standard (Sport) |
| Type and material | Painted steel, Low Gloss Black painted |
| Size | 17 x 7.5 in. |
| Availability | Standard (Sport S) |
| Type and material | Fully painted cast-aluminum with High Gloss Tech Silver |
| Size | 17 x 7.5 in. |
| Availability | Optional (Sport S) |
| Type and material | Painted and polished cast-aluminum with Low Gloss Granite Crystal |
| Size | 17 x 7.5 in. |
| Availability | Standard (Sahara) |
| Type and material | Painted spokes with polished cast-aluminum |
| Size | 18 x 7.5 in. |
| Availability | Optional (Sahara) |
| Type and material | Painted High Gloss Technical Gray with polished cast-aluminum |
| Size | 18 x 7.5 in. |
| Availability | Standard (Rubicon) |
| Type and material | Painted pocket with mid-gloss paint and polished cast-aluminum |
| Size | 17 x 7.5 in. |
| Availability | Optional (Rubicon) |
| Type and material | Painted pocket with mid-gloss paint and polished cast-aluminum |
| Size | 17 x 7.5 in. |

**2021 STELLANTIS PRODUCT INFO** — Jeep

## WHEELS (CONTINUED)

| | |
|---|---|
| Availability | Optional (Rubicon) |
|     Type and material | Bead lock capable, Low Gloss Granite Crystal Paint and Low Gloss Black trim ring with Low Gloss Black bolts cast aluminum |
|     Size | 17 x 8.0 in. |

## TIRES

| | |
|---|---|
| Availability | Standard (Sport) |
|     Size and type | P245/75R17, on/off-road, black sidewall |
|     Mfr. and model | Michelin LTX MS2, Bridgestone Dueler HT 685, Bridgestone Dueler AT RH-S, Goodyear Wrangler Adventure AT |
|     Revs per mile (km) | 665 (413) — Michelin LTX MS2 |
| | 661 (411) — Bridgestone Dueler HT 685 & AT RH-S |
| | 668 (415) — Goodyear Wrangler Adventure AT |
| Availability | Standard (Sahara) |
|     Size and type | P255/70R18, on/off-road, OWL |
|     Mfr. and model | Bridgestone Dueler HT 685, Bridgestone Dueler AT RH-S, Goodyear Wrangler Adventure AT |
|     Revs per mile (km) | 649 (403) |
| Availability | Standard (Rubicon) |
|     Size and type | LT285/70R17C, on/off-road, black sidewall |
|     Mfr. and model | BF Goodrich KO2 All-Terrain |
|     Revs per mile (km) | 645 (401) |
| Availability | Optional (Rubicon) |
|     Size and type | LT285/70R17C |
|     Mfr. and model | Falken Wildpeak M/T |
|     Revs per mile (km) | 617 (383) |
| Availability | Optional (Rubicon 4-door) |
|     Size and type | LT315/70R17C, on/off-road, black sidewall |
|     Mfr. and model | BF Goodrich KO2 All-Terrain |
|     Revs per mile (km) | 604 (376) |
| Four-wheel Anti-lock Brakes | Standard |
| Electronic Stability Control | Standard |
| All-speed Traction Control | Standard |

**2021 STELLANTIS PRODUCT INFO**

**Jeep**

## TOWING CAPACITIES

### WRANGLER SPORT (4-door)

| Engine | Trans Type | Transmission | Axle Ratio | Payload | Base Wt. | Base Wt. Front | Base Wt. Rear | GAWR Front | GAWR Rear | GCWR | Max Trailer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.6-liter V-6 gas | M6 | D478 6-speed manual | 3.45 | 1233 | 4167 | 2217 | 1950 | 2700 | 3000 | 8117 | 3500 |
| 3.6-liter V-6 gas | A8 | 850RE 8-speed automatic | 3.45 | 1204 | 4196 | 2246 | 1950 | 2700 | 3000 | 8117 | 3500 |
| 3.0-liter V-6 diesel | A8 | 8HP75 8-speed automatic | 3.73 | 1136 | 4654 | 2494 | 2160 | 3100 | 3100 | 8427 | 3500 |
| 2.0-liter I-4 gas | A8 | 850RE 8-speed automatic | 3.45 | 1204 | 4196 | 2298 | 2038 | 2700 | 3000 | 8117 | 3500 |

*GCWR = Base Weight + Maximum Trailer Weight + 150 lbs. for driver.*

### WRANGLER SAHARA (4-door)

| Engine | Trans Type | Transmission | Axle Ratio | Payload | Base Wt. | Base Wt. Front | Base Wt. Rear | GAWR Front | GAWR Rear | GCWR | Max Trailer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.6-liter V-6 gas | M6 | D478 6-speed manual | 3.45 | 1237 | 4263 | 2255 | 2007 | 2700 | 3000 | 8117 | 3500 |
| 3.6-liter V-6 gas | A8 | 850RE 8-speed automatic | 3.45 | 1208 | 4406 | 2321 | 2085 | 2700 | 3000 | 8117 | 3500 |
| 3.0-liter V-6 diesel | A8 | 8HP75 8-speed automatic | 3.73 | 1188 | 4737 | 2578 | 2159 | 3100 | 3100 | 8427 | 3500 |
| 2.0-liter I-4 gas | A8 | 850RE 8-speed automatic | 3.45 | 1208 | 4406 | 2321 | 2085 | 2700 | 3000 | 8117 | 3500 |

*GCWR = Base Weight + Maximum Trailer Weight + 150 lbs. for driver.*

### WRANGLER RUBICON (4-door)

| Engine | Trans Type | Transmission | Axle Ratio | Payload | Base Wt. | Base Wt. Front | Base Wt. Rear | GAWR Front | GAWR Rear | GCWR | Max Trailer |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.6-liter V-6 gas | M6 | D478 6-speed manual | 4.10 | 1351 | 4449 | 2339 | 2110 | 3100 | 3100 | 8117 | 3500 |
| 3.6-liter V-6 gas | A8 | 850RE 8-speed automatic | 4.10 | 1322 | 4478 | 2368 | 2110 | 3100 | 3100 | 8117 | 3500 |
| 3.6-liter V-6 gas | A8 | 850RE 8-speed automatic | 4.56 | 1144 | 4656 | 2425 | 2231 | 3100 | 3550 | 8117 | 3500 |
| 3.0-liter V-6 diesel | A8 | 8HP75 8-speed automatic | 3.73 | 1233 | 4682 | 2636 | 2226 | 3100 | 3100 | 8427 | 3500 |
| 2.0-liter I-4 gas | A8 | 850RE 8-speed automatic | 4.10 | 1322 | 4478 | 2368 | 2110 | 3100 | 3100 | 8117 | 3500 |

*GCWR = Base Weight + Maximum Trailer Weight + 150 lbs. for driver.*

# # #