# Exhibit 11

 Menu 

**Don't Miss** — 50% off All Access today!

Ad Age Video → 2023: Super Bowl LVII → Jeep: "Electric Boogie"

   



# JEEP: "ELECTRIC BOOGIE"

October 22, 2023

Jeep took a musical route to promote its hybrid electric vehicles in its Super Bowl commercial.

The spot features a remake of "Electric Boogie" by Jamaican rapper Shaggy, and shows a group of friends riding in a Jeep in the wilderness filled with (CGI) animals dancing to the song.

The spot was directed by Nic Yiallouris and created by Highdive, which also worked on a Super Bowl spot for Ram Trucks.

**Brand:** Jeep

**Agency:** Highdive

**Quarter:** 2

**Super Bowl:** LVIl

**Year:** 2023

Related:

Advertising    Special Report: Super Bowl



# 2023: SUPER BOWL LVII


**Amazon: "Saving Sawyer"**


**Astellas: "Heat on the Street"**


**Avocados From Me**

# NEWEST VIDEOS


**Workday: "Rockstars"**
2023: Super Bowl LVII


**WeatherTech: "We All Win"**
2023: Super Bowl LVII


**Uber: "One Hit for U**
2023: Super Bowl LVII

# JOIN US

**Subscribe Now    Renew    Get Datacenter**

Copyright © 1994-2024    Crain Communications    Privacy Statement    Terms of Use    About Us    Advertise    Reprints    Help Desk    Ad Choices    Careers at Crain    Privacy Request

Ad Age    Creativity    Amp    Datacenter    Resources    Events    On the Move    Latest Issue    Newsletters    Contact Us