# Exhibit 18

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report          23V-787

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | NOV 22, 2023 |
| **NHTSA Recall No. :** | 23V-787 |
| **Manufacturer Recall No. :** | B9A |



## Manufacturer Information :

**Manufacturer Name :** Chrysler (FCA US, LLC)
**Address :** 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI
48326-2757
**Company phone :** 1-800-853-1403

## Population :

**Number of potentially involved :** 32,125
**Estimated percentage with defect :** 1 %

## Vehicle Information :

**Vehicle 1 :** 2021-2023 Jeep Wrangler
**Vehicle Type :**
**Body Style :** SUV
**Power Train :** NR
**Descriptive Information :** Some 2021-2023 MY Jeep Wrangler Plug-In Hybrid Electric Vehicles ("PHEVs") may have a high voltage ("HV") battery which may fail internally. The defect has not been identified and the root cause is still being investigated.

The suspect period began on September 18, 2020, when production of Jeep Wrangler PHEVs with battery cells manufactured from January 21, 2021, through October 2, 2021 began, and ended on March 22, 2023, when production of vehicles built with battery cells manufactured from January 21, 2021, through October 2, 2021 ended. The suspect population was determined using supplier manufacturing records of HV batteries with cells manufactured from January 21, 2021, through October 2, 2021.

Similar vehicles not included in this recall are not PHEVs, or PHEVs built with cells manufactured outside of the suspect range.

**Production Dates :** SEP 18, 2020 - MAR 22, 2023
**VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

## Description of Defect :

**Description of the Defect :** An internally failed HV battery could lead to a vehicle fire with the ignition on or off.

**FMVSS 1 :** NR
**FMVSS 2 :** NR

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Description of the Safety Risk : | A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

| | |
|---|---|
| Component Name 1 : | Hybrid Service Kit |
| Component Description : | Battery pack, 400V |
| Component Part Number : | 68488244AA |

**Supplier Identification :**

**Component Manufacturer**

| | |
|---|---|
| Name : | SAMSUNG SDI AMERICA INC |
| Address : | 4121 N ATLANTIC BLVD<br>AUBURN HILLS Michigan 48326-1570 |
| Country : | United States |

**Chronology :**

• On May 12, 2023, the FCA US LLC ("FCA US") Technical Safety and Regulatory Compliance ("TSRC") organization opened an investigation after receiving two field reports of 2021 MY Jeep Wrangler PHEVs with fires originating from the HV battery.

• In May 2023, FCA US requested buybacks of both vehicles for further analysis.

• From May 2023, to September 2023, FCA US received five additional reports of 2021-2022 MY Jeep Wrangler PHEVs with fires originating from the HV battery and requested buybacks of these vehicles for further analysis.

• In October 2023, FCA US received two vehicle buybacks and have disassembled the HV battery packs. The modules and cells are undergoing additional analysis.

• As of November 9, 2023, FCA US is aware of zero customer assistance records, zero warranty claims, and eight field reports potentially relating to this issue for all markets with dates of receipt ranging from April 6, 2023, to November 02, 2023.

The information contained in this report was submitted pursuant to 49 CFR §573

- As of November 9, 2023, FCA US is not aware of any accidents or injuries potentially relating to this issue for all markets.

- On November 16, 2023, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy will be a software flash on the HV battery pack and if a DTC sets, the pack will be replaced. Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed.<br><br>FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |
| How Remedy Component Differs from Recalled Component : | Remedy will be a software flash and replacement of the HV battery pack if needed. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | **11/22/2023: FCA US will notify dealers and begin notifying owners on or about 01/11/2024. |
| Planned Dealer Notification Date : | JAN 11, 2024 - JAN 11, 2024 |
| Planned Owner Notification Date : | JAN 11, 2024 - JAN 11, 2024 |

\* NR - Not Reported