# Exhibit 33



Search

Home    Jeep    Wrangler 4xe    News

# Everything You Need To Know About Charging The Jeep Wrangler 4xe

**You've got charging questions; we have the answers.**

Aug 2, 2021 at 9:30am ET

0 Comments / 0 New



By: **TOM MOLOUGHNEY**



We realize that most people who purchase or lease a 2021 Jeep Wrangler 4xe probably don't have a lot of previous experience with electric vehicles. Therefore, we put together this video that explains how to charge the Jeep Wrangler 4xe.

We've already posted videos on our Jeep Wrangler 4xe 70-mph range test as well as our first-drive review (below). However, learning all of the nuances of EV charging can be challenging, and our followers have told us they appreciate having a resource that explains everything about charging their specific EV.

The Jeep Wrangler 4xe has a 17 kWh battery (total capacity) with a usable capacity of about 15 kWh and an EPA all-electric range of 21 miles per charge. It's a plug in hybrid that also uses Jeep's 2-liter turbocharged 4-cylinder engine.



## Charging The Jeep Wrangler 4xe

The Jeep Wrangler 4xe has a 32-amp onboard charger and can accept up to 7.7 kW. Since most plug in hybrids only come with a 16-amp 3.7 kW onboard charger, the 4xe's 32-amp charger is a welcome feature.

When paired with a 32-amp level 2 charging station, the 4xe can fully charge in about 2 hours and 15 minutes. However, the 4xe comes standard with a 12-amp level 1 charging cord, and when charging from that device, the 4xe will take about 12 hours to fully recharge. It's not unusual for PHEVs to only come with a 120-v level 1 charging cable, but since the 4xe can accept a lot more power, we believe it would have been better if Jeep included a more robust EVSE with the vehicle.



The standard level 1 charging cable will likely be sufficient for those that plan to only charge once per day, usually when they arrive home at night. But for those that make multiple short trips from their home during the day, it might make sense to install a level 2 charging station, because that will allow them to drive more miles on battery. By plugging back in after every trip, 4xe owners can take advantage of the Jeep's ability to recharge quickly, but only if they have the proper charging equipment.

In the video, we cover other topics like how to charge the 4xe on a Tesla charging station, if the 4xe can use DC fast chargers, how to set up scheduled charging, the meaning of the different color chargeport lights, and more.

So check out the video and let us know if we missed anything, and as always, please leave your thoughts in the comment section below.



++

- Share on Facebook
- Share on Twitter
- Share on LinkedIn
- Share on Flipboard

-  Share on Reddit
-  Share on WhatsApp
-  Send to email

Join the conversation 💬 0 Comments / 0 New

*Got a tip for us? Email:* **tips@insideevs.com**