# Exhibit 34

6/26/24, 3:03 PM
Case 2:24-cv-10546-BRM-KGA    ECF No. 24-35, PageID.3013    Filed 08/23/24    Page 2 of 29
Core Plug-in Hybrid and Electric Vehicle Technology | Jeep®





Overview    📍 **FIND A DEALER**    🛒 **SHOP ONLINE** ↗    🔧 **BUILD & PRICE**

# ALL-ELECTRIC, PURE ADVENTURE

Jeep₅ Brand Battery Electric Vehicles (BEV) trade a traditional combustion engine for electric motors and run on pure electricity. A cutting-edge battery emits zero emissions while powering the vehicle into action.

# THE BLUEPRINT FOR ALL-ELECTRIC ADVENTURE

**THE PLATFORM**     THE BATTERY

# A PLATFORM FOR THE FUTURE

Whether battery electric or plug-in hybrid, the platform is the bedrock for electric vehicles—the foundation for the vehicle's body, drive unit and suspension.

Overview  FIND A DEALER  SHOP ONLINE  BUILD & PRICE



Do not attempt water fording unless depth is known and consistent with the vehicle's water fording rating in the Owner's Manual. Traversing water can cause damage that may not be covered by the new vehicle warranty. Always off road responsibly in approved areas.

# YES, YOU CAN HAVE BOTH

Jeep₀ Brand plug-in hybrid technology pairs a traditional gas engine with an electric motor for dynamic power and range.

When in Electric Mode, Jeep 4xe plug-in hybrid vehicles offer near silent pure EV-driven performance. Plus, you can adjust the electric output to suit different driving conditions, recharge and do it all over again.



Overview   📍 FIND A DEALER   🛒 SHOP ONLINE ⧉   🔧 BUILD & PRICE

# HYBRID MODE

The default Hybrid Mode combines torque from both the 2.0L turbocharged engine and the electric motor. This combination provides maximum horsepower, instant torque and thrilling acceleration. In this mode, electric power is consumed first.





Overview

FIND A DEALER

SHOP ONLINE

BUILD & PRICE



Overview

FIND A DEALER

SHOP ONLINE

BUILD & PRICE

# ELECTRIC MODE

When the battery has more than a 1% charge, it can run in Electric Mode. This allows for near-zero tailpipe emissions up to highway speeds. The vehicle can run in this mode for up to 21 miles  on Wrangler 4xe and up to 25 miles  on Grand Cherokee 4xe.



Overview    FIND A DEALER    SHOP ONLINE    BUILD & PRICE

# eSAVE MODE

eSave Mode prioritizes the 2.0L engine, saving battery charge for later use. When power demand is low, the engine shuts off. It can also be reconfigured to increase the battery charge as well.







Overview

FIND A DEALER

SHOP ONLINE

BUILD & PRICE

# REGENERATIVE BRAKING

This feature allows the battery to be charged when decelerating and braking. The Max Regeneration feature remaps the accelerator pedal to command more aggressive regeneration at low pedal positions. It allows you to slow the vehicle down without the brake pedal, but a complete stop always requires the brake pedal. It also stays selected until you turn it off.







# RECHARGE

The battery can be fully charged in approximately 2 hours using an available Level 2 charger ② (240-volt), or 12 hours using the included Level 1 charger (120-volt). With the ability to charge at home and work, you can enjoy the benefits of fully electric daily commutes.



# EASY AT-HOME CHARGER INSTALLATION

Our partners at Qmerit make at-home available Level 2 charger③ installation simple. For most home configurations, it's as easy as providing some information about your home layout and electrical panel. The free estimate takes 5-10 minutes, and you decide when to move forward.



CONVENIENT SCHEDULING

Quickly receive an estimate and schedule your installation at a time that works for you.

6/26/24, 1:05 PM Jeep. Plug-in Hybrid and Electric Vehicle Technology | Jeep.®

Case 2:24-cv-10546-BRM-KGA ECF No. 24-85, PageID.3029 Filed 08/23/24 Page 18 of 29

Overview | FIND A DEALER | SHOP ONLINE | BUILD & PRICE

A background-checked, licensed professional will complete the job.

## SATISFACTION GUARANTEED

Over 10,000 quality EV charging installations have been performed.

**CONNECT TO QMERIT**

# THE ELECTRIC LIFE IS EASY

Jeep. Connect④ and Wagoneer Connect④ add more smarts to your smartphone by letting you manage the journey.



**REMOTE VEHICLE OPERATIONS** ⑤

Lock and unlock your doors or flash your lights remotely.



TRIP INFORMATION

Monitor speed and boundaries when your loved ones drive the vehicle.



Overview    FIND A DEALER    SHOP ONLINE ↗    BUILD & PRICE

**VEHICLES**⌄

Wagoneer S

Wagoneer

Grand Wagoneer

Grand Cherokee

Grand Cherokee 4xe

Wrangler 4xe

Wrangler

Cherokee

Renegade

Compass

Gladiator

All Vehicles

**COST**⌄

View Incentives & Offers

4xe Hybrid Incentives

National Incentives

Calculate Payment

Find Your Trade-In Value

Get a Quote

Get Prequalified ↗

**SERVICES**⌄

Services Overview

Financing ↗

Insurance ↗

Protection Plans ↗

**CAPABILITY**⌄

Trail Rated®

4x4 Systems

Fuel Efficiency

FAQ and Glossary

**ELECTRIFICATION**⌄

Jeep® Brand Electrified

Jeep® Electric Technology

Jeep® Electric Range

Jeep® Electric Benefits

**JEEP LIFE**⌄

Jeep® Life Home

Jeep® Community

Concept Vehicles

Jeep® Badge of Honor

Jeep® Brand History

Jeep® Collaborations

Jeep® Awards

**MY ACCOUNT**⌄

My Dashboard

My Builds

My Inventory

My Searches

Overview

FIND A DEALER

SHOP ONLINE ↗

BUILD & PRICE

Vehicle Care ↗

Charge - Home ↗

Charge - Go ↗

Connected Services ↗

Vehicle Order Tracking ↗

Mobility and Rental

Jeep Brand Merchandise ↗

My Profile

**PRIVACY CENTER** ⌄

Privacy Policy ↗

Manage Your Privacy Choices ↗

Cookie Settings

**RESEARCH** ⌄

Build & Price

Compare Models

Specs

Get a Brochure

Sign Up for Updates

Competitive Compare

Jeep® Brand SUVs

Jeep® Tax Credit

**LEGAL** ⌄

Copyright ↗

Terms of Use ↗

Legal, Safety and Trademark Information

Accessibility ↗

**OWNERS AND MORE** ⌄

Owners Manuals and User Guides ↗

Warranty

Jeep® Wave Owner Benefits

Recall Information ↗

EcoDiesel Settlement ↗

Jeep® Gear ↗

Jeep® Rewards Mastercard® ↗

**LOCATE** ⌄

Search New Inventory

Start Buying Process ↗

Find a Dealer

Schedule a Test Drive

Certified Pre-Owned Inventory

**FOLLOW US**

**SUPPORT**

Overview

FIND A DEALER

SHOP ONLINE

BUILD & PRICE

CHRYSLER    DODGE    JEEP₈    RAM    MOPAR₈    FIAT®    ALFA ROMEO    FCA FLEET

©2024 FCA US LLC. All Rights Reserved.

Chrysler, Dodge, Jeep, Ram, Wagoneer, Mopar and SRT are registered trademarks of FCA US LLC.

ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

*MSRP excludes destination, taxes, title and registration fees. Starting at price refers to the base model, optional equipment not included. A more expensive model may be shown. Pricing and offers may change at any time without notification. To get full pricing details, see your dealer.

FCA US LLC strives to ensure that its website is accessible to individuals with disabilities. Should you encounter an issue accessing any content on www.jeep.com, please email our Customer Service Team or call 1-877-IAMJEEP, for further assistance or to report a problem. Access to www.jeep.com is subject to FCA US LLC's Privacy Policy and Terms of Use.