# Exhibit 41



Skip to main content 

Log In

Jeep Breaks Promise, Brings Back the Hemi Wrangler 



156 upvotes · 96 comments

 r/Jeep

Why does everyone try to talk me out of getting another jeep for my next car?

90 upvotes · 241 comments

 r/bronco

Need advice selling 1978 Bronco



103 upvotes · 21 comments

 r/Jeep

Just bought a totally clean 2006 TJ Tub to replace the rotted out tub on my 2006 TJ. Drove all the way to South Carolina from Michigan for it. Super excited!



146 upvotes · 29 comments

 r/chevycolorado

I upgraded from my 2013 Malibu, don't you think?



139 upvotes · 22 comments

 r/askcarguys

Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

 r/JeepTJ

My 98 TJ, 88k miles.



148 upvotes · 15 comments

 r/askcarguys

Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

1 upvote · 3 comments

 r/Jeep

Skip to main content    Log In

r/FordBronco

Maybe I should have just hit the damn deer...

191 upvotes · 64 comments

r/FordBronco

Me and my dad's project car currently, thoughts??

465 upvotes · 42 comments

r/FordBronco

Do rules still apply?

102 upvotes · 7 comments

r/Jeep

The $1,500 YJ is making progress

103 upvotes · 11 comments

r/FordBronco

What are these for?

105 upvotes · 134 comments

r/chevycolorado

New 2024 Z71

127 upvotes · 22 comments

r/JeepTJ

Hit a milestone today

105 upvotes · 29 comments

Skip to main content

r/

Log In



117 upvotes · 20 comments

r/bronco

Just did this

115 upvotes · 8 comments

r/FordBronco

Pulled the trigger on a 24 Everglades

170 upvotes · 19 comments

r/FordBronco

Did I make the right move?

128 upvotes · 57 comments

r/Jeep

BIL's Trackhawk stole from the San Antonio area 2 nights ago.

125 upvotes · 43 comments

r/askcarguys

Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

3 comments

r/askcarguys

Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

4 upvotes · 1 comment

r/askcarguys

Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

   

615 upvotes    ·    68 comments