# Exhibit 43



National | Economics | **Industries** | Stock Market | Finance | Startups | Science/Tech | ESG | Event | K-Culture | Opinion | Who's Wh

HOME > INDUSTRIES

# Samsung SDI Voluntarily Recalls EV Batteries in the U.

Jung Min-hee    2022.02.07 13:31

**Due to Poor Battery Welding**



Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States.

Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States after confirming defects in battery modules.

The company submitted a plan to recall high-voltage batteries for plug-in hybrid electric vehicles (PHEVs) of U.S. carmakers Ford and Stellantis to the National Highway Traffic Safety Administration (NHTSA) on Jan. 28 (local time), the NHTSA said on Feb. 4.



Samsung SDI thinks that a total of 1,163 high-voltage battery modules and 100 vehicles have related

## Critical Battery Elements

the latest," Samsung SDI told the NHTSA.



**Jung Min-hee**  pr@businesskorea.co.kr

View More Article

Copyright © BusinessKorea. Prohibited from unauthorized reproduction and redistribution










Samsung SDI Voluntarily Recalls EV Batteries in the U.S.