# Exhibit 46

6/26/24, 3:12 PM A second Pacifica PHEV fire | 2017+ Chrysler Pacifica Minivan Forums

PACIFICA
FORUMS
Search Community

Home > Forums > 2017+ Chrysler Pacifica Forums > **2017+ Chrysler Pacifica Minivan General Discuss...** >

# A second Pacifica PHEV fire

Jump to Latest

Follow

18K views 34 replies

B Bsmith Discussion starter
14 posts · Joined 2018

#1 · Jun 15, 2019

We've had a Pacifica Limited PHEV since August 2018, and have been very happy with it (borderline evangelistic, in fact) up until this morning. At 7am, we heard a loud explosion and ran downstairs to discover the car burning. We called the fire department, and they were there in 5-6 minutes, but in that time the vehicle gas tank ruptured was the car was completely engulfed in flames.

The vehicle had been plugged into a standard 110V outlet overnight (actually, around 16 hours) using the manufacturer's provided charging cable. We hadn't driven it since the afternoon before. So it was fully charged at the time.

A neighbor's web cam caught the explosion. The vehicle was emitting a large amount of smoke prior to the explosion.

Thankfully, everyone got out of the house and the only serious damage was to the vehicle, the driveway, and the nearby plants. If it had been in the garage, it would've been a different story (we would've lost the house for sure).

Since this is two incidents in as many months (this one is almost identical to the incident described by pacificafire), I wanted to alert as many owners as possible. Please don't shoot the messenger (I'm still a fan of hybrids, but a bit in shock at the moment).

See more

I also want to emphasize that we know almost nothing about the cause at this point, other than it doesn't appear to be arson. The only thing I think that can be ruled out is the recall issue, since the engine was completely cold (and had been -- yesterday was an all-electric day).

https://www.pacificaforums.com/threads/a-second-pacifica-phev-fire.43545/ 1/12




balderon


Like


Save    Share

Advertisement





KiddyKatPerson
274 posts · Joined 2018

#2 · Jun 15, 2019

😱😱😱
Oh, My. Good to read it did not get the house.

2018 Limited gas is already loaded. Ocean blue w/Black-Diesel Interior. Build date Friday the 13th, 4/18. Lifetime Warranty. Lots of extras.

m0ebius604

Like Save Share

Frig
713 posts · Joined 2018

#3 · Jun 15, 2019

Beyond frightening. Shock's gotta be an understatement, glad everyone's ok! No damage to the front of the house? Those flames looked intense!

**2019 Hybrid Limited** Road Salt Black S, Advanced Safetytec, Froot Loops, *NO SUNROOF*
☞ manufactured Weds 11/07/18 at 6PM, Led Zep was playing on the radio

Like Save Share

Bsmith Discussion starter
14 posts · Joined 2018

#12 · Jun 18, 2019

Minimal damage to the building. The plants are another matter. We may have lost a 40 year old Red Oak. The wind was blowing the heat into the yard, which probably saved the house. But the tree caught fire just as the fire trucks arrived.

Like Save Share

stop-eject
3108 posts · Joined 2017

#4 · Jun 15, 2019

Detroit, we have a problem.

Did the neighbor give you the full video? Maybe it will be possible to see where the fire started.
Glad you're OK.

*** **2021 Hybrid Pinnacle** ***
For urgent moderator assistance start a conversation with me:

Like Save Share

Bsmith Discussion starter
14 posts · Joined 2018

#13 · Jun 18, 2019

From what we've pieced together, the fire started in the battery pack under the 2nd row seats (remember that this is a PHEV).

sjambok and stop-eject

Like Save Share

Longtimemopar
943 posts · Joined 2018

#5 · Jun 16, 2019

Really glad no one was hurt. I think if this had happened to me, I would be in shock and incoherent at this point. The third picture of the charred van looks like it is still plugged in.

2017 Pacifica
Touring L

Like Save Share

black88mx6
18 posts · Joined 2016

#6 · Jun 16, 2019 (Edited)

It doesn’t look to be the 12v battery based on the 1st picture. Sorry this happened to your family.

m0ebius604

Like Save Share

#7 · Jun 16, 2019 (Edited)

Texas on the plate? I would be very surprised if this was another from Canada.

Like Save Share

Homer Simpson
147 posts · Joined 2018

#8 · Jun 16, 2019

I'm so sorry this happened to your van. Thank you for posting it on the forum.

Be aware that there are people on this forum who will doubt that there was *any* problem with your van. You will see everything from 'rodent chewed your cables, not an issue with the van', to 'it's your 110V outlet, not the van', to grassy knoll theories.

Please also report to NHTSA https://www-odi.nhtsa.dot.gov/VehicleComplaint/

Again, I am sorry this happened

2019 (build date Jan 2019) Pacifica Hybrid Limited; S package; SafetyTec; Sunroof; Dark Cordovan Color

sjambok and m0ebius604

Like Save Share

B

Bsmith Discussion starter
14 posts · Joined 2018

#14 · Jun 18, 2019

Thanks. The NTHSA has been in contact and is reviewing it.

Like Save Share

ChryslerCares
3712 posts · Joined 2016

#9 · Jun 17, 2019

Hi Bsmith,
We deeply regret to see that you have experienced this. We are glad to hear that everyone is safe. We would like to ensure that this is documented as well as get you connected with a case specialist for further handling. Please send our team a private message!
Alex
Chrysler Social Care Specialist

To start a conversation, click our username then select the 'start a conversation' button and send us your make, model year, and mileage for us to review. Staffed M-F 7:30am-5:30pm EST by the Stellantis Social Engagement

Like Save Share

jnc2000
68 posts · Joined 2017

#10 · Jun 17, 2019

Was the OEM EVSE plugged into an extension cable?

Like Save Share

Bsmith Discussion starter
14 posts · Joined 2018

#11 · Jun 18, 2019

Yep, into the 110V outlet on the house.

The plugin port on the van seems to be in amazingly good shape. No signs of melting. That's some pretty heavy duty plastic!

I'm also posting information to the PHEV forum (at the end of the thread "Pacifica burnt to the ground", in case anyone's interested.

Like Save Share

kayfab3
17 posts · Joined 2019

#15 · Jun 18, 2019

Wow, that is insane. Glad everyone is alright.

Like Save Share

62408
5916 posts · Joined 2018

#16 · Jun 19, 2019

Glad everybody is safe . Seems like Tesla isn't only one with cars catching on fire .

Like Save Share

sjambok
114 posts · Joined 2018

#17 · Jun 19, 2019

Sjambok

2018 Touring L ...

Like Save Share

Waldo
2266 posts · Joined 2017

#20 · Jun 20, 2019 (Edited)

Shame on you! Donkey f**ts are a major cause of climate change. 😀

Seriously, some solution has to be found quickly. Those batteries are too finicky. Even the batteries for laptops from Amazon are in boxes marked for ground shipping only.

Current: 2018 Chrysler Pacifica Limited Billet Silver, AST, 20" wheels (build date 1-25-18) & 2014 Jeep Cherokee Latitude V6 FWD Eco Green

Like Save Share

P
pachy_viktor
16 posts · Joined 2018

#18 · Jun 19, 2019

Curious, is there a percentage of cars that catch on fire that would trigger a buy-back?

Like Save Share

T
triggerhappy007
783 posts · Joined 2018

#19 · Jun 20, 2019

I think they would try to fix the issue first before buying back the van. Are you thinking about the lemon law?

Today I unplugged my 30A Level 2 EVSE handle after charging my PacHy for 2 hours and the connector was very hot. Anyone else notice that? I'm going to try my Leaf tomorrow after 5 hours of charging.

2020 Chrysler Pacifica Hybrid Limited AST

Like Save Share

Show more replies

#21 · Jun 20, 2019

Update on the charging connector. Doesn't get hot at all with the Leaf. I think I'm going get a thermometer gun to measure the temperature.

2020 Chrysler Pacifica Hybrid Limited AST

Like Save Share

stop-eject
3108 posts · Joined 2017

#33 · Jun 27, 2019

Does Leaf also take 30Amps?

*** **2021 Hybrid Pinnacle** ***
For urgent moderator assistance start a conversation with me:
https://www.pacificaforums.com/conversations/add

Like Save Share

Show more replies

Bond007
2705 posts · Joined 2017

#22 · Jun 20, 2019

Simply mind blowing. Glad that everyone is okay and you parked outside the house. Note to all who park inside garage.

2018 Gas Pacifica Limited, Jazz blue with Alloy interior
8 Seater, Uconnect theater HK sound, Trailer tow package.

Like Save Share

andygaoqi
27 posts · Joined 2019

#23 · Jun 20, 2019

So the recall didn't fix this problem?

2019 Pacifica Hybrid Limited (S Package/HK speakers)
2019 Volvo XC40
2015 Nissan Versa Note

Like Save Share

AZBean

I'm not sure which recall you are referring to. There was a recall U94 last year that was for an engine timing problem that lead to the catalytic converters overheating while driving. That problem has indeed been fixed and there have been no more reports of problems with catalytic converters. An overheated catalytic converter could cause a fire but this thread is about the hybrid battery catching fire while the van is parked and after completion of the charging cycle.

Longtimemopar

Like Save Share

balderon
1 post · Joined 2019

#24 · Jun 20, 2019

Good your family is safe and no other losses.Your experience is personally very unnerving! I usually park in the garage each night. I am now thinking it's not a good idea especially when I do not have smoke detectors in the garage!

Like Save Share

K

Kamex009
32 posts · Joined 2019

#25 · Jun 20, 2019

And here I am ready to buy one ... not sure If I should now ... although it would be a 2019 ..

Like Save Share

1tg1
424 posts · Joined 2016

#27 · Jun 20, 2019

Very disturbing. Thanks for posting. Be nice if someone would get to the bottom of this issue.

Like Save Share

P

pannna
39 posts · Joined 2019

#28 · Jun 21, 2019

Extremely sorry for the what happened and glad that your family, your house is safe.

Its seems likely that it has something to do with the battery, can we compare battery batch of both the cars that got fire.

Like Save Share

andygaoqi
27 posts · Joined 2019

#30 · Jun 26, 2019

I don't leave it plugged-in overnight anymore. I always make sure both the car and charger is unplugged before go to bed. I also installed one fire alarm by the car in the garage and another one by the garage to house entry door.

2019 Pacifica Hybrid Limited (S Package/HK speakers)
2019 Volvo XC40

Like Save Share

PacificaLimited
377 posts · Joined 2016

#31 · Jun 27, 2019 (Edited)

I will probably end-up doing some Google'ing, but...

Does unplugging mitigate the problem(s)...? Do we know that these were started BECAUSE they were plugged-in, or is it just coincidence? I keep coming back to correlation does not equal causation. Have there been battery/vehicle fires like this when they were *not* plugged-in...?

Also... my limited understanding of battery/electrical based fires is that they are a different breed of disaster. They ignite and escalate EXTREMELY quick... making smoke/fire detectors more of a "Oh, by the way, you're car's fully engulfed in flames" proposition than a "Hey, I think I detect a problem that COULD get bad, come check this out".

I love the idea of EVs and it's CLEARLY the future of automobiles... but as someone who's never owned one, the fringe cases of fires from accidents, charging and just "random" ignition triggers that irrational fear in the back of my head - yes, even though ICE vehicles ALSO catch fire and/or explode as well. I am aware of how irrational my concern is...

Like I said above... probably going to go Google statistics on this kind of thing. I WANT to love EVs. I want to eventually get one. I am also hoping that by the time I am in a position to buy one, that mass-production + experience + time = lower chance of such random incidents.

*"I'll procrastinate later..."*

Longtimemopar

Like Save Share

85 posts · Joined 2017

#32 · Jun 27, 2019

> PacificaLimited said:
> I will probably end-up doing some Google'ing, but...
>
> Does unplugging mitigate the problem(s)...? Do we know that these were started BECAUSE they were plugged-in, or is it just coincidence? I keep coming back to correlation does not equal causation. Have there been battery/vehicle fires like this when they were *not* plugged-in...?

I haven't seen any other reports of Pachy fires similar to these two, and both of these two remained plugged in long after they should have finished charging. Both seem consistent with an overcharged battery, but of course I'm merely speculating.

However, there is one report and even video of a Tesla showing an very similar fire in Shanghai while not plugged in: https://www.businessinsider.com/tesla-model-s-fire-explosion-shanghai-parking-garage-2019-4

Like Save Share

This is an older thread, you may not receive a response, and could be reviving an old thread. Please consider creating a new thread.

Write your reply...

Insert Quotes Post Reply

## Related Threads

?

?

?

?

Home > Forums > 2017+ Chrysler Pacifica Forums > **2017+ Chrysler Pacifica Minivan General Discuss...** >

Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us
| Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

fora ACCREDITED BUSINESS BBB