# Exhibit 50

6/27/24, 1:26 PM  Stellantis Media - Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA   ECF No. 24-51, PageID.3236   Filed 08/23/24   Page 2 of 3



En Español   En Français   Media Contacts   Blog

BRANDS & PRODUCTS   CORPORATE   PHOTOS   VIDEO   AUTO SHOWS & EVENTS

TECHNOLOGY   GLOBAL NEWS

HOME

# Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

→ Download Selected   → Download All






☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…

☐ New, factory-backed, Wi-Fi capable, Level 2 (240-volt), at-home, hybrid electric-vehicle, wall charger units from Mopar help power the Jeep&…





☐ New, factory-backed, Wi-Fi

☐ New, factory-backed, Wi-Fi

☐ New, factory-backed, Wi-Fi

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Accept

6/27/24, 1:26 PM — Stellantis Media -Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica

Case 2:24-cv-10546-BRM-KGA ECF No. 24-51, PageID.3237 Filed 08/23/24 Page 3 of 3

Mopar help power the Chrys…

Mopar help power the Chrys…

Mopar help power the Chrys…

        

Privacy Statement | Legal Notices and Terms

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

   

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.