# Exhibit 54



Home > Forums > 2021+ Jeep Wrangler 4xe Forum > 2021+ Jeep Wrangler 4xe General Discussion For…

## 📊 If you already had safety recall B9A performed, what was the result:

| | | | |
|---|---|---|---|
| My battery has passed the test - no replacement necessary | Votes: 8 | 61.5% | |
| My battery needs replacement - already replaced | Votes: 1 | 7.7% | |
| My battery needs replacement - waiting for replacement | Votes: 4 | 30.8% | |

Total voters: 13

### Poll: safety recall B9A - battery replaced or not?

→ Jump to Latest
⊕ Follow

👁 7K views    💬 32 replies

**A** andradef ✓ Discussion starter
14 posts • Joined 2022

#1 • Jan 3, 2024

The procedure for this recall is to perform a software test to determine if you need a new battery or not.

👍 Like                              🔖 Save    ⤴ Share

Advertisement



Sort by  Oldest first ▼

**2** 21Sahara4xe
35 posts • Joined 2021

#2 • Jan 3, 2024

I have never read any place saying to take your wrangler to a dealership to have you software updated to see if you truly have the problem or not. My recall document for this recall does not say this nor did my dealership. Where did you actually read that you need to have this occur?

👍 Like                              🔖 Save    ⤴ Share

Clutch Auto Deals
1647 posts • Joined 2021                                    ✕

6/26/24, 3:18 PM
Poll: safety recall B9A battery replaced or not? | Jeep Wrangler 4xe Forum
Case 2:24-cv-10546-BRM-KGA ECF No. 24-55, PageID.3291 Filed 08/23/24 Page 3 of 7

https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V787-2073.PDF

**Discover a hassle-free Jeep buying experience with Clutch.**
Click to see the latest deals and to get started

Like    Save    Share

1 Reply

**Yawnie'sPapa**
738 posts · Joined 2023

#4 · Jan 4, 2024

| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy will be a software flash on the HV battery pack and if a DTC sets, the pack will be replaced. Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed. |
|---|---|

And it's been discussed in a lot of threads here, in the Wrangler forums, even in the Gladiator forums.

Really, how else would one know other than taking it in for the dealer to check out?
No one is gonna come to you.

Like    Save    Share

**21Sahara4xe**
35 posts · Joined 2021

#13 · Jan 5, 2024

> Yawnie'sPapa said: ⊕
> View attachment 12446
>
> And it's been discussed in a lot of threads here, in the Wrangler forums, even in the Gladiator forums.
>
> Really, how else would one know other than taking it in for the dealer to check out?
> No one is gonna come to you.

Weird....recall document came to me.

Autobot4xe

Like    Save    Share

**Blxe Stxel**
285 posts · Joined 2023

#5 · Jan 4, 2024

Is this test in lieu/regardless of your VIN showing a recall? Mine still shows no recall.

Like    Save    Share

**Yawnie'sPapa**
738 posts · Joined 2023

No recall, no need for test. They have it narrowed down to which vehicles got those lots of batteries, but can't say which out of those lots have the problems yet. The software will help narrow it further. The test is not "in lieu of" - the test is "you are part of the suspect group, this will tell us for sure". Where those who have no notice are not part of the suspect group - no worries.

RISK81, mjg4xe and Blxe Stxel

Like    Save    Share

Show more replies

**CAD4XE**
50 posts · Joined 2022

#6 · Jan 4, 2024

I have an Appointment with my Dealership this coming Friday to do this software test .. they Called me two days ago.
will see what's going to happen.

FL4xe

Like    Save    Share

**BXFXJeep**
899 posts · Joined 2022

#9 · Jan 4, 2024

They called you to actually do the test?

I didn't know the test was ready, I thought we are still in the no charge, park away from civilization holding pattern, until they get their ducks in a row sometime in Q1.

MJxE

Like    Save    Share

Show more replies

**BXFXJeep**
899 posts · Joined 2022

#11 · Jan 5, 2024

I got an email from the dealership, but that's for a 6 month premature oil change, I'll wait for your feedback before calling them.

Like    Save    Share

**CAD4XE**
50 posts · Joined 2022

#15 · Jan 6, 2024

Drop off my Jeep at 8AM and Pickup at 5PM at the dealership just to be told by the service department the reason they are calling and asked the owner to bring their Jeep in just to check and make sure that Jeep is actually on their Recalled list so when the Flash Software available is easy for them to determine which one need to be contacted by them .. ( oh my .. I just love the excuses .. LOL )

anyway .. without need it blah blah blah anymore .. is a False Alarm and wasted my time but nothing I can do .. back to square one eh .. Waiting .. LOL

Like    Save    Share

Show more replies

**learjet**
5 posts · Joined 2024

#12 · Jan 5, 2024

more interesting question is how many of us got the recall...ill start a poll

CBT

Like    Save    Share

**BXFXJeep**



Just yesterday, I did a 34.4 mile round trip and the ICE didn't turn on once!! The battery pack also accepted 14.33 kWh of juice last night after that trip. So good news- new battery has brought my Jeep "back to life" Bad News- it seems that the old battery had degraded quite a bit in the 2.5 years of usage.....

👍 mule65 and Shakes

👍 Like                                                      🔖 Save    Share

**Clutch Auto Deals**
1647 posts · Joined 2021

#29 · Mar 6, 2024

> Macinthe734 said: ↗
> it seems that the old battery had degraded quite a bit in the 2.5 years of usage.....

Some degradation is to be expected, but I would keep in mind here that you did also have a bad battery that needed replacement.

[Hood Motor vehicle Triangle Font Vehicle]

**Discover a hassle-free Jeep buying experience with Clutch.**
Click to see the latest deals and to get started

👍 FL4xe, Shakes and Yawnie'sPapa

👍 Like                                                      🔖 Save    Share

**jamesq**
60 posts · Joined 2021

#30 · May 6, 2024

Hi, I brought my 4XE in for a regular maintenance + 2 recalls last Wed. I just got a text msg from the adviser that it needs a HV battery replacement. Before that, the car was drivable. Occasionally, I would get a "service charging system" error, but it still charged fine after a few tries. What should I expect? Should they provide a loaner? or I can drive the car in the meantime? The wait to get the parts is around 4-5 wks. They haven't said anything about loaner.

👍 Like                                                      🔖 Save    Share

**Yawnie'sPapa**
738 posts · Joined 2023

#31 · May 6, 2024

Normally, a service charging system isn't the high voltage battery charging, but the system that charges the 12 volt battery

👍 Like                                                      🔖 Save    Share

Show more replies ⌄

[Write your reply... editor]

📎 Insert Quotes    **Post Reply**

### Related Threads



Home  >  Forums  >  2021+ Jeep Wrangler 4xe Forum  >  **2021+ Jeep Wrangler 4xe General Discussion For…**  >

Home   About Us   Terms of Use   Privacy Policy   Help   Business Directory   Contact Us  │  Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. 4XEForums.com is an independent Jeep enthusiast website owned and operated by VerticalScope, Inc. Content on 4XEForums.com is generated by its users. 4XEForums.com is not in any way affiliated with Stellantis N.V. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada