UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## STIPULATED ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE

The parties have stipulated, subject to the Court's approval, to Plaintiffs filing a second amended complaint and to the establishment of a subsequent briefing schedule.

1. Plaintiffs filed the FAC on June 27, 2024. *See* ECF No. 18. Plaintiffs filed a corrected version of the FAC on August 23, 2024. ECF No. 24. The FAC names fourteen plaintiffs who collectively assert thirty-three nationwide and state-specific claims under ten states' laws for a variety of fraud-based consumer protection and warranty claims. *Id.* Plaintiffs allege that their vehicles (2021-2023 Jeep Wrangler 4xe plug-in hybrid electric vehicles) contain a defect in their high-voltage hybrid battery systems that can cause vehicle fires and explosions.

2. On August 30, 2024, FCA US filed its motion to compel arbitration and motion to dismiss. ECF No. 25. FCA US's motion seeks relief pursuant to both Rule 12(b)(1) and 12(b)(6) and raises numerous state-by-state arguments for the dismissal of Plaintiffs' claims.

3. Plaintiffs' Opposition is currently due October 11, 2024.

4. On October 1, 2024, FCA US announced a voluntary safety recall (NHTSA No. 24V-720) which affects certain 2020-2024 Jeep Wrangler and 2022-2024 Jeep Grand Cherokee vehicles to address an issue in the vehicles' batteries that could lead to a fire.

5. Given these recent factual developments and considering the early stage of this case, the Parties have agreed that Plaintiffs shall file a Second Amended Complaint. The Parties agree the below proposed schedule would be more efficient than Plaintiffs filing a second, related case that includes new allegations, but which significantly overlaps with the currently operative FAC.

6. Therefore, the Parties agree to the following:

   a. Plaintiffs shall file their Second Amended Complaint ("SAC") by **November 4, 2024;**

   b. FCA US shall answer the SAC or file any Rule 12 motion directed at the SAC by **December 9, 2024;**

    c. Plaintiffs shall file oppositions to any filed Rule 12 motions by **January 13, 2025**; and

    d. FCA US shall file replies to any filed Rule 12 motions by **February 3, 2025**.

**WHEREFORE**, for good cause shown, the Court approves the stipulation and orders the filing of the Second Amended Complaint and the subsequent briefing by the deadlines included herein. **ADDITIONALLY**, FCA US's pending motion to dismiss and compel arbitration (ECF No. 25) shall be **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Dated: October 4, 2024　　　　　　　　s/Brandy R. McMillion
　　　　　　　　　　　　　　　　　　HON. BRANDY R. MCMILLION
　　　　　　　　　　　　　　　　　　United States District Judge


***Stipulated to on October 3, 2024, by:***

| **THE MILLER LAW FIRM, P.C.** | **KLEIN THOMAS LEE & FRESARD LLP** |
|---|---|
| /s/ *Dennis A. Lienhardt* | /s/ *Scott H. Morgan (w/consent)* |
| E. Powell Miller (P39487) | Stephen A. D'Aunoy (MO/54961) |
| Dennis A. Lienhardt (P81118) | Scott H. Morgan (MO/61853) |
| 950 West University Dr., Ste. 300 | 100 N. Broadway, Ste. 1600 |
| Rochester, MI 48307 | St. Louis, MO 63102 |
| (248) 841-2200 | (314) 888-2970 |
| epm@millerlawpc.com | stephen.daunoy@kleinthomaslaw.com |
| dal@millerlawpc.com | scott.morgan@kleinthomaslaw.com |

3

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*

-and-

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

4