## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>  Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## STIPULATED ORDER EXTENDING SECOND AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE

1. On August 23, 2024, Plaintiffs filed their First Amended Complaint on behalf of a putative Nationwide Class and ten State Subclasses. ECF No. 24.

2. On October 4, 2024, the Court entered the Parties' proposed stipulated order ("Order"), which allows for Plaintiffs to file a Second Amended Complaint ("SAC") by November 4, 2024. The Order also states that FCA US shall answer the SAC or file any Rule 12 motion directed at the SAC by December 9, 2024, Plaintiffs shall file oppositions to any filed Rule 12 motions by January 13, 2025, and FCA US shall file any replies to any filed Rule 12 motions by February 3, 2025.

3. On October 30, 2024, Plaintiffs' counsel became aware of a second case with similar allegations that had been filed in the Central District of California on

May 31 2024 by Plaintiff Thomas Teger on behalf of a putative California class.[1]

*See Thomas Teger v. FCA US LLC*, Case No. 2:24-cv-04570 (C.D. Cal.) (Honorable Hernan D. Vera).

4. On October 14, 2024, counsel for Plaintiff Teger and counsel for FCA US LLC filed a stipulation to transfer the case to this District, which stated, in part:

> When Plaintiff filed this class action, another class action was already pending in the Eastern District of Michigan in which the plaintiffs alleged claims against FCA US based on an identical defect theory: *Frisch, et al. v. FCA US LLC*, Case No. 2:24-cv-10546) (E.D. Mich.). Both this action and Frisch have as their sole named defendant FCA US, and both actions have as their central issue an alleged defect that causes vehicle fires.
>
> Plaintiff filed his Class Action Complaint ("Complaint") on May 31, 2024, see ECF #1, and the Frisch plaintiffs filed theirs three months earlier on March 4, 2024, see Frisch, ECF #1. The parties agree that the circumstances between this case and Frisch satisfy the requirements for transfer.

5. On October 15, 2024, the Court granted the Stipulation to Transfer, but it does not appear the case has been formally transferred to this District as of the date of this submission.

6. The Parties believe a one-week extension of the current deadlines will promote efficiency and allow counsel for the Plaintiffs, counsel for Plaintiff Teger,

---

[1] A proposed California Subclass is also included in Plaintiffs' First Amended Complaint (ECF No. 24) in this case.

and FCA US to discuss potential consolidation or other next steps to ensure that an additional amended complaint is not necessary in the near future.

7. The Parties agree to the following:

   a. Plaintiffs shall file their Second Amended Complaint ("SAC") by **November 11, 2024;**

   b. FCA US shall answer the SAC or file any Rule 12 motion directed at the SAC by **December 16, 2024;**

   c. Plaintiffs shall file oppositions to any filed Rule 12 motions by **January 20, 2025**; and

   d. FCA US shall file replies to any filed Rule 12 motions by **February 10, 2025**.

**WHEREFORE**, for good cause shown, the Court approves the stipulation and orders the filing of the Second Amended Complaint and the subsequent briefing by the deadlines included herein.

**IT IS SO ORDERED.**

Dated: October 30, 2024         s/Brandy R. McMillion
                                HON. BRANDY R. MCMILLION
                                United States District Judge

*Stipulated to on October 30, 2024, by:*

**THE MILLER LAW FIRM, P.C.**

 /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
950 West University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

**KLEIN THOMAS LEE & FRESARD LLP**

 /s/ *Scott H. Morgan (w/consent)*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

-and-

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*