# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-10546 |
| | Hon. Brandy R. McMillion |
| Plaintiffs, | |
| v. | Magistrate Judge Kimberly G. Altman |
| FCA US LLC, | |
| Defendant. | |

## STIPULATED ORDER EXTENDING TIME TO FILE SECOND AMENDED COMPLAINT AND SUBSEQUENT BRIEFING SCHEDULE

1. On August 23, 2024, Plaintiffs filed their First Amended Complaint on behalf of a putative Nationwide Class and ten State Subclasses. ECF No. 24.

2. On October 4, 2024, the Court entered the Parties' proposed stipulated order ("Order"), which allowed for Plaintiffs to file a Second Amended Complaint ("SAC") by November 4, 2024.

3. On October 30, 2024, Plaintiffs' counsel became aware of a second case with similar allegations that had been filed in the Central District of California on May 31 2024 by Plaintiff Thomas Teger on behalf of a putative California class.[1]

---

[1] A proposed California Subclass is also included in Plaintiffs' First Amended Complaint (ECF No. 24) in this case.

*See Thomas Teger v. FCA US LLC*, Case No. 2:24-cv-04570 (C.D. Cal.) (Honorable Hernan D. Vera).

4. On October 14, 2024, counsel for Plaintiff Teger and counsel for FCA US LLC filed a stipulation to transfer the case to this District, which stated, in part:

> When Plaintiff filed this class action, another class action was already pending in the Eastern District of Michigan in which the plaintiffs alleged claims against FCA US based on an identical defect theory: *Frisch, et al. v. FCA US LLC*, Case No. 2:24-cv-10546) (E.D. Mich.). Both this action and Frisch have as their sole named defendant FCA US, and both actions have as their central issue an alleged defect that causes vehicle fires.
>
> Plaintiff filed his Class Action Complaint ("Complaint") on May 31, 2024, see ECF #1, and the Frisch plaintiffs filed theirs three months earlier on March 4, 2024, see Frisch, ECF #1. The parties agree that the circumstances between this case and Frisch satisfy the requirements for transfer.

5. On October 15, 2024, the Court granted the Stipulation to Transfer.

6. On October 30, 2024, this Court extended the deadline to file the Second Amended Complaint by one week, until November 11, 2024.

7. On November 4, 2024, counsel for the Plaintiffs in this case and counsel for Mr. Teger met and conferred and discussed the coordination and potential consolidation of these two cases. However, as of November 4, 2024, the *Teger* court has not formally transferred the case to the Eastern District of Michigan. Counsel for Mr. Teger stated they planned to reach out to the Clerk to effectuate that transfer.

2

8. Upon transfer to this District, Plaintiffs plan to propose to FCA US that the cases be consolidated and a new briefing schedule be set. FCA US is not taking a position on potential consolidation at this time.

9. Given the pendency of the *Teger* transfer, the potential consolidation of the two cases, and the need to revise the FAC to incorporate plaintiff(s) allegations from the *Teger* complaint, the Parties believe an additional, short extension of the current deadlines will promote efficiency and ensure that an additional amended complaint is not necessary in the near future.

10. The Parties agree to the following:

   a. Plaintiffs shall file their Second Amended Complaint ("SAC") by **November 25, 2024;**

   b. FCA US shall answer the SAC or file any Rule 12 motion directed at the SAC by **January 13, 2025;**[2]

   c. Plaintiffs shall file oppositions to any filed Rule 12 motions by **February 17, 2025**; and

   d. FCA US shall file replies to any filed Rule 12 motions by **March 10, 2025**.

---

[2] The Parties have included additional time for FCA US to answer the SAC or file any Rule 12 motion directed at the SAC given the intervening Thanksgiving and end-of-year holidays.

3

Accordingly, having found good cause, the Court approves the stipulation and orders the filing of the Second Amended Complaint and the subsequent briefing by the deadlines included herein.

**IT IS SO ORDERED.**

Dated:  November 6, 2024          s/Brandy R. McMillion
                                                       HON. BRANDY R. MCMILLION
                                                       United States District Judge

*Stipulated to on November 6, 2024, by:*

| | |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **KLEIN THOMAS LEE & FRESARD LLP** |
| /s/ *Dennis A. Lienhardt* | /s/ *Scott H. Morgan (w/consent)* |
| E. Powell Miller (P39487) | Stephen A. D'Aunoy (MO/54961) |
| Dennis A. Lienhardt (P81118) | Scott H. Morgan (MO/61853) |
| 950 West University Dr., Ste. 300 | 100 N. Broadway, Ste. 1600 |
| Rochester, MI 48307 | St. Louis, MO 63102 |
| (248) 841-2200 | (314) 888-2970 |
| epm@millerlawpc.com | stephen.daunoy@kleinthomaslaw.com |
| dal@millerlawpc.com | scott.morgan@kleinthomaslaw.com |
| | |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | -and- |
| Roger N. Heller | |
| Phong-Chau G. Nguyen | Fred J. Fresard (P43694) |
| Nicholas W. Lee | Ian K. Edwards (P82021) |
| 275 Battery Street, 29th Floor San Francisco, CA 94111 | 101 W. Big Beaver Rd., Ste 1400 Troy, MI 48084 |
| (415) 956-1000 | (602) 935-8300 |
| rheller@lchb.com | fred.fresard@kleinthomaslaw.com |
| pgnguyen@lchb.com | ian.edwards@kleinthomaslaw.com |
| nlee@lchb.com | |
| | *Counsel for Defendant FCA US LLC* |
| **SLACK DAVIS SANGER, LLP** | |
| John R. Davis | |
| Michael L. Slack | |
| 6001 Bold Ruler Way, Suite 100 | |
| Austin, TX 78746 | |
| (512) 795-8686 | |
| jdavis@slackdavis.com | |
| mslack@slackdavis.com | |

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*