# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, ROBERT STUEVE, STEFANI CARTER, BRIAN KREB, KANON SPACKMAN, THOMAS TEGER, EVE PARK, DONALD MOORE, RICHARD PERKAL, HARRY VASQUEZ, NATALIIA LIAKHOVA, DAKEN SHANE FEE, KERRY JOHNSTON AND TRACY LECTKA, KIM AIELLO, CHRISTOPHER PUMILL, CHRISTOPHER WADLEIGH, KEVIN FREEDMAN, HEIDI WALKER, DAVID PERRERA, SHERYL REID, ERIN MAY, JONATHAN MCCRARY, DENNIS BERNS, JONATHAN LISCANO, DANIEL KONGOS, and ASHLEY LANDES on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion |

## INDEX OF EXHIBITS

Exhibit 1:    YOUTUBE, StacheD Training, Close Call: Jeep 4xe Hybrid Explosion Nearly Hits Fire Captain in Erie, Colorado! (Aug. 4, 2023)

| | |
|---|---|
| Exhibit 2: | *Lithium-Ion Battery Safety Issues for Electric and Plug-in Hybrid Vehicles*, NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (Oct. 2017) ("2017 NHTSA Report") |
| Exhibit 3: | Jeep.com, *History: 1940-1949* |
| Exhibit 4: | Jeep.com, *History: 1970-1979* |
| Exhibit 5: | Jeep.com, *History: 1980-1989* |
| Exhibit 6: | Jeep.com, *History: 1990-1999* |
| Exhibit 7: | Jeep.com, The Jeep Brand: The Story of the Legend, |
| Exhibit 8: | Dale Buss, Forbes, *Jeep's Wrangler 4xe Proves Worthy Of Sagan's Seminal 'Pale Blue Dot'* |
| Exhibit 9: | Twitter, @Jeep, *To explore and cherish the only home we've ever known. The first-ever Wrangler 4xe* |
| Exhibit 10: | Stellantis Media, 2021 Jeep Wrangler 4xe Specifications |
| Exhibit 11: | Stellantis Media, 2021 Jeep Wrangler Specifications |
| Exhibit 12: | Stellantis Media, Press Kit: 2022 Jeep Grand Cherokee |
| Exhibit 13: | Press Release, Stellantis North America, New Jeep® Wrangler 4xe Joins Renegade and Compass 4xe Models in Brand's Global Electric Vehicle Lineup (Sept. 3, 2020) |
| Exhibit 14: | Jeep, 2023 Wrangler 4xe Hybrid Supplement |
| Exhibit 15: | Press Release, Stellantis North America, What's New for 2024: Jeep® Grand Cherokee 4xe |
| Exhibit 16: | Twitter, @Jeep, *The all-new Grand Cherokee 4xe electrified.* |
| Exhibit 17: | Jeep.com, 4xe Plug-in Hybrid & Electric SUV Lineup \| Jeep® |
| Exhibit 18: | Stellantis Media, Search of 4xe |
| Exhibit 19 | Ben Morse, *Super Bowl LVII most-watched US telecast ever after updated figures*, CNN (May 3, 2023 11:28 EDT) |

| | |
|---|---|
| Exhibit 20 | AdAge, Jeep: "Electric Boogie" (Oct. 22, 2023) |
| Exhibit 21 | Jeep.com, 2024 Jeep® Grand Cherokee 4xe - Full Size Hybrid SUV |
| Exhibit 22 | Jeep.com, 2023 Jeep® Grand Cherokee 4xe - Full Size Hybrid SUV |
| Exhibit 23 | Press Release, Stellantis, Jeep® Brand Creates Jeep 4xe Charging Network, Works With Electrify America to Provide EV Charging at Off-road Trailheads Throughout the United States (March 26, 2021) |
| Exhibit 24 | Press Release, Stellantis North America, Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica (Jan. 18, 2022) |
| Exhibit 25 | Stellantis North America, Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica |
| Exhibit 26 | Eric Tingwall, Car & Driver, *Tested: 2021 Jeep Wrangler 4xe Complicates a Simple Machine* (Jul. 1, 2021) |
| Exhibit 27 | FCA, 2022 Wrangler Buying Guide |
| Exhibit 28 | FCA, 2022 Grand Cherokee Buying Guide |
| Exhibit 29 | November 22, 2023 Part 573 Safety Recall Report for NHTSA Recall No. 23V-787 |
| Exhibit 30 | September 27, 2024 Part 573 Safety Recall Report for NHTSA Recall No. 24V-720 |
| Exhibit 31 | Feng, Xuning, *et al.*, *Thermal runaway mechanism of lithium ion battery for electric vehicles: A review*, SCIENCEDIRECT, 2015 |
| Exhibit 32 | Adreesh Ghoshal, *How Lithium Ion Batteries in EVs Catch Fire*, MEDIUM (Aug. 16, 2020) |

| | |
|---|---|
| Exhibit 33 | Ryan Fogelman, *April 2020 Fire Report: How & Why Do Lithium-Ion Batteries Fail, Insight from the Jedi Master of Lithium Power!*, WASTE360 (May 5, 2020) |
| Exhibit 34 | Mild Hybrid Motor Generator Unit Battery Pack, MYMOPARPARTS |
| Exhibit 35 | 2022-2024 Jeep Hybrid Battery Kit, US 68540591AA, MOPAR ESTORE |
| Exhibit 36 | Stellantis and Samsung SDI to Invest Over $2.5 Billion in Joint Venture for Lithium-Ion Battery Production Plant in United States, STELLANTIS PRESS RELEASE (May 24, 2022) |
| Exhibit 37 | Gustavo Henrique Ruffo, *Samsung SDI Might Be The Root of Ford And BMW PHEV Recalls*, INSIDEEVS (Oct. 16, 2020) |
| Exhibit 38 | *Burbank et al. v. BMW of N. Am.*, No. 2:21-cv-01711 (D.N.J.) (Dkt. No. 1, at ¶ 15) |
| Exhibit 39 | *Batteries for Hybrid and Plug-In Electric Vehicles*, U.S. DEP'T OF ENERGY |
| Exhibit 40 | Wen, Jianwu, *et al.*, *A Review on Lithium-Ion Batteries Safety Issues: Existing Problems and Possible Solutions*, AMERICAN SCIENTIFIC PUBLISHERS (2012) |
| Exhibit 41 | Feng, Xuning, *et al.*, *Thermal runaway mechanism of lithium ion battery for electric vehicles: A review*, SCIENCEDIRECT, 2015 |
| Exhibit 42 | Chris Woodford, *Lithium-ion batteries*, EXPLAINTHATSTUFF! (Nov. 23, 2020) |
| Exhibit 43 | Tom Moloughney, *Everything You Need To Know About Charging The Jeep Wrangler 4xe You've got charging questions; we have the answers.* |
| Exhibit 44 | Jeep®, *4xe Plug-in Hybrid and Electric Vehicle Technology* |
| Exhibit 45 | U.S. Department of Transportation Pipeline and Hazardous Materials Safety Administration, DOT-SP 21084 |

| | |
|---|---|
| | (FIRST REVISION), January 9, 2023 |
| Exhibit 46 | Technical Service Bulletin, GPOP - Issue Review System, Part Number: 68488244A$ ,68488244G$ |
| Exhibit 47 | Farish I. Saaid et al., Ni-rich lithium nickel manganese cobalt oxide cathode materials, 10 Heliyon e23968 (Jan. 2024) |
| Exhibit 48 | Julian Long, *Guide to Lithium Plating in Lithium-Ion Batteries* (Dec. 7, 2022) |
| Exhibit 49 | Guillaume Rivard, *Jeep Wrangler 4xe Recalled Following Eight Fires*, The Car Guide (Nov. 22, 2023) |
| Exhibit 50 | Stellantis Media, New Jeep® Wrangler 4xe Joins Renegade and Compass 4xe Models in Brand's Global Electric Vehicle Lineup (Sept. 3, 2020) |
| Exhibit 51 | YOUTUBE, DPCcars, Mack Jeep Grand Cherokee 4xe Battery Install |
| Exhibit 52 | YOUTUBE, StacheD Training, Electric Car Explosions Worldwide (Nov. 16, 2023) |
| Exhibit 53 | *What is Thermal Runaway?*, UNDERWRITERS LABORATORIES (Aug. 24, 2021) |
| Exhibit 54 | Alysha Liebscher and Gary Gayman, *Preventing Thermal Runaway in Electric Vehicle Batteries*, MACHINE DESIGN (Dec. 26, 2018) |
| Exhibit 55 | YouTube, FOX31 Denver, Electric Jeep explosion in Erie (Apr. 13, 2023) |
| Exhibit 56 | Reddit, r/4xe, u/dtorgue, "Lurking subs and cross shopping our next leased vehicle, specifically a Hybird…" (Dec. 11, 2023 4:01 a.m. PT) |
| Exhibit 57 | Reddit, r/4xe, u/dtorgue, "My 4XE is affected by the battery recall." (Dec. 2, 2023 3:45 p.m. PT) |
| Exhibit 58 | NHTSA, NHTSA Datasets and APIs |

| | |
|---|---|
| Exhibit 59 | Jung Min-Hee, *Samsung SDI Voluntarily Recalls EV Batteries in the U.S.*, BUSINESSKOREA (Feb. 7, 2022) |
| Exhibit 60 | Stellantis North America, Press Kit: 2017 Chrysler Pacifica (Jan. 11, 2016) |
| Exhibit 61 | February 11, 2022 Part 573 Safety Recall Report for NHTSA Recall No. 22V-077 |
| Exhibit 62 | Pacifica Forums, Bsmith, A second Pacifica PHEV fire (June 15, 2019) |
| Exhibit 63 | Stellantis, 2017-2021 Chrysler Pacifica Hybrid Emergency Response Guide (Oct. 21, 2021) |
| Exhibit 64 | Stellantis, 2021-2022 Jeep Wrangler 4xe Hybrid Emergency Response Guide (Jan. 10, 2022) |
| Exhibit 65 | July 18, 2024 Part 573 Safety Recall Report for NHTSA Recall No. 24V-536 |
| Exhibit 66 | Stellantis North America, Images for Mopar Introduces New At-home Plug-in Wall Chargers for Jeep® 4xe Models and Chrysler Pacifica |
| Exhibit 67 | Betty Lin-Fisher, USA Today, *More EV problems: This time Chrysler Pacifica under recall investigation after fires* (Jan. 24, 2024) |
| Exhibit 68 | NHTSA, ODI Resume, Investigation RQ24001 |
| Exhibit 69 | NHTSA Safety Recall |
| Exhibit 70 | Jeep Wrangler 4xe Forum, Poll: safety recall B9A - battery replaced or not? |
| Exhibit 71 | Recall Quarterly Report 23V-787, (July 26, 2024) |
| Exhibit 72 | JL Wrangler Forums, 4xe in shop for 65 DAYS ! and counting. Battery won't charge- Jeep can't figure out the problem -GEL Code POBBD-00 |

| | |
|---|---|
| Exhibit 73 | Jeep Wrangler Forum, Hybrid battery pack - what's left to do? |
| Exhibit 74 | February 22, 2024 Part 573 Safety Recall Report for NHTSA Recall No. 23V-787 |
| Exhibit 75 | Stellantis North America, Safety Recall North America High Voltage Battery, Reference: B9A / NHTSA 23V-787 |
| Exhibit 76 | Reddit, r/4xe, u/Humble-7983, "Battery recall timeline" |
| Exhibit 77 | Reddit, r/Jeep, u/ Montaverde, "Over 190,000 hybrid Jeeps recalled due to dangerous battery fire risk. No fix issued." |
| Exhibit 78 | Jeep Wrangler 4xe Forum, 95B Recall |
| Exhibit 79 | Stellantis Media, Statement: PHEV Fire Risk Advisory (Sept. 30, 2024) |
| Exhibit 80 | FCA FIAT CHRYSLER AUTOMOBILES, New Safety Recall Advanced Communication – B9A "*FCA US LLC (FCA US) has announced a safety recall on certain 2021-2023 model year (JL) Jeep® Wrangler Plug-In Hybrid Electric Vehicles (PHEVs).*" (November 23, 2023) |
| Exhibit 81 | Stellantis, FCA Reports Q3 2024 Total U.S. Sales (Oct 02, 2024, 09:09 ET) |
| Exhibit 82 | Stellantis Media, What's New for 2025: Jeep® Wrangler / Jeep Wrangler 4xe |
| Exhibit 83 | CLRA Venue Declaration of Plaintiff Kreb |
| Exhibit 84 | CLRA Venue Declaration of Plaintiff Carter |
| Exhibit 85 | CLRA Venue Declaration of Plaintiff Spackman |
| Exhibit 86 | CLRA Venue Declaration of Plaintiff Teger |
| Exhibit 87 | Pre-Suit Notice Letter to FCA |