# Exhibit 1

Search

Sign in

# Close Call: Jeep 4xe Hybrid Explosion Nearly Hits Fire Captain in Erie, Colorado!

StacheD Training
18K subscribers

Subscribe

2.5K Share Save ···

**107K views 10 months ago**
In this jaw-dropping video, witness the unbelievable moment when a jeep 4xe hybrid caused a catastrophic explosion inside a garage in Erie, Colorado! As the hybrid vehicle malfunctioned, the intense blast sent the garage door flying off its tracks, hurtling 30 feet down the driveway. Shockingly, a vigilant fire captain narrowly escaped a life-threatening situat...more

**Shop the StacheD Training store**

Beanie
$24.00
Fourthwall

Hoodie
$42.00
Fourthwall

Classic T-Shirt (Front/Back)
$32.00
Fourthwall

Classic Ball Ca
$29.00
Fourthwall

**Asbestos Awareness Training Online**
Online asbestos certificate 2 hrs training withl video clips high retention, interactive
**Sponsored** · Haztrainer Multi-National

Sign up

**Electric Car Explosions Worldwide**
StacheD Training
729K views • 7 months ago

**Why Is The Tractor Supply Mini Jeep So Popular?**
Joe The Farmer
1.6M views • 6 months ago

**Tesla Model 3 Total Cost After 5 Years! I'm Shocked**

