# Exhibit 6



# 1990-1999

The All-New 1993 Jeep® Grand Cherokee (ZJ) set a new industry benchmark thanks to its unique balance of on- and off-road capability. The super-capable Wrangler (TJ) with its new coil suspension was introduced in 1997. In 1999 the new Grand Cherokee (WJ) was marketed as the most capable SUV ever. Sales soared to 629K units for the decade.

## LUXURIOUS SUVS

After about 30 years, the classic Grand Wagoneer gave way to a "Final Edition" model in 1991. An All-New Jeep® Grand Cherokee launched in 1993 and was a larger and more luxurious cousin to the Cherokee–with a smoother motorway ride and a more spacious interior. An All-New Jeep Wrangler (TJ) was introduced in 1997–that looked very similar to the CJ-7. The TJ used a four-link coil suspension and featured a new interior. In 1998, the German Daimler-Benz merged with the Chrysler Corporation (including the Jeep Brand) for $36 billion.

## AUTHENTIC TO THE CORE



JEEP® GRAND CHEROKEE (ZJ)

1993-1995

ⓘ Learn More ›



JEEP® GRAND WAGONEER (ZJ)

1993

Learn More



JEEP® WRANGLER (TJ)

1997-2006

Learn More

# 1993-1995 JEEP® GRAND CHEROKEE (ZJ)

## AWARD-WINNING SERIES OF 4X4S

The Grand Cherokee (ZJ) famously first appeared by crashing through the convention center glass at the North American International Auto Show in Detroit during its introduction there on Jan. 7, 1992. The Grand Cherokee replaced the Wagoneer

as a mid-sized luxury SUV–a design class many automakers would rush to imitate.

The first SUV equipped with a driver side airbag, it set new standards for on-road ride, handling and comfort in an SUV. The Grand Cherokee was immediately popular and won dozens of awards, including Motor Trend magazine's *Truck of the Year*, Four Wheeler magazine's *Four Wheeler of the Year* and 4Wheel & Off-Road magazine's *4x4 of the Year* for 2003.

1

New for '93, the 105.9-inch-wheelbase Grand Cherokee took refinement to a new level. A new Quadra-Coil™ suspension featured a coil/multilink configuration. A 5.2L V8 engine was offered as an option, and a Dana 44 rear axle was available for some models.

1

ZJs originally came in three trims options: Base, Laredo, and Limited. Specialty models included the Orvis (1995-97), a Limited custom with an exterior color scheme of hunter green with gold striping. Its interior sported two-tone green and champagne seats complimented with red accents and Orvis badging.

2

# 1993 JEEP® GRAND WAGONEER (ZJ)

## A FRESH GRAND WAGONEER

The Jeep® Grand Wagoneer ZJ was a rare version of the Grand Cherokee that was offered only in 1993.

The Grand Wagoneer was a top-of-the-line package that offered every ZJ option, including the V8, as well as a look that harkened back to the recently deceased "SJ" Grand Wagoneer. The Grand Wagoneer (ZJ) was offered as a totally separate model, the woodgrain side setting it apart.

# 1997-2006 JEEP® WRANGLER (TJ)

## GREAT AMERICAN FREEDOM MACHINE

Considered the Ultimate Escape Machine, the 1997 Jeep® Wrangler (TJ) offered outstanding on-road handling and legendary off-road capability. The All-New 1997 Jeep® Wrangler was the fifth Jeep Brand vehicle to win the "4x4 of the Year" award.

The new Wrangler had a retro-look very similar to the CJ-7, but was very different from a mechanical standpoint. Nearly 80 percent of the vehicle parts were newly designed. Starting with the basic Wrangler platform, Jeep® Brand engineers gave the Jeep Wrangler the most thorough overhaul since the Quad evolved into the MB.

The biggest engineering change on the TJ was the new Quadra-Coil™ suspension, which replaced standard leaf-springs and provided a greatly improved on-road ride. Off-road capabilities were enhanced with increased axle articulation, ground clearance and more aggressive approach and departure angles. The TJ also featured a new interior, including driver and passenger airbags. The TJ retained several classic Jeep® Brand features such as round headlights (no longer square), a fold-down windshield (first seen in 1940) and removable doors, as well as a choice of a soft top or removable hardtop. A factory-fitted sport bar was also

standard. The TJ engine is the same 4.0L AMC Straight-6 used in the Cherokee and Grand Cherokee.

The TJ Wrangler line has garnered rave reviews since its debut and is proving to be an extremely adaptable trail vehicle, with a growing variety of aftermarket performance parts now available.

In 2003, the Jeep₀ Brand introduced the most capable Wrangler ever—Rubicon. The new model was named for the famed Rubicon Trail in the Sierra Nevada Mountains. The Rubicon model featured Dana 44 axles, air actuated Tru-Lok® front and rear lockers, Rock-Trac® 4x4 System, 31-inch Goodyear® MT/R off-road tires, four-wheel disc brakes and diamond-plate rock rails.

The Wrangler Unlimited debuted in late 2004 with a longer wheelbase, 13 inches more cargo room and enhanced on-road riding comfort. In 2005, the Jeep₀ Brand introduced the Rubicon Unlimited–it featured the wheelbase of the Unlimited and off-road features of the Rubicon.

PREVIOUS
1980's

NEXT
2000's



Find Your Country    Contact Us    Site Map    Careers    Español    SEARCH

VEHICLES
Wagoneer S
Wagoneer
Grand Wagoneer
Grand Cherokee
Grand Cherokee 4xe

CAPABILITY
Trail Rated®
4x4 Systems
Fuel Efficiency

FOLLOW US

SUPPORT

| | |
|---|---|
| Wrangler 4xe | FAQ and Glossary |
| Wrangler | |
| Compass | **ELECTRIFICATION**⌄ |
| Gladiator | Jeep® Brand Electrified |
| All Vehicles | Jeep® Electric Technology |
| | Jeep® Electric Range |
| **COST**⌄ | Jeep® Electric Benefits |
| View Incentives & Offers | |
| 4xe Hybrid Incentives | **JEEP LIFE**⌄ |
| National Incentives | Jeep® Life Home |
| Calculate Payment | Jeep® Community |
| Find Your Trade-In Value | Concept Vehicles |
| Get a Quote | Jeep® Badge of Honor |
| | Jeep® Brand History |
| **SERVICES**⌄ | Jeep® Awards |
| Services Overview | |
| Financing ↗ | **MY ACCOUNT**⌄ |
| Insurance ↗ | My Dashboard |
| Protection Plans ↗ | My Builds |
| Authentic Mopar® Accessories ↗ | My Inventory |
| Jeep Brand Merchandise ↗ | My Searches |
| Connected Services ↗ | My Garage |
| Charge - Home ↗ | My Vehicle Orders |
| Charge - Go ↗ | My Profile |
| Jeep Brand Owner's Site ↗ | |
| Vehicle Order Tracking | **PRIVACY CENTER**⌄ |
| Vehicle Care ↗ | Privacy Policy ↗ |
| Mobility and Rental | Manage Your Privacy Choices ↗ |
| | Data Privacy Framework Policy ↗ |
| **RESEARCH**⌄ | Cookie Settings |
| Build & Price | |
| Compare Models | **LEGAL**⌄ |
| Specs | Copyright ↗ |
| Get a Brochure | Terms of Use ↗ |
| Sign Up for Updates | Legal, Safety and Trademark Information |
| Competitive Compare | Accessibility ↗ |
| Jeep® Brand SUVs | |
| Jeep® Tax Credit | |
| | **OWNERS AND MORE**⌄ |
| **LOCATE**⌄ | Owners Manuals and User Guides ↗ |
| Search New Inventory | Warranty |
| Start Buying Process ↗ | Jeep® Wave Owner Benefits |
| Find a Dealer | |