# Exhibit 9





