# Exhibit 12

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4245   Filed 11/25/24   Page 2 of 29



🔍    En Español    En Français    Media Contacts    Blog

BRANDS & PRODUCTS    CORPORATE    PHOTOS    VIDEO    AUTO SHOWS & EVENTS

TECHNOLOGY    GLOBAL NEWS

→ Download    → Print

# Press Kit: 2022 Jeep Grand Cherokee

## All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4x4-capable and Luxurious Grand Cherokee Yet

Fifth-generation Lineup Includes the Grand Cherokee 4xe, the First Electrified Grand Cherokee, and the New Trailhawk, the Ultimate 4x4 Grand Cherokee

- Fifth generation of most awarded SUV ever brings an all-new architecture, new plug-in hybrid powertrain, all-new exterior design and all-new interior with world-class craftsmanship
- First electrified Grand Cherokee 4xe is unveiled alongside the ultimate off-road Grand Cherokee, the new Trailhawk
- Exceptional performance, comfort, capability and

## CONTACT INFORMATION

**Ron Kiino**
Cell: (248) 202-9291
ronald.kiino@stellantis.com

**Kristin Starnes**
Cell: (248) 202-9906
kristin.starnes@stellantis.com

## PRESS KIT CONTENTS

Overview

**Pricing**

**Specifications**

**Feature Availability**

## IMAGE GALLERIES

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.



Accept

11/22/24, 9:50 AM　　　Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA　ECF No. 30-13, PageID.4246　Filed 11/25/24　Page 3 of 29

- Unrivaled capability along with composed on-road driving dynamics courtesy of three 4x4 systems – Quadra-Trac I, Quadra-Trac II and Quadra-Drive II
- Class-exclusive Jeep Quadra-Lift™ air suspension, now with electronic semi-active damping, delivers up to class-leading 11.3 inches (28.7 cm) of ground clearance and 24 inches (61 cm) of water fording
- New class-exclusive sway-bar disconnect delivers improved articulation and traction over rocks and rough terrain
- Grand Cherokee Trailhawk 4xe conquered the formidable Rubicon Trail under all-electric power
- Class-leading 7,200 lbs (3,265kg) max towing with the available 5.7-liter V-8 engine
- Uconnect 5 offers new technology for 2022 Jeep Grand Cherokee, including a 10.1-inch (25.7 cm) display, five-times-faster operating speed (when compared to the previous generation) and over-the-air (OTA) updates
- Exclusive 10.25-inch (26 cm) front passenger interactive display and 10.1-inch (25.7 cm) rear seat entertainment displays with built-in Amazon Fire TV
- The all-new Jeep Grand Cherokee will arrive in Jeep dealerships in North America in



**2022 Jeep Grand Cherokee**



**2022 Jeep Grand Cherokee 4xe**

---

# VIDEOS

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 8:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee:Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA    ECF No: 30-13, PageID.4247   Filed 11/25/24   Page 4 of 29

America early in 2022 and in global markets later that year

**Auburn Hills, Mich. September 29, 2021**

- The Jeep® brand continues to climb to new heights as it celebrates its 80th year, introducing the first electrified Jeep Grand Cherokee 4xe along with the ultimate off-road Grand Cherokee, the new Trailhawk.

From the moment the Jeep brand introduced the Grand Cherokee in 1992, by literally driving the SUV up the steps of Cobo Hall in Detroit and through a glass window, signifying the breakthrough premium SUV, it set a new industry benchmark and quickly became synonymous with upscale design and uncompromised capability.

This fifth-generation Jeep Grand Cherokee builds on its legacy as the most awarded SUV ever, bringing an all-new architecture, new plug-in hybrid powertrain, all-new exterior design and all-new interior with world-class craftsmanship and first-to-market technologies to the global full-size SUV segment. As the most capable SUV brand pushes toward its future of "Zero Emission Freedom," the all-new Jeep Grand Cherokee will be the most technologically advanced and 4x4-capable Jeep Grand Cherokee yet.

"The Jeep Grand Cherokee is our global flagship and will be leading the Jeep brand into a new era of premium refinement, innovative technology,



**2025 Jeep® Grand Cherokee Summit 4xe**



**All-new 2022 Jeep® Grand Cherokee Trailhawk**



**2023 Jeep® Grand Cherokee 4xe Trailhawk**

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM        Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4248   Filed 11/25/24   Page 5 of 29

"With a perfect balance of on-road dynamics, 4x4 capability and 4xe performance, the all-new 2022 Jeep Grand Cherokee is the most technologically advanced, luxurious and 4x4-capable Grand Cherokee ever."

The all-new Jeep Grand Cherokee will arrive in Jeep dealerships in North America in the fourth quarter of 2021. The Jeep Grand Cherokee 4xe is scheduled to arrive in North America early in 2022 and in global markets later that year.

**Setting the standard**
After more than 7 million in global sales, the most acclaimed SUV ever continues to set the standard among all SUVs.

"Customers have come to depend on and enjoy their Grand Cherokee for four generations," said Jim Morrison, Vice President – Jeep Brand North America. "We have taken their input into making the most-awarded SUV of all time even better for the fifth generation."

The newest iteration has been designed and engineered to deliver even **more** of what has made this Jeep SUV a true global icon in the premium SUV segment:

- **More powertrains** – with 4xe (PHEV) technology targeting to deliver an estimated 25 miles of



**2025 Jeep® Grand Cherokee Summit Running Footage**



**2023 Jeep® Grand Cherokee Overland Running Footage**



**2022 Jeep® Grand Cherokee Trailhawk Running Footage**

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 8:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4...

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4249   Filed 11/25/24   Page 6 of 29

the most 4x4-capable and sustainable Grand Cherokee yet and a further sign of the Jeep brand's commitment to "Zero Emission Freedom"

- **More legendary capability** – the most 4x4-capable Grand Cherokee ever, the new Trailhawk 4xe has conquered the Rubicon Trail in full-electric operation. New class-exclusive sway-bar disconnect allows for improved articulation and traction over rocks and rough terrain
- **More technology** – Uconnect 5 with a segment-first front passenger screen, new high-definition rear-seat entertainment system and Active Driving Assist
- **More space and versatility** – with 144.6 cu. ft. of total interior passenger volume (+4.1 cu. ft. over previous generation) and 37.7 cu. ft. of cargo space (+1.4 cu. ft.), the new 2022 Jeep Grand Cherokee offers enhanced levels of comfort and spaciousness, including accommodating a set of golf clubs transversely in the cargo hold
- **More innovative features** – with an all-new architecture, all-new exterior design, all-new interior with front passenger screen and Amazon Fire TV, independent front and rear suspensions and class-exclusive Quadra-Lift™ air suspension with electronic semi-active damping
- **More world-class**

## SEE ALSO

**Press Kit: 2022 Jeep Grand Cherokee**

**Press Kit: 2022 Jeep Grand Cherokee 4xe**

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4...

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4250   Filed 11/25/24   Page 7 of 29

Reserve trim with Palermo leather interior and 950-watt, 19-speaker McIntosh audio system
- **More safety** – with more than 110 advanced safety and security features, including Active Driving Assist with hands-on automated driving, plus 360-degree surround view and night vision cameras

The state-of-the-art Grand Cherokee is designed inside and out to deliver unmatched capability and composed driving dynamics. Its renowned 4x4 systems (Quadra-Trac I, Quadra-Trac II and Quadra-Drive II), Quadra-Lift air suspension and Selec-Terrain™ traction management system instill Grand Cherokee with the Jeep brand's legendary 4x4 capability.

The all-new architecture and sculpted aerodynamic body style combine to improve vehicle performance, safety and reliability, while significantly reducing vehicle weight, noise, vibration and harshness. Designed to maximize overall passenger safety, comfort and convenience, Grand Cherokee packs a powerful punch with next-generation features and technologies that make it a stand out in the full-size SUV segment.

**First-ever Grand Cherokee 4xe**
The all-new 2022 Grand Cherokee 4xe is the first Grand Cherokee to offer a plug-in hybrid vehicle (PHEV) variant. Its introduction signals the continued

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4231   Filed 11/25/24   Page 8 of 29

celebrates 80 years of achievements, insights and innovations.

The 4xe PHEV technology enhances the fun, freedom, and adventure that the Jeep brand is known for, while providing unprecedented performance, fuel economy and environmental friendliness:

- Targeting an estimated 25 miles (40 km) of all-electric range and 57 MPGe
- 375 hp and 470 lb.-ft. of torque
- Quadra Trac II 4x4 system with two-speed transfer case and 2.72:1 low-range gear ratio
- 47.4:1 crawl ratio
- 6,000-lbs (2,720 kg) 4xe max towing capability

"The Jeep Grand Cherokee 4xe driver can tailor its hybrid powertrain to suit each trip, from daily commuting in pure-electric mode to extended highway road trips with no range anxiety, allowing owners to explore nature off-road in near silence," Meunier added. "This is another important step toward achieving our global vision of Zero Emission Freedom. By 2025, we plan to offer a fully electric Jeep vehicle in every SUV segment."

Available in the Grand Cherokee Limited, Trailhawk, Overland, Summit and Summit Reserve, the 4xe propulsion system combines two electric motors, a 400-volt battery pack, 2.0-liter turbocharged, four-

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 8:50 AM Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA ECF No. 30-13, PageID.4252 Filed 11/25/24 Page 9 of 29

Overall, the 4xe system delivers 375 horsepower (280 kW) and 470 lb.-ft. (637 Nm) of torque. The Grand Cherokee 4xe, targeting an estimated 25 miles (40 km) of all-electric range, returns an estimated 57 MPGe and has an estimated total range of more than 440 miles (708 km).

The fuel-efficient 2.0-liter turbocharged I-4 engine is part of Stellantis's Global Medium Engine family. The high-tech, direct-injection engine uses a twin-scroll, low-inertia turbocharger mounted directly to the cylinder head. Efficiency is enhanced via the use of electric power steering and an electrically driven air conditioning compressor, removing those loads from the engine.

The conventional alternator is replaced with a high-voltage, liquid-cooled motor generator unit. Connected to the engine crankshaft pulley via a belt, the motor generator spins the engine for nearly seamless, fuel-saving, start-stop operation and generates electricity for the battery pack.

A larger high-voltage motor generator is mounted in the transmission, replacing the torque converter. Two clutches manage power and torque from the e-motor and engine.

A clutch is mounted between the engine and the motor. When the system operates in electric-only mode

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

clutch is closed, combined torque from the 2.0-liter engine and the e-motor flow through the automatic transmission. A variable clutch mounted behind the e-motor manages engagement with the transmission to improve drivability and efficiency.

The Jeep Grand Cherokee 4xe carries a 400-volt, 17-kWh EV battery. The battery units and controls mount underneath the vehicle, packaged under the floor and protected by a series of skid plates.

The battery pack system includes a dedicated heating and cooling circuit to keep the battery at its optimum temperature for best performance. The system includes a dedicated heater unit and a chiller that uses the Grand Cherokee's air-conditioning refrigerant to reduce coolant temperature when needed.

The Grand Cherokee's 4xe system also includes an Integrated Dual Charging Module (ICDM) that combines a battery charger and a DC/DC converter in a single, compact unit and a Power Inverter Module (PIM) that is reduced in size. These are mounted under the body and protected with steel shields.

All high-voltage electronics are sealed and waterproof. The Trail Rated Jeep Grand Cherokee 4xe is capable of water fording up to 24 inches (61 cm).

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA    ECF No. 30-13, PageID.4254    Filed 11/25/24    Page 11 of 29

at charging locations. The charge port includes LED indicators of charging status. An LED battery level monitor sits on top of the instrument panel, making it easy to check battery state of charge at-a-glance during charging.

**4xe E Selec modes**

With E Selec modes, the Jeep Grand Cherokee 4xe driver can tailor the hybrid powertrain to best suit each trip, whether it be commuting, off-roading or long-distance travel.

The driver selects the desired powertrain mode via buttons mounted on the instrument panel, to the left of the steering wheel:

- **Hybrid**: Blends torque from the electric motor and gas engine. The powertrain will optimize battery and engine power to deliver the best combination of fuel efficiency and performance
- **Electric**: Operates on zero-emission electric power only until the battery reaches the minimum charge or the driver requests more torque (such as wide-open throttle), which engages the engine
- **eSave**: Prioritizes the engine, saving the battery charge for later use. The driver can also choose between Battery Save and Battery Charge during eSave via the Hybrid Electric Pages in the Uconnect 5 monitor

Regardless of the mode selected, the

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

The driver information display and main touchscreen include Hybrid Electric Vehicle Pages. The Hybrid Electric Vehicle Pages let owners monitor power flow and see the impact of regenerative braking, schedule charging times to take advantage of lower electric rates and view their driving history with a detail of electric and gasoline usage.

Regenerative braking is part of the 4xe system. When the driver steps on the brake pedal, the powertrain control engages the maximum available regenerative braking, up to 0.25 g, from the electric motors to slow the vehicle, augmented with the Grand Cherokee's traditional friction brakes. With 4x4 engaged, all four wheels feed torque for regenerative braking, maximizing the energy recovery. Electricity from regenerative braking is fed to the battery pack to maintain or increase the state of charge.

A driver-selectable Max Regen feature deploys a more assertive regenerative braking calibration when the vehicle sees zero throttle input from the driver (coasting). Max Regen can slow the Grand Cherokee 4xe faster than standard regenerative braking and generate more electricity for the battery pack.

**Legendary Jeep 4x4 capability**
The Jeep Grand Cherokee delivers unrivaled capability along with

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM          Stellantis Media – Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4...

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4256   Filed 11/25/24   Page 13 of 29

Quadra-Trac I, Quadra-Trac II and Quadra-Drive II with rear electronic limited slip-differential (eLSD). All three systems are equipped with an active transfer case to improve traction by moving torque to work with the wheel with the most grip.

The class-exclusive Jeep Quadra-Lift air suspension, now with electronic semi-active damping, delivers up to class-leading 11.3 inches (28.7 cm) of ground clearance and 24 inches (61 cm) of water fording. The system automatically adjusts the shock tuning to changing road conditions for enhanced comfort, stability and control, or may be controlled manually with console controls, and features five height settings for optimum ride performance.

The class-leading Selec-Terrain traction management system lets customers choose the on- or off-road setting for optimum 4x4 performance. This feature electronically coordinates 4x4 torque split, braking and handling, steering and suspension systems, throttle control, transmission shift, transfer case, traction control, stability control, anti-lock braking system (ABS) and steering feel.

The Selec-Terrain system offers five available terrain modes (Auto, Sport, Rock, Snow, Mud/Sand) to provide optimized calibrations for any given driving scenario.

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM                Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee: All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4257   Filed 11/25/24   Page 14 of 29

conditions do not require all-wheel drive, the front-axle disconnect automatically places the Grand Cherokee in two-wheel drive, reducing drag on the driveline and improving fuel economy. Four-wheel drive automatically re-engages when the vehicle senses it is needed.

Grand Cherokee boasts class-leading 7,200-lbs (3265 kg) max towing with the available 5.7-liter V-8 engine.

**Trailhawk – the most capable Grand Cherokee**
The all-new 2022 Jeep Grand Cherokee Trailhawk elevates Grand Cherokee's 4x4 capability even further.

The new Trailhawk features standard all-terrain tires, integrated off-road camera, Quadra-Lift air suspension with up to 11.3 inches (28.7cm) of ground clearance, improved approach, departure and breakover angles and the Quadra-Drive II active transfer case with rear eLSD and Selec-Terrain.

The most capable model in the new Grand Cherokee lineup also features:

- Class-exclusive sway-bar disconnect to allow for improved articulation and traction over rocks and rough terrain
- Selec-Speed® Control for managing vehicle speed in 4LO while traversing off-road terrain. On steep inclines/declines or

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

maintain a consistent and safe off-roading speed without requiring the driver to control the throttle or the brake
- High-strength steel skid plates
- Red tow hooks
- 18-inch wheels with all-terrain tires
- Class-leading traction, ground clearance, maneuverability, articulation and increased water fording capability of up to 24 inches (61 cm)
- Glare-proof black-and-red matte "Trailhawk" hood decal

**Trailhawk 4xe – Trail Rated, nature approved**
For the first time ever, the fifth-generation Grand Cherokee will offer the electrified Trailhawk 4xe, which combines an estimated 25 miles (40 km) of all-electric "Zero Emission Freedom" and 57 MPGe with Grand Cherokee Trailhawk's legendary 4x4 capability. In fact, the all-new Grand Cherokee Trailhawk 4xe conquered the formidable Rubicon Trail and did so under all-electric power using electric mode.

Highlights for the Grand Cherokee Trailhawk 4xe include:

- Quadra-Drive II 4x4 system with 2-speed transfer case and 2.72:1 low-range gear ratio
- Rear electronic limited-slip differential (eLSD)
- Selec-Terrain traction management system

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee: All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA    ECF No. 30-13, PageID.4259    Filed 11/25/24    Page 16 of 29

- 24 inches (61 cm) of water fording capability
- 47.4:1 crawl ratio
- Targeting an estimated 25 miles (40 km) of all-electric range and 57 MPGe
- Blue tow hooks
- Blue-accented 18-inch wheels with all-terrain tires
- Glare-proof black-and-blue matte "Trailhawk" hood decal

**Award-winning powertrains**

In addition to the technologically advanced plug-in hybrid electric powertrain of the all-new Jeep Grand Cherokee 4xe, the 2022 Grand Cherokee lineup offers buyers a choice of two powerful, fuel-efficient and refined engines with proven performance for any driving situation.

Standard is the all-aluminum 3.6-liter Pentastar V-6 engine, rated at 293 horsepower and 260 lb.-ft. of torque. Lauded for its power and refinement, the 60-degree angle between the Pentastar V-6's cylinder banks make it inherently smooth running, augmented by accessories that bolt directly to the engine block. A seven-time winner of the Wards 10 Best Engines and Propulsion Systems award, the Pentastar V-6 engine is compact, with features such as exhaust manifolds integrated into the cylinder heads. Chain-driven dual overhead camshafts include two-step variable valve lift and variable-valve timing (VVT). This combination quickly tailors the engine

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM          Stellantis Media – Press Kit: 2022 Jeep Grand Cherokee All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4...

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4260   Filed 11/25/24   Page 17 of 29

Fuel-saving engine start-stop (ESS) technology is standard on the Pentastar V-6. The ESS system has been upgraded and refined for the Grand Cherokee. Changes include a pressure reserve element in the eight-speed transmission, which provides dedicated transmission fluid to the shift elements at engine restart for a quick launch. Refined powertrain controls and new starter technology minimize early engine restarts from minor movements of the driver's foot on the brake pedal. Restart noise, vibration and harshness have been reduced via revised controls and switchable engine mounts.

The 3.6-liter Pentastar V-6 engine is rated for a towing capacity of up to 6,200 pounds (2,812 kg) and an estimated class-leading driving range of more than 500 miles. VVT with dual-independent cam phasing enables better fuel efficiency across a wide torque band in the Pentastar V-6 engine. Nearly 90% of the engine's peak torque is available from 1,800 to 6,400 rpm – an important consideration when towing or hauling.

Buyers who want more power can opt for the award-winning 5.7-liter V-8, rated at 357 horsepower and 390 lb.-ft. of torque delivered over a broad power band. The V-8 delivers performance and efficiency with VVT and Fuel Saver Technology (cylinder deactivation). With Fuel Saver Technology, the engine control

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

operation, such as highway cruising, when full power is not needed. The system immediately re-engages the deactivated cylinders when the driver presses on the accelerator pedal. The 5.7-liter V-8 has a class-leading towing capacity of up to 7,200 pounds (3,265 kg).

The Grand Cherokee's V-8 engine uses cylinder shut-off technology that deactivates four cylinders during light acceleration or cruising situations on the highway. The system is active in an expanded region with respect to the previous generations and is unnoticeable to the driver. It provides V-8 power for acceleration and heavy loads and four-cylinder operation when the torque requirement is less than the maximum available from four cylinders. Depending on the driving scenario, cylinder shutoff can increase fuel economy from 5 to 20 percent. Fuel economy is further enhanced with VVT technology that reduces the engine's pumping work by closing the intake valve later and by increasing the expansion process of the combustion event. This allows more energy to be transferred to the wheels instead of being lost out of the exhaust as heat. VVT also improves engine breathing, which improves engine efficiency and power.

Each engine mates to the durable, robust TorqueFlite eight-speed automatic transmission, which enhances fuel economy and delivers

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

the task – whether it's cruising on the highway or exploring off-road trails. On-the-fly shift-map changing enables the transmission to quickly adjust its shift strategy to match the driver's demands based on inputs, such as engine torque changes, hill detection, temperature and longitudinal and lateral acceleration.

New for the 2022 Grand Cherokee 4x4 is front-axle disconnect. If the vehicle senses that road conditions do not require all-wheel drive, the front-axle disconnect automatically places the Grand Cherokee in two-wheel drive, reducing drag on the driveline and improving fuel economy. Four-wheel drive automatically re-engages when the vehicle senses it is needed.

**Flexible architecture delivers world-class 4x4 capability, driving dynamics and durability, and first-ever electrified 4xe**
The all-new 2022 Jeep Grand Cherokee is built on an all-new architecture that was mission specific for the fifth-generation Grand Cherokee. It's a purpose-built, flexible architecture engineered for both three- and two-rows, as well as electrified 4xe capability.

The Grand Cherokee's new unibody construction and chassis facilitate electrification, while three available best-in-class Jeep 4x4 systems (Quadra-Trac I, Quadra-Trac II and Quadra-Drive II), Quadra-Lift air

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Jeep capability.

The flexibility of the new architecture allows for two different wheelbases and lengths, as well as electrification. While the two-row Grand Cherokee and three-row Grand Cherokee L share the same overall width of 84.6 inches (215 cm), the two-row Grand Cherokee has a 116.7-inch (296.4 cm) wheelbase compared with the Grand Cherokee L's 121.7-inch (309 cm) wheelbase, 5.0 inches (12.7 cm) shorter. In overall length the two-row is 193.5 inches (491 cm) compared to the Grand Cherokee L's 204.9 inches (520.4 cm), an 11.4-inch (28.9 cm) reduction. Without a third row, the fifth-generation two-row package size was optimized to support Jeep capability and 4xe electrification without any customer compromise.

The two-row Grand Cherokee – the most 4x4-capable Grand Cherokee yet – is the second vehicle in this family of capable Jeep SUVs to be built on the new architecture, following the first-ever three-row Grand Cherokee L launched earlier this year. Early in 2022, the third and final phase will begin when the first-ever electrified Grand Cherokee 4xe launches in North America, followed later in the year in global markets.

**Dynamic and capable model lineup**
The new Grand Cherokee lineup consists of Laredo, Altitude, Limited, Overland, Trailhawk, Summit and

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM          Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4264   Filed 11/25/24   Page 21 of 29

aluminum 3.6-liter Pentastar V-6 engine. The award-winning 5.7-liter V-8 engine is available on Overland, Trailhawk, Summit and Summit Reserve.

The all-new 4xe powertrain, with 2.0-liter turbocharged I-4, two electric motors and eight-speed automatic, is available on Limited, Trailhawk, Overland, Summit and Summit Reserve.

**New exterior design**
The all-new Grand Cherokee's slim, sculpted exterior delivers more modern and updated premium appearance to the most luxurious Grand Cherokee ever.

A lowered, tapered roof improves the vehicle's aerodynamic performance and efficiency without sacrificing cargo spaciousness and utility, while the lowered beltline and expansive glass allow more light into the cabin and increase outward visibility.

A wider and larger iconic seven-slot grille and new front fascia conceals a long-range radar and other advanced technology features. An elongated, level-set hood and bold headfirst stance deliver visual strength and the aerodynamic body style allows for design flexibility, improved fit and finish.

New active grille shutters, front wheel spats, air curtains, hood aero flick,

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

A gloss black roof is available for the first time on the Overland models and comes standard on Trailhawk, Summit and Summit Reserve.

A widened track (36mm / 1.4-inch increase) provides superior handling and nimble maneuverability. There are eight wheel options with signature Jeep geometry and up to 21-inch diameter wheels offered for the first time.

**All-new interior**
The Jeep Grand Cherokee's luxurious, next-generation interior has evolved to feature handcrafted materials and modern amenities.

The front panel features new slim HVAC vents, a realigned center stack for greater driver accessibility and 10.1-inch (25.6 cm) digital screens (digital cluster and touchscreen radio), as well as segment-first available 10.25-inch (26 cm) front passenger interactive display and a new high-definition rear-seat entertainment system with FireTV built in.

The all-new Jeep seating architecture features a length adjustable cushion for the front row passengers. The new 16-way adjustable front seats have power lumbar and memory and higher specification versions offer new front driver and passenger seat back massage. Heated/vented seats are available in first two rows, with three-

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee: Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-KGA    ECF No. 30-13, PageID.4266    Filed 11/25/24    Page 23 of 29

updated switches, more storage space
in the front bin that can hold two
wireless devices and a wireless
charger.

An all-new premium, full-suite of
customizable LED lighting with
daytime/nighttime settings is standard
on all trim levels for the first time on
Grand Cherokee, and true ambient
lighting with a five-color selection is
available on Overland, Summit and
Summit Reserve models.

**Advanced, high-tech safety and
security features**
The state-of-the-art Jeep Grand
Cherokee ushers in an array of more
than 110 advanced safety and security
features, including innovative
applications of technologies that refine
the connection between driver, vehicle
and the road.

Standard safety features across the
lineup include:

- Full-Speed Collision Warning
  with Active Braking and
  Pedestrian/Cyclist Detection
- Rear Cross Path detection
- Adaptive Cruise Control with
  Stop and Go
- Active Lane Management
- LaneSense Lane Departure
  Warning with Lane Keep Assist
- Advanced Brake Assist
- Blind-spot Monitoring
- ParkView rear back-up camera
- ParkSense rear park assist

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Additional available safety features
include:

- New Night Vision Camera with
  pedestrian and animal detection
- New Intersection Collision Assist
- New Drowsy Driver Detection
  system
- Parallel and Perpendicular Park
  Assist and new Traffic Sign
  Recognition
- New 360-degree surround view
  camera system with front and
  rear washers

New Active Driving Assist (L2) hands-
on-wheel and eyes-on-road automated
driving is also available.

**Most technologically advanced
Grand Cherokee ever**
The new fifth-generation Grand
Cherokee has the most available
technology features in its history. The
suite of features available includes:

- Uconnect 5 – the most advanced
  Uconnect system ever offers up
  to three 10.1-inch (25.6 cm) and
  two 10.25-inch (26 cm) digital
  displays in the cabin and an
  intuitive user experience
- A segment-exclusive front
  passenger screen offers co-pilot
  assistance with navigation,
  camera viewing and visual
  entertainment
- Wireless Apple CarPlay and
  Android Auto
- New digital rearview mirror
- New full-color, 10-inch (25.4 cm)

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

- New wireless charging pad in front center console
- Greater connectivity with two Bluetooth-enabled phones paired simultaneously
- Enhanced Amazon Alexa virtual assistant functionality
- All-new Uconnect mobile app
- SiriusXM 360L platform with personalized stations powered by Pandora
- TomTom navigation with predictive search, natural speech and live traffic updates
- Maps over-the-air updates
- 4G LTE Wi-Fi hotspot to connect up to eight devices

Fire TV is available for the 2022 Jeep Grand Cherokee, allowing passengers to stream videos, play games, listen to music, get information and watch downloaded content – all while on the road:

- Connect Fire TV through in-vehicle 4G Wi-Fi hotspot or mobile device hotspot
- Watch downloaded Prime Video content without connectivity while on the road with 16 GB of included built-in storage for each rear display (9 GB of user available storage per rear display)
- Watch content individually on each rear display or mirror across both displays to watch together
- Fire TV connects to Uconnect 5 so rear seat passengers can adjust individual climate settings

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee: All-new 2022 Jeep® Grand Cherokee Most Technologically Advanced, 4…

Case 2:24-cv-10546-BRM-RGA   ECF No. 30-13, PageID.4269   Filed 11/25/24   Page 26 of 29

seats, select favorites to quickly start a movie on the rear displays, or you can pause or stop the content for family chats
- Includes two Voice Remotes with Alexa. Just press and ask Alexa to easily find, launch and control content. Check sports scores, play music or see your live camera feeds (compatible smart home device required and sold separately)

A new, state-of-the-art McIntosh audio system is available and features 19 custom-designed speakers (including a 10-inch / 25.4-cm subwoofer), 950 watts of power and a 17-channel amplifier. The Jeep brand is currently the only automotive manufacturer in the world to carry a McIntosh sound system.

With an unsurpassed blend of refined sophistication, dynamic performance, cutting-edge technologies and unsurpassed levels of elegance, the new Grand Cherokee carries an attractive presence and capability that is uncommon in its class, unquestionably Jeep brand and unmistakably world class.

The all-new Jeep Grand Cherokee is built at the new Detroit Assembly Complex – Mack Plant, the city's first new manufacturing facility in nearly three decades.

The all-new Jeep Grand Cherokee will

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-13, PageID.4270   Filed 11/25/24   Page 27 of 29

early in 2022 and in global markets later that year.

**Jeep Brand**
Built on more than 80 years of legendary heritage, Jeep® is the authentic SUV brand that delivers legendary off-road capability, interior refinement, high-tech features and versatility to people who seek extraordinary journeys. The Jeep brand delivers an open invitation to live life to the fullest by offering a broad portfolio of vehicles that continues to provide owners with a sense of safety and security to handle any journey with confidence. Jeep Wave, a premium owner loyalty and customer care program that is available to the entire Jeep 4x4 lineup, is filled with benefits and exclusive perks to deliver Jeep brand owners the utmost care and dedicated 24/7 support. The legendary Jeep brand's off-road capability is enhanced by a global electrification initiative that is transforming 4xe into the new 4x4. All Jeep brand vehicles in North America will offer an electrified variant by 2025.

**Follow Jeep and company news and video on:**
Company blog:
http://blog.stellantisnorthamerica.com
Media website:
http://media.stellantisnorthamerica.com
Jeep brand: www.jeep.com
Facebook: www.facebook.com/jeep
Instagram: www.instagram.com/jeep
Twitter: www.twitter.com/jeep

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

11/22/24, 9:50 AM    Stellantis Media - Press Kit: 2022 Jeep Grand Cherokee:All-new 2022 Jeep® Grand Cherokee Most Technologically Advanced, 4...

Case 2:24-cv-10546-BRM-RGA    ECF No. 30-13, PageID.4271    Filed 11/25/24    Page 28 of 29

www.youtube.com/thejeepchannel or
https://www.youtube.com/StellantisNA

2022 Jeep Grand Cherokee

2022 Jeep Grand Cherokee 4xe

        



Privacy Statement  |  Legal Notices and Terms  |  Canada Social Compliance

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.