# Exhibit 15

Contact:    Ron  Kiino

Kristin  Starnes

## What's New for 2024: Jeep® Grand Cherokee 4xe

August 10, 2023,  Auburn Hills, Mich. - As the Jeep® brand pushes toward its future of Zero Emission Freedom, the Jeep Grand Cherokee 4xe, launched for the 2022 model year, represents the most technologically advanced and 4x4-capable Jeep Grand Cherokee yet, delivering 25 miles of all-electric range and 56 miles per gallon equivalent (MPGe). Building on Grand Cherokee's legacy as the most awarded SUV ever, the 4xe brings an advanced architecture, plug-in hybrid powertrain and premium exterior and interior design, with world-class craftsmanship and first-to-market technologies to the full-size SUV segment. The electrified Jeep Grand Cherokee 4xe joins the Grand Cherokee and the three-row Grand Cherokee L in the Grand Cherokee lineup.

The Jeep Grand Cherokee 4xe is designed and engineered to deliver even more of what has made the Grand Cherokee a true global icon in the premium SUV segment, including legendary Jeep 4x4 capability, class-leading space and versatility and advanced safety features. The Grand Cherokee 4xe's E Selec modes – Hybrid, Electric and eSave – allow the 4xe driver to tailor the hybrid powertrain to best suit each trip, whether it be commuting, off-roading or long-distance travel.

**New for 2024**

- Trailhawk model gets new standard 18-inch black-painted aluminum wheels
- The Anniversary Edition, previously the 30th Anniversary Edition for 2023, offers Capri leatherette seats, ventilated front seats, wireless charging pad, nine-speaker Alpine audio system, Uconnect 5 NAV with a 10.1-inch touchscreen, unique blacked-out exterior appearance, 20-inch black wheels, special badging, and body-color rear fascia, lower moldings, sill claddings and wheel flares

**Highlights**

- Grand Cherokee's 4xe plug-in hybrid electric vehicle technology enhances the fun, freedom and adventure that the Jeep brand is known for, while providing unprecedented performance, fuel economy and environmental friendliness:
  - 25 miles (40 km) of all-electric range and 56 MPGe
  - 375 hp and 470 lb.-ft. of torque
  - Quadra Trac II 4x4 system with two-speed transfer case and 2.72:1 low-range gear ratio
  - 47.4:1 crawl ratio
  - 6,000-lbs. (2,720 kg) 4xe max towing capability
  - Blue tow hooks
  - Trail Rated Jeep Grand Cherokee 4xe delivers up to 10.9 inches (28.7 cm) of ground clearance and 24 inches (61 cm) of water fording
- Grand Cherokee Trailhawk comes exclusively as a 4xe, combining 25 miles (40 km) of all-electric Zero Emission Freedom and 56 MPGe with legendary 4x4 capability. The Grand Cherokee 4xe Trailhawk conquered the formidable Rubicon Trail and did so under all-electric power using Electric mode:
  - Quadra-Drive II 4x4 system with two-speed transfer case and 2.72:1 low-range gear ratio
  - Rear electronic limited slip differential (ELSD)
  - Selec-Terrain traction management system
  - Selec-Speed Control
  - 10.9 inches (27.8 cm) of ground clearance
  - 24 inches (61 cm) of water-fording capability
  - 47.4:1 crawl ratio
  - 25 miles (40 km) of all-electric range and 56 MPGe
  - Blue tow hooks

- Blue-accented 18-inch wheels with all-terrain tires
- Glare-proof black-and-blue matte "Trailhawk" hood decal
- The available High Altitude Package adds premium 21-inch Gloss Black aluminum wheels, Gloss Black accents and badging, roof rails and a unique seven-slot grille to the already well-appointed Grand Cherokee 4xe Summit and Summit Reserve models
- Grand Cherokee's 4xe propulsion system combines two electric motors, a 400-volt battery pack, 2.0-liter turbocharged, four-cylinder engine and TorqueFlite eight-speed automatic transmission for maximum efficiency and capability
- The fuel-efficient 2.0-liter turbocharged I-4 engine is part of Stellantis Global Medium Engine family. The high-tech, direct-injection engine uses a twin-scroll, low-inertia turbocharger mounted directly to the cylinder head. Efficiency is enhanced via the use of electric power steering and an electrically driven air-conditioning compressor, removing those loads from the engine
- With E Selec modes, the Jeep Grand Cherokee 4xe driver can tailor the hybrid powertrain to best suit each trip, whether it be commuting, off-roading or long-distance travel:
  - Hybrid: Blends torque from the electric motor and gas engine. The powertrain will optimize battery and engine power to deliver the best combination of fuel efficiency and performance
  - Electric: Operates on zero-emission electric power only until the battery reaches the minimum charge or the driver requests more torque (such as wide-open throttle), which engages the engine
  - eSave: Prioritizes the engine, saving the battery charge for later use. The driver can also choose between Battery Save and Battery Charge during eSave via the Hybrid Electric Pages in the Uconnect 5 screen
- Jeep Grand Cherokee 4xe carries a 400-volt, 17-kWh EV battery. The battery units and controls mount underneath the vehicle, packaged under the floor and protected by a series of skid plates
- The battery pack system includes a dedicated heating and cooling circuit to keep the battery at its optimum temperature for best performance. The system includes a dedicated heater unit and a chiller that uses the Grand Cherokee's air-conditioning refrigerant to reduce coolant temperature when needed
- The Grand Cherokee's 4xe system also includes an integrated dual charging module (IDCM) that combines a battery charger and a DC/DC converter in a single, compact unit and a power inverter module (PIM) that is reduced in size. These are mounted under the body and protected with steel shields
- All high-voltage electronics are sealed and waterproof. The Trail Rated Jeep Grand Cherokee 4xe is capable of water fording up to 24 inches (61 cm)
- The charge port is beneath a push-open/push-close cover on the left front fender for convenient nose-in parking at charging locations. The charge port includes LED indicators of charging status. An LED battery level monitor sits on top of the instrument panel, making it easy to check the state of the battery charge at a glance
- The driver information display and main Uconnect touchscreen include Eco Coaching Pages. The Eco Coaching Pages let owners monitor power flow and see the impact of regenerative braking, as well as view their driving history with a detail of electric and gasoline usage
- Regenerative braking is part of the 4xe system. When the driver steps on the brake pedal, the powertrain control engages the maximum available regenerative braking, up to 0.25 g, from the electric motors to slow the vehicle, augmented with the Grand Cherokee 4xe's traditional friction brakes
- With 4x4 engaged, all four wheels feed torque for regenerative braking, maximizing the energy recovery. Electricity from regenerative braking is fed to the battery pack to maintain or increase the state of charge
- A driver-selectable Max Regen feature deploys a more assertive regenerative braking calibration when the vehicle sees zero throttle input from the driver (coasting). Max Regen can slow the Grand Cherokee 4xe faster than standard regenerative braking and generate more electricity for the battery pack
- Jeep Grand Cherokee 4xe delivers unrivaled capability along with composed on-road driving dynamics. That legendary off-road capability begins courtesy of two 4x4 systems – Quadra-Trac II and Quadra-Drive II with rear ELSD. Both systems are equipped with an active transfer case to improve traction by moving torque to work with the wheel with the most grip

- The class-exclusive Jeep Quadra-Lift air suspension, now with electronic semi-active damping, delivers up to 10.9 inches (28.7 cm) of ground clearance and 24 inches (61 cm) of water fording. The system automatically adjusts the shock tuning to changing road conditions for enhanced comfort, stability and control, or may be controlled manually with console controls, and features five height settings for optimum ride performance
- The class-leading Selec-Terrain traction management system lets customers choose the on- or off-road setting for optimum 4x4 performance. This feature electronically coordinates 4x4 torque split, braking and handling, steering and suspension systems, throttle control, transmission shift, transfer case, traction control, stability control, antilock brake system (ABS) and steering feel
- The Selec-Terrain system offers five available terrain modes (Auto, Sport, Rock, Snow, Mud/Sand) to provide optimized calibrations for any given driving scenario
- Jeep Grand Cherokee 4xe features front axle disconnect. If the vehicle senses that road conditions do not require all-wheel drive, the front-axle disconnect automatically places the Grand Cherokee in two-wheel drive, reducing drag on the driveline and improving fuel economy. Four-wheel drive automatically re-engages when the vehicle senses it is needed
- A lowered, tapered roof improves the Grand Cherokee 4xe's aerodynamic performance and efficiency without sacrificing cargo spaciousness and utility, while the lowered beltline and expansive glass allow more light into the cabin and increase outward visibility
- A wider and larger iconic seven-slot grille and front fascia conceals a long-range radar and other advanced technology features. An elongated, level-set hood and bold headfirst stance deliver visual strength and the aerodynamic body style allows for design flexibility, improved fit and finish
- Active grille shutters, front wheel spats, air curtains, hood aero flick, lowered roof line (10mm decrease) and rear vertical-pillar spoilers improve on-road performance and fuel efficiency
- A Gloss Black roof comes standard on Trailhawk, Summit and Summit Reserve
- Jeep Grand Cherokee 4xe's luxurious, next-generation interior has evolved to feature handcrafted materials and modern amenities:
  - Front panel features slim HVAC vents, a re-aligned center stack for greater driver accessibility and 10.1-inch (25.6 cm) digital screens (digital cluster and touchscreen radio), as well as segment-first available 10.25-inch (26 cm) front passenger interactive display
  - Jeep seating architecture features a length adjustable cushion for the front-row passengers. The 16-way adjustable front seats have power lumbar and memory, and higher specification versions offer driver and front passenger seat back massage. Heated/vented seats are available in first two rows, with three-level configurable controls
  - The center console layout can hold two wireless devices and a wireless charger
  - Trailhawk model features signature 4xe blue stitching on seats, doors, dash and center console
  - Premium, full suite of customizable LED lighting with daytime/nighttime settings is standard on all trim levels for Grand Cherokee 4xe, and true ambient lighting with a five-color selection is available on Overland, Summit and Summit Reserve models
- The state-of-the-art Jeep Grand Cherokee 4xe ushers in an array of more than 110 advanced safety and security features, including innovative applications of technologies that refine the connection between driver, vehicle and the road. Standard safety features across the lineup include:
  - Full-Speed Collision Warning with Active Braking and Pedestrian/Cyclist Detection
  - Rear Cross Path detection
  - Adaptive Cruise Control with Stop and Go
  - Active Lane Management
  - LaneSense Lane Departure Warning with Lane Keep Assist
  - Advanced Brake Assist
  - Blind-spot Monitoring
  - ParkView rear back-up camera
  - ParkSense rear park assist sensors with stop
  - Switch-activated electric park brake
  - Tire-pressure monitoring
- Optional safety features include:
  - Night Vision camera with pedestrian and animal detection
  - Intersection Collision Assist

- Drowsy Driver Detection system
- Parallel and Perpendicular Park Assist and Traffic Sign Recognition
- 360-degree Surround View camera system with front and rear washers
- Active Driving Assist (L2) hands-on-wheel and eyes-on-road automated driving
- The fifth-generation Grand Cherokee has the most available technology features in its history:
  - Uconnect 5 – the most advanced Uconnect system ever offers up to three 10.1-inch (25.6 cm) and two 10.25-inch (26 cm) digital displays in the cabin and an intuitive user experience
  - A segment-exclusive front passenger screen offers co-pilot assistance with navigation, camera viewing and visual entertainment
  - Wireless Apple CarPlay and Android Auto
  - Digital rearview mirror
  - Full-color, 10-inch (25.4 cm) windshield Head-up Display (HUD)
  - Wireless charging pad in front center console
  - Greater connectivity with two Bluetooth-enabled phones paired simultaneously
  - Enhanced Amazon Alexa virtual assistant functionality
  - Uconnect mobile app
  - SiriusXM 360L platform with Personalized Stations Powered by Pandora
  - TomTom navigation with predictive search, natural speech and live traffic updates
  - Maps over-the-air updates
  - 4G LTE Wi-Fi hotspot to connect up to eight devices
- A state-of-the-art McIntosh audio system is available and features 19 custom-designed speakers (including a 10-inch/25.4cm subwoofer), 950 watts of power and a 17-channel amplifier. The Jeep brand is currently the only automotive manufacturer in the world to carry a McIntosh sound system
- The Jeep Grand Cherokee 4xe is built at the Detroit Assembly Complex – Mack plant and the Detroit Assembly Complex – Jefferson plant
- Jeep Wave® customer care program comes standard with all Grand Cherokee 4xe models and includes premium benefits such as worry-free maintenance, same-day vehicle rentals, 24/7 roadside assistance and dedicated owner support

**Model Lineup**

For 2024, the Jeep Grand Cherokee 4xe lineup consists of four models:

- 4xe
- 4xe Trailhawk
- 4xe Overland
- 4xe Summit

**Available Exterior Colors**

- Baltic Grey
- Bright White
- Diamond Black
- Midnight Sky
- Rocky Mountain
- Silver Zynith
- Velvet Red

**Available Interior Colors**

- Global Black
- Global Black/Wicker Beige
- Tupelo

**More Information**

Please visit the [Jeep Grand Cherokee 4xe newsroom](#) for the latest product information, photography and videography, plus access to specifications and feature availability documents.

Additional information and news from Stellantis are available at: https://media.stellantisnorthamerica.com