# Exhibit 16



