# Exhibit 17





  

Overview    FIND A DEALER    SHOP ONLINE    BUILD & PRICE

JEEP® BRAND ELECTRIFIED

# 4xe IS THE NEW 4x4

Jeep® Brand 4xe is redefining the meaning of adventure. Explore a range of groundbreaking technologies and valuable incentives—all designed to amplify on- and off-road journeys.









Overview | FIND A DEALER | SHOP ONLINE | BUILD & PRICE

# ELECTRIFYING AND REWARDING

The benefits of owning a Jeep® Brand plug-in hybrid or battery electric 4xe vehicle go beyond the drive. Learn all about available tax credits and warranties.

EXPLORE BENEFITS ›

# FREEDOM ROAMS WHERE IT WANTS

Whether pairing the Jeep® Brand battery-powered electric motor with the gasoline-powered engine, or taking an all-electric drive, 4xe technology puts nearly every adventure in reach.



Overview · FIND A DEALER · SHOP ONLINE · BUILD & PRICE

## WRANGLER 4xe PLUG-IN HYBRID

# WRANGLER 4xe PLUG-IN HYBRID

As the Industry's First and Only Electrified Open-Air SUV②, the Jeep® Wrangler 4xe plug-in hybrid is already a legend when it comes to modern off-road capability.

BUILD YOUR WRANGLER 4xe ›



Overview | FIND A DEALER | SHOP ONLINE | BUILD & PRICE

GRAND CHEROKEE 4xe PLUG-IN HYBRID

# GRAND CHEROKEE 4xe PLUG-IN HYBRID

The Grand Cherokee 4xe is where sustainability meets sophistication. With the power of Jeep® Brand plug-in hybrid technology, it's ready to take you on your next big adventure.

BUILD YOUR GRAND CHEROKEE 4xe >

< **BENEFITS** | **TECHNOLOGY** >

Find Your Country | Contact Us | Site Map | Careers | Español

SEARCH

**VEHICLES**

Wagoneer S

Wagoneer

**CAPABILITY**

Trail Rated®

4x4 Systems

Overview   **FIND A DEALER**   **SHOP ONLINE** ⧉   **BUILD & PRICE**

Grand Cherokee 4xe

Wrangler 4xe

Wrangler

Compass

Gladiator

All Vehicles

**ELECTRIFICATION** ⌄

Jeep® Brand Electrified

Jeep® Electric Technology

Jeep® Electric Range

Jeep® Electric Benefits

**COST** ⌄

View Incentives & Offers

4xe Hybrid Incentives

National Incentives

Calculate Payment

Find Your Trade-In Value

Get a Quote

**JEEP LIFE** ⌄

Jeep® Life Home

Jeep® Community

Concept Vehicles

Jeep® Badge of Honor

Jeep® Brand History

Jeep® Awards

**SERVICES** ⌄

Services Overview

Financing ⧉

Insurance ⧉

Protection Plans ⧉

Authentic Mopar® Accessories ⧉

Jeep Brand Merchandise ⧉

Connected Services ⧉

Charge - Home ⧉

Charge - Go ⧉

Jeep Brand Owner's Site ⧉

Vehicle Order Tracking

Vehicle Care ⧉

**MY ACCOUNT** ⌄

My Dashboard

My Builds

My Inventory

My Searches

My Garage

My Vehicle Orders

My Profile

**PRIVACY CENTER** ⌄

Privacy Policy ⧉

Manage Your Privacy Choices ⧉

Overview    FIND A DEALER    SHOP ONLINE    BUILD & PRICE

**RESEARCH** ⌄

Build & Price

Compare Models

Specs

Get a Brochure

Sign Up for Updates

Competitive Compare

Jeep® Brand SUVs

Jeep® Tax Credit

**LEGAL** ⌄

Copyright ⧉

Terms of Use ⧉

Legal, Safety and Trademark Information

Accessibility ⧉

**OWNERS AND MORE** ⌄

Owners Manuals and User Guides ⧉

Warranty

Jeep® Wave Owner Benefits

Recall Information ⧉

EcoDiesel Settlement ⧉

Jeep® Gear ⧉

Jeep® Rewards Mastercard® ⧉

**LOCATE** ⌄

Search New Inventory

Start Buying Process ⧉

Find a Dealer

Schedule a Test Drive

Certified Pre-Owned Inventory

**FOLLOW US**

**SUPPORT**

⧉

⧉    ⧉     CHRYSLER ⧉     DODGE ⧉     JEEP® ⧉     RAM ⧉     MOPAR® ⧉     FIAT® ⧉     ALFA ROMEO ⧉    FCA FLEET ⧉

©2024 FCA US LLC. All Rights Reserved.

Chrysler, Dodge, Jeep, Ram, Wagoneer, Mopar and SRT are registered trademarks of FCA US LLC.

ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

*MSRP excludes destination, taxes, title and registration fees. Starting at price refers to the base model, optional equipment not included. A more expensive model may be shown. Pricing and offers may change at any time without notification. To get full pricing details, see your dealer.

FCA US LLC strives to ensure that its website is accessible to individuals with disabilities. Should you encounter an issue accessing any content on www.jeep.com,

