# Exhibit 18



En Español    En Français    Media Contacts    Blog

**BRANDS & PRODUCTS**    **CORPORATE**    **PHOTOS**    **VIDEO**    **AUTO SHOWS & EVENTS**

**TECHNOLOGY**    **GLOBAL NEWS**

# Search Result

| 4xe | Search |

**2,312 Results**    Reset Filters

## CONTENT TYPE ⌄

| ☐ Press Release | 481 |
| ☐ Product Specification | 44 |
| ☐ Press Kit | 17 |
| ☐ Fact Sheet | 3 |
| ☐ Plant Fact Sheet | 3 |
| ☐ Media Advisory | 1 |
| ☐ Image | 1698 |
| ☐ Video | 59 |

## LANGUAGE ⌄

| ☐ English | 1305 |
| ☐ French | 59 |

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Accept

| ☐ United States | 1179 |
| ☐ Canada | 814 |
| ☐ Mexico | 37 |
| ☐ Global News | 13 |

**BRANDS & PRODUCTS** ▸

☐ **CONCEPTS** 65

☐ **CORPORATE** 145 ▸

☐ **ELECTRIFICATION** 44

☐ **EVENTS & AUTO SHOWS** 200 ▸

☐ **POWERTRAIN** 17 ▸

☐ **SALES** 52 ▸

☐ **TECHNOLOGY** 18 ▸

**DATE RANGE** ▸

24 Results Per Page          Sort by: Published Date ▾

### La marca Jeep® rinde tributo a su legendario legado con la edición especial Wrangler 4xe Willys '41 2025

11/19/2024 - Como homenaje al SUV Jeep® original "probado en…

### Jeep® Wagoneer S, Ram 1500 Ramcharger Take the Spotlight as Newsweek's Most Anticipated New Vehicles for 2025

11/13/2024 - The Ram 1500 Ramcharger's battery electric vehicle…

### Stellantis Advances Technologies, Achieves Commercial Successes In Transition to Next-Generation Products in Key Global Markets

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Learn More

Learn More

10/31/2024 - In the midst of this extraordinary transition year,…

Learn More

**Stellantis avanza en tecnologías y logra éxitos comerciales en la transición a productos de nueva generación en mercados mundiales clave**

10/31/2024 - En medio de un extraordinario año de transición, el…

Learn More

**Jeep® hace más accesible su icónica gama Grand Cherokee para 2025**

10/22/2024 - Con la llegada del modelo 2025, el Jeep® Grand…

Learn More

**2025 Jeep® Gladiator, 2025 Ram 1500 Honored With Cars.com Top Pick Pickup Truck Awards**

10/22/2024 - Named Top Pick, Off-Road Mid-Size Pickup Truck, 2025 Jeep…

Learn More

**What's New for 2025: Jeep® Grand Cherokee**

10/21/2024 - Jeep Grand Cherokee has been designed and engineered to deli…

Learn More

**What's New for 2025: Jeep® Grand Cherokee L**

10/21/2024 - Built on an advanced architecture, the three-row Grand…

Learn More

**What's New for 2025: Jeep® Grand Cherokee 4xe**

10/21/2024 - The Jeep Grand Cherokee 4xe's E Selec modes –…

Learn More

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Affordability of Iconic Grand Cherokee Lineup for 2025

10/21/2024 - A renowned, global symbol of capability, technology and…

Cherokee 4xe

10/21/2024

Specifications

10/21/2024

Learn More

Learn More

Learn More

2025 Jeep Grand Cherokee 4xe Feature Availability

10/21/2024

What's New for 2025 Canada: Jeep® Grand Cherokee

10/21/2024 - 2025 Jeep® Grand Cherokee's architecture and…

What's New for 2025 Canada: Jeep® Grand Cherokee L

10/21/2024 - Jeep® Grand Cherokee L expanded the Grand Cherokee family in…

Learn More

Learn More

Learn More

What's New for 2025 Canada: Jeep® Grand Cherokee 4xe

10/21/2024 - Jeep® Grand Cherokee 4xe represents the most technologically…

CANADA: 2025 Jeep Grand Cherokee 4xe Specifications

10/21/2024

CANADA: 2025 Jeep Grand Cherokee 4xe Feature Availability

10/21/2024

Learn More

Learn More

Learn More

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image



**2025 Jeep® Grand Cherokee 4xe Summit Reserve**

View Image

1   >   Page 1 of 97        Go to page: [          ]  GO

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Privacy Statement | Legal Notices and Terms | Canada Social Compliance

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.