# Exhibit 21





Sign In / Create an Account

VEHICLES | SHOPPING TOOLS | CAPABILITY | ELECTRIFICATION | JEEP® LIFE | SERVICES | FIND A DEALER | SHOP ONLINE | BUILD & PRICE

Jeep

VEHICLES | SHOPPING TOOLS | CAPABILITY | MENU

2025 | **2024 Grand Cherokee**

PURCHASE NOW AND GET

# $8,000

**TOTAL RETAIL CASH ALLOWANCE**[1]

OR

# 0%

**APR FOR 72 MONTHS**[2]

ON 2024 JEEP® GRAND CHEROKEE 4xe MODELS

**Show Disclosure**

**VIEW INVENTORY**

MSRP* STARTING AT 2024 Grand Cherokee 4xe shown. MSRP* starting at $79,150

**$60,490**

🔧 BUILD YOUR GRAND CHEROKEE 4xe ›

🔍 FIND YOUR GRAND CHEROKEE 4xe ›

View Current Offers for **48071** CHANGE ZIP





FCA US LLC employees can get a low-mileage lease for
**$429**
per month for 42 months +

$3,376 total due at lease signing. No security deposit required. Tax, title and license extra. Lease example for 2024 GRAND CHEROKEE 4xe.

Show Disclosure

Expires on: **12/02/2024**

Finance for
**0% APR**
For 72 months +

Expires on: **12/02/2024**

+

Qualified purchasers may be eligible for up to
**$3,750**
in Federal Income Tax Credits, subject to certain limitations ++

Offer Breakdown

Expires on: **12/02/2024**

Show Disclosure

Get
**$8,000**
Total Cash Allowance +

Offer Breakdown

Expires on: **12/02/2024**

+

Qualified purchasers may be eligible for up to
**$3,750**
in Federal Income Tax Credits, subject to certain limitations ++

Offer Breakdown

Expires on: **12/02/2024**

Show Disclosure

# Legendary capability, electrified.

## QUADRA-TRAC II®
## 4x4 SYSTEM

This system features a two-speed transfer case that uses inputs from a variety of sensors in order to determine tire slip at the earliest possible moment and take corrective action. Quadra-Trac II® also features a low range for added capability when off-road.

# QUADRA-DRIVE® II

Don't let the forecast hold you back. Available Quadra-Drive® II features a rear Electronic Limited Slip Differential (a 4x4 system that's always active). The system transfers up to 100% of available torque to a single rear wheel when necessary—meaning excellent capability in nearly any weather.

# WATER-SEALED BATTERY PACK

The battery on the Grand Cherokee 4xe features a special water seal that allows drivers to power through up to 24 inches of water ③ without worrying about damaging their vehicle's battery.

# ELECTRIC-POWERED AND PROTECTED

Designed with formidable terrain in mind, the underbody of the 4xe is protected with a reinforced housing to ensure its vital components can handle rugged obstacles.

# BLOW PAST EVERY EXPECTATION

The Class-Exclusive PHEV powertrain ⑧ on the 2024 Jeep® Grand Cherokee 4xe is a startling combo of progress and unmitigated power, offering both Best-in-Class torque ⑧ and the lowest greenhouse gasses of any Grand Cherokee ever ⑨. Don't let the near-silence of all-electric operation fool you—the legendary capabilities of Grand Cherokee still roar beneath this hood.

| MAXIMUM HORSEPOWER | BEST-IN-CLASS LB-FT OF MAXIMUM TORQUE | MANUFACTURER'S ESTIMATED TOTAL RANGE (MILES) | MPGE | MAXIMUM TOWING CAPACITY (LB) |
|---|---|---|---|---|
| 375 | 470 ④ | 470 ⑤ | 56 ⑥ | 6,000 ⑦ |

| HYBRID MODE | ELECTRIC MODE | eSAVE MODE |
|---|---|---|

## HYBRID MODE

Why not both? Hybrid Mode combines the forces of our 2.0L Turbo engine and the electric motor. This efficient combo provides maximum horsepower, instant torque and impressive acceleration.

## CHARGERS NEAR ME

Whether you're utilizing all-electric range for daily commutes or the total driving range for longer trips, there's no destination out of reach.

48071 >

## YOUR $7,500 INCENTIVE IS WAITING

Qualified lessees⑩ of a Jeep® Grand Cherokee 4xe may qualify for up to a $7,500 EV incentive through a Stellantis Preferred Lender, to be factored into the lease calculation.

Explore Incentives >

## GOODBYE TO THE GAS LIGHT

Daily commuters and neighborhood drivers may never have to gas up again. With an all-electric range of 25 miles⑪ and professionally-installed home chargers available⑫, the Jeep® Grand Cherokee 4xe has the lowest estimated annual fuel cost of any Grand Cherokee ever⑬. Give back to your world—and your wallet.

VETTED PROS

A background-checked, licensed professional will complete the job.

## CONVENIENT INSTALLATION

Quickly receive an estimate and schedule your installation at a time that works for you.

## HAPPY EV DRIVERS

Over 10,000 quality EV charging installations performed.

## MAKE THE ADVENTURE YOUR OWN



4xe

ANNIVERSARY EDITION 4xe

TRAILHAWK 4xe

### GRAND CHEROKEE 4xe
MSRP* starting at **$60,490**

EXTERIOR    INTERIOR    HIGHLIGHTS



**Exterior Colors**
Bright White Clear-Coat Exterior Paint

EXPLORE 360

Drive | Exterior Colors | Wheels

BUILD YOUR GRAND CHEROKEE 4xe | FIND YOUR GRAND CHEROKEE 4xe

**Exterior Colors**
Bright White Clear-Coat Exterior Paint

BUILD YOUR GRAND CHEROKEE 4xe | FIND YOUR GRAND CHEROKEE 4xe

< GALLERY | CAPABILITY >

SEARCH

Find Your Country | Contact Us | Site Map | Careers | Español

**VEHICLES**
- Wagoneer S
- Wagoneer
- Grand Wagoneer
- Grand Cherokee
- Grand Cherokee 4xe
- Wrangler 4xe
- Wrangler
- Compass
- Gladiator
- All Vehicles

**CAPABILITY**
- Trail Rated®
- 4x4 Systems
- Fuel Efficiency
- FAQ and Glossary

**FOLLOW US**

**SUPPORT**

**ELECTRIFICATION**
- Jeep® Brand Electrified
- Jeep® Electric Technology
- Jeep® Electric Range
- Jeep® Electric Benefits

**COST**
- View Incentives & Offers
- 4xe Hybrid Incentives
- National Incentives

**JEEP LIFE**
- Jeep® Life Home

Calculate Payment
Find Your Trade-In Value
Get a Quote

Jeep® Community
Concept Vehicles
Jeep® Badge of Honor
Jeep® Brand History
Jeep® Awards

**SERVICES**⌄

Services Overview
Financing ↗
Insurance ↗
Protection Plans ↗
Authentic Mopar® Accessories ↗
Jeep Brand Merchandise ↗
Connected Services ↗
Charge - Home ↗
Charge - Go ↗
Jeep Brand Owner's Site ↗
Vehicle Order Tracking
Vehicle Care ↗
Mobility and Rental

**MY ACCOUNT**⌄

My Dashboard
My Builds
My Inventory
My Searches
My Garage
My Vehicle Orders
My Profile

**PRIVACY CENTER**⌄

Privacy Policy ↗
Manage Your Privacy Choices ↗
Data Privacy Framework Policy ↗
Cookie Settings

**RESEARCH**⌄

Build & Price
Compare Models
Specs
Get a Brochure
Sign Up for Updates
Competitive Compare
Jeep® Brand SUVs
Jeep® Tax Credit

**LEGAL**⌄

Copyright ↗
Terms of Use ↗
Legal, Safety and Trademark Information
Accessibility ↗

**OWNERS AND MORE**⌄

Owners Manuals and User Guides ↗
Warranty
Jeep® Wave Owner Benefits
Recall Information ↗
EcoDiesel Settlement ↗
Jeep® Gear ↗
Jeep® Rewards Mastercard® ↗

**LOCATE**⌄

Search New Inventory
Start Buying Process ↗
Find a Dealer
Schedule a Test Drive
Certified Pre-Owned Inventory

↗  ↗    CHRYSLER ↗  DODGE ↗  JEEP®↗  RAM ↗  MOPAR®↗  FIAT® ↗  ALFA ROMEO ↗  FCA FLEET ↗

https://www.jeep.com/grand-cherokee/grand-cherokee-4xe.html    8/11

©2024 FCA US LLC. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Wagoneer, Mopar and SRT are registered trademarks of FCA US LLC.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

*MSRP excludes destination, taxes, title and registration fees. Starting at price refers to the base model, optional equipment not included. A more expensive model may be shown. Pricing and offers may change at any time without notification. To get full pricing details, see your dealer.

FCA US LLC strives to ensure that its website is accessible to individuals with disabilities. Should you encounter an issue accessing any content on www.jeep.com, please email our Customer Service Team or call 1-877-IAMJEEP, for further assistance or to report a problem. Access to www.jeep.com is subject to FCA US LLC's Privacy Policy and Terms of Use.