# Exhibit 22





VEHICLES SHOPPING TOOLS CAPABILITY ELECTRIFICATION JEEP® LIFE OWNERS

Jeep VEHICLES SHOPPING TOOLS CAPABILITY MENU

4xe

# PLANET-FRIENDLY POWER

The incredibly capable Jeep® Grand Cherokee 4xe is engineered to be planet-friendly while delivering impressive performance on Earth's toughest terrain.

**Jeep**

VEHICLES ⌄     SHOPPING TOOLS ⌄     CAPABILITY ⌄     ELECTRIFICATION     JEEP® LIFE ⌄     OWNERS ⌄

VEHICLES ⌄     SHOPPING TOOLS ⌄     CAPABILITY ⌄     MENU ☰

# Jeep

VEHICLES ⌄   SHOPPING TOOLS ⌄   CAPABILITY ⌄   ELECTRIFICATION   JEEP® LIFE ⌄   OWNERS ⌄

VEHICLES ⌄   SHOPPING TOOLS ⌄   CAPABILITY ⌄   MENU ☰

# EXPERIENCE 4XE LUXURY

Perfected with premium details inside and out, the Jeep® Grand Cherokee 4xe immerses you in stimulating sophistication along every energizing adventure.



# A TRIO OF DRIVING MODES

The Grand Cherokee 4xe gives drivers the choice of three driving modes: Hybrid, Electric or eSave. No matter which mode you're in, the Jeep® Grand Cherokee maintains every jolt of its adventurous spirit.

**HYBRID MODE** | ELECTRIC MODE | ESAVE MODE

## HYBRID MODE

The best of both. Hybrid Mode combines the forces of the 2.0L turbocharged engine and the electric motor. This efficient combo provides maximum horsepower, instant torque and impressive acceleration.

- VEHICLES
- SHOPPING TOOLS
- CAPABILITY
- ELECTRIFICATION
- JEEP® LIFE
- OWNERS

Jeep

VEHICLES    SHOPPING TOOLS    CAPABILITY    MENU

Choosing the Grand Cherokee 4xe could earn you some kickbacks. In addition to the $7,500 federal tax credit, you may be able to take advantage of state and local incentives.

**EXPLORE INCENTIVES >**

# EXPLORE RESPONSIBLY

Jeep₀ Grand Cherokee has always been about the freedom to explore our world. With nearly silent operation, a 25-mile all electric range and a 470-mile combined driving range, the 4xe gives you the freedom to adventure nearly anywhere while doing your part in the shift to a more sustainable future.

# POWER FOR THE TRAILS

Energy for a whole new adventure. Harnessing the power of the sun, the Jeep® Brand is installing solar-powered charging stations near key off-road trails across the country so you can always keep exploring new frontiers.

# CHARGING YOUR ADVENTURE

Up to six times faster than the Level I charger, the available Jeep® Brand Level II PHEV Home Charging Station lets you spend less time charging your PHEV and more time on the road. The easy-to-use quick-release mount features a lockable, weatherproof enclosure for either indoor or outdoor installation. Plus, built-in Wi-Fi connectivity lets you control charging anytime, anywhere via a mobile app and web portal. Its smart grid

optimization helps reduce energy costs by charging at low-rate times. Available state and government programs

VEHICLES ⌄     SHOPPING TOOLS ⌄     CAPABILITY ⌄     ELECTRIFICATION     JEEP® LIFE ⌄     OWNERS ⌄

**Jeep**     VEHICLES ⌄     SHOPPING TOOLS ⌄     CAPABILITY ⌄     MENU ☰

# PROFESSIONAL INSTALLATION MADE EASY

We've made upgrading to an available Level II charger simple for you. Through our partner Qmerit, you can schedule your installation with a certified technician. It's quick and easy.

## CONVENIENT INSTALLATION

Schedule an appointment at a time that works for you.

VEHICLES

SHOPPING TOOLS

CAPABILITY

ELECTRIFICATION

JEEP® LIFE

OWNERS

Jeep

VEHICLES

SHOPPING TOOLS

CAPABILITY

MENU

## VETTED PROS

A background-checked, licensed professional will complete the job.



VEHICLES
VEHICLES
SHOPPING TOOLS
RESEARCH
CAPABILITY
ELECTRIFICATION
CAPABILITY
JEEP® LIFE
OWNERS
Jeep
VEHICLES
SHOPPING TOOLS
CAPABILITY
MENU

Wagoneer and Grand Wagoneer

Wrangler 4xe

Wrangler

Cherokee

Renegade

Compass

Gladiator

All Vehicles

**COST**

View Incentives & Offers

4xe Hybrid Incentives

National Incentives

Calculate Payment

Find Your Trade-In Value

Get a Quote

Apply for Credit

Get Prequalified

Get a Brochure

Sign Up for Updates

Competitive Compare

Jeep₀ Brand SUVs

Jeep₀ Tax Credit

**LOCATE**

Search New Inventory

Start Buying Process

Find a Dealer

Schedule a Test Drive

Certified Pre-Owned Inventory

Fuel Efficiency

FAQ and Glossary

**ELECTRIFICATION**

4xe Hybrid SUVs

**JEEP LIFE**

Concept Vehicles

The Road Ahead

Jeep₀ Life Home

Jeep₀ Badge of Honor

Jeep₀ Partnerships

Jeep₀ Brand History

(Jeep)^RED Partnership

**PRIVACY CENTER**

Privacy Policy

Do Not Sell My Personal Info

Cookie Settings

**LEGAL**

Copyright

Terms of Use

Legal, Safety and Trademark Information

VEHICLES SHOPPING TOOLS CAPABILITY ELECTRIFICATION JEEP® LIFE OWNERS

Jeep

VEHICLES SHOPPING TOOLS CAPABILITY MENU

**OWNERS**

Owners Manuals and User Guides

Warranty

Jeep® Wave Owner Benefits

Recall Information

EcoDiesel Settlement

Jeep® Gear

Jeep® DrivePlus℠ Mastercard®

Vehicle Order Tracking

Miles App

**FOLLOW US**

**SUPPORT**

CHRYSLER DODGE JEEP® RAM MOPAR® FIAT® ALFA ROMEO FCA FLEET

©2022 FCA US LLC. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Wagoneer, Mopar and SRT are registered trademarks of FCA US LLC.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

*MSRP excludes destination, taxes, title and registration fees. Starting at price refers to the base model, optional equipment not included. A more expensive model may be shown. Pricing and offers may change at any time without notification. To get full pricing details, see your dealer.

FCA US LLC strives to ensure that its website is accessible to individuals with disabilities. Should you encounter an issue accessing any content on www.jeep.com, please email our Customer Service Team or call 1-877-IAMJEEP, for further assistance or to report a problem. Access to www.jeep.com is subject to FCA US LLC's Privacy Policy and Terms of Use.

