# Exhibit 23

Contact:   Dale Jewett

Kristin Starnes

## Jeep® Brand Creates Jeep 4xe Charging Network, Works With Electrify America to Provide EV Charging at Off-road Trailheads Throughout the United States

- The Jeep® brand is establishing the Jeep 4xe Charging Network, installing EV Level 2 charging stations at Jeep Badge of Honor off-road trailheads around the United States over the next 12 months
- Trailhead chargers coincide with launch of 2021 Jeep Wrangler 4xe plug-in hybrid — the most technically advanced and eco-friendly Wrangler yet — and will support future electrified Jeep vehicles
- Moab, Rubicon Trail and Big Bear — iconic Jeep vehicle trails — will get the first charging stations and be operational this spring
- Jeep 4xe Charging Network is operated by Electrify America; Jeep 4xe owners will get free charging via a custom mobile app
- With 49 MPGe and 21 miles of all-electric range, the Jeep Wrangler 4xe can conquer even the toughest trails with zero emissions

March 26, 2021,  MOAB, Utah - Unveiled today as part of this year's Easter Jeep® Safari, the Jeep brand is taking electrified propulsion beyond the paved road with the innovative 2021 Jeep Wrangler 4xe plug-in hybrid. Partnering with Electrify America to create the Jeep 4xe Charging Network, Jeep-branded EV charging stations will be installed at or near the trailheads of Jeep Badge of Honor off-road trails over the next year, allowing owners to take full-advantage of their electrified Jeep SUV.

Jeep 4xe charging stations are scheduled to open this spring at three of the most popular off-road sites and iconic trails for the Jeep brand — Moab, Utah; the Rubicon Trail in Pollock Pines, California; and Big Bear, California.

Additional Jeep 4xe Charging Stations are scheduled to be operational around the country by the end of 2021. The charging stations will be located near Jeep Badge of Honor trails, an industry exclusive off-road rewards program to support enthusiasts looking to earn a Badge of Honor for their new Jeep Wrangler 4xe.

Jeep 4xe Charging Stations will be either directly connected to the power grid or use solar power to generate electricity.

"Electrification opens a new chapter in the Jeep brand story, and it brings an entirely new level of excitement and enjoyment to our enthusiastic owners," said Christian Meunier, Jeep Brand Chief Executive Officer. "Key to making Jeep brand the greenest SUV brand is assuring our owners can enjoy the benefits of electric propulsion wherever they go, including the most iconic off-road trails in the country."

Creating the network of EV charging stations at off-road trails coincides with the launch of the 2021 Jeep Wrangler 4xe plug-in hybrid, the most capable, technically advanced and eco-friendly Wrangler ever built. With the Wrangler 4xe, Jeep enthusiasts can explore nature's beauty with zero-emission propulsion that provides instant, trail-conquering torque.

Beyond the Rubicon Trail, Big Bear and Moab sites, other locations for Jeep 4xe Charging Network EV chargers will be announced in the future.

Jeep is working with leading public charging network Electrify America to establish the trailhead

charging sites and install the charging equipment. Jeep 4xe owners will be able to login to unlock free charging via a custom mobile app by Electrify America, which also allows drivers to initiate and monitor their charging session.

"It is our goal to provide electric vehicle drivers with the freedom to get to where they want to go — whether it be on a highway or off-road — and we look forward to bringing Jeep enthusiasts along on the journey," said Giovanni Palazzo, president and chief executive officer of Electrify America. "Through the customizable electric vehicle charging offerings of our Electrify Commercial B2B brand, we were able to work with Jeep to identify where their drivers will need charging access most, and make it a reality."

The Jeep 4xe Charging Network trailhead chargers will deliver Level 2 (240-volt) charging. With Level 2 charging, the 17 kilowatt-hour battery pack in the Jeep Wrangler 4xe can be fully recharged in about two hours, delivering 49 MPGe and 21 miles of electric range. Recharge times will be shorter for Wrangler 4xe owners looking to just top off the battery pack before heading out on the trail.

Delivering up to 375 horsepower and 470 lb.-ft. of torque, the 2021 Jeep Wrangler 4xe lets the driver tailor the performance of the hybrid powertrain to best match planned activities, via the E Selec modes.

The E Selec mode options include eSave, which saves the Wrangler 4xe's battery charge for later use by prioritizing propulsion from the 2.0-liter engine. Additionally, the driver can choose between battery saving and battery charging during eSave via the Hybrid Electric Pages in the vehicle's Uconnect monitor.

The 2021 Jeep Wrangler 4xe launched in Sahara 4xe ($47,995 MSRP) and Rubicon 4xe ($51,695 MSRP) trim levels. Prices exclude the available $7,500 federal tax credit, any additional eligible state and local credits, and $1,495 destination charges.

**Jeep Wave® Customer Care Program**
Jeep Wave is a premium owner loyalty program filled with benefits and exclusive perks created to give Jeep owners the utmost care and dedicated 24/7 support. The Jeep Wave customer service program is available to the entire 2021 model-year Jeep brand lineup.

Jeep Wave program highlights include:

- Three years of worry-free maintenance at Jeep dealerships, including oil changes and tire rotations
- 24/7 support via phone or online chat
- Trip interruption and first-day loaner coverage
- VIP access to select, exclusive Jeep brand events

**Electrify America**
Electrify America LLC, the largest open DC fast charging network in the U.S., is investing $2 billion over 10 years in Zero Emission Vehicle (ZEV) infrastructure, education and access. The investment will enable millions of Americans to discover the benefits of electric driving and support the build-out of a nationwide network of workplace, community and highway chargers that are convenient and reliable. Electrify America expects to install or have under development approximately 800 total charging stations with about 3,500 DC fast chargers by December 2021. During this period, the company will be expanding to 29 metros and 45 states, including two cross-country routes, delivering on its commitment to support increased ZEV adoption with a network that is comprehensive, technologically advanced and customer friendly. Electrify America earned the "2020 EV Charging Infrastructure Best-in-Test" award from umlaut, an independent testing & validation company, as published in Charged Electric Vehicles Magazine noting the brand's accessibility and seamless customer experience. Electrify America's Electrify Home® offers home charging solutions for consumers with flexible installation options. Electrify Commercial® provides expert solutions for businesses looking to develop electric vehicle charging programs. For more information, visit www.electrifyamerica.com and media.electrifyamerica.com.

**Jeep Brand**

Built on more than 80 years of legendary heritage, Jeep® is the authentic SUV brand that delivers legendary off-road capability, interior refinement, high-tech features and versatility to people who seek extraordinary journeys. The Jeep brand delivers an open invitation to live life to the fullest by offering a broad portfolio of vehicles that continues to provide owners with a sense of safety and security to handle any journey with confidence. Jeep Wave, a premium owner loyalty and customer care program that is available to the entire Jeep 4x4 lineup, is filled with benefits and exclusive perks to deliver Jeep brand owners the utmost care and dedicated 24/7 support. The legendary Jeep brand's off-road capability is enhanced by a global electrification initiative that is transforming 4xe into the new 4x4. All Jeep brand vehicles in North America will offer an electrified variant by 2025.

**Follow Jeep and company news and video on:**
Company blog: http://blog.stellantisnorthamerica.com
Media website: http://media.stellantisnorthamerica.com
Jeep brand: www.jeep.com
Facebook: www.facebook.com/jeep
Instagram: www.instagram.com/jeep
Twitter: www.twitter.com/jeep
LinkedIn: www.linkedin.com/company/jeep
YouTube: www.youtube.com/thejeepchannel or https://www.youtube.com/StellantisNA

Additional information and news from Stellantis are available at: https://media.stellantisnorthamerica.com