# Exhibit 28



THE ALL-NEW 2022
# GRAND CHEROKEE

VOLUME 1

VOLUME 2



# THE ALL-NEW 2022 JEEP GRAND CHEROKEE



**4xe**

PLUG-IN HYBRID TECHNOLOGY IS THE DRIVING FORCE THAT — ONCE AGAIN — PLACES GRAND CHEROKEE AT THE FOREFRONT OF SUV INNOVATION. GO FROM EXPLORING EXCITING CITY LANDMARKS IN PLUSH LUXURY TO REDISCOVERING THE BEAUTY OF NATURE IN NEAR SILENCE WITH REDUCED EMISSIONS, EASILY TRANSITIONING FROM GASOLINE TO ALL-ELECTRIC TRAVEL.

## 57 MPGe[*]

## 24-MILE
### ALL-ELECTRIC RANGE[*]

## 443-MILE
### COMBINED RANGE[*]

**MOST PLANET-FRIENDLY GRAND CHEROKEE EVER[*]**

*A note about this brochure: all disclosures can be found on the last page.

A  P O W E R F U L
# L E A P  F O R W A R D

With its new, hybrid technology,
Jeep® Grand Cherokee 4xe puts an impressive
amount of power and torque under your
command from the moment you press the
accelerator pedal. This is no small feat; it's a
giant step in the right direction when it comes to
delivering pulling strength and passing power.

## 375
### HORSEPOWER³

## 470
### LB-FT OF TORQUE³

**SUMMIT RESERVE 4xe IN BRIGHT WHITE**

DEP DEALER ePROCESS



**BEAUTIFUL DESIGN ADDS TO THE SCENERY** when you're traveling in an all-new Jeep® Grand Cherokee Summit® 4xe. Signature trapezoidal wheel wells help show off stunning 20-inch Polished aluminum wheels, bookmarking the illuminated door sills. Unique LED fog lamps give the renowned front fascia and its seven-slot grille a special glow. The Summit and the 4xe badges shine in a telltale hybrid Electric Blue, announcing its special pedigree within the Jeep® Brand. With additional acoustic second-row side glass in place, you'll experience an exceptionally luxurious, whisper-quiet ride when you travel in fully electric or hybrid mode. Standard.



# RE-CHARGE INTO THE FUTURE

This all-new Jeep® Grand Cherokee Summit® 4xe expands its legacy of luxury, incorporating modern comforts that soothe with smart utility that informs. Both front-row and second-row passengers benefit from developments that usher in a new era of exceptional elegance that's both luxurious and smartly efficient.

SUMMIT RESERVE 4xe WITH BLACK INTERIOR



THE INTERIOR OF THE ALL-NEW JEEP® GRAND CHEROKEE SUMMIT® 4xe CREATES A LEVEL OF HYBRID LUXURY THAT'S AN EXCEPTIONALLY RARE FIND. THE ECONOMIES ARE FOUND IN THE POWERTRAIN, AND A LONG LIST OF COMFORTS ARE READY AND WAITING FOR ALL TO ENJOY.

1. The Summit nameplate bears a legacy of premium luxury recognized around the world. Here, it's realized with a soft, quilted Nappa leather-trimmed interior that includes heat settings on all seats and ventilation for front-row occupants.

2. The leather-wrapped steering wheel is heated and comes with convenient fingertip controls for the 10.25-inch Driver Information Display (DID), entertainment and communication functions, as well as HVAC controls. Available.

3. For those who demand acoustic perfection, the premium McIntosh® Audio System is engineered to exceed expectations. With 19 carefully placed speakers, including a subwoofer, this system provides an unrivaled audio experience. Available.

# A NATURAL
# WONDER

Modern plug-in hybrid technology drives the Jeep Brand into a new, smart lane of travel. Ride earth-friendly, backed by exceptional, dependable engineering and design.





You choose how and when to optimize the hybrid drivetrain via push-button controls on the dashboard. Select HYBRID for the best of both worlds, ELECTRIC to only use battery power, or E-SAVE to reserve battery power for later — like for low-emission zones in cities or driving through a majestic cedar forest — where you'll enjoy near-silent exploring with maximum torque and horsepower.

Getting powered up faster is as simple as parking in your own driveway with an available, simple-to-use smart-enabled Jeep Brand Level II EV Home Charging Station installed at your home.[4] The Level II charging unit can charge up to six times faster than typical Level I charging options.[5] You can utilize Qmerit, our approved collaborator, for installation.



# MASTERY MEETS
# HYBRID EFFICIENCY

**SELEC-TERRAIN® TRACTION MANAGEMENT SYSTEM**
works to optimize the on- and off-road performance of every Jeep® Brand 4WD system.
Selec-Terrain® lets you choose traction modes that automatically adjust to help you
master every road condition you meet. And because the 4xe 4WD is powered by hybrid
technology, you'll enjoy efficiencies at work within impressive capabilities.

# A TECHNICAL **MARVEL**

THERE'S BEAUTY IN STRENGTH, AND JEEP₀ GRAND CHEROKEE 4xe EXCEEDS AT DISPLAYING BOTH. THE 2.0L I-4 DOHC DIRECT-INJECTION TURBO PLUG-IN HYBRID ELECTRIC VEHICLE (PHEV) ENGINE WORKS WITH THE 16-KWH LITHIUM-ION BATTERY PACK, REGENERATIVE BRAKE BOOSTER AND 8-SPEED AUTOMATIC TRANSMISSION FOR 375 HORSEPOWER[2] AND 470 LB-FT OF TORQUE.[3] YOU'LL HAVE PLENTY OF STRENGTH AT TAKEOFF SO YOU CAN TOW UP TO 6,000 LB, WHEN PROPERLY EQUIPPED, WITH BEAUTIFUL CONFIDENCE.



**24** INCHES

Use your available Quadra-Lift® Air Suspension System to raise Jeep₀ Grand Cherokee 4xe to its highest level of ground clearance. You're then able to confidently travel in up to 24 inches of water.[6] Grand Cherokee 4xe is engineered to take water fording[6] seriously, thanks to the placement and waterproofing of critical functions.



TRAILHAWK® 4xe IN SILVER ZYNITH

WHETHER YOU'RE TRAVELING FOR WORK OR FOR PLEASURE, ROAD CONDITIONS CAN CHANGE IN AN INSTANT. YOU'RE HANDED THE CONFIDENCE TO FORGE AHEAD WHEN YOU'RE SUPPORTED BY A PROVEN JEEP® BRAND 4WD SYSTEM.

# FROM THE CORNER OFFICE TO
# ALL CORNERS OF THE GLOBE



**QUADRA-TRAC II®** offers on-demand, all-speed traction control via a two-speed transfer case with torque management and low range, and it can quickly distribute power to the axle with the most traction. Sensors detect wheel-slip at the earliest possible moment and then work to take corrective action to keep you moving safely ahead. Standard.

# MOST CAPABLE
# GRAND CHEROKEE EVER

**GRAND CHEROKEE TRAILHAWK® 4xe** blends Jeep® Brand capability and advanced hybrid technology all at once. A sway-bar disconnect improves articulation and traction over rocks and rough terrain during off-road maneuvers. The standard Quadra-Trac II® 4WD system is fully operational in all-electric mode, where you can listen in near silence to Mother Nature's soundtrack in all its glory.



**OFF-ROAD PAGES** hands you a new perspective on the unpredictable path ahead. It makes good use of your standard 8.4-inch or available 10.1-inch touchscreen radio to show you real-time vehicle information while operating in off-road positions. Information tabs and the Off-Road Status Bar display drivetrain status, transfer case, pitch and roll, Forward-Facing Off-Road Camera, GPS coordinates, altitude and much more. Standard.



**1.**

**2.**

**3.**

**4.**

JEEP₍₎ GRAND CHEROKEE TRAILHAWK® 4xe TAKES ON
ADVENTURE WITH PLENTY OF COMFORT ALONG FOR THE
RIDE. AN IMPRESSIVE FRONT DASHBOARD AND CONSOLE
PRESENTS GAUGES, CONTROLS AND FULL-COLOR SCREENS
WITHIN A PLUSH, LUXURIOUS INTERIOR DESIGN. THIS
MASTER OF THE TRAILS INVITES YOU TO PRESIDE OVER A
NEW BREED OF HYBRID STYLE, CRAFTED FOR THOSE WHO
APPRECIATE FINERY AND DEMAND PRECISION.

1. You're invited into a plush cabin outfitted with Capri
   leather- and suede-trimmed seats with elegant Surf Blue
   accent stitching; all are heated, with ventilated seating for
   those in the front row.

2. Grip the Trailhawk branded heated steering wheel for
   support while blazing winter trails. You'll employ the
   steering wheel buttons to accomplish important tasks
   like making and taking phone calls, adjusting and setting
   cruising speeds, and scrolling through the multiple screens
   on the full-color 10.25-inch Driver Information Display.

3. Brushed chrome accents, bezels and trim adorn the steering
   wheel, door handles, toggles and knobs, adding elegance
   and subtle shine.

4. The Trailhawk badge adorns the front seatbacks, reminding
   all who enter that this 4xe SUV remains a dominant player
   in the 4WD arena.



SUMMIT RESERVE INTERIOR IN BLACK SHOWN WITH COMMANDVIEW® DUAL-PANE POWER PANORAMIC SUNROOF

TRAVEL IN
# NEAR SILENCE
FOR UP TO 24 MILES[1] IN ALL-ELECTRIC MODE

SUMMIT RESERVE 4xe IN BRIGHT WHITE



**THE ALL-NEW UCONNECT® 5 SYSTEM** Stay connected and in control of your vehicle from anywhere with access to more services, ranging from safety and security to navigation and entertainment. Personalization is pioneered with up to five driver profiles, a customizable home screen and simultaneous dual-phone connectivity. An available 4G Wi-Fi® Hotspot provides a strong, fast and lasting connection on the road.

Learn more at **driveuconnect.com**

- Standard SiriusXM® Radio[9] (6-month Platinum Plan trial)
- Available Jeep® Connect
- Standard wireless Apple CarPlay®[10] support
- Standard wireless Android Auto™[11] compatibility

- Available TomTom® Traffic & Travel Services[12]
- Available Google Assistant compatibility
- Available Amazon Alexa Built-In[13]
- Available SiriusXM[9] with 360L
- Available HD radio





**THE ALL-NEW AVAILABLE JEEP® APP[14]** is an essential tool that gives you more control of your vehicle, more convenience in your day, and more peace of mind in and out of the driver's seat.

**REMOTE LOCK**
Remotely lock or unlock your vehicle.

**REMOTE VEHICLE START / CANCEL REMOTE START[15]**
Start the engine and warm up or cool down the vehicle before entering.

**REMOTE HORN AND LIGHTS**
Easily locate the vehicle by remotely sounding the horn and flashing the headlamps.

**VEHICLE FINDER[16]**
No more parking lot hunts. If you forget where you parked your car, you can simply tap the vehicle icon in the Jeep® App[14] to find it.

**DEALERSHIP SERVICE SCHEDULING**
Enjoy the convenience of online scheduling and instantly make service appointments with ease — including arranging for contactless vehicle pickup and drop-off with participating dealers.





SUMMIT 4xe IN BRIGHT WHITE

# STAY THE COURSE WITH AMAZING SAFETY AND SECURITY TECHNOLOGY

### NEW ACTIVE DRIVING ASSIST SYSTEM[17]

Helps you simultaneously keep your vehicle centered in its lane, on straightaways and curved roads alike, and maintain a safe distance from others while cruising at a desired speed on divided highways. Available.

### ACTIVE LANE MANAGEMENT SYSTEM[17]

Provides a visual and audible warning should the vehicle drift outside of lane boundaries or if the driver's hands are off the wheel. Standard.

### ADAPTIVE CRUISE CONTROL (ACC) WITH STOP AND GO[18]

Take the guesswork out of keeping a safe following distance from the car ahead while cruising on the highway. The system automatically adjusts cruising speed to maintain a preset distance between you and the vehicle ahead and can bring Jeep₀ Grand Cherokee 4xe to a complete stop, without driver intervention, to help avoid a collision. Standard.

### NEW NIGHT-VISION CAMERA[19]

An infrared eye mounted on the front grille detects pedestrians and animals crossing the vehicle's pathway. The driver is notified in time to take appropriate action. Available.



NEW ACTIVE DRIVING ASSIST SYSTEM[17]

NEW HEAD-UP DISPLAY

HIGH-STRENGTH STEEL SAFETY CAGE

# A  FIREWALL  BETWEEN
# YOU  AND  THE  WORLD

NEW TECHNOLOGY AND ENGINEERING USHER YOUR SAFETY AND SECURITY INTO THE FUTURE WITH A LONG LIST OF STANDARD AND AVAILABLE FEATURES ON EVERY JEEP₀ GRAND CHEROKEE 4xe MODEL. YOUR PEACE OF MIND IS ALWAYS TOP OF MIND.

**NEW DROWSY-DRIVER DETECTION[18]** Monitors steering wheel movement and provides an audible alert if the system detects that the driver is not correctly handling the wheel or if the vehicle is off track. Available.

**NEW 360° CAMERAS[20]** When activated, your vehicle's perimeter is displayed on your dash touchscreen. These cameras provide a top view, rearview and panorama view to assist you when parking, either manually or automatically. A convenient washer keeps the camera's lens clean. Available.

**NEW HEAD-UP DISPLAY** Drivers can maintain focus on the road ahead with the help of this full-color, 10-inch transparent windshield display. Driving cluster data is projected onto a safe viewing area on the windshield in front of the driver. Available.

**STRONG AND LIGHTWEIGHT** The exceptionally solid safety cage consists of high-strength steel paired with lightweight aluminum, designed to make Jeep Grand Cherokee 4xe light in weight while still providing a very strong foundation. Standard.

**NEW INTERSECTION COLLISION ASSIST[21]** Detects the risk of collision with intersection cross traffic and warns the driver of any oncoming risks, applying automatic braking when appropriate. Available.

**NEW TRAFFIC SIGN RECOGNITION[22]** Detects road signs ahead via a forward-facing camera and provides visual reminders on both your multi-view and Head-Up Displays. Available.

**FORWARD COLLISION WARNING WITH ACTIVE BRAKING (FCW+)[19]** Sensors detect when Grand Cherokee 4xe may be approaching another vehicle too rapidly, sending an audible and visual alert to the driver and providing 1.5 seconds of brake assistance if the driver does not react in time. Standard.

**PARKVIEW® REAR BACK-UP CAMERA[20]** Brings previously hidden rear objects to your attention, either on screen or with an audible warning, in good time to react. You can also keep an eye on anything in tow while in motion. Standard.

**BLIND SPOT MONITORING[23] AND REAR CROSS-PATH DETECTION[20]** Monitors the space between you and other drivers, and you're notified when a side or rear blind spot is encroached. Standard.

**PARALLEL AND PERPENDICULAR PARK ASSIST[24]** This active guidance system controls steering automatically using ultrasonic sensors that help you ease into parking spots. Includes ParkSense® Front Park Assist[24] sensors. Available.



CHARGING
MADE **EASY**

WE'VE TEAMED UP WITH QMERIT TO MAKE INSTALLING
A FASTER LEVEL II CHARGER MORE CONVENIENT.[4] WITH
THEIR CERTIFIED ELECTRIFICATION TECHNICIANS AND
TOP-RATED CUSTOMER CARE SPECIALISTS, QMERIT
ENSURES YOUR SATISFACTION AT EVERY STEP.

SUMMIT 4xe IN SILVER ZYNITH

Qmerit





THE ALL-NEW 2022 JEEP GRAND CHEROKEE

A BOLD ADDITION
TO ANY LANDSCAPE

BRIDGE THE GAP BETWEEN YOUR DAY-TO-DAY COMMUTING AND EXCURSIONS TO PLACES OTHERS ONLY DREAM OF REACHING. TRAVEL IN TOTAL COMFORT, ENJOYING THE LUXURY AND NEXT-GENERATION TECHNOLOGY OF THIS STORIED SUV WHILE MOVING FORWARD IN CONFIDENCE WITH NEW STANDARD AND AVAILABLE SAFETY AND SECURITY SYSTEMS THAT WORK IN HARMONY WITH THE PROVEN CAPABILITY OF JEEP. BRAND 4WD.

SUMMIT IN ROCKY MOUNTAIN



Those who appreciate world-class craftsmanship will enjoy the view from both the first and second rows of this luxurious, all-new Jeep, Grand Cherokee Summit Reserve. The passengers in the rear seats now ride with heating and cooling vents in very close proximity for a more tailored climate. New available rear-seat entertainment on two separate screens offers streaming capabilities for customized viewing. The front-seat passenger has their own full-color touchscreen as well.

# A TWO-ROW
# PENTHOUSE

SUMMIT RESERVE WITH TUPELO INTERIOR

# PICTURE PERFECT



THE ALL-NEW JEEP. GRAND CHEROKEE ILLUSTRATES THE INTERSECTION OF BEAUTIFUL, MODERN DESIGN WITH THE ICONIC FEATURES THAT HAVE MADE IT REVERED THE WORLD OVER.

LIMITED IN LAKEFRONT BLUE



FROM ITS UPDATED SEVEN-SLOT GRILLE WITHIN A MODERN FRONT FASCIA TO THE NEW AVAILABLE 20-INCH WHEELS, OFFERED ON JEEP® GRAND CHEROKEE LIMITED, AN EVOLVED IMAGE APPEARS, READY TO CAPTURE ATTENTION WHEREVER IT GOES.



# HARMONY OF TEXTURE AND LIGHT

Laden with quilted Palermo leather-trimmed seating
and trim in Tupelo or Black, this fully wrapped package
elevates Summit Reserve to levels of peak sophistication.
Here, you'll experience the very peak of luxury, from
open-pore wood trim to intricately crafted bezels.
This Jeep® Grand Cherokee is reserved for those who
appreciate a full roster of standard premium amenities.



SEE WHAT'S POSSIBLE
**FROM HERE**

The CommandView® Dual-Pane Power Panoramic Sunroof gives sightseers much more to enjoy. With a power sunshade in front, and a fixed-glass ceiling in the rear, your world opens up. Available.

# FREE SPIRITED



CHOOSE FROM TWO GAS-POWERED ENGINES, EACH ENGINEERED TO DELIVER PROVEN CAPABILITIES. THE 3.6L PENTASTAR® V6 ENGINE COMBINES STRENGTH WITH AN EFFICIENT PERFORMANCE, AND ITS ENGINE STOP/START (ESS) TECHNOLOGY ADDS DESIRED ECONOMIES. THE 5.7L V8 ENGINE OFFERS QUICK AND SMOOTH ACCELERATION WITH THE MAXIMUM TOWING POWER OF UP TO 7,200 LB AND 390 LB-FT OF TORQUE WHEN PROPERLY EQUIPPED. BOTH ENGINES ARE PAIRED TO AN 8-SPEED AUTOMATIC TRANSMISSION.

LIMITED IN LAKEFRONT BLUE



### SELEC-TERRAIN® TRACTION MANAGEMENT SYSTEM
Five selectable settings — Rock, Sand / Mud, Snow, Auto and Sport — electronically coordinate 12 different vehicle management systems, adjusting your traction control to match the road ahead. Available.

### QUADRA-LIFT® AIR SUSPENSION
Lower ride height for optimal access or rise higher to meet on-road demands. You're handed exceptional ground clearance with water fording[6] capabilities of up to 24 inches. Available.



# CONNECTS YOU TO EVERYTHING YOU LOVE

**THE ALL-NEW UCONNECT® 5 SYSTEM**
Stay connected and in control of your vehicle from anywhere with access to more services, ranging from safety and security to navigation and entertainment. Personalization is pioneered with up to five driver profiles, a customizable home screen and simultaneous dual-phone connectivity. An available 4G Wi-Fi⁸ Hotspot provides a strong, fast and lasting connection on the road. Learn more at **driveuconnect.com**

## THE WORLD OF UCONNECT

- Standard SiriusXM® Radio⁹ (6-month Platinum Plan trial)
- Available Jeep® Connect
- Standard wireless Apple CarPlay®¹⁰ support
- Standard wireless Android Auto™¹¹ compatibility

- Available TomTom® Traffic & Travel Services¹²
- Available Google Assistant compatibility
- Available Amazon Alexa Built-in¹³
- Available SiriusXM⁹ with 360L
- Available HD radio



**THE ALL-NEW AVAILABLE JEEP® APP¹⁴** is an essential tool that gives you more control of your vehicle, more convenience in your day, and more peace of mind in and out of the driver's seat. It allows you to schedule service appointments, remotely start¹⁵ and lock / unlock your car, and flash the lights and sound the horn from virtually anywhere. A Vehicle Finder¹⁶ feature helps you to locate your vehicle on a map.

**Jeep CONNECT**







Front and center, an expanded Uconnect® 5 NAV is available to keep you informed and entertained. Its large, full-color, 10.1-inch touchscreen display integrates with your smartphone, thanks to wireless Apple CarPlay®10 and wireless Android Auto.TM11 Option a 4G LTE Wi-Fi8 Hotspot, and up to eight devices can connect.

A 10.25-inch, full-color Driver Information Display is fully customizable. Select the data you want to view from a wide range of options: from a basic analog read-out to a full digital display. Information includes trip data, outside temperature, tire-pressure monitoring and more.

Now, front passengers have their own available frameless, digital touchscreen, situated on the dash directly before them for added convenience all within reach.





# THIS IS A PROTECTED AREA

ADDING MORE STANDARD AND AVAILABLE SAFETY AND SECURITY FEATURES THAN EVER BEFORE, YOU ARE ASSURED THAT, WITHIN THE SANCTUARY OF THE TWO-ROW 2022 JEEP® GRAND CHEROKEE, ALL PASSENGERS BENEFIT.

**NEW ACTIVE DRIVING ASSIST SYSTEM[17]** Helps you simultaneously keep your vehicle centered in its lane, on straightaways and curved roads alike, and maintain a safe distance from others while cruising at a desired speed on divided highways. Available.

**NEW HANDS-FREE ACTIVE DRIVING ASSIST SYSTEM[17]** Experience safe and secure hands-free driving at all speeds, as well as lane centering on approved roadways, for even greater driving convenience. This system will predictively slow the vehicle down in tight curves and automatically resume control after the driver verifies they're paying attention to the road. Available.

**ACTIVE LANE MANAGEMENT SYSTEM[17]** Provides a visual and audible warning should the vehicle drift outside of lane boundaries or if the driver's hands are off the wheel. Standard.

**ADAPTIVE CRUISE CONTROL (ACC) WITH STOP AND GO[18]** Take the guesswork out of keeping a safe following distance from the car ahead while cruising on the highway. The system automatically adjusts cruising speed to maintain a preset distance between you and the vehicle ahead and can bring Jeep Grand Cherokee to a complete stop, without driver intervention, to help avoid a collision. Standard.

# A  SANCTUARY  FOR  TRUE  PEACE  OF  MIND



**STRONG AND LIGHTWEIGHT** The exceptionally solid safety cage consists of high-strength steel paired with lightweight aluminum, designed to make Jeep® Grand Cherokee light in weight while still providing a very strong foundation. Standard.

**NEW DROWSY-DRIVER DETECTION**[18] Monitors steering wheel movement and provides an audible alert if the system detects that the driver is not correctly handling the wheel or if the vehicle is off track. Available.

**NEW 360° CAMERAS**[20] When activated, your vehicle's perimeter is displayed on your dash touchscreen. These cameras provide a top view, rearview and panorama view to assist you when parking, either manually or automatically. A convenient washer keeps the camera's lens clean. Available.

**NEW HEAD-UP DISPLAY** Driving cluster data is projected onto a safe viewing area on the windshield in front of the driver. Available.

**NEW NIGHT-VISION CAMERA**[18] An infrared eye detects pedestrians and animals crossing the vehicle's pathway, notifying the driver in time to take appropriate action. Available.

**NEW INTERSECTION COLLISION ASSIST**[21] Detects the risk of collision with intersection cross traffic and warns the driver of any oncoming risks, applying automatic braking when appropriate. Available.

**FORWARD COLLISION WARNING WITH ACTIVE BRAKING (FCW+)**[19] Sensors detect when Grand Cherokee may be approaching another vehicle too rapidly, sending an audible and visual alert to the driver and providing 1.5 seconds of brake assistance if the driver does not react in time. Standard.

**PARKVIEW® REAR BACK-UP CAMERA**[20] Brings previously hidden rear objects to your attention, either on screen or with an audible warning, in good time to react. You can also keep an eye on anything in tow while in motion. Standard.

**BLIND SPOT MONITORING**[23] **AND REAR CROSS-PATH DETECTION**[20] Monitors the space between you and other drivers, and you're notified when a side or rear blind spot is encroached. Standard.

**PARALLEL AND PERPENDICULAR PARK ASSIST**[24] This active guidance system controls steering automatically using ultrasonic sensors that help you ease into parking spots. Includes ParkSense® Front Park Assist[24] sensors. Available.

**NEW TRAFFIC SIGN RECOGNITION**[22] Detects road signs ahead, providing visual reminders on both your multi-view and Head-Up Displays. Available.

DEALER ePROCESS



**ADMIRATION** IS IN THE SIGHS OF THE BEHOLDER

SUMMIT IN SILVER ZYNITH



ADVENTURE AWAITS

(1) Manufacturer's estimated miles per gallon equivalent (MPGe). Actual mileage may vary. (2) Based on manufacturer's estimates of greenhouse gas emissions and previous Jeep Grand Cherokee generations. (3) Based on 2.0L I-4 PHEV engine, 16-kWh lithium-ion battery and 8-speed automatic transmission. (4) Requires purchase and professional installation. See dealer for details. (5) Charging times can vary based on the acceptance rate of the vehicle. (6) Do not attempt water fording unless depth is known and consistent with the vehicle's water fording rating in the Owner's Manual. Traversing water can cause damage that may not be covered by the new vehicle warranty. Always off-road responsibly in approved areas. (7) Always be aware of your surroundings and drive carefully, consistent with conditions. (8) Three-month / 1GB trial included with the purchase or lease of a new vehicle. Upon expiration of the trial period, purchase of a subscription is required. Wi-Fi Hotspot available through third-party subscription. Requires Internet-enabled mobile device. See dealer for details. This feature is not intended for use by the driver while the vehicle is in motion. Always drive carefully. (9) SiriusXM Audio, SiriusXM Traffic Plus and SiriusXM Travel Link require subscriptions, sold separately or as a package, by SiriusXM Radio Inc. If you decide to continue service after your trial period included with the new vehicle purchase, the subscription plan you choose will automatically renew thereafter and you will be charged according to your chosen payment method at then-current rates. Trial service is not transferable. Fees and taxes apply. Please see the Customer Agreement at www.siriusxm.com for complete terms and how to cancel, which includes calling SiriusXM at 1-866-539-7474. All fees and programming are subject to change. Not all vehicles or devices are capable of receiving all services offered by SiriusXM. Data displays and individual product availability vary by vehicle hardware. (10) Requires compatible iPhone. See dealer for phone compatibility. Data plan rates apply. Vehicle user interface is a product of Apple. Apple CarPlay is a trademark of Apple Inc. iPhone is a trademark of Apple Inc., registered in the US and other countries. Apple terms of use and privacy statements apply. (11) To use Android Auto on your car display, you'll need an Android phone running Android 6 or higher, an active data plan and the Android Auto App. (12) Vehicle must be enrolled in an active subscription with Jeep Connect. (13) Available on properly equipped vehicles with a Uconnect 5C / C NAV system. Requires a Wi-Fi Hotspot plan and linked Amazon account to run Alexa in the vehicle. (14) You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. You must have an active subscription to Jeep Connect in order to use remote services. See Terms of Service for service limitations. (15) Remote Vehicle Start not available on all vehicles. You are responsible for using remote features in accordance with any laws, rules or ordinances in effect in your vehicle's location. You must have an active subscription to Jeep Connect in order to use remote services. See Terms of Service for service limitations. (16) To use Vehicle Finder, you must have the Jeep App with Jeep Connect installed on a compatible smartphone and have an active subscription to Jeep Connect. (17) This system is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and maintain control of the vehicle. (18) This system is a driver convenience system, not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. (19) This system is an alert system for the front of the vehicle. It is not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. (20) Always check entire surroundings visually before proceeding. (21) This system is an alert system for the front and sides of the vehicle. It is not a substitute for active driver involvement. The driver must remain aware of traffic conditions and be prepared to use the brakes to avoid collisions. (22) Traffic Sign Recognition is not a substitute for safe and attentive driving. Factors including weather and condition of the traffic sign can impact recognition and display of the sign. Always check traffic signs visually while driving. (23) Always check visually for vehicles prior to changing lanes. (24) Always look before proceeding. An electronic drive aid is not a substitute for conscientious driving. Always be aware of your surroundings.

©2021 FCA US LLC. All Rights Reserved. Jeep, the Jeep grille, Grand Cherokee, Grand Cherokee Summit, CommandView, ParkSense, ParkView, Pentastar, Quadra-Lift, Quadra-Trac II, Selec-Terrain, Trailhawk, Trail Rated and Uconnect are registered trademarks of FCA US LLC.

Amazon, Alexa, and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. Apple, Apple CarPlay and iPhone are registered trademarks of Apple Inc. Bluetooth is a registered trademark of Bluetooth SIG, Inc. Bridgestone and any Bridgestone products or service names are trademarks or registered trademarks of Bridgestone Corporation. Facebook and logo are registered trademarks of Facebook, Inc. Goodyear is a registered trademark of The Goodyear Tire & Rubber Company. All rights reserved. Google, Android, Google Assistant, YouTube, Android Auto and other marks are trademarks of Google LLC. Instagram is a registered trademark of Instagram, Inc. McIntosh is a registered trademark of Shinola/Detroit, LLC. Sirius, XM, SiriusXM, SiriusXM Guardian, and all related marks and logos are registered trademarks of SiriusXM Radio Inc. TomTom is a registered trademark of TomTom International BV. The Twitter name, logo, Twitter T, Tweet and Twitter bird are trademarks of Twitter, Inc. in the United States and other countries.

This document is a publication of FCA US LLC. All product illustrations and specifications are based upon current competitive information at the time of publication approval. FCA US LLC reserves the right to make changes from time to time, without notice or obligation, in prices, specifications, colors and materials, and to change or discontinue models which are considered necessary to the purpose of product improvement or for reasons of design and / or marketing.

(800) 925-JEEP
JEEP.COM

Jeep is a registered trademark of FCA US LLC.

74-383-2268