# Exhibit 30

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     24V-720

**Manufacturer Name :** Chrysler (FCA US, LLC)
**Submission Date :** SEP 27, 2024
**NHTSA Recall No. :** 24V-720
**Manufacturer Recall No. :** 95B



## Manufacturer Information :

**Manufacturer Name :** Chrysler (FCA US, LLC)
**Address :** 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI
48326-2757
**Company phone :** 1-800-853-1403

## Population :

**Number of potentially involved :** 154,032
**Estimated percentage with defect :** 1 %

## Vehicle Information :

**Vehicle 1 :** 2020-2024 Jeep Wrangler
**Vehicle Type :**
**Body Style :** SUV
**Power Train :** NR
**Descriptive Information :** Some 2020-2024MY Jeep Wrangler Plug-In Hybrid Electric Vehicles ("PHEVs") may have been built with a battery pack which contains cells which are susceptible to separator damage.

The potentially affected vehicle production period began on July 1, 2020, when production of Jeep Wrangler PHEVs manufactured with suspect battery packs began, and ended on November 16, 2023, when production of Jeep Wrangler PHEVs manufactured with suspect battery packs ended.

Similar vehicles not included in this recall are not PHEVs or were built after the suspect vehicle production period.

The total affected vehicles for this model is 118,230.

**Production Dates :** JUL 01, 2020 - NOV 16, 2023
**VIN Range 1 : Begin :** NR     **End :** NR     ☐ Not sequential

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report        24V-720        Page 2

| | |
|---|---|
| Vehicle 2 : | 2022-2024 Jeep Grand Cherokee |
| Vehicle Type : | |
| Body Style : | SUV |
| Power Train : | NR |
| Descriptive Information : | Some 2022-2024MY Jeep Grand Cherokee Plug-In Hybrid Electric Vehicles ("PHEVs") may have been built with a battery pack which contains cells which are susceptible to separator damage.<br><br>The potentially affected vehicle production period began on May 17, 2021, when production of Jeep Grand Cherokee PHEVs manufactured with suspect battery packs began, and ended on November 16, 2023, when production of Jeep Grand Cherokee PHEVs manufactured with suspect battery packs ended.<br><br>Similar vehicles not included in this recall are not PHEVs or were built after the suspect vehicle production period.<br><br>The total affected vehicles for this model is 35,802. |
| Production Dates : | MAY 17, 2021 - NOV 16, 2023 |
| VIN Range 1 : Begin : | NR        End : NR        ☐ Not sequential |

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | In rare circumstances, a battery pack may contain cells with separator damage. Separator damage, combined with other complex interactions within the cells, may lead to a vehicle fire. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage. Vehicle risk is reduced when the battery charge level is depleted. Accordingly, owners are advised to refrain from recharging. Out of an abundance of caution, FCA US is also advising owners of these vehicles to park away from structures or other vehicles until the remedy is obtained. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

**Involved Components :**

The information contained in this report was submitted pursuant to 49 CFR §573

| | |
|---|---|
| Component Name 1 : | Hybrid Service Kit |
| Component Description : | Battery Pack, 400V |
| Component Part Number : | 68488244AA / 68540591AA |

**Supplier Identification :**

**Component Manufacturer**

Name : Samsung SDI America INC
Address : 4121 N Atlantic Blvd
Auburn Hills Michigan 48326
Country : United States

**Chronology :**

• On June 25, 2024, the FCA US LLC ("FCA US") Technical Safety and Regulatory Compliance ("TSRC") organization opened an investigation after receiving two reports of fires originating from the high voltage ("HV") battery in Jeep Wrangler plug-in hybrid electric vehicles ("PHEVs") outside the scope of FCA US Recall ID B9A (NHTSA ID 23V-787) ("B9A").

• From April 2024 through July 2024, FCA US received additional reports of fires originating from the HV battery in certain Jeep Wrangler PHEVs and certain Jeep Grand Cherokee PHEVs. FCA US has conducted further analysis of the battery packs from some of these vehicles with Samsung SDI in an effort to determine root cause.

• From June 2024 to July 2024, FCA US received three reports of fires originating in the HV battery in Jeep Wrangler PHEVs which received the B9A remedy software. FCA US has determined the B9A remedy is ineffective at detecting certain abnormalities within the HV battery which may lead to a fire.

• In August of 2024, Samsung SDI communicated to FCA US that the most likely root cause of B9A is due to separator damage combined with other complex interactions within the cell. Root cause investigation continues.

• As of September 13, 2024, FCA US is aware of 13 customer assistance records, one warranty claim, and 13 field reports potentially relating to this issue for all markets with dates of receipt ranging from February 28, 2024, to September 10, 2024.

• As of September 13, 2024, FCA US is aware of zero accidents and two injuries potentially related to this issue for all markets.

• On September 20, 2024, FCA US determined, through the Vehicle Regulations Committee, to conduct a

voluntary safety recall of the affected vehicles.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy is a software flash followed by a HV battery replacement if needed.<br><br>FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |
| How Remedy Component Differs from Recalled Component : | Remedy is revised Battery Pack Control Module ("BPCM") software followed by a HV battery replacement, if needed. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | **09/27/2024: FCA US will notify dealers on or about 10/3/2024 and begin notifying owners on or about 10/17/2024. |
| Planned Dealer Notification Date : | OCT 03, 2024 - OCT 03, 2024 |
| Planned Owner Notification Date : | OCT 17, 2024 - OCT 29, 2024 |

* NR - Not Reported