# Exhibit 34

**PLEASE NOTE - DUE TO THE CURRENT UAW STRIKE MANY ORDERS ARE EXPERIENCING DELAYS** ✕



🔍 Part Number(s), Keywords, or VIN

**NO VEHICLE SELECTED** ⌄

Home > MOPAR 68488244AA

# Mild Hybrid Motor Generator Unit (MGU) Battery Pack - mopar (68488244AA)

2021-2024 Jeep Wrangler - 68488244aa

| | |
|---|---|
| MSRP: | $16,910.00 |
| Discount: | $1,828.02 (10.8% off) |
| Sale Price: | $15,081.98 |

🚗 Make sure this part fits your Car ›

🛒 **ADD TO CART**

Subscribe

Email Address

Sign up for Promotions!



**Manufacturer Warranty**
Minimum of 12 Months

**Shop with Confidence**

Home   Garage   Search   Cart

4.6 ★★★★★
Google Customer Reviews

PLEASE NOTE - DUE TO THE CURRENT UAW STRIKE MANY ORDERS ARE EXPERIENCING DELAYS  ✕

| Brand: | |
|---|---|
| SKU: | 68488244AA |
| Other Names: | Hybrid Battery Kit |
| Sold In Quantity: | 1 |

⚠️ **WARNING**: California Proposition 65

## VEHICLE FITMENT

| Year | Make | Model | Body & Trim | Engine & Transmission |
|---|---|---|---|---|
| 2024 | Jeep | Wrangler | Unlimited High Altitude 4xe, Unlimited Rubicon 4xe, Unlimited Sahara 4xe, Unlimited Sport S, Unlimited Willys 4xe | 2.0L L4 - Electric/Gas, 2.0L L4 - Gas |
| 2023 | Jeep | Wrangler | Unlimited High Altitude 4xe, Unlimited Rubicon 4xe, Unlimited Sahara 4xe, Unlimited Willys 4xe | 2.0L L4 - Electric/Gas |
| 2022 | Jeep | Wrangler | Unlimited High Altitude 4xe, Unlimited Rubicon 4xe, Unlimited Sahara 4xe | 2.0L L4 - Electric/Gas |
| 2021 | Jeep | Wrangler | Unlimited High Altitude 4xe, Unlimited Rubicon 4xe, Unlimited Sahara 4xe | 2.0L L4 - Electric/Gas |

## MYMOPARPARTS

We know you love your mopar vehicle, so why not treat it right with all OEM parts direct from the dealership? Make sure it fits with our 100% fitment guarantee when you provide your VIN! When you buy your Mild Hybrid Motor Generator Unit (MGU) Battery Pack (68488244aa) you can be sure your Mild Hybrid Motor Generator Unit (MGU) Battery Pack will be spe                                                                                                                        ir home or work very quickly. Contac

Shop More Mopar Parts By Selectin

**Chrysler Models** | **Jeep Models** |

## POLICIES

**Shipping Policy**

**Return Policy**

**Contact Us**

| Home | Garage | Search | Cart | More |

PLEASE NOTE - DUE TO THE CURRENT UAW STRIKE MANY ORDERS ARE EXPERIENCING DELAYS                                                                    ✖

| Email Address | SUBMIT |

## Policies

Sign In                                                                                                               ›

Register                                                                                                              ›

My Orders                                                                                                             ›

## Navigation

About Us                                                                                                              ›

Contact Us                                                                                                            ›

Terms & Conditions                                                                                                    ›

Return & Refund Policy                                                                                                ›

Sitemap                                                                                                               ›

## Contact

**MyMoparParts**
3310 W KINGSLEY RD STE 100
GARLAND, TX 75041
1-888-823-6349

 ebay



| Home | Garage | Search | Cart | More |