# Exhibit 35





**2024 Jeep Grand Cherokee**

Home > 2024 Jeep Grand Cherokee > Battery, Battery Tray and Cables > 68540591AA

# Hybrid Battery Kit, US - Mopar (68540591AA)

2022-2024 Jeep - 68540591aa



PART CAN BE FOUND AS REFERENCE #2 IN ILLUSTRATION

## DETAILS

| | |
|---|---|
| Brand: | (Mopar) |
| SKU: | 68540591AA |
| Other Names: | Hybrid Battery Kit, Svce Kit |
| Notes: | **Engines:** 2.0L I4 DOHC DI Turbo PHEV Engine. **Transmissions:** 8-Spd Auto 8P75PH PHEV Transmission. |
| Replaces: | 68540591AM |
| HazMat: | This part contains hazardous materials. Extra shipping costs apply. |
| Warranty: | Learn more about Warranty Details |





Shop for related parts in **Battery, Battery Tray and Cables**

## ALSO PURCHASED



| Storage Battery | Power Inverter Module | Battery Charger Cable | Storage Battery |
|---|---|---|---|
| BPH7A001AA | 56029692AA | 05190308AA | BBH7A001AA |
| Mopar | Mopar | Mopar | Mopar |
| ADD TO CART | ADD TO CART | ADD TO CART | ADD TO CART |

## VEHICLE FITMENT

| Year | Make | Model | Body & Trim | Engine & Transmission |
|---|---|---|---|---|
| 2024 | Jeep | Grand Cherokee | 4xe, Overland 4xe, Summit 4xe, Summit Reserve 4xe, Trailhawk 4xe | 2.0L L4 - Electric/Gas |
| 2023 | Jeep | Grand Cherokee | 30th Anniversary 4xe, 4xe, Altitude, Laredo, Limited, Overland, Overland 4xe, Summit, Summit 4xe, Summit Reserve, Summit Reserve 4xe, Trailhawk 4xe | 2.0L L4 - Electric/Gas, 3.6L V6 - Flex |
| 2023 | Jeep | Grand Cherokee L | Altitude, Laredo, Limited, Overland, Summit, Summit Reserve | 3.6L V6 - Flex |
| 2022 | Jeep | Grand Cherokee | Altitude, Laredo, Limited, Overland, Overland 4xe, Summit, Summit 4xe, Summit Reserve, Summit Reserve 4xe, Trailhawk, Trailhawk 4xe | 2.0L L4 - Electric/Gas, 3.6L V6 - Flex |





| 2022 | Jeep | Cherokee L | Summit | 3.6L V6 - Flex |

## POLICIES

**Shipping Policy**

**Returns Policy**

**Contact Us**

### Need Help
Roadside Assistance
Chat With Us
Email Us
FAQs
Site Map
For First Responders

### Resources
Find a Dealer
Recalls
Owner's Apps
Owner's Manual
Maintenance Schedule
Warranty Information
Parts & Accessories Catalogs

FOR DEALERS

COMPANY

PRIVACY CENTER



VIEW ALL FCA BRANDS





©2024 FCA US LLC. All Rights Reserved.

Chrysler, Dodge, Jeep, Ram, Mopar® and SRT are registered trademarks of FCA US LLC.

ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

Powered by RevolutionParts © 2024