# Exhibit 36

3/3/24, 12:36 PM    Stellantis and Samsung SDI to Invest Over $2.5 Billion in Joint Venture for Lithium-Ion Battery Production Plant in United States | Stellantis

Case 2:24-cv-10546-BRM-KGA   ECF No. 30-37, PageID.4607   Filed 11/25/24   Page 2 of 3

< **All Press Releases**                                  Share

May 24, 2022

# Stellantis and Samsung SDI to Invest Over $2.5 Billion in Joint Venture for Lithium-Ion Battery Production Plant in United States

- Joint venture to build electric-vehicle battery plant in Kokomo, Indiana, U.S. to support Stellantis' North America electrification ambitions outlined in "Dare Forward 2030" strategic plan

- Plant targeted to start in 2025 and create 1,400 new jobs

- Facility to have an initial annual production capacity of 23 gigawatt hours with an aim to increase up to 33 gigawatt hours



KOKOMO, Indiana, United States – Stellantis N.V. and Samsung SDI today announced that they have executed binding, definitive agreements to establish an electric-vehicle battery manufacturing facility in Kokomo, Indiana, U.S. Targeted to start in 2025, the plant aims to have an initial annual production capacity of 23 gigawatt hours (GWh), with an aim to increase to 33 GWh in the next few years. The total capacity would increase further as demand for Stellantis electric vehicles is expected to rise.

The joint venture company will invest over $2.5 billion (€2.3 billion) and create 1,400 new jobs in Kokomo and the surrounding areas. The investment could gradually increase up to $3.1 billion (€2.9 billion). The new facility will supply battery modules for a range of vehicles produced at Stellantis' North American assembly plants. Plant construction activities are scheduled to begin later this year with production operations planned to launch in the first quarter of 2025.

"Just under one year ago, we committed to an aggressive electrification strategy anchored by five gigafactories between Europe and North America," said Carlos Tavares, CEO of Stellantis. "Today's announcement further solidifies our global battery production footprint and demonstrates Stellantis' drive toward a decarbonized future outlined in Dare Forward 2030. I am grateful to Governor Holcomb and Secretary Chambers along with Mayor Moore, and their teams as well as to all my colleagues for their support and dedication to bring this operation to Kokomo, a city that holds a rich and long history for our company."

"We express our gratitude towards officials from the State of Indiana and Stellantis for supporting the final selection of the plant site in Indiana," said YOONHO CHOI, chief executive officer of Samsung SDI. "We have secured a solid foothold in a rapidly growing North American EV market through the joint venture with Stellantis. We will make sincere efforts to bring satisfaction to the market with top-class quality products in the future, and we will contribute towards meeting the climate change target."

"It's another incredibly exciting day to be back in Kokomo celebrating such a transformational investment from Stellantis and our new partners at Samsung," said Gov. Holcomb. "Today's announcement is another step toward positioning Indiana as a leader in the future of mobility, battery technology and clean energy."

"Our goals for the growth of Indiana's economy are ambitious," said Brad Chambers, secretary of commerce for Indiana Economic Development Corporation. "This significant venture with Stellantis and Samsung SDI is squarely in line with our 5E focus on the energy transition and building an economy of the future. Large-scale investments like this are a testament to Indiana's business-

3/3/24, 12:36 PM                     Stellantis and Samsung SDKGo Invest Over $2.5 Billion in Joint Venture for Lithium-Ion Battery Production Plant in United States | Stellantis

Case 2:23-cv-01056-BRM-KGA-ECF No. 30-37, PageID.4608 Filed 11/25/24 Page 3 of 3

friendly climate, its strong workforce, a growing population and our continued investment in quality of life. The economic growth and momentum in our state this year is unprecedented."

"We would like to thank our partner, Stellantis, for its continued investment, support, and faith in this community for over 85 years," said Tyler Moore, Mayor of Kokomo. "We would also like to thank Samsung SDI for its confidence in us and look forward to working together for the decades to come. This multi-billion dollar investment will help solidify Kokomo as a global leader in automotive manufacturing."

At the Indiana factory, Samsung SDI will be applying its cutting-edge technology PRiMX to producing EV battery cells and modules for the North American market. Samsung has launched its premium battery technology brand PRiMX as an industry's first last year and unveiled the brand at CES 2022 in January.

As part of the **Dare Forward 2030** strategic plan, Stellantis announced plans to have global annual battery electric vehicle sales of five million vehicles by 2030, reaching 100% of passenger car BEV sales mix in Europe and 50% passenger car and light-duty truck BEV sales mix in North America. Stellantis also increased planned battery capacity by 140 GWh to approximately 400 GWh, to be supported by five battery manufacturing plants together with additional supply contracts. This announcement is part of the long-term electrification strategy to invest $35 billion (€30 billion) through 2025 in electrification and software globally.

The closing is subject to customary closing conditions, including regulatory approvals.

## About Stellantis

Stellantis N.V. (NYSE / MTA / Euronext Paris: STLA) is one of the world's leading automakers and a mobility provider. Its storied and iconic brands embody the passion of their visionary founders and today's customers in their innovative products and services, including Abarth, Alfa Romeo, Chrysler, Citroën, Dodge, DS Automobiles, Fiat, Jeep®, Lancia, Maserati, Opel, Peugeot, Ram, Vauxhall, Free2move and Leasys. Powered by our diversity, we lead the way the world moves – aspiring to become the greatest sustainable mobility tech company, not the biggest, while creating added value for all stakeholders as well as the communities in which it operates. For more information, visit www.stellantis.com.

## About Samsung SDI

Samsung SDI is a manufacturer of rechargeable batteries for the IT industry, automobiles, and energy storage systems (ESS), as well as cutting-edge materials used to produce semiconductors and displays. Our executive managers and staff members focus efforts to develop the next generation's growth drivers in order to secure Samsung SDI's place as a creative leader in the energy and cutting-edge materials industry.

## About IEDC

The Indiana Economic Development Corporation (IEDC) is charged with growing the State economy, driving economic development, helping businesses launch, grow and locate in the state. Led by Secretary of Commerce Brad Chambers, @SecChambersIN, and governed by a 15-member board chaired by Governor Eric J. Holcomb, @GovHolcomb, the IEDC manages many initiatives, including performance-based tax credits, workforce training grants, innovation and entrepreneurship resources, public infrastructure assistance, and talent attraction and retention efforts. For more information about the IEDC, visit iedc.in.gov.

Read More

## Media

communications@stellantis.com

**Fernão SILVEIRA**
+31 6 43 25 43 41