# Exhibit 51

YouTube Search Sign in

Every style. Every home.
Sponsored · wayfair.com
Shop now

# Mack Jeep Grand Cherokee 4xe Battery Install

DPCcars
338K subscribers
Join Subscribe 22 Share Save

1.5K views 2 years ago #jeep
As the Jeep brand drives toward a carbon net zero emissions future, the Detroit Assembly Complex – Mack (DAC-M) has ramped up its production of Plug-in Hybrid Electric Vehicle (PHEV) battery, which are installed in the Jeep Grand Cherokee 4xe. The battery wiring is sub-assembled at DAC-M, loaded to an automatic guided cart, and secured underneath the ve...more

Welcome the unexpected
The 2024 Jeep® Grand Cherokee offers incredible tech like an available 10.1-inch display
Sponsored · Jeep
Shop now

Best Debuts From The 2024 Guangzhou Auto Show
Wheelsboy
56K views · 4 days ago

YouTubeTV
We reimagined cable. Try it free.*
Live TV from 100+ channels. No cable box or long-term contract required. Cancel anytime.

rokee 4xe
23K views · 2 years ago

YouTube

Sign in

Doug DeMuro
645K views • 2 years ago

Breaking News: Jeep Urges Wrangler & Grand Cherokee 4xe Owners Not to Charge Because of Fire Risk!
TFLnow
25K views • 1 month ago

Stellantis Chairman and CEO Visit Detroit Manufacturing and Jeep Grand Cherokee L
DPCcars
5.2K views • 3 years ago

Hybrid Mode vs eSave+Battery Save efficiency test. Wow, what a difference.
Wrangler4XEFans
23K views • 3 years ago

2023 Jeep Grand Cherokee 4xe review - Electricity Costs
Modern Motoring
781 views • 1 year ago

Charging your Jeep Wrangler 4xe Everything you need to know.
Brandon Haneline
198K views • 3 years ago

We Put 20,000 Miles on our Jeep Grand Cherokee 4xe and It Was Problematic | Long-Term Test Wrap-Up
Edmunds Cars
133K views • 2 months ago

Short Engine Run Avoidance
Wrangler4XEFans
6.2K views • 1 year ago

Jeep grand cherokee L 2021 battery location. And auxiliary battery. How to jump start it
crifix
37K views • 1 year ago

EV Tow Test: I MAX Out The New Jeep Grand Cherokee 4xe Towing On Electricity
TFLEV
23K views • 2 years ago

NEW Tesla Model Y Juniper 2025 is HERE. Elon Musk Confirms 7 HUGE Changes That You Need To Know
ADAM TECH
54K views • 8 days ago

IT HAPPENED! Elon Musk Announces Tesla's NEW Aluminum-ion Super Battery. Details HERE
ADAM TECH
166K views • 1 month ago

Amazed

YouTubeTV
We reimagined cable. Try it free.*
Live TV from 100+ channels. No cable box or long-term contract required. Cancel anytime.



