# Exhibit 52

Search

Sign in

# Electric Car Explosions Worldwide

**StacheD Training**
18K subscribers
Subscribe

23K Share Save

**729K views 7 months ago**
UPDATE: More than 32,000 hybrid Jeep Wrangler 4xe SUV's recalled for potential fire risk.

UPDATE: The Jeep in this video was charging at the time of the fire. The firefighters unplugged the vehicle upon arrival. **...more**

**Shop the StacheD Training store**

Beanie
$24.00
Fourthwall

Hoodie
$42.00
Fourthwall

Classic T-Shirt (Front/Back)
$32.00
Fourthwall

Classic Ball Ca
$29.00
Fourthwall

Current offers
**Sponsored** · detroit.hondadeal...
Shop now

**Tesla Owner Breaks Window to Escape Before Vehicle Catches Fire in Vancouver**
Storyful News & Weather
616K views · 2 years ago

**Homeowner questions EV safety after fire destroys her Nocatee home**
News4JAX The Local Station
841K views · 11 months ago

**World's Fastest Camera Drone Vs F1 Car (ft. Max Verstappen)**
Red Bull
21M views · 4 months ago

