# Exhibit 56

Skip to main content r/4xe Search in r/4xe Log In

r/4xe • 7 mo. ago
brooklynt3ch

# Lurking subs and cross shopping our next leased vehicle, specifically a Hybird...

Just curious how your 4xe ownership/ lease has been. I'm looking for all the good, the bad, and the ugly. The tax credit is what's tempting me.

15 49 Share

u/ubereats • Promoted

Uber Eats is giving away $10 Million in FREE Domino's® Pizza! Click now to order! See app.

eats.sng.link Order Now

Single comment thread See full discussion

**dtorgue** • 7mo ago

I had a 2021 Sahara for about 2.5yrs 30k miles or so. It had been flawless. Don't love the 2.0t, sounds pretty terrible. Battery life also takes a huge hit in the winter (upstate New York). Started on fire in my driveway a little over a week ago, so that is the end of my 4XE experiment.

1 Reply ...

**brooklynt3ch** OP • 7mo ago

Holy shit, did Jeep engineers come out and inspect/collect the vehicle?

1 Reply ...

**dtorgue** • 7mo ago

They had an independent firm come out and inspect. They sent a report to Jeep.

Communication from Jeep/Stellantis has been basically nonexistent. I had spoken with someone about it initially. After that they emailed me to provide more details. I eventually heard from the third party engineering firm, but haven't heard a peep from Jeep

2 Reply ...

## More posts you may like



Skip to main content 

Log In

### Jeep Breaks Promise, Brings Back the Hemi Wrangler

 motor1

156 upvotes · 96 comments

 r/Jeep

**Why does everyone try to talk me out of getting another jeep for my next car?**

90 upvotes · 241 comments

 r/bronco

**Need advice selling 1978 Bronco**



103 upvotes · 21 comments

 r/Jeep

**Just bought a totally clean 2006 TJ Tub to replace the rotted out tub on my 2006 TJ. Drove all the way to South Carolina from Michigan for it. Super excited!**



146 upvotes · 29 comments

 r/chevycolorado

**I upgraded from my 2013 Malibu, don't you think?**



139 upvotes · 22 comments

 r/askcarguys

**Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?**

 r/JeepTJ

**My 98 TJ, 88k miles.**



148 upvotes · 15 comments

 r/askcarguys

**Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?**

1 upvote · 3 comments

 r/Jeep

Skip to main content

r/

Log In

r/FordBronco

Maybe I should have just hit the damn deer...

191 upvotes · 64 comments

r/FordBronco

Me and my dad's project car currently, thoughts??

465 upvotes · 42 comments

r/FordBronco

Do rules still apply?

102 upvotes · 7 comments

r/Jeep

The $1,500 YJ is making progress

103 upvotes · 11 comments

r/FordBronco

What are these for?

105 upvotes · 134 comments

r/chevycolorado

New 2024 Z71

127 upvotes · 22 comments

r/JeepTJ

Hit a milestone today

105 upvotes · 29 comments

Skip to main content    Log In

117 upvotes · 20 comments

r/bronco
Just did this

115 upvotes · 8 comments

r/FordBronco
Pulled the trigger on a 24 Everglades

170 upvotes · 19 comments

r/FordBronco
Did I make the right move?

128 upvotes · 57 comments

r/Jeep
BIL's Trackhawk stole from the San Antonio area 2 nights ago.

125 upvotes · 43 comments

r/askcarguys
Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

3 comments

r/askcarguys
Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

4 upvotes · 1 comment

r/askcarguys
Hunting for a Mitsubishi ac compressor, How is everyone else here navigating the crap supply chain lately?

6/26/24, 3:10 PM
Case 2:24-cv-10546-BRM-KGA ECF No. 30-57, PageID.4849 Filed 11/25/24 Page 6 of 6
Lurking subs and cross shopping our new research vehicle, specifically a hybrid 4... : r/4xe






615 upvotes  ·  68 comments