# Exhibit 57



r/4xe • 7 mo. ago
FooDoDaddy

# My 4XE is affected by the battery recall.

Good thing my 4XE is charged back by the alley. Sigh..... 😟



38  82  Share

Single comment thread | See full discussion

Skip to main content        Log In

↑ 6 ↓  💬 Reply  ⋯

**bd1308** • 7mo ago

I'm so very sorry to hear this 😭 any idea if it was charging or fully charged?

↑ 2 ↓  💬 Reply  ⋯

**dtorgue** • 7mo ago

It was charging (on 220v). Not sure if it was done charging yet or not

↑ 3 ↓  💬 Reply  ⋯

**bd1308** • 7mo ago

Thank you for your information

↑ 2 ↓  💬 Reply  ⋯

**WhyBePC** • 4mo ago

I know this is late in asking this question but what brand 220v charger were you using?

↑ 1 ↓  💬 Reply  ⋯

➕ 1 more reply

**UofMfatfire** • 4mo ago

What happened to your jeep after it caught fire? Did jeep cover the damage, replace battery? Was it on the recall list?

↑ 1 ↓  💬 Reply  ⋯

**dtorgue** • 4mo ago

Jeep is buying it back, after some negotiation. The poor thing was totaled. Torched interior, glass smashed from the fire co, plastics burned through by the rear passenger tire which blew the tire. Yes it was. I had a 2021 from built in June or so.

↑ 1 ↓  💬 Reply  ⋯

**UofMfatfire** • 4mo ago

We are in the middle of purchasing a 2021 with a recall on it. Very low miles but great price. Hoping that we can just use gas until the recall is fixed? What are your thoughts? I am getting mixed messages from dealerships. This is a used 2021 from a non Jeep dealer. We noticed many dealers don't sell safety recall cars at all until fixed. So was your Jeep considered one of the eight that actually caught on fire. I'm sorry that happened to you. Hopefully they gave you a fair buy back price

↑ 1 ↓  💬 Reply  ⋯

➕ 1 more reply

**UofMfatfire** • 4mo ago

Skip to main content

Log In

👍 1  👎  💬 Reply  ...

## More posts you may like

r/AppleWatch

The 10.1 battery drain is real...

14 upvotes · 16 comments



r/Jeep

Jeep Breaks Promise, Brings Back the Hemi Wrangler

156 upvotes · 96 comments

 motor1

r/Jeep

Why does everyone try to talk me out of getting another jeep for my next car?

90 upvotes · 241 comments

r/Aqara

G4 video doorbell battery life...

2 upvotes · 13 comments

r/rccars

Charger limitation..

3 upvotes · 18 comments



r/OculusQuest

Anyone else's Elite Battery just... stop charging?

5 comments

r/amateurradio

LIFEPO4 battery charger...

4 upvotes · 19 comments

6/26/24, 3:10 PM
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-58, PageID.4854    Filed 11/25/24    Page 5 of 7
My 4XE is affected by the battery recall. - Re…

Skip to main content

r/

Log In

139 upvotes · 22 comments

**r/bronco**

Need advice selling 1978 Bronco

103 upvotes · 21 comments

**r/Jeep**

Just bought a totally clean 2006 TJ Tub to replace the rotted out tub on my 2006 TJ. Drove all the way to South Carolina from Michigan for it. Super excited!

146 upvotes · 29 comments

**r/Jeep**

I'm not saying my Jeep was a good financial decision, but am I a financial guru for owning it? Obviously yes.

204 upvotes · 64 comments

**r/JeepTJ**

My 98 TJ, 88k miles.

148 upvotes · 15 comments

**r/Jeep**

The $1,500 YJ is making progress

103 upvotes · 11 comments

**r/chevycolorado**

New 2024 Z71

127 upvotes · 22 comments

**r/FordBronco**

Maybe I should have just hit the damn deer...

191 upvotes · 64 comments

Skip to main content

Log In

102 upvotes · 7 comments

r/GalaxyS23Ultra

Help... Is my s23 Ultra faulty?

7 upvotes · 14 comments

r/FordBronco

Me and my dad's project car currently, thoughts??

465 upvotes · 42 comments

r/FordBronco

What are these for?

105 upvotes · 134 comments

r/JeepTJ

Hit a milestone today

105 upvotes · 29 comments

r/4xe

My battery for my 22 4xe has lost 20% of its capacity

2 upvotes · 5 comments

r/FordBronco

Who else enjoy detailing their trucks?

117 upvotes · 20 comments

r/FordBronco

Pulled the trigger on a 24 Everglades

6/26/24, 3:10 PM
Case 2:24-cv-10546-BRM-KGA   ECF No. 30-58, PageID.4856   Filed 11/25/24   Page 7 of 7
My 4XE is affected by the battery recall. If the…



New Jeep

130 upvotes · 32 comments

r/FordBronco

Did I make the right move?

128 upvotes · 57 comments