# Exhibit 58



# NHTSA Datasets and APIs

In Support of Open Government Directive

Share:

### NHTSA Datasets and APIs

# Ratings

NHTSA's New Car Assessment Program conducts crash tests to determine how well a vehicle protects its occupants during a crash, and rollover resistance tests to determine the risk of a vehicle rolling over in a single-vehicle crash. Also, NCAP conducts advanced driver assistance system tests to determine how well the system avoids a crash.

### Background

### Metadata

### API

### Download Data

# Recalls

Manufacturers who determine that a product or piece of original equipment either has a safety defect, or is not in compliance with federal safety standards, are required to notify NHTSA within five business days. NHTSA requires that manufacturers file a defect and noncompliance report as well as quarterly recall status reports, in compliance with Federal Regulation 49 (the National Traffic and Motor Safety Act) Part 573, which identifies the requirements for safety recalls. NHTSA stores this information and the data can be used to search for recall information related to specific NHTSA campaigns and product types.



Metadata

API

Data Dashboard

Download Data

# Investigations

After a preliminary review of consumer complaints and other information related to alleged defects, NHTSA obtains information from the manufacturer(including data on complaints, crashes, injuries, warranty claims, modifications, and part sales) and determines whether

further analysis is warranted.  If warranted, the investigator will conduct a more detailed and complete analysis of the character and scope of the alleged defect.

Download Data

# Complaints

Complaint information entered into NHTSA's Office of Defects Investigation vehicle owner's complaint database is used with other data sources to identify safety issues that warrant investigation and to determine if a safety-related defect trend exists. Complaint information is also analyzed to monitor existing recalls for proper scope and adequacy.

Metadata

API

Download Data

# Manufacturer Communications

All manufacturers of motor vehicles or motor vehicle equipment, including low volume and child restraints, must submit to NHTSA copies of their manufacturer communications sent to dealers, distributors, owners, purchasers, lessors, or lessees regarding any defect, failure or malfunction beyond normal deterioration in use, failure of performance, flaw or other unintended deviation from design specifications whether it is safety-related or not.

## Download Data 

# Car Seat Inspection Locator

Car crashes are a leading cause of death and injuries for children. Data show a high number of child car seats are not installed properly. Car seat inspection stations make it easier for parents and caregivers to check to see if their car seat is installed correctly. NHTSA provides information to help people locate a car seat inspection station. Information for each station is reported to NHTSA and we attempt to validate the station locations using a commercial geographic database so that this data will, in most cases, be able to be used for driving directions.

## Metadata 

## API