# Exhibit 59

Updated : Sunday, March 03, 2024, 10:06



National | Economics | Industries | Stock Market | Finance | Startups | Science/Tech | ESG | Event | K-Culture | Opinion | Who's Wh

HOME > INDUSTRIES

# Samsung SDI Voluntarily Recalls EV Batteries in the U.

Jung Min-hee | 2022.02.07 13:31

**Due to Poor Battery Welding**



Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States.

Samsung SDI has voluntarily initiated a recall of its batteries for electric vehicles in the United States after confirming defects in battery modules.

The company submitted a plan to recall high-voltage batteries for plug-in hybrid electric vehicles (PHEVs) of U.S. carmakers Ford and Stellantis to the National Highway Traffic Safety Administration (NHTSA) on Jan. 28 (local time), the NHTSA said on Feb. 4.



Battery Manufacturing
ReElement Technologies

Samsung SDI thinks that a total of 1,163 high-voltage battery modules and 100 vehicles have related

M
1
2
3
4 Daewoo E&C Completes Insta Ultra-low Temperature Heat
5 [Hyundai M&F] Earnings to n in 2024
6 Hyundai E&C Selected as Pref Negotiating Partner for Majo
7 Korean Government Looks to 1,000 Green Startups
8 POSCO International to Cons Driving Motor Core Plants in








 Samsung SDI Voluntarily Recalls EV Batteries in the U.S.

## Critical Battery Elements

the latest," Samsung SDI told the NHTSA.



**Jung Min-hee**  pr@businesskorea.co.kr

View More Article

Copyright © BusinessKorea. Prohibited from unauthorized reproduction and redistribution










Samsung SDI Voluntarily Recalls EV Batteries in the U.S.