# Exhibit 60

Contact:    Ron Kiino

Kristin Starnes

## All-new 2017 Chrysler Pacifica Reinvents Minivan Segment with Unprecedented Level of Functionality, Versatility and Technology

- 2017 Chrysler Pacifica and Pacifica Hybrid revolutionize the minivan segment with nearly 40 new minivan firsts
- After creating the minivan segment more than 30 years ago, FCA US now boasts an unmatched 115 minivan innovations
- Re-engineered from the ground up on an all-new platform for class-leading ride, handling, and noise, vibration and harshness (NVH)
- Delivers class-leading gasoline and hybrid powertrains to the minivan segment, with the Pacifica Hybrid offering up to 84 miles per gallon equivalent (MPGe)
- 2017 Chrysler Pacifica brings sculptural styling, beautiful surfacing and highly crafted execution to the minivan segment
- Offers more than 100 standard and available safety and security features, including 360-degree Surround View camera, ParkSense Parallel/Perpendicular Park Assist, Adaptive Cruise Control with Stop and Hold and Forward Collision Warning-Plus
- The most technologically equipped of its kind with available all-new Uconnect Theater rear seat entertainment, 8.4-inch touchscreen display and premium audio systems
- Full array of comfort and convenience technologies available, including Stow 'n Vac integrated vacuum, tri-pane panoramic sunroof, handsfree sliding doors and liftgate, and redesigned Stow 'n Go seating with Stow 'n Go Assist and Easy Tilt access to the third row

January 11, 2016, Auburn Hills, Mich. - Delivering unparalleled levels of functionality, versatility, technology and bold styling, the all-new 2017 Chrysler Pacifica redefines the minivan segment.

As the original creator of the minivan more than 30 years ago, FCA US LLC has transformed the segment with firsts – notching 78 innovations through the first five minivan generations. With the introduction of the all-new Chrysler Pacifica, FCA US adds 37 minivan firsts to its portfolio for an unprecedented total of 115 innovations in the segment.

"The all-new 2017 Chrysler Pacifica is truly a no-compromises minivan, giving customers everything they need or want," said Timothy Kuniskis, Head of Passenger Car Brands, FCA - North America. "We started from the ground up to design the most technologically advanced minivan, which offers bold styling, class-leading ride and handling, and unmatched fuel economy, with the Pacifica Hybrid delivering 84 miles per gallon equivalent (MPGe) in electric-only mode. The all-new Chrysler Pacifica was thoughtfully designed and engineered to provide unsurpassed levels of comfort, convenience, technology and functionality, making it the perfect combination for modern families."

### Engineering
The 2017 Chrysler Pacifica was re-engineered from the ground up on an all-new platform, delivering class-leading ride and handling and reduced noise, vibration and harshness (NVH). Its body structure is the lightest and stiffest in its class, making it more responsive with lower levels of body roll and enhanced agility to absorb and distribute road inputs. Class-leading aerodynamics contribute to the Pacifica's unsurpassed fuel efficiency.

The all-new Pacifica is engineered and executed to deliver a "vault-like" interior environment with low levels of wind noise, road noise and related vibration/harshness characteristics. Active Noise

Cancellation (ANC) is standard on all models to further heighten the Chrysler Pacifica's refinement factor during a comfortable daily commute or an extended road trip with family and friends.

The Chrysler Pacifica boasts the largest interior volume in the segment, with clever storage, available eight-passenger seating, and – a requirement with all generations of FCA US minivans – the ability to fit an 8 x 4-foot sheet of plywood.

### Powertrain

The all-new 2017 Chrysler Pacifica minivan features a choice of two powerful, efficient and advanced powertrains – the segment's first hybrid vehicle, and the next generation of the award-winning Pentastar V-6 gasoline engine, which is mated to a segment-exclusive TorqueFlite nine-speed automatic transmission.

The Pacifica Hybrid, the industry's first electrified minivan, will deliver an estimated range of 33 miles solely on zero-emissions electric power from a 16-kWh lithium-ion (Li-ion) battery. It achieved an efficiency rating of 84 MPGe in electric-only mode based on U.S. Environmental Protection Agency standards.

The pivotal technology behind the all-new Chrysler Pacifica Hybrid is its innovative electrically variable transmission (EVT). Designed by FCA US, the device features two electric motors, which are both capable of driving the vehicle's wheels.

On the Chrysler Pacifica gasoline models, the latest iteration of the award-winning 3.6-liter Pentastar V-6 engine produces 287 horsepower and 262 lb.-ft. of torque, along with unsurpassed fuel economy (28 miles per gallon on the highway). Enhancements such as two-step variable-valve lift (VVL), cooled exhaust-gas recirculation (EGR) and innovative weight-reduction strategies boost the engine's efficiency and performance, all while preserving the smoothness that remains a hallmark of the Pentastar brand. For added fuel efficiency, engine stop-start (ESS) technology is a standard feature on the 2017 Chrysler Pacifica (late availability).

### Design

Featuring the face of the Chrysler brand, the all-new Chrysler Pacifica has a sculpted exterior with athletic proportions. A fast silhouette and sophisticated, fluid-like surfacing deliver a level of style not found in the minivan segment. The Pacifica's sliding door track lines are hidden under the rear-quarter side glass, making them virtually indistinguishable. With its long wheelbase, wide track, low ground clearance and available 20-inch wheels, the Chrysler Pacifica appears planted, with a capable stance.

The Chrysler Pacifica Hybrid features a unique front grille pattern and wheel design, as well as distinctive badging, differentiating it from the rest of the Pacifica lineup.

The thoughtfully designed and beautifully crafted interior mixes high-tech elements with a sculpted, muscular feel. With horizontally drawn features, the interior's spaciousness is amplified, and the linear elements keep the eye moving throughout the cabin. The available tri-pane panoramic sunroof, with a dual-pane panoramic sunroof over the first two rows and a fixed glass pane over the third row, adds to the feeling of spaciousness.

The Chrysler Pacifica and Pacifica Hybrid are available in 10 exterior paint colors that accentuate the vehicle's surfacing: Billet Silver Metallic Clear Coat, Brilliant Black Crystal Pearl Coat, Bright White Clear Coat, Molten Silver Metallic Clear Coat, Velvet Red Pearl Coat, Jazz Blue Pearl Coat, Dark Cordovan Pearl Coat, Tusk White Pearl Coat, Granite Crystal Metallic Clear Coat and Silver Teal Pearl Coat (available only on the Pacifica Hybrid and paired with an exclusive interior environment).

### Safety and Security

The all-new 2017 Chrysler Pacifica showcases the latest in advanced safety and security technology, offering more than 100 standard and available features. Available for the first time on the all-new Pacifica is the Surround View camera, which uses four cameras positioned around the vehicle to provide 360-degree views, including a bird's eye perspective of the vehicle and its surroundings. Other advanced features include:

- ParkSense Parallel/Perpendicular Park Assist, which uses ultrasonic sensors to guide the driver into parking spaces
- Adaptive Cruise Control with Stop and Hold, which maintains the distance between the vehicle and the one in front of it, and can bring the vehicle to a controlled stop under certain circumstances
- Forward Collision Warning-Plus deploys the brakes to alert the driver if an impact appears imminent, and assists with driver response
- LaneSense Lane Departure Warning-Plus leverages electronic power steering (EPS) by delivering a torque input to alert and assist the driver with corrective action

Other standard and available features include Blind-spot Monitoring, ParkSense rear park assist with stop, ParkView rear backup camera, electronic stability control and electric park brake. As part of FCA US's ongoing efforts to proliferate advanced safety and technology, the Pacifica's all-new body structure features the use of additional high-strength steel.

The Chrysler Pacifica also boasts up to five seating positions that will accommodate LATCH child safety-seat installation – a capacity unsurpassed in the segment.

**Technology and Convenience**
The 2017 Chrysler Pacifica is the most technologically equipped vehicle of its kind, offering an all-new Uconnect Theater entertainment system, 7-inch full-color driver information display, 8.4-inch touchscreen, acclaimed Uconnect Access and an array of other features.

With the all-new, class-exclusive Uconnect Theater rear seat entertainment system, passengers can watch movies, play built-in games and connect personal devices to surf the Internet via two high-definition 10-inch touchscreens.

The available KeySense programmable key fob places limits on speed and audio volume, mutes the audio when front seatbelts are not buckled, prevents the disabling of certain features like Forward Collision Warning-Plus and ParkSense rear park assist, and allows blocking of SiriusXM Radio channels.

The 2017 Chrysler Pacifica features the available easy-to-use Uconnect 8.4 system with an 8.4-inch touchscreen, navigation, integrated voice command, and Uconnect Access, which keeps drivers and passengers connected with helpful information, such as fuel prices and movie listings

For audiophile-quality sound, the Chrysler Pacifica comes standard with six speakers and Active Noise Cancellation. Premium audio systems, either a 13-speaker Alpine system or a 20-speaker Harman Kardon surround sound system, are also available.

The 2017 Chrysler Pacifica is loaded with comfort and convenience features, including Keyless Enter 'n Go, remote start, and heated and ventilated seats. Other notable features include segment-first handsfree sliding doors and liftgate, which are operated by making a kicking motion under the sliding door or bumper to open the sliding doors or liftgate.

For added convenience, the available Stow 'n Vac integrated vacuum powered by RIDGID provides easy access to all corners of the vehicle. The Stow 'n Go seating and storage system, a hallmark of FCA US minivans for more than 10 years, has been redesigned for added ease of use, and the addition of the all-new Stow 'n Go Assist feature helps to further simplify the process. With the press of a button on the B-pillar, the front seat moves forward to allow the second-row seat to be stowed into the floor tub. Once the seat is stowed, pressing the button again moves the front seat back to its starting position. In addition, the Easy Tilt second-row seats allow for easy access to the third row, even with an empty child seat installed in the second row.

The 2017 Chrysler Pacifica and Pacifica Hybrid are built at the Windsor Assembly Plant in Windsor, Ontario, Canada.

**Chrysler Brand**
The Chrysler brand has delighted customers with distinctive designs, craftsmanship, and advanced innovation and technology since the company was founded in 1925. Chrysler continues to build on that

nearly 100-year legacy of creating ingenious products and technologies for mainstream customers, moving forward on an electrified transformation that will launch the brand's first battery-electric vehicle in 2025 and an all-electric portfolio in 2028.

The Chrysler Pacifica continues to reinvent the minivan, a segment Chrysler created 40 years ago. The Chrysler Pacifica Plug-in Hybrid symbolizes the brand's electrification evolution, representing the first electrified minivan in the segment and achieving 82 MPGe, an all-electric range of 32 miles and a total range of 520 miles. Chrysler Pacifica delivers the most standard safety features and most advanced available all-wheel-drive system in its class and is also the most awarded minivan over the last seven years with more than 175 honors and industry accolades since its introduction as a minivan.

Chrysler is part of the portfolio of brands offered by leading global automaker and mobility provider Stellantis. For more information regarding Stellantis (NYSE: STLA), please visit www.stellantis.com.

**Follow Chrysler and company news and video on:**
Company blog: http://blog.stellantisnorthamerica.com
Media website: http://media.stellantisnorthamerica.com
Chrysler brand: www.chrysler.com
Facebook: www.facebook.com/chrysler
Instagram: https://www.instagram.com/chrysler
Twitter: www.twitter.com/chrysler or @StellantisNA
YouTube: www.youtube.com/chrysler or https://www.youtube.com/StellantisNA

Additional information and news from Stellantis are available at: https://media.stellantisnorthamerica.com