# Exhibit 65

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report     24V-536

| | |
|---|---|
| **Manufacturer Name :** | Chrysler (FCA US, LLC) |
| **Submission Date :** | JUL 18, 2024 |
| **NHTSA Recall No. :** | 24V-536 |
| **Manufacturer Recall No. :** | 73B |



**Manufacturer Information :**

Manufacturer Name : Chrysler (FCA US, LLC)

Address : 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI
48326-2757

Company phone : 1-800-853-1403

**Population :**

Number of potentially involved : 15,910
Estimated percentage with defect : 5 %

**Vehicle Information :**

| | |
|---|---|
| Vehicle 1 : | 2017-2018 Chrysler Pacifica |
| Vehicle Type : | |
| Body Style : | VAN |
| Power Train : | NR |

Descriptive Information : Some 2017-2018MY Chrysler Pacifica Plug-In Hybrid Electric Vehicles ("PHEV") have continued to experience fires originating from the high voltage ("HV") battery after having the remedy for FCA US Recall ID Z11 (NHTSA Recall ID 22V-077) ("Z11") completed.

The suspect period began on August 12, 2016, when production of the Chrysler Pacifica PHEV began, and ended on August 7, 2018, when 2018MY production ended. The suspect population was determined using vehicle production records.

Similar vehicles not included in the recall are not PHEV, have received a HV battery replacement after completing Z11, or were built after the suspect vehicle production period.

Production Dates : AUG 12, 2016 - AUG 07, 2018

VIN Range 1 : Begin : NR     End : NR     ☐ Not sequential

**Description of Defect :**

Description of the Defect : A folded or torn anode tab may result in the generation of lithium by-product over time. This defect, along with a second unidentified factor, may lead to an internal short within the pack and may result in a vehicle fire.

FMVSS 1 : NR

FMVSS 2 : NR

Description of the Safety Risk : A vehicle fire may increase the risk of injury to occupants and persons outside of the vehicle, as well as property damage.

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report          24V-536

| | |
|---|---|
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | None |

## Involved Components :

| | |
|---|---|
| Component Name  1 : | Hybrid Battery Pack Assembly |
| Component Description : | Please see attached supplemental information titled "FCA US LLC 73B Involved Component Part Numbers Chrysler Pacifica PHEV Battery Pack Assembly -07182024.pdf" |
| Component Part Number : | See attached document referenced above for Chrysler Pacifica PHEV battery pack assembly part numbers |

## Supplier Identification :

### Component Manufacturer

| | |
|---|---|
| Name : | LG Energy Solution |
| Address : | 1 LG Way |
| | Holland Michigan 49423 |
| Country : | United States |

## Chronology :

On February 6, 2022, FCA US LLC ("FCA US") determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall Z11 on certain Chrysler Pacifica PHEVs.

On November 23, 2022, the FCA US Technical Safety and Regulatory Compliance ("TSRC") organization was notified of a HV battery fire in a Chrysler Pacifica PHEV which received the remedy for Z11. FCA US TSRC is awaiting a second examination of the vehicle and HV battery pack.

From June 2023, through December 2023, FCA US TSRC was made aware of five additional fires originating from the HV battery in some Chrysler Pacifica PHEVs which received the Z11 remedy. FCA US TSRC attempted to repurchase these vehicles for further analysis to determine if the recall remedy was effective.

In April 2024, FCA US TSRC received a Chrysler Pacifica PHEV which experienced a post Z11 remedy fire in the HV battery pack and conducted analysis on the vehicle and battery pack. The battery pack was returned to the supplier for further analysis and confirmed the presence of a torn anode tab in one of the cells in the battery pack. A second factor has not been identified. This discovery confirmed the Z11 remedy is not effective.

# Part 573 Safety Recall Report      24V-536   <span>Page 3</span>

On April 30, 2024, the FCA US TSRC organization opened an investigation into some 2017-2018 Chrysler Pacifica PHEVs experiencing fires originating from the HV battery after having the remedy for Z11 completed.

As of June 12, 2024, FCA US is aware of seven customer assistance records, zero warranty claims, and seven field reports potentially relating to this issue for all markets with dates of receipt ranging from November 23, 2022, to April 15, 2024.

As of June 12, 2024, FCA US is aware of zero accidents and four injuries potentially related to this issue for all markets.

On July 11, 2024, FCA US determined through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

## Description of Remedy :

| | |
|---|---|
| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles to update the HV Battery Pack Control Module ("BPCM") with revised software to monitor battery pack assembly operational status for conditions that could lead to a fire in the battery pack assembly. FCA US will inspect and, if necessary, replace the battery pack assembly. Until the remedy is complete, FCA US is advising owners of these hybrid vehicles to refrain from recharging them, and to park them away from structures and other vehicles. |
| | FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense. |
| How Remedy Component Differs from Recalled Component : | Remedy is revised BPCM software to monitor battery pack assembly operational status for conditions that could lead to a fire in the battery pack assembly. FCA US will inspect and, if necessary, replace the battery pack assembly. |
| Identify How/When Recall Condition was Corrected in Production : | NR |

## Recall Schedule :

| | |
|---|---|
| Description of Recall Schedule : | **07/18/2024: FCA US will notify dealers and begin notifying owners on |

# Part 573 Safety Recall Report     **24V-536**

|  | or about 09/06/2024. |
|---|---|
| Planned Dealer Notification Date : | SEP 06, 2024 - SEP 06, 2024 |
| Planned Owner Notification Date : | SEP 06, 2024 - SEP 06, 2024 |

\* NR - Not Reported