# Exhibit 68



**U.S. Department of Transportation**

**National Highway Traffic Safety Administration**

# ODI RESUME

OFFICE OF DEFECTS INVESTIGATION

NHTSA
NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

**Investigation:** RQ24001
**Prompted By:** VOQ Review
**Date Opened:** 01/16/2024
**Investigator:** Daniel Pinero          **Reviewer:** Bruce York-B
**Approver:** Tanya Topka
**Subject:** Ignition-off high voltage battery fire (Remedy effectiveness of Recall 22V-077)

## MANUFACTURER & PRODUCT INFORMATION

**Manufacturer:** Chrysler (FCA US, LLC)
**Products:** 2017-2018 Chrysler Pacifica
**Population:** 16,741

**Problem Description:** Alleged ignition-off high voltage battery fires after installation of the 22V-077 recall remedy

## FAILURE REPORT SUMMARY

|  | ODI | Manufacturer | EWR D&I | Other | Total | EWR Field Reports |
|---|---|---|---|---|---|---|
| All Incidents: | 4 | 0 | 0 | 0 | 4 | 0 |
| Crashes/Fires: | 4 | 0 | 0 | 0 | 4 | 0 |
| Injury Incidents: | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Injuries: | 0 | 0 | 0 | 0 | 0 | 0 |
| Fatality Incidents: | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Fatalities: | 0 | 0 | 0 | 0 | 0 | 0 |

## ACTION/SUMMARY INFORMATION

**Action:** A Recall Query (RQ) has been opened.

**Summary:**

On February 11, 2022, Fiat Chrysler Automobiles (FCA) issued a safety recall (NHTSA Recall 22V-077) on all 2017-2018 Pacifica Plug-In Hybrid Electric Vehicles (PHEV) produced between August 12, 2016 through August 7, 2018. The recall addresses ignition "OFF' fires that originate at the high voltage (HV) battery pack assembly. An ignition 'OFF' vehicle fire can result in an increased risk of occupant injury, injury to persons outside the vehicle, and property damage, with little to no warning. At the time of the recall filing the root cause of the vehicle fires was unknown and under investigation by FCA and suppliers. A software remedy designed to improve thermal event detectability by monitoring battery diagnostics is currently being installed on subject vehicles as an interim remedy. As of November 23, 2023, the root cause of the battery failure is unknown.

From December 2022 through December 2023, NHTSA has received four consumer complaints (VOQs) alleging vehicle thermal events involving recalled 2017 and 2018 Chrysler Pacifica PHEVs. Additional information collected from complainants confirmed a thermal event originating near or at the HV battery pack after the Recall 22V077 remedy had been applied to the vehicle. Follow up meetings with FCA and suppliers in November and December 2023 to discuss the ongoing root cause investigation and post-recall remedy incidents indicated a recent increase in HV battery thermal events. Furthermore, a review of NHTSA complaint data indicated the post-recall HV battery thermal event complaint rate now exceeds pre-recall levels.

The Office of Defects Investigation (ODI) is opening this Recall Query (RQ) to review the effectiveness of the original recall remedy, understand the root cause of the battery fires, investigate additional reports of Pacifica PHEV HV battery fires, and to increase monitoring of the manufacturer root cause investigation.

To review the ODI reports cited in the Opening Resume ODI Report Identification Number document, go to NHTSA.gov.