# Exhibit 70

6/26/24, 3:18 PM
Poll: safety recall B9A - battery replaced or not? | Jeep Wrangler 4xe Forum
Case 2:24-cv-10546-BRM-KGA   ECF No. 30-71, PageID.5005   Filed 11/25/24   Page 2 of 7



Home > Forums > 2021+ Jeep Wrangler 4xe Forum > 2021+ Jeep Wrangler 4xe General Discussion For…

## If you already had safety recall B9A performed, what was the result:

| My battery has passed the test - no replacement necessary | Votes: 8 | 61.5% |
| My battery needs replacement - already replaced | Votes: 1 | 7.7% |
| My battery needs replacement - waiting for replacement | Votes: 4 | 30.8% |

Total voters: 13

**Poll: safety recall B9A - battery replaced or not?**

→ Jump to Latest
⊕ Follow

👁 7K views   💬 32 replies

**A** andradef ✓ Discussion starter
14 posts • Joined 2022

#1 • Jan 3, 2024

The procedure for this recall is to perform a software test to determine if you need a new battery or not.

👍 Like        🔖 Save    🔗 Share

Advertisement



Sort by  Oldest first ▾

**2** 21Sahara4xe
35 posts • Joined 2021

#2 • Jan 3, 2024

I have never read any place saying to take your wrangler to a dealership to have you software updated to see if you truly have the problem or not. My recall document for this recall does not say this nor did my dealership. Where did you actually read that you need to have this occur?

👍 Like        🔖 Save    🔗 Share

Clutch Auto Deals
1647 posts • Joined 2021

https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V787-2073.PDF



Discover a hassle-free Jeep buying experience with Clutch.
Click to see the latest deals and to get started

Like  Save  Share

1 Reply

**Yawnie'sPapa**
738 posts · Joined 2023

#4 · Jan 4, 2024

| Description of Remedy Program : | FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy will be a software flash on the HV battery pack and if a DTC sets, the pack will be replaced. Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed. |
|---|---|

And it's been discussed in a lot of threads here, in the Wrangler forums, even in the Gladiator forums.

Really, how else would one know other than taking it in for the dealer to check out?
No one is gonna come to you.

Like  Save  Share

**21Sahara4xe**
35 posts · Joined 2021

#13 · Jan 5, 2024

> Yawnie'sPapa said: ⊕
> View attachment 12446
>
> And it's been discussed in a lot of threads here, in the Wrangler forums, even in the Gladiator forums.
>
> Really, how else would one know other than taking it in for the dealer to check out?
> No one is gonna come to you.

Weird....recall document came to me.

👍 Autobot4xe

Like  Save  Share



**Blxe Stxel**
285 posts · Joined 2023

#5 · Jan 4, 2024

Is this test in lieu/regardless of your VIN showing a recall? Mine still shows no recall.

Like  Save  Share

**Yawnie'sPapa**
738 posts · Joined 2023









No recall, no need for test. They have it narrowed down to which vehicles got those lots of batteries, but can't say which out of those lots have the problems yet. The software will help narrow it further. The test is not "in lieu of" - the test is "you are part of the suspect group, this will tell us for sure". Where those who have no notice are not part of the suspect group - no worries.

RISK81, mjg4xe and Blxe Stxel

Like Save Share

Show more replies

C CAD4XE
50 posts · Joined 2022

#6 · Jan 4, 2024

I have an Appointment with my Dealership this coming Friday to do this software test .. they Called me two days ago.
will see what's going to happen.

FL4xe

Like Save Share

BXFXJeep
899 posts · Joined 2022

#9 · Jan 4, 2024

They called you to actually do the test?

I didn't know the test was ready, I thought we are still in the no charge, park away from civilization holding pattern, until they get their ducks in a row sometime in Q1.

MJxE

Like Save Share

Show more replies

BXFXJeep
899 posts · Joined 2022

#11 · Jan 5, 2024

I got an email from the dealership, but that's for a 6 month premature oil change, I'll wait for your feedback before calling them.

Like Save Share

C CAD4XE
50 posts · Joined 2022

#15 · Jan 6, 2024

Drop off my Jeep at 8AM and Pickup at 5PM at the dealership just to be told by the service department the reason they are calling and asked the owner to bring their Jeep in just to check and make sure that Jeep is actually on their Recalled list so when the Flash Software available is easy for them to determine which one need to be contacted by them .. ( oh my .. I just love the excuses .. LOL )

anyway .. without need it blah blah blah anymore .. is a False Alarm and wasted my time but nothing I can do .. back to square one eh .. Waiting .. LOL

Like Save Share

Show more replies

L learjet
5 posts · Joined 2024

#12 · Jan 5, 2024

more interesting question is how many of us got the recall...ill start a poll

CBT

Like Save Share

BXFXJeep

The recall document they mailed out, is Jeep throwing 💩 at the wall, seems they are now going to be poking only the chunks stuck to the wall to see which ones can potentially splatter.

Like Save Share

Greg W
42 posts · Joined 2021
#17 · Jan 6, 2024

Owners will receive another recall notice once the repair is available, per my dealer. I suspect it will also show up on the Jeep app (mine came that way before the mailed notice). Once it does, I'll immediately schedule the appointment through the app to get it done ASAP.

MJxE

Like Save Share

MJxE
5 posts · Joined 2022
#21 · Feb 22, 2024

This poll is erroneous. The questions as stated, "If you already had safety recall B9A performed, what was the result:" is not possible because **as of 2024/2/22, the software flash is STILL not available.** Can this thread be deleted? Thanks.

GAGT and Chubba

Like Save Share

Grimmjpr
495 posts · Joined 2021
#22 · Feb 27, 2024

Its showing available now.

4XENSTEIN0x0

Like Save Share

Macinthe734
22 posts · Joined 2021
#24 · Feb 29, 2024

My 21 4Xe has to be towed to the dealership twice in early January- fault codes for charging system and would not allow for ICE driving or even to shift out of park. Dealer determined it needed a new hybrid battery pack and I just picked it up today. Paperwork stated that the B9A recall was done and also another recall related to the defroster. They replaced the battery pack. 8 weeks total at the dealership...... hope I don't run out of anymore issues until the lease is up in September.

Like Save Share

P
paheerone
55 posts · Joined 2021
#25 · Feb 29, 2024

did they give you a loaner vehicle for the time it was at the dealership?

Like Save Share

1 Reply

Macinthe734
22 posts · Joined 2021
#26 · Feb 29, 2024

Yes, after the second time in has to be towed, they got me a loaner. $2,500 in rental charges on the Enterprise invoice that I gave to the dealership.

Like Save Share

Macinthe734
22 posts · Joined 2021
#28 · Mar 6, 2024

Update on my battery replacement. Since the battery was replaced, I now have about 30% greater range.

Just yesterday, I did a 34.4 mile round trip and the ICE didn't turn on once!! The battery pack also accepted 14.33 kWh of juice last night after that trip. So good news- new battery has brought my Jeep "back to life" Bad News- it seems that the old battery had degraded quite a bit in the 2.5 years of usage.....

mule65 and Shakes

Like Save Share

Clutch Auto Deals
1647 posts · Joined 2021

#29 · Mar 6, 2024

> Macinthe734 said:
> it seems that the old battery had degraded quite a bit in the 2.5 years of usage.....

Some degradation is to be expected, but I would keep in mind here that you did also have a bad battery that needed replacement.

**Discover a hassle-free Jeep buying experience with Clutch.**
Click to see the latest deals and to get started

FL4xe, Shakes and Yawnie'sPapa

Like Save Share

jamesq
60 posts · Joined 2021

#30 · May 6, 2024

Hi, I brought my 4XE in for a regular maintenance + 2 recalls last Wed. I just got a text msg from the adviser that it needs a HV battery replacement. Before that, the car was drivable. Occasionally, I would get a "service charging system" error, but it still charged fine after a few tries. What should I expect? Should they provide a loaner? or I can drive the car in the meantime? The wait to get the parts is around 4-5 wks. They haven't said anything about loaner.

Like Save Share

Yawnie'sPapa
738 posts · Joined 2023

#31 · May 6, 2024

Normally, a service charging system isn't the high voltage battery charging, but the system that charges the 12 volt battery

Like Save Share

Show more replies

Write your reply...

Insert Quotes Post Reply

## Related Threads

Home > Forums > 2021+ Jeep Wrangler 4xe Forum > **2021+ Jeep Wrangler 4xe General Discussion For…** >

Home  About Us  Terms of Use  Privacy Policy  Help  Business Directory  Contact Us  |  Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. 4XEForums.com is an independent Jeep enthusiast website owned and operated by VerticalScope, Inc. Content on 4XEForums.com is generated by its users. 4XEForums.com is not in any way affiliated with Stellantis N.V. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

https://www.4xeforums.com/threads/poll-safety-recall-b9a-battery-replaced-or-not.6108/   6/6