# Exhibit 71

# Recall Quarterly Report     23V-787

**Manufacturer Name :** Chrysler (FCA US, LLC)
**NHTSA Recall No. / MFR Recall No. :** 23V-787 /B9A
**Recall Subject :** High Voltage Battery May Fail and Cause Fire
**Owner Notification Beginning Date :** MAR 07, 2024
**Owner Notification End Date:** MAR 07, 2024



## Quarterly Reports

| Report # | Submission Date | Report Quarter | Recall Population | Total Remedied | Total Unreachable | Total Removed |
|---|---|---|---|---|---|---|
| 2 | JUL 24, 2024 | 2024-2 | 32,125 | 17,948 | 710 | 432 |
| 1 | APR 23, 2024 | 2024-1 | 32,125 | 6,715 | 935 | 410 |

This Document Last Updated : JUL 26, 2024

**Definitions :**
Reporting Period: The reporting period is the manufacturer is reporting recall completion figures.
Report Quarter : The quarter the manufacturer is reporting recall completion figures (e.g. 2012-3 means the 3rd quarter of 2012).
Recall Population : The total number of products recalled by the manufacturer.
Total Remedied : The total number of products either remedied, inspected without needing remedy, or returned to inventory.
Total Unreachable : Products deemed unreachable as owner notifications were unable to be delivered.
Total Removed : Products that have been scrapped, stolen, or exported.

The information contained in this report was submitted pursuant to 49 CFR §573.7 and 49 USC 30118 (f).