# Exhibit 72

Sponsored

Shop now

# 4xe in shop for 65 DAYS ! and counting. Battery won't charge - Jeep can't figure out the problem - CEL Code P0BBD-00

bert68ku · Apr 5, 2024 · 4

◂Prev 1 2 3

**Bleda2002**

May 6, 2024 #31

> **bert68ku said:**
>
> I'm at day 55 and being told they have "shipped the battery" .. that's it. They are telling me they cannot track it so they have absolutely no idea when it will arrive .

Ours took about 2 weeks from when they said it shipped to when we got the jeep back. Also make sure to buy a gallon of Mopar 50\50 to top off the coolant after it burps air.

Total time in shop was 52 days even though it was basically known from the start it was a bad battery.

Sponsored



6/26/24, 3:27 PM 4xe in shop for 65 DAYS ! and counting. Battery won't charge - Jeep can't figure out the problem - CEL Code P0BBD-00 | Page 3 | ...

**Bri_NYC_Rubi4xe**

May 7, 2024 #32

> bert68ku said:
>
> I am over 50 days now.

yikes

**bert68ku**

May 15, 2024 #33

> Bri_NYC_Rubi4xe said:
>
> yikes

Up to 65 days now. I was told the battery arrived last week but the Jeep hasn't moved and nothing has changed about the battery status in the app.

Jeep Wick

**Parratt**

May 15, 2024 #34

I Feel your pain, my Diesel jeep has been in the shop for 76 Days now. Curious what compensation, if any. Jeep customer support will offer once this is all done. as apparently they don't do compensation until after the vehicle has been repaired.

Jeep Wick

**Nitehawk92**

May 15, 2024 #35

> Balmung44 said:
>
> This happened to me after the first month of owning the 4xe. No matter what car wouldnt charge. My d
> the issue again. 2 years with no issues. Your dealership seems to be avoiding changing the battery.

The dealership is doing what ever Jeep is telling them to do. They have to have authorization
authorized them to replace the battery pack. Then the question would be do they have a batt
on back order. I don't see anywhere what year your Jeep is. If it is a 2021 then a buy-back ma
would probably come into play depending on the laws in your state...

Skip Ad

https://www.jlwranglerforums.com/forum/threads/4xe-in-shop-for-65-days-and-counting-battery-wont-charge-jeep-cant-figure-out-the-problem-cel-code... 2/6


2023 Unlimited Rubicon/Reign/ 6-spd manual/3pc Body Colored Hard top and Fender Flares/Cold Weather/Tow and Trailer/Safety/Advanced Safety/Ordered 8_9_22/Von 8_10_22/VIN 8_20_22/DI 8_22_22 and waiting and waiting and waiting. In Production on 12/6/22 Built 12/7 Shipped 12/13 Delivered 12/15/22...

Sponsored



**Apply for same day funding.**
Don't let your credit score hold you b
levels can apply with instant approva
Learn more.



**alphawolff**

May 15, 2024 #36

> **Nitehawk92 said:**
>
> The dealership is doing what ever Jeep is telling them to do. They have to have authorization for warranty work. Jeep probably hasn't authorized them to replace the battery pack. Then the question would be do they have a battery pack in stock, can they get one or are they on back order. I don't see anywhere what year your Jeep is. If it is a 2021 then a buy-back may not be possible. If it is a 2024, then a buy-back would probably come into play depending on the laws in your state...

It doesn't help that the dealership can't charge out the battery pack. The shop's only going to make ~3.7 hours of labor off the repair give or take. That's a lot of nonsense between dealing with a rental/loaner car, a rightfully angry customer, STAR, the part taking 30-50 days to come in, and the actual repair itself being a rather annoying pain in the butt. Shop might see $800 at the end of the day. The technician maybe 100-150 depending on their pay rate. That's a lot of effort for not very much in return.

I'm hearing through the grapevine about dealers who aren't taking 4XEs in for major repairs anymore. They'll schedule you 4 months out in hopes you'll just go somewhere else. It just isn't worth the headache all around.



Nitehawk92



**Bri_NYC_Rubi4xe**

May 16, 2024

> **bert68ku said:**
>
> Up to 65 days now. I was told the battery arrived last week but the Jeep hasn't moved and nothing has c

this saturday will be 30 days; the FCA case manager said the part has been approved and exp
see...





**bert68ku**

May 25, 2024 #38

After 76 days in the shop we got it back. At the moment it isn't charging to 100% it is stopping at 99%. I'm going to try it a few more days and a different charger.

**Steemax**

May 25, 2024 #39

> **bert68ku said:**
>
> After 76 days in the shop we got it back. At the moment it isn't charging to 100% it is stopping at 99%. I'm going to try it a few more days and a different charger.

My 22 has always been this way after one of the updates. Sometimes 100 but most of the time 99%.

Sponsored

*"I would smell the dipstick"* - Steemax

wranglerbro

‹Prev 1 2 **3**

Share:

Skip Ad

Similar threads



4xe CEL and code P0BBD?
WillysRubicon · Sep 24, 2023
Replies: 11 · Mar 20, 2024
Views: 1,770

4xe battery won't charge when the hood is open.
rdmelton · Feb 21, 2021
Replies: 15 · Dec 24, 2023
Views: 6,627

Code Throwin' - P0BBD
OutdoorSpace · Apr 20, 2024
Replies: 7 · Jun 17, 2024
Views: 632

4xe - 1 year anniversary - problems ( CEL and Mirror Blemish)
cmoger · Oct 6, 2022
Replies: 5 · Oct 16, 2022
Views: 1,379

2021 4xe - 8 weeks in the shop.
Pllbuk · Sep 27, 2023
Replies: 4 · Sep 27, 2023
Views: 908

Forums › MAIN › **4xe Plug-In Hybrid Electric (...** ›

Shop now

Skip Ad



Forum software by XenForo® © 2010-2020 XenForo Ltd. | Xenforo Add-ons © by ©XenTR

Style chooser

Sponsors   Contact us   Terms of Service / DMCA Policy   Privacy policy   Help   Home

