# Exhibit 73

6/26/24, 3:10 PM
Hybrid battery pack - what's left to do? | Jeep Wrangler Forum
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-74, PageID.5021    Filed 11/25/24    Page 2 of 7



Home > Forums > Model Specific Jeep Discussions > Wrangler JL (Model years 2018 – present) > JL 4XE PHEV Hybrid and EV Forum

# Hybrid battery pack - what's left to do?

→ Jump to Latest

● Follow

👁 529 views    💬 6 replies

**MLWrangler** ✓ Discussion starter
1 post · Joined 2024

#1 · Jun 13, 2024

Good morning,

we bought a barely used 4xe in Florida in the summer of 2022 and drove it to NJ. For about a year we drove it with no issues and then received the letter to not charge it because of it potentially creating a fire hazard.
After months we finally got the recall and we could charge it again and drive electric.
One week after that recall the car started acting up and eventually wouldn't start at all. Back to the dealer and the hybrid battery pack had to be replaced. That's 6 weeks ago now and so far total silence. The dealer indicated they are waiting for the batteries to be shipped and don't know when that will happen. This is bizarre. We don't know what to do. Legal action? Talk to the dealer and trade it in (and obviously take a huge financial hit?). Call Jeep Chrysler (I know that's naive). Anyone has had a similar experience? What do you recommend? This is crazy!

👍 Like            🔖 Save    🔗 Share

Advertisement



6/26/24, 3:10 PM
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-74, PageID.5022    Filed 11/25/24    Page 3 of 7
Hybrid battery pack - what's left to do? | Jeep Wrangler Forum



Sort by    Oldest first ▼

**Old Dogger**
47242 posts · Joined 2012

#2 · Jun 13, 2024

Welcome to our Family friendly Forum!

1974 CJ5 Renegade, 2003 TJ, 2013 JKR, all Arizona Rides.
God Bless our brave troops, for all that they have given up for our Freedom!!!!!!!!!

👍 Like                                                                🔖 Save    Share

**bergy**
5563 posts · Joined 2009

#3 · Jun 13, 2024

Welcome Aboard! Sounds like the batteries are on back order, that sucks but not much you can do but wait or trade it in I would guess. Unfortunately batteries go bad, sometimes earlier than expected, I have had it happen in laptops and cell phones before. I don't know what if any legal action is possible or what that would accomplish but you could talk to someone if you chose to and see what they say. I would keep bugging the dealer about it. I dont know if @JeepCares can offer any assistance.

There's no replacement for displacement.

2020 JLR 3.6L Manual

👍 MLWrangler

👍 Like                                                                🔖 Save    Share



**dschrade02.ds**
367 posts • Joined 2021

#4 • Jun 14, 2024

One of many reasons I'm avoiding electrics and hybrids at all cost for as long as possible! Still a relatively new technology that was rushed to market before it had a chance to be perfected. And not as "green" as they would have you believe. Yeah, the vehicle may run "greener" than ICE vehicles, but producing that tech and disposal of the by products is anything but.

Old Dogger, Dixiedog75 and AustyPosty

Like                                                    Save    Share

**Old Dogger**
47242 posts • Joined 2012

#7 • Jun 15, 2024

Agree....

1974 CJ5 Renegade, 2003 TJ, 2013 JKR, all Arizona Rides.
God Bless our brave troops, for all that they have given up for our Freedom!!!!!!!!!

AustyPosty

Like                                                    Save    Share

**MrSig**
37582 posts • Joined 2011

#5 • Jun 14, 2024

**WELCOME**
**and enjoy the forum!**

07 JKUSR, CEO of Black Sheep 4x4s,
Member of CCJ,White Jeep Club Member #137.
Semper Fi.

Like                                                    Save    Share

**AustyPosty**
2081 posts • Joined 2020

#6 • Jun 14, 2024



2017 2 door Rhino Willys

Like   Save   Share

Write your reply...

 Insert Quotes     Post Reply

**Related Threads**

Home > Forums > Model Specific Jeep Discussions > Wrangler JL (Model years 2018 – present) >
JL 4XE PHEV Hybrid and EV Forum >

Home  About Us  Terms of Use  Privacy Policy  Help  Business Directory  Contact Us
| Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada




6/26/24, 3:18 PM
Hybrid battery pack - what's left to do? | Jeep Wrangler Forum
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-74, PageID.5026    Filed 11/25/24    Page 7 of 7