# Exhibit 76



Skip to main content r/4xe Search in r/4xe Log In ...

r/4xe • 1 mo. ago
Humble-7983

# Battery recall timeline

My '23 JGC was in for service today. I asked about the software update planned as step 1 for the battery recall. I was told that update wasn't expected until the end of Q3, which is the end of January.

8 41 Share

volvocarusa • Official • Promoted

The Volvo XC60 Black Edition features tactile materials, black detailing and a crystal gear shifter, made exclusively for Volvo by Orrefors.

volvocars.com Learn More

Add a comment

Sort by: Best Search Comments

**RedditorModsRStupid** • 1mo ago •

Insane. So glad I'm paying for a hybrid jeep that you can't plug in. If jeep wanted to keep these hybrid owners they would give them credit for at least something. As it's a big inconvenience

10 Reply ...

**Napalm_Nips** • 1mo ago •

this will end up in class action soon enough

10 Reply ...

**looneypumpkin** • 1mo ago •

11/22/24, 12:05 PM
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-77, PageID.5069    Filed 11/25/24    Page 3 of 8
Battery recall timeline : r/4xe

Skip to main content  Log In

never buying any jeep again.

9  Reply

 **RefuseKooky7935** • 1mo ago •

Good luck with this. I am being told due to the active recall the lease company doesn't have to let me out of the lease. (Ally). I'm waiting on word now on how to surrender and turn the vehicle back to them.

3  Reply

1 more reply

3 more replies

 **BJs_Wholesale_Club** • Promoted

BJ's Absurdly Simple Savings.™ Join for just $20 REG. $55 1-year The Club Card Membership with BJ's Easy Renewal®. New members only. Terms apply.

bjs.com



 **BojiHawk23** • 1mo ago •

I am scheduled for Nov 6th, along with an oil change and Gorilla Glass replacement. Both Stellantis & NHTSA say Q4 (no earlier than Oct 18th).

Service department said if they don't have the software update by Nov 6th, they will at least have the release date by then, and schedule me accordingly.

Our service department is a month out, even for Jeep Wave oil changes/tire rotations -- so scheduled the appointment last week, hoping for the best. Oil change is due soon anyway.

4  Reply

**heyjos** • 1mo ago •

I was told November by one dealership and "maybe" January by another. Mopar/Jeep/FCA told my lawyer - lemon law case in progress - they have 'no timeline for a fix' and it could be '12 months before all vehicles can be repaired'

Bottom line: I don't think anyone has any idea on a timeframe

3  Reply

11/22/24, 12:05 PM
Case 2:24-cv-10546-BRM-KGA   ECF No. 30-77, PageID.5070   Filed 11/25/24   Page 4 of 8
Battery recall timeline : r/4xe

Skip to main content  Log In

 **BojiHawk23** • 1mo ago •

BTW, it took 18 months for my '19 Ram Cummins high-pressure fuel pump replacement recall. Potential catastrophic failure while driving. But serious supply chain issues during COVID.

2   Reply

 **KnightDrummer** • 1mo ago •

That's crazy I got mine right away but my brother was the sales manager at the time so maybe that helped. This will forsure be my last Jeep and maybe my last Ram too. I feel like we have a major government bailout coming.

3   Reply

 **reck961** • 1mo ago •

Woah! I don't know what to think now. Because I was texting with a salesman today who told me that all the GC 4XE's on their lot have had their updates already.

2   Reply

 **DntCllMeWht** • 1mo ago •

Updates for this recall have not been released. They might have all their other updates, all the released updates, but there is no way they have the update for the most recent battery recall.

Edit: They might not actually be part of the recall:

• Jeep Wrangler 4xe SUVs manufactured between July 1, 2020, and Nov. 16, 2023.
• Jeep Grand Cherokee 4xe SUVs manufactured between May 17, 2021, and Nov. 16, 2023.

Not sure how hard and fast these dates are either, because my Wrangler 4xe Rubicon was built in September of 2023 and doesn't show that it's part of the recall.

4   Reply

---

 r/JeepGladiator

**Imogene pass early in the season**



165 upvotes · 4 comments

11/22/24, 12:05 PM
Case 2:24-cv-10546-BRM-KGA    ECF No. 30-77, PageID.5071    Filed 11/25/24    Page 5 of 8
Battery recall timeline : r/4xe

Skip to main content

r/

Log In

209 upvotes · 24 comments

 r/JeepGladiator

Just got this 24 Nighthawk for 38k otd! I love it!



113 upvotes · 34 comments

 r/JeepGladiator

New to the Gladiator Family



112 upvotes · 8 comments

 r/JeepGladiator

Upgraded from lingerer to member!



174 upvotes · 9 comments

 r/JeepGladiator

Breaking in my new tires

 0:24

168 upvotes · 23 comments

 r/JeepGladiator

My new to me Gladiator... It came with a taser, hydraulic bump stops, re-geared with 4.88, after market headlights and dash bling.



274 upvotes · 55 comments

 r/JeepWrangler

Just got my first ever jeep wrangler today! Any recommendations?



140 upvotes · 84 comments

11/22/24, 12:09 PM
Case 2:24-cv-10546-BRM-KGA ECF No. 30-77, PageID.5072 Filed 11/25/24 Page 6 of 8
Battery recall timeline : r/4xe

Skip to main content  

Log In

129 upvotes · 16 comments

 r/BroncoSport

First new car in 11+ years!! What if I'd like bigger tires, any recommendations?!



111 upvotes · 19 comments

 r/JeepGladiator

Been quietly on this SubReddit for a few weeks. Went ahead and picked this guy up.



156 upvotes · 15 comments

 r/JeepWrangler

TOP OFF IN NOVEMBER?!?



401 upvotes · 67 comments

 r/JeepGladiator

Finally got wheels/tires/steps after my new motor 🫠



104 upvotes · 28 comments

 r/JeepGladiator

Testing out some real towing



110 upvotes · 19 comments

 r/JeepGladiator

Installed L&B DESIGNWORKS Tailgate decal.



117 upvotes · 21 comments

Skip to main content     Log In

116 upvotes · 6 comments

 r/JeepGladiator

A southern Utah adventure



221 upvotes · 15 comments

 r/JeepGladiator

Last weekend trail ride shot



132 upvotes · 6 comments

 r/JeepGladiator

First snow of the season



146 upvotes · 16 comments

 r/BroncoSport

Explored Citrus Wilderness Management Area with another BS Badlands

 0:33

119 upvotes · 24 comments

 r/JeepWrangler

So i did it. Bought a jeep wrangler unlimited.



219 upvotes · 32 comments

 r/JeepGladiator

Joined the club this week.



119 upvotes · 11 comments

   

new car!



196 upvotes · 16 comments

 r/JeepGladiator

Solid Desert Trip

108 upvotes · 5 comments

 r/JeepGladiator

Beautiful fall in Northern NJ and a new bumper!



220 upvotes · 20 comments