# Exhibit 77



Skip to main content r/Jeep Search in r/Jeep Log In ...

r/Jeep • 1 mo. ago
Montaverde

# Over 190,000 hybrid Jeeps recalled due to dangerous battery fire risk. No fix issued.

I have a 2023 Grand Cherokee 4xe and the response I got back from my dealership yesterday was piss poor. Fix is targeted for end of the year at best, and until it's fixed, don't charge it at all, and don't leave it near any other cars or structures. So essentially park it in an open field indefinitely. I have a lease, so would like to simply return it, but I'm being told by the dealership and Chrysler that nothing can be done. We have a 4 year old daughter, so my wife wants nothing more to do with this car, so we're stuck. I loved Jeep, but this is unacceptable.

autoblog.com Open

193 54 Share

Add a comment

Sort by: Best Search Comments

**steave44** • 1mo ago •

Who would've thought a hybrid designed by stellantis would have problems?

71 Reply ...

**agent_flounder** • 1mo ago •

Truly shocking.

19 Reply ...

2 more replies

**im4lonerdottie4rebel** • 1mo ago •

The same thing was going on with Audi a few years ago. We had no fix yet for most and some didn't have parts expected from Germany for a year. We just advised customers to not park in garages or next to their house.

6 Reply ...

2 more replies

1 more reply

11/22/24, 12:05 PM Over 190,000 hybrid Jeeps recalled, driving dangerous/battery fire hazard. No rides saved. : r/Jeep

Case 2:24-cv-10546-BRM-KGA ECF No. 30-78, PageID.5077 Filed 11/25/24 Page 3 of 7

Skip to main content

Log In

ended up with that piece of shit. If it's any consolation, their sales are weakening compared to their counterparts, so hopefully we'll see a service renaissance across their better IPs in the next 10-20 years.

⊖ ⌃ 26 ⌄  💬 Reply  ⋯

 **jabbakahut** • 1mo ago •

Have you ever seen a company that is doing poorly invest in, and improve their customer service?

⌃ 4 ⌄  💬 Reply  ⋯

⊕ 4 more replies

⊕ 1 more reply

 **GansettMan** • 1mo ago •

This is crazy, I was seriously considering a 4xe for my next Jeep (3 consecutive cars have all been Jeeps) but having a hard time justifying considering buying one of these deathtraps. Too many other competitive mid size SUVs

⌃ 8 ⌄  💬 Reply  ⋯

 **HippyGeek** • 1mo ago •

I got this recall on my 2021 back in November of last year and there was a "software fix" that was needed before they could even diagnose whether the specific vehicle was impacted. Then we were given a green light and were told everything was fine.

Fast forward, and 2 months ago the vehicle started jerking and shaking as soon as turning it on (not even engaging the engine). Called the dealer's service department with the symptoms and they told us in an urgent tone not to drive the vehicle and they sent a tow truck to pick it up.

Learned that a portion of the high voltage harness was "kinked" during manufacturing and the resulted in a hot spot that was melting the insulation. They told us that it was a manufacturing defect and was covered by warranty, but the parts were on backorder for up to 2 months.

Furiously, i demanded that Chrysler cover a rental or give us a loaner until it is repaired. It took 3 weeks of fighting, but they finally conceded and we finally picked up a rental on their dime, which supposedly moved us up to the "top of the list" on the repair, but now the 2 months has turned to 4. Still no ETA.

⊖ ⌃ 15 ⌄  💬 Reply  ⋯

 **Critical-Wedding-239** • 1mo ago •

Unfortunately this is another new recall...

⌃ 6 ⌄  💬 Reply  ⋯

⊕ 4 more replies

Skip to main content 🔍

Log In

⬆ 17 ⬇ · 💬 Reply · ⋯

⊕ 1 more reply

 **pratt992** · 1mo ago ·

I am in the same boat. Sat in the dealer for hours and they basically said too bad.

⬆ 5 ⬇ · 💬 Reply · ⋯

⊕ 1 more reply

---

 r/electricvehicles

**Jeep Recalls 194,000 Plug-In Hybrid SUVs Over Battery Fire Risk. Park Outside Warning Issued.**

301 upvotes · 64 comments



---

 r/unitedkingdom

**Rich kid who says homeless are 'lazy' spends 3 nights on streets - it ends badly**

339 upvotes · 277 comments



---

 r/subaru

**My 2018 Lemon STI is still beautiful**

95 upvotes · 66 comments



---

 r/harrypotter

**Where's that Twinkle in your eye, Albus?**

423 upvotes · 23 comments



---

 r/MachE

**Unfortunately, i'm leaving the stable. Ford has repurchased my 23 GTPE after 60+ days waiting for repairs. Onwards though, I just purchased this beautiful BMW i4.**

74 upvotes · 36 comments



11/22/24, 2:20 PM
Case 2:24-cv-10546-BRM-KGA ECF No. 30-78, PageID.5079 Filed 11/25/24 Page 5 of 7
Over 190,000 hybrid Jeeps recalled, dangerous battery fires at issue. : r/Jeep

Skip to main content

Log In

105 upvotes · 69 comments

 r/Jeep

Today I learned that the trick to owning a jeep is that you must gaslight yourself to enjoying repairs

102 upvotes · 48 comments

 r/Jeep

Which way to rotate a Tj's tires if you don't have a spare?



110 upvotes · 49 comments

 r/Jeep

Jeep lays off 1,100 workers in Toledo.



215 upvotes · 120 comments

 r/Jeep

How come y'all haven't put any of them rubber toys my Jeep???



402 upvotes · 44 comments

 r/Jeep

Went for a drive. No hilift or traction boards 'cause I'm not a real offroader

105 upvotes · 5 comments

 r/Jeep

Friends don't let friends swap junkyard axles under their Jeeps



191 upvotes · 37 comments

 r/Jeep

7.5 Months & Counting in Shop. Customer Retention Team Doesn't Care. FML



160 upvotes · 101 comments

 r/Jeep

Skip to main content

Log In



r/Jeep

Guess what color it's supposed to be



126 upvotes · 33 comments



r/Jeep

Just here to give the public reasons to point and say mallcrawler



114 upvotes · 31 comments



r/Jeep

I've wanted a Wrangler since I was 7 and finally got one at 36.



415 upvotes · 34 comments



r/Jeep

[Willys MB] seen while driving

158 upvotes · 7 comments



r/Jeep

Probably the smallest tires I've seen on a Jeep



92 upvotes · 28 comments



r/Jeep

all wheel steering



234 upvotes · 8 comments



r/Jeep

They just never stop breaking



117 upvotes · 37 comments

11/22/24, 1:23 PM
Over 190,000 hybrid Jeeps recalled, dangerous battery fire risk. Nodossued. : Jeep

Case 2:24-cv-10546-BRM-KGA ECF No. 30-78, PageID.5081 Filed 11/25/24 Page 7 of 7







Log In

202 upvotes · 35 comments

 r/Jeep

**This is just too high**



176 upvotes · 56 comments

 r/Jeep

**Saw this classic today at the local auto parts store**



400 upvotes · 21 comments

 r/Jeep

**Well they're not wrong.**



348 upvotes · 37 comments