# Exhibit 78



Home  >  Forums  >  2022+ Jeep Grand Cherokee 4xe Forum  >  **Jeep Grand Cherokee 4xe General Discussion For…**

## 95B Recall

→ Jump to Latest

3K views    10 replies


**Ryann.dev**  ✓ Discussion starter
1 post · Joined 2024

#1 · Oct 24, 2024

I brought my 2022 GC 4xe in today for a few recalls, 95b included. I was told that this recall doesn't actually have a solution created for it so they cannot repair it yet. How can that be? Am I supposed to just not charge my car indefinitely? Has anyone had theirs repaired yet? It literally says the solution is a software update or battery replacement. But yet my dealer said they don't have a remedy.

👍 Futurr1

Reply    👍 Like

Advertisement







**Click Here for More Information**
Don't miss this content from our sponsor



2005 posts · Joined 2021

#2 · Oct 24, 2024

The software update hasn't been released yet. It is due out "imminently".

It would be illegal for them to wait until the remedy is ready to announce the recall. It has to be released when determined to meet the requirements for a recall, regardless of fix status.



**Discover a hassle-free Jeep buying experience with Clutch.**
Click to see the latest deals and to get started

 lindaspins and IslanderOffRoad

Reply    Like

**M** maryrose.haney
2 posts · Joined 2024

#3 · Oct 30, 2024

Mine is sitting at service center as I was told not to drive it as battery cells are separating I took it there 3 weeks ago because I have no heat. My dash was going black and check engine light stays on. I have a full battery as it would only run gas mode so I was told they can't guarantee if I drive my GC I would be safe. FCA is paying 30 days for a rental car. I'm beyond frustrated as there is no fix yet!

 Louis and rpurdum

Reply    Like



**B** Blaktransam
7 posts · Joined 2023

#4 · Nov 4, 2024

They said the remedy is expected sometime in Q4! Maddening. My dealer put me on a list. I am fortunate to have other vehicles so I don't need or want a rental but I'd be 'fired up' (pardon the bad pun) otherwise.



#5 · Nov 5, 2024

Yep. I was told the same. It's going in tomorrow for the fifth time for the dreaded "clunk" and they say they can't fix the battery issue. So I have a vehicle I can't charge, can't drive as it's intended, and has a terrible front-end clunking noise. But @JeepCares just decided out of the blue to close my case. Terrible company. Terrible product.

👍 Louis

Reply    Like

**Don't buy a JEEP 4xe**
2 posts · Joined 2024

#9 · 4d ago

i got the same BS (lack of) response from Chrysler - they said that everyone is "doing their best" and he assured me there would be a fix within 6months (though of course he has no way of knowing that and he was just trying to get me off the phone) - based on that lack-of-response response, my case too was closed. I think legal action should come next...

☹ HardSell

Reply    Like

Show more replies ⌄



**CaptainHart**
11 posts · Joined 2023

#6 · Nov 8, 2024

It'd be nice if they could give us a bit more info. Is this a... higher mileage issue? I would assume the former but yo...

'22 Grand Cherokee 4xe Overland, White, Lux Tech 4, Adv. Pro T...

Reply    Like



 **MitchJeep**
3 posts · Joined 2024

#7 · Nov 8, 2024

Dealer advised me today they are not expecting a solution until near end of first quarter 2025.

 Louis

Reply      Like

**Millarduck**
112 posts · Joined 2023

#8 · Nov 13, 2024

There is a petition thread:

[Petition We Want To Charge](#)
We Want To Charge
www.ipetitions.com

Past Jeeps: 2012 WK2 Limited & 2016 WK2 Limited
Current Rides: 2023 WL 4xe; 2021 Lexus RX450h & 2020 Mustang GT Premium Convertible

IslanderOffRoad

Reply      Like

**jamie.e.soto**
1 post · Joined 2024

#11 · 1d ago

I signed the petition. My husband and I have been Jeep customers for many years, and I absolutely LOVED my 4xe until now. I am beyond frustrated! They expect us to drive a potentially life-threatening vehicle without offering an immediate fix! A 30 day rental car (that I have to pay for upfront and get reimbursed for) is a poor excuse for a temporary solution.

Reply      Like

Write your reply...



Related Threads







Home About Us Terms of Use Privacy Policy Help Business Directory Contact Us

│ Grow Your Business

When you purchase through links on our site, we may earn an affiliate commission, which supports our community. The Fora platform includes forum software by XenForo. 4XEForums.com is an independent Jeep enthusiast website owned and operated by VerticalScope, Inc. Content on 4XEForums.com is generated by its users. 4XEForums.com is not in any way affiliated with Stellantis N.V. VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

 

Your Privacy Choices

