# Exhibit 79

Contact: Frank Matyok

Eric Mayne

### Statement: PHEV Fire Risk Advisory

September 30, 2024, Auburn Hills, Mich. - FCA US LLC is recalling an estimated 154,032 U.S.-market plug-in hybrid SUVs to resolve a potential fire risk.

A routine company review of customer data led to an internal investigation that discovered 13 fires. All vehicles were parked and turned off. The company estimates 5% of affected vehicles may have the defect.

This recall affects certain model-year 2020-2024 Jeep® Wrangler 4xe and 2022-2024 Jeep Grand Cherokee 4xe SUVs.

**Vehicle risk is reduced when the battery charge level is depleted. Accordingly, owners are advised to refrain from recharging. Out of an abundance of caution, the company is also advising owners of these vehicles to park away from structures or other vehicles until the remedy is obtained.**

A remedy is imminent and affected customers will be notified when they may schedule service. The company urges owners to follow the instructions on their recall notices. Customers with additional questions or concerns are encouraged to call customer care at 1-800-853-1403 or visit [mopar.com/recalls](mopar.com/recalls) for more information.

Additional vehicles are affected in Canada (est. 14,038), Mexico (est. 673) and certain markets outside North America (est. 25,502).

Additional information and news from Stellantis are available at: https://media.stellantisnorthamerica.com