# Exhibit 80





**11/23/2023**

___

### New Safety Recall Advanced Communication – B9A

FCA US LLC (FCA US) has announced a safety recall on certain 2021-2023 model year (JL) Jeep® Wrangler Plug-In Hybrid Electric Vehicles (PHEVs).

**REASON FOR THIS SAFETY RECALL**
Some of the above vehicles may have a High Voltage (HV) battery which may fail internally. The defect has not been identified and the root cause is still being investigated. An internally failed HV battery could lead to a vehicle fire with the ignition on or off. A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.

Customers are advised to refrain from recharging these vehicles and not to park them inside of buildings or structures, or near other vehicles until the vehicle has the final repair completed.

**SERVICE ACTION**
FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy will be a software flash on the HV battery pack and if a DTC sets, the pack will be replaced. The remedy for this condition is not currently available. Dealers will be notified of the launch of this safety recall by way of established communication methods. This recall is estimated to launch in 1st Quarter of 2024.

We ask that you please take the time to ensure that your personnel are aware of this communication and are prepared to execute a customer friendly process for inquiries regarding involved vehicles.

Customer Services Field Operations<br>
FCA US LLC