# Exhibit 81

# FCA Reports Q3 2024 Total U.S. Sales



NEWS PROVIDED BY
**FCA US LLC** →
Oct 02, 2024, 09:09 ET

AUBURN HILLS, Mich., Oct. 2, 2024 /PRNewswire/ --

- Third-quarter 2024 total U.S. sales decreased 20% year over year
- Company's total share grows in consecutive months during Q3, from 7.2% in July to 8% in September
- During the company's third quarter, inventory was reduced by 50K units (-11.6%)
- Incentive offerings to continue through the end of the year across the U.S. brand portfolio, including Chrysler, Dodge, FIAT, Jeep® and Ram
- Jeep Wrangler 4xe, Jeep Grand Cherokee 4xe, Dodge Hornet R/T and Chrysler Pacifica Hybrid take four of top-five spots for best-selling hybrids in the U.S. *(source: S&P Global Mobility U.S. State Registrations database through July 31, 2024)*

FCA US LLC reports total sales of 305,294 vehicles in the third quarter of 2024. Overall, third-quarter 2024 total U.S. sales declined 20% year over year. Total market share increased month over month during the third quarter from 7.2% in July to 8% in September while inventory was reduced by 50K units (-11.6%).

"At the beginning of Q3, we introduced an aggressive incentive program across our U.S. brand portfolio that with significant competitive updates made in August and September resulted in the reduction of dealer inventory by over 50,000 units through the end of the quarter, down 11.6%," said Matt Thompson, head of U.S. retail sales. "These cross-brand incentives, which will continue through the end of the year, also helped to deliver consecutive month total share growth in Q3 from 7.2% in July to 8% in September. We continue to take the necessary actions to drive sales and prepare our dealer network and consumers for the arrival of 2025 models."

**Jeep Brand**

- Jeep Compass total U.S. sales increased 71% in Q3 year over year
- Jeep Wagoneer total U.S. sales increased 3% in Q3 year over year
- Jeep brand's retail U.S. sales increased 4% in Q3 2024 over Q2 2024

The Jeep brand's Wrangler 4xe and Grand Cherokee 4xe remain the No. 1 and No. 2 best-selling plug-in hybrids in the U.S., respectively.

- Jeep Wrangler 4xe sold 10,866 units (30%) of total Jeep Wrangler third-quarter total 2024 U.S. sales
- Jeep Grand Cherokee 4xe accounted for 3,019 units (6%) of Grand Cherokee total third-quarter 2024 U.S. sales

**Ram Brand**

Ram brand's heavy-duty (2500/3500) commercial fleet channel's Q3 total sales increased 26% year over year.

The Ram brand's total and retail U.S. sales increased 3% and 7%, respectively, in Q3 2024 over Q2 2024.

- ProMaster van total U.S. sales increased 29% Q3 2024 over Q2 2024
- Heavy Duty total U.S. sales increased 4% Q3 2024 over Q2 2024
- Light Duty retail U.S. sales increased 11% Q3 2024 over Q2 2024
- ProMaster van retail U.S. sales increased 40% Q3 2024 over Q2 2024

**FIAT Brand**

FIAT brand total U.S. sales increased 118% year over year in the third quarter with the launch of the all-new, all-electric **2024 Fiat 500e**.

Following the spirit of the original Cinquecento, the FIAT brand just announced a **new incentive** offering for the all-new, all-electric Fiat 500e to further democratize mobility.

**Dodge Brand**

- Dodge Hornet R/T placed No. 5 among top-selling plug-in hybrids in the U.S.
- Total Dodge Hornet retail sales increased 109% in Q3 year over year, marking its best retail sales quarter since vehicle went on sale in April 2023
- The brand's first muscle-inspired crossover, the Hornet R/T, accounted for 1,396 units (36%) of total third-quarter Dodge Hornet sales

Dodge will deliver the world's first and only electric muscle car, **2024 Dodge Charger Daytona**, this year.

**Chrysler Brand**

- Chrysler Pacifica Hybrid placed No. 4 among the top-selling plug-in hybrids in the U.S.
- Chrysler Pacifica Hybrid accounted for 3,009 units (14%) of total Chrysler Pacifica sales in the third quarter of 2024

**Alfa Romeo Brand**

The **Alfa Romeo Tonale**, the brand's first electrified offering introduced to the market in the second half of 2023, sold 1122 units.

*For the methodology of determining FCA US LLC monthly sales, click **here**. These statements are based on current expectations and projections about future events and, by their nature, are subject to inherent risks and uncertainties. They relate to events and depend on circumstances that may or may not occur or exist in the future and, as such, undue reliance should not be placed on them. Actual results may differ materially from those expressed in such statements as a result of a variety of factors, including: volatility and deterioration of capital and financial markets, changes in commodity prices, changes in general*

*economic conditions, economic growth and other changes in business conditions, weather, floods, earthquakes or other natural disasters, changes in government regulation, production difficulties, including capacity and supply constraints, and many other risks and uncertainties, most of which are outside of our control.*

U.S. fleet business includes three channels – rental, governmental and commercial.

*Per S&P Global July 2024 year-to-date vehicle registrations (most current data available); PC + light-duty trucks

**Stellantis North America**

Stellantis (NYSE: **STLA**) is one of the world's leading automakers, aiming to provide clean, safe and affordable freedom of mobility for all. In North America, it's best known for producing and selling vehicles in a portfolio of iconic, innovative and award-winning brands, including Jeep®, Chrysler, Dodge//SRT, Ram, Alfa Romeo and Fiat. Stellantis is executing its **Dare Forward 2030**, a bold strategic plan that paves the way to achieve the ambitious target of becoming a carbon net zero mobility tech company by 2038, while creating added value for all stakeholders.

**Follow company news and video on:**

Company blog: **http://blog.stellantisnorthamerica.com**

Media website: **http://media.stellantisnorthamerica.com**

Company website: **www.stellantis.com**

LinkedIn: **https://www.linkedin.com/company/Stellantis**

Facebook: **https://www.facebook.com/StellantisNA**

Instagram: **https://www.instagram.com/stellantisna**

Twitter: **@StellantisNA**

YouTube: **http://youtube.com/StellantisNA**

FCA US LLC Sales Summary Q3 2024

| Model | Q3 Sales Curr Yr | Q3 Sales Pr Yr | Vol % Change | CYTD Sales Curr Yr | CYTD Sales Pr Yr | Vol % Change |
|---|---|---|---|---|---|---|
| Compass | 34,632 | 20,268 | 71 % | 84,474 | 71,560 | 18 % |
| Patriot | 0 | 0 | | 0 | 0 | |
| Wrangler | 35,874 | 41,909 | -14 % | 113,078 | 126,551 | -11 % |
| Gladiator | 9,192 | 14,202 | -35 % | 32,670 | 41,528 | -21 % |
| Cherokee | 435 | 3,798 | -89 % | 2,600 | 23,017 | -89 % |
| Grand Cherokee | 54,188 | 57,915 | -6 % | 160,939 | 182,871 | -12 % |
| Renegade | 450 | 6,412 | -93 % | 7,776 | 15,561 | -50 % |
| Wagoneer | 7,486 | 7,248 | 3 % | 37,329 | 20,883 | 79 % |
| Wagoneer S | 76 | 0 | | 98 | 0 | |
| Grand Wagoneer | 2,630 | 2,867 | -8 % | 10,185 | 8,135 | 25 % |
| **JEEP BRAND** | **144,963** | **154,619** | **-6 %** | **449,149** | **490,106** | **-8 %** |
| Ram P/U | 89,140 | 109,391 | -19 % | 268,666 | 332,440 | -19 % |
| ProMaster Van | 19,781 | 22,446 | -12 % | 41,003 | 60,340 | -32 % |
| ProMaster City | 4 | 2,541 | -100 % | 49 | 12,333 | -100 % |
| **RAM BRAND** | **108,925** | **134,378** | **-19 %** | **309,718** | **405,113** | **-24 %** |
| 200 | 0 | 0 | | -1 | 1 | -200 % |
| 300 | 978 | 3,962 | -75 % | 4,669 | 11,159 | -58 % |
| Town & Country | 0 | 0 | | 0 | 0 | |
| Pacifica | 21,504 | 38,353 | -44 % | 92,386 | 112,198 | -18 % |
| **CHRYSLER BRAND** | **22,482** | **42,315** | **-47 %** | **97,054** | **123,358** | **-21 %** |
| Dart | 1 | 0 | | 1 | 0 | |
| Viper | 0 | 0 | | 1 | 0 | |
| Hornet | 3,848 | 1,753 | 120 % | 15,566 | 4,372 | 256 % |
| Charger | 5,104 | 16,915 | -70 % | 31,980 | 63,625 | -50 % |
| Challenger | 3,657 | 11,075 | -67 % | 24,874 | 35,350 | -30 % |
| Journey | 0 | 1 | -100 % | 0 | 13 | -100 % |
| Caravan | 0 | 0 | | 2 | 2 | 0 % |
| Durango | 13,949 | 16,473 | -15 % | 46,870 | 53,582 | -13 % |
| **DODGE BRAND** | **26,559** | **46,217** | **-43 %** | **119,294** | **156,944** | **-24 %** |
| 500 | 235 | 0 | | 439 | 1 | 43800 % |
| 500L | 0 | 0 | | 0 | 3 | -100 % |
| 500X | 81 | 145 | -44 % | 347 | 422 | -18 % |
| Spider | 0 | 0 | | 0 | 0 | |
| **FIAT BRAND** | **316** | **145** | **118 %** | **786** | **426** | **85 %** |
| Giulia | 428 | 863 | -50 % | 1,724 | 2,694 | -36 % |
| Alfa 4C | 0 | 0 | | 0 | 1 | -100 % |
| Stelvio | 499 | 1,280 | -61 % | 2,365 | 4,032 | -41 % |
| Tonale | 1,122 | 746 | New | 2,737 | 863 | New |
| **ALFA ROMEO** | **2,049** | **2,889** | **-29 %** | **6,826** | **7,590** | **-10 %** |
| **FCA US LLC** | **305,294** | **380,563** | **-20 %** | **982,827** | **1,183,538** | **-17 %** |

SOURCE FCA US LLC

## WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
**Newsrooms & Influencers**

**9k+**
**Digital Media Outlets**

**270k+**
**Journalists Opted In**