# Exhibit 82

Contact:     Bradley  Horn

Dianna  Gutierrez

## What's New for 2025: Jeep® Wrangler / Jeep Wrangler 4xe

September 17, 2024,  Auburn Hills, Mich. - Backed by more than 80 years of 4x4 engineering expertise, the 2025 Jeep® Wrangler is the most recognizable and capable vehicle on the planet. Jeep Wrangler builds on the brand's goal to deliver freedom of choice, offering an unmatched combination of leading off-road capability, iconic Jeep design, open-air freedom, advanced powertrains and a refined interior, as well as a host of innovative safety and advanced technology features, including the class-exclusive plug-in hybrid Wrangler 4xe, the best-selling PHEV in America three years in a row.

With capability at its core, Jeep Wrangler is built on a body-on-frame design with a front and rear five-link suspension system, solid axles and available electronic lockers. To meet the capability needs of the most avid off-road enthusiasts, Wrangler offers a full-float Dana rear axle, available factory-installed 8,000-lb.-capacity Warn winch, a maximum 5,000 pounds of tow capability and unmatched maximum crawl ratios up to 100:1.

Inside, side-curtain airbags are standard in the first and second rows. Wrangler features a standard 12.3-inch Uconnect 5 touchscreen radio with standard wireless Apple CarPlay and Android Auto, plus the available Trails Offroad trail guides and available 12-way power adjustable Nappa leather front seats. Available Blind-spot Monitoring, Rear Cross Path detection, adaptive cruise control further Wrangler's refinement.

For 2025, freedom of choice defines the available powertrains, including a standard 3.6-liter Pentastar V-6 paired exclusively with a six-speed manual transmission, a 2.0-liter turbocharged inline four-cylinder coupled to an eight-speed automatic, a 6.4-liter V-8 HEMI® engine, rated at 470 horsepower, and the class-exclusive plug-in hybrid 4xe. Jeep Wrangler 4xe is powered by a 2.0-liter turbocharged gas engine, two electric motors and a high-voltage battery pack, delivering 49 miles per gallon equivalent (MPGe), 21 miles of all-electric range and zero range anxiety.

The Jeep Wrangler 392 Final Edition continues into the 2025 model year. The fastest and most powerful Wrangler yet features a 6.4-liter, 470-horsepower, V-8 engine with 470 lb.-ft. of torque, the standard Xtreme 35 Package with 17-inch beadlock-capable wheels, 35-inch all-terrain tires, 4.56 axle ratio, 1.5-inch factory lift and swing gate reinforcement, plus two-mode dual exhaust, cold-air intake hood with water separator and more.

### What's New for 2025

- Power locks and power windows now standard on all Wrangler models
- New '41 exterior paint color; military olive drab-inspired
- Active Cabin Ventilation (available) allowing customers to better pre-ventilate cabin via mobile app before entering the vehicle

### Highlights

- Most capable SUV ever:
    - Unmatched crawl ratios up to 100:1
    - Legendary go-anywhere capability with four advanced 4x4 systems: Command-Trac, Rock-Trac (part-time and full-time), Selec-Trac
    - Uncompromising approach (47.4 in.), departure (40.4) and breakover angles (26.7) with 12.9 inches of ground clearance (Wrangler ICE)
        - Jeep Wrangler Rubicon and Willys ICE models offer Xtreme 35 Tire Package, delivering extreme capability, including best-in-class breakover angle of 32.4 degrees, straight from

  - the factory with a factory warranty
  - Every Wrangler is equipped with Dana solid axles, two-speed transfer case, traction control, tow hooks, four-wheel disc brakes and skid plates
  - To accommodate upsizing to larger wheels and tires, Dana 44 HD full-float rear axle available on Rubicon models
    - Typically found on heavy-duty commercial trucks, design consists of a wheel hub assembly that is separate from the axle shaft, with a spindle bolted to the axle tube that supports the wheel hub via a pair of wheel bearings
  - Willys model includes standard rear locker and 33-inch tires
  - When equipped with the automatic transmission, Rubicon X ICE models feature
  - factory-installed 35-inch tires, integrated off-road camera, steel bumpers
  - Factory-installed 8,000-lb.-capable Warn winch available on Rubicon models
- Iconic Jeep Wrangler design features:
  - Signature seven-slot grille with black textured slots, neutral gray metallic bezels and body-color surround
  - Trail-ready antenna integrated into the front windshield
  - 10 standard and optional wheel designs, from 17 to 20 inches
    - For 4xe, five standard and optional wheel designs, from 17 to 20 inches
- Multiple open-air freedom options include standard soft-top, two hardtops, Sunrider for hardtop and exclusive Sky One-touch powertop
- Wide array of powertrain options include:
  - 2.0-liter turbocharged I-4 engine: 270 horsepower and 295 lb.-ft. of torque, paired with eight-speed automatic transmission
  - 3.6-liter V-6 engine: 285 horsepower and 260 lb.-ft. of torque, paired exclusively with
  - six-speed manual transmission
  - 6.4-liter V-8 engine: 470-horsepower and 470-lb.-ft. of torque, paired with eight-speed automatic transmission
  - 4xe plug-in hybrid powertrain: 2.0-liter turbocharged gas engine, two electric motors, eight-speed automatic transmission and a high-voltage battery pack, delivering 49 MPGe, 21 miles of all-electric range and zero range anxiety
- More than 85 available safety and security features include:
  - Standard side-curtain airbags in first and second rows
  - Second-row outboard seatbelts with pretensioners and load limiters
  - Advanced cruise control with stop standard on Sport S and above
  - Blind-spot Monitoring and Rear Cross Path detection standard on Rubicon X and Rubicon 392 (available on other trims, standard on 4xe)
  - ParkView rear backup camera, traction control and electronic stability control with electronic roll mitigation standard on all models
- Authentic interior design with premium features and technology:
  - Standard improved hands-free voice recognition
  - Available 12-way power adjustable front seats
  - Standard premium cabin package on Rubicon X for a quieter ride
  - 12.3-inch touchscreen with Uconnect 5 featuring:
    - Five user profiles with customizable settings
    - Wireless Apple CarPlay and Android Auto
    - Fully customizable home screen
    - Simultaneous connectivity for two Bluetooth phones
    - Alexa Home to Car functionality
    - Jeep app
    - SiriusXM 360L platform with Personalized Stations Powered by Pandora
    - TomTom navigation with live traffic updates
    - Maps OTA updates
    - 4G LTE Wi-Fi hotspot
    - Up to seven USB ports for both rows

- Standard 12-volt accessory outlets and available 115-volt AC outlet
- First built-in off-road adventure trail guides by Trails Offroad
  - Downloaded through Uconnect 5 and displayed on the 12.3-inch screen
  - Offers detailed trail guides for more than 62 Jeep Badge of Honor trails with difficulty ratings, route descriptions and key waypoints
  - Premium subscription unlocks more than 3,000 trail guides

**Jeep Wrangler 4xe Highlights**

- 49 MPGe
- 21 miles of pure-electric operation for most daily commutes and hours on the trail
- Jeep Wrangler 4xe powertrain integrates:
  - 2.0-liter turbocharged I-4
  - Engine-mounted motor generator unit
  - Transmission-mounted motor generator unit integrated into eight-speed automatic transmission
  - 400-volt, 17-kWh, 96-cell, lithium-ion, nickel manganese cobalt battery pack
- TorqueFlite eight-speed automatic transmission
- Powertrain output is 375 horsepower and 470 lb.-ft. torque
- Select Wrangler 4xe models offer a Jeep 4xe Power Box that features four 120-volt outlets with 30 amps of total output, allowing the battery pack to power external devices, such as phones and tablets
- Jeep Wrangler 4xe's E Selec modes allow the driver to tailor the hybrid powertrain to best suit each trip, whether it is filling the needs of most daily commutes in pure-electric operation, a night on the town or quietly exploring nature off-road
  - Hybrid: The default mode blends torque from the 2.0-liter engine and electric motor.
  - In this mode, the powertrain will use battery power first, then add in propulsion from
  - the 2.0-liter turbocharged I-4 when the battery reaches minimum state of charge
  - Electric: The powertrain operates on zero-emission electric power only until the battery reaches the minimum charge or the driver requests more torque (such as wide-open throttle), which engages the 2.0-liter engine
  - eSave: Prioritizes propulsion from the 2.0-liter engine, saving the battery charge for later use, such as EV off-roading or urban areas where internal combustion propulsion is restricted. The driver can also choose between Battery Save and Battery Charge during eSave via the Hybrid Electric Pages in the Uconnect monitor
- 4xe offered unmatched crawl ratios up to 77.2:1
- Legendary go-anywhere capability with four advanced 4x4 systems: Command-Trac,
- Rock-Trac (part-time and full-time) and Selec-Trac
- Uncompromising approach (43.9 in.), departure (37.0) and breakover angles (22.6) with
- 10.9 inches of ground clearance
- Every Wrangler 4xe is equipped with Dana solid axles, two-speed transfer case, traction control, tow hooks, four-wheel disc brakes and skid plates
- Willys 4xe model includes standard rear locker and 33-inch tires
- Rubicon X 4xe model features Nappa leather seats with 12-way power driver and front passenger seats, body color hardtop, Uconnect 5 with integrated navigation and forward-facing off-road camera

**Model Lineup**

For 2025, the Wrangler ICE lineup consists of seven models:

- Sport
- Sport S
- Willys
- Sahara (four-door only)
- Rubicon
- Rubicon X
- Rubicon 392 (four-door only)

For 2025, the Wrangler 4xe lineup consists of six models (four-door only):

- Sport S 4xe
- Willys 4xe

- Sahara 4xe
- Rubicon 4xe
- Rubicon X 4xe
- High Altitude 4xe (late availability)

**Available Exterior Colors**

- Anvil
- Black
- Bright White
- Fathom Blue
- Firecracker Red
- Granite Crystal
- Hydro Blue
- '41 (NEW)

**Available Interior Colors**

- Black
- Black/Mantis Green (High Altitude 4xe only)

**Jeep Brand**
Built on more than 80 years of legendary heritage, Jeep® is the authentic SUV brand that delivers legendary off-road capability, interior refinement, high-tech features and versatility to people who seek extraordinary journeys. The Jeep brand delivers an open invitation to live life to the fullest by offering a broad portfolio of vehicles that continues to provide owners with a sense of safety and security to handle any journey with confidence. Jeep Wave, a premium owner loyalty and customer care program that is available to the entire Jeep 4x4 lineup, is filled with benefits and exclusive perks to deliver Jeep brand owners the utmost care and dedicated 24/7 support. The legendary Jeep brand's off-road capability is enhanced by a global electrification initiative that is transforming 4xe into the new 4x4. All Jeep brand vehicles in North America will offer an electrified variant by 2025.

**Follow Jeep and company news and video on:**
Company blog: http://blog.stellantisnorthamerica.com
Media website: http://media.stellantisnorthamerica.com
Jeep brand: www.jeep.com
Facebook: www.facebook.com/jeep
Instagram: www.instagram.com/jeep
Twitter: www.twitter.com/jeep
LinkedIn: www.linkedin.com/company/jeep
YouTube: www.youtube.com/thejeepchannel or https://www.youtube.com/StellantisNA

Additional information and news from Stellantis are available at: https://media.stellantisnorthamerica.com