# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, ROBERT STUEVE, STEFANI CARTER, BRIAN KREB, KANON SPACKMAN, THOMAS TEGER, EVE PARK, DONALD MOORE, RICHARD PERKAL, HARRY VASQUEZ, NATALIIA LIAKHOVA, DAKEN SHANE FEE, KERRY JOHNSTON AND TRACY LECTKA, KIM AIELLO, CHRISTOPHER PUMILL, CHRISTOPHER WADLEIGH, KEVIN FREEDMAN, HEIDI WALKER, DAVID PERRERA, SHERYL REID, ERIN MAY, JONATHAN MCCRARY, DENNIS BERNS, JONATHAN LISCANO, DANIEL KONGOS, and ASHLEY LANDES on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion |

## **INDEX OF EXHIBITS**

Exhibit 1:      Miller Law Firm, P.C Firm Resume

Exhibit 2:      Lieff Cabraser Heimann & Bernstein, LLP Firm Resume

Exhibit 3:	Lockridge Grindal Nauen, P.L.L.P. Firm Resume

Exhibit 4:	Slack Davis Sanger Firm Resume