# EXHIBIT 3



Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in antitrust, securities, environmental, employment, health care, commercial, intellectual property, and telecommunications law.

The firm's clients include agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, casualty insurers, union pension funds, publishers and authors, and a major computer manufacturer and retailer.

Lockridge Grindal Nauen P.L.L.P. attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff. The firm has offices in Minneapolis, Minnesota and Washington, D.C.

Lockridge Grindal Nauen P.L.L.P. has been continuously active in class action and other complex litigation, including the following illustrative cases, in which the firm has served as lead or co-lead counsel:

- *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minn.);

- *In Re Baycol Products Litig.,* MDL No. 1431 (D. Minn.);

- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct., Minn.) (insurance class action);

- *In Re Broiler Chicken Antitrust Litig.*, Case No. 1:16-cv-08637 (N.D. Ill.);

- *In Re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.);

- *In Re CertainTeed Corp. Roofing Shingle Products Liability Litig.,* MDL 1817 (E.D. Pa.);

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In re Freight Forwarders Antitrust Litig.*, Case No. 1:08-CV-42-JG-VVP (E.D.N.Y.)

- *George Guenther, et al. v. Cooper Life Sciences, et al.* (Cooper Life Sciences Securities Litig.), No. C 89-1823 MHP (N.D. Cal.).

- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.);

- *In Re IKO Roofing Shingle Products Liability Litig.*, MDL No. 2104 (C.D. Ill.);

- *In Re Kitec Plumbing Systems Products Liab. Litig.,* MDL No. 2098 (N.D. Tex.);

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);

- *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.*, Civil No. 2:97CV35-D-B (N.D. Miss.);

- *In Re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.);

- *Nicholas v. Amazon.com, Inc.*, Court File 22-cv-01616-RSM (W.D. Wash.) (Co-Lead Counsel)

- *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.);

- *In Re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn.);

- *In Re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);

- *In re Pork Antitrust Litig.,* Case No. 0:18-CV-01776-JRT-HB (D. Minn.);

- *In Re: Potash Antitrust Litig. (II)*, MDL No. 1996 (N.D. Ill.);

- *In re Pressure Sensitive Labelstock Antitrust Litig.*, MDL No. 1556 (M.D. Pa.);

- *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, et al.*, Court File 10-01712 (D. Minn.);

- *In Re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.);

- *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al.* (Little Caesar Franchise Litig.), Civil No. 93 CV 74041 DT (E.D. Mich.);

2

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In Re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.);

- *In re Urethane Antitrust Litig.*, MDL No. 1616 (D. Kan.);

- *Washington County Health Care Authority, Inc., et al. v. Baxter International Inc., et al.*, Case No. 1:16-cv-10324 (N.D. Ill.);

- *In re Wholesale Grocery Products Antitrust Litig.*, MDL No. 2090 (D. Minn.).

LGN also had substantial involvement in the following litigation:

- *In Re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);

- *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.);

- *In Re AOL Time Warner Securities Litig.,* MDL No. 1500 (S.D.N.Y.);

- *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.);

- *In re Cathode Ray Tube (CRT) Antitrust Litig.*, MDL No. 1917 (N.D. Cal.) (Executive Committee);

- *In Re Connecticut General Life Insurance Co. Premium Litig.*, MDL No. 1336 (C.D. Cal.);

- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.);

- *In Re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.,* Master Case No. 05-md-1725 (E.D. Mich.);

- *In Re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.);

- *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee).

- *In re Generic Digoxin and Doxycycline Antitrust Litig.,* MDL No. 2724 (E.D. Pa.);

- *In re German Automotive Manufacturers Antitrust Litig.,* MDL No. 2796 (N.D. Cal.);

3

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In Re Federal National Mortgage Association Securities, Derivative and ERISA Litig.,* MDL No. 1668 (D.D.C.);

- *In Re Flat Glass (1) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.);

- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.,* MDL No. 1708 (DWF/AJB)(D. Minn.);

- *Haritos, et al. v. American Express Financial Advisors, Inc.,* 02-2255-PHX-PGR (D. Ariz.);

- *In Re ICN/Viratek Securities Litig.,* 87 Civ. 4296 (S.D.N.Y.);

- *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Calif.);

- *Kleen Products LLC, et al. v. Packaging Corporation of America, et al. (Containerboard Antitrust Litig.)*, Case No. 1:10-CV-5711 (N.D. Ill.) (Executive Committee);

- *In Re Lease Oil Antitrust Litig.,* MDL No. 1166 (S.D. Tex.);

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);

- *In Re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.,* MDL No. 1726 (JMR/AJB) (D. Minn.)

- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel);

- *In Re Merck & Co., Inc., Securities, Derivative & ERISA Litig.,* No. 3:05-cv-1151 (D.N.J.);

- *In Re Meridia Products Liability Litig.,* MDL No. 1481 (N. D. Ohio);

- *In Re Nasdaq Market-Maker Antitrust Litig.,* MDL No. 1023 (S.D.N.Y.);

- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.,* MDL No. 1584 (S.D.N.Y.);

- *In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* MDL No. 1720 (E.D.N.Y.) (Executive Committee);

- *In Re Propulsid Products Liability Litig.,* MDL No. 1355 (E.D. La.);

- *In Re Rezulin Litig.,* MDL No. 1348 (S.D.N.Y.);

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In Re Vioxx Product Liability Litig.,* MDL No.1657 (E.D.La.);

- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.*, MDL 1938 (D.N.J.); and

- *In Re Worldcom, Inc. Securities Litig.,* No. 02-CV-3288 (S.D.N.Y.).

**Robert K. Shelquist**

Robert K. Shelquist is a partner in the Lockridge Grindal Nauen P.L.L.P. firm. He is a graduate of the University of California at Berkeley (A.B. Legal Studies; A.B. Political Science with high honors 1987) and the University of Minnesota Law School (J.D. *cum laude* 1990). Thereafter, he was associated with the law firm of Popham, Haik, Schnobrich & Kaufman in Minneapolis, Minnesota from 1990 until 1995, and a partner in the law firm of Plunkett Schwartz Peterson, P.A., also in Minneapolis, from 1995 to 2000.

Mr. Shelquist has prosecuted national class actions to verdict in two cases. In *Peterson v. BASF Corp.*, Mr. Shelquist was court-appointed class counsel and was one of the trial attorneys who secured a jury verdict for a nation-wide class seeking redress for defendant's marketing of its herbicide products. After multiple state appellate opinions and two trips to the United States Supreme Court, a judgment in excess of $60,000,000 was paid. He also was one of the court-appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide antitrust trial in *In Re Laminates*, which was tried to verdict in the United States District Court for the Southern District of New York.

Mr. Shelquist has been active in class action, consumer fraud, product liability, and other complex litigation, including court appointed co-lead counsel, class counsel, or steering committee appointments in:

- *In Re Building Materials Corporation of America Asphalt Roofing Shingle Products Liab. Litig.,* MDL 2283 (D.S.C.) (Plaintiff Steering Committee);

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In Re CertainTeed Corp. Roofing Shingle Products Liab. Litig.,* MDL 1817 (E.D. Pa.) (Co-Lead Counsel);

- *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee);

- *In re FCA US LLC Monostable Electronic Gearshift Litig.*, Civ. No. 16-md-02744 (E.D. Mich.) (Plaintiffs' Steering Committee);

- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel);

- *In Re IKO Roofing Shingle Products Liab. Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel);

- *In Re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel);

- *In Re Laminates,* MDL File No. 1368, (S.D.N.Y.) (Lead Counsel to Miami Sub-class);

- *McFerren v. AT&T Mobility LLC*, Civil No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering Committee);

- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liab. Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel);

- *In Re Navistar Diesel Engine Products Liab. Litig.*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Steering Committee);

- *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel);

- *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minn.) (Lead Counsel);

- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (IL. Cir. Ct.) (Plaintiffs' Steering Committee);

- *Patricia Wright, et al. v. Owens Corning,* MDL No. 1567 (W.D. Pa.) (Co-Lead Counsel);

- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Cal.) (Interim Co-Lead Counsel);

- *In Re Zurn Pex Products Liab. Litig.*, MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee);

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *George v. Uponor Corporation, et al.*, Court File No. 12-249 (D. Minn.) (Co-Lead Counsel).

- *In Re Aredia and Zometa Products Liab. Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiff Steering Committee);

- *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Cal.) (Executive Committee);

- *In Re Syngenta AG MIR162 Corn Litig.*, Civil No. 14-md-2591-JWL-JPO (D. Kan.) (Executive Committee)

Mr. Shelquist also is or has been also involved in the following litigation:

- *In Re Air Transportation Excise Tax Litig.,* Civil File No. 3-96-CV-453 (D. Minn.);

- *Austerschmidt v. T-Mobile USA, Inc.*, Court File No. 19-HA-CV-081709 (Ramsey County District Court, Minn.);

- *In Re Baycol Products Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees);

- *In Re Berg*, Master File No. CY-96-3151-AAM (E.D. Wash.);

- *Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al.*, Court File No. 07-CV-04-1092 (D. Minn.);

- *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.) (Co-Chair Discovery Committee);

- *Brown v. State of Minnesota*, Court File No. 98-11152 (Henn. Cnty. Dist. Ct., Minn);

- *Crosby v. Aid Association for Lutherans*, File No. 00-CV-2112 MJD/RLE (D. Minn.);

- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.);

- *In Re Digi International, Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);

- *In Re European Rail Pass Antitrust Litig.*, MDL 1386 (S.D.N.Y.);

- *In Re Flat Glass Antitrust Litig.*, MDL 1200 (W.D. PA);

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *Good v. Fluor Daniel Corp.*, Case No. CT-00-5021-RHW (E.D. Wash.);

- *In Re Green Tree Acceptance Corp. Securities Litig.*, Master File No. 97-2666 (JRT/RLE) (D. Minn.);

- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team);

- *Hanson v. TCI Cable Corp.*, Court File No. CX- 97-1434 (Mower County District Court, Minn.);

- *Hensley v. AT&T Mobility, LLC*, Court File No. 27-cv-08-7210, (Henn. Cnty. Dist. Ct., Minn);

- *Jacobson v. Correct Building Products, LLC*, Court File No. 08-cv-5135 (D. Minn.);

- *Koras v. Verizon Wireless*, Court File 27-cv-08-18517, (Henn. Cnty. Dist. Ct., Minn);

- *Larson v. Burlington Northern Santa Fe Railway Company*, Civil No. CV 01-527 JEL/RLE (D. Minn.);

- *Jeffrey H. Leech, et. al. v. Excel Title, LLC*, Court File No. 27-CV-06-4625 (Henn. Cnty. Dist. Ct., Minn);

- *In Re Linerboard Antitrust Litig.*, MDL 1261 (E.D. PA);

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.);

- *McGregor et al. v. Uponor, Inc. et al.*, Court File No. 09-cv-1136 (D. Minn.);

- *McNeil v. IKO Manufacturing, Inc.*, Court File No. 09-cv-2105 (C.D. Ill.);

- *In Re Medtronic, Inc., Implantable Defibrillators Products Liab. Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team);

- *In Re Meridia Products Liab. Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee);

- *In Re Milk Products Antitrust Litig.*, Master File 3-96-458 (D. Minn.) (Co-Chair Discovery Committee);

- *In Re MSG Litig.*, MDL File No. 00-1328 (D. Minn.);

8

**LOCKRIDGE GRINDAL NAUEN PLLP**

- *In Re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee);

- *In Re Propulsid Products Liab. Litig.*, MDL 1355 (E.D. La.);

- *In Re Rezulin Litig.*, MDL 1348 (S.D. N.Y.);

- *Ross et al. v. Trex Company, Inc.*, Court File No. 09-cv-670 (N.D. Cal.).

- *In Re Serzone Products Liab. Litig.*, MDL 1477 (S.D. W.V.);

- *Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp.*, Court File No. C3-04-8891 (Henn. Cnty., MN) (Liaison Counsel);

- *In Re StarLink Corn Products Liab. Litig.*, MDL 1403 (N.D. Ill);

- *In re Syngenta Litigation*, Court File 27-cv-153785 (Henn. Cnty. Dist. Ct., Minn) (Liaison Counsel);

- *In Re Tamoxifen Citrate Antitrust Litig.*, MDL 1408 (E.D. N.Y.);

- *Villa v. Rexall Sundown, Inc.*, Court File No. 00-9061 (Palm Beach County Court, Florida);

- *In Re Vioxx Litig.*, MDL 1657 (E.D. La.);

- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liab. Litig.*, MDL 1938 (D.N.J.); and

- *In re Wells Fargo ERISA 401(k) Litig.*, Master File No. 0:16-cv-3405 (PJS/BRT) (D. Minn.) (Liaison Counsel); and

- *In Re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.).

- *In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litig.*, Civil Action No. 1:23-cv-00669 (N.D. Ill.)

Mr. Shelquist has been recognized as a Super Lawyer by *Minnesota Law and Politics* and listed by the *Guide to Leading American Attorneys*. He is currently a member of AAJ, the Federal Bar Association, and the Minnesota Bar Association.

9

**LOCKRIDGE GRINDAL NAUEN PLLP**