# EXHIBIT 4



Slack Davis Sanger is a preeminent AV-rated, nationally recognized force in civil litigation. Founded in 1993, the firm has three offices, nine attorneys and a highly skilled legal support staff with vast experience in the investigation and handling of complex cases. The firm litigates cases throughout the country in both federal and state courts. Slack Davis Sanger has recovered hundreds of millions of dollars for the clients it has represented and has made significant contributions to safety improvements in aviation products and operational practices.

Across its practice areas, Slack Davis Sanger's attorneys have been appointed to numerous multi-district litigation (MDLs) steering committees and have served as lead, co-lead, or class counsel on a number of significant cases. Examples include:

*Manus vs. American Airlines (American Airlines Flight 1420)*
American Airlines Flight 1420 crashed on June 1, 1999, at the Little Rock National Airport in Little Rock, Arkansas during an intense thunderstorm which had begun crossing the airport as the aircraft was landing. Ten passengers were killed in the crash and many sustained serious physical injuries. The firm represented five surviving passengers and the family of two deceased passengers.  Several of our clients who survived were diagnosed with severe Post Traumatic Stress Disorder (PTSD) resulting from their traumatic experience.  Mike Slack was trial counsel in *Manus v. American Airlines*, with Little Rock attorney Jim Jackson, in which the jury awarded significant damages to a mother and 2 small children who survived the crash but sustained serious effects from PTSD.  The *Manus* verdict was affirmed on appeal to the U.S. Court of Appeals for the 8th Circuit.  *Manus v. American Airlines*, Inc., 314 F. 3d 968 (8th Cir. 2003).  *Manus* remains one of the largest verdicts ever awarded to airline passengers for PTSD.

*American Airlines Flight 587*
On November 12, 2001, American Airlines Flight 587 crashed near Belle Harbor, NY, shortly after the Airbus 300-600 suffered an in-flight structural separation of the vertical stabilizer and rudder. The scheduled flight carrying 251 passengers and nine crew members had taken off a few minutes before the crash from New York's John F. Kennedy (JFK) airport with a planned destination of Santo Domingo, Dominican Republic. All 260 people on board were killed in the crash as well as five persons on the ground. Slack Davis Sanger represented the families of 24 passengers. All cases settled for confidential amounts with both American Airlines and Airbus making contributions to the settlement funds.

*American Airlines Flight 331*
During the December 22, 2009, landing attempt in Kingston, Jamaica, American Airlines Flight 331 crashed at Norman Manley International Airport, injuring most of the passengers. The firm represented multiple injured passengers, many of whom suffered from post-traumatic stress disorder (PTSD).

*Lee Odekirk, et al. v. Dallas Airmotive Inc.*
On August 24, 2008, a Cessna 208B Grand Caravan (TG-JES) operated by Aero Ruta Maya was carrying volunteers and missionaries to a remote area in Guatemala to finish building a school when the Pratt & Whitney Canada PT6-44A engine suffered a catastrophic failure.  The pilots attempted an emergency landing but crashed in a field.  There were 14 persons on board and only four survived the crash.  Those

that survived were seriously burned.  The firm successfully prosecuted the case against Aero Ruta Maya and Pratt & Whitney as well as a turbine engine maintenance facility located in Dallas, Texas. The lawsuits were resolved for amounts that were confidential, but the total settlement remains one of the largest ever achieved for passengers on a chartered flight.

*Reno Air Race Disaster*
On September 16, 2011, a highly modified P-51D Mustang crashed near the spectator area at the National Championship Air Races in Reno, Nevada, killing 11 people and injuring more than 100 other spectators. The firm represented multiple spectators and served as the lead counsel for all of the spectator survivors and families in originating, negotiating and implementing the Reno Air Disaster Compensation Fund. Insurance funds were distributed to claimants in January 2013, less than 8 months after the initial meeting with Ken Feinberg, Administrator of the Fund.  The process resulted in complete exhaustion of all of the available insurance funds available to cover the losses sustained by the spectators and their families.

**Class Action**

*Grigson et al. v. Farmers Group, Inc.*, No. 1:17cv88 (W.D. Tex.). John R. Davis and Michael L. Slack of Slack Davis Sanger were appointed as class counsel in a personal automobile insurance rate discrimination case with nearly one million class members. The court granted final approval to a class settlement of $52 million inclusive of attorneys' fees and costs.

*In Re: Valsartan Products Liability Litigation,* No. 19-md-02875 (D.N.J.). John R. Davis of Slack Davis Sanger serves on the Plaintiff's Executive Committee and has been appointed as class counsel for consumer economic loss claims in this MDL matter, which involves adulterated and contaminated generic hypertension medications. The litigation is ongoing.

*Barba et al. v. Shire U.S., Inc., et al.*, No. 13cv21158 (S.D. Fla.). John R. Davis served as class counsel, in which the Court certified a class of millions of users of Adderall XR who claimed antitrust violations against Shire. The Court approved a class settlement of nearly $15 million.

**Environmental**

*NJDEP v. Exxon Mobil Corp.*, No. UNN-L-1650-05 (N.J. Sup. Ct. Law Div.). John R. Davis served as part of a team of special outside counsel to the New Jersey Department of Environmental Protection in a case alleging environmental natural resource damages. The case settled after an almost year-long trial for $225 million.

**Pharmaceutical & Medical Device**

*Louisiana ex rel. Caldwell v. GSK*, No. No. 599353 (19th J.D.C. E. Baton Rouge). John R. Davis served as special outside counsel to Louisiana Attorney General James D. "Buddy" Caldwell in a number of Medicaid fraud cases pursued against pharmaceutical companies. For this case, Davis helped secure a settlement of $42.5 million settlement on behalf of the State of Louisiana for GlaxoSmithKline's alleged fraudulent promotion of its blockbuster diabetes drug AVANDIA®

*Norplant Contraceptive Products Liability Litigation,* MDL No. 1038 (E.D. Tex.). Slack & Davis was appointed to the Plaintiffs' Steering Committee and served in a lead role in negotiations with defendant Wyeth which led to a favorable global settlement of the product liability cases.

*Showa-Denko K.K. L-Tryptophan Products Liability Litigation*, MDL No. 865 (D.S.C.), Slack & Davis served as co-lead in all of the Texas state court litigation and served in a lead coordination role for state and federal MDL liability discovery.

**Other Notable Litigation**

*FlightSafety International v. Dallas Airmotive*
On October 30, 2014, a Beechcraft King Air experienced engine failure and crashed into the FlightSafety Incorporated (FSI) training facility in Wichita, Kansas, killing four people and injuring six others. The firm represents FSI for economic and property losses after the post-crash fire destroyed the FSI facility burning the structure and its contents, which included flight simulators.

*Hyatt v. ValuJet Flight 592*
On May 11, 1996, Walter Hyatt, American singer and songwriter, mentor to Lyle Lovett, was killed when ValuJet 592 caught fire and crashed into the everglades in Miami-Dade County.  The National Transportation Safety Board (NTSB) determined that the fire began in the cargo compartment below the passenger cabin.  The firm represented the Hyatt family, and the case settled for a confidential amount.

*Himsel v. State of Alaska*
In November 1992, a Beechcraft King Air B200 flown by the Alaska Army National Guard with passengers from the U.S. Army crashed into a mountain on its approach into the airport in Juneau, Alaska, resulting in 8 casualties.  Among those killed was the commander of the Alaska Army National Guard and a visiting major general from Indiana.  The crash was attributed to pilot error.  The case went to the Alaska Supreme Court which held that the State was not immune from suit under the Alaska Tort Claims Act, that the federal *Feres* doctrine, which prevents armed service members from bringing tort suits against the federal government for injuries that arise out of or are in the course of activity incident to service, did not preclude survivors from maintaining their negligence action pursuant to the Alaska Tort Claims Act.  *Estate of Himsel v. State of Alaska*, 36 P. 3d 35 (Ak. 2001).  After being remanded to the trial court all passenger claims were settled by the State of Alaska.

*Vaughan v. Omniflight Helicopters*
On August 27, 1990, Stevie Ray Vaughan, famed guitarist, was killed when the helicopter he was in crashed into the side of a hill at the Alpine Valley Resort in East Troy, Wisconsin. The firm represented the Vaughan family, and the case settled for a confidential amount.

**Attorney Biographies**

**Michael L. Slack**

Michael L. Slack is the Managing Partner of Slack Davis Sanger and focuses on the most challenging and demanding areas of civil litigation, including aviation law and products liability cases against major U.S. corporations. A licensed pilot and former NASA aerospace engineer, Mike combines his technical knowledge and skills with his extensive litigation and trial experience for the benefit of his clients.

His legal experience includes more than 35 years of litigating and trying lawsuits arising from catastrophic injuries and deaths resulting from airplane and helicopter accidents, including the commercial air crashes of American Airlines Flights 331, 587, and 1420, American Connection Flight 5966, Continental Flight 1404, and Southwest Flight 1380. He has also received national media attention as an advocate for stronger federal oversight to improve aviation safety, especially in the realm of air ambulance helicopter operations.

In 1997, Mike served as president of the Texas Trial Lawyers Association (TTLA), where he continues to serve on the Board of Directors.  He also is a member of the American Board of Trial Advocates (ABOTA). A member of many legal associations and national, state and county bar associations, Mike has also served as chair of the Aviation Law Section for the American Association for Justice. He is a member of the Lawyer Pilots Bar Association, the American Astronautical Society and the American Institute of Aeronautics and Astronautics (AIAA).

Mike is a Civil Trial Advocate as certified by the National Board of Trial Advocacy and is certified by the Texas Board of Legal Specialization in Personal Injury Trial Law. He is also an AV®-rated attorney (Martindale-Hubbell Peer Review Ratings) and has been listed in The Best Lawyers in America since 1995 and in Super Lawyers since 2003.

Prior to becoming a lawyer, Mike was a senior aerospace engineer at NASA, where he worked on the Apollo-Soyuz and Space Shuttle programs and received special recognition from NASA for his contributions. In 2002, the AIAA named Mike an Associate Fellow, a unique honor for an attorney. He is the recipient of both the Aerospace Alumni Academy Distinguished Alumni Award (2018) and the Outstanding Aerospace Engineer Award (2014) from the Department of Aerospace Engineering in the Dwight Look College of Engineering at Texas A&M University. He also serves on the Advisory Board for the Department of Aerospace Engineering, Texas A&M University.

He received his law degree from The University of Texas School of Law and was admitted to the bar in 1983. He holds bachelor's and master's degrees in aerospace engineering from Texas A&M University. He remains licensed as a professional engineer and as a pilot.

**Ladd Sanger**

Ladd Sanger is Managing Partner of the firm's Dallas office and focuses his practice on aviation law, including products liability, business litigation, and representing clients who have been injured as a result of air disasters.

As an FAA-licensed Airline Transport Pilot with jet type ratings and a licensed helicopter pilot, Ladd understands the technical aspects of aviation crashes and applies that knowledge to all his cases. He has handled numerous crash cases around the globe, obtaining significant settlements for those injured or for the families that lost loved ones in a tragic accident.

In addition to his aviation practice, Ladd has prosecuted and tried as lead counsel products liability cases involving automobiles, as well as catastrophic personal injury cases. He has litigated and tried cases in multiple jurisdictions in both state and federal court and has been appointed by Federal Courts to serve on the steering committee for multi-district litigation in aviation mass disaster cases.

As an active member of the national aviation bar, he was selected by the American Bar Association to be the 2016-2017 Chair of the Tort Trial & Insurance Practice Section's Aviation and Space Law Committee. He also serves on the Board of Advisors for the SMU Air Law Symposium and is a past Chair of the Aviation Law Section of the American Association for Justice. He has been recognized repeatedly by Thomson Reuters Super Lawyers, and by The Best Lawyers in America. He is also an AV®-rated attorney by Martindale-Hubbell, based on peer reviews for ability and integrity.

Ladd received his B.B.A. from Southern Methodist University and his J.D. from Oklahoma City University. He is a graduate of the University of Southern California Aircraft Accident Investigation School. He is a member of the American Association for Justice, Aviation Insurance Association, Lawyer Pilot Bar Association, Texas Trial Lawyers Association, and Dallas Trial Lawyers Association. He is licensed to practice law in Texas, Colorado, and Wyoming.

**John R. Davis**

John R. Davis leads the firm's class action and whistleblower practices, having spent most of his career either working for or litigating cases in the U.S. Federal Courts. He focuses on complex litigation, with an emphasis on product defects, consumer fraud, healthcare fraud, antitrust, environmental, and insurance matters. John seeks to hold corporations accountable for wrongful conduct. John has recovered hundreds of millions of dollars on behalf of the clients he has represented over the course of his career.

Prior to joining Slack Davis Sanger, John spent two years as a judicial law clerk for two federal district court judges and then three years at a high-profile class action and environmental law firm in New Orleans. In these positions, John gained expertise in federal court class action litigation. Among John's achievements prior to joining Slack Davis Sanger, John was on the trial team in *NJDEP v. Exxon Mobil Corp.*, No. UNN-L-1650-05 (N.J. Sup. Ct. Law Div.), representing the State of New Jersey in recovering $225 million in environmental natural resource damages from Exxon Mobil. John also served as outside counsel to the Louisiana Attorney General and secured a $42.5 million settlement for Medicaid fraud claims related to the marketing and sale of Avandia®. *Louisiana ex rel. Caldwell v. GSK*, No. No. 599353 (19th J.D.C. E. Baton Rouge). John also successfully prosecuted one of the first generic pharmaceutical pay-to-delay antitrust class actions, and secured a $15 million class recovery for consumers of Adderall XR®. *Barba et al. v. Shire U.S., Inc., et al.*, No. 13cv21158 (S.D. Fla.).

At Slack Davis Sanger, John has continued successfully prosecuting class action and whistleblower matters, and has been court-appointed as class counsel and/or as MDL leadership counsel in numerous cases. John was appointed class counsel in *Grigson v. Farmers Group, Inc.*, No. 1:17-cv-88 (W.D. Tex.), which involved a personal auto insurance class settlement recovery fund of $52 million including attorney's fees and costs. In its Final Approval Order, the Hon. U.S. District Judge Lee Yeakel found that Mr. Davis and other class counsel "vigorously litigated this case" and "adequately represented the class." Id. at Dkt. No. 206. Mr. Davis was also appointed to the Plaintiffs' Executive Committee in the *In re Valsartan, Losartan, and Irbesartan Products Liability Litigation*, No. 1:19-md-2875 (D.N.J.) (Kugler, J.), and was also appointed by

Hon. U.S. District Judge Robert Kugler as Class Counsel for the multi-state consumer economic loss claims involved in the MDL involving defective pharmaceutical products. Id. at Dkt. No. 2261, at 17 (finding that "John R. Davis, Esq. [] has the requisite experience from both this MDL, and from past experience with other class action matters … to represent the named class members acceptably")).

From 2018-2024, Mr. Davis has been named to Super Lawyers® Texas Rising Stars in the practice area of Class Action/Mass Torts, the only Austin-based lawyer to receive such recognition for several of those years. John received his B.A. from Trinity University and his J.D. from Boston College. He is licensed to practice law in Texas, California, Louisiana, and Alabama.

**John Jose**

John Jose is Managing Partner of the firm's Fort Worth office and has focused his entire career on helping clients who were seriously injured and those who lost loved ones in tragic accidents. He has deep experience handling cases arising from oilfield accidents, electrocution accidents, gas explosions, construction accidents, heavy truck collisions, and accidents involving traumatic brain injuries. Clients want John on their side during these tough times because of his compassionate nature and his exceptional trial and negotiation skills.

Prior to joining Slack Davis Sanger in 2011, John was the Managing Partner of Jose, Henry, Brantley, MacLean & Alvarado, a prominent Fort Worth law firm that John founded in 1984. He is an AV®-rated attorney (Martindale-Hubbell Peer Review Ratings), board-certified in Personal Injury Trial Law by the Texas Board of Legal Specialization, and has repeatedly been named to Super Lawyers, as well as The Best Lawyers in America and Texas' Best Lawyers.

In 2016, John received the H.G. Wells Outstanding Trial Lawyer Award, presented by the Tarrant County Trial Lawyers Association, which recognizes trial lawyers that practice law with high ethical standards and demonstrate exceptional professional conduct and trial advocacy skills.

He previously served as the Fort Worth Chapter President of the American Board of Trial Advocates (ABOTA) and is on the Board of Directors of the Texas Trial Lawyers Association. He is a past President of the Tarrant County Trial Lawyers Association and a member of the American Association for Justice and the American Bar Association.

Mr. Jose received his bachelor's degree in Economics from the University of Texas at Austin in 1978, and his J.D. degree from Southern Methodist University in 1981.

**Paula Sweeney**

Paula Sweeney focuses on cases involving complex medical and scientific issues. She has been a leader in the field of healthcare liability litigation (medical malpractice) for decades, and still takes a few cases in that field, along with work on pharmaceutical and prescription liability cases. Paula is well known for her powerful cross-examination skills and her expertise in handling complex cases involving catastrophic injury and complicated medical issues.

Paula came to Slack Davis Sanger from the Dallas law firm Howie & Sweeney, which she founded with John Howie in 1995. Paula and John practiced together until his death in December 2002. A frequent teacher and invited lecturer for legal, medical, and other professional groups across Texas and much of the United States, Paula was named a Legend of Trial Law by the Dallas Bar Association as well as its 2012 Trial Lawyer of the Year.

In the courtroom, Paula's skills as a cross-examiner have been described as "relentless" and "driven"; as one defense lawyer put it, "Paula is like a heat-seeking missile." Paula has been a Martindale-Hubbell AV®-rated attorney for more than 25 years and has repeatedly been named to Super Lawyers, as well as The Best Lawyers in America and Texas' Best Lawyers among many other national and international recognitions.

She is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization and is a recipient of the Gene Cavin Award from the State Bar of Texas for lifetime commitment to continuing legal education. She is a Past President of the Texas Trial Lawyers Association, as well as a Fellow of the American College of Trial Lawyers, and the International Academy of Trial Lawyers. Paula received her B.A. from the University of Dallas and her J.D. from Southern Methodist School of Law and is licensed to practice law in Texas and Montana.