UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>FCA US LLC,<br><br>Defendant. | Case No.: 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**INDEX OF EXHIBITS TO FCA US'S MOTION TO COMPEL ARBITRATION AND TO DISMISS SECOND AMENDED COMPLAINT**

| Exhibit No. | Description |
|:---:|---|
| A | 2021 Jeep Wrangler Warranty Information - Hybrid |
| B | 2022 Jeep Warranty Information – Wrangler 4xe |
| C | 2022 Jeep Warranty Information – Grand Cherokee 4xe |
| D | 2023 Jeep Warranty Information – Gas / Diesel / 4xe |
| E | 2024 Jeep Warranty Information |