UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**STIPULATED ORDER EXTENDING PAGE LIMITS FOR MOTION TO DISMISS AND TO COMPEL ARBITRATION BRIEFING**

1. On January 13, 2025, Defendant FCA US filed its Motion to Compel Arbitration and Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint Pursuant to Rules 12(b)(1) and 12(b)(6). ECF No. 32.

2. FCA US's motion raises numerous arguments and asks the Court to compel all Plaintiffs to arbitration or to dismiss their claims in their entirety.

3. After reviewing the motion, Plaintiffs believe they need an additional ten pages to fully address these arguments and present them to the Court. After meeting and conferring, the Parties have agreed that an additional ten pages for Plaintiffs' opposition and an additional five pages for FCA US' reply would be sufficient.

Accordingly, the Court finds good cause to allow the stipulation of the parties.

**IT IS HEREBY ORDERED** that Plaintiffs' opposition to ECF No. 32 shall be no longer than 35 pages in length and FCA US's reply to ECF No. 32 shall be no longer than 12 pages in length.

**IT IS SO ORDERED.**

Dated:  February 6, 2025                   s/Brandy R. McMillion
<br>                                                HON. BRANDY R. MCMILLION
<br>                                                United States District Judge

*Stipulated to on February 5, 2025, by:*

| | |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **KLEIN THOMAS LEE & FRESARD LLP** |
| /s/ *Dennis A. Lienhardt* | /s/ *Scott H. Morgan (w/consent)* |
| E. Powell Miller (P39487) | Stephen A. D'Aunoy (MO/54961) |
| Dennis A. Lienhardt (P81118) | Scott H. Morgan (MO/61853) |
| 950 West University Dr., Ste. 300 | 100 N. Broadway, Ste. 1600 |
| Rochester, MI 48307 | St. Louis, MO 63102 |
| (248) 841-2200 | (314) 888-2970 |
| epm@millerlawpc.com | stephen.daunoy@kleinthomaslaw.com |
| dal@millerlawpc.com | scott.morgan@kleinthomaslaw.com |

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

-and-

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
Craig S. Davis
Krista K. Freier
100 Washington Ave., Suite 2200
Minneapolis, MN 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
csdavis@locklaw.com
kkfreier@locklaw.com

*Attorneys for Plaintiffs*