UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, TAMMY OTTO, ROBERT STUEVE, STEFANI CARTER, BRIAN KREB, KANON SPACKMAN, THOMAS TEGER, EVE PARK, DONALD MOORE, RICHARD PERKAL, HARRY VASQUEZ, NATALIIA LIAKHOVA, DAKEN SHANE FEE, KERRY JOHNSTON AND TRACY LECTKA, KIM AIELLO, CHRISTOPHER PUMILL, CHRISTOPHER WADLEIGH, KEVIN FREEDMAN, HEIDI WALKER, DAVID PERRERA, SHERYL REID, ERIN MAY, JONATHAN MCCRARY, DENNIS BERNS, JONATHAN LISCANO, DANIEL KONGOS, and ASHLEY LANDES on behalf of themselves and all those similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>FCA US, LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion |

## **INDEX OF EXHIBITS**

Exhibit 1:   *Fisher v. FCA US LLC*, No. 23-10426 (E.D. Mich) - Motion Hearing Transcript Excerpts, Dec. 12, 2023

Exhibit 2:   FCA's April 3, 2024 Response to Plaintiffs' February 26, 2024 Pre-suit Notice Letter

Exhibit 3:   FCA's April 3, 2024 Response to Plaintiffs' February 28, 2024 Pre-suit Notice Letter

Exhibit 4:   FCA's July 11, 2024 Response to Plaintiffs' June 14, 2024 Pre-suit Notice Letter

Exhibit 5:   FCA's January 2, 2025 Response to Plaintiffs' November 23, 2024 Presuit Notice

Exhibit 6:   Declaration of Plaintiff Gary Frisch

Exhibit 7:   Declaration of Plaintiff Tammy Otto

Exhibit 8:   Declaration of Plaintiff Robert Stueve

Exhibit 9:   Declaration of Plaintiff Stefani Carter

Exhibit 10:  Declaration of Plaintiff Brian Kreb

Exhibit 11:  Declaration of Plaintiff Kanon Spackman

Exhibit 12:  Declaration of Plaintiff Thomas Teger

Exhibit 13:  Declaration of Plaintiff Eve Park

Exhibit 14:  Declaration of Plaintiff Donald Moore

Exhibit 15:  Declaration of Plaintiff Richard Perkal

Exhibit 16:  Declaration of Plaintiff Harry Vasquez

Exhibit 17:  Declaration of Plaintiff Nataliia Liakhova

Exhibit 18:  Declaration of Plaintiff Kerry Johnston and Tracy Lectka

Exhibit 19:  Declaration of Plaintiff Daken Shane Fee

Exhibit 20:  Declaration of Plaintiff Kim Aiello

Exhibit 21:   Declaration of Plaintiff Christopher Pumill

Exhibit 22:   Declaration of Plaintiff Christopher Wadleigh

Exhibit 23:   Declaration of Plaintiff Kevin Freedman

Exhibit 24:   Declaration of Plaintiff Heidi Walker

Exhibit 25:   Declaration of Plaintiff David Perrera

Exhibit 26:   Declaration of Plaintiff Sheryl Reid

Exhibit 27:   Declaration of Plaintiff Erin May

Exhibit 28:   Declaration of Plaintiff Jonathan McCrary

Exhibit 29:   Declaration of Plaintiff Dennis Berns

Exhibit 30:   Declaration of Plaintiff Jonathan Liscano

Exhibit 31:   Declaration of Plaintiff Daniel Kongos

Exhibit 32:   Declaration of Plaintiff Ashley Landes

Exhibit 33:   *White v. FCA US LLC*, No. 21-11696 (E.D. Mich. Mar. 31, 2023), Opinion and Order

Exhibit 34:   Plaintiffs' February 26, 2024 Pre-suit Notice Letter

Exhibit 35:   Plaintiffs' February 28, 2024 Pre-suit Notice Letter

Exhibit 36:   Plaintiffs' July 14, 2024 Pre-suit Notice Letter

Exhibit 37:   Plaintiffs' November 23, 2024 Pre-suit Notice Letter

Exhibit 38:   *In re Ford Super Duty Roof Crush Litig.*, No. 22-12079 (Sept. 30, 2024), Opinion and Order