# EXHIBIT 1

```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF MICHIGAN
 2                            SOUTHERN DIVISION

 3    BRIAN FISHER, et al.,

 4                   Plaintiff,

 5    -v-                                    Case No. 23-10426

 6    FCA US LLC,

 7                   Defendant.
      _____/
 8
                              MOTION HEARING
 9
                    BEFORE THE HONORABLE MATTHEW F. LEITMAN
10                       United States District Judge
                     Theodore Levin United States Courthouse
11                        231 West Lafayette Boulevard
                                Detroit, Michigan
12                              December 12, 2023

13    APPEARANCES:

14    FOR THE PLAINTIFF:      Hannah Lazarz
                              Mark P. Chalos
15                            Lieff, Cabraser, Heimann & Bernstein
                              222 2nd Avenue, South
16                            Suite 1640
                              Nashville, TN 37201
17
                              Dennis A. Lienhardt
18                            The Miller Law Firm, P.C.
                              950 W. University Drive
19                            Suite 300
                              Rochester, MI 48307
20
                              H. Clay Barnett, III
21                            James Mitchell Williams
                              Beasley Allen Law Firm
22                            218 Commerce Street
                              Montgomery, AL 36104
23
      FOR THE DEFENDANT:      Stephen A. D'Aunoy
24                            Thompson Coburn LLP
                              One US Bank Plaza
25                            Saint Louis, MO 63101
```

1     **Ian Kennedy Edwards**
      Klein Thomas Lee & Fresard
2     101 West Big Beaver Rd
      Suite 1400
3     Troy, MI 48084

4

5

6
              To Obtain a Certified Transcript Contact:
7             Shacara V. Mapp, CSR-9305, RMR, FCRR, CRR
                       www.transcriptorders.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            THE COURT:  All right.  Well, let me see if that
 2   level of precision helps us.
 3            Mr. Williams, is that what you meant to say?
 4            MR. WILLIAMS:  Yes, Your Honor, I think we would
 5   agree with that.
 6            To the extent it's based -- the UCL claim is based on
 7   an express warranty, we concede that.  But the UCL claim is
 8   valid for other reasons independent of the express warranty,
 9   so we don't concede those.
10            THE COURT:  Okay.  So let me see if I can summarize
11   where we're at.  It seems to me like Plaintiffs have agreed to
12   dismiss with prejudice, all claims based on express warranty
13   and the UCL claim to the extent that it is based on a
14   violation of express warranty.
15            Is that correct, Mr. Williams?
16            MR. WILLIAMS:  That's correct, Your Honor.
17            THE COURT:  Let me just make sure Ms. Lazarz agrees
18   with that.
19            MS. LAZARZ:  I agree, Your Honor.
20            THE COURT:  Okay.  All right.
21            And with those agreements, Mr. D'Aunoy, do you agree
22   that the equitable estoppel theory of compelling arbitration
23   is no longer before me?
24            MR. D'AUNOY:  I do, Your Honor.
25            THE COURT:  Okay.  So with respect to the motion to
```

Case 2:23-cv-10426-BRM-KGA ECF No. 36-2, PageID.2852 Filed 02/14/25 Page 5 of 5
Case 2:24-cv-10546-MFL-EAS ECF No. 36-2, PageID.3851 Filed 02/27/25 Page 49 of 85

MOTION HEARING - December 12, 2023                    49

```
 1    compel arbitration, the only thing I need to decide is whether
 2    to compel arbitration at this point, based on your mutual
 3    assent theory, correct?  Your mutual assent and delegation
 4    theory, right?
 5            MR. D'AUNOY:  Yes, Your Honor.
 6            And, you know, given where we're at, I don't think
 7    Your Honor needs to decide that.  We can withdraw that because
 8    we will certainly plan to renew that if we get the agreements.
 9    You know, if the case goes under discovery and we get the
10    agreements.
11            But based on what Your Honor said, and in review of
12    the law, I mean, we're not going to win on that.
13            THE COURT:  You guys --
14            MR. D'AUNOY:  No.
15            THE COURT:  That's fine with me.  Okay.
16            MR. D'AUNOY:  And certainly, Your Honor, I came here
17    today believing that we would win on the equitable estoppel.
18    But I don't need Your Honor to go through the trouble of
19    writing an opinion on -- on that.
20            THE COURT:  Okay.  So the motion to compel
21    arbitration is -- I'll terminate it for the reasons I just
22    said, because the equitable estoppel theory, you guys have
23    withdrawn, and the -- you've withdrawn both theories based on
24    the plaintiffs' stipulation and your theory you may renew this
25    motion at some later date?
```