# EXHIBIT 2



**KLEIN THOMAS
LEE & FRESARD**

Scott H. Morgan
office: (314) 888-2973
mobile: (314) 602-6283
scott.morgan@kleinthomaslaw.com

April 3, 2024

BY ELECTRONIC MAIL ONLY
jdavis@slackdavis.com

John R. Davis
*Slack Davis Sanger, LLP*
6001 Bold Ruler Way, Ste. 100
Austin, TX 78746

Re:   *Frisch, et al. vs. FCA US LLC*, Case No. 2:24-cv-10546 (E.D.Mich.)

Dear Mr. Davis:

FCA US LLC retained this firm to represent it in responding to your letter dated February 26, which you sent on behalf of several clients of yours who presumably purchased and own a model-year 2021 - 2024 Jeep 4xe vehicle.

The letter lacks any indication that any of these individuals have had any problem with their vehicles aside from them being subject to a recall. Yet, on that basis, the letter threatens a nationwide class action asserting warranty and statutory consumer protection claims under all fifty states' laws.

None of the individuals you identify in your letter specify the basis for any breach of warranty or statutory violation, nor does anyone provide any *facts* about their individual circumstances. Because of this absence of actual information, FCA US can neither comply with your demands nor respond to the purported claims. Normally, FCA US would ask for the individuals' VINs, vehicle sales records, and the relevant factual circumstances, but we note the insincerity of your offer to "discuss an appropriate remedy" since you filed a lawsuit *on the same day* FCA US received your letter.

Separately, we also write to respond to your letter dated March 13 relating to an "update to the HV battery pack software" that your clients intend to have performed. So long as the *only* repair or service being performed is that software update, FCA US will not require a "pre-repair" inspection.

Very truly yours,

/s/ *Scott H. Morgan*

Scott H. Morgan

---

100 North Broadway, Suite 1600, Saint Louis, Missouri 63102 – Tel: (248) 509-9270
www.kleinthomaslaw.com