# EXHIBIT 3



**KLEIN THOMAS LEE & FRESARD**

Scott H. Morgan
office: (314) 888-2973
mobile: (314) 602-6283
scott.morgan@kleinthomaslaw.com

April 3, 2024

BY ELECTRONIC MAIL ONLY
rheller@lchb.com

Roger N. Heller
*Lieff Cabraser Heimann & Bernstein, LLP*
275 Battery St., 29th floor
San Francisco, CA 94111

Re:   *Brian Kreb and Stefani Carter*

Dear Mr. Heller:

FCA US LLC retained this firm to represent it in responding to your letter dated February 28, which you sent on behalf of Brian Kreb and Stefani Carter, who presumably purchased and own a model-year 2021 - 2023 Jeep Wrangler 4xe vehicle.

The letter lacks any indication that either of these individuals have had any problem with their vehicles aside from their being subject to a recall. Yet, on that basis, the letter threatens legal action premised on warranty and CLRA claims.

Neither Mr. Kreb nor Ms. Carter specify the basis for any breach of warranty or statutory violation, nor do they provide any *facts* about their individual circumstances. Because of this absence of actual information, FCA US can neither comply with your demands nor respond to the purported claims. Normally, FCA US would ask for their VINs, vehicle sales records, and the relevant factual circumstances, but we note the insincerity of your offer to "discuss this demand" since Brian Kreb filed a lawsuit *on the same day* FCA US received your letter (and before even the first day of the plaintiffs' self-imposed "thirty days to comply" deadline).

In light of the above, your letter is insufficient to qualify as "presuit notice" of a CLRA or any other claim. If Ms. Carter is able to provide additional information, FCA US will be able to respond further at that point.

Very truly yours,

 /s/ *Scott H. Morgan*

Scott H. Morgan