# EXHIBIT 4



KLEIN THOMAS
LEE & FRESARD

Scott H. Morgan
office: 314.8882973
scott.morgan@kleinthomaslaw.com

July 11, 2024

**BY ELECTRONIC MAIL ONLY**
jdavis@slackdavis.com

John R. Davis
*Slack Davis Sanger, LLP*
6001 Bold Ruler Way, Ste. 100
Austin, TX 78746

Re:    *Frisch, et al. v. FCA US LLC*, Case No. 2:24-cv-10546 (E.D.Mich.)
       Plaintiffs Erin May, Nataliia Liakhova, Richard Perkal, and Eve Park

Dear Counsel:

We write to respond to your letter dated June 14, 2024, which you sent on behalf of Plaintiffs Erin May, Nataliia Liakhova, Richard Perkal, and Eve Park, who presumably purchased or leased a model-year 2021-2023 Jeep Wrangler 4xe vehicle.

As with the purported "pre-suit demand letters" the other plaintiffs in this case sent *at the same time* they initiated this litigation, it's unclear how these letters are supposed to serve the purpose of *pre-suit* notice when the individuals announce only that they too are filing formal legal claims.

Because Plaintiffs have already sued FCA US by the time they provide their "notice"—and because the "notice" lacks any substantive information about them, their vehicles, or the underlying basis for their claims—it remains true that Plaintiffs foreclosed any chance "to avoid litigation" or "discuss an appropriate remedy."

Here, again, because of this absence of any actual information or meaningful opportunity, FCA US can neither comply with your demands nor respond to the purported claims outside of the litigation Plaintiffs already filed, and your letter is insufficient to qualify as pre-suit notice for any claim.

Very truly yours,

/s/  Scott H. Morgan

Scott H. Morgan