# EXHIBIT 5



**KLEIN THOMAS LEE & FRESARD**

Scott H. Morgan
office: 314.888.2973
scott.morgan@kleinthomaslaw.com

January 2, 2025

**BY ELECTRONIC MAIL ONLY**
jdavis@slackdavis.com

John R. Davis
*Slack Davis Sanger, LLP*
6001 Bold Ruler Way, Ste. 100
Austin, TX 78746

Re:   *Frisch, et al. v. FCA US LLC*, Case No. 2:24-cv-10546 (E.D.Mich.)
      Plaintiffs Spackman, Teger, Moore, Johnston, Lectka, Fee, Pumill, Aiello, Freedman, Walker, Reid, McCrary, Kongos, Landes

Dear Counsel:

We write to respond to your letter dated November 23, 2024, which you sent on behalf of the fourteen above-referenced plaintiffs, who presumably purchased or leased at least one of any model-year 2020-2024 Jeep Wrangler 4xe or model-year 2022-2024 Jeep Grand Cherokee 4xe vehicle.

The letter was emailed to me on a Saturday morning, and by that Monday these individuals had already joined the litigation. As with the purported "pre-suit demand letters" the other plaintiffs sent, it's unclear how this latest letter serves as *pre-suit* notice. It's also unclear how these plaintiffs are, as the letter says, "fully open" to resolving their claims "prior to" the filing of litigation when they don't even afford FCA US a single business day to try.

Because Plaintiffs essentially sued FCA US at the same time they provided "notice"—and because the "notice" lacks any substantive information about them, their vehicles, or the underlying *factual* basis for their claims—it remains true that Plaintiffs foreclosed any chance "to avoid litigation" or "discuss an appropriate remedy."

Here, again, because of this absence of any actual information or meaningful opportunity, FCA US can neither comply with your demands nor respond to the purported claims outside of the litigation Plaintiffs have already joined, and the letter is insufficient to qualify as pre-suit notice for any claim.

Very truly yours,

*/s/  Scott H. Morgan*

Scott H. Morgan

---

100 North Broadway, Suite 1600, Saint Louis, Missouri 63102 – Tel: (314) 888-2970
www.kleinthomaslaw.com