# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH et al., Individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:24cv10546-BRM-KGA |
| FCA US LLC, | Hon. Brandy R. McMillion |
| Defendant. | |

**DECLARATION OF KANON SPACKMAN**

Pursuant to 28 U.S.C. § 1746, I, Kanon Spackman, declare as follows:

1. I, Kanon Spackman, am currently located in and am signing this declaration from Los Angeles, California. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2. I leased my Class Vehicle, a 2022 Jeep Grand Cherokee 4xe, on or about January 27, 2023, from DCH Chrysler Dodge Jeep of Temecula in Temecula, California.

3. I did not receive FCA's Warranty Booklet before or during the transaction where I purchased my Class Vehicle.

4. I neither saw, nor was I informed of, an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the purchase transaction of my Class Vehicle.

5. The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

6. I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I purchased my Class Vehicle, and I never signed any agreement with FCA or

3174764.1

otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __01/31/25 | 2:32 PM PST__, 2025.

Signature: _Kanon Spackman_
 1736D7C1700C439...

      Kanon Spackman

3174764.1