# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH et al., Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Civil Action No. 2:24cv10546-BRM-KGA<br><br>Hon. Brandy R. McMillion |

## DECLARATION OF RICHARD PERKAL

Pursuant to 28 U.S.C. § 1746, I, Richard Perkal, declare as follows:

1. I, Richard Perkal, am currently located in and am signing this declaration from Fort Lauderdale, Florida. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2. I purchased my Class Vehicle, a 2021 Jeep Wrangler 4xe, on or about May 28, 2021, from Jacksonville Chrysler Jeep Dodge Ram Arlington in Jacksonville, Florida.

3. I did not receive FCA's Warranty Booklet before or during the transaction where I purchased my Class Vehicle.

4. I neither saw, nor was I informed of, an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the purchase transaction of my Class Vehicle.

5. The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

6. I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I purchased my Class Vehicle, and I never signed any agreement with FCA or

3105501.1

Case 2:24-cv-10546-BRM-KGA ECF No. 36-16, PageID.5690 Filed 02/17/25 Page 3 of 3

otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____10/02/24 | 7:08 PM PDT_____, 2024.

Signature: _____*[signature]*_____
Signed by: 579AFCB397CE4F0...

        Richard Perkal

3105501.1