# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH et al., Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Civil Action No. 2:24cv10546-BRM-KGA<br><br>Hon. Brandy R. McMillion |

## DECLARATION OF NATALIIA LIAKHOVA

Pursuant to 28 U.S.C. § 1746, I, Nataliia Liakhova, declare as follows:

1. I, Nataliia Liakhova, am currently located in and am signing this declaration from Buffalo Grove, Illinois. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2. I leased my Class Vehicle, a 2023 Jeep Wrangler 4xe, on or about September 17, 2022, from Napleton's Arlington Heights Chrysler Dodge Jeep Ram in Arlington Heights, Illinois.

3. I did not receive FCA's Warranty Booklet before or during the transaction where I leased my Class Vehicle.

4. I neither saw, nor was I informed of, an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the lease transaction of my Class Vehicle.

5. The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

3105502.1

6. I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I leased my Class Vehicle, and I never signed any agreement with FCA or otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___01/31/25 | 12:35 PM PST___, 2025.

Signature: _____

Nataliia Liakhova

3105502.1