# EXHIBIT 18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GARY FRISCH et al., Individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.                                   Civil Action No. 2:24cv10546-BRM-KGA

FCA US LLC,                     Hon. Brandy R. McMillion

     Defendant.

## <u>DECLARATION OF KERRY JOHNSTON AND TRACY LECTKA</u>

Pursuant to 28 U.S.C. § 1746, We, Kerry Johnston and Tracy Lectka, declare as follows:

1.     We, Kerry Johnston and Tracy Lectka, are currently located in and are signing this declaration from Oakley, Michigan. We are named Plaintiffs in this case. We are competent to make this Declaration and have personal knowledge of the facts stated in it.

2.     We leased our Class Vehicle, a 2023 Jeep Wrangler 4xe, on or about March 31, 2023, from LaFontaine Automotive Group, Fenton, Michigan.

3.     We did not receive FCA's Warranty Booklet before or during the transaction where we leased my Class Vehicle.

4.     We neither saw, nor were we informed of, an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the lease transaction of our Class Vehicle.

5.     The terms of the Arbitration Provision were never presented as a condition of sale, nor were we advised of any right to opt-out of the Arbitration Provision.

6.     We never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when we leased our Class Vehicle, and we never signed any agreement with FCA or

otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty

Booklet.

We declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on _____02/05/2025_____, 2025.

Signature: *Kerry Johnston*

Kerry Johnston

Signature: _____

Tracy Lectka