# EXHIBIT 23

Docusign Envelope ID: A38C5F35-4FCE-478F-8F88-861886BC7A26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH et al., Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　　Defendant. | Civil Action No. 2:24cv10546-BRM-KGA<br><br>Hon. Brandy R. McMillion |

### DECLARATION OF KEVIN FREEDMAN

Pursuant to 28 U.S.C. § 1746, I, Kevin Freedman, declare as follows:

1.　　I, Kevin Freedman, am currently located in and am signing this declaration from Santa Fe, New Mexico. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2.　　I purchased my Class Vehicle, a 2023 Jeep Wrangler 4xe, on or about December 12, 2023, from Lithia Chrysler Jeep Dodge of Santa Fe in Santa Fe, New Mexico.

3.　　I did not receive FCA's Warranty Booklet before or during the transaction where I purchased my Class Vehicle.

4.　　I neither saw, nor was I informed of, an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the purchase transaction of my Class Vehicle.

5.　　The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

6.　　I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I purchased my Class Vehicle, and I never signed any agreement with FCA or

3174820.1

otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____02/03/25 | 4:45 AM PST_____, 2025.

Signature: ____*kevin Freedman*____
                8B0469F6D874440...

Kevin Freedman

3174820.1