# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY FRISCH et al., Individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.                                                           Civil Action No. 2:24cv10546-BRM-KGA

FCA US LLC,                                 Hon. Brandy R. McMillion

    Defendant.

## **DECLARATION OF NAMED PLAINTIFF**

Pursuant to 28 U.S.C. § 1746, I, David Perrera, declare as follows:

1.     I, David Perrera, am currently located in and am signing this declaration from Charlotte, North Carolina. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2.     I leased my Class Vehicle, a 2021 Jeep Wrangler 4xe, on or about December 4, 2021, from Hendrick Chrysler Dodge Jeep Ram Fiat of Concord, North Carolina.

3.     I did not receive FCA's Warranty Booklet before or during the transaction where I leased my Class Vehicle.

4.     I neither saw, nor was I informed of an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the lease transaction of my Class Vehicle.

5.     The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

6.      I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I leased my Class Vehicle, and I never signed any agreement with FCA or otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____09/27/2024_____, 2024.

Signature: _____

David Perrera