# Exhibit 27

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GARY FRISCH et al., Individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.                              Civil Action No. 2:24cv10546-BRM-KGA

FCA US LLC,                  Hon. Brandy R. McMillion

     Defendant.


## <u>DECLARATION OF NAMED PLAINTIFF</u>

Pursuant to 28 U.S.C. § 1746, I, Erin May, declare as follows:

1.     I, Erin May, am currently located in and am signing this declaration from Bixby, Oklahoma. I am a named Plaintiff in this case. I am competent to make this Declaration and have personal knowledge of the facts stated in it.

2.     I purchased my Class Vehicle, a 2021 Jeep Wrangler 4xe, on or October 29, 2021 from Jim Glover CDJR, Owasso, Oklahoma.

3.     I did not receive FCA's Warranty Booklet before or during the transaction where I purchased my Class Vehicle.

4.     I neither saw, nor was I informed of an Arbitration Provision contained in FCA's Warranty Information Booklet before or during the purchase transaction of my Class Vehicle.

5.     The terms of the Arbitration Provision were never presented as a condition of sale, nor was I advised of any right to opt-out of the Arbitration Provision.

6.      I never reviewed the Arbitration Provision in FCA's Warranty Information Booklet when I purchased my Class Vehicle, and I never signed any agreement with FCA or otherwise consented to be bound by the terms of the Arbitration Provision in FCA's Warranty Booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____09/27/2024_____, 2024.

Signature: _Erin May_____

Erin May