# Exhibit 36



John R. Davis
Slack Davis Sanger, LLP
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com

June 14, 2024

**Via Email**

Scott Morgan
Klein Thomas Lee & Fresard
scott.morgan@kleinthomaslaw.com

Re: *Gary Frisch et al. v. FCA US LLC et al.*, 2:24cv10546 (E.D. Mich.)

Dear Scott,

I write on behalf of Plaintiffs in *Gary Frisch et al. v. FCA US LLC et al.*, 2:24cv10546 (E.D. Mich.) to further notify FCA US LLC of its continued breach of warranties and violations of the Magnusson-Moss Warranty Act (15 U.S.C. § 2301 et seq.) and state consumer protection statues.

As you know, Plaintiffs previously sent a pre-suit demand letter on February 26, 2024 ("the February 26 Letter") that notified FCA of the claims in this lawsuit and sought corrective action on behalf of Plaintiffs Jonathan Liscano (Texas), Harry Vasquez (Florida), Dennis Berns (Pennsylvania), David Perrera (North Carolina), Robert Stueve (Texas), Jade and Christopher Wadleigh (New Jersey), Brian Kreb (California), Tammy Otto (Arizona), and Gary Frisch (Arizona), as well as all similarly situated individuals nationwide ("the putative class"), under the laws of all 50 states and territories ("the class jurisdictions").

Plaintiffs likewise sent FCA a Notice of Violation of California Consumers Legal Remedies Act ("CLRA") Letter dated February 28, 2024 (the "February 28 Letter") on behalf of Brian Kreb, Stefani Carter, and other similarly situated California consumers.

Plaintiffs refer to and incorporate herein the substance of the February 26 letter, which is appended hereto as **Exhibit 1**, and the February 28 Letter, which is appended hereto as **Exhibit 2**. Each of those letters articulated the legal and factual bases for plaintiffs' claims and invited



FCA to engage with Plaintiffs on a potential resolution.

Although the February 26 and February 28 Letters already provided FCA with proper presuit notice on behalf of all putative class members, in an abundance of caution, we are sending this letter to provide further notice on behalf of additional plaintiffs who will be named in the forthcoming Amended Complaint that Plaintiffs plan to file by June 27, 2024. Those additional plaintiffs are: Erin May (Oklahoma), Nataliia Liakhova (Illinois), Richard Perkal (Florida), and Eve Park (Colorado). Like the other Plaintiffs identified in our previous letters, each of these individuals purchased or leased a Jeep Wrangler 4xe plug-in hybrid electric vehicle at issue in this lawsuit and suffered damages—including lost use and benefit of the bargain—as a result of the ongoing safety defect with their vehicles' battery.[1]

As we conveyed to FCA prior to the filing of the lawsuit, Plaintiffs remain open to discussing and/or mediating toward a class resolution of their claims prior to, or even after, the filing of the Amended Complaint. And as we noted in our May 10, 2024 correspondence, we are willing to work with FCA to arrange an inspection of Plaintiffs' vehicles—including the four additional plaintiffs identified in this letter—to the extent FCA believes an inspection is necessary to resolve Plaintiffs' claims. FCA still has not taken up our invitation to discuss an appropriate remedy to this matter, despite claiming in its motion to dismiss that it did not have information about Plaintiffs' claims and lacked an opportunity to avoid litigation.

Once again, I invite you to contact me and other counsel of record if FCA is interested in providing fair compensation to Plaintiffs and other Jeep customers who have been harmed from their purchase/lease of their defective fire-prone Jeep Wrangler 4xe vehicles.

Kind Regards,
John R. Davis
/s/ John R. Davis

---

[1] Indeed, as we previously informed you, Nataliia Liakhova's 2023 Jeep Wrangler 4xe was totaled after it caught on fire while charging on April 17, 2024.