UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Frisch, et al.,

                Plaintiff(s),

v.                                           Case No. 2:24−cv−10546−BRM−KGA
                                                    Hon. Brandy R. McMillion

FCA US, LLC,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Brandy R. McMillion at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 251.  The following motion(s) are ***rescheduled*** for hearing:

        Motion – #32

- MOTION HEARING:  May 7, 2025 at 01:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Leanne Hosking
                                                       Case Manager

Dated:  March 31, 2025