## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>FCA US LLC,<br><br>     Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## **INDEX OF EXHIBITS**

**Exhibit A:**  Paris v. FCA Complaint,

**Exhibit B:**  Fishon v. FCA Complaint,

**Exhibit C:**  Gandelman v. FCA - Complaint