UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FCA US LLC<br><br>        Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

The undersigned, one of the attorneys representing Plaintiffs in the above-captioned matter, has changed firms. Counsel's new contact information is as follows:

Robert K. Shelquist
CUNEO GILBERT & LaDUCA, LLP
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Email: rshelquist@cuneolaw.com
Phone: 612-254-7288

Dated: May 2, 2025        **CUNEO GILBERT & LaDUCA, LLP**

                By: s/ Robert K. Shelquist
                    Robert K. Shelquist
                    5775 Wayzata Blvd., Suite 620
                    St. Louis Park, MN  55416
                    rshelquist@cuneolaw.com
                    Phone: 612-254-7288

                *Counsel for Plaintiffs*