UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Frisch, et al.,

                        Plaintiff(s),

v.                                            Case No. 2:24-cv-10546-BRM-KGA
                                                       Hon. Brandy R. McMillion
FCA US, LLC,

                        Defendant(s),
_____/

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- STATUS CONFERENCE:  September 8, 2025 at 11:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please call 313-261-7355 Phone conference ID 251 381 082#

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/Leanne Hosking
                                                                   Case Manager

Dated:  June 5, 2025