UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>      Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## NOTICE OF VOLUNTARY DISMISSAL OF
## PLAINTIFF CHRISTOPHER PUMILL UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Christopher Pumill, through his undersigned counsel, hereby voluntarily dismisses without prejudice all of his claims in the above-captioned case.

This voluntary dismissal is not intended to, nor should it be construed to, constitute a dismissal of any other plaintiff or claim in this litigation. The remaining plaintiffs continue to pursue their claims on behalf of the proposed Class as stated in the Second Amended Complaint. ECF No. 30.

DATED: June 11, 2025    Respectfully submitted,

/s/ Roger N. Heller

Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*Interim Co-Lead Class Counsel and*
*Counsel for Plaintiff Christopher Pumill*

## CERTIFICATE OF SERVICE

On June 11, 2025, Plaintiffs filed the foregoing Notice of Voluntary Dismissal through the Court's CM/ECF system, which will provide service to all counsel of record.

DATED: June 11, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ Roger N. Heller

　　　　　　　　　　　　　　Roger N. Heller
　　　　　　　　　　　　　　Phong-Chau G. Nguyen
　　　　　　　　　　　　　　Nicholas W. Lee
　　　　　　　　　　　　　　**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　Telephone: (415) 956-1000
　　　　　　　　　　　　　　rheller@lchb.com
　　　　　　　　　　　　　　pgnguyen@lchb.com
　　　　　　　　　　　　　　nlee@lchb.com

　　　　　　　　　　　　　　*Counsel for Plaintiff Christopher Pumill*