UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-10546-BRM-KGA |
| Plaintiffs, | Honorable Brandy R. McMillion |
| v. | Magistrate Judge Kimberly G. Altman |
| FCA US LLC | |
| Defendant. | |

**UNOPPOSED MOTION TO AMEND ORDER APPOINTING
INTERIM CO-LEAD COUNSEL**

Plaintiffs respectfully move the Court for an order amending the Order Granting Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel [ECF 45] ("Lead Counsel Order").

As detailed in Plaintiffs' Brief in Support of this Motion, the Lead Counsel Order appointed The Miller Law Firm, P.C.; Lieff Cabraser Heimann & Bernstein, L.L.P.; Slack Davis Sanger, LLP and Lockridge Grindal Nauen PLLP as Interim Co-Lead Counsel. Plaintiffs bring this motion as Robert Shelquist, who was with Lockridge Grindal Nauen PLLP at the time Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel was filed [ECF 31], is now affiliated with Cuneo Gilbert

& LaDuca, LLP. Thus, Plaintiffs seek the substitution of Cuneo Gilbert & LaDuca, LLP in place of Lockridge Grindal Nauen PLLP as one of the Interim Co-Lead Counsel. The Miller Law Firm, P.C.; Lieff Cabraser Heimann & Bernstein, L.L.P.; and Slack Davis Sanger, LLP would also remain as Interim Co-Lead Counsel as previously ordered.

On June 12, 2025, counsel for Plaintiffs conferred with counsel for Defendant regarding the relief requested in this Motion. Defendant does not oppose the relief requested herein. Additionally, Plaintiffs' Counsel can also represent that Lockridge Grindal Nauen PLLP does not oppose this Motion.


Dated: June 13, 2025                    **THE MILLER LAW FIRM PC**

By:  /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Telephone: (612) 254-7288
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

***Plaintiffs' Interim Co-Lead Counsel***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-10546-BRM-KGA |
| Plaintiffs, | Honorable Brandy R. McMillion |
| v. | Magistrate Judge Kimberly G. Altman |
| FCA US LLC | |
| Defendant. | |

**PLAINTIFFS' BRIEF IN SUPPORT OF UNOPPOSED MOTION**
**TO AMEND ORDER APPOINTING INTERIM CO-LEAD COUNSEL**

Plaintiffs filed their Motion for Appointment of Interim Co-Lead Counsel on January 3, 2025 seeking to have attorneys from The Miller Law Firm, P.C.; Lieff Cabraser Heimann & Bernstein, L.L.P.; Slack Davis Sanger, LLP and Lockridge Grindal Nauen PLLP appointed co-lead counsel [ECF 31] (the "Leadership Motion").

Exhibit 3 to the Leadership Motion contained a Lockridge Grindal Nauen PLLP ("Lockridge") firm biography and a specific biography for Robert Shelquist, who was primary counsel at Lockridge.

Robert Shelquist left the Lockridge firm and has retained this matter at his new firm, Cuneo Gilbert & LaDuca, LLP ("CGL").  He filed his Notice of Change of Firm Affiliation with this Court on May 2, 2025 [ECF 42].  CGL has successfully led multidistrict litigation and demonstrated the ability to organize and manage large litigation cooperatively with counsel for all parties involved. Other federal courts have recognized as much by appointing CGL attorneys to leadership positions in other MDLs and class actions.  Attached as Exhibit 1 is the firm bio for CGL.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court amend its Order Granting Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel to reflect a substitution of Cuneo Gilbert & LaDuca, LLP for Lockridge Grindal Nauen PLLP as one of the Interim Co-Lead Counsel.

Dated: June 13, 2025 **THE MILLER LAW FIRM PC**

By: /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

2

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Telephone: (612) 254-7288
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

***Plaintiffs' Interim Co-Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ Dennis A. Lienhardt
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
dal@millerlawpc.com

4