# EXHIBIT 1



# FIRM PROFILE

Cuneo Gilbert & LaDuca, LLP specializes in civil litigation in federal and state courts, including general commercial practice, antitrust, civil rights, government relations, products liability, administrative, securities, labor, and consumer law.

With a proven track record of winning in court and in Congress, we have represented and served clients since 1988 on issues of broad significance. Neither a mega-firm with 200 plus attorneys nor a small firm with limited expertise, we are instead a group of over a dozen lawyers who together have decades of experience going to court to right wrongs. We focus on representing individuals and small businesses that have been victims of antitrust violations, faulty products, civil rights violations, and securities fraud.

**TRIAL AND APPELLATE**
Cuneo Gilbert & LaDuca, LLP attorneys are experienced advocates. Between them, our attorneys have:

- conducted numerous trials, one which resulted in a $113 million verdict on behalf of our clients, and ultimately, approval of a settlement valued at $117 million;

- argued contested motions in state and federal court and conducted quasi-adjudicative, administrative, and arbitral proceedings resulting in a final adjudication;

- argued appeals in federal circuit courts of appeal;

- argued appeals in state courts; and

- testified before Congress, state legislatures, or federal or state administrative bodies numerous times.

**GOVERNMENT SERVICE**
Cuneo Gilbert & LaDuca attorneys have held positions of trust in state or federal governments, including:

- One was the Executive Director of a Federal agency, the highest staff position; and

- Multiple were Assistant U.S. Attorneys or public defenders.

**ACADEMIC ACHIEVEMENTS/CLERKSHIPS**
Cuneo Gilbert & LaDuca attorneys have strong academic qualifications, and many were judicial clerks or interns. Multiple attorneys:

- Served as law review members or editors; and

- Served as judicial law clerks or interns.

**COMMUNITY AND CHARITY**
Cuneo Gilbert & LaDuca, LLP supports many charities in our community, both in the United States and abroad. Over the past five years, CGL has contributed to organizations supporting equal justice, centers for human rights, groups combatting hunger, medical centers and universities in Israel, cancer research efforts, cancer survivor support, legal programs, law schools, juvenile justice initiatives, better government, and wounded veterans of the Iraqi and Afghanistan wars. CGL has also made a major financial commitment to help indigent clients seek representation in the District of Columbia through the "Raising the Bar" campaign of the D.C. Access to Justice Project.

## Robert K. Shelquist

Robert K. Shelquist is a partner in the Cuneo Gilbert & LaDuca, LLP firm. He is a graduate of the University of California at Berkeley (A.B. Legal Studies; A.B. Political Science with high honors 1987) and the University of Minnesota Law School (J.D. *cum laude* 1990). Thereafter, he was associated with the law firm of Popham, Haik, Schnobrich & Kaufman in Minneapolis, Minnesota from 1990 until 1995, a partner in the law firm of Plunkett Schwartz Peterson, P.A., in Minneapolis, from 1995 to 2000, and a partner in the law firm of Lockridge Grindal Nauen PLLP from 2000 to 2025.

Mr. Shelquist has prosecuted national class actions to verdict in two cases. In *Peterson v. BASF Corp.*, Mr. Shelquist was court-appointed class counsel and was one of the trial attorneys who secured a jury verdict for a nation-wide class seeking redress for defendant's marketing of its herbicide products. After multiple state appellate opinions and two trips to the United States Supreme Court, a judgment in excess of $60,000,000 was paid. He also was one of the court-

2

appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide antitrust trial in *In Re Laminates*, which was tried to verdict in the United States District Court for the Southern District of New York.

Mr. Shelquist has been active in class action, consumer fraud, product liability, and other complex litigation, including court appointed co-lead counsel, class counsel, or steering committee appointments in:

- *In Re Building Materials Corporation of America Asphalt Roofing Shingle Products Liab. Litig.,* MDL 2283 (D.S.C.) (Plaintiff Steering Committee);

- *In Re CertainTeed Corp. Roofing Shingle Products Liab. Litig.,* MDL 1817 (E.D. Pa.) (Co-Lead Counsel);

- *Eliason v. Gentek Building Products, Inc., et al.*, Civ. No. 10-cv-2093 (N.D. Ohio) (Executive Committee);

- *In re FCA US LLC Monostable Electronic Gearshift Litig.*, Civ. No. 16-md-02744 (E.D. Mich.) (Plaintiffs' Steering Committee);

- *In Re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.) (Lead Counsel);

- *In Re IKO Roofing Shingle Products Liab. Litig.*, MDL No. 2104 (C.D. Ill.) (Co-Lead Counsel);

- *In Re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.) (Co-Lead Counsel);

- *In Re Laminates,* MDL File No. 1368, (S.D.N.Y.) (Lead Counsel to Miami Sub-class);

- *McFerren v. AT&T Mobility LLC*, Civil No. 2008-cv-151322 (Superior Court Fulton County, GA) (Chairman of Plaintiffs' Steering Committee);

- *In Re Medtronic, Inc. Sprint Fidelis Leads Products Liab. Litig.*, MDL 08-1905 (D. Minn.) (Liaison Counsel);

- *In Re Navistar Diesel Engine Products Liab. Litig.*, MDL No. 2223 (N.D. Ill.) (Plaintiffs' Steering Committee);

- *In Re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.) (Co-Lead Counsel);

- *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minn.) (Lead Counsel);

- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (IL. Cir. Ct.) (Plaintiffs' Steering Committee);

- *Patricia Wright, et al. v. Owens Corning,* MDL No. 1567 (W.D. Pa.) (Co-Lead Counsel);

- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Cal.) (Interim Co-Lead Counsel);

- *In Re Zurn Pex Products Liab. Litig.*, MDL 1958 (D. Minn.) (Co-Chair Plaintiffs' Steering Committee);

- *George v. Uponor Corporation, et al.*, Court File No. 12-249 (D. Minn.) (Co-Lead Counsel).

- *In Re Aredia and Zometa Products Liab. Litig.*, MDL 06-1760 (M.D. Tenn.) (Plaintiff Steering Committee);

- *In Re IPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Cal.) (Executive Committee);

- *In Re Syngenta AG MIR162 Corn Litig.*, Civil No. 14-md-2591-JWL-JPO (D. Kan.) (Executive Committee)

Mr. Shelquist also is or has been also involved in the following litigation:

- *In Re Air Transportation Excise Tax Litig.,* Civil File No. 3-96-CV-453 (D. Minn.);

- *Austerschmidt v. T-Mobile USA, Inc.*, Court File No. 19-HA-CV-081709 (Ramsey County District Court, Minn.);

- *In Re Baycol Products Litig.*, MDL No. 1431 (D. Minn.) (Discovery and Briefing Committees);

- *In Re Berg*, Master File No. CY-96-3151-AAM (E.D. Wash.);

- *Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al.*, Court File No. 07-CV-04-1092 (D. Minn.);

- *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.) (Co-Chair Discovery Committee);

4

- *Brown v. State of Minnesota*, Court File No. 98-11152 (Henn. Cnty. Dist. Ct., Minn);

- *Crosby v. Aid Association for Lutherans*, File No. 00-CV-2112 MJD/RLE (D. Minn.);

- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.);

- *In Re Digi International, Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);

- *In Re European Rail Pass Antitrust Litig.*, MDL 1386 (S.D.N.Y.);

- *In Re Flat Glass Antitrust Litig.*, MDL 1200 (W.D. PA);

- *Good v. Fluor Daniel Corp.*, Case No. CT-00-5021-RHW (E.D. Wash.);

- *In Re Green Tree Acceptance Corp. Securities Litig.*, Master File No. 97-2666 (JRT/RLE) (D. Minn.);

- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.) (Trial Team);

- *Hanson v. TCI Cable Corp.*, Court File No. CX- 97-1434 (Mower County District Court, Minn.);

- *Hensley v. AT&T Mobility, LLC*, Court File No. 27-cv-08-7210, (Henn. Cnty. Dist. Ct., Minn);

- *Jacobson v. Correct Building Products, LLC*, Court File No. 08-cv-5135 (D. Minn.);

- *Koras v. Verizon Wireless*, Court File 27-cv-08-18517, (Henn. Cnty. Dist. Ct., Minn);

- *Larson v. Burlington Northern Santa Fe Railway Company*, Civil No. CV 01-527 JEL/RLE (D. Minn.);

- *Jeffrey H. Leech, et. al. v. Excel Title, LLC*, Court File No. 27-CV-06-4625 (Henn. Cnty. Dist. Ct., Minn);

- *In Re Linerboard Antitrust Litig.*, MDL 1261 (E.D. PA);

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.);

- *McGregor et al. v. Uponor, Inc. et al.*, Court File No. 09-cv-1136 (D. Minn.);

5

- *McNeil v. IKO Manufacturing, Inc.*, Court File No. 09-cv-2105 (C.D. Ill.);

- *In Re Medtronic, Inc., Implantable Defibrillators Products Liab. Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team);

- *In Re Meridia Products Liab. Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee);

- *In Re Milk Products Antitrust Litig.*, Master File 3-96-458 (D. Minn.) (Co-Chair Discovery Committee);

- *In Re MSG Litig.*, MDL File No. 00-1328 (D. Minn.);

- *In Re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee);

- *In Re Propulsid Products Liab. Litig.*, MDL 1355 (E.D. La.);

- *In Re Rezulin Litig.*, MDL 1348 (S.D. N.Y.);

- *Ross et al. v. Trex Company, Inc.*, Court File No. 09-cv-670 (N.D. Cal.).

- *In Re Serzone Products Liab. Litig.*, MDL 1477 (S.D. W.V.);

- *Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp.*, Court File No. C3-04-8891 (Henn. Cnty., MN) (Liaison Counsel);

- *In Re StarLink Corn Products Liab. Litig.*, MDL 1403 (N.D. Ill);

- *In re Syngenta Litigation*, Court File 27-cv-153785 (Henn. Cnty. Dist. Ct., Minn) (Liaison Counsel);

- *In Re Tamoxifen Citrate Antitrust Litig.*, MDL 1408 (E.D. N.Y.);

- *Villa v. Rexall Sundown, Inc.*, Court File No. 00-9061 (Palm Beach County Court, Florida);

- *In Re Vioxx Litig.*, MDL 1657 (E.D. La.);

- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liab. Litig.*, MDL 1938 (D.N.J.); and

- *In re Wells Fargo ERISA 401(k) Litig.*, Master File No. 0:16-cv-3405 (PJS/BRT) (D. Minn.) (Liaison Counsel); and

- *In Re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.).

- *In Re: Beyond Meat, Inc., Protein Content Marketing and Sales Practices Litig.*, Civil Action No. 1:23-cv-00669 (N.D. Ill.)

Mr. Shelquist has been recognized as a Super Lawyer by *Minnesota Law and Politics* and listed by the *Guide to Leading American Attorneys*. He is currently a member of AAJ, the Federal Bar Association, and the Minnesota Bar Association.

7