UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY FRISCH, *et al.*, on behalf of
themselves and all those similarly
situated,

  Plaintiffs,

v.

FCA US LLC,

  Defendant.

_____/

Case No. 2:24-cv-10546

Hon. Brandy R. McMillion
United States District Judge

## AMENDED ORDER APPOINTING INTERIM CO-LEAD COUNSEL

This putative class action arises out of an alleged battery defect in certain model years 2020-2024 Jeep Wrangler 4xe and model years 2022-2024 Jeep Grand Cherokee 4xe plug-in hybrid electric vehicles that were designed, manufactured, and marketed by Defendant FCA US LLC. The Court previously granted Plaintiffs' Motion for Appointment of Interim Co-lead Counsel (ECF No. 31) on June 5, 2025. *See* ECF No. 45. Since the filing of that motion, attorney Robert Shelquist, who was with Lockridge Grindal Nauen PLLP ("Lockridge") at the time of the filing of the motion, is now affiliated with Cuneo Gilbert & LaDuca, LLP ("CGL"). *See* ECF No. 48, PageID.6144-6145. The Court therefore **GRANTS** Plaintiffs' request to substitute Cuneo Gilbert & LaDuca, LLP in place of Lockridge Grindal Nauen PLLP

1

as one of the Interim Co-Lead Counsel in this matter.  The Miller Law Firm, P.C. ("Miller"); Lieff Cabraser Heimann & Bernstein, L.L.P. ("LCHB"); and Slack Davis Sanger, LLP ("Slack Davis") remain as Interim Co-Lead Counsel as previously ordered.

Accordingly, **IT IS HEREBY ORDERED** that the Court's previous Order Appointing Interim Co-Lead Counsel is amended as follows:

### I. Appointment of Interim Co-Lead Counsel

The Court designates Miller Law, LCHB, GCL, and Slack Davis as Interim Co-Lead Class Counsel:

THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

CUNEO GILBERT & LaDUCA, LLP
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
Telephone: (612) 254-7288

SLACK DAVIS SANGER, LLP
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686

## II. Duties of Interim Co-Lead Counsel

Interim Co-Lead Counsel shall do the following:

- Establish and maintain a depository for orders, pleadings, hearing transcripts, and all documents served upon plaintiffs' counsel, and make such papers available to plaintiffs' counsel upon reasonable request;

- Coordinate the initiation and conduct of discovery on behalf of all plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this Court;

- Designate counsel to schedule depositions, set agendas and otherwise interact with defense counsel, various plaintiffs' counsel, and the settlement master (if one is appointed);

- Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

- Conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;

- Delegate specific tasks to other counsel in a matter to ensure that pretrial preparation for the plaintiffs is conducted effectively, efficiently, and economically;

- Enter into stipulations, with opposing counsel, necessary for the conduct of the litigation;

- Prepare and distribute periodic status reports to the parties;

- Maintain adequate time and disbursement records covering service of designated counsel and enforce guidelines approved by the Court as to the keeping of time records and expenses;

- Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

- Perform such other duties as may be incidental to proper coordination of the plaintiffs' pretrial activities or authorized by further order of the Court; and

3

- Submit, if appropriate, suggestions for establishing additional committees and counsel for designation by the Court.

Counsel for plaintiffs who have individual or divergent positions because of the status of their clients may present written and oral argument with leave of the Court and provided that in doing so they do not repeat arguments, questions, or actions of the Co-Lead Counsel.

### III. Protocol For Common Benefit Work and Expenses

The Court intends to issue an order establishing specific guidelines and rules for work done and expenses incurred for the common benefit of all plaintiffs in this consolidated action. The Court invites Interim Co-Lead Counsel to submit a proposed order establishing a protocol for common benefit work and expenses no later than 30 days from the date of this Order. If Interim Co-Lead Counsel does not submit a proposed order, the Court will enter its own.

**IT IS SO ORDERED.**

Date: June 16, 2025

s/Brandy R. McMillion
Honorable Brandy R. McMillion
United States District Judge