UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>　　　Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JADE WADLEIGH UNDER FRCP 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jade Wadleigh, through undersigned counsel, hereby voluntarily dismisses without prejudice all of her claims in the above-captioned case. Plaintiff Christopher Wadleigh continues to pursue his claims on behalf of himself and the putative class.

This voluntary dismissal is not intended to, nor should it be construed to, constitute a dismissal of any other plaintiff or any other claim in this litigation. The remaining plaintiffs, including specifically Christopher Wadleigh, continue to pursue their claims on behalf of the proposed Class as stated in the Second Amended Complaint. ECF No. 30.

1

DATED: June 30, 2025        Respectfully submitted,

*/s/ John R. Davis*

John R. Davis
**SLACK DAVIS SANGER, LLP**
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

*Interim Co-Lead Class Counsel and
Counsel for Plaintiff Jade Wadleigh*

## CERTIFICATE OF SERVICE

On June 30, 2025, Plaintiffs filed the foregoing Notice of Voluntary Dismissal through the Court's CM/ECF system, which will provide service to all counsel of record.

DATED: June 30, 2025        Respectfully submitted,

*/s/ John R. Davis*

John R. Davis
**SLACK DAVIS SANGER, LLP**
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

*Interim Co-Lead Class Counsel and
Counsel for Plaintiff Jade Wadleigh*

3