UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Frisch, et al.,

       Plaintiff(s),

v.              Case No. 2:24−cv−10546−BRM−KGA
               Hon. Brandy R. McMillion
FCA US, LLC,

       Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- STATUS CONFERENCE:  September 8, 2025 at 11:30 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please call 313−261−7355 Phone conference 251 381 082#

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/Leanne Hosking
              Case Manager

Dated:   September 3, 2025