## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FCA US LLC<br><br>     Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistgrate Judge Kimberly G. Altman |

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that Dana E. Fraser of The Miller Law Firm, P.C. hereby enters her appearance as counsel on behalf of Plaintiffs in the above captioned matter.

Dated: September 8, 2025

Respectfully submitted,

/s/ *Dana E. Fraser*
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
def@millerlawpc.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2025, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Dana E. Fraser*
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
def@millerlawpc.com