UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC<br><br>Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Aya Chouaib of The Miller Law Firm, P.C. hereby enters her appearance as counsel on behalf of Plaintiffs in the above captioned matter.

Dated: October 7, 2025

Respectfully submitted,

/s/ *Aya Chouaib*
Aya Chouaib (P88113)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ac@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Aya Chouaib*
Aya Chouaib (P88113)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ac@millerlawpc.com