UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**<u>NAMED PLAINTIFF KIM AIELLO</u>**

1

Interim Co-Lead Class Counsel file this Motion to Withdraw as Counsel for Named Plaintiff Kim Aiello. On October 21, 2025, Interim Co-Lead Counsel met and conferred with counsel for Defendant FCA US LLC and explained the relief sought herein. Defendant's counsel has advised that Defendant takes no position on the matter.

Plaintiff Aiello was named in the operative Second Amended Complaint. (Dkt. No. 30.) Since that time, and over the course of the last several months, Ms. Aiello has not responded to repeated communication attempts by Interim Co-Lead Counsel regarding important case matters. These attempted communications include numerous emails, phone calls, text messages, and finally, letters sent by certified mail. (*See* Decl. of John R. Davis (**Ex. 1**).)

Given Ms. Aiello's unresponsiveness in the face of a multitude of attempts to reach her through various methods of contact, Interim Co-Lead Class Counsel finally notified Ms. Aiello by text message, email, and certified mail they would seek to withdraw from the representation. Ms. Aiello still has not responded.

For the reasons stated above, Plaintiffs' Interim Co-Lead Class Counsel respectfully request that the Court grant the Motion to Withdraw as Counsel for Named Plaintiff Kim Aiello.

Dated: November 7, 2025      Respectfully submitted:

By: /s/ *John R. Davis*
John R. Davis

**SLACK DAVIS SANGER, LLP**
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Telephone: (612) 254-7288
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR NAMED PLAINTIFF KIM AIELLO

Plaintiffs rely on the attached Motion.

Dated: November 7, 2025        Respectfully submitted:


By: */s/ John R. Davis*
John R. Davis
**SLACK DAVIS SANGER, LLP**
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307

4

Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN 55416
Telephone: (612) 254-7288
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*Plaintiffs' Interim Co-Lead Counsel*

5

## CERTIFICATE OF SERVICE

On November 7, 2025, Plaintiffs filed the foregoing Motion through the Court's CM/ECF system, which will provide service to all counsel of record.

In addition, Plaintiffs' counsel will serve a copy of this Motion to Plaintiff Kim Aiello via certified mail and email.

_/s/ John R. Davis_____