EXHIBIT 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.,* on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-10546-BRM-KGA |
| Plaintiffs, | Honorable Brandy R. McMillion |
| v. | Magistrate Judge Kimberly G. Altman |
| FCA US LLC, | |
| Defendant. | |

## DECLARATION OF JOHN R. DAVIS

I, John R. Davis, declare as follows based on personal knowledge:

1.  I am a Partner at Slack Davis Sanger, LLP ("SDS"), which firm was appointed by the Court as Interim Co-Lead Class Counsel. (Dkt. No. 45.)

2.  Plaintiff Kim Aiello engaged SDS to bring claims on her behalf as pleaded in the operative Second Amended Complaint (Dkt. No. 30.)

3.  Over the last several months, Plaintiff Aiello has not responded to repeated attempts to communicate with her regarding important case matters.

4.  Those attempts included phone calls, text messages, and emails.

5.  On or about October 1, 2025, SDS sent a letter to Ms. Aiello at her

address of record via certified mail notifying her of SDS's and Interim Co-Lead Class Counsel's intention to file a Motion to Withdraw as Counsel due to the inability to communicate with her. The United States Postal Service ("USPS") delivered that letter on or about October 6, 2025, and issued SDS a delivery confirmation notice.

6. I also sent Ms. Aiello a copy of the letter by email, as well as a text message regarding the letter.

7. Neither Mr. Davis nor any other Interim Co-Lead Class Counsel attorney has received any communication with Plaintiff Aiello since delivery of the aforementioned letter notifying her of our intention to withdraw as counsel on account of our inability to communicate with her.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of November, 2025 in Austin, Texas.

                               /s/ John R. Davis_____
                               John R. Davis