UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all those similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>　　Defendant. | Case No.: 2:24-cv-10546-BRM-KGA<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**INDEX OF EXHIBITS TO DEFENDANT FCA US LLC'S BRIEF IN SUPPORT OF ITS RENEWED MOTION TO COMPEL PLAINTIFFS TO ARBITRATION**

| Exhibit | Description |
|:---:|---|
| A | Motor Vehicle Retail Order for Kim Aiello |
| B | Buyer's Order for Dennis Berns |
| C | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Dennis Berns |
| D | Notice of Agreement to Arbitrate for Daken Fee |
| E | Retail Buyer's Order for Daken Fee |
| F | Delivery Agreement for Kevin Freedman |
| G | Motor Vehicle Lease Agreement for Gary Frisch |
| H | Motor Vehicle Lease Agreement for Kerry Johnston |

| | |
|---|---|
| I | Arbitration Agreement and Lease Agreement for Kerry Johnston |
| J | Motor Vehicle Buyer's Order for Daniel Kongos |
| K | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Brian Kreb |
| L | Arbitration Agreement for Ashley Landes |
| M | Motor Vehicle Lease Agreement for Nataliia Liakhova |
| N | Arbitration Agreement for Nataliia Liakhova |
| O | Purchase Agreement for Erin May |
| P | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Erin May |
| Q | Motor Vehicle Lease Agreement for Donald Moore |
| R | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Tammy Otto |
| S | Vehicle Lease Order for David Perrera |
| T | Motor Vehicle Lease Agreement for Sheryl Reid |
| U | Motor Vehicle Lease Agreement for Kanon Spackman |
| V | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Robert Stueve |
| W | Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) for Harry Vasquez |
| X | Motor Vehicle Retail Order for Christopher Wadleigh |
| Y | Motor Lease Agreement for Heidi Walker |
| Z | Service Records for Kim Aiello's Repairs Paid Under Warranty |
| AA | Service Records for Stefani Carter's Repairs Paid Under Warranty |

| | |
|---|---|
| BB | Service Records for Gary Frisch's Repair Paid Under Warranty |
| CC | Service Record for Daniel Kongos' Repair Paid Under Warranty |
| DD | Service Record for Brian Kreb's Repair Paid Under Warranty |
| EE | Service Record for Ashley Landes's Repair Paid Under Warranty |
| FF | Service Record for Jonathan Liscano's Repair Paid Under Warranty |
| GG | Service Record for Erin May's Repair Paid Under Warranty |
| HH | Service Records for Jonathan McCrary's Repairs Paid Under Warranty |
| II | Service Record for Donald Moore's Repair Paid Under Warranty |
| JJ | Service Records for Tamy Otto's Repairs Paid Under Warranty |
| KK | Service Records for Eve Park's Repairs Paid Under Warranty |
| LL | Service Records for David Perrera's Repairs Paid Under Warranty |
| MM | Service Records for Kanin Spackman's Repair Paid Under Warranty |
| NN | Service Records for Thomas Teger's Repairs Paid Under Warranty |
| OO | Service Records for Harry Vasquez's Repairs Paid Under Warranty |
| PP | 2021 Jeep Wrangler Warranty Information – Hybrid |
| QQ | 2022 Jeep Warranty Information – Wrangler 4xe |
| RR | 2022 Jeep Warranty Information – Grand Cherokee 4xe |
| SS | 2023 Jeep Warranty Information – Gas / Diesel / 4xe |
| TT | 2024 Jeep Warranty Information |
| UU | Kim Aiello's Response to FCA US LLC'S First Set of Interrogatories |

| | |
|---|---|
| VV | Stefani Carter's Response to FCA US LLC'S First Set of Interrogatories |
| WW | Gary Frisch's Response to FCA US LLC'S First Set of Interrogatories |
| XX | Daniel Kongos's Response to FCA US LLC'S First Set of Interrogatories |
| YY | Brian Kreb's Response to FCA US LLC'S First Set of Interrogatories |
| ZZ | Ashley Landes's Response to FCA US LLC'S First Set of Interrogatories |
| AAA | Jonathan Liscano's Response to FCA US LLC'S First Set of Interrogatories |
| BBB | Erin May's Response to FCA US LLC'S First Set of Interrogatories |
| CCC | Jonathan McCrary's Response to FCA US LLC'S First Set of Interrogatories |
| DDD | Donald Moore's Response to FCA US LLC'S First Set of Interrogatories |
| EEE | Tammy Otto's Response to FCA US LLC'S First Set of Interrogatories |
| FFF | Eve Park's Response to FCA US LLC'S First Set of Interrogatories |
| GGG | David Perrera's Response to FCA US LLC'S First Set of Interrogatories |
| HHH | Kanon Spackman's Response to FCA US LLC'S First Set of Interrogatories |
| III | Thomas Teger's Response to FCA US LLC'S First Set of Interrogatories |