# Exhibit E



## NOTICE OF AGREEMENT TO ARBITRATE

Pursuant to the Agreement to Arbitrate contained below, you agree that you or FCA will resolve any dispute through a neutral, binding arbitration process and not by a court action.

## AGREEMENT TO ARBITRATE

Please carefully read this agreement to arbitrate, which applies to any dispute between you and FCA US LLC and its affiliate (together "FCA," "Stellantis," "we" or "us").

If you have a concern or dispute, please send a written notice describing it and your desired resolution to FCA US Office of General Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766.

If your concern or dispute is not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect the relationship between you and FCA will not be decided by a judge or jury but instead by a single arbitration administere the **American Arbitration Association (AAA)** under its **Consumer Arbitration Rules** in effect at the time you signed this agreement. This includes claims arising out of your warranty and claims arising before this Agreement, such as claims relate statements about our products.

We will pay all AAA fees and costs for any arbitration, which will be held in the city or county of your residence. To learn mc about the rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org

The arbitrator may resolve only disputes between you and FCA and may not consolidate claims without the consent of all parties. You and FCA may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action. The arbitrator cannot hear class or representative claims on behalf of others purchasing or leasing FCA vehicles. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy (such as declaratory relief), then that claim or remedy (and only that claim or remedy) shall be severed and must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days after signing this agreement by sending a letter to: FCA US Office of the Gener Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766, stating your name, Vehicle Identification Number, and intent to opt out of the arbitration provision. If you do not opt out, then this agreement to arbitrate is binding.

**YOU AGREE TO THE TERMS OF THIS AGREEMENT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS AGREEMENT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ THE ENTIRE AGREEMENT BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.**

Vehicle Identification Number ("VIN"): 1C4JJXN64PW621580

Customer Signature: _Daken [signature]_    Date: 2/27/24

Customer Printed Name: Daken Fee

Poage CDJRF (Fee) 020