# Exhibit I



## ARBITRATION PROVISION

<mark>You voluntarily agree and understand that any claim or dispute between Dealer or against Dealer, or any agent, employee, successor, or assign of the Dealer along with any other party arising from this transaction, whether related to this arbitration provision ("Arbitration Provision") or otherwise, or regarding the relationship or duties contemplated under this Arbitration Provision, including the validity of this Arbitration Provision, shall be resolved by binding arbitration</mark> through the American Settlement Center, under the Code of Procedure then in effect. This Arbitration Provision is freely and voluntarily entered into by you and you waive the right to trial by jury or court, and this Arbitration Provision shall be legal and binding to the effect enforceable by law. **In addition, you agree to waive any participation in any type of representative action, including a class action or private attorney general action. You and Dealer are prohibited from seeking any relief on a representative or class basis.**

Any award of the arbitrator(s) may be entered as judgement in a court of competent jurisdiction. Information may be obtained and claims may be filed at the offices of the American Settlement Centers located at 28400 Northwestern Highway, Suite 200 – Essex Centre, Southfield, MI 48034.

This Agreement shall be governed by the provisions of MCL 600.5001, et seq. and MCR 3.602, and all applicable laws in the State of Michigan and interpreted so as to conform to applicable state and federal law. This Agreement is incorporated and merged into any retail installment sale contract ("RISC"), lease agreement, purchase order/agreement or related transaction documents associated with the acquisition or payment for any vehicle or service from Dealer. To the extent this Arbitration Provision conflicts with any arbitration provision contain in any lease or RISC you have signed, you agree the terms of this arbitration provisions will apply.

The terms of this Arbitration Provision will survive the full payment of any amount owed under a lease or RISC, any repossession of the vehicle, and any bankruptcy.

The parties have read, understand, and freely enter into this Agreement.

Dated: 03/31/2023

DocuSigned by:

*KERRY JOHNSTON*
E03D589C99DB40B...
*Customer Signature*

KERRY DUANE JOHNSTON
Customer Name Printed

Dated: 03/31/2023

*Authorized Dealer Representative Signature*

BRYAN VANDEMARK
Authorized Dealer Representative Name Printed

# LAFONTAINE AUTOMOTIVE GROUP

16555 SILVER PKWY • FENTON, MI 48430 • (517) 394-1200
TOLL FREE 1-866-LAFONTAINE • www.thefamilydeal.com

| NEW USED | YEAR | MAKE | MODEL | STYLE |
|---|---|---|---|---|
| X USED | 2023 | JEEP | WRANGLER 4 | SW |

| VEHICLE IDENTIFICATION NUMBER | ODOMETER |
|---|---|
| 1C4JJXP69PW537333 | 10 |

| COLOR | STOCK NUMBER | WEIGHT / FEE | DELIVERY DATE |
|---|---|---|---|
| BLK C | 23U0145 | | 03/31/2023 |

## AUTHORIZATION INFORMATION

LEASE LOYALTY NUMBER / CREDIT CARD AUTH #

EMPLOYEE AUTHORIZATION       APPR CODE

## LIEN PLACEMENT

| LIEN HOLDER | PHONE |
|---|---|
| CCAP AUTO LEASE LTD | (855)563-5635 |

ADDRESS: PO BOX 961272

| CITY | STATE | ZIP |
|---|---|---|
| FT WORTH | TX | 76161 |

## DESCRIPTION OF TRADE IN 1

| YEAR | MAKE | MODEL | STYLE |
|---|---|---|---|

| VEHICLE IDENTIFICATION NUMBER | APPRAISAL |
|---|---|
| | N/A |

| CURRENT ODOMETER | PLATE # | EXP. DATE |
|---|---|---|

## PAYOFF INFORMATION / LIEN HOLDER

PAYOFF FOR TRADE

| PAYOFF | GOOD TILL (10 DAYS) | PER |
|---|---|---|
| N/A | | |

ACCOUNT NUMBER

## INSURANCE INFORMATION

| AGENT | INSURANCE COMPANY |
|---|---|
| BLACKMORE AGCY | AUTO OWNERS |

ADDRESS: 303 E MONROE ST

| CITY | STATE | ZIP |
|---|---|---|
| DURAND | MI | 48429 |

| PHONE | POLICY NUMBER |
|---|---|
| (989)288-2654 | |

| COLL. DED. | COMP. DED. | EXP. DATE | PER |
|---|---|---|---|
| 500.00 | 500.00 | 11/01/23 | |

## IMPORTANT BUYER INFORMATION

1. Any warranties from a Manufacturer or supplier, including warranties on any Dealer-installed Non-Manufacturer accessories, are theirs, not Dealers, and only such Manufacturer or other supplier will be liable for performance under those warranties. All goods, services and Vehicles sold by Dealer are sold "AS IS." (SEE PARAGRAPH 10 ON REVERSE SIDE.) This disclaimer in no way affects the Manufacturer's Vehicle Warranty.
2. If this is a credit sale or lease, this Order is not binding on the Buyer, and the Buyer can cancel it and recover the deposit until Buyer receives a document containing the required financial or lease disclosures.
3. The annual percentage rate for a credit sale may be negotiable with the Dealer. The Dealer may assign this contract and retain its right to receive a part of the finance charge.
4. The salesperson has no authority to make, and Dealer shall not be bound by, any promises or representations unless they are written on this order and approved by Dealer's authorized representative.
5. Unless otherwise noted, the Buyer listed as Buyer "A" will be the registered owner/lessee of the Vehicle.
6. The installment contract, lease or other document signed by the Buyer may require the Buyer to submit claims arising from or related to the purchase, lease or financing of the Vehicle to binding arbitration.
7. Any claim or lawsuit arising out of the purchase or lease of the Vehicle against the Dealer by the Buyer must be filed no more than 365 days after the date of the delivery of the Vehicle. (SEE PARAGRAPH 15 ON THE REVERSE SIDE)

## BUYER'S REPRESENTATIONS

I have read the material printed on the back hereof, and I understand and agree to it as part of this Order, as if it were printed above my signature. I understand that the front and back of this Order comprise the entire agreement affecting this purchase/lease, and no other agreement or understanding of any nature concerning same has been made or entered into, or will be recognized. I also certify that no credit has been either extended by Dealer or arranged by Dealer for the cash down payment unless it appears in writing on the face of this Order. I certify that I am at least 18 years old and acknowledge receipt of a copy of this Order.

Buyer (A) Signed: X *Kerry Johnston* Date: 03/31/23
E03D589C99DB40B...

Buyer (B) Signed: X _____ Date: _____

This Order is not binding until Dealer's authorized representative signs here.

Dealer Signed: X _____ Date: 03/31/23

---

| NAME(A) | DATE |
|---|---|
| KERRY DUANE JOHNSTON | 03/31/2023 |

| NAME(B) | CUSTOMER NO. |
|---|---|
| | 72264 |

| ADDRESS (A) | DEAL NO. |
|---|---|
| | 44066 |

| CITY | STATE | ZIP | COUNTY |
|---|---|---|---|
| OAKLEY | MI | 48649 | SAGINAW |

| HOME PHONE (A) | BUSINESS PHONE (A) | Cell (A) |
|---|---|---|
| | ( ) - | |

E-MAIL ADDRESS (A): @yahoo.com

| DRIVERS LICENSE (A) | STATE | D.O.B. |
|---|---|---|

| DRIVERS LICENSE (B) | STATE | D.O.B. |
|---|---|---|

| SALESPERSON | SALESPERSON |
|---|---|
| WILLIAM FEUDALE | |

### IMPORTANT NOTICE CONCERNING INSURANCE

Buyer(s) must have insurance for liability for injury to person or damage to property of others (PL & PD) in order to take title to the Vehicle. Buyer(s) Note: Neither accident and health insurance nor credit life insurance provide PL & PD coverage. If this is a credit sale or lease, Buyer is required to maintain collision insurance on the Vehicle during the term of the finance contract or lease. A Buyer may not be eligible for either credit life insurance or accident and health insurance. **BUYER IS NOT REQUIRED TO OBTAIN EITHER ACCIDENT AND HEALTH INSURANCE OR CREDIT LIFE INSURANCE.** Buyer may choose the agent from which said insurance will be obtained.

### TERMS OF SALE FOR FINANCED/CASH DEALS

| # | Item | # | Amount |
|---|---|---|---|
| 1. | Price of Vehicle | 1 | 60400.00 |
| 2. | Aftermarket Accessories | | |
| | A _____ | 2A | |
| | B _____ | 2B | |
| | C OTHER AFTERMARKETS | 2C | 499.00 |
| 3. | Other Taxable Charges | 3 | N/A |
| 4. | Documentation Fee | 4 | 260.00 |
| 5. | CVR Electronic Filing Fee | 5 | 24.00 |
| 6. | Total Taxable Price | 6 | 61183.00 |
| 7. | a.) Sales Tax | 7a | 2907.52 |
| | b.) License Fee (Mos. N/A ) | 7b | 287.00 |
| | c.) Title Fee | 7c | 15.00 |
| 8. | Svc. Contract _____ | 8 | N/A |
| 9. | Subtotal _____ | 9 | 64392.52 |
| 10. | Deposit _____ | 10 | N/A |
| 11. | Rebates | 11 | |
| | A REBATE   CODE CCR | 11A | 7500.00 |
| | B REBATE   CODE GLCPA | 11B | 1500.00 |
| | C REBATE   CODE GLLPC | 11C | 3000.00 |
| | D _____   CODE _____ | 11D | |
| | E _____   CODE _____ | 11E | |
| | F _____   CODE _____ | 11F | |
| G. | Total Rebates _____ | 11G | 12000.00 |
| | | | N/A |
| 12. | C.O.D. _____ | 12 | 4000.00 |
| 13. | Trade-In Allowance | 13 | N/A |
| 14. | Less Lien | 14 | N/A |
| 15. | Total Down Payment | 15 | 16000.00 |
| 16. | Balance | 16 | 48392.52 |
| 17. | Finance Charge | 17 | 4606.92 |
| 18. | Insurance Charge | 18 | N/A |
| 19. | Total Amount of Agreement | 19 | 52999.44 |

## ADDITIONAL TERMS AND CONDITIONS

ADDITIONAL TERMS AND CONDITIONS The Order on the reverse side hereof includes the following terms and conditions:

1. **DEFINITIONS AND RELATIONSHIP:** As used in this Order, the term "Manufacturer" means the company that manufactured the Vehicle or chassis. The Dealer is not the agent of Manufacturer. Dealer and buyers are the only parties to this Order.

2. **PRICE CHANGES:** Manufacturer has reserved the right to change the price to Dealer of new vehicles without notice. In the event the price to Dealer of new vehicles of the series and body type hereby ordered is changed by Manufacturer prior to delivery of the Vehicle ordered by Buyer, Dealer reserves the right to change the total delivered price of the Vehicle to Buyer or the lease terms accordingly. If such total delivered price or lease term is increased by Dealer, Buyer may, if dissatisfied, cancel this Order. In that event, if a Vehicle has been traded in as a part of the consideration for the new Vehicle, it shall be returned to Buyer upon payment of a reasonable charge for storage and repairs (if any) or, if the trade-in Vehicle has been previously sold by Dealer, the amount received from the sale, less a selling commission of 15% and any expenses incurred in storing, insuring, conditioning or advertising the trade-in Vehicle for sale, will be returned to Buyer.

3. **TRADE-IN REAPPRAISAL:** If a Vehicle to be traded in as a part of the down payment for the Vehicle ordered by Buyer is not delivered to Dealer until delivery to Buyer of the ordered Vehicle, the trade-in Vehicle will be reappraised at that time, and such reappraised value will determine the allowance made for the trade-in Vehicle. If the reappraised value is lower than the original trade-in allowance shown on the front of this Order, Buyer may, if dissatisfied, cancel this Order, provided, however, that the right to cancel must be exercised prior to both the delivery to Buyer of the Vehicle ordered and the surrender of the trade-in Vehicle to Dealer.

4. **EVIDENCE OF TITLE FOR TRADE IN:** Buyer agrees to deliver to Dealer evidence of unrestricted title to any Vehicle traded in as a part of the down payment for the Vehicle ordered. Buyer warrants and represents any trade-in Vehicle to be Buyer's property free and clear of all liens, encumbrances or clouds to title, except as otherwise noted on the front of this Order. Buyer warrants and represents that the trade-in Vehicle was not in a prior accident or incurred any frame damage nor is it a municipal, salvage, damaged, rebuilt or flood vehicle. The Buyer further warrants and represents that the odometer of the Vehicle traded in as part of the Vehicle Order was not altered or tampered with prior to its transfer to the Dealer.

5. **BUYER DEFAULT:** Unless this Order is canceled by Buyer in accordance with the provisions of Paragraph 2 or 3 above, Dealer has the right, upon failure or refusal of Buyer to accept delivery of the Vehicle ordered and to comply with the terms of this Order, to retain, as liquidated damages, any cash deposit made by Buyer and, in the event a vehicle has been traded in as a part of the down payment for the Vehicle ordered, to sell such trade-in vehicle and reimburse itself from the proceeds of such sale for the expenses specified in Paragraph 2 above, and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Buyer.

6. **DESIGN CHANGES:** Manufacturer has reserved the right to change the design of any new Vehicle, chassis, accessory or part at any time without notice, without the obligation to make the same or any similar change upon any Vehicle, chassis, accessory or part previously purchased by or shipped to Dealer or being manufactured or sold in accordance with Dealer's orders. In the event of any such change by Manufacturer, Dealer has no obligation to Buyer to make the same or any similar change in any Vehicle, chassis, accessory or part covered by this Order, either before or after delivery to Buyer.

7. **DELIVERY LIABILITY LIMITATION:** Dealer will not be liable for failure to deliver or delay in delivering the Vehicle where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer. Buyer agrees that Buyer is not entitled to recover from Dealer any consequential damages; damages to property; damages for the loss of use of the Vehicle; loss of time; loss of profits or income; or any other incidental damages which may result from failure to deliver or delay in delivery of the Vehicle where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer, including, but not limited to, Manufacturer's failure to produce or deliver the Vehicle.

8. **TAXES:** The Total Taxable Price for the Vehicle ordered does not include sales, use, excise or other taxes (Federal, State or Local). Buyer assumes and agrees to pay, unless prohibited by law, any such taxes imposed on or applicable to the transaction covered by this Order, regardless of which party may have primary tax liability.

9. **INSURANCE UNAVAILABILITY:** If a charge for either credit life or accident and health insurance is included in any installment sales contract signed by the parties in conjunction with this Order, and, if such insurance is either wholly or partially unavailable to Buyer, the charge or applicable portion for such wholly or partially unavailable insurance will be deducted from the Total Time Balance and credited to Buyer. However, such whole or partial unavailability will not affect the rest of this Order; and this Order and any installment sales contract or lease executed in conjunction with this Order shall remain in full force and effect.

10. **COLOR OR EQUIPMENT CHANGE:** If the Vehicle ordered is received by Dealer with a different color or equipment, Buyer will be notified. If Dealer and Buyer reach an agreement as to purchase or lease of the Vehicle, a new Order shall be completed by Dealer and Buyer covering the Vehicle received; and the new Order will take the place of this Order and this Order will be null and void.

11. **WARRANTY DISCLAIMER:**
A. IN THE EVENT THE VEHICLE IS EITHER A NEW VEHICLE, DEMONSTRATOR OR A USED VEHICLE STILL SUBJECT TO A MANUFACTURER'S WARRANTY, <u>DEALER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED (INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE) ON THE VEHICLE</u>. FURTHER, DEALER NEITHER MAKES NOR AUTHORIZES ANY OTHER PERSON TO MAKE ON DEALER'S BEHALF, ANY WARRANTY IN CONJUNCTION WITH THE SALE OF THE VEHICLE. AS TO ANY MANUFACTURER'S WARRANTY EXTENDED TO BUYER BY MANUFACTURER, DEALER SPECIFICALLY DISCLAIMS ANY LIABILITY THEREUNDER, SUCH MANUFACTURER'S WARRANTY BEING BETWEEN BUYER AND MANUFACTURER ONLY.
B. UNLESS A SEPARATE WRITTEN INSTRUMENT SHOWING THE TERMS OF ANY DEALER WARRANTY OR SERVICE CONTRACT IS FURNISHED BY DEALER TO BUYER, THIS VEHICLE IS SOLD OR LEASED "AS IS", AND THE DEALER DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.
C. IN THE EVENT THE VEHICLE IS A USED VEHICLE, THE INFORMATION ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THIS ORDER.

12. **DAMAGE DISCLOSURE:**
A. <u>NEW VEHICLE, DEMONSTRATOR, EXECUTIVE OR MANUFACTURER'S VEHICLE OR PROGRAM VEHICLE</u>: Damage to a new vehicle (including to all mechanical components, electrical components, sheet metal, paint, trim, or other appearance items) may occur either at the factory during assembly, while the vehicle is being transported to Dealer, or while in Dealer's possession awaiting sale. Normally, any damage which occurs during assembly is detected and corrected at the factory during the inspection process. Damage which has been repaired by the Manufacturer prior to delivery to Dealer, since generally unknown to Dealer, will not be disclosed.
This Dealer follows the Michigan law which sets forth the following damage disclosure for a new motor vehicle, demonstrator, executive or Manufacturer's vehicle or program vehicle:
Any damage which Dealer has corrected by replacing glass, tires, wheels, bumpers, audio equipment, and in-dash components with the original Manufacturer's parts and material will not be disclosed. All other repairs made after delivery by the Manufacturer of the Vehicle, known by the Dealer which exceed in the aggregate five percent (5%) of the Manufacturer's Suggested Retail Price of the Vehicle (as measured by a claim reimbursement, if any, made by the Dealer to the Manufacturer for repairs) will be disclosed to Buyer. Further, any damage or repair of Seven Hundred Fifty ($750.00) Dollars or more in surface coating repairs or corrosion protection restoration, or the combination thereof, will be disclosed to the Buyer.
B. <u>USED VEHICLES</u>: Since a used Vehicle has been subject to use, the Vehicle may have been subject to repairs for mechanical reasons or to enhance appearance for sale. Such repairs may include body bumping and painting of the Vehicle. Buyer has the right to inspect the Vehicle as Dealer has no knowledge as to what may be deemed material to Buyer. Dealer generally lacks knowledge of all prior repairs. **DEALER MAKES <u>NO</u> REPRESENTATIONS AS TO FORMER DAMAGE OR WHETHER THE VEHICLE SHOULD HAVE A SALVAGE OR BRANDED TITLE OR WAS IN A PRIOR ACCIDENT, HAD FRAME OR UNIBODY DAMAGE OR HAS ANY MECHANICAL OR REPAIR RELATED ISSUES THAT WOULD AFFECT THE CONDITION OR OPERATION OF THE VEHICLE OR ITS VALUE.**

13. **ODOMETER DISCLAIMER:** The mileage shown on the odometer of the Vehicle sold or leased is believed by Dealer to be the actual mileage of the Vehicle unless otherwise disclosed. However, Dealer makes <u>no warranties or representations</u> as to the actual mileage that the Vehicle has been driven, and expressly disclaims any liability for damages which may be asserted by Buyer, or Buyer's transferees or assigns, in the event the mileage shown is incorrect.

14. **OTHER DOCUMENTS:** The Buyer, before or at the time of delivery of the Vehicle, will sign such other documents as may be required by the terms and conditions of payment indicated on the front of this Order.

15. **LIMITATIONS ON TIME PERIOD IN WHICH BUYER CAN FILE A LAWSUIT AGAINST THE DEALER:** Buyer agrees that any claim or lawsuit arising out of the purchase or lease of a vehicle against the Dealer must be filed no more than 365 days after the date of the delivery of the Vehicle. While Buyer understands that the statute of limitations for claims arising out of the purchase or lease of the vehicle may be longer than 365 days, Buyer agrees to be bound by the 365 period of limitations as set forth herein, and BUYER WAIVES ANY STATUTE OF LIMITATIONS TO THE CONTRARY.

16. **SAVINGS CLAUSE, GOVERNING LAW AND VENUE:** Any provisions of this Order prohibited by Michigan or Federal Law will be ineffective to the extent of such prohibition, but shall not invalidate the remaining provisions of this Order. This Order shall be governed by the laws of the State of Michigan, and Buyer agrees that the state court of the county in which the Dealer is located shall be the court of exclusive jurisdiction and venue with respect to any disputes arising from or related to this Order.

© 2017 Colombo & Colombo