# Exhibit J

**SOUTH POINT DODGE CHRYSLER JEEP RAM**
5210 S I-35
AUSTIN TX 78745
DEAL# 232432

**MOTOR VEHICLE BUYER'S ORDER**

☒ NEW
☐ USED
☐ DEMO

STOCK NO. NW205416
SALESMAN JAXSON BENNETT
MANAGER _____

| | |
|---|---|
| Buyer: | DANIEL LEE KONGOS |
| Address: | ▓▓▓▓▓▓▓▓▓▓ |
| City: | AUSTIN    State: TX    Zip: 78745 |
| Home Ph # | ▓▓▓▓▓▓    Work Ph # ▓▓▓▓▓▓ |
| Cell Ph # | _____    E-mail: _____ |

| | |
|---|---|
| Year | 2022    Date 04/13/2022 |
| Make & Model | JEEP WRANGLER |
| Body Style | UNLIMITED SA    Color Black Clea |
| Lic. No. | _____    Mileage 9 |
| Serial No. | 1C4JJXP61NW205416 |

## DISCLAIMER OF WARRANTIES

Any warranties on the products sold hereby are those made by the manufacturer. The Seller, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

**Buyer's Order Arbitration Clause**
The undersigned buyer agrees that all claims, controversies and disputes with the seller of the vehicle described herein regarding purchase, lease or other acquisition will be conclusively resolved by arbitration to be conducted by the American Arbitration Association and pursuant to the Federal Arbitration Act. Any arbitration shall be conducted by one arbitrator chosen pursuant to the procedures of the American Arbitration Association. The undersigned buyer waives all claims or right to seek exemplary or punitive damages. The undersigned buyer waives all rights to file a class action lawsuit or class arbitration or to participate in either as a claimant. The arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction. If any portion of this arbitration paragraph is unenforceable, it is severed and the remaining provisions shall be enforced. Notwithstanding the foregoing, arbitration shall not apply in the event of the undersigned buyer's failure or alleged failure to complete any aspect of the purchase, lease or other acquisition of the described vehicle.

**The Dealer's Inventory Tax charge is intended to reimburse the dealer for ad valorem taxes on its motor vehicle inventory. The charge, which is paid by the dealer to the county tax assessor-collector, is not a tax imposed on the consumer by the government, and is not required to be charged by the dealer to the consumer.**

**A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.**

| | |
|---|---|
| Sale Price | 57975.00 |
| SECURE TIRE | 995.00 |
| WHEEL/NITRO/TINT | 846.00 |
| SERVICE CONTRACT | 4721.00 |
| As Equipped | 64537.00 |
| Dealer's Inventory Tax | 106.70 |
| State Sales Tax | 3676.31 |
| State Insp., Lic. & Title Fees | 188.25 |
| Documentary Fee | 150.00 |
| **TOTAL** | 68653.26 |

## TRADE-IN INFORMATION

UPON VERIFICATION BUYER AGREES TO PAY AMOUNT EXCEEDING THIS FIGURE

| | | |
|---|---|---|
| Used Car Allowance | | N/A |
| ▶ Balance Owed | | N/A |
| Payoff to: | EQUITY | N/A |
| Address: Phone | | |
| Yr.  Make  Model  Color | | |
| Body  Serial No. | CASH ON DELIV. | 15000.00 |
| | Total Down Pay't | 15000.00 |
| Lic. No.  State  Yr. | **Net Unpaid Bal. on Vehicle** | 53653.26 |

I understand and agree to the terms of this order, whether on the front or the reverse side. This order and the addendum to the Retail Buyer's Order contains the entire agreement proposed for the purchase of the above described vehicle and no other agreement or understanding of any nature concerning this transaction has been made unless attached to this order and signed by the seller and buyer. Seller makes no representations concerning fuel economy of the sale unit and any information posted on the sale unit or contained in literature relating to the same reflect the results of tests performed, required or prescribed by a government agency, upon which seller has relied. ALL OF THE PROVISIONS ON THE REVERSE SIDE HEREOF AND ON THE ADDENDUM TO RETAIL BUYER'S ORDER ARE A PART OF THIS AGREEMENT.

Purchaser's Signature _____ Date 04/13/2022
Seller's Signature _____ Co-Signer Signature _____ Date 04/13/2022

**THIS ORDER MUST BE SIGNED BY AN OFFICIAL OF THE COMPANY**

The Reynolds and Reynolds Company  RO612254 Q (08/09)

CONFIDENTIAL

FCA-Kongos-0000017

### NOTICE TO NEW MOTOR VEHICLE OWNERS

If you are unable to obtain the repair or correction of any defects in your new motor vehicle which are covered by the warranty on the vehicle, the Texas Motor Vehicle Commission may be able to assist you.

Section 3.04(h) of the Texas Motor Vehicle Commission Code (Article 4413(36), Vernon's Texas Civil Statutes), provides as follows: "(h) The owner of a motor vehicle or the owner's designated agent may make a complaint concerning defects in a motor vehicle which are covered by the manufacturer's or distributor's warranty agreement applicable to the vehicle. Such complaint must be made in writing to the applicable dealer, manufacturer, or distributor, and must specify the defects in the vehicle which are covered by the warranty. The owner may make further complaint by sending to the Commission a copy of the complaint. The Commission may hold a hearing on all unsatisfied complaints to determine whether there has been a violation of the Act."

Complaints involving new motor vehicle repair problems should be in writing, stating the details of the complaint and should be sent to: Texas Motor Vehicle Commission, P.O. Box 2293, Austin, Texas 78768, Form approved by: Texas Motor Vehicle Commission.

### ADDITIONAL COVENANTS

The execution of this Agreement to purchase is an expression of good faith and contractual obligation on the part of the Seller as well as the Purchaser, in that the Seller agrees to sell the designated vehicle only under the terms and conditions herein set forth, and agreed to by the Purchaser, **provided, however, the designated financial institution approves Purchaser's application for a loan equal to the amount of the note to be executed by the Purchaser.**

Any down payment by (cash or equity in vehicle traded-in) tendered to Seller by Purchaser is considered earnest money and such deposit as tendered to the Seller, with the understanding on the part of the Purchaser, that the Seller has the right to retain such deposit should Purchaser not accept delivery of the designated vehicle. Because of said deposit Seller agrees to hold the designated vehicle for three (3) days after the execution of this Agreement.

Purchaser obligates himself to furnish title to the vehicle traded-in within (3) days after date of this Agreement, and Purchaser also obligates payment of all checks and drafts given to the Seller and due as part of the transaction between the Seller and Purchaser. If Purchaser fails to deliver title to the trade-in vehicle or if Seller is unable to negotiate any checks or drafts tendered on this transaction, Purchaser hereby grants Seller the right to take possession of said vehicle purchased from Seller, with or without any legal proceedings and grants Seller the right to dispose of said vehicle without any further notice to the Purchaser.

Purchaser assumes the responsibility for any pay off due in excess of the amount shown on his title certificate or any other evidence of indebtedness and if the amount is in excess Purchaser agrees to discharge said obligation upon demand.

Purchaser understands that Seller is bound only by this Agreement and is not responsible for any oral agreements or representations made by anyone representing the Seller unless such statements or representations are embodied in this Agreement. By executing this Agreement **Purchaser acknowledges that he has read the same and fully understands the terms herein stated constitutes their only agreement.**

This Agreement, the accompanying Bailment Agreement, and the accompanying Chattel Mortgage when applicable, embodies all the agreements existing between the Seller and Purchaser and no representations or statements however made by any person which is not included in this Agreement is not binding upon the Seller unless such representations or statements are inserted herein and approved by the Seller's manager.

This Agreement and the "Additional Covenants" are assignable in whole and/or in part with all the rights, privileges and remedies to any Assignee or Assignees of the Seller.

I have read the terms and conditions above and on the reverse side hereof, and it is understood and agreed that all of such terms and conditions are a part of this order with the same effect as if they were printed above my signature. It is further understood and agreed that the terms and conditions on the front and back hereof, in the accompanying bailment agreement, and in the accompanying chattel mortgage when applicable, comprise the entire agreements pertaining to this purchase and no other agreements of any kind, verbal understanding or promise whatsoever will be recognized.

### BAILMENT AGREEMENT

Date: _____

Attached to and made a part of the retail installment contract dated this date between _____ as Seller and _____ as Buyer.

Buyer and Seller intend that this contract will be assigned by Seller. In the event seller is unable to assign this contract within _____ days of the date hereof, this contract shall be null and void and Buyer, immediately upon notice by Seller, either shall return the vehicle described herein to Seller or pay to Seller the unpaid balance of the cash price thereof. If Buyer returns the vehicle, Seller shall refund all deposits made by Buyer, and Buyer shall pay to Seller the cost of repair of any damage occurring to the vehicle while in Buyer's possession.

BUYER X _____    CO-BUYER X _____

SELLER X _____    BY X _____

### NEW OR DEMONSTRATOR OR USED VEHICLE DAMAGE DISCLAIMER

YEAR _____ MAKE _____ MODEL _____ STOCK # _____ VIN _____

This statement is to acknowledge the fact that the above described vehicle may have been damaged, during shipment or storage, or while in the possession of the previous owner or owners and at sometime may have been repaired. Nothing herein shall in anyway alter or affect the Manufacturers Warranty on this vehicle.

I acknowledge that the above statement concerning the vehicle which I have agreed to purchase has been explained to me and I accept delivery of this vehicle fully aware of this consideration.

BUYER X _____ DATE _____ CO-BUYER X _____ Date _____

SELLER X _____ DATE _____ BY X _____

### STATEMENT REGARDING CASH PROCEEDS

A Federal Trade Commission rule prohibits seller and lessors of consumer goods and services from accepting from the consumer the proceeds of a purchase money loan unless certain required disclosures were included in the loan contract entered into between the consumer and the lender.

To assist us in complying with this Federal rule, the following information is required:

( ) I hereby certify that none of the funds used in payment for the below described vehicle were obtained as the result of a loan from a creditor.

BUYER X _____ CO-BUYER X _____ Date _____

( ) Funds for full or partial payment for the below described vehicle were secured from _____

(Creditor)

BUYER X _____ CO-BUYER X _____ Date _____

### DESCRIPTION OF VEHICLE

YEAR MODEL _____    MAKE _____

VIN _____

The following is an excerpt from Subchapter D, Trade Regulation Rules, Chapter 1, 16 C.F.R., Part 433:

"S 433.1 Definitions.

"(c) Creditor. A person who, in the ordinary course of business, lends purchase money or finances the sale of goods or services to consumers on a deferred payment basis; Provided, such person is not acting, for the purposes of a particular transaction, in the capacity of a credit card issuer.

"(d) Purchase money loan. A cash advance which is received by a consumer in return for a "Finance Charge" within the meaning of the Truth in Lending Act and Regulation Z, which is applied, in whole or substantial part, to a purchase of goods or services from a seller who (1) refers consumers to the creditor or (2) is affiliated with the creditor by common control, contract, or business arrangement."

RO612254 Q