# Exhibit X

# Motor Vehicle Retail Order

**FRANKLIN SUSSEX AUTOMALL, INC**
ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547

DEAL # 202915
CUST # 182379

[XX] New  [ ] Used  [ ] Demo

| | |
|---|---|
| CUSTOMER | CHRISTOPHER M WADLEIGH |
| ADDRESS | SUSSEX, NJ 07461 |
| DATE | 07/05/2021 |
| STOCK NO. | F13181 |
| SALES REP | DEAN A PULEO |
| D.O.B. | 06/12/1992 |

PLEASE ENTER MY ORDER FOR ONE **2021 JEEP** (YEAR AND MAKE) MODEL **WRANGLER 4XE**

BODY TYPE **4DR 4WD**  COLOR **SARGE GRN**  MILES **25**  SERIAL NO. **1C4JJXP65MW770251**

INTERIOR TRIM COLOR **DK SADDLE/**

Prior to Delivery of the vehicle listed above, customer shall elect one of the following and so advise dealership:
* Cash Purchase  * Finance Purchase  * Lease

IF A CREDIT SALE, REQUIRED INFORMATION CONTAINED ON A SEPARATE DISCLOSURE STATEMENT IS MADE A PART OF THIS ORDER.
IF A LEASE, COMPLETE DISCLOSURE OF ALL LEASE TERMS AND CONDITIONS IS CONTAINED ON A SEPARATE LEASE CONTRACT.

| Description | Amount |
|---|---|
| Price of Unit | 55640.00 |
| Additional Equipment (options) | |
| DENT AND DING | 399.00 |
| OTHER AFTERMARKETS | 188.00 |
| THE FOLLOWING ARE NON-CHRYSLER OR MOPAR ITEMS AND ARE NOT SUBJECT TO ANY CHRYSLER WARRANTIES | |
| EXT. SERVICE CONTRACT | 1492.00 |
| GAP | 895.00 |
| PRICE INCLUDES TAX ON FIRST OIL CHANGE  X CW | |
| TOTAL PRICE OF VEHICLE | 58614.00 |
| Less Trade-in | N/A |
| Documentary Fee: Clerical Fee $316.00  Document Delivery Fee $82.00 (See Paragraph 16 On Page 3) | $398.00 |
| TOTAL TAXABLE AMOUNT | 59012.00 |
| State Sales Tax | 3909.55 |
| NJ Supplemental Titling Fee | 222.56 |
| Motor Vehicle Tire Fee - $1.50 Per New Tire | 7.50 |
| Registration/Title Fee (Estimated) (See Paragraph 15 On Page 3) | 425.00 |
| NET PAY-OFF ON TRADE-IN | N/A |
| TOTAL | 63576.61 |
| FACTORY REBATE TO DEALER | N/A |
| Deposit (Minimum Required 10%) | 5000.00 |
| BALANCE IN CASH, CERTIFIED CHECK OR OTHER ACCEPTABLE FORM OF PAYMENT, DUE ON DELIVERY. | 58576.61 |

*ALL BALANCES MUST BE PAID IN CASH OR CERTIFIED CHECK ONLY.*

### IF A NEW VEHICLE SALE OR LEASE...
The only warranties applying to this vehicle are those offered by the manufacturer. Dealer sells/leases this vehicle "as is" and hereby disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks. The manufacturer's warranty is not affected by this disclaimer of warranties by dealer.

### IF USED VEHICLE SALE OR LEASE-CHECK APPROPRIATE BOX
[ ] This vehicle is sold/leased "as is" and dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability and fitness for a particular purpose. Any liability of dealer with respect to defects or malfunctions of this vehicle including, without limitation, those which pertain to performance or safety, (whether by way of "strict liability," based upon dealer's negligence, or otherwise), is expressly excluded and customer hereby assumes any such risks.
**OR**
[ ] The only dealer warranty on this vehicle is the limited warranty which is issued with and made a part of this order form.

### ALL USED VEHICLE SALES-DEALER'S OBLIGATION
The laws of New Jersey require Motor Vehicle Dealers to make all necessary repairs, without charge, or return the full purchase price (if a sale) to the customer in the event a used vehicle sold and intended to be registered in this State fails to meet State Inspection Standards for the issuance of a certificate of approval due to a defect that is not the result of the customer's own act. The undersigned, before entering into this contract, has been informed of dealer's obligation above and agrees to have the used vehicle inspected within 14 days from the issuance of the permanent registration for such vehicle.

___/___/___   X_____
Date              Customer's Signature

### WAIVER OF DEALER'S OBLIGATION (USED VEHICLE SALE)
The undersigned, has read and understood the above Dealer's Obligation, and does hereby WAIVE AND RELEASE the DEALER'S OBLIGATION to make repairs without charge or return the full purchase price (if a sale) if the vehicle fails to meet State Inspection Standards for the issuance of a certificate of approval, unless the cause for the vehicle's rejection is an item which is "covered" by New Jersey's Used Car Lemon/Warranty Law (P.L. 1995, Chpt. 373).

___/___/___   X_____
Date              Customer's Signature

### TRADE-IN DESCRIPTION AND ALLOWANCE
**Vehicle #1**
Year _____ Make _____ Model _____
Serial No. _____ Mileage _____
Trade-In Value **N/A** Date of _____

**Vehicle #2**
Year _____ Make _____ Model _____
Serial No. _____ Mileage _____
Trade-In Value **N/A** Date of _____

Customer certifies that the frame on the trade-in vehicle has never sustained any damage or been repaired. All airbags are of original equipment and have never been deployed. Also, that the vehicle has never been in a flood or had the emission control system tampered with or altered. Customer certifies the above mileage of trade-in vehicle is accurate.

X_____  ___/___/___
Customer's Signature   Date



Page 1 of 3

**AGREEMENT TO ARBITRATE ALL CLAIMS. READ THE FOLLOWING ARBITRATION PROVISION CAREFULLY, IT LIMITS YOUR RIGHTS, AND WAIVES THE RIGHT TO MAINTAIN A COURT ACTION, OR TO PURSUE A CLASS ACTION IN COURT AND IN ARBITRATION.**
The parties to this agreement agree to arbitrate all claims, disputes, or controversies, including all statutory claims and any state or federal claims ("claims"), that may arise out of or relating to this agreement and the sale or lease identified in this agreement. **By agreeing to arbitrate, the parties understand and agree that they are giving up their rights to use other available resolution processes, such as a court action or administrative proceeding, to resolve their disputes.** Further, the parties understand that they may not pursue any claim, even in arbitration, on behalf of a class or to consolidate their claim with those of other persons or entities. Consumer Fraud, Used Car Lemon Law, and Truth-in-Lending claims are just three examples of the various types of statutory claims subject to arbitration under this agreement. The arbitration shall be administered by the American Arbitration Association under its Commercial Arbitration Rules, and the Consumer Related Disputes Supplementary Procedures to the extent applicable, before a single arbitrator who shall be a retired judge or an attorney. Dealership shall advance both party's filing, service, administration, arbitrator, hearing, and other fees, subject to reimbursement by decision of the arbitrator. Each party shall bear his or her own attorney, expert and other fees and costs, except when awarded by the arbitrator under applicable law. The arbitration shall take place in New Jersey at a mutually convenient place agreed upon by the parties or selected by the arbitrator. The decision of the arbitrator shall be binding upon the parties. Any further relief sought by either party will be subject to the decision of the arbitrator. [If any part of this agreement, other than the waivers of class actions and consolidation, is found to be unenforceable for any reason, the remaining provisions shall remain enforceable. If the waiver of class actions, or consolidation is found unenforceable, this entire agreement shall be void.] In the event that any claims are based on a lease, finance, or other agreement between the parties related to this sale or lease as well as this agreement, and if such lease, finance or other agreement contains a provision for arbitration of claims which conflicts with or is inconsistent with this arbitration provision, the terms of such other arbitration provision shall govern and control. **THIS ARBITRATION PROVISION IS GOVERNED BY THE FEDERAL ARBITRATION ACT. THIS ARBITRATION PROVISION LIMITS YOUR RIGHTS, AND WAIVES THE RIGHT TO MAINTAIN A COURT ACTION OR PURSUE A CLASS ACTION IN COURT OR IN ARBITRATION. PLEASE READ IT CAREFULLY, PRIOR TO SIGNING.**

Accepted By: 07/05/21 X _____ /s/ _____ 07/05/21 X _____ /s/ Christopher Wadleigh _____
Date / Dealer or His Authorized Representative  Date / Customer's Signature

Customer agrees that this Order on all pages and any attachments to it includes all the terms and conditions, if a sale. Customer further agrees this Order cancels and supersedes any prior agreements and as of the date signed by Dealer or authorized agent, comprises the complete and exclusive statement of the terms of the agreement between Customer and Dealer. If Customer, prior to delivery, elects to lease the vehicle described above, Customer and Dealer agree to execute a lease contract which shall contain full disclosure of all lease information. **THIS ORDER SHALL NOT BECOME BINDING UNTIL ACCEPTED BY DEALER OR HIS AUTHORIZED REPRESENTATIVE.** Customer by execution of this Order acknowledges that they have read the terms and conditions and have received a true copy of the order. I am 18 years of age or older and of full legal capacity to enter into this contract.

Accepted By: 07/05/21 X _____ /s/ _____ 07/05/21 X _____ /s/ Christopher Wadleigh _____
Date / Dealer or His Authorized Representative  Date / Customer's Signature

nj car Services, Inc. 17325 (3/17)

**THIS ORDER NOT SUBJECT TO CANCELLATION - DEPOSIT NON-REFUNDABLE**
**IMPORTANT: READ THE TERMS AND CONDITIONS ON PAGE 3 OF THIS ORDER BEFORE SIGNING.**

CONFIDENTIAL                                      FCA-Wadleigh-0000012

## ADDITIONAL TERMS AND CONDITIONS

1. **DEFINITIONS.** "Selling Dealer" and "Dealer" mean the authorized Dealer to whom this Order is addressed, and who shall become a party on its acceptance. "Customer" means the party executing this Order as such on pages 1 and 2 hereof. "Manufacturer" means the Division or Corporation that manufactured the vehicle or chassis, it being understood by Customer that Dealer is in no respect the agent of Manufacturer.

2. **RELATIONSHIP OF PARTIES TO AGREEMENT.** Dealer and Customer are the sole parties to this order. Any reference to Manufacturer is for the purpose of generally explaining certain contractual relationships existing between the Dealer and Manufacturer with respect to the new motor vehicles.

3. **MANUFACTURER'S PRICE INCREASES.** The Manufacturer has reserved the right to change the price to Dealer of new motor vehicles without notice. In the event the price to Dealer of the new motor vehicle ordered by Customer is changed by Manufacturer prior to its delivery to Customer, Dealer reserves the right to change the cash delivery price to Customer. If the cash delivery price, or monthly lease payment, in the event Customer has advised Dealer of his election to lease, is increased by Dealer, Customer may, if dissatisfied with the higher figure, cancel this Order. In the event a used motor vehicle ("trade-in") has been traded as part of the consideration for the new motor vehicle, the trade-in shall be returned to Customer upon payment of a reasonable charge for storage and repairs (if any). If the trade-in has been previously sold by Dealer, the amount received for it shall be returned to Customer less a selling commission of 15% and any expense incurred in storing, insuring, conditioning or advertising said trade-in for sale.

4. **TRADE-IN AND APPRAISAL.** Where Customer wishes to trade in a used motor vehicle ("trade-in") as part of the consideration for the motor vehicle ordered, Dealer may appraise the trade-in at the time of the execution of this Order by Customer. Dealer also reserves the right to reappraise the trade-in at the time of delivery.
   The Dealer shall not alter a trade-in appraisal from the time of the initial appraisal until the time of delivery unless:
   (1) intervening factors indicate an apparent decrease in the value of the trade-in over and above ordinary wear and tear; and/or
   (2) a change occurs in the mechanical performance of the vehicle.
   If such reappraised value is lower than the original allowance as shown on page 1 of this Order, Customer may, if dissatisfied, cancel this Order. Such right of cancellation must be exercised prior to actual delivery to the Customer of the motor vehicle ordered and the surrender of the used motor vehicle to Dealer.
   Customer certifies that the engine block is not cracked, the vehicle has not been flooded, there is no significant vehicle defect or damage, the vehicle has not been involved in any accident, and the emission control equipment, including catalytic converter has never been altered or removed.

5. **DELIVERY OF TITLE TO DEALER.** Customer agrees to deliver to Dealer satisfactory evidence of title to any trade-in vehicle used as part of this consideration for the motor vehicle ordered at the time of delivery of such used motor vehicle to Dealer. Customer warrants any trade-in vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted on this Order.

6. **NON-REFUNDABLE DEPOSIT.** Unless this Order is cancelled by Customer in accordance with Paragraphs 3 and 4 above, Dealer shall have the right upon failure or refusal of Customer to accept delivery of the ordered vehicle or to comply with the terms of this Order, to retain as liquidated damages any cash deposit. In addition, where Customer has traded a used motor vehicle as part of the consideration for the vehicle ordered, Dealer shall have the right to sell such trade-in and reimburse himself out of the proceeds of such sale for the expenses specified in Paragraphs 3 and 4 above and for such other expenses and losses as Dealer may incur or suffer as a result of the Customer's failure or refusal to comply with the provisions of this Order.

7. **DESIGN CHANGES BY THE MANUFACTURER.** The Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts of new vehicles at any time without notice and without obligation to make the same or any similar change upon any motor vehicle, chassis, accessories or parts of vehicles previously purchased by or shipped to Dealer or being manufactured or sold in accordance with the Dealer's orders. In the event of any such change by the Manufacturer, Dealer shall have no obligation to Customer to make this same or any similar change in any motor vehicle, chassis, accessories or parts of the vehicle covered by this Order either before or after delivery to Customer.

8. **DELAYS IN DELIVERY.** Dealer shall not be liable for failure to deliver or for any delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part, to any cause beyond the control or without the fault or negligence of Dealer.

9. **PAYMENT OF SALES AND USE TAXES.** The price for the motor vehicle specified on page 1 of this Order includes reimbursement for certain Federal Excise taxes but does not include sales taxes and use taxes (Federal, State or Local) or other taxes, unless expressly stated. Customer agrees to pay all applicable sales, use, or occupational taxes. In the event Dealer fails to collect or miscalculates an applicable tax, Customer agrees to pay an additional amount due upon notification by Dealer.

10. **EXECUTION OF OTHER DOCUMENTS.** The Customer, before or at the time of delivery of the motor vehicle covered by this Order will execute such other forms of agreement or documents as may be required by the terms and conditions of payment in accordance with Customer's election to purchase for cash, purchase and finance or to lease the vehicle covered by this Order.

11. **PAYMENT OF BALANCE DUE AND ACCEPTANCE BY CUSTOMER.** The Customer agrees to advise Dealer of his election to purchase for cash, purchase and finance or to lease the vehicle covered by this Order and to pay the balance due on the terms specified and to accept delivery of the ordered vehicle within 48 hours after notification that the vehicle is ready for delivery. In the event Customer fails to take delivery of the vehicle, Customer's deposit may be retained by Dealer as liquidated damages for Dealer's expense and efforts in the matter. In addition, Dealer may dispose of or sell ordered vehicle as Dealer deems reasonable.

12. **SALES OF DEMONSTRATORS AND USED VEHICLES ONLY:** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

13. **PROHIBITION ON EXPORTING NEW VEHICLES:** The Customer agrees that the new vehicle to be purchased or leased will be used only in, and will not be exported from, the USA within one year of delivery of the vehicle to Customer. Customer accepts full responsibility, for any violation of this provision, and shall be liable for all costs and any charge backs, other costs or economic sanctions imposed on Dealer by Dealer's Manufacturer such as product withholding, directly or indirectly. This provision applies to the use and export of vehicle from any place and to any recipient, with or without the knowledge of Customer. Customer consents to the jurisdiction of the Superior Court of NJ in the event that Dealer litigates to enforce this provision.

14. **ASSIGNMENT OF ORDER PROHIBITED:** Customer and Dealer agree that this Order cannot be assigned to any third party, without the written consent of both Customer and Dealer.

15. **TITLE AND REGISTRATION FEES:** These are fees charged by the State of New Jersey for the title, and registration for your vehicle, any additional paperwork necessary to process your title and registration and where applicable, for transferring the title of your trade-in. These fees may be estimated. In the event the actual fees charged by the State are different, Dealer will refund any overcharge to the Customer in the ordinary course of business. In the event of an undercharge, Customer agrees to pay any underestimate to Dealer.

16. **DOCUMENTARY FEE:** Is a fee charged by the Dealer in an amount that covers costs and reflects the value of the benefit provided by the service. In some cases, the fee includes some services that may be optional or may be performed by the Customer.

17. **GOVERNING LAW.** This Agreement shall be construed under and in accordance with the laws of the State of New Jersey without regard to conflict of law principles.

CONFIDENTIAL

FCA-Wadleigh-0000013