# Exhibit Z






ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547


0101ICHCS480985



CELL: ▮▮▮▮

| CUSTOMER NO. 154948 | ADVISOR PAM | TAG NO. 1587 | INVOICE DATE 01/23/24 | INVOICE NO. CHCS480985 |
|---|---|---|---|---|
| KIM AIELLO | LABOR RATE | LICENSE NO. | MILEAGE 3,289 | COLOR BRT WHT CC/ | STOCK NO. F41170 |
| ▮▮▮▮ NEWFOUNDLAND, NJ 07435-1500 | YEAR / MAKE / MODEL 24/JEEP/WRANGLER 4XE/4DR 4WD | | DELIVERY DATE 09/16/23 | DELIVERY MILES 25 |
| | VEHICLE I.D. NO. 1C4RJXN67RW154001 | | SELLING DEALER NO. | PRODUCTION DATE |
| ▮▮▮▮@yahoo.com | F.T.E. NO. | P.O. NO. | R.O. DATE 01/19/24 | |
| RESIDENCE PHONE ▮▮▮▮ | BUSINESS PHONE ▮▮▮▮ | COMMENTS | | MILEAGE OUT MO: 3445 |

```
LABOR & PARTS------------------------------------------------------------
J# 1 26CHZZ1      GENERAL CONCERN    HOURS:  0.00 TECH(S):03634         WARRANTY
           Customer States INSPECT FOR CHECK ENGINE LIGHT COMING ON AND
           OFF. WHEN LIGHT WAS ON VEHICLE RUNNING VERY ROUGH   PLEASE
           ADVISE (General Concern 1)
           NO PROBLEM FOUND
           TECH INSPECTED, SCAN FOR CODES FOUND P2097 DOWNSTREAM
           FUEL TRIM RICH STORED CODE. SEVERAL GOOD TRIPS ON VEHICLE.
           TEST DROVE SEVERAL TIMES, AND COULD NOT VERIFY CONCERN.
           CLEARED CODES. TEST DROVE AGAIN, NO PROBLEM FOUND

                                JOB #  1 TOTAL LABOR & PARTS      0.00
-----------------------------------------------------------------------
J# 2 99CHZ        RENTAL             HOURS:  0.00 TECH(S):03634         WARRANTY
           CUSTOMER IS BEING SUPPLIED WARRANTY GOODWILL RENTAL.
           FCA IS OFFERING RENTAL ON GOODWILL BASIS. ANY RENTAL NOT
           COVERED BY FCA WILL BE OWNERS RESPONSIBILITY. FCA DOES NOT
           COVER ANY EXTRA INSURANCE TAKEN BY CUSTOMER. ALL RENTALS
           MUST BE RETURNED WITHIN 24 HOURS OF COMPLETION OF THEIR
           VEHICLES.

                                JOB #  2 TOTAL LABOR & PARTS      0.00
-----------------------------------------------------------------------
J# 3 90CHZ        INSPECTION         HOURS:       TECH(S):03634         INTERNAL
           PERFORM MULTI POINT VEHICLE INSPECTION
           COMPLETED MULTI POINT INSPECTION

                                JOB #  3 TOTAL LABOR & PARTS      0.00
-----------------------------------------------------------------------
SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION-----------------
JOB # 2    116539              01/23/24 GOODWILL RENTAL              WARRANTY
JOB # 2    116539              01/23/24 OVERAGE                      INTERNAL
                                        TOTAL - SUBLET        0.00

TECHNICIAN CERTIFICATION-----------------------------------------------
              03634          KYLE DECKER           03634
```

CONFIDENTIAL                                                    FCA-Aiello-0000001

Case 2:24-cv-10546-BRM-KGA ECF No. 57-27, PageID.6414 Filed 11/10/25 Page 3 of 10






ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547



0101ICHCS480985

CELL:

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 154948 | PAM | 1587 | 01/23/24 | CHCS480985 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| KIM AIELLO | | | 3,289 | BRT WHT CC/ | F41170 |

| | YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|
| NEWFOUNDLAND, NJ 07435-1500 | 24/JEEP/WRANGLER 4XE/4DR 4WD | 09/16/23 | 25 |

| | VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|
| | 1C4RJXN67RW154001 | | |

| | F.T.E. NO. | P.O. NO. | R.O. DATE | |
|---|---|---|---|---|
| @yahoo.com | | | 01/19/24 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MILEAGE OUT |
|---|---|---|---|
| | | | MO:  3445 |

```
TOTALS---------------------------------------------------------------
WE HAVE RECEIVED DMCC HIGHEST AWARD           TOTAL LABOR....    0.00
       "FIVE STAR"                            TOTAL PARTS....    0.00
WE ARE BETTER AND WE WILL PROVE IT            TOTAL SUBLET...    0.00
THANKS TO ALL OF OUR CUSTOMERS FOR            TOTAL G.O.G....    0.00
HELPING US TO BE THE BEST WE CAN              TOTAL MISC CHG.    0.00
       YOUR SERVICE TEAM                      TOTAL MISC DISC    0.00
                                              TOTAL TAX......    0.00
*********************************************                --------
*  CASH ( )   CHECK ( )#........ VISA ( )    *  TOTAL INVOICE $  0.00
*                                            *
* MASTERCARD ( ) AMEX ( ) DISC ( ) CHARGE ( ) *
*********************************************
```

_____
CUSTOMER SIGNATURE

PAGE 2 OF 2        CUSTOMER COPY        [ END OF INVOICE ]  01:47pm

CONFIDENTIAL                                                    FCA-Aiello-0000002






ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547


0101ICHCS483814

| CUSTOMER NO. 154948 | ADVISOR PAM | TAG NO. 1587 | INVOICE DATE 05/02/24 | INVOICE NO. CHCS483814 |
|---|---|---|---|---|

CELL: ▇

KIM AIELLO
NEWFOUNDLAND, NJ 07435-1500
▇@yahoo.com

| LABOR RATE | LICENSE NO. | MILEAGE 6,556 | COLOR BRT WHT CC/ | STOCK NO. F41170 |
|---|---|---|---|---|
| YEAR / MAKE / MODEL 24/JEEP/WRANGLER 4XE/4DR 4WD | | | DELIVERY DATE 09/16/23 | DELIVERY MILES 25 |
| VEHICLE I.D. NO. 1C4RJXN67RW154001 | | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E. NO. | | P.O. NO. | R.O. DATE 05/02/24 | |

RESIDENCE PHONE   BUSINESS PHONE   COMMENTS

MILEAGE OUT MO: 6557

```
LABOR & PARTS--------------------------------------------------------------------
J# 1 26CHZZ1         GENERAL CONCERN      HOURS:    0.70 TECH(S):09706         WARRANTY
     CUSTOMER STATES THE VEHICLE WILL NOT TAKE A CHARGE PLEASE AD
     VISE (General Concern 1)
     TSB 08-051-24 AVAILABLE FOR VEHICLE.
     CODE: B12B4
     TECH INSPECTED, VERIFIED CONCERN. SCAN FOR CODES B12B4
     CHARGE STATUS INDICATOR MODULE INTERNAL. FOUND TSB 08-051-24
     TECH PERFORMED TSB 08-051-24. FLASH UPDATE TO PCM, TCM
     AND HCP. HOOKED TO CHARGE, AND FOUND CHARGING AS DESIGNED.

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                              JOB #  1 TOTAL PARTS         0.00

                                              JOB #  1 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 2 35CHZRECALL1    FACTORY RECALL       HOURS:    1.10 TECH(S):09706         WARRANTY
     Recall Customer Satisfaction Notification 1 04B - 2021-2024
     JL WL PHEV Defrost (Recall Customer Satisfaction Notificatio
     n 1)
     RECALL AVAILABLE FOR VEHICLE
     TECH PERFORMED RECALL 04B. COMPLETED
     FLASH UPDATE TO AHCP, HCP, PCM, AND TCM

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                              JOB #  2 TOTAL PARTS         0.00

                                              JOB #  2 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 3 26CHZZAALOF     OIL, FILTER CHANGE   HOURS:         TECH(S):09706         WARRANTY
     JEEP WAVE (Change synthetic engine oil and filter 5qt 5W30 S
     N Plus)
     PERFORMED EXPRESS LUBE-CHANGED OIL + FILTER,LUBE CHASSIS AS
     NECESSARY,CHECK AND REPLENISH FLUID LEVELS AS NEEDED

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
JOB # 3    1    4892339-BE            FILTER EN 09057006                     WARRANTY
                COUNTER 300000 PALLET
JOB # 3    5    68523981-AA           OIL 5W30 01081090                      WARRANTY
                88FLR
                                              JOB #  3 TOTAL PARTS         0.00

                                              JOB #  3 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 4 26CHZZRTIRE     ROTATE TIRES         HOURS:         TECH(S):09706         WARRANTY
     JEEP WAVE (Rotate tires)
     ROTATED TIRES-CHECK + SET TIRE PRESSURES AS NEEDED

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                              JOB #  4 TOTAL PARTS         0.00

                                              JOB #  4 TOTAL LABOR & PARTS  0.00
--------------------------------------------------------------------------------
J# 5 35CHZRRT1       PERFORM RRT          HOURS:    0.20 TECH(S):09706         WARRANTY
     RSU 24-029 23-24MY JL JT FENDER LINER WARPED AND RUBBING ON
```

PAGE 1 OF 3       CUSTOMER COPY       [CONTINUED ON NEXT PAGE]   04:22pm

CONFIDENTIAL
FCA-Aiello-0000003

   

ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547



0101ICHCS483814

| CUSTOMER NO. 154948 | ADVISOR PAM | TAG NO. 1587 | INVOICE DATE 05/02/24 | INVOICE NO. CHCS483814 |
|---|---|---|---|---|
| KIM AIELLO | LABOR RATE | LICENSE NO. | MILEAGE 6,556 | COLOR BRT WHT CC/ | STOCK NO. F41170 |
| NEWFOUNDLAND, NJ 07435-1500 | YEAR / MAKE / MODEL 24/JEEP/WRANGLER 4XE/4DR 4WD | | DELIVERY DATE 09/16/23 | DELIVERY MILES 25 |
| | VEHICLE I.D. NO. 1C4RJXN67RW154001 | | SELLING DEALER NO. | PRODUCTION DATE |
| @yahoo.com | F.T.E. NO. | P.O. NO. | R.O. DATE 05/02/24 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MILEAGE OUT MO: 6557 |

```
(RSU 1)
RSU 24-029 AVAILABLE FOR VEHICLE
TECH PERFORMED RSU 24-029. COMPLETED
NO RUBBING, MEASURE FROM FRAME TO WHEEL FENDER LESS THAN
3 INCHES.

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #  5 TOTAL PARTS       0.00

                                         JOB #  5 TOTAL LABOR & PARTS        0.00
--------------------------------------------------------------------------------
J# 6 99CHZ       RENTAL          HOURS:   0.00 TECH(S):09706           WARRANTY
CUSTOMER IS BEING SUPPLIED WARRANTY GOODWILL RENTAL.
FCA IS OFFERING RENTAL ON GOODWILL BASIS. ANY RENTAL NOT
COVERED BY FCA WILL BE OWNERS RESPONSIBILITY. FCA DOES NOT
COVER ANY EXTRA INSURANCE TAKEN BY CUSTOMER. ALL RENTALS
MUST BE RETURNED WITHIN 24 HOURS OF COMPLETION OF THEIR
VEHICLES.

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #  6 TOTAL PARTS       0.00

                                         JOB #  6 TOTAL LABOR & PARTS        0.00
--------------------------------------------------------------------------------
J# 7 90CHZ       INSPECTION      HOURS:        TECH(S):09706           INTERNAL
PERFORM MULTI POINT VEHICLE INSPECTION
COMPLETED MULTI POINT INSPECTION

PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #  7 TOTAL PARTS       0.00

                                         JOB #  7 TOTAL LABOR & PARTS        0.00
--------------------------------------------------------------------------------
SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION-----------------
JOB # 6    117507               05/02/24 GOODWILL RENTAL                WARRANTY
JOB # 6    117507               05/02/24 OVERAGE                        INTERNAL
                                                  TOTAL - SUBLET         0.00
```

PAGE 2 OF 3          CUSTOMER COPY          [CONTINUED ON NEXT PAGE]   04:22pm

CONFIDENTIAL                                                    FCA-Aiello-0000004






ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547



0101ICHCS483814

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | CELL: | INVOICE NO. |
|---|---|---|---|---|---|
| 154948 | PAM | 1587 | 05/02/24 | | CHCS483814 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| KIM AIELLO | | | 6,556 | BRT WHT CC/ | F41170 |

NEWFOUNDLAND, NJ 07435-1500

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 24/JEEP/WRANGLER 4XE/4DR 4WD | 09/16/23 | 25 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 C 4 R J X N 6 7 R W 1 5 4 0 0 1 | | |

@yahoo.com

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 05/02/24 |

RESIDENCE PHONE    BUSINESS PHONE    COMMENTS

MILEAGE OUT
MO: 6557

TOTALS------

```
WE HAVE RECEIVED DMCC HIGHEST AWARD        TOTAL LABOR....    0.00
      "FIVE STAR"                          TOTAL PARTS....    0.00
WE ARE BETTER AND WE WILL PROVE IT         TOTAL SUBLET...    0.00
THANKS TO ALL OF OUR CUSTOMERS FOR         TOTAL G.O.G....    0.00
HELPING US TO BE THE BEST WE CAN           TOTAL MISC CHG.    0.00
      YOUR SERVICE TEAM                    TOTAL MISC DISC    0.00
                                           TOTAL TAX......    0.00
****************************************
*  CASH ( )  CHECK ( )#........ VISA ( )  *   TOTAL INVOICE $   0.00
*                                         *
* MASTERCARD ( ) AMEX ( ) DISC ( ) CHARGE ( ) *
****************************************
```

CUSTOMER SIGNATURE

CONFIDENTIAL        FCA-Aiello-0000005




# FRANKLIN SUSSEX AUTOMALL, INC

ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547

CHRYSLER  DODGE  Jeep  RAM

0101ICHCS484237

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 154948 | PAM | 1587 | 05/20/24 | CHCS484237 |

CELL: ███

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 7,500 | BRT WHT CC/ | F41170 |

KIM AIELLO
███
NEWFOUNDLAND, NJ 07435-1500

███@yahoo.com

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 24/JEEP/WRANGLER 4XE/4DR 4WD | 09/16/23 | 25 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1C4RJXN67RW154001 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 05/16/24 |

RESIDENCE PHONE ███   BUSINESS PHONE ███   COMMENTS

MILEAGE OUT   MO: 7501

---

LABOR & PARTS
```
J# 1  26CHZZ1        GENERAL CONCERN      HOURS:    0.80 TECH(S):03634              WARRANTY
       CUSTOMER STATES VEHICLE WILL NOT TAKE A CHARGE SEE HISTORY T
       HINKS POSSIBLE CONCERN WITH CUSTOMERS CABLE GETTING ALERTS O
       N PHONE CHARGING SYSTEM FAILED (General Concern 1)
       LEVEL 1 CHARGER INTERMITTENLY NOT CHARGING. SHORT
       TECH INSPECTED, SCAN FOR CODES - NONE FOUND. TESTEED
       WITH LEVEL 2 CHARGER. OK AT THIS TIME. TESTED WITH LEVEL 1
       CHARGER IN VEHICLE, FOUND VEHICLE WOULD CHARGE INTERMITTENTL
       TECH REPLACED LEVEL 1 CHARGER. RETEST TO VERIFY REPAIR

PARTS-----QTY---FP-NUMBER-----------DESCRIPTION------------------UNIT PRICE-
JOB # 1    1    5185049-AD          CABLE BAT 08001017                          WARRANTY
                                    JOB #  1 TOTAL PARTS                            0.00

                                    JOB #  1 TOTAL LABOR & PARTS                    0.00

J# 2  99CHZ          RENTAL              HOURS:    0.00 TECH(S):03634              WARRANTY
       CUSTOMER IS BEING SUPPLIED WARRANTY GOODWILL RENTAL.
       FCA IS OFFERING RENTAL ON GOODWILL BASIS. ANY RENTAL NOT
       COVERED BY FCA WILL BE OWNERS RESPONSIBILITY. FCA DOES NOT
       COVER ANY EXTRA INSURANCE TAKEN BY CUSTOMER. ALL RENTALS
       MUST BE RETURNED WITHIN 24 HOURS OF COMPLETION OF THEIR
       VEHICLES.

PARTS-----QTY---FP-NUMBER-----------DESCRIPTION------------------UNIT PRICE-
                                    JOB #  2 TOTAL PARTS                            0.00

                                    JOB #  2 TOTAL LABOR & PARTS                    0.00

J# 3  90CHZ          INSPECTION          HOURS:         TECH(S):03634              INTERNAL
       PERFORM MULTI POINT VEHICLE INSPECTION
       COMPLETED MULTI POINT INSPECTION

PARTS-----QTY---FP-NUMBER-----------DESCRIPTION------------------UNIT PRICE-
                                    JOB #  3 TOTAL PARTS                            0.00

                                    JOB #  3 TOTAL LABOR & PARTS                    0.00

SUBLET-----PO#--------VEND INV#--INV.DATE-DESCRIPTION--------------------------
JOB # 2   117665                 05/20/24 GOODWILL RENTAL                    WARRANTY
JOB # 2   117665                 05/20/24 OVERAGE                            INTERNAL
                                          TOTAL - SUBLET                         0.00

COMMENTS
PAM R

TECHNICIAN CERTIFICATION
       03634           KYLE DECKER            03634
```

Handwritten note: PResslerr@FSAutoMall.con  973-568-9983

PAGE 1 OF 2   CUSTOMER COPY   [CONTINUED ON NEXT PAGE]   12:56pm

CONFIDENTIAL

FCA-Aiello-0000006







ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547

0101ICHCS484237

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 154948 | PAM | 1587 | 05/20/24 | CHCS484237 |

CELL:

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 7,500 | BRT WHT CC/ | F41170 |

KIM AIELLO

NEWFOUNDLAND, NJ 07435-1500

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 24/JEEP/WRANGLER 4XE/4DR 4WD | 09/16/23 | 25 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1C4RJXN67RW154001 | | |

@yahoo.com

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 05/16/24 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MILEAGE OUT |
|---|---|---|---|
| | | | MO: 7501 |

TOTALS

```
WE HAVE RECEIVED DMCC HIGHEST AWARD       TOTAL LABOR....    0.00
      "FIVE STAR"                          TOTAL PARTS....    0.00
WE ARE BETTER AND WE WILL PROVE IT         TOTAL SUBLET...    0.00
THANKS TO ALL OF OUR CUSTOMERS FOR         TOTAL G.O.G....    0.00
HELPING US TO BE THE BEST WE CAN           TOTAL MISC CHG.    0.00
       YOUR SERVICE TEAM                   TOTAL MISC DISC    0.00
                                           TOTAL TAX......    0.00

*******************************************
*  CASH ( )   CHECK ( )#........ VISA ( )  *    TOTAL INVOICE $    0.00
*                                          *
*  MASTERCARD ( ) AMEX ( ) DISC ( ) CHARGE ( ) *
*******************************************
```

CUSTOMER SIGNATURE

************************   DUPLICATE INVOICE   ****************************

CONFIDENTIAL                                                    FCA-Aiello-0000007

   

ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547

0101ICHCS485036

```
CUSTOMER NO.  154948           ADVISOR  PAM            TAG NO.  1587         INVOICE DATE  06/12/24    INVOICE NO.  CHCS485036
KIM AIELLO                     LABOR RATE      LICENSE NO.      MILEAGE  8,040    COLOR  BRT WHT CC/   STOCK NO.  F41170
NEWFOUNDLAND, NJ 07435-1500    YEAR / MAKE / MODEL  24/JEEP/WRANGLER 4XE/4DR 4WD   DELIVERY DATE  09/16/23   DELIVERY MILES  25
                               VEHICLE I.D. NO.  1C4RJXN67RW154001              SELLING DEALER NO.          PRODUCTION DATE
         @yahoo.com            F.T.E. NO.           P.O. NO.                    R.O. DATE  06/11/24
RESIDENCE PHONE   BUSINESS PHONE    COMMENTS                                                             MILEAGE OUT  MO: 8041
```

LABOR & PARTS
J# 1 26CHZZ1    GENERAL CONCERN    HOURS: 2.90  TECH(S):03634                    WARRANTY
CUSTOMER STATES INSPECT THE CHARGING SYSTEM CHARGERS FOR SEV
ERAL HOURS AND THEN WILL SHUT OFF THE BATTERY GAUGE GOES RED
AND CUST IS GETTING ALERTS WITH THE BATTERY RED AND TO SEE
DEALER PLEASE ADVISE (General Concern 1)
P.I.M C2 PIN 50 TO BCV PIN 1 - FOUND OPEN CIRCUIT XY292B
TECH TESTED AND VERIFIED CONCERN. SCAN FOR CODES POCDF
BATTERY CHILLER VALVE CIRCUIT OPEN. TEST FOR CONTINUITY
FROM P.I.M C2 PIN 50 TO BCV PIN 1. TECH FOUND OPEN CIRCUIT
XY292B. TRACED AND FOUND OPEN WIRE NEAR BCV. REPAIRED WIRE.
RETESTED TO VERIFY REPAIR

                                    JOB # 1 TOTAL LABOR & PARTS      0.00

J# 2 99CHZ      RENTAL           HOURS: 0.00  TECH(S):03634                    WARRANTY
CUSTOMER IS BEING SUPPLIED WARRANTY GOODWILL RENTAL.
FCA IS OFFERING RENTAL ON GOODWILL BASIS. ANY RENTAL NOT
COVERED BY FCA WILL BE OWNERS RESPONSIBILITY. FCA DOES NOT
COVER ANY EXTRA INSURANCE TAKEN BY CUSTOMER. ALL RENTALS
MUST BE RETURNED WITHIN 24 HOURS OF COMPLETION OF THEIR
VEHICLES.

                                    JOB # 2 TOTAL LABOR & PARTS      0.00

J# 3 90CHZ      INSPECTION       HOURS:      TECH(S):03634                     INTERNAL
PERFORM MULTI POINT VEHICLE INSPECTION
COMPLETED MULTI POINT INSPECTION

                                    JOB # 3 TOTAL LABOR & PARTS      0.00

SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION-----------------------
JOB # 2   117904              06/12/24 WARRANTY                         WARRANTY
JOB # 2   117904              06/12/24 OVERAGE                          INTERNAL
                                             TOTAL - SUBLET                0.00

TECHNICIAN CERTIFICATION-----------------------------------------
         03634           KYLE DECKER              03634

PAGE 1 OF 2         CUSTOMER COPY      [CONTINUED ON NEXT PAGE]   05:58pm

CONFIDENTIAL                                                FCA-Aiello-0000008









ROUTE 23 • BOX 347
SUSSEX, N.J. 07461
TEL (973) 875-3188
FAX (973) 875-9547

0101ICHCS485036

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 154948 | PAM | 1587 | 06/12/24 | CHCS485036 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| KIM AIELLO | | | 8,040 | BRT WHT CC/ | F41170 |

| | YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|
| NEWFOUNDLAND, NJ 07435-1500 | 24/JEEP/WRANGLER 4XE/4DR 4WD | 09/16/23 | 25 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1C4RJXN67RW154001 | | |

| | F.T.E. NO. | P.O. NO. | R.O. DATE | |
|---|---|---|---|---|
| @yahoo.com | | | 06/11/24 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MILEAGE OUT |
|---|---|---|---|
| | | | MO: 8041 |

```
TOTALS -->
WE HAVE RECEIVED DMCC HIGHEST AWARD          TOTAL LABOR....    0.00
        "FIVE STAR"                          TOTAL PARTS....    0.00
WE ARE BETTER AND WE WILL PROVE IT           TOTAL SUBLET...    0.00
THANKS TO ALL OF OUR CUSTOMERS FOR           TOTAL G.O.G....    0.00
HELPING US TO BE THE BEST WE CAN             TOTAL MISC CHG.    0.00
        YOUR SERVICE TEAM                    TOTAL MISC DISC    0.00
                                             TOTAL TAX......    0.00
*********************************************
*  CASH ( )    CHECK ( )#........ VISA ( )  *   TOTAL INVOICE $   0.00
*                                           *
* MASTERCARD ( ) AMEX ( ) DISC ( ) CHARGE ( ) *
*********************************************
```

CUSTOMER SIGNATURE

CONFIDENTIAL

FCA-Aiello-0000009