# Exhibit AA

```
CUSTOMER #: 299400                           921545
                                                              SAN LEANDRO
                                       *ACCOUNTING*        CHRYSLER DODGE JEEP RAM
STEFANI CARTER                                              1444 MARINA BLVD.
18586 STANTON AVE                                          SAN LEANDRO, CA 94577
CASTRO VALLEY, CA 945462710               PAGE 1              (510) 877-4300
HOME:916-425-0236 CONT:916-425-0236  ** PRE-INVOICE ** BAR: ARD277546    EPA: CAL000398970
BUS:              CELL:              SERVICE ADVISOR: 3161 ALEXANDER GREGORY
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP WRANGLER UNLIMI | 1C4JJXP60MW772151 |  | 6200/6200 | RR3875 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05JAN23 DD |  |  | 16:00 24FEB23 |  | 319.00 | CASH | 24FEB23 |

| R.O. OPENED | READY | OPTIONS: | DLR:26920 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|---|
| 07:12 22FEB23 | 15:19 24FEB23 | | |

```
LINE OPCODE  TECH TYPE A/HRS  S/HRS                    LIST         NET           TOTAL
A RSU 2 [RSU 23-036 21MY JL 4XE INTEGRATED DUAL CHARGING MODULE SOFTWA
        **]
     RRT RSU 2
          3183 FARHAD,SARGON LIC#: SARGON F
                  W    0.30   0.40    2200    11514                115.14        115.14
                                         0          0 TPARTS
                                      2200      11514 TLABOR
PARTS:       0.00  LABOR:      115.14  OTHER:         0.00  TOTAL LINE A:         115.14
 6200 PERFORMED RSU 23-036 INSPECT AND RERPGRAMMED IDCM ECU is
 up-to-date. Successfully flashed ECU from old part number 05185035AR to
 current part number 05185035AS.
B RSU 1 [RSU 23-037 21MY JL 4XE BATTERY PACK CONTROL MODULE SOFTWARE U
        **]
     RRT RSU 1
          3183 FARHAD,SARGON LIC#: SARGON F
                  W    0.24   0.20    1100     5757                 57.57         57.57
                                         0          0 TPARTS
                                      1100       5757 TLABOR
PARTS:       0.00  LABOR:       57.57  OTHER:         0.00  TOTAL LINE B:          57.57
 6200 PERFORMED RSU 23-037 INSPECT BPCM SOFTWARE IS UP TO DATE
C *Engine Concern [Customer States CHECK ENGINE LIGHT IS ON]
CAUSE: CONNECT TO THE SCAN TOOLS THERE IS CODE P0E15 COOLANT HEATRE
       PERFORMANCE INSPECT HCP SOFTWARE IS UP TO DATE CHCKING THE
       COOLANT LEVEL IS OK BUT STATUES OF THE HEATRE IS PERMANENT
       LOCKED NEED NEW HEATRE
     15 *Engine Concern
          3183 FARHAD,SARGON LIC#: SARGON F
                  W    2.03   2.00   11000    57568                575.68        575.68
     1 68443445AC
       HEATER-ELECTRIC COOLANT        30600   53602       0  536.02 536.02       536.02
                                     30600      53602 TPARTS
                                     11000      57568 TLABOR
PARTS:     536.02  LABOR:      575.68  OTHER:         0.00  TOTAL LINE C:        1111.70
 6200 CONNECT TO THE SCAN TOOLS THERE IS CODE P0E15 COOLANT HEATRE
```

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | * HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ In Person Approval<br>☐ Telephone _____<br>☐ Text _____<br>☐ Email/Fax (See Attached) | | LABOR AMOUNT | |
| Revised Estimate | | | | ☐ In Person Approval<br>☐ Telephone _____<br>☐ Text _____<br>☐ Email/Fax (See Attached) | | PARTS AMOUNT | |
| $ | $ | | | | | GAS, OIL, LUBE | |
| | | | | | | SUBLET AMOUNT | |
| ☐ Tire pressure check/inflation service was performed.<br>RF____psi LF____psi RR____psi LR____psi<br>☐ Customer declined tire pressure check/inflation service.  Initials | | | | | | WASTE DISPOSAL COSTS * | |
| | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.<br>☐ Some Parts Not Returnable | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | | PLEASE PAY<br>THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/19) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY/AS IS" - CALIFORNIA - 9698032

ACCOUNTING COPY

San Leandro CDJR (Carter) 008

```
CUSTOMER #: 299400                              921545
                                                                        SAN LEANDRO
                                        *ACCOUNTING*              CHRYSLER DODGE JEEP RAM
STEFANI CARTER                                                          1444 MARINA BLVD.
18586 STANTON AVE                                                     SAN LEANDRO, CA 94577
CASTRO VALLEY, CA 945462710                     PAGE 2                     (510) 877-4300
HOME:916-425-0236 CONT:916-425-0236 ** PRE-INVOICE **  BAR: ARD277546        EPA: CAL000398970
BUS:              CELL:                 SERVICE ADVISOR: 3161 ALEXANDER GREGORY
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP WRANGLER UNLIMI | 1C4JJXP60MW772151 |  | 6200/6200 | RR3875 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05JAN23 DD |  |  | 16:00 24FEB23 |  | 319.00 | CASH | 24FEB23 |

| R.O. OPENED | READY | OPTIONS: | DLR:26920 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|---|
| 07:12 22FEB23 | 15:19 24FEB23 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                LIST          NET          TOTAL
 PERFORMANCE INSPECT HCP SOFTWARE IS UP TO DATE CHCKING THE COOLANT
 LEVEL IS OK BUT STATUES OF THE HEATRE IS PERMANENT LOCKED NEED NEW
 HEATRE REMOVE AND REPLACED ELECTRIC COOLANT HEATER AND TOP OF THE
 COOLANT
D *General Concern #1 [RENTAL]
    40 *General Concern #1
        3183 FARHAD,SARGON LIC#: SARGON F
              W   0.00   0.00       0           0              0.00           0.00
                                    0           0 TPARTS
                                    0           0 TLABOR
SUBL RENTAL PO#245557
              W              5000        5000                 50.00          50.00
PARTS:     0.00  LABOR:      0.00  OTHER:      50.00  TOTAL LINE D:          50.00
E Multi-point inspection (according to maintenance interval)
    23P Multi-point inspection (according to
        maintenance interval)
        3183 FARHAD,SARGON LIC#: SARGON F
              W   0.00   0.00       0           0              0.00           0.00
                                    0           0 TPARTS
                                    0           0 TLABOR
PARTS:     0.00  LABOR:      0.00  OTHER:       0.00  TOTAL LINE E:           0.00
F Check Tire Pressure
    TPE Check Tire Pressure
        3183 FARHAD,SARGON LIC#: SARGON F
              W   0.00   0.00       0           0              0.00           0.00
                                    0           0 TPARTS
                                    0           0 TLABOR
PARTS:     0.00  LABOR:      0.00  OTHER:       0.00  TOTAL LINE F:           0.00
```

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | * HAZARDOUS WASTE DISPOSAL COSTS: We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ | | | ☐ In Person Approval ☐ Telephone _____ ☐ Text _____ ☐ Email/Fax (See Attached) | | LABOR AMOUNT | |
| Revised Estimate $ | $ | | | ☐ In Person Approval ☐ Telephone _____ ☐ Text _____ ☐ Email/Fax (See Attached) | | PARTS AMOUNT | |
| | | | | | | GAS, OIL, LUBE | |
| ☐ Tire pressure check/inflation service was performed. RF_____psi LF_____psi RR_____psi LR_____psi ☐ Customer declined tire pressure check/inflation service. Initials _____ | | | | | | SUBLET AMOUNT | |
| | | | | | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. ☐ Some Parts Not Returnable | WASTE DISPOSAL COSTS * | |
| | | | | | | TOTAL CHARGES | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | | LESS INSURANCE | |
| | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | | PLEASE PAY THIS AMOUNT | |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/19) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY/AS IS" - CALIFORNIA - 968603?

ACCOUNTING COPY

San Leandro CDJR (Carter) 009

```
CUSTOMER #: 299400                        921545
                                                            SAN LEANDRO
                                     *ACCOUNTING*          CHRYSLER DODGE JEEP RAM
STEFANI CARTER                                              1444 MARINA BLVD.
18586 STANTON AVE                                           SAN LEANDRO, CA 94577
CASTRO VALLEY, CA 945462710          PAGE 3                      (510) 877-4300
HOME:916-425-0236 CONT:916-425-0236 ** PRE-INVOICE ** BAR: ARD277546       EPA: CAL000398970
BUS:              CELL:             SERVICE ADVISOR: 3161 ALEXANDER GREGORY
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP WRANGLER UNLIMI | 1C4JJXP60MW772151 |  | 6200/6200 | RR3875 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05JAN23 DD |  |  | 16:00 24FEB23 |  | 319.00 | CASH | 24FEB23 |

| R.O. OPENED | READY | OPTIONS: | DLR:26920 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|---|
| 07:12 22FEB23 | 15:19 24FEB23 |  |  |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                         LIST           NET          TOTAL
*************************************************************************
ESTIMATE: 668.00                        22FEB23 07:12  SA: 3161
   CONTACT:
*************************************************************************

   Sirius XM Radio Free Trial       I ACKNOWLEDGE NOTICE AND GAVE ORAL APPROVAL
   activated. Sirius XM Wifi Free   OF AN INCREASE IN THE ORIGINAL ESTIMATE. I
   Trial activated.                 ALSO ACKNOWLEDGE THAT ANY PART NUMBER THAT
                                    BEGINS WITH THE LETTER "R" IS REFURBISHED,
                                    REBUILT, OR REMANUFACTURED.
                                    X_____
                                    THANK YOU FOR YOUR BUSINESS...

     DATE      START    FINISH    DURATION    TYPE    TECH    LINE(S)    CHG
  02-23-23    09:59    10:17       0.30       W      3183       A
              10:17    10:31       0.24       W      3183       B
              10:31    12:33       2.03       W      3183       C
              12:33    12:33       0.00       W      3183       D
              12:33    12:33       0.00       W      3183       E
              12:33    12:33       0.00       W      3183       F

  ACCOUNT    SALE      COST       CONTROL     ACCOUNT    SALE      COST       CONTROL
  55200     74839     14300                   57200     53602     30600
  55700      5000      5000                   11600    133441     ******
```

```
     COST, SALE, & COMP TOTALS       49900    133441        0
```

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | WASTE DISPOSAL COSTS * | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

Original Estimate (Parts & Labor) $
Total Additional Cost Authorized $
Approved By:
Date & Time
Authorization Obtained By:
☐ In Person Approval
☐ Telephone ____
☐ Text
☐ Email/Fax (See Attached)

Revised Estimate $ $
☐ In Person Approval
☐ Telephone ____
☐ Text
☐ Email/Fax (See Attached)

☐ Tire pressure check/inflation service was performed.
   RF____psi LF____psi RR____psi LR____psi
☐ Customer declined tire pressure check/inflation service.   Initials ____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

* **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/19) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY/AS IS" - CALIFORNIA

ACCOUNTING COPY

San Leandro CDJR (Carter) 010

```
CUSTOMER #: 299400                          930265
                                                                SAN LEANDRO
                                    *ACCOUNTING*              CHRYSLER DODGE JEEP RAM
STEFANI CARTER                                                 1444 MARINA BLVD.
18586 STANTON AVE                                              SAN LEANDRO, CA 94577
CASTRO, CA 945462710                          PAGE 1              (510) 877-4300
HOME:916-425-0236 CONT:916-425-0236 ** PRE-INVOICE ** BAR: ARD277546      EPA: CAL000398970
BUS:             CELL:              SERVICE ADVISOR: 3278 CHRISTOPHER NEALE
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP WRANGLER UNLIMI | 1C4JJXP60MW772151 |  | 8784/8784 | TO5346 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05JAN23 DD |  |  | 16:00 15NOV23 |  | 319.00 | CASH | 14NOV23 |

| R.O. OPENED | READY | OPTIONS: DLR:26920 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|
| 15:18 10NOV23 | 09:27 14NOV23 |  |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                    LIST        NET        TOTAL
A Check Tire Pressure
     TPE Check Tire Pressure
          3183 FARHAD,SARGON LIC#: SARGON F
                    C   0.00   0.00    0       0                   0.00       0.00
PARTS:       0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE A:           0.00
B *General Concern #1 [Customer States WAS JUST DRIVING AND THE CHECK
     ENGINE LIGHT POPPED ON AND DOES NOT KNOW WHY CHECK AND ADVISE]
     40 *General Concern #1
          3183 FARHAD,SARGON LIC#: SARGON F
                    C   0.77   1.00   8500   31900                319.00     319.00
PARTS:       0.00  LABOR:   319.00  OTHER:     0.00   TOTAL LINE B:         319.00
 8784 CONNECT TO THE SCAN TOOLS THERE IS CODE P04EE EVAPORATIVE
 LARGE LEAK INSPECT THE GAS CAP AND NOTICE IS EVEN ON RE INSTALL THE GAS
 CAP AND RUN THE TEST PASS OK
C Multi-point inspection (according to maintenance interval)
     23P Multi-point inspection (according to
         maintenance interval)
          3183 FARHAD,SARGON LIC#: SARGON F
                    C   0.02   0.00    0       0                   0.00       0.00
PARTS:       0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE C:           0.00
D True Video
     TV Tru Video
          3183 FARHAD,SARGON LIC#: SARGON F
                   ISP  0.00   0.20   1700     0                   0.00       0.00
PARTS:       0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE D:           0.00

****************************************************************
ESTIMATE: 319.00              10NOV23 15:18  SA: 3278
****************************************************************
```

| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By: | Date & Time | Authorization Obtained By: | * **HAZARDOUS WASTE DISPOSAL COSTS:** We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law. | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|
| $ | $ |  |  | ☐ In Person Approval<br>☐ Telephone _____<br>☐ Text<br>☐ Email/Fax (See Attached) |  | LABOR AMOUNT |  |
| Revised Estimate<br>$ | $ |  |  | ☐ In Person Approval<br>☐ Telephone _____<br>☐ Text<br>☐ Email/Fax (See Attached) |  | PARTS AMOUNT |  |
|  |  |  |  |  |  | DEDUCTIBLE/CO-PAY |  |
|  |  |  |  |  |  | SUBLET AMOUNT |  |
| ☐ Tire pressure check/inflation service was performed.<br>  RF____psi LF____psi RR____psi LR____psi<br>☐ Customer declined tire pressure check/inflation service.   Initials ____ | | | | | | WASTE DISPOSAL COSTS* |  |
| | | | | | **ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**<br>☐ Some Parts Not Returnable | TOTAL CHARGES |  |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. | | | | | | LESS INSURANCE |  |
| | | | | | | SALES TAX |  |
| DATE | | CUSTOMER SIGNATURE | | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | | **PLEASE PAY THIS AMOUNT** |  |

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/19) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY/AS IS" - CALIFORNIA - 968023

ACCOUNTING COPY

San Leandro CDJR (Carter) 011

```
CUSTOMER #: 299400                          930265
                                                                    SAN LEANDRO
                                     *ACCOUNTING*              CHRYSLER DODGE JEEP RAM
STEFANI CARTER                                                  1444 MARINA BLVD.
18586 STANTON AVE                                              SAN LEANDRO, CA 94577
CASTRO, CA 945462710                        PAGE 2                  (510) 877-4300
HOME:916-425-0236 CONT:916-425-0236 ** PRE-INVOICE **  BAR: ARD277546       EPA: CAL000398970
BUS:              CELL:              SERVICE ADVISOR: 3278 CHRISTOPHER NEALE
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP WRANGLER UNLIMI | 1C4JJXP60MW772151 |  | 8784/8784 | TO5346 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 05JAN23 DD |  |  | 16:00 15NOV23 |  | 319.00 | CASH | 14NOV23 |

| R.O. OPENED | READY | OPTIONS: | DLR:26920 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|---|
| 15:18 10NOV23 | 09:27 14NOV23 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                       LIST        NET         TOTAL
                                    I ACKNOWLEDGE NOTICE AND GAVE ORAL APPROVAL
                                    OF AN INCREASE IN THE ORIGINAL ESTIMATE. I
                                    ALSO ACKNOWLEDGE THAT ANY PART NUMBER THAT
                                    BEGINS WITH THE LETTER "R" IS REFURBISHED,
                                    REBUILT, OR REMANUFACTURED.
                                    X_____
                                    THANK YOU FOR YOUR BUSINESS...
```

| DATE | START | FINISH | DURATION | TYPE | TECH | LINE(S) | CHG |
|---|---|---|---|---|---|---|---|
| 11-13-23 | 13:56 | 14:42 | 0.77 | W | 3183 | B | |
|  | 14:42 | 14:42 | 0.00 | W | 3183 | A | |
|  | 14:42 | 14:43 | 0.02 | W | 3183 | C | |
|  | 14:43 | 14:43 | 0.00 | W | 3183 | D | |

| ACCOUNT | SALE | COST | CONTROL | ACCOUNT | SALE | COST | CONTROL |
|---|---|---|---|---|---|---|---|
| 55000 | 31900 | 8500 |  | 55400 | 0 | 1700 | |
| 11700 | 31900 | ****** |  | 34601 | 0 | ****** | |

```
     COST, SALE, & COMP TOTALS     10200      31900        0
```

| | TOTALS |
|---|---|
| Original Estimate (Parts & Labor) $ | |
| Total Additional Cost Authorized $ | |
| Approved By: | |
| Date & Time | |
| Authorization Obtained By: ☐ In Person Approval ☐ Telephone _____ ☐ Text _____ ☐ Email/Fax (See Attached) | |
| Revised Estimate $ | |
| ☐ In Person Approval ☐ Telephone _____ ☐ Text _____ ☐ Email/Fax (See Attached) | |

*HAZARDOUS WASTE DISPOSAL COSTS:* We have added this charge to cover costs associated with the handling, management and disposal of toxic wastes or hazardous substances under California and Federal Law.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**
☐ Some Parts Not Returnable

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 319.00 |
| PARTS AMOUNT | 0.00 |
| DEDUCTIBLE/CO-PAY | 0.00 |
| SUBLET AMOUNT | 0.00 |
| WASTE DISPOSAL COSTS* | 0.00 |
| TOTAL CHARGES | 319.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 319.00 |

☐ Tire pressure check/inflation service was performed.
   RF_____psi LF_____psi RR_____psi LR_____psi
☐ Customer declined tire pressure check/inflation service.   Initials_____

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you.

DATE        CUSTOMER SIGNATURE        AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

DealerCAP  2014 CDK Global, LLC  (01/19) SERVICE INVOICE TYPE 2 - SI2C - "LIMITED WARRANTY/AS IS" - CALIFORNIA - 969803?

ACCOUNTING COPY

San Leandro CDJR (Carter) 012