# Exhibit BB

# BILL LUKE

 CHRYSLER   Jeep   DODGE   RAM

*Family Owned and Operated Since 1927*

**2425 W. Camelback Road ‖ Phoenix, AZ 85015**

**(602) 336-1530**
**www.billluke.com**

CELL: 480-540-8330

| CUSTOMER NO. | 433551 | ADVISOR PATRICK TANK | 331882 | TAG NO. G088 | INVOICE DATE 07/09/21 | INVOICE NO. CHCS214413 |
|---|---|---|---|---|---|---|

| | LABOR RATE | LICENSE NO. | MILEAGE 2,612 | COLOR BRT WHT CC/ | STOCK NO. CN54203 |
|---|---|---|---|---|---|

GARY B FRISCH
8868 E CALLE DE LAS BRISAS
SCOTTSDALE, AZ 85255

| YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/4DR 4WD | DELIVERY DATE 05/18/21 | DELIVERY MILES 15 |
|---|---|---|

| VEHICLE I.D. NO. 1 C 4 J J X P 61 M W 7 2 0 0 9 1 | SELLING DEALER NO. 8625 | PRODUCTION DATE |
|---|---|---|

GFRISCH@COX.NET

| F.T.E. NO. | P.O. NO. | R.O. DATE 07/09/21 | |
|---|---|---|---|

| RESIDENCE PHONE 480-540-8330 | BUSINESS PHONE 623-975-7586 | COMMENTS | MO: 2612 |
|---|---|---|---|

```
JOB#  1 CHARGES------------------------------------------------

LABOR------------------------------------------------------------
J# 1 23CHZZDIAG    DIAGNOSTIC              TECH(S):328         WARRANTY
         Passenger front seat cover sop in (Body SystemsTrim Concern
         Non-Electrical)
         FAILED COMPONENT IS SEAT BOTTOM COVER WRINKLED ..
         INSTALLED NEW PASS SEAT BOTTOM COVER CUSHION . I VERIFY
         REPAIR CVHARLES B .

PARTS------QTY---FP-NUMBER------------DESCRIPTION---------------UNIT PRICE-
         1    6PW87TX7-AF        COVER FRO 231080                   WARRANTY
                                               TOTAL - PARTS       0.00

SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION----------------------
         751100        07/09/21 rental                             WARRANTY
                                               TOTAL - SUBLET      0.00

JOB#  1 TOTALS--------------------------------------------------
                            JOB#  1 JOURNAL PREFIX CHCS  JOB#  1 TOTAL      0.00

ESTIMATE-----------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
         ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS-----------------------------------------------------
TAG NUMBER IS 088

TOTALS------------------------------------------------------
```

Please check your invoice for your correct name, address and telephone information. If a correction is required please inform our cashier. We will update your information.

If you need alternate transportation, Bill Luke offers:

* Complimentary Valleywide Shuttle Service available
  Monday thru Friday from 7:30am to 5:00pm.

* Enterprise Rental Car Agency on site
  Monday thru Friday from 7:00am to 6:00pm

* After hours vehicle drop off/pickup available upon request

Explanation of repairs were provided to customer ..........

| | | |
|---|---|---|
| TOTAL LABOR... | 0.00 |
| TOTAL PARTS... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

_____
CUSTOMER SIGNATURE

**The Only Recognized Five Star Dealership For Over Two Decades**

**BBB**

**SERVICE DEPT HOURS**

**(602) 336-1530**

**Monday Thru Friday 7:00 A.M. to 6:00 P.M.**

**All Parts Are New Unless Specified Otherwise**

The Reynolds and Reynolds Company  ERA/INTWE
8E878832 Q (10/14)
BLCJD 000016

**Bill Luke (Frisch) 064**