# Exhibit CC



TEXAS
SOUTH POINT

# SOUTH POINT

Jeep

5210 I-35 SOUTH • AUSTIN, TEXAS 78745 • (512) 443-9333
www.southpointauto.com

0801IDOCS912345

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 210304 | BLAKE JONES | 3633 | 2661 | 02/01/25 | DOCS912345 |

DANIEL LEE KONGOS
3108 EVANSTON LANE
AUSTIN, TX 78745

danny@kongos.com

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 31,776 | Black Clear | NW205416 |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 22/JEEP/WRANGLER/UNLIMITED SAHARA 4X | 04/13/22 | 9 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 C 4 J J X P 6 1 N W 2 0 5 4 1 6 | | |

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 01/31/25 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 480-208-4246 | 480-208-4246 | MO: 31785 |

```
LABOR & PARTS
J# 1 90DOZMPI      27 POINT INSPECTION        TECH(S):3309        INTERNAL
        (Multi-point inspection according to maintenance interval)
        INSPECTION
        COMPLETED INSPECTION AND CUSTOMER PROVIDED WITH COPY OF
        MULTI-POINT INSPECTION FORM

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
                                             JOB #  1 TOTAL PARTS          0.00

                                       JOB #  1 TOTAL LABOR & PARTS        0.00

J# 2 40DOZ01       RECALL                     TECH(S):3309        WARRANTY
        Recall Customer Satisfaction Notification 1 95B - 2020-2024
        JL 2022-2024 WL PHEV High Voltage Batt (Recall Customer Sati
        sfaction Notification 1)
        BPCM-05193168AM to targeted part number 05193168AP.
        TCM-68563824AE to targeted part number 68563824AF.
        Reprogram Battery Pack and complete drive cycle.
        18-95-B1-82 0.7
        Update TCM Software. 18-95-B1-54 0.2

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
                                             JOB #  2 TOTAL PARTS          0.00

                                       JOB #  2 TOTAL LABOR & PARTS        0.00

J# 3 18DOZ01       *CHECK ENGINE LIGHT        TECH(S):3309        WARRANTY
        Customer states check engine light is active (IndicatorWarni
        ng Lights - MIL)
        POE15-00 - Hybrid/EV Battery Pack Coolant Heater "A" Control
        Performance ACTIVE
        POE80-00 - Coolant Bypass Valve "B" Control Stuck Closed
        REPLACED HV COOLANT HEATER TO CORRECT 07130104 FC58 1.3HRS
        Coolant, Engine Drain and fill 07FF0150 0.1HRS
        Supercharger/Turbo charger/ Drain and fill 07FF0250 0.3hrs
        Power down 12 volt system 08000101 0.3hrs
        performed loss of isolation test 2.1MOHMS AND 2.2MOHMS
        TAPPED NEW HEATER FOR MOUNTING BRACKET AND BLEED COOLANT TO
        Remove air from coolant loop 85410000 0.7hrs

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
JOB # 3     1     68443445-AC     MODULE BA 24024055               WARRANTY
JOB # 3     1     68163848-AB     ANTIFREEZ 01081004               WARRANTY
                                             JOB #  3 TOTAL PARTS          0.00

                                       JOB #  3 TOTAL LABOR & PARTS        0.00

J# 4 99DOZ02       D-I-D INSPECTION           TECH(S):3309        WARRANTY
        PERFORM DID-I INSPECTION DEALER ISSUE DETECTION
        DID INSPECTION AS INDICATED ON THE VIP OR SERVICE LIBRARY
        INQUIREY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------------------UNIT PRICE-
```

**REPAIR ORDER ARBITRATION CLAUSE**

In consideration of your agreeing to repair or attempt to repair the vehicle described in this authorization, the undersigned agrees that all claims, controversies and disputes regarding repair, attempted repair or failure to properly repair the vehicle described herein will be conclusively resolved by arbitration to be conducted by the American Arbitration Association and pursuant to the Federal Arbitration Act. Any arbitration will be conducted by one arbitrator chosen pursuant to the procedures of the American Arbitration Association. The undersigned waives all claims or right to seek exemplary or punitive damages. The undersigned waives all rights to file a class action lawsuit or class arbitration or to participate in either as a claimant. The arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction. If any portion of this arbitration paragraph is unenforceable, it is severed and the remaining provisions shall be enforced. Not withstanding the foregoing, arbitration shall not apply in the event of enforcement of mechanic's liens or a sequestration to recover possession of a vehicle or a proceeding to collect on a check that is returned or not paid.

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

**AUTHORIZATION TO CONTACT**

I hereby consent to receive voice and electronic communications from or on behalf of South Point Chrysler Dodge Jeep Ram at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

**NOTICE PURSUANT TO TEXAS PROPERTY CODE, §70.001**

I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE, §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

X______________________________
SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

The Reynolds and Reynolds Company ERAINTINVE CC725277 Q (05/22)

 SERVICE FILE COPY [CONTINUED ON NEXT PAGE] 02:13pm

SF657031 Q (08/22)

# SOUTH POINT

CHRYSLER DODGE Jeep RAM

5210 I-35 SOUTH • AUSTIN, TEXAS 78745 • (512) 443-9333
www.southpointauto.com

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 210304 | BLAKE JONES 3633 | 2661 | 02/03/25 | DOWS912345 |

DANIEL LEE KONGOS
3108 EVANSTON LANE
AUSTIN, TX 78745

danny@kongos.com

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 31,776 | Black Clear | NW205416 |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 22/JEEP/WRANGLER/UNLIMITED SAHARA 4X | 04/13/22 | 9 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 C 4 J J X P 6 1 N W 2 0 5 4 1 6 | | |

| F. T. E. NO. | P. O. NO. | R. O. DATE |
|---|---|---|
| | | 01/31/25 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 480-208-4246 | 480-208-4246 | MO: 31785 |

```
LABOR & PARTS----------------------------------------------------------------------
J# 2 40DOZ01        RECALL              HOURS:   0.90 TECH(S):3309              198.85
           TECH#    DATE      START   FINISH    ACT    TIME    DESCRIPTION
            3309  01/31/25   14.40    15.80   1.40   0.00    HOLD OTHER
            3309  01/31/25    0.00     0.00   0.00   0.90    ENTERED IN INVOICING
            3309  02/01/25   12.20    12.20   0.00   0.00    FINISHED
                            TOTAL TECH TIME   1.40   0.90

             Recall Customer Satisfaction Notification 1 95B - 2020-2024
             JL 2022-2024 WL PHEV High Voltage Batt (Recall Customer Sati
             sfaction Notification 1)
             BPCM-05193168AM to targeted part number 05193168AP.
             TCM-68563824AE to targeted part number 68563824AF.
             Reprogram Battery Pack and complete drive cycle.
             18-95-B1-82 0.7
             Update TCM Software. 18-95-B1-54 0.2
                                                 JOB #  2 TOTAL LABOR & PARTS     198.85
-----------------------------------------------------------------------------------------
J# 3 18DOZ01        *CHECK ENGINE LIGHT  HOURS:   2.70 TECH(S):3309             596.54
           TECH#    DATE      START   FINISH    ACT    TIME    DESCRIPTION
            3309  01/31/25   11.80    13.70   1.90   0.00    HOLD OTHER
            3309  01/31/25   13.70    14.40   0.70   0.00    HOLD OTHER
            3309  01/31/25    0.00     0.00   0.00   0.00    ENTERED IN INVOICING
            3309  02/01/25   12.20    12.20   0.00   0.00    OVERRIDE IN INVOICING
            3309  02/01/25    0.00     0.00   0.00   2.70    ENTERED IN INVOICING
                            TOTAL TECH TIME   2.60   2.70

             Customer states check engine light is active (IndicatorWarni
             ng Lights - MIL)
             P0E15-00 - Hybrid/EV Battery Pack Coolant Heater "A" Control
             Performance ACTIVE
             P0E80-00 - Coolant Bypass Valve "B" Control Stuck Closed
             REPLACED HV COOLANT HEATER TO CORRECT 07130104 FC58 1.3HRS
             Coolant, Engine Drain and fill 07FF0150 0.1HRS
             Supercharger/Turbo charger/ Drain and fill 07FF0250 0.3hrs
             Power down 12 volt system 08000101 0.3hrs
             performed loss of isolation test 2.1MOHMS AND 2.2MOHMS
             TAPPED NEW HEATER FOR MOUNTING BRACKET AND BLEED COOLANT TO
             Remove air from coolant loop 85410000 0.7hrs
PARTS-----QTY--FP-NUMBER---------------DESCRIPTION---------U/COST---E/COST----U/PRICE
JOB # 3      1    68443445-AC          MODULE BA 24024055    306.00    306.00    564.99     564.99
JOB # 3      1    68163848-AB          ANTIFREEZ 01081004     17.10     17.10     31.99      31.99
                                            JOB # 3  COST TOTAL     323.10
                                                        JOB #  3 TOTAL PARTS       596.98

                                                 JOB #  3 TOTAL LABOR & PARTS     1193.52
-----------------------------------------------------------------------------------------
COMMENTS-------------------------------------------------------------------------
DROP BDC KB - TAG NUMBER IS 2

                                                          R/O TAX                 0.00
                                                          R/O TOTALS           1392.37
```

**REPAIR ORDER ARBITRATION CLAUSE**

In consideration of your agreeing to repair or attempt to repair the vehicle described in this authorization, the undersigned agrees that all claims, controversies and disputes regarding repair, attempted repair or failure to properly repair the vehicle described herein will be conclusively resolved by arbitration to be conducted by the American Arbitration Association and pursuant to the Federal Arbitration Act. Any arbitration will be conducted by one arbitrator chosen pursuant to the procedures of the American Arbitration Association. The undersigned waives all claims or right to seek exemplary or punitive damages. The undersigned waives all rights to file a class action lawsuit or class arbitration or to participate in either as a claimant. The arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction. If any portion of this arbitration paragraph is unenforceable, it is severed and the remaining provisions shall be enforced. Not withstanding the foregoing, arbitration shall not apply in the event of enforcement of mechanic's liens or a sequestration to recover possession of a vehicle or a proceeding to collect on a check that is returned or not paid.

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

**AUTHORIZATION TO CONTACT**

I hereby consent to receive voice and electronic communications from or on behalf of South Point Chrysler Dodge Jeep Ram at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

**NOTICE PURSUANT TO TEXAS PROPERTY CODE, §70.001**

I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE, §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

X______________________________
SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

 WARRANTY COPY-W [CONTINUED ON NEXT PAGE] 09:41am

The Reynolds and Reynolds Company ERAINTINVE
SF719801 Q (06/22)



TEXAS
SOUTH-POINT

SOUTH-POINT
CHRYSLER DODGE Jeep RAM

5210 I-35 SOUTH • AUSTIN, TEXAS 78745 • (512) 443-9333
www.southpointauto.com

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 210304 | BLAKE JONES 3633 | 2661 | 02/03/25 | DOWS912345 |

DANIEL LEE KONGOS
3108 EVANSTON LANE
AUSTIN, TX 78745

danny@kongos.com

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 31,776 | Black Clear | NW205416 |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 22/JEEP/WRANGLER/UNLIMITED SAHARA 4X | 04/13/22 | 9 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1 C 4 J J X P 6 1 N W 2 0 5 4 1 6 | | |

| F. T. E. NO. | P. O. NO. | R. O. DATE |
|---|---|---|
| | | 01/31/25 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 480-208-4246 | 480-208-4246 | MO: 31785 |

WARRANTY CLAIM DETAIL TOTALS-----------------------------------------------------------------------

| CLAIM#......... | TOTAL.... |
|---|---|
| 012345 | 198.85 |
| 912345 | 1192.72 |
| --------------- | --------- |
| CLAIM TOTALS | 1391.57 |

------------------------------
APPROVED BY SIGNATURE

**REPAIR ORDER ARBITRATION CLAUSE**

In consideration of your agreeing to repair or attempt to repair the vehicle described in this authorization, the undersigned agrees that all claims, controversies and disputes regarding repair, attempted repair or failure to properly repair the vehicle described herein will be conclusively resolved by arbitration to be conducted by the American Arbitration Association and pursuant to the Federal Arbitration Act. Any arbitration will be conducted by one arbitrator chosen pursuant to the procedures of the American Arbitration Association. The undersigned waives all claims or right to seek exemplary or punitive damages. The undersigned waives all rights to file a class action lawsuit or class arbitration or to participate in either as a claimant. The arbitrator's decision shall be final, binding and conclusive on the parties and may be entered in any court of competent jurisdiction. If any portion of this arbitration paragraph is unenforceable, it is severed and the remaining provisions shall be enforced. Not withstanding the foregoing, arbitration shall not apply in the event of enforcement of mechanic's liens or a sequestration to recover possession of a vehicle or a proceeding to collect on a check that is returned or not paid.

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

**AUTHORIZATION FOR REPAIRS**

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

**AUTHORIZATION TO CONTACT**

I hereby consent to receive voice and electronic communications from or on behalf of South Point Chrysler Dodge Jeep Ram at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

**NOTICE PURSUANT TO TEXAS PROPERTY CODE, §70.001**

I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE, §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

X____________________________
SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

PAGE 2 OF 2 WARRANTY COPY-W [ END OF INVOICE ] 09:41am