# Exhibit DD



CHUCK PATTERSON

200 East Avenue - Chico, CA 95926
(530) 895-1771 Fax: (530) 230-3372
www.chuckpatterson.net

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday
7:30 a.m. to 5:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 11/22/23 | 6181490/1 |
| **R/O Close Date** | **Status** |
| 11/22/23 | Final |
| **Mileage In** | **Mileage Out** |
| 14576 | 14577 |
| **Service Advisor / Tag #** | |
| Remi Robles/440*W* | |

BAR# ARD-112193 EPA# 028007706 SMOG# RC0012193

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | Vehicle Identification Number |
|---|---|
| 530-000-0530 | 1C4JJXR6XMW789715 |
| **Home Phone** | **Delivery Date** / **In-Service Date** |
| 530-680-5509 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | GRANITE CR | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: no@no.com | |
| #1 - 00CEL: CHECK ENGINE LIGHT<br>Customer states check engine light is on customer pulled code P0E15 check and advise.<br>Caused by<br>checked verified customers concern of active fault P0E15 HV BATTERY PACK COOLANT HEATER PERFORMANCE<br>checked with scanner and coolant heater shows a permanent locked state and requires replacement<br>PARTS ORDERED<br>Tech: RYAN P. (03 )<br>Unrealized 68400740AE :HEATER: BATTERY COOLANT<br>Customer will not be able to use the heater if in EV mode. If vehicle is ran is gas mode heater will work | Internal<br>Internal |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

# LIMITED WARRANTY FOR TOYOTA PARTS OR ACCESSORIES

## What is Covered:

- TOYOTA warrants that it will [illegible] part or accessory that is defective in material or workmanship [illegible] new or remanufactured parts [illegible] Toyota [illegible] those parts or accessories [illegible] regardless of mileage, from the date of purchase or installation [illegible] applicable new vehicle warranty [illegible]

COVERAGE OTHER THAN 12 MONTHS REGARDLESS OF MILEAGE

## 12 Volt Battery Limited Warranty:

- [illegible] batteries are warranted for free exchange from the date of purchase for [illegible] months, regardless of mileage, or the remainder of the New Vehicle Limited Warranty, whichever provides greater coverage [illegible] months. Proration is for the battery only [illegible] MSRP [illegible] taxes, labor for installation and towing.
- True-2 batteries are warranted [illegible] from the date of purchase for [illegible] months, regardless of mileage, and on a prorated basis thereafter for up to 60 months. Free exchange excludes labor for installation and towing. Proration is for the battery only (based on MSRP) and excludes applicable taxes [illegible]

## Tire Limited Warranty:

- Tires are warranted independently [illegible] for details.

## [illegible] Limited Warranty

[illegible]

## For More Information

[illegible]

MOPAR BASIC LIMITED WARRANTY [illegible] PARTS AND ACCESSORIES

[illegible]

THIS IS THE ONLY EXPRESS WARRANTY APPLICABLE [illegible] AUTHORIZES ANYONE TO ASSUME FOR IT ANY OTHER OBLIGATION OR LIABILITY [illegible] PARTS AND ACCESSORIES.

WARRANTY INFORMATION ABOVE [illegible] OF THE MANUFACTURER'S PARTS AND ACCESSORIES [illegible] WARRANTY. PLEASE SEE PARTS OR SERVICE MANAGER FOR FULL TEXT COPY OF LIMITED WARRANTY TO DETERMINE ANY WARRANTY THAT MAY APPLY [illegible]

[illegible]

TO OUR SERVICE CUSTOMERS:

[illegible]

FOR INFORMATION REGARDING [illegible] PRIVACY [illegible] BEEN MADE AVAILABLE TO YOU [illegible] PRIVACY POLICY [illegible]

ADDITIONAL TERMS & CONDITIONS

[illegible]

WARNING: [illegible]

STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT IS FOLLOWS:

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. [illegible] defect has been fixed. The warranty period will also be extended if the warranty repairs [illegible] control of the buyer or if the warranty repairs did not remedy the defect [illegible] they were completed. If, after a reasonable number of attempts, [illegible] In either case, [illegible]

[illegible]



CHUCK
PATTERSON
200 East Avenue - Chico, CA 95926
(530) 895-1771 Fax: (530) 230-3372
www.chuckpatterson.net

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday
7:30 a.m. to 5:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 11/22/23 | 6181490/1 |
| R/O Close Date | Status |
| 11/22/23 | Pre-Invoice |
| Mileage In | Mileage Out |
| 14576 | 14577 |
| Service Advisor / Tag # | |
| Remi Robles/440 | |

BAR# ARD-112193 EPA# 028007706 SMOG# RC0012193

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | Vehicle Identification Number | |
|---|---|---|
| 530-000-0530 | 1C4JJXR6XMW789715 | |
| Home Phone | Delivery Date | In-Service Date |
| 530-680-5509 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | GRANITE CR | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: no@no.com<br><br>#1 - 00CEL: CHECK ENGINE LIGHT<br>Customer states check engine light is on customer pulled code P0E15 check and advise.<br>Caused by<br>checked verified customers concern of active fault P0E15 HV BATTERY PACK COOLANT HEATER PERFORMANCE<br>checked with scanner and coolant heater shows a permanent locked state and requires replacement<br>PARTS ORDERED<br>Tech: RYAN P. (03 ) | Internal |
| Unrealized 68400740AE :HEATER: BATTERY COOLANT<br>Customer will not be able to use the heater if in EV mode. If vehicle is ran is gas mode heater will work | Internal |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

KREB, BRIAN
200 EAST AVE 6 Sherwood water court
CHICO, CA 95928

(3)

| Home Phone | R/O Open Date | R/O Number |
|---|---|---|
| 530-680-5509 | 11/22/23 | 6181490 |
| **Work Phone** | **Time Received** | **Time Promised** |
| 530-000-0530 | 9:15 | 11/22 15:45 |
| **Key Tag #** | **Current Mileage** | **Mileage Out** |
| 440 | 14576 | |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | | Remi Robles |

| Vehicle Identification Number | Color | License Number | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1C4JJXR6XMW789715 | GRANITE CR | | | |

Email: no@no.com

#1 - 00CEL: CHECK ENGINE LIGHT
Customer states check engine light is on customer pulled code P0E15 check and advise.

44 1pm update

C
C
C

Estimate: 1.00 200.00

Original Estimate: 200.00

Additional Cost:$ ________ Revised Estimate:$ ________
Revision Details: ________
Authorized by: ________
Phone No.: ________ Date: ________ Time: ________

☐ By FAX
☐ By E-MAIL
☐ In Person
☐ By Phone

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE

________
Customer's Signature Of Authorization

Date: ________ Time: ________

Additional Cost:$ ________ Revised Estimate:$ ________
Revision Details: ________
Authorized by: ________
Phone No.: ________ Date: ________ Time: ________

☐ By FAX
☐ By E-MAIL
☐ In Person
☐ By Phone

"By law, you may choose another licensed Smog Check facility to perform any needed repairs or adjustments that the Smog Check test indicates are necessary."

All parts installed are new unless specified otherwise. The following part numbers denote rebuilt or reconditioned parts: TY parts ending in "84," MC or Z parts ending in "R," RH parts beginning with "R."

☐ SAVE PARTS

"I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or

200.00

# CHUCK PATTERSON

## Service Needs - Estimated Investment

Repair Order Number: ______________ Advisor: ______________

Customer Name: ______________ Mileage: ______________

| Needs Related to Original Concern | Total |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Related Repairs Total | |

| RO OR<br>PO NO | EMPL NO | MECH PAY $ | FLAT RATE TIME | W - TIME | REPAIR ORDER | OFF / ON |
|---|---|---|---|---|---|---|
| 6180 1490 | 03 | | 0 | W | [illegible] 22 / [illegible] 22 | PM 1[illegible].5 8 / PM 12.9 |

BATT. PACK COOLANT HEATER

| Immediate Needs | Total |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Immediate Needs Total | |
| Related and Immediate Needs Total | |

| Maintenance Needs | Total |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Maintenance Needs Total | |

| | Labor | Parts | Total |
|---|---|---|---|
| Total Investment | | | |

Approved By: ______________

Date/Time: ______________

American Solutions for Business (916) 580-8672 - id108901 (06/18)



CHUCK PATTERSON
200 East Avenue - Chico, CA 95926
(530) 895-1771 Fax: (530) 230-3372
www.chuckpatterson.net

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday
7:30 a.m. to 5:00 p.m. Saturday

BAR# ARD-112193 EPA# 028007706 SMOG# RC0012193

| R/O Open Date | R/O Number |
|---|---|
| 12/21/23 | 6183174/1 |
| R/O Close Date | Status |
| 12/29/23 | Pre-Invoice |
| Mileage In | Mileage Out |
| 14774 | 14780 |
| Service Advisor / Tag # | |
| Remi Robles/678 | |

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | Vehicle Identification Number | |
|---|---|---|
| 530-000-0530 | 1C4JJXR6XMW789715 | |
| Home Phone | Delivery Date | In-Service Date |
| 530-680-5509 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | GRANITE CR | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: briankreb@yahoo.com | |
| #2 - W0100: WIADVISOR - RECALL #1<br>RECALL / CUSTOMER SATISFACTION NOTIFICATION 1<br>[SAFETY RECALL B9A - HIGH VOLTAGE BATTERY ** ]<br>Caused by<br>recall B9A no parts or remedy yet<br>Tech: RYAN P. (03 ) | Internal |
| #3 - Customer Reports:<br>Customer states replace special ordered coolant heater per previous inspection of check engine light being on due to code P0e15<br>Caused by<br>after recall was performed fault P0E15 battery pack coolant heater "A" control performance ordered a battery pack heater replaced and did not repair vehicle ordered electric coolant<br>Corrected by<br>Tech: RYAN P. (03 ) | Warranty |
| Corrected by<br>Tech: RYAN P. (03 ) | Warranty |
| Installed 68400740AE :HEATER: BATTERY COOLANT Qty: 1 | Warranty |
| Installed 68443445AC :HEATER: ELECTRIC COOLANT Qty: 1 | Warranty |
| after battery pack heater did not repair vehicle i replaced electric coolant heater fault code has | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X [signature]

# LIMITED WARRANTY FOR TOYOTA PARTS OR ACCESSORIES

## What is Covered:

- TOYOTA[*] warrants that it will either provide a replacement part or repair any TOYOTA part or accessory that is defective in material or workmanship. This warranty applies to new or remanufactured parts which are genuine or authorized TOYOTA parts. Except for those parts or accessories listed below, this warranty is good for 12 months, regardless of mileage, from the date of purchase or installation on a vehicle, of the remainder of any applicable new vehicle warranty, whichever provides greater coverage.

COVERAGE OTHER THAN 12 MONTHS REGARDLESS OF MILEAGE:

## 12 Volt Battery Limited Warranty:

- TrueStart™ batteries are warranted as free exchange from the date of purchase for 24 months, regardless of mileage, or the remainder of the New Vehicle Limited Warranty, whichever provides greater coverage, and on a prorated basis thereafter for up to 84 months. Proration is for the battery only (based on MSRP) and excludes applicable taxes, labor for installation and towing.
- True-2™ batteries are warranted as free exchange from the date of purchase for 18 months, regardless of mileage, and on a prorated basis thereafter for up to 60 months. Free exchange excludes labor for installation and towing. Proration is for the battery only (based on MSRP) and excludes applicable taxes, labor for installation and towing.

## Tire Limited Warranty:

- Tires are warranted independently by the tire manufacturer. See manufacturer's statement for details.

## Hybrid System High Voltage Battery Limited Warranty:

- Hybrid system high-voltage (HV) batteries installed by an authorized Toyota Dealer (excluding commercial, fleet or livery vehicles) are warranted for 36 months, regardless of mileage, from the date the part(s) was installed on the vehicle or the remainder of the New Vehicle Limited Warranty whichever provides greater coverage.
- HV batteries not installed by an authorized Toyota dealer, and/or installed on commercial, fleet or livery vehicles, will be covered under the 12 month Toyota Service Parts Limited Warranty.

## For More Information:

- For more information, please call your dealership or call TOYOTA toll-free at 1-800-331-4331.

INCIDENTAL OR CONSEQUENTIAL DAMAGES (FOR OTHER THAN PERSONAL INJURY) RESULTING FROM BREACH OF THIS WRITTEN WARRANTY OR ANY IMPLIED WARRANTY (SUCH AS TELEPHONE CALLS, LOSS OF TIME, INCONVENIENCE, OR COMMERCIAL LOSS) ARE NOT COVERED.

ANY IMPLIED WARRANTIES, INCLUDING THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED TO THE APPLICABLE DURATION OF THIS WRITTEN WARRANTY.

SOME STATES DO NOT ALLOW LIMITATION ON HOW LONG AN IMPLIED WARRANTY LASTS OR THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU.

THIS IS THE ONLY EXPRESS WARRANTY AUTHORIZED BY TOYOTA. THE PERFORMANCE OF REPAIRS OR THE REPLACEMENT OF THE PART ARE THE EXCLUSIVE REMEDIES UNDER THIS WARRANTY OR ANY IMPLIED WARRANTY. TOYOTA DOES NOT AUTHORIZE ANY PERSON TO CREATE FOR IT ANY OTHER OBLIGATION OR LIABILITY IN CONNECTION WITH TOYOTA PARTS OR ACCESSORIES.

This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

## MOPAR® BASIC LIMITED WARRANTY REPLACEMENT PARTS AND ACCESSORIES

Except as noted below, Mopar® parts and Magneti Marelli Offered by Mopar parts installed by an authorized FCA US LLC dealership or Studio, including Chrysler, Dodge, Jeep, Ram, Fiat® and Alfa Romeo locations, on or after October 1, 2014, are warranted against defects in workmanship or materials for 24 months/unlimited miles for both parts and labor. Mopar parts sold wholesale to an automotive service facility and installed by a professional technician on or after October 1, 2014, are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts and up to $150.00 in labor. Mopar parts and Magneti Marelli Offered by Mopar parts sold over-the-counter on or after October 1, 2014, for vehicle owner or do-it-yourself installation are warranted against defects in workmanship or materials for 24 months/unlimited miles for parts exchange only.

Mopar parts and Magneti Marelli Offered by Mopar parts replaced on an FCA US LLC vehicle still covered by the FCA US LLC New Vehicle Basic Limited Warranty are warranted for the remainder of the 3-year/36,000-Mile New Vehicle Basic Limited Warranty or for the Mopar 24-Month Basic Limited Warranty from the original installation date, whichever is more favorable to the customer.

THIS IS THE ONLY EXPRESS WARRANTY APPLICABLE TO OUR SERVICE REPLACEMENT PARTS AND ACCESSORIES, AND OUR DEALERSHIP NEITHER ASSUMES NOR AUTHORIZES ANYONE TO ASSUME FOR IT ANY OTHER OBLIGATION OR LIABILITY IN CONNECTION WITH SUCH PARTS AND ACCESSORIES.

WARRANTY INFORMATION ABOVE IS AN EXCERPT OF THE MANUFACTURERS PARTS AND ACCESSORIES LIMITED WARRANTY. PLEASE SEE PARTS OR SERVICE MANAGER FOR FULL TEXT COPY OF LIMITED WARRANTY TO DETERMINE ANY WARRANTY THAT MAY APPLY TO YOUR PART OR VEHICLE.

### AS IS

The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the [illegible] damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages.

### NOTICE TO CUSTOMER REGARDING ENVIRONMENTAL COMPLIANCE CHARGES

We make a separate charge for the storage and disposal of toxic wastes. Rather than recover these costs by increasing our labor rates to all of our service customers, we make this charge only on those particular repairs or services which generate these wastes. These are uniform charges which are calculated annually for each particular service and are available on request.

### TO OUR SERVICE CUSTOMERS:

Our usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are indicated, you will be contacted for your advance approval of a revised estimate.

FOR INFORMATION REGARDING OUR PRIVACY PRACTICES AND YOUR RIGHTS UNDER THE CALIFORNIA CONSUMER PRIVACY ACT, A COPY OF OUR PRIVACY POLICY HAS BEEN MADE AVAILABLE TO YOU. OUR PRIVACY POLICY MAY ALSO BE ACCESSED AT: www.chuckpattersontoyota.com

### ADDITIONAL TERMS & CONDITIONS

1. Our Dealership's usual charges for labor are not based on actual mechanic's time, but are simply our prices for particular jobs.
2. You will be charged no more than the estimated price approved by you. However, if we discover that different or additional repairs are necessary, you will be contacted for your advance approval of a revised estimate.
3. Customer is hereby notified that the vehicle and any of its contents are not insured or protected to the amount of the actual cash value thereof, or otherwise, against loss occasioned by theft, fire or vandalism while the property remains with the Dealership.
4. Customer states no articles of personal property have been left in the vehicle and dealer is not responsible for inspection thereof.
5. The repair of this vehicle and completion date are subject to availability of labor and parts. The Dealership is not responsible for unavailability of parts or delays in parts shipment beyond the Dealership's control.
6. Due to the type of service requested some repairs must be sublet.
7. All labor and materials shall be paid in cash unless Dealer agrees to other payment arrangements in advance. Notice as used under PAYMENT TERMS on the front side hereof will be deemed to have been given upon deposit in the United States mail, postage prepaid, of written notification to that effect addressed to the customer at the address given on the front side hereof.
8. If the vehicle described herein is not called for within three (3) days after such notice is given, a daily storage fee will be charged, $50.00 per day.
9. The Dealership is authorized to deliver the vehicle described herein or any of its contents to any person presenting this receipt.
10. In addition to any and all legal remedies available, I authorize the Dealership to have a lien on the vehicle described herein for all charges and repairs, including labor and parts, storage and/or towing, and to enforce such lien. The Dealership is hereby expressly authorized to sell said vehicle at public auction after giving a twenty (20) day written notice by certified mail to the legal owner, registered owner, and Department of Motor Vehicles of intent to do so. On the sale date, the vehicle shall be sold to the highest cash bidder and the proceeds of sale must be used first to satisfy the lien plus storage costs and costs incident to sale, and the balance shall be forwarded to the legal owner, or if none, to the registered owner, or if the address is unknown, it shall be forwarded to the Department of Motor Vehicles. **Said expenses for sale shall also include a reasonable attorney's fee, which may be necessarily incurred.**
11. If any such charges remain unpaid for thirty (30) days after such request for payment, the Dealership may also refer such charges to its attorneys for collection and the customer will pay a reasonable attorney's fee.
12. The Power of Attorney granted on the front of this Repair Order/Invoice shall be irrevocable and shall remain in effect for so long as there is an outstanding amount due under the Repair Order/Invoice.
13. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available on request.
14. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.
15. Customer acknowledges: if a request for parts return was made before work commenced, that some Parts are Not Returnable due to OEM requirements, some parts must be returned to factory

⚠ WARNING: Operating, servicing and maintaining a passenger vehicle or off-road vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, do not idle the engine except as necessary, service your vehicle in a well-ventilated area and wear gloves or wash your hands frequently when servicing your vehicle. For more information go to www.P65Warnings.ca.gov/passenger-vehicle.

⚠ AVISO: El uso, servicio y mantenimiento de un vehículo de pasajeros o de un todo terreno pueden exponerlo a sustancias químicas, incluyendo los gases del escape del motor, monóxido de carbono, ftalatos y plomo, reconocidos por el Estado de California como causa de cáncer, defectos de nacimiento u otros daños del sistema reproductivo. Para minimizar la exposición, evite respirar los gases del escape, no deje el motor en punto muerto (ralentí) salvo si es necesario, deje servicio al vehículo en un área bien ventilada, y use guantes o lávese las manos con frecuencia al dar servicio al vehículo. Para obtener más información, visite www.P65Warnings.ca.gov/passenger-vehicle.

## STATEMENT CONCERNING AMENDMENTS TO THE SONG-BEVERLY WARRANTY ACT AS FOLLOWS:

A buyer of **this** product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for **the** number of whole days **that the** product has been out of the buyer's hands for warranty repairs. If a **defect** exists within the warranty period, the warranty will not expire until the **defect** has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs **did** not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within **60** days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

BY LAW YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG CHECK TEST INDICATES ARE NECESSARY.

Upon Request, you are entitled to receive a copy of the Towing Fees and Access Notice

American Solutions for Business (915) 380-8372 · id104436-18



CHUCK PATTERSON
200 East Avenue - Chico, CA 95926
(530) 895-1771 Fax: (530) 230-3372
www.chuckpatterson.net

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday
7:30 a.m. to 5:00 p.m. Saturday

BAR# ARD-112193 EPA# 028007706 SMOG# RC0012193

| R/O Open Date | R/O Number |
|---|---|
| 12/21/23 | 6183174/2 |
| R/O Close Date | Status |
| 12/29/23 | Pre-Invoice |
| Mileage In | Mileage Out |
| 14774 | 14780 |
| Service Advisor / Tag # | |
| Remi Robles/678 | |

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | Vehicle Identification Number | |
|---|---|---|
| 530-000-0530 | 1C4JJXR6XMW789715 | |
| Home Phone | Delivery Date | In-Service Date |
| 530-680-5509 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | GRANITE CR | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| not reappeared road test found vehicle in fuel oil refresh mode(FORM) could take from 20 minuets up to 2 hours of drive time (all information is in digital owners manual) to revert to hybrid mode again | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

# WARRANTY REPAIR ORDER

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | R/O Open Date | R/O Number |
|---|---|---|
| 530-000-0530 | 12/21/23 | 6183174/1 |
| **Home Phone** | **R/O Close Date** | **Cross Reference #** |
| 530-680-5509 | | |
| **Body** | **Mileage In** | **Mileage Out** |
| | 14774 | 14780 |

| Year | Make | Model | License Number | Service Advisor | |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | Remi Robles | |
| **Vehicle Identification Number** | | **Color** | | **Delivery Date** | **In-Service Date** |
| 1C4JJXR6XMW789715 | | GRANITE CR | | | |

| DESCRIPTION OF SERVICE AND PARTS | COST | AMOUNT |
|---|---|---|
| Email: briankreb@yahoo.com | | |
| #3 - Customer Reports: Customer states replace special ordered coolant heater per previous inspection of check engine light being on due to code P0e15 | | |
| Cause: after recall was performed fault P0E15 battery pack coolant heater "A" control performance ordered a battery pack heater replaced and did not repair vehicle ordered electric coolant | | |
| Op: 07130104: | | |
| Tech: 03/ 1.50hrs @ 211.88 | 57.00 | 317.82 |
| Op: 07130105: | | |
| Tech: 03/ 1.40hrs @ 211.87 | 53.20 | 296.63 |
| Part: 68400740AE:HEATER: BATTERY COOLANT 1 | 574.00 | 1064.31 |
| Part: 68443445AC:HEATER: ELECTRIC COOLANT 1 | 306.00 | 567.39 |
| after battery pack heater did not repair vehicle i replaced electric coolant heater fault code has not reappeared road test found vehicle in fuel oil refresh mode(FORM) could take from 20 minuets up to 2 hours of drive time (all information is in digital owners manual) to revert to hybrid mode again | | |
| Sub-Total Labor: 110.20 614.45 | | |
| Sub-Total Parts: 880.00 1631.70 | | |
| Sub-Total: 990.20 2246.15 | | |

| Line | | Date | Tech | Start | End | Hours | |
|---|---|---|---|---|---|---|---|
| Line | 3 | 12/22/23 | Tech 03 | Start 12:16 | End 14:59 | Hours | 2.70 |
| Line | 3 | 12/28/23 | Tech 03 | Start 16:06 | End 16:50 | Hours | .70 |

| ACCOUNT # | | | |
|---|---|---|---|
| | LABOR | 110.20 | 614.45 |
| | PARTS | 880.00 | 1631.70 |
| METHOD | SUBLET | | .00 |
| | SHOP SUPPLIES | | .00 |
| | SALES TAX OR TAX I.D. | | .00 |
| RECEIPT # | DEDUCTIBLE | | .00 |
| | TOTAL DUE | 990.20 | 2246.15 |

SIGNATURE X

# REPAIR ORDER - AUDIT COPY

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

| Work Phone | R/O Open Date | R/O Number |
|---|---|---|
| 530-000-0530 | 12/21/23 | 6183174/1 |
| **Home Phone** | **R/O Close Date** | **Receipt No.** |
| 530-680-5509 | Pre-Invoice | |
| **Body** | **Mileage In** | **Mileage Out** |
| | 14774 | 14780 |

| Year | Make | Model | License Number | Service Advisor |
|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | Remi Robles |

| Vehicle Identification Number | Color | Account No. | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1C4JJXR6XMW789715 | GRANITE CR | | | |

Email: briankreb@yahoo.com

#2 - W0100: WIADVISOR - RECALL #1 — I
RECALL / CUSTOMER SATISFACTION NOTIFICATION 1
[SAFETY RECALL B9A - HIGH VOLTAGE BATTERY ** ]
Caused by
recall B9A no parts or remedy yet
Work by Tech 03/ 0.00hrs @

---

#3 - Customer Reports: — W
Customer states replace special ordered coolant heater per previous inspection of check engine light being on due to code P0e15
Caused by
after recall was performed fault P0E15 battery pack coolant heater "A" control performance ordered a battery pack heater replaced and did not repair vehicle ordered electric coolant

| Description | Amount | Cost |
|---|---|---|
| Corrected by 07130104: | | |
| Work by Tech 03/ 1.50hrs @ 211.88 | 317.82 | 57.00 |
| Corrected by 07130105: | | |
| Work by Tech 03/ 1.40hrs @ 211.87 | 296.63 | 53.20 |
| 68400740AE :HEATER: BATTERY COOLANT | 1064.31 | 574.00 |
| 68443445AC :HEATER: ELECTRIC COOLANT | 567.39 | 306.00 |

after battery pack heater did not repair vehicle i replaced electric coolant heater fault code has not reappeared road test found vehicle in fuel oil refresh mode(FORM) could take from 20 minuets up to 2 hours of drive time (all information is in digital owners manual) to revert to hybrid mode again

---

| Line | | Date | Tech | Start | End | Hours |
|---|---|---|---|---|---|---|
| Line | 2 | 23/12/22 | Tech 03 | Start 12:15 | End 12:16 | Hours .00 |
| Line | 3 | 23/12/22 | Tech 03 | Start 12:16 | End 14:59 | Hours 2.70 |
| Line | 3 | 23/12/28 | Tech 03 | Start 16:06 | End 16:50 | Hours .70 |

| | INTERNAL | SERVICE CONT. | WARRANTY | CUSTOMER PAY | COST |
|---|---|---|---|---|---|
| LABOR | | | 614.45 | | 110.20 |
| PARTS | | | 1631.70 | | 880.00 |
| DEDUCTIBLE | | | | | |
| SUBLET | | | | | |
| SHOP SUPPLIES | | | | | |
| HAZARDOUS MATERIALS | | | | | |
| SALES TAX OR TAX I.D. | | | | | |
| SPECIAL ORDER DEPOSIT | | | | | |
| DISCOUNTS | | | | | |
| | | | 2246.15 | | 990.20 |

(C) 2009 DEALERTRACK SYSTEMS, Inc · Dealership Application Group (800)945-1028

KREB, BRIAN
6 SHERWATER COURT
CHICO, CA 95928

(3)

| Home Phone | R/O Open Date | R/O Number |
|---|---|---|
| 530-680-5509 | 12/21/23 | 6183174 |
| Work Phone | Time Received | Time Promised |
| 530-000-0530 | 10:12 | 12/21 9:45 |
| Key Tag # | Current Mileage | Mileage Out |
| 678 | 14774 | |

| Year | Make | Model | Body | Engine Code | Service Advisor |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | | Bill Folks |

| Vehicle Identification Number | Color | License Number | Delivery Date | In-Service Date |
|---|---|---|---|---|
| 1C4JJXR6XMW789715 | GRANITE CR | | | |

Email: briankreb@yahoo.com

#2 - W0100: WIADVISOR - RECALL #1 W
RECALL / CUSTOMER SATISFACTION NOTIFICATION 1 W
[SAFETY RECALL B9A - HIGH VOLTAGE BATTERY ** ] W

#3 - Customer Reports: C
SOP BATTERY COOLANT C
AUTH. DIAG. [signature] DONE ON RO 6181490
Estimate: .00 .00

07130104 1.5
07130105 1.4

Original Estimate: .00

PARTS RETURNED
DATE
SIGN
SIGNATURE

PARTS ORDERED
DATE 12/22/23
SIGN [signature]

P0E15 BATTERY PACK / COOLANT HEATER "A" CONTROL PERFORMANCE

PARTS RETURNED
DATE 12/28/23
SIGN
SIGNATURE [signature]

STAR CASE S2208000203

Additional Cost $ ______ Revised Estimate $ ______
Revision Details: ______
Authorized by: ______
Phone No. ______ Date: ______ Time: ______

☐ By FAX
☐ By E-MAIL
☐ In Person
☐ By Phone

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE.

Customer's Signature Of Authorization

Date ______ Time ______

Additional Cost $ ______ Revised Estimate $ ______
Revision Details: ______
Authorized by: ______
Phone No. ______ Date: ______ Time: ______

☐ By FAX
☐ By E-MAIL
☐ In Person
☐ By Phone

"By law, you may choose another licensed Smog Check facility to perform any needed repairs or adjustments that the Smog Check test indicates are necessary."

All parts installed are new unless specified otherwise. The following part numbers denote rebuilt or reconditioned parts: TY parts ending in "84," MC or Z parts ending in "R," RH parts beginning with "R."

☐ SAVE PARTS

"I hereby authorize the repair work above to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

Any warranties on products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it liability in connection with the sale of said products. Any Limitation contained herein does

[signature]

# CHUCK PATTERSON

## Service Needs - Estimated Investment

Repair Order Number: ______________ Advisor: ______________

Customer Name: ______________ Mileage: ______________

| Needs Related to Original Concern | Total |
|---|---|
| R.O. OR ID. NO. 618 / 3174 · EMPL. NO. 03 · MECH. PAY $ · FLAT RATE TIME 1.5 · W - TIME W · REPAIR ORDER TIME · DEC 28 PM 4.9 · DEC 28 PM 2.9 | |
| R.O. OR ID. NO. 618 / 3174 · EMPL. NO. 03 · MECH. PAY $ · FLAT RATE TIME 1.4 · W - TIME W · REPAIR ORDER TIME · DEC 28 AM 8.7 · DEC 28 AM 8.0 | |
| Related Repairs Total | |

| Immediate Needs | Total |
|---|---|
| Immediate Needs Total | |
| Related and Immediate Needs Total | |

| Maintenance Needs | Total |
|---|---|
| Maintenance Needs Total | |

| | Labor | Parts | Total |
|---|---|---|---|
| Total Investment | | | |

Approved By: ______________

Date/Time: ______________

American Solutions for Business (916) 580-8672 - id108901 (06/18)