# Exhibit EE

*ACCOUNTING*

Invoice #: **325190**

Tag #: **T7288**

**AutoNation Chrysler, Dodge, Jeep, Ram Bellevue**
120 116th Ave. NE
Bellevue, WA 98004
(425) 454-8411
www.autonation.com

**ASHLEY M LANDES**
RENTON, WA 98056
Home:  Bus:  Cell:  Email: @gmail.com | home
Customer #: **4340211**
Service Advisor: **6416 NATASHA ALNUIMAT**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| SARGE GREE | 21 | JEEP WRANGLER | 1C4JJXP66MW675536 | | 29010 | 29016 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 22MAY21 | | | 14:18 06SEP23 | | 0.00 | CASH | 05SEP23 | 07:51 05SEP23 | 16:00 05SEP23 |

OPTIONS: SOLD-STK:MW675536 ENG:2L 4 CYL TRN:A

---

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Accounting Copy**

```
LINE OPCODE TECH TYPE A/HRS S/HRS                               LIST        NET          TOTAL
A c/s check-engine light has been on for few months please check and
          advise
     CDCE *Perform diagnostic scan, retrieve engine
          fault codes for CEL. Road test to verify
          concern. Initial check provides tech path to
          cause of failure.
          1837    WD   1.92  0.01     51        180                     1.80         1.80
     1 68443445AC 08015020
          HEATER-ELECTRIC COOLANT      30600    60484     0    604.84   604.84      604.84
     1 68163849AB 01081004
          *ANTIFREEZ-COOLANT            1050     2075     0     20.75    20.75       20.75
                                       31650            62559 TPARTS
                                                  51       180 TLABOR
PARTS:    625.59    LABOR:      1.80  OTHER:       0.00    TOTAL LINE A:            627.39
VERSION 1 (EMP# 1837,05SEP23 09:14): 29010 scan tool code P0E15-00
HYBRID/EV BATTERY PACK COOLANT HEATER "A" CONTROL PERFORMANCEscan
report Locked Permanent.
VERSION 2 (EMP# 1837,05SEP23 09:15): 29010
scan tool code P0E15-00 HYBRID/EV BATTERY PACK COOLANT HEATER "A"
CONTROL PERFORMANCEscan report Locked Permanent.The ECH MUST be
replaced, the status cannot be recovered or reset.
This status sets when the ECH has gone into protection mode on the
3rd occurrence.
VERSION 3 (EMP# 1837,05SEP23 13:33): 29010
scan tool code P0E15-00 HYBRID/EV BATTERY PACK COOLANT HEATER "A"
CONTROL PERFORMANCEscan report Locked Permanent.The ECH MUST be
replaced, the status cannot be recovered or reset.
This status sets when the ECH has gone into protection mode on the
3rd occurrence. replace ev battery heater and bleed coolant test drive
no codes.
B c/s vehicle is keep pulling to the right at all speeds please check
          and advise
     FS02 Four Wheel Alignment
          1837 CDZM   1.53  1.50   7575    17995                   179.95        179.95
```

**TERMS**
The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.
NO RETURNS ON ELECTRICAL PARTS OR SPECIAL ORDER ITEMS.
PARTS RETURNED SUBJECT TO 15% HANDLING CHARGE.
NO RETURNS WITHOUT THE INVOICE.
NO REFUNDS AFTER 15 DAYS.
SPECIAL ORDER PARTS MUST BE PAID FOR IN ADVANCE.
PACKAGING MUST BE IN NEW OR LIKE NEW CONDITION.
A CHARGE HAS BEEN ADDED WHERE APPROPRIATE FOR THE DISPOSAL OF ENVIRONMENTAL WASTES SUCH AS ENGINE OIL, ANTIFREEZE, SOLVENTS, ATF, ETC.

**DISCLAIMER OF WARRANTIES**
The only warranties applying to this part(s) are those which may be offered by the manufacturer. AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit or income, or any other incidental damages.

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our aim to perform all repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends; if not, please tell us immediately. OUR GOAL IS THAT YOU WILL "DEFINITELY" RECOMMEND AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE AS A PLACE TO PURCHASE AND SERVICE A VEHICLE.

*Thank You*

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Notice to Consumer: Please read important information on back.

Page 1 of 3

Copyright 2014 CDK Global, LLC  EMF SERVICE INVOICE - XSI6C - 9G98064 - IMAGING

CONFIDENTIAL

FCA-Landes-0000067

```
                         *ACCOUNTING*         Invoice #: 325190
ASHLEY M LANDES                                                        AutoNation Chrysler, Dodge, Jeep, Ram Bellevue
[redacted]                                    Tag #: T7288                          120 116th Ave. NE
RENTON, WA 98056                                                                    Bellevue, WA 98004
 Home: [redacted]   Bus: [redacted]   Customer #: 4340211                           (425) 454-8411
 Cell: [redacted]   Email: [redacted]@gmail.com|home  Service Advisor: 6416 NATASHA ALNUIMAT    www.autonation.com
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| SARGE GREE | 21 | JEEP WRANGLER | 1C4JJXP66MW675536 | | 29010 | 29016 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 22MAY21 | | | 14:18 06SEP23 | | | 0.00 CASH | 05SEP23 | 07:51 05SEP23 | 16:00 05SEP23 |

OPTIONS: SOLD-STK:MW675536 ENG:2L 4 CYL TRN:A

```
LINE OPCODE   TECH    TYPE A/HRS  S/HRS              LIST           NET            TOTAL
PARTS:     0.00   LABOR:    179.95   OTHER:    0.00     TOTAL LINE B:       179.95
   VERSION 1 (EMP# 1837,05SEP23 09:54): 29010 check bal/ on left and
   right front tires and tire wheel assembly not.
   VERSION 2 (EMP# 1837,05SEP23 13:32): 29016 check bal/ on left and
   right front tires and tire wheel assembly right front had a pull to the
   right in the tire rotate it to the rear. alignment set toe it was toe
   in also.
C  Customer requested to have Multi Point Inspection performed this
        visit
CAUSE: PERFORMED MULTI POINT INSPECTION
   MULTI-A Customer requested to have Multi Point
           Inspection performed this visit
       1837      CD    0.00   0.00      0       0                     0.00         0.00
   GTIRE CURRENT CONDITION-Tires OK
       1837      CD    0.00   0.00      0       0                     0.00         0.00
   GBATT CURRENT CONDITION-Battery OK
       1837      CD    0.00   0.00      0       0                     0.00         0.00
   GBK CURRENT CONDITION-Brakes OK
       1837      CD    0.00   0.00      0       0                     0.00         0.00
PARTS:     0.00   LABOR:      0.00   OTHER:    0.00     TOTAL LINE C:         0.00
D** Tires - Rotate
   MA40 Tires - Rotate
       1837     CDZM   0.00   0.30   1515    1995                    19.95        19.95
PARTS:     0.00   LABOR:     19.95   OTHER:    0.00     TOTAL LINE D:        19.95

**************************************************************
ESTIMATE: 69.20                 05SEP23 15:59   SA: 6416
     CONTACT:
**************************************************************

~|7175
```

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. **Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

**Accounting Copy**

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

**TERMS**
NO RETURNS ON ELECTRICAL PARTS OR SPECIAL ORDER ITEMS.
PARTS RETURNED SUBJECT TO 15% HANDLING CHARGE.
NO RETURNS WITHOUT THE INVOICE.
NO REFUNDS AFTER 15 DAYS.
SPECIAL ORDER PARTS MUST BE PAID FOR IN ADVANCE.
PACKAGING MUST BE IN NEW OR LIKE NEW CONDITION.
A CHARGE HAS BEEN ADDED WHERE APPROPRIATE FOR THE DISPOSAL OF ENVIRONMENTAL WASTES SUCH AS ENGINE OIL, ANTIFREEZE, SOLVENTS, ATF, ETC.

Notice to Consumer: Please read important information on back.

**DISCLAIMER OF WARRANTIES**
The only warranties applying to this part(s) are those which may be offered by the manufacturer. AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit or income, or any other incidental damages.

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our aim to perform all repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends; if not, please tell us immediately. OUR GOAL IS THAT YOU WILL "DEFINITELY" RECOMMEND AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE AS A PLACE TO PURCHASE AND SERVICE A VEHICLE.

**Thank You**

| DESCR | | TOTALS |
|---|---|---|
| LABOR AMOUNT | | |
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | |

Page 2 of 3

Copyright 2014 CDK Global, LLC   EMF SERVICE INVOICE - XSI6C - 9698064 - IMAGING

CONFIDENTIAL                                                                     FCA-Landes-0000068

**\*WARRANTY\***

Invoice #: **325190**

Tag #: **T7288**

**AutoNation Chrysler, Dodge, Jeep, Ram Bellevue**
120 116th Ave. NE
Bellevue, WA 98004
(425) 454-8411
www.autonation.com

**ASHLEY M LANDES**
RENTON, WA 98056
Home:        Bus:
Cell:        Email:        @gmail.com | home

Customer #: 4340211
Service Advisor: 6416 NATASHA ALNUIMAT

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| SARGE GREE | 21 | JEEP WRANGLER | 1C4JJXP66MW675536 | | 29010 | 29016 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 22MAY21 | | | 14:18 06SEP23 | | 0.00 | CASH | 05SEP23 | 07:51 05SEP23 | 16:00 05SEP23 |

OPTIONS: SOLD-STK:MW675536 ENG:2L 4 CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                                          LIST        NET       TOTAL
A c/s check-engine light has been on for few months please check and
          advise
     CDCE *Perform diagnostic scan, retrieve engine
          fault codes for CEL. Road test to verify
          concern. Initial check provides tech path to
          cause of failure.
          1837     WD  0.01                                          1.80       1.80
     1 68443445AC 08015020 HEATER-ELECTRIC COOLANT     604.84      604.84     604.84
     1 68163849AB 01081004 *ANTIFREEZ-COOLANT           20.75       20.75      20.75
                                   31650       62559 TPARTS
                                      51         180 TLABOR
SALE-LBR:     1.80 PTS:    625.59 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL   627.39
29010
scan tool code P0E15-00 HYBRID/EV BATTERY PACK COOLANT HEATER "A"
CONTROL PERFORMANCEscan report Locked Permanent.The ECH MUST be
replaced, the status cannot be recovered or reset.
This status sets when the ECH has gone into protection mode on the
3rd occurrence. replace ev battery heater and bleed coolant test drive
no codes.   ***********************************************************
***********************************************************
ESTIMATE:  69.20                05SEP23 15:59   SA:  6416
     CONTACT:
***********************************************************
~|7175


|
EMAIL|              @gmail.com|HOME
```

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.

Warranty Copy

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

**TERMS**
NO RETURNS ON ELECTRICAL PARTS OR SPECIAL ORDER ITEMS.
PARTS RETURNED SUBJECT TO 15% HANDLING CHARGE.
NO RETURNS WITHOUT THE INVOICE.
NO REFUNDS AFTER 15 DAYS.
SPECIAL ORDER PARTS MUST BE PAID FOR IN ADVANCE.
PACKAGING MUST BE IN NEW OR LIKE NEW CONDITION.
A CHARGE HAS BEEN ADDED WHERE APPROPRIATE FOR THE DISPOSAL OF ENVIRONMENTAL WASTES SUCH AS ENGINE OIL, ANTIFREEZE, SOLVENTS, ATF, ETC.
Notice to Consumer: Please read important information on back.

**DISCLAIMER OF WARRANTIES**
The only warranties applying to this part(s) are those which may be offered by the manufacturer. AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s). Buyer shall not be entitled to recover from AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit or income, or any other incidental damages.

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our aim to perform all repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends; if not, please tell us immediately. OUR GOAL IS THAT YOU WILL "DEFINITELY" RECOMMEND AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE AS A PLACE TO PURCHASE AND SERVICE A VEHICLE.

**Thank You**

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

Page 1 of 2

Copyright 2014 CDK Global, LLC   EMF SERVICE INVOICE - XSI6C - 9698064 - IMAGING

CONFIDENTIAL                                                                                              FCA-Landes-0000069

**ASHLEY M LANDES**
RENTON, WA 98056
Home:   Bus:
Cell:   Email: @gmail.com | home

*WARRANTY*

Invoice #: **325190**
Tag #: **T7288**
Customer #: **4340211**
Service Advisor: **6416 NATASHA ALNUIMAT**

AutoNation Chrysler, Dodge, Jeep, Ram Bellevue
120 116th Ave. NE
Bellevue, WA 98004
(425) 454-8411
www.autonation.com

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| SARGE GREE | 21 | JEEP WRANGLER | 1C4JJXP66MW675536 | | 29010 | 29016 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 22MAY21 | | | 14:18 06SEP23 | | 0.00 | CASH | 05SEP23 | 07:51 05SEP23 | 16:00 05SEP23 |

OPTIONS: SOLD-STK:MW675536 ENG:2L_4_CYL TRN:A

```
LINE OPCODE TECH TYPE HOURS                                             LIST        NET       TOTAL
***************************************************************
ESTIMATE: 69.20                     05SEP23 07:54    SA: 6416
         CONTACT:
***************************************************************


***************************************************************
ESTIMATE: 69.20                     05SEP23 07:51    SA: 6416
         CONTACT:
***************************************************************

SALE-LBR:    1.80 PTS:   625.59 MSC:    0.00 LUB:    0.00 SUB:    0.00 TOTAL   627.39
```

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Warranty Copy**

COST, SALE, & COMP TOTALS    31701    62739    0

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

**TERMS**
NO RETURNS ON ELECTRICAL PARTS OR SPECIAL ORDER ITEMS.
PARTS RETURNED SUBJECT TO 15% HANDLING CHARGE.
NO RETURNS WITHOUT THE INVOICE.
NO REFUNDS AFTER 15 DAYS.
SPECIAL ORDER PARTS MUST BE PAID FOR IN ADVANCE.
PACKAGING MUST BE IN NEW OR LIKE NEW CONDITION.
A CHARGE HAS BEEN ADDED WHERE APPROPRIATE FOR THE DISPOSAL OF ENVIRONMENTAL WASTES SUCH AS ENGINE OIL, ANTIFREEZE, SOLVENTS, ATF, ETC.

Notice to Consumer: Please read important information on back.

**DISCLAIMER OF WARRANTIES**
The only warranties applying to this part(s) are those which may be offered by the manufacturer. AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit or income, or any other incidental damages.

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our aim to perform all repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends; if not, please tell us immediately. OUR GOAL IS THAT YOU WILL "DEFINITELY" RECOMMEND AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE AS A PLACE TO PURCHASE AND SERVICE A VEHICLE.

*Thank You*

| | |
|---|---|
| LABOR AMOUNT | 1.80 |
| PARTS AMOUNT | 625.59 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 627.39 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **627.39** |

Page 2 of 2

Copyright 2014 CDK Global, LLC   EMF SERVICE INVOICE - XSI6C - 9698064 - IMAGING

CONFIDENTIAL                                                                 FCA-Landes-0000070

*ACCOUNTING*  Invoice #: **325190**

Tag #: **T7288**

**AutoNation Chrysler, Dodge, Jeep, Ram Bellevue**
120 116th Ave. NE
Bellevue, WA 98004
(425) 454-8411
www.autonation.com

**ASHLEY M LANDES**
RENTON, WA 98056
Home:   Bus:   Customer #: **4340211**
Cell:   Email:   @gmail.com | home   Service Advisor: *6416 NATASHA ALNUIMAT*

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| SARGE_GREE | 21 | JEEP WRANGLER | 1C4JJXP66MW675536 | | 29010 | 29016 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 22MAY21 | | | 14:18 06SEP23 | | 0.00 | CASH | 05SEP23 | 07:51 05SEP23 | 16:00 05SEP23 |

OPTIONS: SOLD-STK:MW675536 ENG:2L_4_CYL TRN:A

```
                    LINE OPCODE TECH TYPE A/HRS S/HRS                         LIST            NET          TOTAL
                    ***************************************************************
                    ESTIMATE: 69.20                  05SEP23 07:54   SA: 6416
                         CONTACT:
                    ***************************************************************
```

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

```
                    ***************************************************************
                    ESTIMATE: 69.20                  05SEP23 07:51   SA: 6416
                         CONTACT:
                    ***************************************************************
                    CUSTOMER PAY SHOP CHARGE FOR REPA    0    1599                         15.99
                       DATE    START   FINISH  DURATION  TYPE  TECH   LINE(S)   CHG
                    09-05-23  08:36    09:16     0.67     W    1837      A
                              09:16    09:54     0.63     W    1837      B
                              10:18    10:54     0.60     W    1837      A
                              11:59    12:38     0.65     W    1837      A
                              12:38    13:32     0.90     W    1837      B
```

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty.* **Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

```
                    TRGT/ACCOUNT    SALE      COST    CONTROL   TRGT/ACCOUNT    SALE     COST    CONTROL
                    667/1515         180        51              667/1482       62559    31650
                    667/1500C      19990      9090              667/1150Z       1599        0
                    667/1326P       2180         0              667/1263       62739   *******
                    667/1226S      23769   *******
```

                                                                                                        21.80

```
            COST, SALE, & COMP TOTALS    40791   84328       0
```

| | | |
|---|---|---|
| LABOR AMOUNT | | 199.90 |
| PARTS AMOUNT | | 0.00 |
| GAS, OIL, LUBE | | 0.00 |
| SUBLET AMOUNT | | 0.00 |
| MISC. CHARGES | | 15.99 |
| TOTAL CHARGES | | 215.89 |
| LESS INSURANCE | | 0.00 |
| SALES TAX | | 21.80 |
| **PLEASE PAY THIS AMOUNT** | | **237.69** |

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Accounting Copy**

**TERMS**
NO RETURNS ON ELECTRICAL PARTS OR SPECIAL ORDER ITEMS.
PARTS RETURNED SUBJECT TO 15% HANDLING CHARGE.
NO RETURNS WITHOUT THE INVOICE.
NO REFUNDS AFTER 15 DAYS.
SPECIAL ORDER PARTS MUST BE PAID FOR IN ADVANCE.
PACKAGING MUST BE IN NEW OR LIKE NEW CONDITION.
A CHARGE HAS BEEN ADDED WHERE APPROPRIATE FOR THE DISPOSAL OF ENGINE OIL, ANTIFREEZE, SOLVENTS, ATF, ETC.

The information contained on the estimate, worksheet and/or repair order is incorporated herein by reference.

**DISCLAIMER OF WARRANTIES**
The only warranties applying to this part(s) are those which may be offered by the manufacturer. AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit or income, or any other incidental damages.

Notice to Consumer: Please read important information on back.

**YOUR SATISFACTION IS OUR GOAL**
Thank you for this opportunity to serve you. It is our aim to perform all repairs requested on this repair order to your complete satisfaction. If our service was satisfactory tell your friends; if not, please tell us immediately. OUR GOAL IS THAT YOU WILL "DEFINITELY" RECOMMEND AUTONATION CHRYSLER, DODGE, JEEP, RAM BELLEVUE AS A PLACE TO PURCHASE AND SERVICE A VEHICLE.

*Thank You*

Page 3 of 3

Copyright 2014 CDK Global, LLC    EMF SERVICE INVOICE - XSI6C - 9698064 - IMAGING

CONFIDENTIAL                                                                                 FCA-Landes-0000071