# Exhibit FF






**FIVE STAR**

**DODGE**

**BURNS Motors**

**CHRYSLER**

**MOPAR**

1300 E. HIGHWAY • McAllen, Texas 78501 • (956) 984-4400 • FAX (956) 984-4575
www.burnsmotors.com

| PROGRAM CODE | AUTHORIZATION NUMBER | COMMITMENT NUMBER | TOTAL CLAIM | SERVICE INSTALLED PARTS | | | VISITING OWNER | CROSS REFERENCE NO. |
|---|---|---|---|---|---|---|---|---|
| | | | | DATE INSTALLED | ACCRUED MILEAGE | ORIGINAL R.O. NO. | | |
| | | | | MO. DAY YR. | OMIT TENTHS | | | CELL: 956-655-2931 |

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 170907 | LANE SHUPE | 2093 | 3963 | 05/19/23 | CHCS888276 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| JONATHAN ANTHONY LISCANO | | | 723 | BLK CLEARCO | |
| 3300 GUMWOOD AVE | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| MCALLEN, TX 78501-8037 | 23/JEEP/WRANGLER 4XE/4DR 4WD | | | 04/19/23 | 24 |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1C4JJXP69PW599623 | | | | |
| liscano22@gmail.com | F.T.E. NO. | P.O. NO. | | R.O. DATE | REPRINT# 1 |
| | | | | 05/18/23 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| 956-386-0281 | 956-655-2931 | | | | MO: 723 |

```
LABOR & PARTS------------------------------------------------------------
J# 1 08CHZ02       ELECTRICAL-B       UNITS:  0.60 TECH(S):995           WARRANTY
     CUST STATRES HE GETS MESSAGES ON HIS PHONE APP THAT JEEP IS
     NOT CHARGING (Electrical Concern)
     VERIFIED CUST VEHICLE IS CHARGING WITH HIS CHARGER  AND WITH
     OUR CHARGER
     INSPECT VEHICLE CHARGING SYSTEM , CHECK FOR DTCS NONE WHERE
     FOUND ,  INSPECT IDCM FOR PROPER CABLES ARE FULLY CONNECTED
     , INSPECT OEM FACTORY CHARGING CABLE FOR DAMAGE TESTED IN
     WALL OUTLET FOR PROPER FUNCTIONALITY CONFIRMED OEM CHARGING
     CABLE IS 100% WORKING.
     IF COSTUMER IS USING A EXTENSION CORD 2 WIRES WITHOUT GROUND
     MAY CASE VEHICLE TO A NOT CHARGING CONDITION ,

     RECOMMEND FOR COSTUMER TO VERIFY WALL OUTLET IF IS NOT
     GROUNDED OEM SUPPLY CHARGING CABLE WILL NOT WORK. OR IF IS
     USING A EXTENSION CORD " IS NOT RECOMMENDED " MAKE SURE IS 3
     WIRE WITH GROUND .

                                JOB #  1 TOTAL LABOR & PARTS          0.00
-------------------------------------------------------------------------
COMMENTS-----------------------------------------------------------------
TAG NUMBER IS 3963

TOTALS-------------------------------------------------------------------

And whatever you do, in word or deed, do everything in the    TOTAL LABOR....   0.00
name of the Lord Jesus, giving thanks to God the Father       TOTAL PARTS....   0.00
through Him.                                                   TOTAL SUBLET...   0.00
                    Colossians 3:17                            TOTAL G.O.G....   0.00
                                                               TOTAL MISC CHG.   0.00
                                                               TOTAL MISC DISC   0.00
"I am the Way, and the Truth, and the Life. No one comes to   TOTAL TAX......   0.00
the Father except through Me." -Jesus                                          --------
                                                              TOTAL INVOICE $   0.00
                         John 14:6

-----------------------------------------------------------
I UNDERSTAND THE REPAIRS PERFORMED ON THIS VEHICLE:


           CUSTOMER SIGNATURE
      ***************************    D U P L I C A T E   I N V O I C E   ***************************
```

TERMS: STRICTLY CASH OR ACCEPTED CREDIT CARDS

DISCLAIMER OF WARRANTIES The seller herein expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability, or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale.
I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on the vehicle to secure the amount of repairs thereto. NOT RESPONSIBLE FOR LOST, DAMAGED, OR STOLEN ITEMS WHILE ON PREMISES!

X _____
CUSTOMER'S SIGNATURE

NOTICE PURSUANT TO §70.001, TEXAS PROPERTY CODE
I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON, WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR CONTRACT. I UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH §9.503, TEXAS BUSINESS AND COMMERCE CODE. IF WRITTEN ORDER FOR PAYMENT FOR REPAIR ON THE VEHICLE IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE DRAWER OF MAKER OF THE ORDER HAS NO ACCOUNT OR THE ACCOUNT ON WHICH IT IS DRAWN HAS BEEN CLOSED.

SIGNATURE OF PERSON RESPONSIBLE
OR AGENT FOR PERSON RESPONSIBLE  X _____

**FIVE STAR**
It's Better. We'll Prove It!

PAGE 1 OF 1      BURNS MOTORS • McALLEN, TX 78501
CUSTOMER COPY                    [ END OF INVOICE ]     02:03pm

**Burns Motors (Liscano) 019**