# Exhibit GG



CHRIS NIKEL CHRYSLER JEEP DODGE RAM FIAT
2920 NORTH ASPEN AVENUE
BROKEN ARROW, OK  74012
(918)355-5000  FAX (918)806-4195
WWW.CHRISNIKEL.COM

21363 MAY

| ERIN MAY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7218 E 112TH ST S | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | | DATE OUT | INVOICE NO. |
| BIXBY, OK 74008 | | 1C4JJXR68MW852441 | 41839 | 41839 | 04/08/24 16:09 | | 05/06/24 | 21363 |
| erinrmay@icloud.com | | VEHICLE DESCRIPTION | | | | TAG NO. | | STATUS |
| | | 2021 JEEP WRANGLER U | | | | 09037 | | COMPLETE |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | | TERMS |
| 146437 | | | | | | | | No Charge |
| HOME | WORK PHONE | CELL PHONE | | STOCK NO. | SERV. ADV. | | | RO COMMENT |
| (918) 995-1026 | | | | | DYLAN SCHMIDT (141) | | | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A | 08080401 | | A96 | | Warranty | |

Concern [ CUSTOMER STATES CHECK ENGINE LIGHT IS ON. CHECK AND ADVISE ]
Cause P0D21-00-BATTERY CHARGER OUTPUT VOLTAGE TOO LOW. inspected and found internal fault with battery pack control module. verified no issues with charge cable
Correction removed and replaced BPCM and enabled contactors. also filled cooling system. verified vehicle working as designed at this time
Battery handling fee- $300.00 95082501

| Part Number | Description | Qty. |
|---|---|---|
| 68163848AB | ANTIFREEZ-COOLANT | 1 |

| B | 9023 | | A96 | | Customer | $0.00 |
|---|---|---|---|---|---|---|

Concern * 23 POINT INSPECTION
Correction PLEASE TAKE A FEW MINUTES TO FILL OUT THE SURVEY YOU WILL BE RECEIVING VIA EMAIL, WE VALUE YOUR BUSINESS!

Line Total... $0.00

| C + | CTP | | | | Customer | $0.00 |
|---|---|---|---|---|---|---|

Concern COURTESY TRANSPORTATION PROGRAM SERVICE
2C3CDZBTXPH634617

Line Total... $0.00

| D + | FLAT | | A39 | | Customer | $0.00 |
|---|---|---|---|---|---|---|

Concern Flat Repair. Dismount tire, Install Patch, Mount and Balance tire. $30.00
Correction NAIL REMOVED FROM TIRE, NO LEAK DETECTED.

Line Total... $0.00

| E + | WHEEL | | | | Customer | $0.00 |
|---|---|---|---|---|---|---|

INVOICE  CUSTOMER COPY  Page 1 of 2

**Chris Nikel (May) 012**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ERIN MAY<br>7218 E 112TH ST S<br>BIXBY, OK 74008<br>erinrmay@icloud.com | | VEHICLE ID<br>1C4JJXR68MW852441 | MILES IN<br>41839 | MILES OUT<br>41839 | DATE/TIME IN<br>04/08/24 16:09 | DATE OUT<br>05/06/24 | INVOICE NO.<br>21363 |
| | | VEHICLE DESCRIPTION<br>2021 JEEP WRANGLER U | | | TAG NO.<br>09037 | | STATUS<br>COMPLETE |
| CONTROL NO.<br>146437 | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS<br>No Charge |
| HOME<br>(918) 995-1026 | WORK PHONE | CELL PHONE | STOCK NO. | | SERV. ADV.<br>DYLAN SCHMIDT (141) | | RO COMMENT |

| Line | Op-Code | Fail Code | Tech | Hours | Type | | Amount |
|---|---|---|---|---|---|---|---|
| E + | Continued | | | | | | |

Line Total... $0.00

Warranty Claim Type: W   Authorization Code:   Service Cont No:

Totals

Total Amount Due   Amount
$0.00

I authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I grant you or your employees permission to operate the vehicle herein on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and research purposes. An express mechanic's lien is hereby acknowledged on the vehicle to secure the amount of repairs thereto.

DISCLAIMER OF WARRANTIES: All warranties on this product are the manufacturers. CHRIS NIKEL CHRYSLER JEEP DODGE RAM FIAT hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability to fitness for a particular purpose and CHRIS NIKEL CHRYSLER JEEP DODGE RAM FIAT neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the product. This disclaimer by CHRIS NIKEL CHRYSLER JEEP DODGE RAM FIAT in no way affects the terms of the manufacturer's warranty. All parts installed are new, reconditioned, or salvaged parts.

TERMS: STRICTLY CASH unless arrangements made.

ALL REPAIRS SUBJECT TO A MINIMUM OF .5 HOUR DIAGNOSTIC TIME.
ALL INVOICES OVER A $1,000 SUBJECT TO 3% SURCHARGE IF USING CC

X _____
Signature
Thank you for allowing us to serve you!

INVOICE   CUSTOMER COPY   Page 2 of 2

**Chris Nikel (May) 013**