# Exhibit HH

# Repair Order Detail - Customer Copy

RO Number: 6234003          RO Status: CLOSED

Customer: MCCRARY, JONATHAN ROBERT
Phone(s): Contact:          Main: (503)312-5654          Cell: (971)294-0428
Vehicle: 1C4JJXP62MW643294  2021  WRNU4X                BRIGHT-WHITE-CLEAR-COAT

Mileage: 10,464             Payment type:               Waiter: No
Service advisor: 42753                                  Estimate:      0.00
Tag number: T1687

---

  30CHZ         W       RECALLS/CAMPAIGNS - -                                          N/C
     Tech(s):  42664
Pts:         0.00  Lbr:         0.00  Other:         0.00  Total Line F:          0.00
  Story: NOT DONE, PARTS AND TOOLS FOR RECALL ON ORDER

---

G     [21MY JL PHEV GAS CAP TETHER TOO LONG ** ]
  30CHZ         W       RECALLS/CAMPAIGNS - -                                          N/C
     Tech(s):  42664
Pts:         0.00  Lbr:         0.00  Other:         0.00  Total Line G:          0.00
  Story: NOT DONE PART IS ON ORDER

---

H     [21MY JL PHEV POWER CUBE RELEASE AHCP & HCP **
  30CHZ         W       RECALLS/CAMPAIGNS - -                                          N/C
     Tech(s):  42664
Pts:         0.00  Lbr:         0.00  Other:         0.00  Total Line H:          0.00
  Story: HAS OPEN RRT 21-126 - PERFORMED RRT, PROCESSOR, HYBRID CONTROL (HCP/AHCP) - INSPECT AND REPROGRAM. OLD NUMBER 68451035AP NEW 68451035AR LABOR OP 18-19-86-9X 0.6 HRS

---

I     [21MY JL PHEV POWER CUBE RELEASE IDCM ** ]
  30CHZ         W       RECALLS/CAMPAIGNS - -                                          N/C
     Tech(s):  42664
Pts:         0.00  Lbr:         0.00  Other:         0.00  Total Line I:          0.00
  Story: HAS OPEN RRT 21-127 - PERFORMED RRT, MODULE, INTEGRATED DUAL CHARGING (IDCM) - INSPECT AND REPROGRAM OLD NUMBER 05185035AM NEW 05185035AP LABOR OP 18-90-16-91 0.4 HRS

---

J     [CUSTOMER SATISFACTION NOTIFICATION Y46 - HIGH VOLTAGE CABLE CONNECTOR SEAL ** ]
  30CHZR1       W       RECALL 1 - - -                                                 N/C
     Tech(s):  42664
     68584363AA                    1  SEAL: RING                                       N/C
Pts:         0.00  Lbr:         0.00  Other:         0.00  Total Line J:          0.00
  Story: HAS OPEN RECALL Y46 - PERFORMED RECALL, INSPECT AND REPLACE EITHER ONE P1 OR P2 CONNECTORS ORANGE SEAL. P1 CONNECTORS SEAL WAS BAD. LABOR OP 08-Y4-61-82 1.4 HOURS

---

K     [CUST STATES THAT THERE IS A POPPING NOISE COMING FROM THE
Page 2, Created: 08/06/2025 10:45:23 AM

**Tonkin Hillsboro (McCrary) 034**

# Repair Order Detail - Customer Copy

RO Number: 6234003        RO Status: CLOSED

Customer: MCCRARY, JONATHAN ROBERT
Phone(s): Contact:        Main: (503)312-5654        Cell: (971)294-0428
Vehicle: 1C4JJXP62MW643294    2021   WRNU4X        BRIGHT-WHITE-CLEAR-COAT

Mileage: 10,464            Payment type:            Waiter: No
Service advisor: 42753                              Estimate:    0.00
Tag number: T1687

---

```
        30CHZ        W       RECALLS/CAMPAIGNS - -                                   N/C
           Tech(s): 42664
Pts:            0.00 Lbr:         0.00 Other:        0.00 Total Line F:            0.00
  Story: NOT DONE, PARTS AND TOOLS FOR RECALL ON ORDER
```

---

G       [21MY JL PHEV GAS CAP TETHER TOO LONG ** ]
        30CHZ        W       RECALLS/CAMPAIGNS - -                                   N/C
           Tech(s): 42664
Pts:            0.00 Lbr:         0.00 Other:        0.00 Total Line G:            0.00
  Story: NOT DONE PART IS ON ORDER

---

H       [21MY JL PHEV POWER CUBE RELEASE AHCP & HCP **
        30CHZ        W       RECALLS/CAMPAIGNS - -                                   N/C
           Tech(s): 42664
Pts:            0.00 Lbr:         0.00 Other:        0.00 Total Line H:            0.00
  Story: HAS OPEN RRT 21-126 - PERFORMED RRT, PROCESSOR, HYBRID
  CONTROL (HCP/AHCP) - INSPECT AND REPROGRAM. OLD NUMBER
  68451035AP NEW 68451035AR LABOR OP 18-19-86-9X 0.6 HRS

---

I       [21MY JL PHEV POWER CUBE RELEASE IDCM ** ]
        30CHZ        W       RECALLS/CAMPAIGNS - -                                   N/C
           Tech(s): 42664
Pts:            0.00 Lbr:         0.00 Other:        0.00 Total Line I:            0.00
  Story: HAS OPEN RRT 21-127 - PERFORMED RRT, MODULE, INTEGRATED DUAL
  CHARGING (IDCM) - INSPECT AND REPROGRAM OLD NUMBER
  05185035AM NEW 05185035AP LABOR OP 18-90-16-91 0.4 HRS

---

J       [CUSTOMER SATISFACTION NOTIFICATION Y46 - HIGH VOLTAGE CABLE
        CONNECTOR SEAL ** ]
        30CHZR1      W       RECALL 1 - - -                                          N/C
           Tech(s): 42664
        68584363AA                    1  SEAL: RING                                   N/C
Pts:            0.00 Lbr:         0.00 Other:        0.00 Total Line J:            0.00
  Story: HAS OPEN RECALL Y46 - PERFORMED RECALL, INSPECT AND REPLACE
  EITHER ONE P1 OR P2 CONNECTORS ORANGE SEAL. P1 CONNECTORS
  SEAL WAS BAD. LABOR OP 08-Y4-61-82 1.4 HOURS

---

K       [CUST STATES THAT THERE IS A POPPING NOISE COMING FROM THE

Page 2, Created: 08/06/2025 10:45:23 AM

**Tonkin Hillsboro (McCrary) 035**

# Repair Order Detail - Customer Copy

RO Number: 6234003          RO Status: CLOSED

Customer: MCCRARY, JONATHAN ROBERT
Phone(s): Contact:          Main: (503)312-5654         Cell: (971)294-0428
Vehicle: 1C4JJXP62MW643294   2021  WRNU4X    BRIGHT-WHITE-CLEAR-COAT

Mileage: 10,464              Payment type:              Waiter: No
Service advisor: 42753                                  Estimate:     0.00
Tag number: T1687

```
         DRIVERS SIDE]
04CHZ         W           SUSPENSION                                    N/C
                          DIAGNOSTICS ---
     Tech(s):  42664
Pts:      0.00  Lbr:         0.00  Other:       0.00  Total Line K:    0.00
Story: FRONT LOWER BALL JOINTS FASTENERS/NUTS LOOSE. - VERIFIED
COMPLAINT, TRACED DOWN SOURCE OF NOISE TO LOWER BALL JOINTS,
FASTENERS LOOSE. TIGHTENED LOWER BALL JOINT FASTENERS TO THE
CORRECT TORQUE SPECIFICATION. TEST DROVE AND VERIFIED NOISE
IS NO LONGER PRESENT.
```

```
L        [CUST STATES THAT THE SPEAKER IN THE PASS SIDE OF DASH. MORE
         NOTICEABLE WHEN ON PHONE CALLS. SOUNDS FUZZY AND CRACKLES
03CHZ         I           ELECTRICAL                                   N/C
                          DIAGNOSTICS ---
     Tech(s):  42664
Pts:      0.00  Lbr:         0.00  Other:       0.00  Total Line L:    0.00
Story: SUSPECT IPHONE SOFTWARE IOS VERISION. - TRIED TO VERIFY
COMPLAINT, CUSTOMER IPHONE WAS UPDATED YESTERDAY AND IS OK
AT THIS TIME SPEAKERS SOUND OK AT THIS TIME. SUSPECT WAS THE
IPHONE PREVIOUS VERSION.
```

| | |
|---|---|
| Customer Pay | |
| Labor | 0.00 |
| Parts | 0.00 |
| Lube | 0.00 |
| Sublet | 0.00 |
| Miscellaneous/Shop Charge | 0.00 |
| Deductible | 0.00 |
| Total Charges | 0.00 |
| Less Insurance/Adjustment | 0.00 |
| Sales Tax | 0.00 |
| Total | 0.00 |

Page 3, Created: 08/06/2025 10:45:23 AM

**Tonkin Hillsboro (McCrary) 036**

# Repair Order Detail - Customer Copy

RO Number: 6249943        RO Status: CLOSED

**Customer:** MCCRARY, JONATHAN ROBERT
**Phone(s):** Contact:        Main: (503)312-5654        Cell: (971)294-0428
**Vehicle:** 1C4JJXP62MW643294   2021   WRNU4X   BRIGHT-WHITE-CLEAR-COAT

Mileage: 32,191        Payment type:        Waiter: No
Service advisor: 42668                      Estimate:        0.00
Tag number: T1414

---

**A**   PERFORM DTC INSPECTION [CUSTOMER STATES SQUEAK NOISE WHEN TURNING RIGHT FROM THE FRONT SUSPENSION. CHECK AND ADVISE]
08CHZ     W     ENGINE PERFORMANCE DIAGNOSTICS - - -                                        N/C
Tech(s): 42728
Pts:     0.00  Lbr:     0.00  Other:     0.00  Total Line A:     0.00
Story: ADJUSTED EBRAKE CABLE THAT WAS CAUSING EBRAKE TO PULL ON THE CABLE ENGAGING EBRAKE SLIGHTLY. - VERIFIED CUSTOMER CONCERN INTERMITTENTLY HEAR NOISE WHEN TURNING. ATTACHED CHASSIS EARS AND FOUND THE NOISE IS COMING FROM THE REAR EBRAKE. ADJUSTED EBRAKE CABLE THAT WAS CAUSING EBRAKE TO PULL ON THE CABLE ENGAGING EBRAKE SLIGHTLY.

---

**B**   RSU 2 [RSU 21-137 21MY JL PHEV GAS CAP TETHER TOO LONG ** ]
30CHZ     W     RECALLS/CAMPAIGNS - - -                                                    N/C
Tech(s): 42728
68590029AA                    1  TETHER: FUEL FILLER CAP                                    N/C
Pts:     0.00  Lbr:     0.00  Other:     0.00  Total Line B:     0.00
Story: RECALL RSU21 - REPLACED FUEL FILLER TETHER LOP:14-60-05-96 0.3

---

**C**   RSU 1 [RSU 21-170 21MY JL/JT FRONT LOWER BALL JOINT CLICK ** ]
30CHZ     W     RECALLS/CAMPAIGNS - - -                                                    N/C
Tech(s): 42728
Pts:     0.00  Lbr:     0.00  Other:     0.00  Total Line C:     0.00
Story: RECALL RSU 1 - RETORQUED LOWER BALL JOINTS. LOP: 02-10-65-90 0.3

---

**D**   GENERAL CONCERN #1 [REAR PARK SENSORS SAYS WIPE AND THEY WERE WIPED]
GENERAL     W     GENERAL - - -                                                              N/C
Tech(s): 99999
Pts:     0.00  Lbr:     0.00  Other:     0.00  Total Line D:     0.00
Story: CANT DUPLICATE CUSTOMER CONCERN

---

**F**   TRANSMISSION COOLER LINES ARE LEAKING
GENERAL     W     GENERAL - - -                                                              N/C
Tech(s): 42730
68288680AA                    2  FITTING: QUICK CONNECT                                     N/C
Pts:     0.00  Lbr:     0.00  Other:     0.00  Total Line F:     0.00

Page 1, Created: 08/06/2025 10:42:06 AM

**Tonkin Hillsboro (McCrary) 042**

# Repair Order Detail - Customer Copy

RO Number: 6246855          RO Status: CLOSED

Customer: MCCRARY, JONATHAN ROBERT
Phone(s): Contact:          Main: (503)312-5654          Cell: (971)294-0428
Vehicle: 1C4JJXP62MW643294  2021  WRNU4X   BRIGHT-WHITE-CLEAR-COAT

Mileage: 29,301             Payment type:                Waiter: No
Service advisor: 40938                                   Estimate:     0.00
Tag number: TJM

---

C    INSTALL LIFT KIT, WHEEL AND TIRE PACKAGE, AND CLIBRATION FOR
     OVERSIZE TIRES. INSTALL SPARE TIRE CARRIER
     GENERAL     C          GENERAL - - -                             425.00
     Tech(s):  42677
     82215356AB              1  CARRIER: TIRE -                       529.10
                                OUTSIDE SPARE
     77072522AB              1  SUSPENSIO: LIFT                     1,272.80
     SUBL        C           SUBLET                                   150.00
Pts:        1,801.90  Lbr:        425.00  Other:      150.00 Total Line C: 2,376.90

---

D    DURING LIFT INSTALL, TECH FOUND R/R AXLE SEAL LEAKING
     GENERAL     W          GENERAL - - -                                N/C
     Tech(s):  42730
     68474094AA              1  SHAFT: AXLE REAR                         N/C
Pts:           0.00  Lbr:          0.00  Other:        0.00 Total Line D:   0.00
     Story: FOUND LEAKING SEAL ON INSPECTION - REPLACED SEAL VERIFIED NO
     LEAK

---

|                              |          |
|------------------------------|---------:|
| Customer Pay                 |          |
| Labor                        |   425.00 |
| Parts                        | 1,801.90 |
| Lube                         |     0.00 |
| Sublet                       |   150.00 |
| Miscellaneous/Shop Charge    |     0.00 |
| Deductible                   |     0.00 |
| Total Charges                | 2,376.90 |
| Less Insurance/Adjustment    |     0.00 |
| Sales Tax                    |    13.55 |
| Total                        | 2,390.45 |

Page 1, Created: 08/06/2025 10:42:27 AM

**Tonkin Hillsboro (McCrary) 043**