# Exhibit II





**Ed Voyles**
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com

Page 1

**Donald Moore**
[redacted]
GREEN COVE SPRINGS, FL 320438037
Phone (H):          Phone (W):
Phone (C): [redacted]   Phone Oth:
Email: [redacted]@gmail.com
Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L)
VIN:  1C4JJXR68 MW738701
License Number:         Color:
Stock Number:           Mileage In:  44231
Tag Number:  JEH       Mileage Out: 44237

A/R Number:
Customer Number:  1514409
PO Number:
Auth Number:
Service Writer:  James Hanham
Estimate Amount:  $ 216.95
Terms & Conditions:
Type of Sale:  Retail

Customer Signature

Inv. Num  **108717**
Printed  SEP 24 24 2:14 PM
Copy #  1
Date Opened:  08/29/24
Date Notified:  09/24/24
Date Delivered:
Date Complete: 09/24/24

| Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|

**1. Customer statement of problem**
Multi-point inspection
  1 -- Cause/Action to Take
  MPI - x
  1 -- Correction/Action Taken
  PERFORM 23 PT INSPECTION                                                                                   0.00
                                              Sub Total Parts                                                0.00
                                              SubTotal Job # 1                                               0.00

**2. Customer statement of problem**
Recall / Customer Satisfaction Notification 1 [Safety Recall 04B - Defrost ** ]
  1 -- Cause/Action to Take
  RECALL - .OPEN RECALL ON VIP
  1 -- Correction/Action Taken
  Inspect AHCP and HCP software levels, up to date.                                                          0.00
  18-04-B1-81 (0.2)
                                              Sub Total Parts                                         Warranty
                                              SubTotal Job # 2                                        Warranty

**3. Customer statement of problem**
Recall / Customer Satisfaction Notification 2 [Safety Recall B9A - High Voltage Battery ** ]
  1 -- Cause/Action to Take
  RECALL - .OPEN RECALL ON VIP
  1 -- Correction/Action Taken
  Run precheck b9a battery integrity procedure and reprogram bpcm and                                        0.00
  run b9a battery integrity procedure. 18-B9-A1-82(0.7)
  Update AHCP/HCP software 18-B9-A1-51 (0.6)
  Replace high voltage battery pack 18-B9-A1-50 (3.1)

  Part Number          Failed   Description
  68488244AA                    HYBRID SVCE KIT                         1   1
  68163849AB                    COOLANT ANTIFREEZ                       1   1





**Ed Voyles**
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com

Page 2

| | | |
|---|---|---|
| Donald Moore | A/R Number: | Inv. Num: **108717** |
| GREEN COVE SPRINGS, FL 320438037 | Customer Number: 1514409 | Printed: SEP 24 24 2:14 PM |
| Phone (H): Phone (W): | PO Number: | Copy #: 1 |
| Phone (C): Phone Oth: | Auth Number: | Date Opened: 08/29/24 |
| Email: @gmail.com | Service Writer: James Hanham | Date Notified: 09/24/24 |
| Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L) | Estimate Amount: $216.95 | Date Delivered: |
| VIN: 1C4JJXR68 MW738701 | Terms & Conditions: | Date Complete: 09/24/24 |
| License Number: Color: | Type of Sale: Retail | |
| Stock Number: | Customer Signature | |
| Tag Number: JEH Mileage In: 44231 Mileage Out: 44237 | | |

| Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|
| | | | Sub Total Parts | | Warranty |
| | | | SubTotal Job # 3 | | Warranty |

**4. Customer statement of problem**
  Flash Software 3 (Software Flash for AHCP ** )
     1 -- Cause/Action to Take
     DIAG - x
     1 -- Correction/Action Taken
     see line 3

| | | | Sub Total Parts | 0.00 | Warranty |
|---|---|---|---|---|---|
| | | | SubTotal Job # 4 | | Warranty |

**5. Customer statement of problem**
  Flash Software 1 (Software Flash for BPCM ** )
     1 -- Cause/Action to Take
     DIAG - x
     1 -- Correction/Action Taken
     see line 3

| | | | Sub Total Parts | 0.00 | Warranty |
|---|---|---|---|---|---|
| | | | SubTotal Job # 5 | | Warranty |

**6. Customer statement of problem**
  Flash Software 2 (Software Flash for HCP ** )
     1 -- Cause/Action to Take
     DIAG - x
     1 -- Correction/Action Taken
     see line 3

| | | | Sub Total Parts | 0.00 | Warranty |
|---|---|---|---|---|---|
| | | | SubTotal Job # 6 | | Warranty |

**7. Customer statement of problem**
  Indicator/Warning Lights Concern [THE CHECK ENGINE LIGHT IS ON]

**Ed Voyles**
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com

Jeep • RAM

Page 3

Inv. Num **108717**
Printed SEP 24 24 2:14 PM
Copy # 1
Date Opened 06/29/24
Date Notified 09/24/24
Date Delivered
Date Complete 09/24/24

onald Moore
GREEN COVE SPRINGS, FL 320438037
Phone (H):               Phone (W):
Phone (C):               Phone Oth:
Email:                @gmail.com
Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L)
VIN: 1C4JJXR68 MW738701
License Number:          Color:
Stock Number:            Mileage In:  44231
Tag Number:   JEH        Mileage Out: 44237

A/R Number:
Customer Number:  1514409
PO Number:
Auth Number:
Service Writer:   James Hanham
Estimate Amount:  $ 216.95
Terms & Conditions:
Type of Sale:     Retail

Customer Signature

| Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|

1 – Cause/Action to Take
DIAG - Found code P0E15-00 present, battery pack coolant heater performance code. Scanned vehicle and found the ECH permanently locked out. ECH has to be replaced per service library.
1 – Correction/Action Taken
Powered down high voltage system, raised vehicle and drained coolant system. removed the skid plate and front crossmember to gain access to the ECH. Disconnected wiring and moved pumps aside. Disconnected the coolant lines and wiring harnesses from the ech, unbolted and removed from vehicle. Installed new ECH, connected all removed coolant lines and wiring, reinstalled pumps. Installed the skid plate and front crossmembe, lowered vehicle and vacuum filled syste, finally powered up the high voltage system.
07130104 (1.5)
07FF0250 (0.3)

0.00

| Part Number | Failed | Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|---|---|
| 68443445AC | X | ELECTRIC COOLANT HEATER | 1 | 1 | | | Warranty |
| 68163849AB |   | COOLANT ANTIFREEZ | 1 | 1 | | | Warranty |

Sub Total Parts
SubTotal Job # 7

**8. Customer statement of problem**
REPLACE FRONT WIPER BLADES
1 – Cause/Action to Take
WIPERBLADES -
1 – Correction/Action Taken
REPLACED FRONT WIPER BLADES

13.60

| Part Number | Failed | Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|---|---|
| 68383600AB |   | FRONT WIPER BLADE | 2 | 2 | 33.13 | 66.26 | 66.26 |

Sub Total Parts
SubTotal Job # 8                                                                                      79.86

CONFIDENTIAL                                                                                FCA-Moore-0000007





**Ed Voyles**
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com

Page 4

onald Moore
GREEN COVE SPRINGS, FL 320438037
Phone (H):          Phone (W):
Phone (C):          Phone Oth:
Email:        @gmail.com
Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L)
VIN: 1C4JJXR68MW738701
License Number:          Color:
Stock Number:
Tag Number: JEH
Mileage In: 44231
Mileage Out: 44237

A/R Number:
Customer Number: 1514409
PO Number:
Auth Number:
Service Writer: James Hanham
Estimate Amount: $ 216.95
Terms & Conditions:
Type of Sale: Retail
Customer Signature

Inv Num: **108717**
Printed: SEP 24 24 2:14 PM
Copy #: 1
Date Opened: 08/29/24
Date Notified: 09/24/24
Date Delivered:
Date Complete: 09/24/24

| Description | | | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|---|---|
| **9. Customer statement of problem** | | | | | | | |
| REPLACE REAR WIPER BLADE | | | | | | | |
| 1 -- Cause/Action to Take | | | | | | | |
| WIPERBLADES - REAR - | | | | | | | |
| 1 -- Correction/Action Taken | | | | | | | |
| Replaced rear wiper blade | | | | | | | 13.60 |
| Part Number | Failed | Description | | | | | |
| 68362105AA | | REAR WIPER BLADE | 1 | 1 | 26.50 | 26.50 | |
| | | Sub Total Parts | | | | | 26.50 |
| | | SubTotal Job # 9 | | | | | 40.10 |
| **10. Customer statement of problem** | | | | | | | |
| REPLACE ENGINE AIR FILTER | | | | | | | |
| 1 -- Cause/Action to Take | | | | | | | |
| AIRFILTER - RECOMMENDED MAINTENANCE | | | | | | | |
| 1 -- Correction/Action Taken | | | | | | | |
| REPLACED AIR FILTER | | | | | | | 15.00 |
| Part Number | Failed | Description | | | | | |
| 68257030AA | | AIR FILTER | 1 | 1 | 59.95 | 59.95 | |
| | | Sub Total Parts | | | | | 59.95 |
| | | SubTotal Job # 10 | | | | | 74.95 |
| *Recommendations* | | | | | | | |
| IF YOU DRIVE IN DUSTY CONDITIONS, REPLACE EVERY 15,000 MILES. | | | | | | | |
| **11. Customer statement of problem** | | | | | | | |
| REPLACE CABIN FILTER | | | | | | | |
| 1 -- Cause/Action to Take | | | | | | | |
| CABINFILTER - FACTORY REQUIRED MAINTENANCE | | | | | | | |
| 1 -- Correction/Action Taken | | | | | | | |
| REPLACED CABIN FILTER | | | | | | | 25.00 |
| Part Number | Failed | Description | | | | | |
| ACC27A | | A/C CLEAN | 1 | 1 | 25.33 | 25.33 | |
| 68535621AA | | CABIN AIR FILTER | 1 | 1 | 29.62 | 29.62 | |




Ed Voyles
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com

Page 5

| | |
|---|---|
| A/R Number: | Inv. Num 108717 |
| Customer Number: 1514409 | Printed SEP 24 24 2:14 PM |
| PO Number: | Copy # 1 |
| Auth Number: | Date Opened 08/29/24 |
| Service Writer: James Hanham | Date Notified: 09/24/24 |
| Estimate Amount $216.95 | Date Delivered: |
| Terms & Conditions: | Date Complete 09/24/24 |
| Type of Sale: Retail | |

nald Moore
GREEN COVE SPRINGS, FL 320438037
Phone (H): Phone (W):
Phone (C): Phone Oth:
Email: @gmail.com
Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L)
VIN: 1C4JJXR68 MW738701
License Number:
Color:
Stock Number:
Mileage In: 44231
Tag Number: JEH
Mileage Out: 44237

Customer Signature

Description                                                                  Ext      Grand
                                               QtyOrd  Qty Del  Price       Total     Total

                                    Sub Total Parts                                    54.95
                                    SubTotal Job # 11                                  79.95

**Recommendations**
IF YOU DRIVE PRIMARILY IN URBAN AREAS THAT HAVE HIGH
CONCENTRATIONS OF SOOT IN THE AIR FROM INDUSTRY AND FROM
DIESEL-POWERED VEHICLES, REPLACE EVERY 15,000 MILES.

**12. Customer statement of problem**
BRAKE SYSTEM FLUID EXCHANGE
1 - Cause/Action to Take
JB BF - REPLACE FLUID IN BRAKE SYSTEM
1 - Correction/Action Taken
COMPLETED BRAKE FLUSH                                                                  121.69
  Part Number      Failed   Description
  BF0130                    BRAKE FLUSH          1      1      53.26       53.26

                                    Sub Total Parts                                    53.26
                                    SubTotal Job # 12                                  174.95

**13. Customer statement of problem**
PERFORM COMPLETE FUEL SYSTEM SERVICE
1 - Cause/Action to Take
JB COMPLETE - CLEANS INJECTORS, INTAKE SERVICE,
THROTTLE BODY, AND STABILIZES EXISTING FUEL. ALSO
CLEANS ALL EXHAUST COMPONENTS. THIS HELPS WITH
MAINTAINING PROPER PERFORMANCE OF THE FUEL SYSTEM.
1 - Correction/Action Taken
COMPLETE FUEL SERVICE                                                                  174.66
  Part Number      Failed   Description
  89A                       TBODY SVC            1      1      23.38       23.38
  EFC                       ETHANOL KIT          1      1      23.14       23.14
  600                       AIR IND KIT          1      1      73.77       73.77

                                    Sub Total Parts                                    120.29
                                    SubTotal Job # 13                                  294.95

CONFIDENTIAL

FCA-Moore-0000009



**Ed Voyles**
789 Cobb Parkway SE
Marietta, GA 30060
(770) 429-1100
www.edvoylesCDJ.com





Page 6

Donald Moore
GREEN COVE SPRINGS, FL 320438037
Phone (H)
Phone (C)           Phone (W)
Email:              Phone Oth:
                    @gmail.com
Year/Make/Model: 2021 JEEP Wrangler 4xe (2.0L)
VIN: 1C4JJXR68 MW738701
License Number:           Color:
Stock Number:
Tag Number: JEH    Mileage In: 44231
                   Mileage Out: 44237

A/R Number:
Customer Number:   1514409
PO Number:
Auth Number:
Service Writer:    James Hanham
Estimate Amount:   $ 216.95
Terms & Conditions:
Type of Sale:      Retail

Customer Signature

Inv Num: **108717**
Printed SEP 24 24 2:14 PM
Copy #: 1
Date Opened:   08/29/24
Date Notified: 09/24/24
Date Delivered:
Date Complete: 09/24/24

| Description | QtyOrd | Qty Del | Price | Ext Total | Grand Total |
|---|---|---|---|---|---|
| **Miscellaneous Charges and Deductions For All Jobs** | | | | | |
| Shop Supplies | | | | | 59.58 |

Disclaimer of Warranties: No warranty on high performance work, parts or labor. Any warranties on the products sold hereby are those made by the manufacturer. The seller, Ed Voyles, hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and Ed Voyles neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

Terms Cash   Unless arrangements made   I hereby authorize the repair work hereinafter set forth to be done along with necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the p

**All Sales are Final**

| | |
|---|---|
| Total Labor | 363.55 |
| Total Parts | 381.21 |
| Total Sublet | 0.00 |
| Misc. Chrgs | 59.58 |
| Car Rental | 0.00 |
| Freight | 0.00 |
| Deductible | 0.00 |
| Special Tax | 0.00 |
| Haz Mat Chrg | 0.00 |
| Sales Tax | 26.44 |
| **AMOUNT DUE** | **830.78** |