# Exhibit JJ

# OXENDALE CHRYSLER DODGE JEEP

920 E. State Route 89A  -  Cottonwood, AZ 86326
(928) 634-3656  -  Fax: (928) 634-5269

CHRYSLER  DODGE  Jeep  RAM

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 06/18/24 | 61099606/1 |
| R/O Close Date | Status |
| 07/23/24 | Pre-Invoice |
| Mileage In | Mileage Out |
| 33631 | 33632 |

Service Advisor / Tag #
**Justin Piper**

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| OTTO, TAMMY | | 1C4JJXP6XMW742218 |
| [redacted] | Home Phone | |
| SEDONA, AZ  863369508 | [redacted] | Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Cell: [redacted]    Email: [redacted]

```
#1 - DTC: DIAGNOSTIC TROUBLE CODE
     OTHER DIAGNOSIS 1 - C/S: CUSTOMER STATES CHECK ENG
     INE LIGHT ON AND AUX BATTERY LIGHT ON CAUSING ENGI
     NE TO NOT RUN VERY WELL CHECK AND ADVISE
     Tech: David Hatton          (171)
     Installed 68488244AA :SVCE KIT: HYBRID        Qty: 1      Warranty
     inspected vehicle has code pob2400 hybrid ev              Warranty
     battery a voltage unstable
     tsb 80-098-24
     possible flash
     no flashed for hybrid available
     star case 102533859
     68535340 aa
     05193168am
     installed new ev hybrid battery cleared codes and
     test drove, no codes return and cel is out, sent
     vehicle to car was now ready for customer and no
     further issues at this time
---------------------------------------------------------
#2 - RENTAL: RENTAL VEHICLE
     PO NUMBER 61099606
     Tech: David Hatton          (171)                          Warranty
     copy
***************************************************************
* Thanks for your business! Price quotes valid for  30       *
```

**TERMS:** STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

**DISCLAIMER OF WARRANTIES.** Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

X _____

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

**DALE CHRYSLER DODGE JEEP**
E. State Route 89A - Cottonwood, AZ 86326
(928) 634-3656 - Fax: (928) 634-5269

CHRYSLER  DODGE  Jeep  RAM

| | SERVICE DEPARTMENT HOURS | R/O Open Date | R/O Number |
|---|---|---|---|
| | 7:30 a.m. to 5:30 p.m. | 06/18/24 | 61099606/2 |
| | Monday - Friday | R/O Close Date | Status |
| | | 07/23/24 | Pre-Invoice |
| | | Mileage In | Mileage Out |
| | | 33631 | 33632 |

Service Advisor / Tag #
Justin Piper

OTTO, TAMMY
SEDONA, AZ 863369508

Vehicle Identification Number: 1C4JJXP6XMW742218

| Year | Make | Model |
|---|---|---|
| 2021 | JEEP | WRANGLER 4XE |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| * days! All special ordered in parts are final!  No returns* <br> * on electrical componet parts at all!                              * <br> ************************************************************ | |

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 045-1028

CONFIDENTIAL

**OXENDALE CHRYSLER DODGE JEEP**
920 E. State Route 89A - Cottonwood, AZ 86326
(928) 634-3656  -  Fax: (928) 634-5269
CHRYSLER  DODGE  Jeep  RAM

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 07/29/24 | 61100393/1 |
| **R/O Close Date** | **Status** |
| 07/29/24 | Pre-Invoice |
| **Mileage In** | **Mileage Out** |
| 33678 | 33679 |

Service Advisor / Tag #: Justin Piper

| Customer | Work Phone | Vehicle Identification Number |
|---|---|---|
| OTTO, TAMMY | | 1C4JJXP6XMW742218 |
| SEDONA, AZ 863369508 | Home Phone | Delivery Date / In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2021 | JEEP | WRANGLER 4XE | | | |

### DESCRIPTION OF SERVICE AND PARTS | AMOUNT

Cell: [redacted]     Email: [redacted]

#1 - DTC: DIAGNOSTIC TROUBLE CODE
    OTHER DIAGNOSIS 1 - C/S: CUSTOMER STATES CHECK ENG
    INE LIGHT BACK ON CHECK AND ADVISE
    Tech: Santiago Herrera    (192)                                    **Warranty**
    battery coolant was low so topped off then
    cleared code and test drove to temp then tested
    to make sure coolant pump working, passed testing
    and check engine light did not return
-------------------------------------------------------
#2 - RENTAL: RENTAL VEHICLE
    Tech: Santiago Herrera    (192)                                    Warranty
    po71028148 rental not needed due to quick repair
    and customer waited
************************************************************
* Thanks for your business! Price quotes valid for  30     *
* days! All special ordered in parts are final!  No returns*
* on electrical componet parts at all!                     *
************************************************************

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control, or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X _____

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028