# Exhibit KK

**INVOICE**

Invoice #: **771053**

Tag #: **1462**

# AutoNation
**AutoNation Chrysler Jeep Broadway**
5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720
www.autonation.com

*EVE M PARK*
LITTLETON, CO 80121
Home: Bus:
Cell: Email: com|home Customer #: 6303045 Service Advisor: **9800 BREANNA SEATON**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| Bright_Whi | 21 | JEEP WRANGLER | 1C4JJXR64MW629796 | | 14011 | 14015 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 07MAY21 D | | | 17:00 28JUL23 | | 0.00 | VMC | 28JUL23 | 11:08 26JUN23 | 11:12 28JUL23 |

OPTIONS: SOLD-STK:MW629796 DLR:68250 TRN:A

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

**We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP"." These non-OE (AP") parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.**

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

**Customer Copy**

```
LINE OPCODE TECH TYPE HOURS                         LIST    NET    TOTAL
A General Concern [CUSTOMER STATES CHECK ENGINE LIGHT ON DASH, ENGINE
    IS IDLING VERY ROUGH AND WHEN PRESSING GAS VEHICLE DOES NOT
    ACCELERATE AND WILL NOT SWITCH INTO ELECTRIC MODE , PLEASE
    ADVISE]
GEN General Concern                                          (N/C)
    9253   W3                                                (N/C)
  1 68163849AB *ANTIFREEZ-COOLANT                            (N/C)
  1 5185101AH MODULE-GEN 2 POWER INVERTER                     0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE A:
14015 CEL LIGHT ON, PULLED CODE P0A78 POWER INVERTER PERFORMANCE.
WENT THROUGH DIAGNOSTICS, MEASURED RESISTANCE OF RESOLVER A SIN HI AND
LOW, 56.7 WITH IN SPEC, RESOLVER A COS HI AND LOW, 54.1 WITHIN SPEC.
AND RESOLVER EXCITATION HI AND LOW, 19.3 WITHIN SPEC. PER DIAG, REPLACE
PIM. 08198205 AND 07FF0250 3.40 DRAIN COOLANT. REPLACE PIM. UPDATE HCP.
PERFORM MOTOR RESOLVER OFFSET RELEARN. CLEAR CODES. RECHECK, NO MORE
CEL ON AT THIS TIME.
    *******************************************************
B Multi-point inspection (according to maintenance interval)
MULTI-I Multi-point inspection (according to
    maintenance interval)
    9253   C3                                        0.00    0.00
GTIRE TIRES AT 7/32'' OR BETTER - NO ATTENTION
    NEEDED AT THIS TIME.
    9253   C3                                        0.00    0.00
GBK BRAKES ARE OVER 5MM OR 7/32 (Disc) OR OVER
    2MM OR 3/32 (Drum) AND ARE OKAY AT THIS
    TIME.
    9253   C3                                        0.00    0.00
GBATT BATTERY INSPECTS GOOD AT THIS TIME
    9253   C3                                        0.00    0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE B:    0.00
14011 PERFORM INSPECTION
    *******************************************************
C** REMOVAL OF SKID PLATES
```

ALL PARTS ARE NEW ORIGINAL EQUIPMENT MANUFACTURER PARTS UNLESS OTHERWISE INDICATED.

**SHOP SUPPLY COST:** We have computed a charge equal to 14.99% of the total cost of labor, not to exceed $59.99, in the Misc. Charges amount for shop supplies used in connection with this repair.

**WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.**

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

*Notice to Consumer: Please read important information on back.*

**Page 1 of 2**

CONFIDENTIAL

FCA-Park-0000019

**INVOICE**

Invoice #: **771053**

Tag #: **1462**

## AutoNation

**AutoNation Chrysler Jeep Broadway**

5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720
www.autonation.com

**EVE M PARK**

LITTLETON, CO 80121
**Home:**            **Bus:**            Customer #: **6303045**
**Cell:**            **Email:**            com/home   Service Advisor: **9800 BREANNA SEATON**

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| Bright Whi | 21 | JEEP WRANGLER | | 1C4JJXR64MW629796 | | 14011 | 14015 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 07MAY21 D | | | 17:00 28JUL23 | | 0.00 | VMC | 28 JUL23 | 11:08 26JUN23 | 11:12 28JUL23 |

OPTIONS: SOLD-STK:MW629796 DLR:68250 TRN:A

**We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.**

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*". These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
LINE OPCODE TECH TYPE HOURS                      LIST      NET      TOTAL
      MISC MISC                                 224.93    224.93
        9253 C3ZM                                        224.93    224.93
PARTS:     0.00  LABOR:   224.93  OTHER:    0.00  TOTAL LINE C:
14011 1.50 TO REMOVE AND INSTALL MULTIPLE SKID PLATES(AFTERMARKET)
FOR THE PIM DIAGNOSIS AND REPLACEMENT.
    ***********************************************************
D** DURING INSPECTION, TECH HAD TO JUMP BATTERY
      MISC MISC                                            (N/C)
        9253    W3                                         (N/C)
        1 BBH7A001AA BATTERY-STORAGE
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE D:    0.00
14011 NO CRANK, NO START. TESTED BATTERY FAILED. 08080110 0.50
REPLACE BATTERY. RECHECK, STARTS AND RUNS FINE NOW.
    ***********************************************************
    ***********************************************************
ESTIMATE: 0.00              26JUN23 11:08  SA: 9800
    CONTACT:
    ***********************************************************
SHOP SUPPLY CHARGE                                            33.72
```

*Dealer is not authorized to perform recall repairs for non-Dealer brand vehicles and Dealer's Vehicles Safety and Condition Inspection and/or service does not include a review of possible pending recalls or service campaigns issued by manufacturers of other makes and models.*

| | |
|---|---|
| **ALL PARTS ARE NEW ORIGINAL EQUIPMENT MANUFACTURER PARTS UNLESS OTHERWISE INDICATED.** | |
| **SHOP SUPPLY COSTS:** We have included a charge equal to 14.99% of the total cost of labor, not to exceed $59.99, in the Misc. Charges amount for shop supplies used in connection with this repair. | |
| **WARRANTY STATEMENT AND DISCLAIMER: PLEASE SEE THE DEALERSHIP'S LIMITED WARRANTY ON THE REVERSE SIDE OF THIS REPAIR INVOICE.** | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE            CUSTOMER SIGNATURE            AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

| DESCRIPTION | | TOTALS |
|---|---|---|
| LABOR AMOUNT | | 224.93 |
| PARTS AMOUNT | | 0.00 |
| GAS, OIL, LUBE | | 0.00 |
| SUBLET AMOUNT | | 0.00 |
| MISC. CHARGES | | 33.72 |
| TOTAL CHARGES | | 258.65 |
| LESS INSURANCE | | 0.00 |
| SALES TAX | | 2.69 |
| **PLEASE PAY THIS AMOUNT** | | **261.34** |

Copyright 2014 CDK Global, LLC · EMF SERVICE INVOICE · X5INC · 9G9004 · ImAGrNG

**Customer Copy**

Notice to Consumer: Please read important information on back.            **Page 2 of 2**

CONFIDENTIAL

FCA-Park-0000020

**EVE M PARK**

LITTLETON, CO 80121
Home: _____   Bus: _____
Cell: _____   Email: _____.com home

***INVOICE***

Invoice #: **781409**
Tag #: **1928**

Customer #:**6303045**
Service Advisor: **9800 BREANNA SEATON**

**AutoNation**

AutoNation Chrysler Jeep Broadway
5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|
| Bright Whi | 21 | JEEP WRANGLER | 1C4JJXR64MW629796 | | 18676 | 18676 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
|---|---|---|---|---|---|---|---|---|---|
| 07MAY21 D | | | 17:00 28MAR24 | | 0.00 | CASH | 02APR24 | 07:30 25MAR24 | 09:18 02APR24 |

OPTIONS: SOLD-STK:MW629796 DLR:68250 TRN:A

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | CUSTOMER STATES CHECK ENGINE LIGHT ON DASH, PLEASE ADVISE | | | | | | | |

A CUSTOMER STATES CHECK ENGINE LIGHT ON DASH, PLEASE ADVISE
  GEN General Concern [cusatomer states check engine light]
    6364     W3                                                      (N/C)
  1 68443445AC MODULE-BATTERY HEATER                                 (N/C)
  1 68163849AB *ANTIFREEZ-COOLANT                                    (N/C)
  PARTS:   0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE A:   0.00
  18676 2.70 PERFORM MIL LIGHT DIAGNOSTICS, CONNECT TO WI-TECH, HAS A
  ACTIVE P0E15 FAULT IN SYSTEM. COOLANT LEVEL IS AT PROPER LEVEL, TEST B+
  AND GROUNDS AT COOLANT HEATER, ALL GOOD, MONITOR DATA, FOUND HV COOLANT
  HEATER STATUS IS PERMANENTLY LOCKED, ACCESS AND REPLACE ELECTRIC
  COOLANT HEATER, FILL WITH MOPAR 10YR COOLANT, PERFORM COOLANT FILL
  PROCEDURE, SYSTEM OPERATING AS DESIGNED AFTER REPAIRS.
  ************************************************************
B PERFORM TIRE ROTATION AND CHECK TIRE PRESSURE******* ASK CUSTOMER FOR
  WHEEL LOCK
  ROTATE PERFORM TIRE ROTATION AND CHECK TIRE
    PRESSURE******* ASK CUSTOMER FOR WHEEL LOCK
    6364     W3                                                      (N/C)
  PARTS:   0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE B:   0.00
  18676 0.30 PERFORM 4 TIRE ROTATION AND SET PRESSURES TO 38 PSI
  ************************************************************
C VEHICLE SAFETY CONDITION INSPECTION INCLUDED
  MULTI-I VEHICLE SAFETY CONDITION INSPECTION
    INCLUDED
    6364     C3                                              0.00    0.00
  GBK BRAKES ARE OVER 5MM OR 7/32 (Disc) OR OVER
    2MM OR 3/32 (Drum) AND ARE OKAY AT THIS
    TIME.
    6364     C3                                              0.00    0.00
  GTIRE TIRES AT 7/32'' OR BETTER - NO ATTENTION
    NEEDED AT THIS TIME.
    6364     C3                                              0.00    0.00
  GBATT BATTERY INSPECTS GOOD AT THIS TIME

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS: PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE

CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBERS, INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND THAT YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT OF YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.

If we receive payment related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any outstanding indebtedness of yours. You hereby grant us a power of attorney to endorse or otherwise sign your name and to deposit such funds into the dealership's account to carry out the intent of this provision.

By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services/repairs itemized in this Invoice and that you received or had the opportunity to inspect any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the amount due.

DATE _____   CUSTOMER SIGNATURE _____

DATE _____   AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE _____

SHOP SUPPLY CHARGES:
We may charge shop supply costs of 16.5% of the total cost of labor, up to a maximum of $85.00.

ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.

| DESCRIPTION | | TOTALS |
|---|---|---|
| LABOR AMOUNT | | |
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | |

**Section 30-20-1403, Colorado Revised Statutes, requires retailers to collect a waste tire fee set by the solid and hazardous waste commission on the sale of each new motor vehicle tire and each new trailer tire.**

DealerCAP

INVOICE TYPE 2  ACCPAC  AUTONATION "LIMITED WARRANTY" - CO  RO74007

*Customer Copy*

Page  1 of 4

CONFIDENTIAL

FCA-Park-0000026

**\*INVOICE\***

Invoice #: **781409**

Tag #: **1928**

# AutoNation

**AutoNation Chrysler Jeep Broadway**

*EVE M PARK*

LITTLETON, CO 80121

Home: ▮▮▮▮
Cell:

Bus: ▮▮▮
Email: ▮▮▮▮

Customer #:**6303045**

.com| home

5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720

Service Advisor: *9800 BREANNA SEATON*

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| Bright Whi | 21 | JEEP WRANGLER | | 1C4JJXR64MW629796 | | 18676 | 18676 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 07MAY21 D | | | 17:00 28MAR24 | | 0.00 | CASH | 02APR24 | 07:30 25MAR24 | 09:18 02APR24 |

OPTIONS: SOLD-STK:MW629796 DLR:68250 TRN:A

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP\*." These non-OE (AP\*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
LINE OPCODE TECH TYPE HOURS                          LIST        NET       TOTAL
        6364    C3                                    0.00       0.00       0.00
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE C:           0.00
  18676 PERFORM MULTI POINT INSPECTION
        ************************************************
D CUSTOMER STATES REAR LOCK LIGHT COMES ON DASH, PLEASE ADVISE
        MISC MISC
        6364    W3                                                       (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:           0.00
  18676 calibrate rear axle lockers, all test okay, no codes stored
    at this time
        ************************************************
E CUSTOMER STATES ON PASSENGER SIDE , ONE TOUCH RATTLES ON BUMPS
        NC NO CHARGE *
        6364    W3                                                       (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE E:           0.00
  18676 UNABLE TO DUPLICATE THIS CONCERN, NOTE CUSTOMER HAS A AFTER
    MARKET RACK THAT GOES OVER THE TOP AND SIDES, IF ANY REPAIRS HAVE TO BE
    MADE THIS WILL NEED TO BE REMOVED TO ACCESS SLIDER ASSEMBLY.
        ************************************************
F CUSTOMER STATES BRAKE REGENERATION AND HYBRID MODE WILL POP OUT AT
        TIMES
        NC NO CHARGE *
        6364    W3                                                       (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE F:           0.00
  18676 UNABLE TO DUPLICATE THIS CONCERN, RECALL UPDATES TO THE
    MODULES HAVE BEEN DONE, THIS COULD HAVE CORRECTED THERE CONCERN.
        ************************************************
G 2021-2024 JL WL PHEV Defrost
    CAUSE: F
        GEN General Concern #1
        6364    W3                                                       (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE G:           0.00
  18676 0.80 INSPECT BPCM, AHCP AND HCP SOFTWARE LEVELS REPROGRAM
    BPCM, AHCP AND HCP MODULES WITH NEW SOFTWARE.
```

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS. PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
**CALL/TEXT AUTHORIZATION** YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT FROM YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.
If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any outstanding indebtedness of yours. You hereby grant us a power of attorney to endorse or otherwise sign your name and to deposit such funds into the dealership's account to carry out the intent of this provision.
By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the amount due.

_____
DATE

_____
CUSTOMER SIGNATURE

_____
AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of 16.5% of the total cost of labor, up to a maximum of $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| | | |
|---|---|---|
| LABOR AMOUNT | | |
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | |

(D E S C R I P T I O N) (T O T A L S)

**Section 30-20-1403, Colorado Revised Statutes, requires retailers to collect a waste tire fee set by the solid and hazardous waste commission on the sale of each new motor vehicle tire and each new trailer tire.**

DealerCAP _____ INVOICE TYPE 2 ACO250K AUTONATION "LIMITED WARRANTY" - CO 8974027

*Customer Copy*

Page 2 of 4

CONFIDENTIAL

FCA-Park-0000027

USED VEH

**EVE M PARK**

LITTLETON, CO 80121
Home:
Cell:

*INVOICE*

**Invoice #:** 781409

**Tag #:** 1928

Bus:
Email:
Customer #:6303045 .com|home

**Service Advisor:** 9800 BREANNA SEATON

# AutoNation

**AutoNation Chrysler Jeep Broadway**

5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720

| COLOR | YEAR | | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|---|---|
| Bright Whi | 21 | | JEEP WRANGLER | | 1C4JXR64MW629796 | | | 18676 | 18676 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 07MAY21 D | | | 17:00 28MAR24 | | 0.00 | CASH | 02APR24 | 07:30 25MAR24 | 09:18 02APR24 |

OPTIONS: SOLD-STK:MW629796 DLR:68250 TRN:A

*We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.*

*We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.*

```
LINE OPCODE TECH TYPE HOURS                           LIST      NET      TOTAL
H 2021-2023 JL PHEV High Voltage Battery
  RC999 RECALL
       6364    W3
PARTS:      0.00 LABOR:      0.00 OTHER:      0.00   TOTAL LINE H:    (N/C)
18676 0.90                                                           0.00
Run Pre-Check B9A Battery
Integrity Procedure and
Reprogram Battery Pack
Control Module (BPCM) and
Run B9A Battery Integrity
Procedure, TCM OUT OF DATE REPROGRAM TCM ALSO WITH NEW SOFTWARE.
*************************************************************
I** RETURN VEHICLE BACK TO STOCK
     MISC MISC
       6364C3XTO                                      769.98   769.98
PARTS:      0.00 LABOR:    769.98 OTHER:      0.00   TOTAL LINE I:    769.98
18676 3.00 CUSTOMER HAD GATEWAY BYPASSED WITH AFTER MARKET MODULE
PREVENTING COMMUNICATION WITH BUS SYSTEM AND UNABLE TO PROGRAM MODULES,
CONNECT BACK TO OEM GATEWAY, ALSO CUSTOMER HAD AFTER MARKET SKID PLATES
PREVENTING ACCESS TO ELECTRIC COOLANT HEATER, REMOVE ENGINE AND MID
SECTION SKID PLATES SERVICE COOLANT HEATER AND REINSTALL SKID PLATES.
*************************************************************
```

```
*************************************************************
ESTIMATE: 236.00              25MAR24 07:30  SA: 9800
   CONTACT: 0
*************************************************************

~|4630

|EMAIL|ryan@ryannicholl.com|HOME
```

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS: PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM. REGARDING SALES AND SERVICE OF YOUR VEHICLE. YOU UNDERSTAND YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT OF YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.
If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any outstanding indebtedness of yours. You hereby grant us a power of attorney to endorse or otherwise sign your name and to deposit such funds into the dealership's account to carry out the intent of this provision.
By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the amount due.

DATE _____ CUSTOMER SIGNATURE _____ AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**Section 30-20-1403, Colorado Revised Statutes, requires retailers to collect a waste tire fee set by the solid and hazardous waste commission on the sale of each new motor vehicle tire and each new trailer tire.**

**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of 16.5% of the total cost of labor, up to a maximum of $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| DESCRIPTION | | TOTALS |
|---|---|---|
| LABOR AMOUNT | | |
| PARTS AMOUNT | | |
| GAS, OIL, LUBE | | |
| SUBLET AMOUNT | | |
| MISC. CHARGES | | |
| TOTAL CHARGES | | |
| LESS INSURANCE | | |
| SALES TAX | | |
| PLEASE PAY THIS AMOUNT | | |

DealerCAP              INVOICE TYPE 2 RCODSJC  AUTONATION "LIMITED WARRANTY"  CO 8974007

*Customer Copy*

**Page 3 of 4**

CONFIDENTIAL

FCA-Park-0000028

*INVOICE*

Invoice #: **781409**

Tag #: **1928**

# AutoNation

**AutoNation Chrysler Jeep Broadway**

5445 S. BROADWAY
LITTLETON, CO 80121
303-761-1720

**EVE M PARK**

LITTLETON, CO 80121
Home:      **Bus:**
Cell:      **Email:**    Customer #:**6303045**
.com|home    Service Advisor: **9800 BREANNA SEATON**

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN | MILEAGE OUT |
|---|---|---|---|---|---|---|---|
| Bright Whi | 21 | JEEP WRANGLER | | 1C4JJXR64MW629798 | | 18676 | 18676 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | R.O. OPENED | READY |
| 07MAY21 D | | | 17:00 28MAR24 | | 0.00 | CASH | 02APR24 | 07:30 25MAR24 | 09:18 02APR24 |

OPTIONS: SOLD-STK:MW629798 DLR:68250 TRN:A

We are a proud retailer of Original Equipment (OE) parts, sourced from the vehicle manufacturer and backed by its limited warranty.

We also offer high quality non-OE parts that are suitable for your vehicle and fit all budgets and needs. If you have chosen a non-OE part, it will be identified on your invoice as "AP*." These non-OE (AP*) parts are not sourced from the vehicle's manufacturer or covered by its warranty. Non-OE parts come with a limited warranty backed by AutoNation and/or the parts manufacturer.

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
*********************************************************************
ESTIMATE: 659.85
         CONTACT:              25MAR24 07:30  SA: 9800
*********************************************************************
```

WARRANTY STATEMENT AND VEHICLE INSPECTION RIGHTS- PLEASE SEE THE TERMS ON THE REVERSE SIDE OF THIS REPAIR INVOICE.
CALL/TEXT AUTHORIZATION: YOU HEREBY AUTHORIZE US TO MAKE RECURRING CALLS, TEXTS, AND TRANSMIT VOICEMAILS TO YOU AT YOUR PHONE NUMBER(S), INCLUDING BY USE OF AN AUTOMATED SYSTEM, REGARDING SALES AND/OR SERVICE OF YOUR VEHICLE. YOU UNDERSTAND YOUR AGREEMENT IS NOT A CONDITION OF PURCHASING GOODS OR SERVICES AND YOU MAY OPT OUT YOUR PHONE NUMBER(S) BY NOTIFYING YOUR SERVICE ADVISOR OR TEXTING STOP TO ANY MESSAGE RECEIVED. MSG & DATA RATES MAY APPLY.
If we receive payments related to the goods or services provided hereunder from any third party (e.g., a check under a Service Contract), you agree that we may retain all such monies as if same was a payment from you and apply such funds to any outstanding indebtedness of yours. You hereby grant us a power of attorney to endorse or otherwise sign your name and to deposit such funds into the dealership's account to carry out the intent of this provision.
By signing below, you acknowledge that you were notified of and authorized the dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the sum due.

DATE       CUSTOMER SIGNATURE       AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

**Section 30-20-1403, Colorado Revised Statutes, requires retailers to collect a waste tire fee set by the solid and hazardous waste commission on the sale of each new motor vehicle tire and each new trailer tire.**

DealerCAP    INVOICE TYPE 2   AC035JE   AUTONATION "LIMITED WARRANTY" CO REV4001

*Customer Copy*

**SHOP SUPPLY CHARGES:**
We may charge shop supply costs of 16.5% of the total cost of labor, up to a maximum of $65.00.

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED.**

| | DESCRIPTION | | |
|---|---|---|---|
| LABOR AMOUNT | | TOTALS | 769.98 |
| PARTS AMOUNT | | | 0.00 |
| GAS, OIL, LUBE | | | 0.00 |
| SUBLET AMOUNT | | | 0.00 |
| MISC. CHARGES | | | 0.00 |
| TOTAL CHARGES | | | 769.98 |
| LESS INSURANCE | | | 0.00 |
| SALES TAX | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | | **769.98** |

*Page 4 of 4*

CONFIDENTIAL

FCA-Park-0000029