# Exhibit LL

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCQ577880**

CHCQ577880

CELL: 732-757-7574

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 203861 | BRITTANY SNYDER  4090 | 5767 | 11/28/22 | CHCQ577880 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 16,119 | BLK CLEARCO | |
| 603 MARTHAS VIEW DR | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| HUNTERSVILLE, NC 28078-4214 | 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1C4JJXP61MW868340 | | | | |
| daperrera@yahoo.com | F.T.E. NO. | P.O. NO. | | R.O. DATE | REPRINT# 1 |
| | | | | 11/25/22 | |
| RESIDENCE PHONE  732-757-7574 | BUSINESS PHONE | COMMENTS | | | MO: 16125 |

```
LABOR & PARTS---------------------------------------------------
J# 1 15CHZ-PLAT     FULL SYNTHETIC PLAT     TECH(S):3212              WARRANTY
              (Change synthetic engine oil and filter 5qt 5W30 SN Plus)
       MAINTENANCE
       PERFORM FULL SYNTHETIC OIL CHANGE PLATINUM EDITION

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE-
JOB # 1      5    68523981-AA          OIL 5W30  01081090                   WARRANTY
JOB # 1      1    4892339-BB           FILTER EN 09057006                   WARRANTY
                                           JOB #  1 TOTAL PARTS       0.00

                                           JOB #  1 TOTAL LABOR & PARTS   0.00
---------------------------------------------------------------
J# 2 15CHZZ006      ROTATE TIRES            TECH(S):3212              WARRANTY
              (Rotate tires)
       CUSTOMER REQUESTS TIRE ROTATION TO BE PERFORMED IN MOPAR
       EXPRESS SERVICE LANE CENTER
       PERFORMED TIRE ROTATION

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE-
                                           JOB #  2 TOTAL PARTS       0.00

                                           JOB #  2 TOTAL LABOR & PARTS   0.00
---------------------------------------------------------------
J# 3 09CHZ          ENGINE REPAIR MAJOR     TECH(S):3212              WARRANTY
              Customer States pink fluid leaking under jeep (Engine Concer
              n - Major Diag repair costs not included)
       AFTER PRESSURIZING THE COOLANT SYSTEM I NOTICE THE BOLTS
       BEHIND THE WATER PUMP THAT HOLDS THE COOLANT TUBE TO THE
       BLOCK WERE VERY LOOSE.
       TIGHTEN BOLTS. ADD COOLANT TO SYSTEM. REPLACE AIR OUT OF THE
       SYSTEM. VEHICLE IS WORKING PROPERLY

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE-   WARRANTY
JOB # 3      1    4318031-AC           ADHESIVE  01081005
                                           JOB #  3 TOTAL PARTS       0.00

                                           JOB #  3 TOTAL LABOR & PARTS   0.00
---------------------------------------------------------------
J# 4 15CH9090       MULTI POINT INSP        TECH(S):3212              WARRANTY
       PERFORM MOPAR EXPRESS LANE INSPECTION
       .
       PERFORMED MOPAR EXPRESS LANE INSPECTION. PRINTED & REVIEWED
       THE RESULTS WITH CUSTOMER. ATTACHED COPY TO RECEIPT.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION---------------UNIT PRICE-
                                           JOB #  4 TOTAL PARTS       0.00

                                           JOB #  4 TOTAL LABOR & PARTS   0.00
---------------------------------------------------------------
MISC------CODE-----DESCRIPTION----------------------CONTROL NO-------   WARRANTY
JOB # 1       PDLOF  LOF PAID BY FACTORY WTY
                                           TOTAL - MISC          0.00
```

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

Did you know that you can schedule your service appointments online?
Visit: www.lakenormanchrysler.com

PAGE 1 OF 2      SERVICE FILE COPY      [CONTINUED ON NEXT PAGE]   04:02pm

The Reynolds and Reynolds Company  ERAINTINVE
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 001

# LAKE NORMAN
## CHRYSLER · JEEP · DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCQ577880**

CHCQ577880

2001ICHCQ577880

CELL: 732-757-7574

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 203861 | BRITTANY SNYDER  4090 | 5767 | 11/28/22 | CHCQ577880 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 16,119 | BLK CLEARCO | |

603 MARTHAS VIEW DR
HUNTERSVILLE, NC 28078-4214

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1C4JJXP61MW868340 | | |

daperrera@yahoo.com

| F.T.E. NO. | P.O. NO. | R.O. DATE | |
|---|---|---|---|
| | | 11/25/22 | REPRINT# 1 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|
| 732-757-7574 | | | MO: 16125 |

```
ESTIMATE----------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
       ORIGINAL ESTIMATE OF    $0.00 (+TAX)
COMMENTS----------------------------------------------------
TAG NUMBER IS 5767
------------------------------------------------------------
TOTALS------------------------------------------------------
```

```
*******************************************
*                                          *    TOTAL LABOR....    0.00
*                                          *    TOTAL PARTS....    0.00
*  CASH...... CHECK...... CR CARD......    *    TOTAL SUBLET...    0.00
*                                          *    TOTAL G.O.G....    0.00
*  CHARGE ......                           *    TOTAL MISC CHG.    0.00
*                                          *    TOTAL MISC DISC    0.00
*  DATE.............. INITIALS..........   *    TOTAL TAX......    0.00
*                                          *                    --------
*******************************************    TOTAL INVOICE $    0.00
```

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

CUSTOMER SIGNATURE
************************        D U P L I C A T E   I N V O I C E        ***************************

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 2 OF 2        SERVICE FILE COPY        [ END OF INVOICE ]   04:02pm

The Reynolds and Reynolds Company ERAINTINVE
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 002

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCS631260**

CHCS631260

CELL: 732-757-7574

2001ICHCS631260

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 203861 | TUCKER, BREANNA  4246 | 1623 | 12/11/23 | CHCS631260 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 25,870 | BLK CLEARCO | |
| 603 MARTHAS VIEW DR | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| HUNTERSVILLE, NC 28078-4214 | 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1C4JJXP61MW868340 | | | | |
| daperrera@yahoo.com | F.T.E. NO. | | P.O. NO. | R.O. DATE | REPRINT# 1 |
| | | | | 12/02/23 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| 732-757-7574 | | | | | MO: 25870 |

```
LABOR & PARTS----------------------------------------------------
J# 1 50CHZ2         RECALL              TECH(S):5023         WARRANTY
    Customer SatisfactionNotification ZD8 - Coolant Leak (Recall
    Customer Satisfaction Notification 3)
    RECALL. WATER PUMP INLET FASTENERS COULD BACK OUT. APPLY
    THREADLOCKER TO THE FASTENERS.
    REMOVED THE WATER PUMP INLET FASTENERS, APPLIED THREADLOCKER
    TO EACH FASTENER. REINSTALLED THE WATER PUMP FASTENERS AND
    TORQUED TO SPEC.

-PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #   1 TOTAL PARTS           0.00

                                                  JOB #   1 TOTAL LABOR & PARTS   0.00
----------------------------------------------------------------
J# 2 50CHZRRT1      RRT1                TECH(S):5023         WARRANTY
    RSU 23-036 21MY JL 4XE INTEGRATED DUAL CHARGING MODULE SOFTW
    A (RSU 1)
    RRT 23-036
    COMPLETED SOFTWARE UPDATE

-PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #   2 TOTAL PARTS           0.00

                                                  JOB #   2 TOTAL LABOR & PARTS   0.00
----------------------------------------------------------------
J# 3 50CHZ          RECALL              TECH(S):5023         INTERNAL
    Safety Recall B9A - High Voltage Battery (Recall Customer Sa
    tisfaction Notification 1)
    RECALL, NO REMEDY AVAILABLE
    NO CORRECTION DONE AT THIS TIME

-PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #   3 TOTAL PARTS           0.00

                                                  JOB #   3 TOTAL LABOR & PARTS   0.00
----------------------------------------------------------------
J# 4 50CHZ1         99CALL              TECH(S):5023         WARRANTY
    Safety Recall ZB7 - Loss of Motive Power (Recall Customer Sa
    tisfaction Notification 2)
    THE BPCM, PIM, AND THE TCM ARE ALL OUT OF DATE AND NEEDS A
    FLASH UPDATE.
    CONNECTED A BATTERY CHARGER AND UPDATED, IN ORDER, THE BPCM,
    THE PIM, AND THE TCM UP TO DATE. CLEARED ALL DTC'S.

-PARTS------QTY---FP-NUMBER---------------DESCRIPTION-----------------UNIT PRICE-
                                                  JOB #   4 TOTAL PARTS           0.00

                                                  JOB #   4 TOTAL LABOR & PARTS   0.00
----------------------------------------------------------------
J# 5 11CHZELECTDIA2 ELECTRICAL DIAG     TECH(S):4074 5023    WARRANTY
    CUSTOMER STATES CAME BACK FROM A WEEKEND VACATION AND
    SEVERAL WARNING LIGHTS WERE ON THE DASHBOARD. PLEASE CHECK
    AND ADVISE.
    P0E15-00 HYBRID/EV BATTERY PACK COOLANT HEATER "A" CONTROL
```

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 1 OF 3    SERVICE FILE COPY    [CONTINUED ON NEXT PAGE]    04:03pm

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
**FOR YOUR BUSINESS!**

CUSTOMER'S SIGNATURE

X _____

The Reynolds and Reynolds Company  ERAINTINVE
SF698453 Q  (01/24)

Lake Norman CJD (Perrera) 003

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCS631260**

CELL: 732-757-7574

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER NO. 203861 | ADVISOR TUCKER, BREANNA | TAG NO. 4246 | 1623 | INVOICE DATE 12/11/23 | INVOICE NO. CHCS631260 |
| DAVID PERRERA<br>603 MARTHAS VIEW DR<br>HUNTERSVILLE, NC 28078-4214 | LABOR RATE | LICENSE NO. | MILEAGE 25,870 | COLOR BLK CLEARCO | STOCK NO. |
| | YEAR/MAKE/MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1C4JJXP61MW868340 | | | SELLING DEALER NO. | PRODUCTION DATE |
| daperrera@yahoo.com | F.T.E. NO. | P.O. NO. | | R.O. DATE 12/02/23 | REPRINT# 1 |
| RESIDENCE PHONE 732-757-7574 | BUSINESS PHONE | COMMENTS | | | MO: 25870 |

```
            PERFORMANCE CODE PRESENT. TESTED THE WIRING AND CIRCUIT IN
            ACCORDANCE WITH SERVICE INFORMATION AND FOUND THAT THE
            ELECTRIC COOLANT HEATER IS IN NEED OF REPLACEMENT.
            REPLACED THE ELECTRIC COOLANT HEATER AND CLEARED CODE.
            FILLED COOLING SYSTEM. ROAD TESTED AND VERIFIED NO CODE HAS
            RETURNED AND VEHICLE IS OPERATING NORMALLY AT THIS TIME

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
JOB # 5     1    68443445-AC           HEATER EL 08015020                        WARRANTY
JOB # 5     1    68163849-AB           ANTIFREEZ 01081004                        WARRANTY
                                                    JOB #  5 TOTAL PARTS          0.00

                                             JOB #  5 TOTAL LABOR & PARTS         0.00
-------------------------------------------------------------------------------
J# 6 15CH9090      MULTI POINT INSP.           TECH(S):5023              WARRANTY
            PERFORM LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION
            .
            PERFORMED LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION.
            PRINTED & REVIEWED THE RESULTS WITH CUSTOMER. ATTACHED COPY
            TO RECEIPT.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                                    JOB #  6 TOTAL PARTS          0.00

                                             JOB #  6 TOTAL LABOR & PARTS         0.00
-------------------------------------------------------------------------------
J# 7+15CHZ-PLAT    FULL SYNTHETIC PLAT          TECH(S):5023             WARRANTY
            CUSTOMER REQUEST FULL SYNTHETIC PLATINUM OIL CHANGE IN
            MOPAR EXPRESS LANE CENTER
            MAINTENANCE
            PERFORM FULL SYNTHETIC OIL CHANGE PLATINUM EDITION

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
JOB # 7     1    4892339-BH            FILTER EN 09057006                        WARRANTY
JOB # 7     5    68523016-AA           OIL 5W30 01081090                         WARRANTY
                                                    JOB #  7 TOTAL PARTS          0.00

                                             JOB #  7 TOTAL LABOR & PARTS         0.00
-------------------------------------------------------------------------------
J# 8+15CHZZ006     ROTATE TIRES                 TECH(S):5023             WARRANTY
            CUSTOMER REQUESTS TIRE ROTATION TO BE PERFORMED IN MOPAR
            EXPRESS SERVICE LANE CENTER
            CUSTOMER REQUESTS TIRE ROTATION TO BE PERFORMED IN MOPAR
            EXPRESS SERVICE LANE CENTER
            PERFORMED TIRE ROTATION

PARTS------QTY---FP-NUMBER-------------DESCRIPTION----------------UNIT PRICE-
                                                    JOB #  8 TOTAL PARTS          0.00

                                             JOB #  8 TOTAL LABOR & PARTS         0.00
-------------------------------------------------------------------------------
J# 9+06CHZ         ENGINE (MINOR)               TECH(S):4074             WARRANTY
            customer states no crank no start
            VERIFIED VEHICLE WILL NOT CRANK AND BATTERY IS WEAK. TESTED
            THE BATTERY WITH MAXIMUS TESTER AND FOUND BATTERY TO BE BAD.
```

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 2 OF 3     SERVICE FILE COPY     [CONTINUED ON NEXT PAGE]     04:03pm

The Reynolds and Reynolds Company  ERAINTNVE
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 004

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCS631260**

CHCS631260

2001ICHCS631260

CELL: 732-757-7574

| | | |
|---|---|---|
| CUSTOMER NO. 203861 | ADVISOR TUCKER, BREANNA  4246   TAG NO. 1623 | INVOICE DATE 12/11/23   INVOICE NO. CHCS631260 |
| DAVID PERRERA<br>603 MARTHAS VIEW DR<br>HUNTERSVILLE, NC 28078-4214 | LABOR RATE   LICENSE NO.   MILEAGE 25,870 | COLOR BLK CLEARCO   STOCK NO. |
| | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | DELIVERY DATE   DELIVERY MILES |
| daperrera@yahoo.com | VEHICLE I.D. NO. 1C4JJXP61MW868340 | SELLING DEALER NO.   PRODUCTION DATE |
| | F.T.E. NO.   P.O. NO. | R.O. DATE 12/02/23   REPRINT# 1 |
| RESIDENCE PHONE 732-757-7574   BUSINESS PHONE | COMMENTS | MO: 25870 |

```
          REPLACED THE BATTERY AND VERIFIED NORMAL OPERATION OF THE
          VEHICLE AT THIS TIME
PARTS------QTY---FP-NUMBER---------------DESCRIPTION-------------------UNIT PRICE-
JOB # 9     1    BBH6A001-AA          BATTERY S 01083001                    WARRANTY
                                                  JOB #  9 TOTAL PARTS        0.00

                                         JOB #  9 TOTAL LABOR & PARTS        0.00
----------------------------------------------------------------------
ESTIMATE---------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
          ORIGINAL ESTIMATE OF    $0.00 (+TAX)
COMMENTS---------------------------------------------------
TAG NUMBER IS 1623
TOTALS-----------------------------------------------------
                                                TOTAL LABOR....    0.00
*******************************************    TOTAL PARTS....    0.00
*                                         *     TOTAL SUBLET...    0.00
* CASH......  CHECK......  CR CARD......  *     TOTAL G.O.G....    0.00
*                                         *     TOTAL MISC CHG.    0.00
* CHARGE ......                           *     TOTAL MISC DISC    0.00
*                                         *     TOTAL TAX......    0.00
* DATE..............  INITIALS..........  *                     --------
*                                         *     TOTAL INVOICE $    0.00
*******************************************

          CUSTOMER SIGNATURE
**************************      DUPLICATE  INVOICE    ***************************
```

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X_____

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 3 OF 3      SERVICE FILE COPY       [ END OF INVOICE ]    04:03pm

The Reynolds and Reynolds Company ERAINTINVE
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 005

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCS632105**

CHCS632105

2001ICHCS632105

CELL: 732-757-7574

| CUSTOMER NO. | ADVISOR | | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 203861 | REEDY, JORDAN | 4486 | 7375 | 12/13/23 | CHCS632105 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 25,979 | BLK CLEARCO | |
| 603 MARTHAS VIEW DR | YEAR/MAKE/MODEL | | | DELIVERY DATE | DELIVERY MILES |
| HUNTERSVILLE, NC 28078-4214 | 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1C4JJXP61MW868340 | | | | |
| daperrera@yahoo.com | F.T.E. NO. | | P.O. NO. | R.O. DATE | |
| | | | | 12/12/23 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | MO: 25990 |
| 732-757-7574 | | | | | |

```
LABOR & PARTS-----------------------------------------------------
J# 1 09CHZ01        ENGINE CONCERN           TECH(S):40790           WARRANTY
    CUSTOMER STATES PICKED UP VEHICLE YESTERDAY AFTER PERFORMING
    COOLANT LEAK REPAIR AND NOW HAS CYLINDER 1 MISFIRE. CEL ON
    VEHICLE JUMPING UNDER STRESS
    CHECKED CODES AND FOUND CODE FOR CYL 1 MISFIRE, TEST DROVE
    VEHICLE AND UNDER LOAD CYL 1 IS MISFIRING. SWAPPED COILS
    FROM CYL 1 AND 3. TEST DROVE VEHICLE AGAIN AND THE MISFIRE
    FOLLOWED THE COIL. NEEDS A NEW COIL
    REPLACED CYL 3 COIL CLEARED CODES AND TEST DROVE AND THERE
    IS NO MORE MISFIRE

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
JOB # 1      1    68211953-AA         COIL IGNI 08035004                           WARRANTY
                  HENDRICK
                                                 JOB #  1 TOTAL PARTS          0.00

                                                 JOB #  1 TOTAL LABOR & PARTS   0.00
-----------------------------------------------------------------
J# 2 15CH9090       MULTI POINT INSP         TECH(S):40790           WARRANTY
    PERFORM LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION

    PERFORMED LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION.
    PRINTED & REVIEWED THE RESULTS WITH CUSTOMER. ATTACHED COPY
    TO RECEIPT.

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                                 JOB #  2 TOTAL PARTS          0.00

                                                 JOB #  2 TOTAL LABOR & PARTS   0.00
-----------------------------------------------------------------
J# 3+27CHZ          RENTAL                   TECH(S):40790           WARRANTY
    ALTERNATE TRANSPORTATION AUTHORIZED BY BRIAN JOHNSON

PARTS------QTY---FP-NUMBER--------------DESCRIPTION-------------------UNIT PRICE-
                                                 JOB #  3 TOTAL PARTS          0.00

                                                 JOB #  3 TOTAL LABOR & PARTS   0.00
-----------------------------------------------------------------
```

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

# THANK YOU
## FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 1 OF 2         SERVICE FILE COPY         [CONTINUED ON NEXT PAGE]         04:03pm

The Reynolds and Reynolds Company ERAINTINV5
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 006

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**INVOICE NO.** CHCS632105

CHCS632105

CELL: 732-757-7574

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 203861 | REEDY, JORDAN  4486 | 7375 | 12/13/23 | CHCS632105 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 25,979 | BLK CLEARCO | |

603 MARTHAS VIEW DR
HUNTERSVILLE, NC 28078-4214

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1C4JJXP61MW868340 | | |

daperrera@yahoo.com

| F.T.E. NO. | P.O. NO. | R.O. DATE |
|---|---|---|
| | | 12/12/23 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 732-757-7574 | | |

MO: 25990

**TOTALS**

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                       *
* CASH...... CHECK...... CR CARD......                  *
*                                                       *
* CHARGE ......                                         *
*                                                       *
* DATE............. INITIALS..........                  *
*                                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

```
TOTAL LABOR....    0.00
TOTAL PARTS....    0.00
TOTAL SUBLET...    0.00
TOTAL G.O.G....    0.00
TOTAL MISC CHG.    0.00
TOTAL MISC DISC    0.00
TOTAL TAX......    0.00
                --------
TOTAL INVOICE $    0.00
```

CUSTOMER SIGNATURE   DUPLICATE INVOICE

**IMPORTANT**
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

PAGE 2 OF 2   SERVICE FILE COPY   [ END OF INVOICE ]   04:03pm

The Reynolds and Reynolds Company ERAINTINVE
SF698453 Q (01/24)

Lake Norman CJD (Perrera) 007

# LAKE NORMAN
## CHRYSLER • JEEP • DODGE

20320 Chartown Dr.
Cornelius, NC 28031
704-896-3800 • www.lakenormanchrysler.com

**CHCS644248**

CHCS644248

```
2001ICHCS644248
```

CELL: 732-757-7574

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 203861 | GONZALEZ, DAVID   4484 | D514 | 04/25/24 | CHCS644248 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| DAVID PERRERA | | | 29,658 | BLK CLEARCO | |
| 603 MARTHAS VIEW DR | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| HUNTERSVILLE, NC 28078-4214 | 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 1 C 4 J J X P 6 1 M W 8 6 8 3 4 0 | | | | |
| daperrera@yahoo.com | F.T.E. NO. | P.O. NO. | | R.O. DATE | |
| | | | | 04/23/24 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MO: 29660 |
|---|---|---|---|
| 732-757-7574 | | | |

```
LABOR & PARTS------------------------------------------------------------------
J# 1 08CHZ-00      ELECTRICAL REPAIR      TECH(S):3122        WARRANTY
          CUSTOMER STATES REAR PASSENGER SIDE SPEAKING SOUNDS LIKE IT
          IS BLOWN
          FOUND THE SUB SPEAKER BLOWN AND THE TWEETER DISTORTED
          REPLACE BOTH REAR SOUND BAR SPEAKERS AND VERIFY REPAIR

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
JOB # 1      1   68332581-AB        SPEAKER F 08060010               WARRANTY
JOB # 1      1   68223392-AA        SPEAKER N 08060010               WARRANTY
                 STATELINE
                                         JOB #  1 TOTAL PARTS       0.00

                                JOB #  1 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------------
J# 2 23CHZZEXT1    EXTERIOR BODY         TECH(S):3122         INTERNAL
          CUSTOMER STATES REAR DRIVER SIDE CANVAS LOOKS LIKE IT IS
          PEELING CHECK AND ADVISE
          COULD NOT FIND THE DAMAGED PART

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                         JOB #  2 TOTAL PARTS       0.00

                                JOB #  2 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------------
J# 3 15CH9090      MULTI POINT INSP      TECH(S):3122         INTERNAL
          PERFORM LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION

          PERFORMED LAKE NORMAN WORLD CLASS MULTI POINT INSPECTION.
          PRINTED & REVIEWED THE RESULTS WITH CUSTOMER. ATTACHED COPY
          TO RECEIPT.

PARTS------QTY---FP-NUMBER-------------DESCRIPTION------------------UNIT PRICE-
                                         JOB #  3 TOTAL PARTS       0.00

                                JOB #  3 TOTAL LABOR & PARTS        0.00
-------------------------------------------------------------------------------
TOTALS-------------------------------------------------------------------------
                                          TOTAL LABOR....      0.00
*****************************************                 TOTAL PARTS....      0.00
*                                       *                 TOTAL SUBLET...      0.00
* CASH......  CHECK......  CR CARD..... *                 TOTAL G.O.G....      0.00
*                                       *                 TOTAL MISC CHG.      0.00
* CHARGE ......                         *                 TOTAL MISC DISC      0.00
*                                       *                 TOTAL TAX......      0.00
* DATE............. INITIALS........... *                                   --------
*                                       *                 TOTAL INVOICE $      0.00
*****************************************
```

### IMPORTANT
You may receive a questionnaire from the manufacturer. If for any reason you feel you cannot rate our services completely satisfied, please contact our Customer Service Rep. A "Completely Satisfied" rating does not mean we are perfect but rather that we did our job well and served you professionally.

**DISCLAIMER OF WARRANTIES**
THE ONLY WARRANTIES, IF ANY, APPLYING TO THESE PARTS, AND FOR SERVICES ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THESE PARTS AND/OR SERVICES. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM SELLER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

## THANK YOU
### FOR YOUR BUSINESS!

CUSTOMER'S SIGNATURE

X _____

CUSTOMER SIGNATURE
**********************  D U P L I C A T E  I N V O I C E  **********************
Did you know that you can schedule your service appointments online?
Visit: **www.lakenormanchrysler.com**

| PAGE 1 OF 1 | SERVICE FILE COPY | [ END OF INVOICE ]  04:04pm | The Reynolds and Reynolds Company ERA1NTNVE SF698453 Q (01/24) |
|---|---|---|---|

Lake Norman CJD (Perrera) 010