# Exhibit MM



**LAX AUTOMOTIVE**
1030 W. Manchester Blvd.
INGLEWOOD, CA 90301
Phone: 424-702-0420
Fax: 424-702-0421

CELL: ▓▓▓▓▓▓▓

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 9562 | ALEX JEAN-BAPTISTE 265 | 5485 | 06/21/23 | CHCS21692 |

KANON SPACKMAN
LOS ANGELES, CA 90066
▓▓▓▓▓▓▓.com

LICENSE NO. — MILEAGE 1,491 — COLOR PSE/SILVER/ — STOCK NO.
YEAR/MAKE/MODEL: 22/JEEP/GRAND CHEROKEE/GRAND CHEROKE
VEHICLE I.D. NO.: 1C4RJYC6●N875●811
R.O. DATE: ●5/24/23

M●: 1499
BAR # ARD283707

```
JOB# 1 CHARGES-------------------------------------------
LABOR-------------------------------------------
0# 1 55CHZMPI     MULTI-POINT INSPECT  HOURS: 0.00 TECH(S):263       WARRANTY
             (Multi-point inspection according to maintenance interval)
             COMPLETED MULTI-POINT INSPECTION, SEE ATTACHED MULTI-POINT
             INSPECTION FOR FINDINGS
JOB# 1 TOTALS-----------------------------------------
                     JOB# 1 JOURNAL PREFIX CHCS JOB# 1 TOTAL    0.00
JOB# 2 CHARGES-------------------------------------------
LABOR-------------------------------------------
0# 2 19CHZ01     STEERING CONCERN   HOURS: 2.40 TECH(S):263       WARRANTY
             Front passenger wheel makes a loud metal creaking noise when
              turning the car and driving over a bump or driveway
             (Steering Concern)
             INSPECTED VEHICLE, VERIFIED LOUD CREAKING NOISE. RAISED
             VEHICLE AND INSPECTED SUSPENSION COMPONENTS, FOUND VARIOUS
             COMPONENTS CAUSING NOISE. FOUND BOTH SWAY BAR END LINKS AND
             THE RIGHT FRONT UPPER AND LOWER CONTROL ARMS TO BE
             EXCESSIVELY NOISY UPON VEHICLE OPERATION. RECOMMEND
             REPLACEMENT OF BOTH SWAY BAR END LINKS AND THE RIGHT FRONT
             UPPER AND LOWER CONTROL ARMS.
             RAISED VEHICLE AND REMOVED BOTH SWAY BAR END LINKS AND
             INSTALLED NEW END LINKS. REMOVED RIGHT FRONT TIRE AND
             UNBOLTED THE UPPER CONTROL ARM. REMOVED UPPER CONTROL ARM
             AND INSTALLED NEW UPPER CONTROL ARM. INSTALLED UPPER CONTROL
             RM BOLTS AND UNBOLTS THE LOWER CONTROL ARM. REMOVED LOWER
             CONTROL ARM AND INSTALLED NEW LOWER CONTROL ARM. BOLTS LOWER
             CONTROL ARM IN PLACE AND INSTALLED RIGHT FRONT TIRE.
             PERFORMED TOE ADJUSTMENT AND ROAD TESTED VEHICLE, VEHICLE NO
             LONGER MAKING CREAKING NOISE AT THIS TIME.
             LOPS: 02201005(0.5), 02100506(0.6), 02000350(0.4),
             02105512(0.9)      2.4 HRS
PARTS------QTY---FP-NUMBER-----------DESCRIPTION---------LIST PRICE-UNIT PRICE-
         1   68375576-AC        ARM LOWER 17011015                    WARRANTY
         1   68375788-AC        ARM UPPER 17011015                    WARRANTY
         1   68409879-AA        LINK STAB 17029017                    WARRANTY
         0   68409878-AA        LINK STAB 17029017                    WARRANTY
         PART ON SPECIAL ORDER
                ** QUANTITY 1 IS SPECIAL ORDERED **
                                            TOTAL - PARTS      0.00
JOB# 2 TOTALS-----------------------------------------
                     JOB# 2 JOURNAL PREFIX CHCS JOB# 2 TOTAL    0.00
JOB# 3 CHARGES-------------------------------------------
LABOR-------------------------------------------
0# 3 55CHZTIRE    TIRE PRESSURE CHECK HOURS: 0.00 TECH(S):263      WARRANTY
             CUSTOMER REQUESTS CHECK TIRE PRESSURE AND SET TO RECOMMENDED
             PRESSURE.

PAGE 1 OF 3         CUSTOMER COPY        [CONTINUED ON NEXT PAGE]  07:40am
```

At LAX Automotive, we strive for excellent service. If for any reason you feel we did not provide the highest quality service, please notify our service team immediately.

Thank You.

For Your Convenience Our Service Hours are:

Monday thru Friday
7:00 AM - 7:00 PM

Saturday
8:00 AM - 5:00 PM

If paying with a credit card there will be a 3% charge.

*For information regarding our privacy practices, a copy of our Notice of Collection of Personal Information has been made available to you. Our Privacy Policy may be accessed at https://www.laxcdjr.com/privacy-policy/.

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATED PRICE.

X _____
    CUSTOMER SIGNATURE OR INITIALS

NOTICE TO CONSUMER: PLEASE READ IMPORTANT WARRANTY INFORMATION ON BACK.  SF710737 Q (04/23)

CONFIDENTIAL

FCA-Spackman-0000012