# Exhibit NN



# J STAR
## CHRYSLER DODGE JEEP RAM
### OF ANAHEIM HILLS

  

8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399     EPA# CAR000294892          CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia 33016 | TAG NO. 4750 | INVOICE DATE 12/29/23 | INVOICE NO. CHCS50460 |
|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 15,110 / | COLOR | STOCK NO. |
| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| @me.com | F.T.E. NO. | | P.O. NO. | R.O. DATE 12/26/23 |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 15115 |

```
JOB#  1 CHARGES------------------------------------------------------------
LABOR----------------------------------------------------------------------
J# 1 45CHZ10     RECALLS              TECH(S):26544          WARRANTY
     RSU 23-036 21MY JL 4XE INTEGRATED DUAL CHARGING MODULE SOFTW
     A (RSU 1)
     PERFORM RSU 23-036
     INSPECT AND UPDATE IDCM. ALSO VERIFY PCM,TCM,BPCM, AND PIM
     ARE UP-TO-DATE AS WELL
     PERFORMED RSU 23-036
     INSPECTED AND UPDATED IDCM AND VERIFIED VEHICLE IS ABLE TO
     CHARGE AFTER FLASH. POWERED DOWN VEHICLE FOR 5 MIN AND
     VERIFIED CONTACTORS WERE OPEN. TECH UPDATED PIM SOFTWARE PER
     SERVICE BULLETIN RECOMMENDATION AS WELL.
     18-90-16-9C .3
     18-90-16-50 .1
     18-19-86-90 .5
     18-19-87-51 .2

JOB#  1 TOTALS---------------------------------------------------------
               JOB# 1 JOURNAL PREFIX CHCS JOB# 1 TOTAL      0.00
JOB#  2 CHARGES------------------------------------------------------------
LABOR----------------------------------------------------------------------
J# 2 45CHZ       RECALLS              TECH(S):26544          INTERNAL
     Safety Recall B9A - High Voltage Battery (Recall Customer Sa
     tisfaction Notification 1)
     PARTS UNAVAILABLE AT THIS TIME.

JOB#  2 TOTALS---------------------------------------------------------
               JOB# 2 JOURNAL PREFIX CHCS JOB# 2 TOTAL      0.00
JOB#  3 CHARGES------------------------------------------------------------
LABOR----------------------------------------------------------------------
J# 3 00CHZLOF1   SYNTHETIC OIL CHANGE   TECH(S):26544       WARRANTY
     (Change synthetic engine oil and filter 5qt 5W30 SN Plus)
     SYNTHETIC OIL CHANGE PERFORMED

PARTS------QTY---FP-NUMBER---------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
          1     PK339              339 OIL FILTER           WARRANTY
          1     4892339-BE         FILTER ENGINE OIL        WARRANTY
          5     PK5W30FS           5W30 FULL SYNTHETIC      WARRANTY
          5     68523981-AA        OIL 5W30                 WARRANTY
                PZL PLAT SYN 5W30
                                        TOTAL - PARTS       0.00

MISC------CODE--------DESCRIPTION------------------------CONTROL NO---------
          F6  HAZARDOUS WASTE                              WARRANTY
                                        TOTAL - MISC       0.00

JOB#  3 TOTALS---------------------------------------------------------
                                                           0.00
```

**SERVICE & PARTS
DEPARTMENT HOURS:**

MONDAY TO FRIDAY
7:00 AM TO 6:00 PM
SATURDAY
8:00 AM TO 4:00 PM

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.** TOTAL      0.00
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

The Reynolds and Reynolds Company  ERIANTINV14E
SF703944 Q (03/20)

CONFIDENTIAL                                                    FCA-Teger-0000001



## STAR
### CHRYSLER DODGE JEEP RAM
### OF ANAHEIM HILLS




8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399    EPA# CAR000294892                    CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia | TAG NO. 33016 4750 | INVOICE DATE 12/29/23 | INVOICE NO. CHCS50460 |
|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 15,110 | COLOR / | STOCK NO. |

THOMAS TEGER

VILLA PARK, CA 92861-2633

YEAR / MAKE / MODEL: 21/JEEP/WRANGLER 4XE/WRANGLER 4XE
VEHICLE I.D. NO.: 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0
F.T.E. NO.                    P.O. NO.

DELIVERY DATE          DELIVERY MILES
SELLING DEALER NO.     PRODUCTION DATE
R.O. DATE 12/26/23

@me.com

RESIDENCE PHONE          BUSINESS PHONE          COMMENTS

MO: 15115

JOB# 4 CHARGES------------------------------

LABOR------------------------------
J# 4 00CHZROT    ROTATE TIRES              TECH(S):26544      **WARRANTY**
         (Rotate tires)
         RECOMMENDED MAINTENANCE
         ROTATED TIRES PER CUSTOMERS REQUEST

JOB# 4 TOTALS------------------------------
              JOB# 4 JOURNAL PREFIX CHCS JOB# 4 TOTAL      0.00

JOB# 5 CHARGES------------------------------

LABOR------------------------------
J# 5 02CHZ11    SUSPENSION NOISE          TECH(S):26544      **WARRANTY**
         CUSTOMER STATES THE VEHICLE HAS A VIBRATION WHILE DRIVING AT
         HIGHWAY SPEEDS CHECK AND ADVISE (SteeringSuspensionSteering
         Wheel Concern)
         VERIFIED CUSTOMER CONCERN WITH ROAD TEST. RETURNED TO SHOP,
         LIFTED VEHICLE, AND INSPECTED FRONT SUSPENSION AND STEERING
         COMPONENTS FOR SIGNS OF DAMAGE OR WEAR, FOUND NO TROUBLE.
         PROCEEDED TO RE-TORQUE TRACK BAR, DRAG LINK, TIE ROD ENDS,
         AND ALL 4 BALL JOINTS ON STEERING KNUCKLE. LOWERED VEHICLE
         AND ROAD TESTED AGAIN BUT SHAKING IS STILL PRESENT.
         CONNECTED NVH SCOPE AND ROAD TESTED, FOUND VIBRATION IS
         COMING FROM STEERING COMPONENT. RETURNED TO SHOP, LIFTED
         VEHICLE AND INSPECTED STEERING COLUMN FOR LOOSENESS AND
         FOUND NO ISSUE. REMOVED STEERING DAMPER AND CHECKED FOR ANY
         SIGNS OF AIR POCKETS PRESENT. FOUND AIR POCKETS PRESENT ON
         DAMPER. PROCEEDED TO PUMP STEERING DAMPER UNTIL AIR POCKETS
         CLEARED BUT WAS UNSUCCESSFUL. AT THIS TIME, TECH RECOMMENDS
         REPLACING STEERING DAMPER DUE TO AIR POCKETS FOUND INTERNAL
         TO DAMPER AND RETEST FOR CONDITION.
         REMOVED OLD DAMPER AND PRIMED NEW DAMPER BEFORE INSTALLING
         ONTO VEHICLE. INSTALLED NEW DAMPER AND ROAD TESTED VEHICLE.
         GOT UP TO HIGHWAY SPEEDS AND VERIFIED SHAKING IS NO LONGER
         PRESENT. VEHICLE IS NOW FUNCTIONING AS DESIGNED.
         02152001 .5

PARTS------QTY---FP-NUMBER--------------DESCRIPTION---------LIST PRICE-UNIT PRICE-
         1    68546969-AA       ABSBR PKG SUSPENSIO          **WARRANTY**
              LA
         1    68546973-AA       ABSBR PKG SUSPENSIO          **WARRANTY**
              NOT PULLED
         1    68624105-AA       DAMPER STEERING              **WARRANTY**
              JPONT 10499 HERE EMAILED
                                    TOTAL - PARTS      0.00

JOB# 5 TOTALS------------------------------
              JOB# 5 JOURNAL PREFIX CHCS JOB# 5 TOTAL      0.00
JOB# 6 CHARGES------------------------------

LABOR------------------------------

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

PAGE 2 OF 4          CUSTOMER COPY (LGL)          [CONTINUED ON NEXT PAGE]      10:21am

### SERVICE & PARTS
### DEPARTMENT HOURS:

MONDAY TO FRIDAY
7:00 AM TO 6:00 PM
SATURDAY
8:00 AM TO 4:00 PM

The Reynolds and Reynolds Company  ERAINTINV14E
SF703944 Q (03/20)



# J STAR
## CHRYSLER DODGE JEEP RAM
### OF ANAHEIM HILLS

 

8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399    EPA# CAR000294892    CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia    33016 | TAG NO. 4750 | INVOICE DATE 12/29/23 | INVOICE NO. CHCS50460 |
|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 15,110 / | COLOR | STOCK NO. |
| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | SELLING DEALER NO. | PRODUCTION DATE |
| @mc.com | F. T. E. NO. | P.O. NO. | R. O. DATE 12/26/23 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 15115 |

```
LABOR--------------------------------------------------
J# 6 00CHZMPI     MULTI-POINT INSP              TECH(S):26544              INTERNAL
        (Multi-point inspection according to maintenance interval)
        PERFORMED MULTI-POINT INSPECTION

JOB#  6 TOTALS-------------------------------------------

                        JOB#  6 JOURNAL PREFIX  CHCS  JOB#  6 TOTAL       0.00
JOB#  7 CHARGES------------------------------------------

LABOR--------------------------------------------------
J# 7 00CHZTIREPRESS  TIRE PRESSURE              TECH(S):26544              INTERNAL
        (Check Tire Pressure)
        PERFORMED TIRE PRESSURE CHECK

JOB#  7 TOTALS-------------------------------------------

                        JOB#  7 JOURNAL PREFIX  CHCS  JOB#  7 TOTAL       0.00
JOB#  8 CHARGES------------------------------------------

LABOR--------------------------------------------------
J# 8 85CHZQC       QUALITY CONTROL             TECH(S):26544              INTERNAL
        (QUALITY CONTROL)
        QUALITY CONTROL
        PERFORMED QUALITY CONTROL TEST DRIVE PER DEALER POLICY

JOB#  8 TOTALS-------------------------------------------

                        JOB#  8 JOURNAL PREFIX  CHCS  JOB#  8 TOTAL       0.00
JOB#  9 CHARGES------------------------------------------

LABOR--------------------------------------------------
J# 9+02CHZZO2053302  FT SHOCK S/STRUTS          TECH(S):26544              WARRANTY
        INSPECTION FOUND THE FRONT SHOCK IS LEAKING.
        DURING INSPECTION, FOUND RIGHT FRONT SHOCK IS LEAKING,
        RECOMMEND REPLACE RIGHT FRONT SHOCK
        LIFTED VEHICLE, REMOVED AND REPLACED FRONT SHOCK ABSORBER.
        LOWERED VEHICLE AND ROAD TESTED. VEHICLE IS NOW FUNCTIONING
        AS DESIGNED.
        0215100Z .5

JOB#  9 TOTALS-------------------------------------------

                        JOB#  9 JOURNAL PREFIX  CHCS  JOB#  9 TOTAL       0.00
JOB# 10 CHARGES------------------------------------------

LABOR--------------------------------------------------
J#10+02CHZZO2053402  RR SHOCK S/STRUTS          TECH(S):26544              WARRANTY
        INSPECTION FOUND THE REAR SHOCK IS LEAKING.
        DURING INSPECTION, TECH FOUND RIGHT REAR SHOCK LEAKING,
        RECOMMEND REPLACE SHOCK.
        LIFTED VEHICLE, REMOVED AND REPLACED REAR SHOCK. LOWERED
        VEHICLE AND ROAD TESTED. VEHICLE IS NOW FUNCTIONING AS
        DESIGNED.
        0215150Z
```

## SERVICE & PARTS
## DEPARTMENT HOURS:

## MONDAY TO FRIDAY
## 7:00 AM TO 6:00 PM
## SATURDAY
## 8:00 AM TO 4:00 PM

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

PAGE 3 OF 4          CUSTOMER COPY (LGL)          [CONTINUED ON NEXT PAGE]   10:21am

The Reynolds and Reynolds Company  ERAINTINV14E
SF703944 Q (03/20)

CONFIDENTIAL

FCA-Teger-0000003



### CHRYSLER DODGE JEEP RAM
### OF ANAHEIM HILLS

8200 E. Crystal Dr.,  Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399      EPA# CAR000294892                    CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia | TAG NO. 33016  4750 | INVOICE DATE 12/29/23 | INVOICE NO. CHCS50460 |
|---|---|---|---|---|

| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 15,110 / | COLOR / | STOCK NO. |
|---|---|---|---|---|---|

| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | DELIVERY DATE | DELIVERY MILES |
|---|---|---|---|---|

| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|---|---|

| @me.com | F.T.E. NO. | P.O. NO. | R.O. DATE 12/26/23 |
|---|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | |
|---|---|---|---|

MO: 15115

```
JOB# 10 TOTALS-----:------------------------------------
                         JOB# 10 JOURNAL PREFIX  CHCS  JOB# 10 TOTAL      0.00

ESTIMATE----------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
       ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS-------------------------------------------------------------
Sirius XM Wifi Free Trial activated - TAG NUMBER IS 4750
DELETED OPERATION(S)-------------------------------------------------
08CHZ17         BODY ELECT CONCERN

TOTALS-------------------------------------------------------------

**************************************************
*                                                *
*  [ ] CASH   [ ] CHECK   CK NO. [        ]  *
*                                                *
*  [ ] VISA   [ ] MASTERCARD    [ ] DISCOVER  *
* .                                              *
*  [ ] AMER XPRESS    [ ] OTHER   [ ] CHARGE  *
*                                                *
**************************************************

THANK YOU FOR YOUR BUSINESS!!


       CUSTOMER SIGNATURE
```

### SERVICE & PARTS
### DEPARTMENT HOURS:

**MONDAY TO FRIDAY**
7:00 AM TO 6:00 PM
**SATURDAY**
8:00 AM TO 4:00 PM

| TOTAL LABOR.... | 0.00 |
|---|---|
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |

**TOTAL INVOICE $    0.00**

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

PAGE 4 OF 4          CUSTOMER COPY (LGL)                    [ END OF INVOICE ]   10:21am

The Reynolds and Reynolds Company  ERAINTINV14E
SF703944 Q (03/20)





# J★STAR
### CHRYSLER DODGE JEEP RAM
### OF ANAHEIM HILLS

CHRYSLER · DODGE · Jeep · RAM

8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399    EPA# CAR000294892    CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia | | 33016 | TAG NO. 4146 | INVOICE DATE 04/03/24 | INVOICE NO. CHCS52085 |
|---|---|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | | MILEAGE 16,676 / | COLOR | STOCK NO. |
| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| @me.com | F.T.E. NO. | | P.O. NO. | | R.O. DATE 03/15/24 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | MO: 16679 |

---

JOB#  1 CHARGES-----------

LABOR-----------
J# 1 45CHZ         RECALLS                    TECH(S):26544                    **WARRANTY**
    Safety Recall 04B - Defrost (Recall Customer Satisfaction No
    tification 1)
    PERFORM RECALL 04B
    INSPECT AND UPDATED AHCP AND HCP
    PERFORMED RECALL 04B
    UPDATED AHCP AND HCP
    18-04-B1-82 .6

JOB#  1 TOTALS-----------

                    JOB#  1 JOURNAL PREFIX CHCS JOB#  1 TOTAL        0.00
JOB#  2 CHARGES-----------

LABOR-----------
J# 2 45CHZO2        RECALLS                    TECH(S):26544                    **WARRANTY**
    Safety Recall B9A - High Voltage Battery (Recall Customer Sa
    tisfaction Notification 2)
    PERFORM RECALL B9A
    INSPECT AND UPDATE BPCM, AHCP, HCP, IDCM, PCM, TCM. ALSO
    PERFORM B9A PRE-CHECK AND INTEGRITY PROCEDURE
    PERFORMED RECALL B9A
    UPDATED BPCM, PCM, AND TCM AND PERFORMED
    INTEGRITY PROCEDURE AND PASSED TEST.
    18-B9-A1-82 .7
    18-B9-A1-53 .2
    18-B9-A1-54 .2

JOB#  2 TOTALS-----------

                    JOB#  2 JOURNAL PREFIX CHCS JOB#  2 TOTAL        0.00
JOB#  3 CHARGES-----------

LABOR-----------
J# 3 00CHZMPI      MULTI-POINT INSP           TECH(S):26544                    INTERNAL
    (Multi-point inspection according to maintenance interval)
    PERFORMED MULTI-POINT INSPECTION

PARTS------QTY---FP-NUMBER--------------DESCRIPTION--------LIST PRICE-UNIT PRICE-
         1    68250640-AC      PLATE CRANKSHAFT RE                    INTERNAL
                                        TOTAL - PARTS        0.00

JOB#  3 TOTALS-----------

                    JOB#  3 JOURNAL PREFIX CHCS JOB#  3 TOTAL        0.00
JOB#  4 CHARGES-----------

LABOR-----------
J# 4 00CHZTIREPRESS  TIRE PRESSURE            TECH(S):26544                    INTERNAL
    (Check Tire Pressure)
    PERFORMED TIRE PRESSURE CHECK

### SERVICE & PARTS
### DEPARTMENT HOURS:

## MONDAY TO FRIDAY
## 7:00 AM TO 6:00 PM
## SATURDAY
## 8:00 AM TO 4:00 PM

---

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

The Reynolds and Reynolds Company ERAINTINV14E
SF703944 Q (03/20)

CONFIDENTIAL                                                           FCA-Teger-0000005





**JK STAR**
CHRYSLER DODGE JEEP RAM
OF ANAHEIM HILLS

8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399    EPA# CAR000294892    CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia | | TAG NO. 4146 | INVOICE DATE 04/03/24 | INVOICE NO. CHCS52085 |
|---|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 16,676 / | COLOR | STOCK NO. |
| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| @me.com | F.T.E. NO. | | P.O. NO. | R.O. DATE 03/15/24 | |
| RESIDENCE PHONE    BUSINESS PHONE | COMMENTS | | | | MO: 16679 |

SERVICE & PARTS
DEPARTMENT HOURS:
MONDAY TO FRIDAY
7:00 AM TO 6:00 PM
SATURDAY
8:00 AM TO 4:00 PM

```
JOB#  4 TOTALS-----------------------------
                    JOB# 4 JOURNAL PREFIX  CHCS  JOB# 4 TOTAL        0.00
JOB#  5 CHARGES----------------------------
LABOR----------------------------------
J# 5 85CHZQC        QUALITY CONTROL           TECH(S):26544           0.00
         (QUALITY CONTROL)
         QUALITY CONTROL
         PERFORMED QUALITY CONTROL TEST DRIVE PER DEALER POLICY
JOB#  5 TOTALS-----------------------------
                    JOB# 5 JOURNAL PREFIX  CHCS  JOB# 5 TOTAL        0.00
JOB#  6 CHARGES----------------------------
LABOR----------------------------------
J# 6+09CHZZENGINE3   ENGINE LEAK DIAG        TECH(S):26544       WARRANTY
         ADD ON LINE ON 4/1/2024 @ 10:51AM PER A.G DURING INSPECTION
         FOUND REAR MAIN LEAKING OIL
         DURING INSPECTION, TECH FOUND AN OIL LEAK PRESENT NEAR THE
         REAR OF ENGINE. REMOVED ALL 4 RUBBER PLUGS AND USED
         BORESCOPE TO INSPECT AREA. FOUND OIL LEAKING FROM REAR MAIN
         RETAINER. RECOMMEND REPLACE REAR MAIN TO REMEDY ISSUE.
         DISABLED HV SYSTEM AND 12V SYSTEM. DRAINED LOW TEMP COOLING
         SYSTEM AND REMOVED HV HARNESS FROM ASSEMBLY, BRACKETS,
         CONNECTORS AND LINES FROM ASSEMBLY. REMOVED CROSSMEMBER AND
         SUPPORTED ASSEMBLY. REMOVED ASSEMBLY FORM VEHICLE AND SET
         ASIDE. REMOVED TORSION DAMPER AND REMOVED AND REPLACED REAR
         RETAINER WITH NEW SEALS. REINSTALLED TORSION DAMPER AND
         TRANSMISSION ASSEMBLY ALONG WITH BRACKETS, HV HARNESS,
         CONNECTORS. REINSTALLED CROSSMEMBER AND LOWERED VEHICLE.
         POWERED UP 12V SYSTEM AND HV SYSTEM AND CLEARED ANY DTC'S
         PRESENT. FILLED LOW TEMP COOLING SYSTEM, CHECKED AND TOPPED
         OFF TRANSMISSION FLUID, AND PERFORMED ADAPTATION PROCEDURE.
         STARTED VEHICLE AND INSPECTED FOR LEAKS. ROAD TESTED AND
         VERIFIED ALL REPAIRS SUCCESSFUL. NOW FUNCTIONING AS DESIGNED
         09257531 9.2
         21FF0555 .5
         21000051 1.1

PARTS------QTY---FP-NUMBER-------------DESCRIPTION-------LIST PRICE-UNIT PRICE-
           1     68163848-AB        ANTIFREEZ COOLANT          WARRANTY
           1     68218925-AB        FLUID AUTOMATIC TRA        WARRANTY
                                             TOTAL - PARTS        0.00
JOB#  6 TOTALS-----------------------------
                    JOB# 6 JOURNAL PREFIX  CHCS  JOB# 6 TOTAL        0.00
ESTIMATE----------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
      ORIGINAL ESTIMATE OF     $0.00 (+TAX)
COMMENTS----------------------------------
Sirius XM Wifi Free  ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.
```

NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.

The Reynolds and Reynolds Company ERAINTINV14E
SF703944 Q (03/20)

CONFIDENTIAL

FCA-Teger-0000006



**J STAR**

CHRYSLER DODGE JEEP RAM
OF ANAHEIM HILLS

 

8200 E. Crystal Dr., Anaheim, CA 92807
(714) 685-7827

BAR# ARD00294399     EPA# CAR000294892                     CELL:

| CUSTOMER NO. 38799 | ADVISOR Juan Garcia | 33016 | TAG NO. 4146 | INVOICE DATE 04/03/24 | INVOICE NO. CHCS52085 |
|---|---|---|---|---|---|
| THOMAS TEGER | LABOR RATE | LICENSE NO. | MILEAGE 16,676 | COLOR / | STOCK NO. |
| VILLA PARK, CA 92861-2633 | YEAR / MAKE / MODEL 21/JEEP/WRANGLER 4XE/WRANGLER 4XE | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. 1 C 4 J J X R 6 2 M W 7 4 2 2 6 0 | | | SELLING DEALER NO. | PRODUCTION DATE |
| @me.com | F.T.E. NO. | | P.O. NO. | R.O. DATE 03/15/24 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | MO: 16679 |

TOTALS----------------------------------------------------

```
*************************************
*                                   *
*  [ ] CASH    [ ] CHECK   CK NO. [      ]  *
*                                   *
*  [ ] VISA    [ ] MASTERCARD   [ ] DISCOVER  *
*                                   *
*  [ ] AMER XPRESS    [ ] OTHER    [ ] CHARGE  *
*                                   *
*************************************
```

THANK YOU FOR YOUR BUSINESS!!


       CUSTOMER SIGNATURE

|  |  |
|---|---|
| TOTAL LABOR.... | 0.00 |
| TOTAL PARTS.... | 0.00 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 0.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

## SERVICE & PARTS DEPARTMENT HOURS:

MONDAY TO FRIDAY
7:00 AM TO 6:00 PM
SATURDAY
8:00 AM TO 4:00 PM

**ALL PARTS ARE NEW UNLESS SPECIFIED OTHERWISE.**
**NOTICE TO CONSUMER: PLEASE READ IMPORTANT INFORMATION ON BACK.**

The Reynolds and Reynolds Company ERAINTINV14E
SF703944 Q (03/20)

CONFIDENTIAL                                                      FCA-Teger-0000007