# Exhibit OO

```
CUSTOMER #: 240934                    5114196      CHRYSLER DODGE JEEP RAM BROOKSVILLE
                                                              14358 CORTEZ BLVD
                                     *ACCOUNTING*             BROOKSVILLE, FL 34613
Harry Vasquez                                                   (352) 597-1265
7102 SILVERWOOD DR                                           www.CDJRBrooksville.com
NEW PORT RICHEY, FL 34654-5923                PAGE 1
HOME:248-895-6550 CONT:248-895-6550 ** PRE-INVOICE **Registration Number: MV-0000
BUS:               CELL:             SERVICE ADVISOR: 72094 ORLANDO MOLINA
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP Wrangler Unlimi | 1C4JJXP68MW688675 |  | 10601/10601 | T4623 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16APR21 DD |  |  | 11:15 20SEP23 |  | 179.00 | SC | 20SEP23 |

| R.O. OPENED | READY | OPTIONS: | DLR:27314 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|---|
| 20SEP23 | 20SEP23 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS            LIST       NET         TOTAL
A RSU 1 [RSU 23-036 21MY JL 4XE INTEGRATED DUAL CHARGING MODULE SOFTWA
      **]
CAUSE: .
    18901698 reprogram IDCM
           5614      W   0.28   0.40   1280    4420          44.20      44.20
                                          0       0 TPARTS
                                       1280    4420 TLABOR
 VERSION 1 (EMP# 5614,20SEP23 15:08): 10601 18-90-16-98
 reprogrammed idcm as per rsu 23-036
 old:05185035AP new:05185035AS
B Recall / Customer Satisfaction Notification 1 [Safety Recall ZB7 -
      Loss of Motive Power **]
CAUSE: .
    18ZB7150 RECALL ZB7
           5614      W   0.45   0.20    640    2210          22.10      22.10
    18ZB7151 ZB7 REPROGRAM PIM
           5614      W   0.00   0.40   1280    5524          55.24      55.24
    18ZB7152 18ZB7152
           5614      W   0.00   0.20    640    2210          22.10      22.10
                                          0       0 TPARTS
                                       2560    9944 TLABOR
 VERSION 1 (EMP# 5614,20SEP23 15:10): 10601
 reprogrammed BPCM, PIM, and TCM as per recall ZB7
 BPCM old:05193168AG new:05193168AJ
 PIM old:68451035AR new:68451035AV
 TCM old:68478030AN new:68478030AP
 VERSION 2 (EMP# 5614,20SEP23 15:15): 10601
 reprogrammed BPCM, PIM, and TCM as per recall ZB7
 BPCM old:05193168AG new:05193168AJ
 PIM old:68451035AR new:68451035AV
 TCM old:68478030AN new:68478030AP
C General Concern [ALL USB PORTS INOP]
    00 General Concern [ALL USB PORTS INOP]
           5614     IC   0.03   0.00      0       0           0.00       0.00
```

WASTE DISPOSAL CHARGE: A standard charge for supplies (rags, cleaners, etc.) and disposal of hazardous waste (oil, coolant, oil filters, etc.) will appear on each repair order when used in the repair. The amount of each charge will be 6% of the total labor charge with a $35.00 maximum.

"This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal." [S.559.904(4)] The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state [S.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [S. 403.7185].

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of 3 working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $30.00.

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products or service sold under the terms of this estimate. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. Parts and labor are guaranteed for 1 year.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| DISCOUNT | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - B12C - IMAGING

ACCOUNTING COPY

**CDJR Brooksville (Vasquez) 001**

```
CUSTOMER #: 240934                          5114196    CHRYSLER DODGE JEEP RAM BROOKSVILLE
                                                                 14358 CORTEZ BLVD
                                            *ACCOUNTING*         BROOKSVILLE, FL 34613
Harry Vasquez                                                      (352) 597-1265
7102 SILVERWOOD DR                                              www.CDJRBrooksville.com
NEW PORT RICHEY, FL 34654-5923              PAGE 2
HOME:248-895-6550 CONT:248-895-6550 ** PRE-INVOICE **Registration Number: MV-0000
BUS:               CELL:                 SERVICE ADVISOR: 72094 ORLANDO MOLINA
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 21 | JEEP Wrangler Unlimi | 1C4JJXP68MW688675 |  | 10601/10601 | T4623 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16APR21 DD |  |  | 11:15 20SEP23 |  | 179.00 | SC | 20SEP23 |

| R.O. OPENED | READY | OPTIONS: | DLR:27314 ENG:2.0 Liter_Turbo_PHEV |
|---|---|---|---|
| 20SEP23 | 20SEP23 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                   LIST       NET       TOTAL
VERSION 1 (EMP# 5614,20SEP23 15:18): 10601 duplicated concern,
reset usb media hub by removing fuse 11, all okay
VERSION 2 (EMP# 5614,20SEP23 15:48): 10601 duplicated concern,
reset usb media hub by removing fuse 11, media hub still inop, found
internal fault in media hub port, ordered hub
D** Perform complete synthetic oil change with OEM filter.
CAUSE: Perform complete synthetic oil change with OEM filter.
     FSLOF Perform complete synthetic oil change with
           OEM filter.
        5614    CP    0.48   0.40    1280    2400                24.00     24.00
     1 4892339BH FILTER-ENGINE
       OIL                                  915    1144    0    15.35     11.44     11.44
     1 OWF OIL WASTE FEE                      0     188          1.88      1.88      1.88
     5 68523981AA OIL-5W30                 3825    4780    0    12.75      9.56     47.80
VERSION 1 (EMP# 5614,20SEP23 15:47): 10601 PERFORM OIL AND FILTER
CHANGE

*************************************************************
ESTIMATE: 139.00                 20SEP23 09:47  SA: 72094
    CONTACT:
*************************************************************

CUSTOMER PAY SHOP CHARGE FOR REPA    0     916                              9.16

    DATE   START  FINISH  DURATION  TYPE  TECH   LINE(S)  CHG
 09-20-23  14:31  14:48    0.28      W    5614      A
           14:48  15:15    0.45      W    5614      B
           15:16  15:18    0.03      W    5614      C
           15:18  15:47    0.48      W    5614      D

ACCOUNT   SALE    COST    CONTROL    ACCOUNT   SALE    COST    CONTROL
  462    14364    3840                 463       0        0
  460     2400    1280                 467     5924     4740
  69D      188       0                 61D      916        0
```

| | DESCRIPTION | TOTALS |
|---|---|---|
| WASTE DISPOSAL CHARGE: A standard charge for supplies (rags, cleaners, etc.) and disposal of hazardous waste (oil, coolant, oil filters, etc.) will appear on each repair order when used in the repair. The amount of each charge will be 6% of the total labor charge with a $35.00 maximum. "This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal." [S.559.904(4)] The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state [S.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [S. 403.7185]. STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of 3 working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $30.00. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products or service sold under the terms of this estimate. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. Parts and labor are guaranteed for 1 year. | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | DISCOUNT | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING          ACCOUNTING COPY

CDJR Brooksville (Vasquez) 002

**Service Department**
Phone: 352-597-1265
Fax: 352-564-1974
Hours: Mon. 8:00 a.m. to 5:30 p.m.
Tues. 8:00 a.m. to 5:30 p.m.
Wed. 8:00 a.m. to 5:30 p.m.
Thurs. 8:00 a.m. to 5:30 p.m.
Fri. 8:00 a.m. to 5:30 p.m.
Sat. 8:00 a.m. to 5:00 p.m.
Sun. Closed

# Chrysler Dodge Jeep Ram Brooksville

**Pre-Service Write-Up**
https://www.chryslerdodgejeeprambrooksville.com/
14358 Cortez Boulevard, Brooksville, FL 34613
Phone: 352-597-1265
Email: twitty@cdjrbrooksville.com



## Customer Information

| Customer Name & Address | Invoice # | ID | Service Advisor |
|---|---|---|---|
| HARRY VASQUEZ<br>7102 SILVERWOOD DR<br>NEW PORT RICHEY, FL 34654 | | DFX-5847-148432401-PRN#1-DSP#7380-PRI#5 | ORLANDO MOLINA [72094] |

| Phone (home) | Phone (mobile) | Phone (work) | Vehicle In Date/Time | Promise Contact Time |
|---|---|---|---|---|
| 248-895-6550 | | | 9/20/2023 9:46 AM | 9/20/2023 11:15 AM |

| Email | Transportation | Waiter | Tag# |
|---|---|---|---|
| | None | ☐ | |

## Vehicle Information

| VIN | Year/Model | Engine |
|---|---|---|
| 1C4JJXP68MW688675 | 2021 Wrangler 4xe (2.0L) | 4CYL |
| Current Odometer | | Transmission |
| 10,601 mi | | Automatic |

## Requested Services

| Job # | OP Code | Description of Concerns and/or Labor Instruction | Labor Type | Line Estimate |
|---|---|---|---|---|
| A | RRT | RSU 1<br>Customer Comments: RSU 23-036 21MY JL 4XE INTEGRATED DUAL CHARGING MODULE SOFTWA ** | W | $0.00 |
| B | RECALL1 | Recall / Customer Satisfaction Notification 1<br>Customer Comments: Safety Recall ZB7 - Loss of Motive Power ** | W | $0.00 |
| C | 00 | General Concern<br>Customer Comments: ALL USB PORTS INOP | W | $139.00 |
| | | Shop Supplies: | | $13.90 |
| | | Sales Tax: | | $9.04 |
| | | **Preliminary Estimated Total:** | | $161.94 |

**General Comments**

**ADDITIONAL TERMS**
IN THESE ADDITIONAL TERMS,
- "I" AND "MY" REFERS TO THE CUSTOMER.
- "YOU" MEANS THE REPAIR SHOP WHICH COULD BE A VEHICLE DEALER OR AN INDEPENDENT REPAIR SHOP
- "SELLER" MEANS THE REPAIR SHOP WHICH COULD BE A VEHICLE DEALER OR AN INDEPENDENT REPAIR SHOP
AUTHORIZATION: I, THE CUSTOMER, HEREBY AUTHORIZE THE REPAIR WORK TO BE DONE, ALONG WITH THE USE AND APPLICATION OF ANY NECESSARY MATERIALS, AND AGREE THAT YOU, THE REPAIR SHOP, ARE NOT RESPONSIBLE FOR LOSS OR DAMAGE TO ANY OTHER CAUSE BEYOND YOUR CONTROL OR FOR ANY DELAYS CAUSED BY UNAVAILABILITY OF PARTS OR DELAYS IN PARTS SHIPMENTS BY THE SUPPLIER OR TRANSPORTER. THIS REPAIR SHOP IS ALSO NOT RESPONSIBLE FOR THEFT OF THE VEHICLE OR THEFT OF ANY ARTICLES STOLEN FROM INSIDE OR ON THE VEHICLE OR ANY DAMAGE CAUSED BY FIRE OR ANY ACTS OF NATURE. I HEREBY GRANT YOU AND/OR YOUR EMPLOYEES PERMISSION TO OPERATE THE VEHICLE ON STREETS, HIGHWAYS, OR ELSEWHERE, FOR THE PURPOSE OF TESTING AND/OR INSPECTION. AN EXPRESS MECHANIC'S LIEN IS ACKNOWLEDGED ON THIS VEHICLE TO SECURE THE AMOUNT OF THESE REPAIRS. ALL PARTS ARE NEW OR REMANUFACTURED UNLESS OTHERWISE INDICATED. ESTIMATES ARE GOOD FOR 30 DAYS. I ALSO AUTHORIZE ALL THE LISTED WORK TO BE PERFORMED ON MY VEHICLE FROM THE FRONT OF THIS DOCUMENT, INCLUDING THE NECESSARY MATERIALS, AND ANY SUBLET WORK NEEDED.
NOTIFICATION: I WILL BE NOTIFIED UPON COMPLETION OF ANY DIAGNOSTIC WORK NECESSARY TO ESTIMATE THE COST OF THE REPAIRS, OR IF THE ACTUAL CHARGES WILL EXCEED THE WRITTEN ESTIMATE, INCLUDING ANY ADDITIONAL UNAUTHORIZED CHARGES, BY $10.00 OR 10% WHICHEVER IS GREATER, NOT TO EXCEED $50.00. IF I AM NOTIFIED, I MAY, ORALLY OR IN WRITING, AUTHORIZE, MODIFY, OR CANCEL THIS ORDER FOR REPAIR.
SERVICING AND COLLECTION CONTACTS: YOU AGREE THAT WE MAY TRY TO CONTACT YOU IN WRITING, BY EMAIL, OR USING PRERECORDED/ARTIFICIAL VOICE MESSAGES, TEXT MESSAGES, AND AUTOMATIC TELEPHONE DIALING SYSTEMS, AS THE LAW ALLOWS. YOU ALSO AGREE THAT WE MAY TRY TO CONTACT YOU IN THESE AND OTHER WAYS AT ANY ADDRESS OR TELEPHONE NUMBER YOU PROVIDE US, EVEN IF THE TELEPHONE NUMBER IS A CELL PHONE NUMBER OR THE CONTACT RESULTS IN A CHARGE TO YOU.
STORAGE CHARGES: NO STORAGE CHARGES SHALL ACCRUE OR BE DUE AND PAYABLE FOR A PERIOD OF 3 WORKING DAYS FROM THE DATE I AM NOTIFIED THAT THE WORK ON MY VEHICLE HAS BEEN COMPLETED. AFTER THAT DATE THE DAILY CHARGE FOR STORAGE OF MY VEHICLE WILL BE $50.00. ALL VEHICLES MUST BE PICKED UP FROM THE SERVICE DEPARTMENT DURING SERVICE HOURS.
CANCELLATION OF REPAIR: IN THE EVENT THAT I CANCEL THE REPAIR WORK, MY VEHICLE SHALL BE REASSEMBLED TO A CONDITION REASONABLY SIMILAR AS WHEN RECEIVED UNLESS I WAIVE REASSEMBLY OR THE REASSEMBLED VEHICLE WOULD BE UNSAFE. THE REPAIR SHOP MAY CHARGE FOR THE COSTS OF TEARDOWN, THE COST OF PARTS AND LABOR TO REPLACE ITEMS DESTROYED BY TEARDOWN, AND THE COST TO REASSEMBLE THE VEHICLE.
DISCLAIMER OF WARRANTIES: THE FACTORY WARRANTY CONSTITUTES ALL OF THE WARRANTIES WITH RESPECT TO THE SALE OF THESE ITEMS. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS ITEM/ITEMS. PARTS AND LABOR ARE GUARANTEED FOR EITHER 12 MONTHS OR 12,000 MILES, WHICHEVER OCCURS FIRST UNLESS OTHERWISE SPECIFIED. OTHER STANDARD MANUFACTURER WARRANTIES MAY APPLY. ASK YOUR SERVICE ADVISOR FOR DETAILS.
MISCELLANEOUS SHOP SUPPLIES AND WASTE DISPOSAL CHARGES: THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL. THE STATE OF FLORIDA REQUIRES A $1.00 FEE TO BE COLLECTED FOR EACH NEW TIRE SOLD IN THE STATE [S.403.718], AND A $1.50 FEE TO BE COLLECTED FOR EACH NEW OR REMANUFACTURED BATTERY SOLD IN THE STATE [S.403.7185].
RETRIEVAL OF ON-BOARD DATA: I AUTHORIZE THE RETRIEVAL OF ON-BOARD DATA AS NEEDED TO FACILITATE VEHICLE REPAIR, AS WELL AS SHARING OF THAT DATA WITH THE MANUFACTURER FOR DIAGNOSTIC AND RESEARCH PURPOSES.

```
CUSTOMER #: 240934                          5114605      CHRYSLER DODGE JEEP RAM BROOKSVILLE
                                                              14358 CORTEZ BLVD
                                          *ACCOUNTING*         BROOKSVILLE, FL 34613
Harry Vasquez                                                   (352) 597-1265
7102 SILVERWOOD DR                         DUPLICATE 1        www.CDJRBrooksville.com
NEW PORT RICHEY, FL 34654-5923              PAGE 1
HOME:248-895-6550 CONT:harryvasquez ** PRE-INVOICE **Registration Number: MV-0000
BUS:                 CELL:                 SERVICE ADVISOR: 72094 ORLANDO MOLINA
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| NACHO | 21 | JEEP Wrangler Unlimi | 1C4JJXP68MW688675 | | 10757/10757 | T2467 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16APR21 DD | | | 09:15 02OCT23 | | 179.00 | CASH | 02OCT23 |

| R.O. OPENED | READY | OPTIONS: | DLR:27314 ENG:2.0 Liter Turbo PHEV |
|---|---|---|---|
| 02OCT23 | 02OCT23 | | |

```
LINE OPCODE TECH TYPE A/HRS S/HRS                          LIST       NET          TOTAL
B General Concern [SOP PART HAS ARRIVED . MEDIA HUB]
CAUSE: .
     08602401 MEDIA CENTER
          5614    W    0.66   0.20    640     2210                   22.10         22.10
     1 68505684AA
          CONNECTOR-MEDIA HUB        10700   17655    0   181.00    176.55        176.55
                                     10700           17655 TPARTS
                                       640            2210 TLABOR
VERSION 1 (EMP# 5614,02OCT23 09:29): 10757 replaced forward
multimedia hub and tested with mit special tool, media hub functioning
at this time
VERSION 2 (EMP# 72094,02OCT23 10:01): 10757 MEDIA HUB HAS NO OUTPUT
. USB PORTS NOT WORKING . replaced forward multimedia hub and tested
with mit special tool, media hub functioning at this time

****************************************************************
ESTIMATE: 139.00                    02OCT23 08:39  SA: 72094
     CONTACT:
****************************************************************

     DROPPING OFF

     DATE    START   FINISH  DURATION  TYPE    TECH    LINE(S)   CHG
  10-02-23   08:49   09:29    0.66      W      5614       B

ACCOUNT   SALE    COST      CONTROL       ACCOUNT   SALE    COST      CONTROL
462       2210    640                     480       17655   10700
263       19865   ******
```

```
          COST, SALE, & COMP TOTALS       11340    19865      0
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

WASTE DISPOSAL CHARGE: A standard charge for supplies (rags, cleaners, etc.) and disposal of hazardous waste (oil, coolant, oil filters, etc.) will appear on each repair order when used in the repair. The amount of each charge will be 6% of the total labor charge with a $35.00 maximum.

"This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal." [S.559.904(4)]
The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state [S.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [S. 403.7185].

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of 3 working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $30.00.

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products or service sold under the terms of this estimate. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. Parts and labor are guaranteed for 1 year.

CUSTOMER SIGNATURE

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING

ACCOUNTING COPY

CDJR Brooksville (Vasquez) 019

```
CUSTOMER #: 240934                    5114605        CHRYSLER DODGE JEEP RAM BROOKSVILLE
                                                            14358 CORTEZ BLVD
                                     *ACCOUNTING*         BROOKSVILLE, FL 34613
Harry Vasquez                                                 (352) 597-1265
7102 SILVERWOOD DR                    DUPLICATE 1          www.CDJRBrooksville.com
NEW PORT RICHEY, FL 34654-5923          PAGE 1
HOME:248-895-6550 CONT:harryvasquez ** PRE-INVOICE **Registration Number: MV-0000
BUS:              CELL:             SERVICE ADVISOR: 72094 ORLANDO MOLINA
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| NACHO | 21 | JEEP Wrangler Unlimi | 1C4JJXP68MW688675 | | 10757/10757 | T2467 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16APR21 DD | | | 09:15 02OCT23 | | 179.00 | CASH | 02OCT23 |

| R.O. OPENED | READY | OPTIONS: DLR:27314 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|
| 02OCT23 | 02OCT23 | |

```
LINE OPCODE  TECH TYPE A/HRS S/HRS                    LIST      NET       TOTAL
B General Concern [SOP PART HAS ARRIVED . MEDIA HUB]
CAUSE:
    08602401 MEDIA CENTER
        5614    W   0.66  0.20   640    2210                   22.10     22.10
     1 68505684AA
        CONNECTOR-MEDIA HUB         10700  17655   0  181.00  176.55    176.55
                                    10700  17655 TPARTS
                                      640   2210 TLABOR
VERSION 1 (EMP# 5614,02OCT23 09:29): 10757 replaced forward
multimedia hub and tested with mit special tool, media hub functioning
at this time
VERSION 2 (EMP# 72094,02OCT23 10:01): 10757 MEDIA HUB HAS NO OUTPUT
. USB PORTS NOT WORKING . replaced forward multimedia hub and tested
with mit special tool, media hub functioning at this time

**************************************************************
ESTIMATE: 139.00                   02OCT23 08:39  SA: 72094
   CONTACT:
**************************************************************

DROPPING OFF

  DATE    START  FINISH  DURATION  TYPE  TECH   LINE(S)  CHG
10-02-23  08:49  09:29    0.66      W    5614      B

ACCOUNT   SALE    COST    CONTROL    ACCOUNT   SALE    COST    CONTROL
  462     2210     640                 480     17655  10700
  263    19865   ******
```

```
COST, SALE, & COMP TOTALS    11340    19865    0
```

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | DISCOUNT | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

WASTE DISPOSAL CHARGE: A standard charge for supplies (rags, cleaners, etc.) and disposal of hazardous waste (oil, coolant, oil filters, etc.) will appear on each repair order when used in the repair. The amount of each charge will be 6% of the total labor charge with a $35.00 maximum.

*This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal.* [S.559.904(4)] The state of Florida requires a $1.00 fee to be collected for each new tire sold in the state [S.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S. 403.7185].

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of 3 working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $30.00.

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products or service sold under the terms of this estimate. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. Parts and labor are guaranteed for 1 year.

CUSTOMER SIGNATURE

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

ACCOUNTING COPY

**CDJR Brooksville (Vasquez) 020**

```
CUSTOMER #: 240934                     5114605        CHRYSLER DODGE JEEP RAM BROOKSVILLE
                                                              14358 CORTEZ BLVD
                                       *WARRANTY*             BROOKSVILLE, FL 34613
Harry Vasquez                                                   (352) 597-1265
7102 SILVERWOOD DR                     DUPLICATE 1          www.CDJRBrooksville.com
NEW PORT RICHEY, FL 34654-5923         PAGE 1
HOME:248-895-6550 CONT:harryvasquez@hotmail.com         Registration Number: MV-0000
BUS:              CELL:                SERVICE ADVISOR: 72094 ORLANDO MOLINA
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| NACHO | 21 | JEEP Wrangler Unlimi | 1C4JJXP68MW688675 | | 10757/10757 | T2467 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16APR21 DD | | | 09:15 02OCT23 | | 179.00 | CASH | 02OCT23 |

| R.O. OPENED | READY | OPTIONS: DLR:27314 ENG:2.0_Liter_Turbo_PHEV |
|---|---|---|
| 02OCT23 | 02OCT23 | |

```
LINE OPCODE TECH TYPE HOURS                             LIST      NET      TOTAL
B General Concern. [SOP PART HAS ARRIVED : MEDIA HUB]
CAUSE:  .
   08602401 MEDIA CENTER
       5614    W    0.20                                          22.10    22.10
    1 68505684AA CONNECTOR-MEDIA HUB                    181.00   176.55   176.55
                           10700      17655  TPARTS
                             640       2210  TLABOR

TECH:  5614 ACTUAL HRS.:  0.66  SOLD HRS.:  0.20

10757 MEDIA HUB HAS NO OUTPUT . USB PORTS NOT WORKING . replaced
forward multimedia hub and tested with mit special tool, media hub
functioning at this time
************************************************************
************************************************************
ESTIMATE: 139.00           02OCT23 08:39  SA: 72094
    CONTACT:
************************************************************

DROPPING OFF

TECH:  5614 ACTUAL HRS.:  0.66  SOLD HRS.:  0.2

 DATE     START  FINISH  DURATION  TYPE  TECH  LINE(S)  CHG
10-02-23  08:49  09:29    0.66      W    5614     B
```

```
   COST, SALE, & COMP TOTALS    11340    19865    0
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 22.10 |
| PARTS AMOUNT | 176.55 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 198.65 |
| DISCOUNT | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 198.65 |

WASTE DISPOSAL CHARGE: A standard charge for supplies (rags, cleaners, etc.) and disposal of hazardous waste (oil, coolant, oil filters, etc.) will appear on each repair order when used in the repair. The amount of each charge will be 6% of the total labor charge with a $35.00 maximum.

"This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal." [S.569.904(4)] The state of Florida requires a $1.00 fee to be collected for each new tire sold [S.403.718], and a $1.50 fee to be collected for each new or remanufactured battery sold in the state [S. 403.7185].

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of 3 working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $30.00.

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of products or service sold under the terms of this estimate. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. Parts and labor are guaranteed for 1 year.

CUSTOMER SIGNATURE

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI7C - IMAGING

**WARRANTY COPY**

**CDJR Brooksville (Vasquez) 021**