# Exhibit PP



# 2021 Wrangler

## WARRANTY INFORMATION - HYBRID



Download the most up-to-date warranty book at Mopar.com



Please note that this new vehicle limited warranty contains a binding arbitration provision that may affect your legal rights, and you agree that, pursuant to the arbitration provision contained in this book, that either you or FCA US LLC may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the binding arbitration provision contained in "section 1.3" of this new vehicle limited warranty for additional information concerning the agreement to arbitrate. The binding arbitration provision contained in this warranty book does not affect any rights a consumer has to participate in any of FCA's nonbinding arbitration programs or any voluntary arbitration programs sponsored by any state or government agency.

WARRANTY COVERAGE AT A GLANCE

| DESCRIPTION | 1 yr/ 12,000 | 2 yr/ 24,000 | 3 yr/ 36,000 | 3 yr/ Unlimited | 5 yr/ 60,000 | 5 yr/ Unlimited | 8 yr/ 80,000 | 10 yr/ 100,000 | 10 yr/ 150,000 |
|---|---|---|---|---|---|---|---|---|---|
| Basic Limited Warranty Coverage | ■ | ■ | ■ | | | | | | |
| — Specified Components | ■ | | | | | | | | |
| Anti-Corrosion Perforation Limited Warranty | | | | | | | | | |
| — All Panels | ■ | ■ | ■ | ■ | ■ | | | | |
| — Outer Panels | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| Powertrain Limited Warranty | ■ | ■ | ■ | ■ | ■ | ■ | | | |
| High Voltage Battery Limited Warranty | | | | | | | | | |
| — ZEV States [1] | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| — Non-ZEV States | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| Federal Emission Warranty | ■ | ■ | | | | | | | |
| FCA US LLC Limited Emission Warranty | | | | | | | | | |
| — Specified Components | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| Federal Emission Warranty | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | |
| FCA US LLC Limited Emission Warranty | | | | | | | | | |
| — Specified Components | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| Emission Performance Warranty | ■ | ■ | | | | | | | |

1.   ZEV states, see the California Emission Warranty Booklet for list

2

# 1. Your Legal Rights Under These Limited Warranties ................................................ 4

### 1.1. INCIDENTAL AND CONSEQUENTIAL DAMAGES NOT COVERED .................................................. 4
### 1.2. FCA US LLC DISPUTE SETTLEMENT PROGRAM ...................... 4
### 1.3. VOLUNTARY BINDING ARBITRATION PROVISION ..................... 5

# 2. What Is Covered Under FCA US LLC's Warranties ......................................... 6

### 2.1. BASIC LIMITED WARRANTY .................................................. 6
A. Who Is Covered ..................................................................... 6
B. What Is Covered..................................................................... 6
C. Items Covered By Other Warranties ..................................... 6
D. Towing Costs Are Covered Under Certain Circumstances ........ 6
E. When It Begins ...................................................................... 7
F. When It Ends ......................................................................... 7
G. Registration And Operation Requirements........................... 7
H. If The Vehicle Is Sold Or Registered Outside Of The United States, Including United States Possessions And Territories As Part Of The United States For Warranty Purposes ................................................. 7
### 2.2. CORROSION WARRANTY .................................................. 8
A. Who Is Covered ..................................................................... 8
B. What Is Covered..................................................................... 8
C. How Long It Lasts ................................................................. 8
D. What Is Not Covered ............................................................. 8

### 2.3. RESTRAINT SYSTEM LIMITED WARRANTY (VEHICLES SOLD AND REGISTERED IN THE STATE OF KANSAS ONLY) ................................................ 9
### 2.4. POWERTRAIN LIMITED WARRANTY ................................. 9
A. Who Is Covered ..................................................................... 9
B. What Is Covered..................................................................... 9
C. How Long It Lasts ................................................................. 9
D. Towing Costs Are Covered..................................................... 9
E. Parts Covered ...................................................................... 10
F. Other Provisions Of This Powertrain Limited Warranty ...... 10
### 2.5. HIGH VOLTAGE BATTERY LIMITED WARRANTY ..................... 11
A. Who Is Covered ................................................................... 11
B. High Voltage Battery — When It Begins .............................. 11
C. Towing Costs Are Covered................................................... 11

# 3. What Is Not Covered ................................................ 12
### 3.1. MODIFICATIONS NOT COVERED ..................................... 12
A. Some Modifications Do Not Void The Warranties But Are Not Covered .................................................... 12
B. Modifications That WILL Void Your Warranties ................. 12
### 3.2. ENVIRONMENTAL FACTORS NOT COVERED......................... 13
### 3.3. MAINTENANCE COSTS NOT COVERED................................. 13
### 3.4. RACING NOT COVERED ................................................... 13
### 3.5. CERTAIN KINDS OF CORROSION NOT COVERED .................. 13
### 3.6. OTHER EXCLUSIONS ....................................................... 14
### 3.7. TOTAL LOSS, SALVAGE, JUNK, OR SCRAP VEHICLES NOT COVERED ................................................ 14
### 3.8. RESTRICTED WARRANTY .................................................. 14

4. Other Terms Of Your Warranties................................15
 4.1. EXCHANGED PARTS MAY BE USED IN
   WARRANTY REPAIRS.............................................. 15
 4.2. PRE-DELIVERY SERVICE ......................................... 15
 4.3. PRODUCTION CHANGES .......................................... 15

5. Emission Warranties Required By Law....................16
 5.1. FEDERAL EMISSION WARRANTY.............................. 16
   A. Parts Covered for Two Years or 24,000 Miles................ 16
   B. Parts Covered for Eight years or 80,000 miles .............. 17
 5.2. EMISSION PERFORMANCE WARRANTY ................................ 17

6. How To Get Warranty Service .....................................18
 6.1. WHERE TO TAKE YOUR VEHICLE.............................. 18
   A. In the United States (We Include US Possessions
     And Territories As Part Of The United States For
     Warranty Purposes) ...................................... 18
   B. In Canada And Mexico.................................. 18
   C. In A Foreign Country Outside Of North America................ 18
   D. If You Move ........................................ 19
   E. Notice ............................................. 19
 6.2. HOW TO GET ROADSIDE ASSISTANCE SERVICE —
   U.S. OR CANADA ONLY * ........................................ 19
   A. Who Is Covered ...................................... 19
   B. What To Do......................................... 20
   C. If Unable To Contact Roadside Assistance ................. 20
   D. Covered Services...................................... 21

 6.3. EMERGENCY WARRANTY REPAIRS ........................................ 22
 6.4. GETTING SERVICE UNDER THE EMISSION
   PERFORMANCE WARRANTY .................................... 22
   A. What To Do.......................................... 22
   B. Further Steps You Can Take, And How To Get
     More Information .................................. 22

7. How To Deal With Warranty Problems................... 23
 7.1. STEPS TO TAKE .......................................... 23
   A. In General ........................................ 23
   B. What FCA US LLC Will Do ............................ 23
   C. Voluntary Non-Binding Arbitration Process .................. 23
   D. Notice Under State Lemon Laws ....................... 25
   E. California Residents Only .............................. 25
 7.2. HELPFUL ADDRESSES AND TELEPHONE NUMBERS........... 26

8. Optional Service Contract.......................................... 27

9. Maintenance........................................................... 28
 9.1. GENERAL INFORMATION ................................. 28
 9.2. WHERE TO GO FOR MAINTENANCE ....................... 28

# 1.  YOUR LEGAL RIGHTS UNDER THESE LIMITED WARRANTIES

The warranties contained in this booklet are the only express warranties that FCA US LLC ("FCA US") makes for your vehicle. **These warranties give you specific legal rights. You may also have other rights that vary from state to state.** For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and FCA US LLC completely disclaims them to the extent allowed by law. The implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

**Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

## 1.1.  INCIDENTAL AND CONSEQUENTIAL DAMAGES NOT COVERED

**Your warranties do not cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.**

Examples of such damages include:

- Lost time
- Inconvenience
- The loss of the use of your vehicle
- The cost of rental vehicles, gasoline, telephone, travel, or lodging
- The loss of personal or commercial property
- The loss of revenue

**Some states do not allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.**

## 1.2.  FCA US LLC DISPUTE SETTLEMENT PROGRAM

FCA US LLC offers a dispute settlement program under two options for customers. First, you may submit your claim to the National Center for Dispute Settlement (NCDS). For more information on the NCDS program, please see "section 7.1". Second, if you prefer not to submit your claim to NCDS, or you are not satisfied with the result from NCDS, then you agree to resolve your dispute with FCA US LLC through binding arbitration as defined in "section 1.3".

## 1.3.   VOLUNTARY BINDING ARBITRATION PROVISION

Please carefully read this voluntary binding arbitration provision, which applies to any dispute between you and FCA US LLC and its affiliates (together "FCA", "we" or "us"). If you have a concern or dispute, please send a written notice describing it and your desired resolution to FCA US LLC Office of the General Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766. This binding arbitration provision does not affect any rights a consumer has to participate in any of FCA US LLC's nonbinding arbitration programs or any voluntary arbitration programs sponsored by any state or government agency.

If your concern or dispute is not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and FCA US LLC will not be decided by a judge or jury but instead by a single arbitration administered by the **American Arbitration Association (AAA)** under its **Consumer Arbitration Rules** in effect at the time you signed the Agreement to Arbitrate. This includes claims arising out of your warranty and claims arising before this agreement, such as claims related to statements about our products.

FCA US LLC will pay all AAA fees and costs for any arbitration, which will be held in the city or county of your residence. To learn more about the rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

The arbitrator may only resolve disputes between you and FCA US LLC and may not consolidate claims without the consent of all parties. You and FCA US LLC may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action. The arbitrator cannot hear class or representative claims on behalf of others purchasing or leasing FCA US LLC vehicles. If a court or arbitrator decides that any part of this agreement to arbitrate cannot be enforced as to a particular claim for relief or remedy (such as declaratory relief), then that claim or remedy (and only that claim or remedy) shall be severed and must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days of taking delivery of the vehicle and signing the Arbitration Acknowledgment Form at the dealer. To opt out of the binding arbitration program, send a letter to: FCA US LLC Office of the General Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766, stating your name, Vehicle Identification Number (VIN), and intent to opt out of the arbitration provision. If you do not opt out, then this provision to arbitrate is binding.

# 2. WHAT IS COVERED UNDER FCA US LLC'S WARRANTIES

## 2.1.  BASIC LIMITED WARRANTY

### A.  WHO IS COVERED

You are covered by the Basic Limited Warranty if you are a purchaser for use of the vehicle.

### B.  WHAT IS COVERED

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your vehicle when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exceptions are the parts listed in "section 2.1C". These warranty repairs or adjustments, including all parts and labor connected with them, will be made by an authorized dealer at no charge, using new or remanufactured parts.

### C.  ITEMS COVERED BY OTHER WARRANTIES

The following are covered by separate warranties offered by their manufacturers. They are **not covered** by the Basic Limited Warranty:

- Tires
- Headphones
- Items added or changed after your vehicle left the manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion

Be sure you get a copy of any warranty that applies to these items from the manufacturer of the product.

### D.  TOWING COSTS ARE COVERED UNDER CERTAIN CIRCUMSTANCES

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep®, or Ram dealer if your vehicle becomes disabled as a result of a mechanical breakdown. If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada.

## E. WHEN IT BEGINS

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

- The date you take delivery of the vehicle.
- The date when the vehicle was first put into use, for example, as a dealer "demo" or as an FCA US LLC company vehicle.

## F. WHEN IT ENDS

The Basic Limited Warranty lasts for three years from the date it begins or for 36,000 miles on the odometer, whichever occurs first. The following items are covered only for one year or for 12,000 miles on the odometer, whichever occurs first:

- Brakes (rotors, pads, linings, and drums)
- Bulbs
- Clutch Discs or Modular Clutch Assembly (if equipped)
- Wheel Alignment
- Wheel Balancing
- Windshield and Rear Window
- Wiper Blades

## G. REGISTRATION AND OPERATION REQUIREMENTS

The Basic Limited Warranty covers your vehicle only if:

- The vehicle was manufactured for sale and registered in the US.
- The vehicle is driven mainly in the US or Canada.
- The vehicle is operated and maintained in the manner described in your Owner's Manual.

## H. IF THE VEHICLE IS SOLD OR REGISTERED OUTSIDE OF THE UNITED STATES, INCLUDING UNITED STATES POSSESSIONS AND TERRITORIES AS PART OF THE UNITED STATES FOR WARRANTY PURPOSES

EXCEPT WHERE SPECIFICALLY REQUIRED BY LAW, THERE IS NO WARRANTY COVERAGE FOR THIS VEHICLE IF IT IS SOLD OR REGISTERED OUTSIDE OF THE UNITED STATES.

This policy does not apply to vehicles that have received authorization for export from FCA US LLC. Dealers may not give authorization for export. You should consult an authorized dealer to determine this vehicle's warranty coverage if you have any questions.

This policy does not apply to vehicles registered to US government officials or military personnel on assignment outside of the United States.

## 2.2.  CORROSION WARRANTY

### A.  WHO IS COVERED

You are covered by the Corrosion Warranty if you are a purchaser for use of the vehicle.

### B.  WHAT IS COVERED

The Corrosion Warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this warranty does not apply. Cosmetic or surface corrosion may be covered under the warranty. The cause of cosmetic or surface corrosion will determine if there is coverage. Cosmetic or surface corrosion resulting from stone chips or scratches in the paint is not covered. For more details on what is not covered by this warranty, refer to "section 3.5".

### C.  HOW LONG IT LASTS

The Corrosion Warranty starts when your Basic Limited Warranty begins under "section 2.1 E".

This warranty has two time-and-mileage limits:

- For sheet metal panels, the limit is three years, with no mileage limit.
- For an outer-body sheet metal panel, one that is finish-painted and that someone can see when walking around the vehicle, the limits is five years, with no mileage limit.

### D.  WHAT IS NOT COVERED

Please note that while the standard Corrosion Warranty applies to defects in material and/or workmanship, it does not cover the vehicle's matte finish appearance (if equipped).

Maintaining the matte finish appearance is solely the responsibility of the vehicle owner as described in your Owner's Manual.

## 2.3.  RESTRAINT SYSTEM LIMITED WARRANTY (VEHICLES SOLD AND REGISTERED IN THE STATE OF KANSAS ONLY)

For vehicles sold and registered in the state of Kansas, seat belts and related seat belt components are warranted against defects in workmanship and materials for 10 years, regardless of mileage. This warranty does not cover replacement of seat belts and related components required as the result of collision.

## 2.4.  POWERTRAIN LIMITED WARRANTY

### A. WHO IS COVERED

You are covered by the Powertrain Limited Warranty if you are a purchaser for use of the vehicle.

### B. WHAT IS COVERED

The Powertrain Limited Warranty covers the cost of all parts and labor needed to repair a powertrain component listed in "section 2.4 E" that is defective in workmanship and materials.

### C. HOW LONG IT LASTS

The Powertrain Limited Warranty lasts for up to five years or 60,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1 E".

### D. TOWING COSTS ARE COVERED

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep® or Ram dealer if your vehicle cannot be driven because a covered part has failed.

If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada.

## E. PARTS COVERED

The Powertrain Limited Warranty covers these parts and components of your vehicle's powertrain supplied by FCA US LLC:

**NOTE:**
MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED UNDER THE POWERTRAIN LIMITED WARRANTY.

### Gasoline Engine

Cylinder block and all internal parts; cylinder head assemblies; timing case, timing chain, timing belt, gears and sprockets; vibration damper; oil pump; water pump and housing; intake and exhaust manifolds; flywheel with starter ring gear; core plugs; valve covers; oil pan; turbocharger housing and internal parts; turbocharger wastegate actuator; supercharger; serpentine belt tensioner; and seals and gaskets for listed components only.

### Transmission

Transmission case and all internal parts; torque converter; drive/flex plate; transmission range switch; speed sensors; pressure sensors; transmission control module; bell housing; oil pan; and seals and gaskets for listed components only.

### Front Wheel Drive (FWD)

Transaxle case and all internal parts; axle shaft assemblies; constant velocity joints and boots; differential cover; oil pan; transaxle speed sensors; transaxle solenoid assembly; PRNDL position switch; transaxle electronic controller; torque converter; and seals and gaskets for listed components only.

### All Wheel Drive (AWD)

Power transfer unit and all internal parts; viscous coupler; axle housing and all internal parts; constant velocity joints and boots; driveshaft and axle shaft assemblies; differential carrier assembly and all internal parts; output ball bearing; output flange; end cover; overrunning clutch; vacuum motor; torque tube; pinion spacer and shim; and seals and gaskets for listed components only.

### Rear Wheel Drive (2WD)

Rear axle housing and all internal parts; axle shafts; axle shaft bearings; drive shaft assemblies; drive shaft center bearings; universal joints and yokes; and seals and gaskets for listed components only.

### Four-Wheel Drive (4WD)

Transfer case and all internal parts; transfer case control module and shift mode motor assembly; axle housing and all internal parts; axle shafts; axle shaft bearings; drive shafts assemblies (front and rear); drive shaft center bearings; universal joints and yokes; disconnect housing assembly; and seals and gaskets for the listed components only.

## F. OTHER PROVISIONS OF THIS POWERTRAIN LIMITED WARRANTY

For all other terms of the New Vehicle Limited Warranty that apply to the Powertrain Limited Warranty refer to "section 1" (Your Legal Rights Under These Limited Warranties) and "section 3" (What Is Not Covered) for further information.

## 2.5.  HIGH VOLTAGE BATTERY LIMITED WARRANTY

### A. Who Is Covered

You are covered by the High Voltage Battery Limited Warranty if you are a purchaser for use of the vehicle.

### B. High Voltage Battery — When It Begins

• Vehicles certified for sale and registered in the state of California or states that adopt California ZEV regulations, the High Voltage Battery coverage is 10 years or 150,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1 E".

• Vehicles certified for sale and registered in states not adopting California ZEV regulations, the High Voltage Battery coverage is 10 years or 100,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1 E".

### C. Towing Costs Are Covered

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge Jeep® or Ram dealer if your vehicle cannot be driven because a covered part has failed.

If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada.

# 3. WHAT IS NOT COVERED

## 3.1. MODIFICATIONS NOT COVERED

### A. SOME MODIFICATIONS DO NOT VOID THE WARRANTIES BUT ARE NOT COVERED

Certain changes that you might make to your vehicle do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- Installing non-FCA US LLC parts, components, or equipment such as, a non-FCA US LLC radio or cruise control.
- Using special non-FCA US LLC materials or additives.
- Modifying the front fascia/bumper, vehicle body structure, or adding aftermarket side steps or running boards.
- Replacing windshields on vehicles equipped with Advanced Driver Assist Systems with non-FCA US LLC genuine parts.
- Using aftermarket collision parts.
- Attaching or installing any aftermarket accessories, including transparent material (e.g. glass tinting) or aftermarket grilles.

**NOTE:**
Non-FCA US LLC parts can also impact downstream or other related safety systems.

Your warranties do not cover any part that was not on your vehicle when it left the manufacturing plant or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused or needed because of the installation or use of non-FCA US LLC parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-FCA US LLC parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- Installing accessories, except for genuine FCA US LLC/Mopar® accessories installed by an authorized Chrysler, Dodge, Jeep®, or Ram dealer.
- Applying rustproofing or other protection products.
- Changing the vehicle's configuration or dimensions, such as converting the vehicle into a limousine or food service vehicle.
- The use of any refrigerant that FCA US LLC has not approved.

### B. MODIFICATIONS THAT WILL VOID YOUR WARRANTIES

These actions will void your warranties:

- Disconnecting, tampering with, or altering the odometer, unless your repairing technician follows the legal requirements for repairing or replacing odometers.
- Attaching any device that disconnects the odometer.

## 3.2.  ENVIRONMENTAL FACTORS NOT COVERED

Your warranties do not cover damage caused by environmental factors such as airborne fallout, bird droppings, insect damage, chemicals, tree sap, salt, ocean spray, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the vehicle. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

## 3.3.  MAINTENANCE COSTS NOT COVERED

Your warranties do not cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties do not cover the costs of your vehicle's normal or scheduled maintenance, the parts and services that all vehicles routinely need. Some of these parts and services, which your warranties do not cover, include:

- Lubrication
- Engine tune-ups
- Replacing filters, coolant, spark plugs, or fuses
  (unless those costs result from a covered repair)
- Cleaning and polishing
- Replacing worn wiper blades, worn brake pads and linings,
  or clutch linings

## 3.4.  RACING NOT COVERED

Your warranties do not cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

## 3.5.  CERTAIN KINDS OF CORROSION NOT COVERED

Your warranties do not cover the following:

- Corrosion caused by accident, damage, abuse, or vehicle alteration
- Surface corrosion caused by such things as industrial fallout, sand, salt, hail, ocean spray, and stones
- Corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers
- Corrosion of special bodies, body conversions, or equipment that was not on your vehicle when it left the manufacturing plant or was not supplied by FCA US LLC

**14**  WHAT IS NOT COVERED

## 3.6.  OTHER EXCLUSIONS

Your warranties do not cover the costs of repairing damage or conditions caused by any of the following:

- Fire or accident
- Abuse or negligence
- Misuse, for example, driving over curbs or overloading
- Tampering with the emission systems, or with a part that could affect the emission systems
- Use of used parts, even if they were originally supplied by FCA US LLC, however, authorized FCA US LLC/Mopar® remanufactured parts are covered
- Windshield or rear window damage from external objects
- Any changes made to your vehicle that do not comply with FCA US LLC
- Using any fluid that does not meet the minimum recommendations in your Owner's Manual

## 3.7.  TOTAL LOSS, SALVAGE, JUNK, OR SCRAP VEHICLES NOT COVERED

A vehicle has no warranty coverage of any kind if:

- The vehicle is declared a total loss by an insurance company.
- The vehicle is rebuilt after being declared a total loss by an insurance company.
- The vehicle is issued a certificate of title indicating that it is designated as "salvage", "junk", "rebuilt", "scrap", or some similar word.

FCA US LLC will deny warranty coverage without notice if it learns that a vehicle is ineligible for coverage for any of these reasons.

This exclusion does not apply to emission warranties or to recall campaigns.

## 3.8.  RESTRICTED WARRANTY

FCA US LLC may restrict the warranty on your vehicle if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by FCA US LLC before covered repairs are performed.

# 4. OTHER TERMS OF YOUR WARRANTIES

## 4.1. EXCHANGED PARTS MAY BE USED IN WARRANTY REPAIRS

In the interest of customer satisfaction, FCA US LLC may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your vehicle is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet FCA US LLC standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- Engine Assemblies
- Transmission Assemblies
- Instrument Cluster Assemblies
- Radios, CD and DVD players
- Speedometers
- Powertrain Control Module (PCM)

To help control suspected ozone-depleting agents, the Environmental Protection Agency (EPA) requires the capture, purification, and reuse of automotive air conditioning refrigerant gases. As a result, a repair to the sealed portion of your air conditioning system may involve the installation of purified reclaimed refrigerant.

## 4.2. PRE-DELIVERY SERVICE

A defect in or damage to the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to an authorized dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the vehicle is delivered to you.

## 4.3. PRODUCTION CHANGES

Changes may be made in vehicles sold by FCA US LLC and its authorized dealers at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

# 5. EMISSION WARRANTIES REQUIRED BY LAW

## 5.1. FEDERAL EMISSION WARRANTY

### A. PARTS COVERED FOR TWO YEARS OR 24,000 MILES

Federal law requires FCA US LLC to warrant the following emission parts under the Federal Emission Warranty for two years or 24,000 miles, whichever occurs first. However, FCA US LLC covers all of these parts under the FCA US LLC Limited Emission Warranty for 10 years or 100,000 miles, whichever occurs first.

- Air system controls
- Electronic fuel injection system, including injector
- Evaporative emission canister and controls
- Exhaust manifold
- Exhaust gas recirculation valve and control system
- Exhaust pipes (between exhaust manifold and catalyst)
- Fuel cap and tank assembly, pump, and fuel lines
- Hybrid Charging System
- Hybrid Electric Cooling System
- Hybrid Power Inverter System
- Ignition system
- Intake manifold
- On-board diagnostic-system components
- Oxygen sensors
- Positive Crankcase Ventilation (PCV) valve or orifice
- Secondary ignition wires
- Spark plugs
- Throttle body
- Vacuum hoses, clamps, and fittings, as well as tubing used for these components
- Vacuum, temperature, altitude, speed, and time-sensitive valves, sensors, and switches used in these components and systems

## B. PARTS COVERED FOR EIGHT YEARS OR 80,000 MILES

If your vehicle has one of the following parts, the Federal Emission Warranty warrants those emission parts for a period of eight years or 80,000 miles, whichever occurs first, calculated from the start of the Basic Limited Warranty as set forth in "section 2.1 E". However, FCA US LLC covers all these parts under the FCA US LLC Limited Emission Warranty for 10 years or 100,000 miles, whichever occurs first.

These parts are:

- Anti-Lock Brake System (ABS) Module
- Auxiliary Hybrid Control Processor (AHCP)
- Battery Pack Control Module
- Brake Booster Module
- Catalytic Converter
- Hybrid Control Processor (HCP)
- On-Board Charging Module
- Powertrain Control Module (PCM)
- Transmission Control Module (TCM)

## 5.2. EMISSION PERFORMANCE WARRANTY

This warranty supplements the Federal Emission Warranty under "section 5.1". The Emission Performance Warranty lasts for two years or 24,000 miles on the odometer, whichever occurs first. If your vehicle has one of the parts listed in "section 5.1 B", the Federal Emission Warranty covers that part for a period of eight years or 80,000 miles, whichever occurs first or the FCA US LLC Limited Emission Warranty covers that part for a period of 10 years or 100,000 miles, whichever occurs first. These limits are counted from the time that your Basic Limited Warranty begins under "section 2.1 E". The Emission Performance Warranty covers the cost of repairing or adjusting any components or parts that might be needed for your vehicle to pass federal emission standards for a federally approved state or local emission test, but only if:

- Your vehicle has failed a federally approved state or local emission test.
- Your vehicle has been maintained and operated properly up until it fails such a test.
- You face a real penalty, for example, a fine or the loss of the use of your vehicle, because the vehicle has failed the test.

Refer to "section 6.4" Getting Service Under The Emission Performance Warranties, for further information on how to get service under this warranty.

# 6. How To Get Warranty Service

## 6.1. WHERE TO TAKE YOUR VEHICLE

### A. In the United States (We Include US Possessions And Territories As Part Of The United States For Warranty Purposes)

Warranty service must be done by an authorized Chrysler, Dodge, Jeep®, or Ram dealer. We strongly recommend that you take your vehicle to your selling dealer. They know your vehicle best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Chrysler, Dodge, Jeep®, or Ram dealer.

### B. In Canada And Mexico

If you are traveling temporarily in Canada or Mexico, and your vehicle remains registered in the United States, your FCA US LLC warranty still applies. Service may be requested at any authorized Chrysler, Dodge, Jeep®, or Ram dealer.

### C. In A Foreign Country Outside Of North America

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

- Take your vehicle to an authorized Chrysler, Dodge, Jeep® or Ram dealer. They should give you the same warranty service you receive in United States.
- If the authorized dealer charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. This receipt will be similar to the one used by the authorized dealer who normally services your vehicle.
- When your vehicle returns to the United States, contact the FCA US LLC Customer Assistance Center, refer to "section 7.2", for reimbursement consideration. You will normally need to provide a copy of the receipt, your vehicle registration and any other relevant documents.
- Reimbursement will not be considered if the vehicle does not return to the United States.

## D. IF YOU MOVE

If you move to another country, be sure to contact the FCA US LLC Customer Assistance Center, refer to "section 7.2" and the customs department of the destination country before you move. Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to FCA US LLC in order to continue your warranty coverage. You may also be required to obtain documentation from FCA US LLC in order to register your vehicle in your new country.

## E. NOTICE

If your vehicle is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. Vehicles registered to United States government officials or military personnel on assignment outside of the US will continue to be covered.

## 6.2.  HOW TO GET ROADSIDE ASSISTANCE SERVICE — U.S. OR CANADA ONLY *

### A. WHO IS COVERED

You are covered by Roadside Assistance services if you are a purchaser for use of the vehicle. Roadside Assistance services last for five years or 60,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1 E".[1]

---

1. * Roadside Assistance services provided through Cross Country Motor Club, Inc., 400 River's Edge Drive, Medford, MA 02155, except in AK, CA, HI, OR, WI, and WY, where services are provided by Cross Country Motor Club of California, Inc., 275 East Hillcrest Drive, Suite 165, Thousand Oaks, CA 91360.

## B. WHAT TO DO

If your vehicle requires jump start assistance, out of gas/fuel delivery, tire service, lockout service or towing as a result of a mechanical breakdown, call 800-521-2779 for assistance.

Provide your name, Vehicle Identification Number (VIN) — required for covered services, license plate number, and your location, including the telephone number from which you are calling. Briefly describe the nature of the problem and answer a few simple questions.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an "unsafe situation", please let us know. With your consent, we will contact local police or safety authorities.

## C. IF UNABLE TO CONTACT ROADSIDE ASSISTANCE

If you are unable to contact Roadside Assistance or unable to provide a valid Vehicle Identification Number (VIN) and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility for services rendered within 30 days of the occurrence. Be sure to include your VIN, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. FCA US LLC's determination relating to reimbursement is final. Correspondence should be mailed to:

FCA US LLC Customer Assistance

P.O. Box 9145

Medford, MA 02155

Attention: Claims Department

FCA US LLC reserves the right to modify the terms or to discontinue the Roadside Assistance Program at any time. The Roadside Assistance Program is subject to restrictions and conditions of use, that which are determined solely by FCA US LLC.

## D. COVERED SERVICES

### Flat Tire Service

If you are inconvenienced by a flat tire, we will dispatch a service provider to use your vehicle's temporary spare tire (if equipped) as recommended in your Owner's Manual. This is not a permanent flat tire repair.

### Out of Gas/Fuel Delivery

Drivers cannot always count on a gas station being nearby, especially when traveling away from home. We will dispatch a service provider to deliver a small amount of fuel (maximum two gallons) to get you to a nearby station. This service is limited to two occurrences in a 12-month period.

### Battery Jump Assistance

No time is a good time for a depleted battery, but with Roadside Assistance, you do not have to worry about being stranded. We will dispatch a service provider to provide you with a battery jump any time, day or night.

### Lockout Service

Whether the keys are locked in your vehicle or frozen locks are keeping you from getting on your way, Roadside Assistance can assist you. This service is limited to providing access to the vehicle's seating area. It does not cover the cost of replacement keys.

### Towing Service

Roadside Assistance service gives you peace of mind and confidence. If your vehicle becomes disabled as a result of a mechanical breakdown, Roadside Assistance will dispatch a towing service provider to transport your vehicle to the closest authorized Chrysler, Dodge, Jeep®, or Ram dealer. If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles.

## 6.3.  EMERGENCY WARRANTY REPAIRS

If you have an emergency and have to get a warranty repair made by someone other than an authorized Chrysler, Dodge, Jeep® or Ram dealer, follow the reimbursement procedure in "section 6.1 C".

## 6.4.  GETTING SERVICE UNDER THE EMISSION PERFORMANCE WARRANTY

### A.  WHAT TO DO

If your vehicle has failed an emission test described in "section 5.2":

- Take it to an authorized Chrysler, Dodge, Jeep®, or Ram dealer as soon as possible.
- Give the service representative the printout showing that your vehicle failed the test.
- If possible, bring all service receipts, maintenance logs, and records proving that your vehicle has been properly maintained, since you may be required to show them.

### B.  FURTHER STEPS YOU CAN TAKE, AND HOW TO GET MORE INFORMATION

If you think the authorized dealer has wrongly denied you emission warranty coverage, follow the recommended instructions in "section 7.1". FCA US LLC will reply to you in writing within 30 days after receiving your complaint, or within the time limit required by local or state law. If the owner is not notified within 30 days that a performance warranty claim is denied, FCA US LLC must repair the vehicle free of charge.

For more information about getting service under the Federal Emission Warranty or the Emission Performance Warranty, or to report what you think is a violation of these warranties, contact:

Manager, Certification and Compliance

Division Warranty Claims

Environmental Protection Agency

1200 Pennsylvania Avenue, NW

Mail Code 6403J

Washington, D.C. 20460

# 7. How To Deal With Warranty Problems

## 7.1.  STEPS TO TAKE

### A.  In General

Normally, warranty problems can be resolved by an authorized dealer's sales or service departments. Always talk to an authorized dealer's service manager or sales manager first. If you are not satisfied with an authorized dealer's response to your problem, FCA US LLC recommends that you discuss your problem with the owner or general manager of the authorized dealer.

If an authorized dealer still cannot resolve the problem, contact the FCA US LLC Customer Assistance Center listed in "section 7.2".

### B.  What FCA US LLC Will Do

Once you have followed the recommended instructions described in "section 7.1 A", a FCA US LLC representative at FCA US LLC headquarters will review your situation. If it is something that FCA US LLC can help you with, FCA US LLC will provide an authorized dealer with all the information and assistance necessary to resolve the problem. Even if FCA US LLC cannot help you, FCA US LLC will acknowledge your contact and explain FCA US LLC's position.

If you cannot resolve your warranty problem after following the recommended instructions described in "section 7.1 A", you may obtain a brochure describing FCA US LLC's Customer Arbitration Process (CAP), including an application, by calling 877-426-5337 for assistance. For further details on resolving your warranty problem, please see the Lemon Law booklet included in your glove box materials or available online at www.mopar.com.

### C.  Voluntary Non-Binding Arbitration Process

FCA US LLC offers a non-binding voluntary dispute resolution process in all 50 states, which is administered by the National Center for Dispute Settlement (NCDS).

This service is strictly voluntary, and you may submit your dispute directly to the CAP at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement (NCDS)

FCA US LLC Customer Arbitration Process

P.O. Box 515315

Dallas, TX 75251-5315

**24**  HOW TO DEAL WITH WARRANTY PROBLEMS

The CAP reviews only vehicle disputes involving FCA US LLC ("FCA US") Limited Warranty or an FCA US LLC/Mopar® Part Limited Warranty. The CAP does not review disputes involving the sale of a new or used vehicle, personal injury/property damage claims, disputes relating to the design of the vehicle or a part, or disputes which are already the subject of litigation.

The CAP will need the following information from you:

1. Legible copies of all documents and repair orders relevant to your case.

2. Vehicle Identification Number (VIN) of your vehicle.

3. A brief description of your unresolved concern.

4. The identity of your servicing/selling dealer.

5. The date(s) of repair(s) and mileage at the time.

6. The current mileage.

7. A description of the action you expect to resolve your concern.

Upon receipt of your request:

• The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by email or mail, within 10 days, and advise you whether or not your dispute is within the jurisdiction of the process.

• When your request is within jurisdiction, NCDS will request FCA US LLC to present their side of the dispute. You will receive copies of the responses.

• While your dispute is pending, NCDS or FCA US LLC may contact you to see if your case can be settled by agreement. If a settlement is offered to you, FCA US LLC will ask you to sign a form that contains that settlement. Your case will then be closed. There is no requirement for you to participate in this settlement process.

• If you requested an oral hearing, with NCDS will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealer near you or by teleconference.

• If you request a documents-only review, a panel of neutral arbitrators will review and decide your case. Neither you nor FCA US LLC need be present.

• NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by FCA US LLC and the time by which the action must be taken. The decision will be binding on FCA US LLC but not on you unless you accept the decision.

• If any action is required on FCA US LLC, you will be contacted within 10 days after the date by which FCA US LLC must act to determine whether performance has been rendered.

• The entire dispute settlement process will normally take no longer than 40 days.

## D. NOTICE UNDER STATE LEMON LAWS

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, FCA US LLC requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws. In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the FCA US LLC Customer Assistance Center using the address in "section 7.2".

## E. CALIFORNIA RESIDENTS ONLY

FCA US LLC offers a non-binding dispute resolution program in the state of California that has been certified by the Arbitration Certification Program of the state. The California Dispute Settlement Program (CDSP) is a neutral third-party arbitration provider that administers the cases. Detailed program information can be found online at www.mopar.com under Warranty/Additional Publications or in the California Dispute Settlement Program booklet provided with your vehicle.

## 7.2. HELPFUL ADDRESSES AND TELEPHONE NUMBERS

Here are the addresses and telephone numbers of the FCA US LLC Customer Assistance Centers that can help you wherever you happen to be. Contact the one that covers your area:

- **In the United States:**

  **FCA US LLC Customer Assistance Center**

  P.O. Box 21-8004

  Auburn Hills, Michigan 48321-8004

  Phone Number: 877-426-5337

  To contact FCA US LLC by email

  Select the "Contact Us" button on

  www.jeep.com

- **In Canada:**

  **FCA Canada Customer Care**

  Chrysler Centre

  P.O. Box 1621

  Windsor, Ontario N9A-4H6

  Phone Number (English): 800-465-2001

  Phone Number (French): 800-387-9983

- **In Mexico:**

  **Customer Relations Office**

  Prolongación Paseo de la Reforma 1240

  Santa Fe, Cuajimalpa CP 05348

  Ciudad de México

  Phone Number (in Mexico): 800-505-1300

  Phone Number (outside Mexico): 011 (52) 55 50817568

- **In Puerto Rico and U.S. Virgin Islands:**

  **FCA Caribbean LLC Customer Service**

  Box 191857

  San Juan, Puerto Rico 00919-1857

  Phone Number: 877-426-5337

  Fax Number: 787-782-3345

# 8. OPTIONAL SERVICE CONTRACT

Mopar® Vehicle Protection plans offer valuable protection against repair costs when these warranties no longer apply. They complement but do not replace the warranty coverages outlined in this booklet. A variety of plans are available, covering various time-and-mileage periods and various groups of the vehicle's mechanical components.

Mopar® Vehicle Protection plans are the ONLY vehicle extended protection plans authorized, endorsed and backed by FCA US LLC to provide additional protection beyond your vehicle's warranty.
Look for our brand logo and ask an authorized dealer for details.



# 9. Maintenance

## 9.1.  GENERAL INFORMATION

It is your responsibility to properly maintain and operate your new vehicle. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and FCA US LLC concerning the maintenance of your vehicle, FCA US LLC will require you to provide proof that your vehicle was properly maintained.

For your convenience, FCA US LLC has prepared a Maintenance Schedule with routine service intervals which is included in your Owner's Manual. It is essential to follow these required maintenance intervals for safe trouble-free operation.

## 9.2.  WHERE TO GO FOR MAINTENANCE

FCA US LLC recommends that you return to the authorized Chrysler, Dodge, Jeep®, or Ram dealer from whom you bought your vehicle for all maintenance service both during and after the warranty periods. Although you can get warranty service from any authorized dealer who sells your particular make, returning to your selling authorized Chrysler, Dodge, Jeep®, or Ram dealer will help ensure that all your service needs are met and that you are completely satisfied. The dealer technicians are specifically trained to perform maintenance and repair procedures on your vehicle.

FCA US LLC strongly recommends using genuine FCA US LLC/Mopar® parts to maintain your vehicle.

Original Owner's Name

Street Address

City and State                                            Zip Code

Vehicle Identification Number

Warranty Start Date (In-Service Date)          Mileage at Delivery

Selling Dealer                                            Code

City                                                          State

Second Owner's Name

Street Address

City and State                                            Zip Code

Date of Second Purchase          Mileage at Purchase

Third Owner's Name

Street Address

City and State                                            Zip Code

Date of Third Purchase          Mileage at Purchase

Warranty coverage applies to all vehicle owners. To protect you in the event of a recall or any questions concerning your warranty, please tell your dealer about any ownership or address change, and write the details here.







**Download a free electronic copy of the most up-to-date warranty book at Mopar.com**

©2022 FCA US LLC. All Rights Reserved. Jeep is a registered trademark of FCA US LLC.

Second Edition V4
21_JL_H_GW_EN_US