## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al*., on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-10546 |
| | Hon. Brandy R. McMillion |
| Plaintiffs, | |
| v. | Magistrate Judge Kimberly G. Altman |
| FCA US LLC, | |
| Defendant. | |

## STIPULATED ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON DEFENDANT'S RENEWED MOTION TO COMPEL ARBITRATION

1.   On November 25, 2024, Plaintiffs filed their Second Amended Complaint. ECF No. 30.

2.   Shortly thereafter, on January 13, 2025, Defendant FCA US LLC filed its Motion to Compel Arbitration and to Dismiss. ECF No. 32.

3.   After full briefing, the Court conducted an in-person hearing on FCA US's Motion on May 7, 2025. ECF No. 43.

4.   On June 5, 2025, the Court issued its Opinion and Order denying FCA US's Motion. ECF No. 44. The opinion directed that the Parties conduct arbitration-specific discovery so that all relevant arbitration agreements and arguments could be raised and decided.

5.      The Parties completed that discovery and, on November 10, 2025, FCA US filed its Renewed Motion to Compel Arbitration ("Renewed Motion to Compel") and a Motion to Stay Proceedings ("Motion to Stay"). ECF Nos. 57-58.

6.      Plaintiffs plan to file their response to the Motion to Stay by the November 24, 2025 deadline set by E.D. Mich. L.R. 7.1.

7.      However, due to the number of arguments and Plaintiffs at issue in the Renewed Motion to Compel, Plaintiffs and FCA US have agreed to an extension of time, through December 19, 2025, for Plaintiffs to file their response to that motion. Similarly, the Parties agree that FCA US shall have until January 26, 2026 to file its reply in support of that motion.

8.      Separately, on October 30, 2025, while the Parties were completing the arbitration discovery, FCA US issued a third recall ("Recall 68C") which covers Plaintiffs' Class Vehicles (and some additional model year vehicles) and the alleged defect. To ensure Recall 68C is included in Plaintiffs' allegations, the Parties agree that Plaintiffs may file a Third Amended Complaint by November 24, 2025. The Parties agree that Plaintiffs will not add additional Plaintiffs or legal claims in this amendment.

9.      The filing of the Third Amended Complaint will not delay the case as there is no Rule 12(b) motion pending, an answer has not yet been filed, and the

amendment will not affect the completed arbitration discovery or the arbitration arguments.

10.     However, to ensure that FCA US has an opportunity to review the Third Amended Complaint before refiling its Renewed Motion to Compel (to be properly directed at the operative complaint), FCA US shall have until December 3, 2025 to refile its Renewed Motion to Compel. The deadlines for Plaintiffs' response and FCA US's reply to the refiled Renewed Motion shall remain December 19, 2025 and January 26, 2026, respectively, as stated above.

Accordingly, for good cause shown, the Court approves the stipulation and **IT IS HEREBY ORDERED** that:

- Plaintiffs may file a Third Amended Complaint by **November 24, 2025**;

- FCA US shall refile its Renewed Motion to Compel Arbitration by **December 3, 2025**;

- Plaintiffs shall file their opposition to the Renewed Motion to Compel Arbitration by **December 19, 2025;** and

- FCA US shall filed its reply in support of the Renewed Motion to Compel Arbitration by **January 26, 2026**.

**IT IS SO ORDERED.**

Dated:  November 18, 2025          s/Brandy R. McMillion
                                   HON. BRANDY R. MCMILLION
                                   United States District Judge

*Stipulated to on November 17, 2025, by:*

**THE MILLER LAW FIRM, P.C.**

 /s/ *Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
950 West University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor San
Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

**SLACK DAVIS SANGER, LLP**
John R. Davis
Michael L. Slack
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com
mslack@slackdavis.com

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist 5775 Wayzata
Blvd., Suite 620 St. Louis Park, MN

**KLEIN THOMAS LEE &
FRESARD LLP**

 /s/ *Scott H. Morgan (w/consent)*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*-and-*

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400
Troy, MI 48084
(602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

55416 Telephone: (612) 254-7288
rshelquist@cuneolaw.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 17, 2025, the foregoing was submitted through the Court's Utilities function of the CM/ECF system and, thereafter, counsel served counsel of record by email.

/s/ <em>Dennis A. Lienhardt</em>