UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**STIPULATED ORDER RE FCA US LLC'S RESPONSE
TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**

　　　　The parties have stipulated, subject to the Court's approval, to extend the time for Defendant FCA US LLC to respond to Plaintiffs' Third Amended Class Action Complaint ("TAC") based on the following facts:

　　　　1.　　On November 10, 2025, FCA US filed a renewed motion to compel all but two plaintiffs to arbitration.  *See* ECF #57 (PageID.6229).

　　　　2.　　FCA US also filed a motion to stay proceedings through the Court's resolution of the arbitration motion.  *See* ECF #58 (PageID.6870).

　　　　3.　　The parties have agreed, for judicial economy and efficiency, that FCA US need not respond to the TAC until after the Court rules on the motion to stay.

4. Following the Court's ruling on the motion to stay, the parties will meet-and-confer concerning the timing of FCA US's response, and, within ten days of the Court's order on that motion, either:

    (i) the parties will submit a stipulation proposing a response date (and briefing schedule for any motion to dismiss), or

    (ii) if the parties cannot agree, FCA US will file a motion seeking the Court's approval of the response date it proposes.

5. In either case, FCA US need not file its response until the date the Court sets by stipulation of the parties or by granting FCA US's motion.

Accordingly, for good cause shown, the Court approves the parties' stipulation and **IT IS HEREBY ORDERED**:

1. FCA US need not respond to the TAC until after this Court rules on FCA US's pending motion to stay.

2. Within ten days of the Court's order on the motion to stay, either the parties will submit a stipulation proposing a response date (and briefing schedule for any motion to dismiss) or FCA US will file a motion proposing the response date it seeks if the parties cannot otherwise agree.

3. In either case, FCA US need not file its response until the date that the Court orders either by way of stipulation or motion.

    **IT IS SO ORDERED.**

Dated: December 2, 2025          s/Brandy R. McMillion
                                         HON. BRANDY R. MCMILLION
                                         United States District Judge

*Stipulated to on December 1, 2025, by:*

| | |
|---|---|
| **THE MILLER LAW FIRM, P.C.** | **KLEIN THOMAS LEE & FRESARD LLP** |
| /s/ *Dennis A. Lienhardt* (w/ consent) | /s/ *Stephen A. D'Aunoy* |
| E. Powell Miller (P39487) | Stephen A. D'Aunoy (MO/54961) |
| Dennis A. Lienhardt (P81118) | Scott H. Morgan (MO/61853) |
| Dana Fraser | 100 N. Broadway, Ste. 1600 |
| Aya Chouaib | St. Louis, MO 63102 |
| 950 West University Dr., Ste. 300 | (314) 888-2970 |
| Rochester, MI 48307 | stephen.daunoy@kleinthomaslaw.com |
| (248) 841-2200 | scott.morgan@kleinthomaslaw.com |
| epm@millerlawpc.com | |
| dal@millerlawpc.com | -and- |
| def@millerlawpc.com | |
| ac@millerlawpc.com | Fred J. Fresard (P43694) |
| | Ian K. Edwards (P82021) |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** | 89 Kercheval Avenue |
| Roger N. Heller | Grosse Pointe Farms, MI 48236 |
| Phong-Chau G. Nguyen | (248) 764-5275 |
| Nicholas W. Lee | fred.fresard@kleinthomaslaw.com |
| 275 Battery Street, 29th Floor | ian.edwards@kleinthomaslaw.com |
| San Francisco, CA 94111 | |
| (415) 956-1000 | *Counsel for Defendant FCA US LLC* |
| rheller@lchb.com | |
| pgnguyen@lchb.com | |
| nlee@lchb.com | |
| | |
| **SLACK DAVIS SANGER, LLP** | |
| John R. Davis | |
| Michael L. Slack | |
| 6001 Bold Ruler Way, Suite 100 | |
| Austin, TX 78746 | |
| (512) 795-8686 | |
| jdavis@slackdavis.com | |
| mslack@slackdavis.com | |

-and-

3

**CUNEO GILBERT & LADUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Ste 620
St. Louis Park, MN 55416
(612) 991-2934
rshelquist@cuneolaw.com

*Attorneys for Plaintiffs*

4