# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,

       Plaintiffs,

v.

FCA US LLC,

       Defendant.

Case No. 2:24-cv-10546-BRM-KGA

Hon. Brandy R. McMillion

Magistrate Judge Kimberly G. Altman

## NOTICE OF VOLUNTARY DISMISSAL OF
## PLAINTIFF KANON SPACKMAN UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kanon Spackman, through his undersigned counsel, hereby voluntarily dismisses without prejudice all of his claims in the above-captioned case.

This voluntary dismissal is not intended to, nor should it be construed to, constitute a dismissal of any other plaintiff or claim in this litigation. The remaining plaintiffs continue to pursue their claims on behalf of the proposed Class as stated in the Third Amended Complaint. ECF No. 30.

DATED: March 10, 2026       Respectfully submitted,

*/s/ Roger N. Heller*

Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*Interim Co-Lead Class Counsel and*
*Counsel for Plaintiff Christopher Pumill*

## CERTIFICATE OF SERVICE

On March 10, 2026, Plaintiffs filed the foregoing Notice of Voluntary Dismissal through the Court's CM/ECF system, which will provide service to all counsel of record.

DATED: March 10, 2026        Respectfully submitted,


*/s/ Roger N. Heller*

Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*Counsel for Plaintiff Christopher Pumill*


3446525.2

-3-