UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Gary Frisch, et al.,

                         Plaintiff(s),

v.                                              Case No. 2:24–cv–10546–BRM–KGA
                                                Hon. Brandy R. McMillion

FCA US, LLC,

                         Defendant(s),
_____

## NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Brandy R. McMillion for the following motion(s):

        Motion for Withdrawal of Attorney – #56
        Motion to Compel – #57
        Motion to Stay – #58
        Motion – #64


    • MOTION HEARING:  June 2, 2026 at 02:30 PM

    The public may access the audio proceedings with the following connection information.

    *PHONE NUMBER:*  669–254–5252
    *MEETING ID:*        160 941 0752


    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

    **ADDITIONAL INFORMATION:**   Counsel for Plaintiffs are directed to serve ECF No. 56 and this notice of hearing upon Kim Aiello and file proof of service by 5/1/26.

                                        By: s/Leanne Hosking
                                              Case Manager


Dated:  April 23, 2026