**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FCA US LLC<br><br>     Defendant. | Case No. 2:24-cv-10546-BRM-KGA<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**NOTICE OF COMPLIANCE WITH COURT'S ORDER (ECF 74)**
**REGARDING SERVICE ON KIM AIELLO**

In accordance with the Court's Order (ECF 74), Plaintiff Kim Aiello was served with the Motion to Withdraw as Counsel for Named Plaintiff Kim Aiello (ECF 56) and the accompanying Declaration of John R. Davis (ECF 56-1), as well as the Court's Order itself (ECF 74).

Service occurred by: (1) FedEx Standard Overnight with Direct Signature Required, and the FedEx Proof of Delivery (**Ex. 1**) shows that Kim Aiello signed for the delivery on April 24, 2026; and (2) USPS First Class Certified Mail, and the Return Receipt (Ex. 2) shows that someone signed as Ms. Aiello's "Agent" and accepted the delivery at Ms. Aiello's home address on April 29, 2026. In addition,

1

Counsel for Plaintiffs will serve by certified mail and email to Ms. Aiello attachments to the documents (ECF 56 & 73) and this Proof of Service, including Exhibits 1 and 2 hereto.

Dated: May 14, 2026

Respectfully submitted:

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**CUNEO GILBERT & LaDUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
Telephone: (612) 254-7288
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

2

By: */s/ John R. Davis*
**SLACK DAVIS, PLLC**
John R. Davis
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
Telephone: (512) 795-8686
jdavis@slackdavis.com

*Plaintiffs' Interim Co-Lead Counsel*

3

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2026, I electronically submitted the foregoing to the Court via the ECF/Utilities function and thereafter emailed counsel of record proof of submission of this document.

In addition, Plaintiffs' counsel will serve a copy of this pleading and all exhibits hereto on Plaintiff Kim Aiello via certified mail and email.

By: */s/ John R. Davis*_____
John R. Davis

1