**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

FCA US LLC,

        Defendant.

Case No. 2:24-cv-10546-BRM-KGA

District Judge Brandy R. McMillion

Magistrate Judge Kimberly G. Altman

## DEFENDANT FCA US LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY (*FRAZEE V. FCA US LLC*) IN SUPPORT OF ITS RENEWED MOTION TO COMPEL ARBITRATION

Defendant FCA US LLC submits the attached decision from *Frazee v. FCA US LLC*, 2026 WL 730313 (S.D.Ohio 2026) in further support of its Renewed Motion to Compel Arbitration (ECF #42).   In that case, the court compelled arbitration based on FCA US's written warranties finding a contract existed because: (i) for two plaintiffs, they had used the warranties to obtain free repairs, *id.* at **9, 10; and (ii) for another plaintiff, because she reviewed her vehicle's window sticker referencing the written warranty and so "cannot claim that she was unaware that her vehicle came with warranties," *id.* at *10.  A highlighted copy of the *Frazee* decision is attached as Exhibit A.

Respectfully submitted,

**KLEIN THOMAS LEE & FRESARD**

_/s/ Stephen A. D'Aunoy_

| | |
|---|---|
| Fred J. Fresard (P43694) | Stephen A. D'Aunoy (MO/54961) |
| Ian K. Edwards (P82021) | Scott H. Morgan (MO/61853) |
| 89 Kercheval Ave. | 100 N. Broadway, Ste. 1600 |
| Grosse Pointe Farms, MI 48236 | St. Louis, MO 63102 |
| fred.fresard@kleinthomaslaw.com | steve.daunoy@kleinthomaslaw.com |
| ian.edwards@kleinthomaslaw.com | scott.morgan@kleinthomaslaw.com |

_Counsel for Defendant FCA US LLC_

## CERTIFICATE OF SERVICE

I certify that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

_/s/ Stephen A. D'Aunoy_

2