**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| GARY FRISCH, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>FCA US LLC,<br><br>　　　　Defendant. | Case No. 2:24-cv-10546<br><br>Hon. Brandy R. McMillion<br><br>Magistrate Judge Kimberly G. Altman |

**STIPULATED ORDER RE FCA US LLC'S
MOTION TO SEAL**

The parties have stipulated as follows regarding Defendant FCA US LLC's anticipated motion to file under seal an exhibit that Plaintiffs intend to attach to their motion for reconsideration:

1. Plaintiffs intend to move the Court to reconsider its June 24, 2026 Order on FCA US's motion to compel arbitration, and they plan to attach to their motion a document FCA US produced in discovery and designated "Confidential" under the stipulated protective order in this case.

2. To maintain the document's confidentiality, FCA US plans to file a motion to seal under E.D. Mich. LR 5.3(b).

3.      So that Plaintiffs may timely file their motion for reconsideration, and to allow FCA US adequate time to prepare its motion to seal, the parties have agreed, subject to the Court's approval, that FCA US may have through July 17, 2026 to file its motion to seal.

Accordingly, for good cause shown, the Court approves the parties' stipulation and orders as follows:

FCA US may have through July 17, 2026 to file its anticipated motion to file under seal directed to the "Confidential" exhibit to be attached to Plaintiffs' motion for reconsideration.

**IT IS SO ORDERED.**

Dated: July 9, 2026                           s/Brandy R. McMillion
                                              HON. BRANDY R. MCMILLION
                                              United States District Judge

2

*Stipulated to on July 9, 2026, by:*

**THE MILLER LAW FIRM, P.C.**

 /s/  *Dennis A. Lienhardt* (*w/ consent*)
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
950 West University Dr., Ste. 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**CUNEO GILBERT & LADUCA, LLP**
Robert K. Shelquist
5775 Wayzata Blvd., Ste 620
St. Louis Park, MN 55416
(612) 991-2934
rshelquist@cuneolaw.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Roger N. Heller
Phong-Chau G. Nguyen
Nicholas W. Lee
275 Battery Street, 29th Floor
San Francisco, CA 94111
(415) 956-1000
rheller@lchb.com
pgnguyen@lchb.com
nlee@lchb.com

*-and-*

**KLEIN THOMAS LEE & FRESARD**

 /s/  *Scott H. Morgan*
Stephen A. D'Aunoy (MO/54961)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, MO 63102
(314) 888-2970
stephen.daunoy@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

*-and-*

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
89 Kercheval Avenue
Grosse Pointe Farms, MI 48236
(248) 764-5275
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

*Counsel for Defendant FCA US LLC*

3

**SLACK DAVIS SANGER, LLP**
John R. Davis
6001 Bold Ruler Way, Suite 100
Austin, TX 78746
(512) 795-8686
jdavis@slackdavis.com

*Attorneys for Plaintiffs*

4